# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

*********************************

*JUAN F.*, et al.,
**Plaintiffs**

v.

**JOHN G. ROWLAND, et. al.,**
**Defendants**

*********************************

CIVIL ACTION NO. H-89-859 (AHN)

October 29, 2003

The *Juan F.* Court Monitor hereby requests an additional $103,756 additional funds be allocated to the 2003-2004 annual budget to allow for additional unbudgeted personnel and case review expenses.

---

So approved and ORDERED this 29 day of October 2003.

The Honorable Alan H. Nevas
Senior United States District Court Judge