FILED

2003 NOV 13  P 12: 46

US DISTRICT COURT
BRIDGEPORT CT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

===========================
JUAN F., ET AL.
    Plaintiffs

v.

JOHN G. ROWLAND, et al.
    Defendants
===========================

Civil Action No. H-89-859 (AHN)

NOVEMBER 12, 2003

## MOTION TO WITHDRAW

Pursuant to Local Rule 15, JAMES K. ROBERTSON hereby seeks to withdraw his appearance on behalf of the defendants, JOHN G. ROWLAND, et al. Ann H. Rubin continues to represent the defendants on this matter. The undersigned represents that the defendants have received actual notice of this Motion to Withdraw.

_____
JAMES K. ROBERTSON, JR.
Federal Bar No. ct05301
CARMODY & TORRANCE LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Phone: (203) 573-1200
Fax: (203) 575-2600
Email: jrobertson@carmodylaw.com

{W1274917}

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed and the 12th day of November, to the following:

Martha Stone, Esq.
Center for Children's Advocacy, Inc.
University of Connecticut School of Law
65 Elizabeth Street
Hartford, CT 06105

Marcia Robinson Lowry, Esq.
Ira P. Lusbader, Esq.
404 Park Avenue South
New York, NY 10016

D. Ray Sirry, Court Monitor
202 Cherry Street, Suite 2C
Milford, CT 06460

James K. Robertson, Jr.

{W1274917}   2

CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200