UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 NOV 26  P 2: 46

```
***********************************
JUAN F., et al.                :
                               :
        Plaintiffs             :
                               :       CIVIL NO. H-89-859 (AHN)
    v.                         :
                               :
JOHN G. ROWLAND, et al.        :
                               :
        Defendants             :       November 21, 2003
***********************************
```

### ORDER

This is to request an extension until January 7, 2004 to submit the final exit plan. The Stipulation and Order of October 7, 2003 allowed me 60 days to complete this. I sent a draft to the parties for comment on November 6, 2003 but the Defendants requested an extension to December 1, 2003. Both Plaintiffs and Defendants support my request for an extension of time.

Respectfully Submitted,

D. Ray Sirry, *Juan F.* Court Monitor

Request Approved: 11/26/03          Date: 11/26/03

Honorable Alan H. Nevas
Senior United States District Judge