FILED

2003 NOV 13 P 12: 46

US DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
============================
JUAN F., ET AL.
       Plaintiffs                  :      Civil Action No. H-89-859 (AHN)
                                   :
v.                                 :
                                   :
JOHN G. ROWLAND, et al.            :
       Defendants                  :      NOVEMBER 12, 2003
============================
```

## MOTION TO WITHDRAW

Pursuant to Local Rule 15, JAMES K. ROBERTSON hereby seeks to withdraw his appearance on behalf of the defendants, JOHN G. ROWLAND, et al. Ann H. Rubin continues to represent the defendants on this matter. The undersigned represents that the defendants have received actual notice of this Motion to Withdraw.

_____
JAMES K. ROBERTSON, JR.
Federal Bar No. ct05301
CARMODY & TORRANCE LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Phone: (203) 573-1200
Fax: (203) 575-2600
Email: jrobertson@carmodylaw.com

11/19/03. GRANTED. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.

{W1274917}

CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law          Post Office Box 1110
                          Waterbury, CT 06721-1110
                          Telephone: 203 573-1200