UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
JUAN F., et al.                           :
       Plaintiffs                  :
                                      :   CIVIL NO. H-89-859 (AHN)
   v.                                  :
                                      :
JOHN G. ROWLAND, et al.             :
       Defendants                  :   December 23, 2003
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

The Department of Children and Families has requested the temporary loan of the full-time services of Melodie Peet to assist it in managing the Department's mental health program. The Department does not wish to hire Ms. Peet, but it has provided a letter to support this request.

In addition, the Department has requested the assistance of the Monitor's Office in completing the needs assessment required to develop the Resource Plan. I will assign one existing staff person full-time to this initiative, but I will need to contract with up to four (4) part time staff to complete the work in a timely fashion. The Department has asked for an additional $20,000 to be added to my budget to contract for data analysis. The attached letter from the Department supports this request.

A total of $120,000 previously unbudgeted for the fiscal year 2003-2004 is hereby requested to perform these services.

Respectfully Submitted,

_____
D. Ray Sirry, *Juan F.* Court Monitor

---

APPROVED AND SO ORDERED as requested: _____
                                                     The Honorable Alan H. Nevas
                                                     Senior United States District Court Judge

Date: 12/23/03

# DEPARTMENT of CHILDREN and FAMILIES
*Making a Difference for Children, Families and Communities*

Darlene Dunbar, MSW
Commissioner

John G. Rowland
Governor

November 13, 2003



Ray Sirry
Court Monitor
300 Church Street
Wallingford, CT   06492

Dear Dr. Sirry:

To confirm my conversation with Secretary Marc Ryan, we are in support of Melodie Peet remaining an employee of your office and increasing her work hours from 16 to 40 hours per week; as agreed, her salary will be $110,000 annually.

Her knowledge and skill in the delivery of mental health services to children and families will prove invaluable to achieving success in the Exit Plan measures.

Sincerely,

Darlene Dunbar, MSW
Commissioner

DD/el
Cc:   Marc Ryan, Secretary
       Office of Policy & Management

**STATE OF CONNECTICUT**
www.state.ct.us/dcf
Phone (860) 550-6300 - Fax (860) 566-7947
505 Hudson Street, Hartford, Connecticut 06106-7107
E-Mail: commissioner.dcf@po.state.ct.us
*An Equal Opportunity Employer*

**DEPARTMENT of CHILDREN and FAMILIES**
*Making a Difference for Children, Families and Communities*

Darlene Dunbar, MSW
Commissioner

John G. Rowland
Governor

December 2, 2003

Dr. D. Ray Sirry
Court Monitor
300 Church Street, 4th Floor
Wallingford, CT  06492

Dear Dr. Sirry:

As it has in the past, the Department supports a collaboration with your staff and Department employees to complete the Needs Assessment Review. It is our understanding that the approximate cost for your selected staff to participate as reviewers will be approximately $55,000 and we agree to fund up to this amount.

This collaboration has been effective in the past and fiscally sound and we look forward to the results of the review. Thank you.

Sincerely,

Darlene Dunbar, MSW
Commissioner

DD/el
Cc:   The Honorable Dean Pagani
      The Honorable Marc Ryan

**STATE OF CONNECTICUT**
www.state.ct.us/dcf
Phone (860) 550-6300 - Fax (860) 566-7947
505 Hudson Street, Hartford, Connecticut 06106-7107
E-Mail: commissioner.dcf@po.state.ct.us
*An Equal Opportunity Employer*



## DEPARTMENT of CHILDREN and FAMILIES
*Making a Difference for Children, Families and Communities*

Darlene Dunbar, MSW
Commissioner

John G. Rowland
Governor

December 22, 2003

Dr. D. Ray Sirry
Court Monitor
300 Church Street, 4th Floor
Wallingford, CT 06492

Dear Dr. Sirry:

As it has in the past, the Department supports a collaboration with your staff and Department employees to complete the Needs Assessment Review. It is our understanding that the approximate cost for your selected staff to participate as reviewers will be approximately $55,000. In addition, approximately $20,000 will be needed to fund the salary of a Research Analyst to aid the Department in completing the entire needs assessment. We agree to fund up to $75,000 for this essential work to be completed.

This collaboration has been effective in the past and fiscally sound and we look forward to the results of the review. Thank you.

Sincerely,

Darlene Dunbar, MSW
Commissioner

DD/el
Cc:  The Honorable Dean Pagani
     The Honorable Marc Ryan

**STATE OF CONNECTICUT**
www.state.ct.us/dcf
Phone (860) 550-6300 - Fax (860) 566-7947
505 Hudson Street, Hartford, Connecticut 06106-7107
E-Mail: commissioner.dcf@po.state.ct.us
*An Equal Opportunity Employer*