**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JAN -1  P 12: 33

US DISTRICT COURT
BRIDGEPORT CT

```
-------------------------------------------------------
JUAN F., by and through his next friends      :
Brian Lynch and Isabel Romero, on behalf      :
of themselves and all others similarly        :
situated, et al.,                             :    CIVIL NO. H-89-859 (AHN)
                                              :
                    Plaintiffs,               :
                                              :
        v.                                    :
                                              :    December 22, 2003
JOHN G. ROWLAND, et al.,                      :
                                              :
                    Defendants.               :
-------------------------------------------------------
```

## JOINT STIPULATION FOR ATTORNEYS' FEES AND EXPENSES

The parties hereby stipulate that the plaintiffs are entitled to attorneys' fees and expenses

for legal work undertaken for the period from December 1, 2002 through September 30, 2003,

and further stipulate that within 30 days of approval of this motion by this court, the defendants

shall pay the sums of $82,856.49 to Children's Rights, Inc. and $31,494.92 to the Center for

Children's Advocacy, Inc. as full and final compensation for expenses and attorney's fees for this

period. Plaintiffs further stipulate and agree that they will not at any time seek any payment in

addition to that agreed herein for "fees on fees" for legal work, if any, in connection with the

period December 1, 2002 through September 30, 2003.

DEFENDANTS

By _Ann H. Rubin_

Ann H. Rubin
Federal Bar No. ct04486
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CY 06509-1950
(203) 777-5501


PLAINTIFFS

By _Martha Stone_

Martha Stone, Esq.
Federal Bar No. 00080
Center for Children's Advocacy
University of Connecticut School of Law
65 Elizabeth Street
Hartford, CT 06105
(860) 570-5327


- and -

By _____

Ira P. Lustbader, Esq. ct 23351
Children's Rights, Inc.
404 Park Avenue South
New York, New York 10016
(212) 683-2210

2

SO ORDERED:


_____

HON. ALAN H. NEVAS, U.S.D.J.        DATE    _____