UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 JAN -7 P 12: 50
US DISTRICT COURT
BRIDGEPORT CT

*********************************
JUAN F., et al.

      Plaintiffs

  v.

JOHN G. ROWLAND, et al.

      Defendants
*********************************

CIVIL NO. H-89-859 (AHN)

## ORDER

Under the terms of the Stipulation in the above-entitled action approved by the Court on October 7, 2003, the Court-appointed Monitor was authorized to develop a definitive Exit Plan with specific outcome measures. It had also provided that: "The Monitor's final decision on the outcome measures, standards and Exit Plan shall be binding on the parties."

The Monitor has now submitted to the Court his written Exit Plan. In addition, the Monitor has reported to the Court that in preparing such Exit Plan, he shared drafts of the document with counsel for both Plaintiffs and Defendants and, in addition, sought the input of a 20-member Advisory Board. The Monitor also reports that he provided all parties with a "meaningful opportunity for input" within the meaning of the Court's October 7, 2003 Order.

For all of the foregoing reasons, the Monitor's Exit Plan dated December 23, 2003 is hereby ADOPTED and APPROVED as an Order of this Court, *nunc pro tunc*, as of December 23, 2003.

Alan H. Nevas
United States District Court Judge

1/7/04