# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

JUAN F., by and through his next
friends Brian Lynch and Isabel Romero,
on behalf of themselves and all others
similarly situated, et al.,
                Plaintiffs,

vs.

JOHN G. ROWLAND, et al.,
                Defendants

**APPEARANCE**

CASE NUMBER: H-89-859 (AHN)

FILED 2004 JAN -8 P 2:38
US DISTRICT COURT
BRIDGEPORT CT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Court Monitor D. Ray Sirry

---

January 8, 2004
**Date**

ct04189
**Connecticut Federal Bar Number**

(203) 333-9441
**Telephone Number**

(203) 333-1489
**Fax Number**

datkins@znclaw.com
**E-mail address**

*[Signature]*
**Signature**

David P. Atkins
**Print Clearly or Type Name**

Zeldes, Needle & Cooper, P. C.
1000 Lafayette Boulevard
P. O. Box 1740
Bridgeport, CT  06601-1740
**Address**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Certificate of Service attached.

*[Signature]*
**Signature**
David P. Atkins

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been sent via first class United States mail, postage prepaid, on this date to:

Martha Stone, Esq.
Center for Children's Advocacy, Inc.
University of Connecticut School of Law
65 Elizabeth Street
Hartford, CT 06106

Ira Lustbader, Esq.
Children's Rights, Inc.
404 Park Avenue south
New York, NY 10016

Ann H. Rubin, Esq.
Carmody & Torrance, LLP
195 Church Street
P. O. Box 1950
New Haven, CT 06509-1950

Dated at Bridgeport, Connecticut, this 8th day of January, 2004.

David P. Atkins