UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
**********************************   :
JUAN F., ET AL.                       :
                                      : Civil Action No. 2-89-859 (AHN)
         Plaintiffs,                  :
                                      :
v.                                    :
                                      :
JOHN G. ROWLAND                       : January 8, 2004
                                      :
         Defendants.                  :
**********************************
```

# MOTION FOR RECONSIDERATION OF COURT ORDER

The Defendants respectfully move that the court to reconsider its Order, proposed by D. Ray Sirry, *Juan F.* Court Monitor, and adopted and ordered by the court (Nevas, J.) on December 23, 2003 (the December 23 Order). The proposed order presented the court with an Exit Plan pursuant to Juan F. v. Rowland, Order No. 447, dated October 7, 2003 (the "October 7 Order"), to which Order the parties had stipulated. The grounds for this motion are that:

**ORAL ARGUMENT REQUESTED**
**TESTIMONY REQUIRED**

1.      The Defendants were not afforded with notice or an opportunity to be heard with respect to the December 23 Order, although the entry of the Order affected their substantive rights and important interests, thus depriving the Defendants of basic Due Process.

2.      The Exit Plan itself was issued pursuant to, and is authorized by, the October 7 Order.  The October 7 Order, however, does not authorize the adoption of the Exit Plan as an order of the court.  Defendants respectfully submit that the court should have considered this fact in entering the December 23 Order.

3.      Provisions contained in the Introduction to the Exit Plan exceed the scope of the Exit Plan authorized by the October 7 Order, and a provision of the Introduction offends the constitution and laws of the State of Connecticut.

The Defendants submit herewith a Memorandum of Law in support of this motion.

                RESPECTFULLY SUBMITTED,
                THE DEFENDANTS,


BY:   /s/ Ann H. Rubin_____
        Ann H. Rubin
FOR: CARMODY & TORRANCE LLP
        195 Church Street; 18th Floor
        P.O. Box 1950
        New Haven, CT 06509-1950
        Tele: (203) 777-5501
        Fax: (203) 784-3199
        arubin@carmodylaw.com
        Federal Bar No. ct04486
        Their Attorneys

## **CERTIFICATION**

      This will certify that the foregoing was mailed, postage prepaid, on the above date, to the following:

D. Ray Sirry
Juan F. Court Monitor
300 Church Street
4th Floor
Wallingford, CT 06492

Martha Stone, Esq.
Center for Children's Advocacy, Inc.
University of Connecticut School of Law
65 Elizabeth Street
Hartford, CT  06105

David Atkins, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT  06601-1740

Ira P. Lustbader, Esq.
Children's Rights, Inc.
404 Park Avenue South
New York, NY  10016

 

                         Ann H. Rubin