FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUAN F., ET AL. | : |
| | : CIVIL ACTION NO. H-89-859(AHN) |
| Plaintiffs | : |
| | : |
| v. | : |
| | : |
| JOHN G. ROWLAND, ET AL. | : |
| | : JANUARY 16, 2004 |
| Defendants. | : |

## APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter the appearance of the undersigned for the Plaintiffs in the above-captioned manner.

_/s/ Erik S. Pitchal_

Erik S. Pitchal
Federal Bar No. ct20513
Children's Rights, Inc.
404 Park Avenue South, 11th Floor
New York, NY 10016
Tel:   (212) 683-2210
Fax:   (212) 683-4015
epitchal@childrensrights.org

**Certificate of Service**

This is to certify that a copy hereof has been mailed, postage prepaid, to:

>Ann H. Rubin
>Carmody & Torrence
>195 Church Street
>PO Box 1950
>New Haven, CT 06509-1950
>
>D. Ray Sirry
>DCF Court Monitor's Office
>300 Church Street, 4th Floor
>Wallingford, CT 06492
>
>David P. Atkins
>Counsel to Court Monitor
>Zeldes, Needle & Cooper
>1000 Lafayette Boulevard
>Bridgeport, CT 06601-1740

the last known address of each of the above-listed persons, by Federal Express, next day delivery, postage pre-paid, on the 16th of January, 2004.

Aliza Cover