FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JAN -7 P 12: 33

US DISTRICT COURT
BRIDGEPORT CT

---

JUAN F., by and through his next friends
Brian Lynch and Isabel Romero, on behalf
of themselves and all others similarly
situated, et al.,

        Plaintiffs,

v.

JOHN G. ROWLAND, et al.,

        Defendants.

CIVIL NO. H-89-859 (AHN)

December __, 2003

---

### JOINT STIPULATION FOR ATTORNEYS' FEES AND EXPENSES

The parties hereby stipulate that the plaintiffs are entitled to attorneys' fees and expenses for legal work undertaken for the period from December 1, 2002 through September 30, 2003, and further stipulate that within 30 days of approval of this motion by this court, the defendants shall pay the sums of $82,856.49 to Children's Rights, Inc. and $31,494.92 to the Center for Children's Advocacy, Inc. as full and final compensation for expenses and attorney's fees for this period. Plaintiffs further stipulate and agree that they will not at any time seek any payment in addition to that agreed herein for "fees on fees" for legal work, if any, in connection with the period December 1, 2002 through September 30, 2003.

DEFENDANTS

By _____
Ann H. Rubin
Federal Bar No. ct04486
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CY 06509-1950
(203) 777-5501


PLAINTIFFS

By _____
Martha Stone, Esq.
Federal Bar No. 00080
Center for Children's Advocacy
University of Connecticut School of Law
65 Elizabeth Street
Hartford, CT 06105
(860) 570-5327


- and -

By _____
Ira P. Lustbader, Esq. ct 23351
Children's Rights, Inc.
404 Park Avenue South
New York, New York 10016
(212) 683-2210

2

SO ORDERED:

_____  ~  __1/27/04__
HON. ALAN H. NEVAS, U.S.D.J.      DATE

FILED
2004 JAN 28 P 12:00
US DISTRICT COURT
BRIDGEPORT CT