CT/cvmhrg (January 10, 2002)

HONORABLE **Alan Nevas**
DEPUTY CLERK **Montz**   RPTR/ERO/TAPE **Baldwin**

TOTAL TIME: **2** hours ___ minutes

DATE **2-10-04**   START TIME **12:00**   END TIME **3:00**
LUNCH RECESS FROM **1:30** TO **2:30**
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **2-89-cv-859(AHN)**

**Juan F.**
vs.
**John Rowland**

Plaintiffs Counsel: **Ira Lustbader**

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Defendants Counsel: **Ann Rubin**

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☑ #459 Motion **for Reconsideration** — ☐ granted ☑ denied ☐ advisement

Hearing continued until _____ at _____