UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 APR -7  A 10: 49
U.S. DISTRICT COURT
BRIDGEPORT, CONN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JUAN F., et al.

      Plaintiffs

v.

JOHN G. ROWLAND, et al.

      Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL NO. H-89-859 (AHN)

March 29, 2004

## ORDER

In as much as the Federal Administration for Children and Families has accepted the Exit Plan approved and ordered (#454) on December 23, 2003 as Connecticut's Federal program improvement plan, the court order holding the program improvement plan in abeyance (#448) dated December 23, 2003, is vacated.

Approved and So Ordered: _____   Date: 4/5/04

The Honorable Alan H. Nevas
Senior United States District Court Judge