UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



2004 SEP -2  A 11: 44

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JUAN F., et al.,
Plaintiffs

CIVIL ACTION NO. H-89-859 (AHN)

v.

M. Jodi Rell, et. al.,
Defendants

August 2, 2004

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The *Juan F.* Exit Plan required that the Defendants meet caseload standards by July 1, 2004. As authorized by the *Juan F.* Exit Plan, I extended the deadline to August 1, 2004. The attached report documents nearly 100% compliance with the standard. I ask that the Court accept this report as an official document in this case and enter it as an Order of the Court.

So ORDERED this ___ day of August, 2004.

Alan H. Nevas
Senior United States District Judge

Monitor's Office Report on DCF's Compliance
With Caseload Standards
August 1, 2004

The Exit Plan required that:

> By July 1, 2004 the caseload of no DCF social worker shall exceed the following caseload standards, with exceptions for emergency reasons on caseloads, lasting no more than 30 days.

In late June, it became apparent that DCF could reach the caseload standard by taking extraordinary measures, such as transfers of cases among area offices. In order to avoid such potentially harmful practices, the Monitor determined that an emergency existed and granted DCF until August 1, 2004 to meet the standard.

As of August 1, 2004, 15 of 1,164 (1.3%), DCF social workers had caseloads in excess of the standards. As of August 1, 2004, no DCF social workers had caseloads in excess of caseload standards for 30 days or more. This is in stark contrast with the situation on January 31, 2004, for example, when 292 of 1,133 (26%) of DCF social workers had caseloads in excess of standards.

Even though there are 15 social workers in excess of caseload standards, this small number is consider *de minimis* by the Monitor, especially since no social workers exceeded the standard by 30 days or more. This is especially true when it is realized that 12 of the 15 social workers exceeded the standard by no more than one (1) case.

It is expected that the process of training approximately 150 new social workers and automatic refill of all vacancies will result in excess capacity within a short period of time. For the first time in the history of the *Juan F.* Consent Decree, DCF has enough social worker positions to meet and sustain compliance with caseload standards. Six (6) of the area offices had no social workers with more cases than permitted by caseload standards. It is noted that DCF accomplished this outcome measure during a period of rising caseloads.

Statewide Sunday, August 1, 2004

| | | 0-5 | 6-10 | 11-15 | 16-20 | 21-25 | 26-30 | 31-35 | 36-40 | 41-45 | 46-50 | 51-55 | 56-60 | 61-65 | 66-70 | 71-75 | 76-80 | 81-85 | 86-90 | 91-95 | 96-100 | <= 100 | 101-105 | 106-110 | 111-115 | 116-120 | 121-125 | 126-130 | 131-135 | 136-140 | 141-145 | 146-150 | 151-175 | 176-200 | >200 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bridgeport | Inv. | 0 | 1 | 2 | 0 | 1 | 2 | 2 | 0 | 4 | 4 | 2 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26 |
| | Tx. | 2 | 2 | 2 | 0 | 0 | 3 | 1 | 1 | 0 | 0 | 2 | 0 | 4 | 1 | 1 | 7 | 9 | 15 | 32 | 5 | 81 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 82 |
| | Total | 2 | 2 | 2 | 0 | 1 | 5 | 3 | 1 | 4 | 4 | 4 | 4 | 5 | 1 | 1 | 7 | 9 | 15 | 32 | 5 | 107 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 108 |
| Danbury | Inv. | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 5 | 2 | 1 | 0 | 0 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 |
| | Tx. | 0 | 2 | 1 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 3 | 9 | 5 | 3 | 0 | 0 | 29 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 29 |
| | Total | 0 | 3 | 1 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 4 | 14 | 7 | 4 | 0 | 0 | 40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 40 |
| Hartford | Inv. | 0 | 4 | 0 | 1 | 0 | 3 | 1 | 0 | 1 | 4 | 6 | 5 | 7 | 0 | 3 | 1 | 2 | 0 | 0 | 0 | 38 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 38 |
| | Tx. | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 2 | 1 | 2 | 0 | 1 | 1 | 3 | 11 | 20 | 30 | 35 | 110 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 110 |
| | Total | 0 | 5 | 0 | 1 | 0 | 3 | 2 | 1 | 2 | 6 | 7 | 7 | 7 | 1 | 4 | 4 | 13 | 20 | 30 | 35 | 148 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 148 |
| Manchester | Inv. | 0 | 2 | 2 | 0 | 1 | 2 | 1 | 0 | 3 | 2 | 3 | 4 | 4 | 0 | 1 | 2 | 0 | 1 | 0 | 0 | 25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 25 |
| | Tx. | 2 | 6 | 2 | 2 | 0 | 0 | 3 | 0 | 2 | 3 | 2 | 0 | 5 | 2 | 1 | 0 | 1 | 7 | 19 | 29 | 85 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 88 |
| | Total | 2 | 6 | 2 | 2 | 1 | 2 | 4 | 0 | 5 | 5 | 5 | 4 | 9 | 2 | 2 | 2 | 1 | 8 | 19 | 29 | 110 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 113 |
| Meriden | Inv. | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 2 | 2 | 2 | 1 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 |
| | Tx. | 0 | 2 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 7 | 19 | 34 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 37 |
| | Total | 0 | 2 | 0 | 2 | 2 | 0 | 0 | 0 | 1 | 2 | 2 | 2 | 2 | 0 | 1 | 3 | 1 | 1 | 7 | 19 | 46 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 49 |
| Middletown | Inv. | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 2 | 2 | 2 | 0 | 2 | 0 | 2 | 2 | 2 | 0 | 0 | 0 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 |
| | Tx. | 0 | 1 | 1 | 0 | 1 | 0 | 2 | 2 | 0 | 0 | 0 | 2 | 1 | 2 | 3 | 1 | 1 | 1 | 9 | 10 | 32 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 |
| | Total | 0 | 1 | 1 | 0 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 3 | 2 | 5 | 3 | 3 | 1 | 9 | 10 | 44 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 44 |
| New Britain | Inv. | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 8 | 5 | 0 | 0 | 5 | 3 | 3 | 3 | 0 | 0 | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30 |
| | Tx. | 0 | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 1 | 2 | 1 | 2 | 1 | 3 | 3 | 3 | 3 | 2 | 23 | 36 | 83 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 84 |
| | Total | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 1 | 4 | 9 | 7 | 1 | 3 | 8 | 6 | 6 | 5 | 23 | 36 | 113 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 114 |
| New Haven | Inv. | 0 | 1 | 0 | 3 | 2 | 3 | 1 | 0 | 2 | 6 | 8 | 3 | 3 | 0 | 0 | 1 | 5 | 1 | 1 | 0 | 40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 40 |
| | Tx. | 1 | 0 | 4 | 2 | 4 | 0 | 4 | 1 | 0 | 2 | 0 | 2 | 4 | 1 | 3 | 7 | 9 | 27 | 33 | 60 | 162 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 162 |
| | Total | 1 | 1 | 4 | 7 | 4 | 3 | 5 | 1 | 2 | 8 | 8 | 5 | 7 | 1 | 3 | 8 | 14 | 28 | 34 | 60 | 202 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 202 |
| Norwalk | Inv. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 |
| | Tx. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 2 | 2 | 2 | 6 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 |
| | Total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 3 | 2 | 2 | 6 | 23 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 23 |
| Norwich | Inv. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 2 | 7 | 2 | 0 | 1 | 1 | 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 |
| | Tx. | 1 | 1 | 2 | 0 | 3 | 1 | 0 | 1 | 3 | 1 | 1 | 1 | 0 | 2 | 1 | 1 | 1 | 2 | 19 | 32 | 70 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 74 |
| | Total | 1 | 1 | 2 | 0 | 3 | 1 | 0 | 1 | 3 | 1 | 2 | 2 | 1 | 3 | 3 | 8 | 3 | 2 | 19 | 33 | 91 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 95 |
| Stamford | Inv. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 6 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| | Tx. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 2 | 3 | 6 | 13 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 |
| | Total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 2 | 4 | 7 | 19 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 |
| Torrington | Inv. | 0 | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 3 | 4 | 1 | 1 | 1 | 1 | 2 | 0 | 2 | 0 | 0 | 0 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 |
| | Tx. | 1 | 1 | 0 | 2 | 2 | 0 | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 5 | 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26 |
| | Total | 1 | 1 | 0 | 2 | 3 | 0 | 2 | 1 | 6 | 4 | 2 | 2 | 1 | 1 | 3 | 1 | 3 | 2 | 1 | 5 | 35 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 35 |
| Waterbury | Inv. | 0 | 2 | 2 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 2 | 3 | 1 | 1 | 0 | 25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 25 |
| | Tx. | 2 | 3 | 4 | 1 | 1 | 2 | 1 | 0 | 1 | 2 | 0 | 2 | 4 | 2 | 3 | 6 | 12 | 22 | 14 | 3 | 74 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 75 |
| | Total | 4 | 5 | 4 | 3 | 2 | 2 | 1 | 0 | 1 | 2 | 1 | 3 | 5 | 2 | 3 | 6 | 13 | 23 | 14 | 3 | 99 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 |
| Willimantic | Inv. | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 0 | 2 | 2 | 3 | 2 | 1 | 2 | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 |
| | Tx. | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 2 | 2 | 2 | 4 | 4 | 2 | 2 | 7 | 9 | 11 | 14 | 1 | 58 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 58 |
| | Total | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 2 | 2 | 2 | 6 | 5 | 2 | 2 | 7 | 12 | 13 | 15 | 3 | 72 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 72 |
| | | 6 | 28 | 11 | 18 | 17 | 18 | 28 | 7 | 38 | 40 | 44 | 43 | 44 | 21 | 36 | 71 | 88 | 131 | 209 | 251 | 1,149 | 12 | 1 | 1 | 1 | 0 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,164 |