UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
***********************************
JUAN F., et al.                    :
                                   :
        Plaintiffs                 :
                                   :         CIVIL NO. H-89-859 (AHN)
    v.                             :
                                   :
M. JODI RELL, et al.               :
                                   :
        Defendants                 :         September 2, 2004
***********************************
```

### ORDER

Pursuant to the Juan F. Exit Plan, The Monitor's Office submits the exit plan progress report for the April through June 2004 period. I respectfully ask that the Court accept this report and Order that it be filed as an official document in this case.

Accepted and So Ordered: _____   Date: 9/2/04
The Honorable Alan H. Nevas
Senior United States District Court Judge