# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**********************************
*

*JUAN F.* **, et al.,**

| | |
|---|---|
| | **CIVIL ACTION NO. H-89-859 (AHN)** |

**Plaintiffs**

**v.**

**M. Jodi Rell, et. al.,**
**Defendants**                          **October 7, 2004**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**\***

## <u>ORDER</u>

The Court accepts the Court Monitor's report: <u>The Overwhelming Majority of Flex</u>
<u>Funds Are Used to Meet Essential Needs of DCF Clients:  The Findings of the Juan F.</u>
<u>Court Monitor's Office Regarding the Use of Flex Funds Expended April – August 2004,</u>
and officially orders it's filing with the clerk as a formal document related to this case.

So ORDERED this _____ day of October, 2004.

_____
                                        Alan H. Nevas
                          Senior United States District Judge