**Flex Funds Review Instrument**

1. Flex Funds Case Id:
2. Area Office
   1. ☐ Bridgeport
   2. ☐ Danbury
   3. ☐ Hartford
   4. ☐ Manchester
   5. ☐ Meriden
   6. ☐ Middletown
   7. ☐ New Britain
   8. ☐ New Haven
   9. ☐ Norwalk
   10. ☐ Norwich
   11. ☐ Stamford
   12. ☐ Torrington
   13. ☐ Waterbury
   14. ☐ Willimantic

3. Case Type at point of request for flex funds
   1. ☐ CPS In-home family (IHF) case
   2. ☐ CPS child-in-placement (CIP) case
   3. ☐ Voluntary Services in-home family (VSIHF) case
   4. ☐ Voluntary Services child-in-placement (VSCIP) case
   5. ☐ FWSN
   6. ☐ Probate
   7. ☐ Open in Investigation Only

4. Identified Worker at point of request for funds: ___

5. At what point does the record indicate a need identified? _____/_____/_____
                                                         mm      dd      yyyy

6. For what case participant was the need identified?
   1. ☐ Child (In home)
   2. ☐ Child (Out of home)
   3. ☐ Parent/Legal Guardian/Caretaker
   4. ☐ Family Unit
   5. ☐ Other
      5a. _____
           (write in participant if other is selected)

7. Were alternative funding sources sought to meet this need prior to request for flex funding?    ☐Yes   ☐No   ☐N/A   ☐UTD

7A. If, alternative funding source was identified, and was subsequently not available, or not utilized, what was the barrier to use?
_____
_____
_____

8. Were alternative funding sources available for this need in the area during 2Q, 2004?    ☐Yes   ☐No   ☐N/A   ☐UTD

8a. If, alternative funding source was identified, and was subsequently not available, or not utilized, what was the barrier to use?

    _____
    _____
    _____

9.    On what date was the determination made to seek flex funds?   _____/_____/_____
                                                                                                               mm        dd       yyyy

10. Did flex funding contribute to provision of services for a medical/dental/mental health need?   ☐Yes  ☐No  ☐N/A  ☐UTD

11. Did flex funding contribute to a need other than medical/dental/mental health, which was directly impacting the ability of the child/family to achieve their goal? (i.e. concrete needs or support services)   ☐Yes  ☐No  ☐N/A  ☐UTD

12. Was the use of flex funds **necessary** to support goal achievement?   ☐Yes  ☐No  ☐N/A  ☐UTD

12A. Did flex funding contribute to keeping a family intact (avoiding placement)?   ☐Yes  ☐No  ☐N/A  ☐UTD

12B. Did flex funding contribute to reunification of a child?   ☐Yes  ☐No  ☐N/A  ☐UTD

12C. Did flex funding contribute to the preservation of a placement?   ☐Yes  ☐No  ☐N/A  ☐UTD

12D. Did flex funding contribute to the placement of a child with a relative or special study caretaker known to the child?   ☐Yes  ☐No  ☐N/A  ☐UTD

13. In reviewing the record since the receipt of the service or goods provided, is there an indication that the funding met the identified need?   ☐Yes  ☐No  ☐N/A  ☐UTD

14. Once the determination was made to seek flex funds, how long did the process of securing funds take?
    - ☐ 1. 1-3 Days
    - ☐ 2. 4-6 Days
    - ☐ 3. 7-9 Days
    - ☐ 4. 10 –12 Days
    - ☐ 5. 13-15 Days
    - ☐ 6. Greater than 15 Days
    - ☐ 99. UTD

15. Per the reviewer, what category of service or payment was requested?
    - ☐ 1. Food
    - ☐ 2. Clothing
    - ☐ 3. Emergency shelter
    - ☐ 4. Rent to avoid eviction
    - ☐ 5. Security deposit/ first and last month's rent
    - ☐ 6. Heating/electricity bills
    - ☐ 7. Emergency home repairs (e.g., heating system repair)
    - ☐ 8. Emergency housekeeping services
    - ☐ 9. Counseling
    - ☐ 10. Mental health evaluations
    - ☐ 11. Daycare
    - ☐ 12. Transportation
    - ☐ 13. Camp/Recreation
    - ☐ 14. Medical/Dental
    - ☐ 15. Utility (Phone)
    - ☐ 16. Other: _____

16. What was the amount of funds requested? _____

17. What was the identified need on the request form? _____

17A. What was the additional description provided? _____

18. What was the amount of funds provided? _____

19. What was the date of the check? _____

20. In the quarter of this review, how many times were flex funds requested to serve the needs of the case participants identified via case id xxxxxxx? _____

21. From the perspective of the worker, in general, what obstacles were present in attempting to use current DCF service code funding sources, or alternative funding sources (i.e. Covenent to Care, CAFAP, or other community or state agencies) to meet the needs of the clients' served? (Check all that apply)
    1. ☐ Chain of Approval
    2. ☐ Clear identification of existing resources within established DCF service contracts or pool of funds was not available
    3. ☐ Clear identification of the responsibilities of other state agencies who jointly serve DCF clients was not available
    4. ☐ Clear identification of alternative community resources within our area office was not available
    5. ☐ Other: _____

    66. ☐ N/A – I have not experienced barriers to obtaining funding necessary to meet client's needs
    99. ☐ Skip – SW or SWS declined comment

22. In the opinion of the reviewer, was the use of flex funds in line with good case practice (did the expenditure meet the needs of the   ☐Yes   ☐No   ☐N/A   ☐UTD family in a meaningful manner – addressing the core issues bringing the family to the attention of DCF?)

*Interview/Reviewer Comments Below*