Discretionary Flex Funds 2004 Review                                          Page 1 of 6
Instructions Guidelines

---

Flex Funds 2004 Review
**Instructions Guidelines**
(9-04)

This Monitor's Office and DCF's Quality Improvement Division are conducting a review of Discretionary Flex Funds expended during the months April through August 2004 (period under review). The purpose of this review is to gather information on when and how workers secure funds to support a family in goal achievement; maintain a child in the home or current placement; or meet medical, mental health or other significant needs not addressed in the contracted goods and services within the area offices.

Both a LINK review and a phone interview with the SW or SWS are required for each case in the sample. The LINK review is done first and then the phone interview is conducted to answer any questions that cannot be answered through the LINK review and to answer the questions that are from the perspective of the SW or SWS. In addition, any comments regarding Flex Funds are asked of the SW or SWS and included in the comments section of the tool.

---

**Q1.** <u>Flex Funds Case Id</u>:  Located on desktop outliner in parenthesis.

**Q2.** <u>Area Office</u>:  LINK assignment Icon.  Double click on Assigned SW's name.  The Office is under assignment details.

**Q3.** <u>Case Type</u>:  Go to the Assignment Icon, click on the name of the current SW or the most recent SW, a box will pop up entitled Worker Assignment.  The case type will be in the top portion of the box under the Assignment Definition.

**Q4**.  <u>Identified Worker</u>:  This will be the name of the social worker for the case at the time the flex funds were requested.  Go to the Assignment Icon and look for the name of the social worker assigned during the time period under review.

**Q5.** <u>Date Need Identified</u>: Fill this out by mm/dd/yyyy.  Enter 11/11/1111 if an interview does not take place. To acquire this date there are multiple sources the reviewer can look at to obtain a date or timeframe.  If an exact date is not known then list the first day of the month if the need was identified earlier in the month or the 15th day of the month if the need was identified mid month or the last day of the month if there is indication of the need being identified sometime at the end of the month.

> <u>The Hotline report</u>: Double click on the Intake icon on the Cases tab.  Find the report with a date that coincides with the period under review or the most recent report prior to the review period.  Double click on that report.  Click on the text button to review the narrative for the report.

Discretionary Flex Funds 2004 Review                                                      Page 2 of 6
Instructions Guidelines
_____

> Investigation Protocol:  Double click on the Intake icon, double click on the listed investigation (you should see "substantiated" or "not substantiated" next to the word investigation) with the date that coincides with the period under review or review the most recent protocol prior to the period under review.
>
> Treatment plan: Double click on the Treatment Planning icon; locate the Treatment Plan that coincides with the period under review.  Review the narrative section of that plan.
>
> Narratives: The reviewer should review the narratives that cover the period under review up to the date of the flex funds check.  In some cases it may be necessary to go back one to two months in narrative prior to the period under review depending on when the flex funds check was dispersed.

**Q6.** Case Participant:  Every flex fund request lists an identified person with a person id for whom the request is being made.  If the request is for that specific individual person please check the appropriate box.  Please check the family unit box if the request is for the family (i.e. rent, security deposit, heating/electric bill).

 To find the case participant listed on the payment request, go to the Provider Organization tab; double click on the Checks/EFT icon.  The words "Discretionary Flex Fund" will be listed and underneath that wording will be the name of the case participant for whom the request is being made.

**Q7**. Alternative funding sources:  Does the information reviewed or the phone interview with SW or SWS indicate that there were alternative funding sources that could be used for the identified need?  The Investigation Protocol, the Treatment Plan and the narrative are all sources where this information could be obtained during the LINK review of the case.

**Q7A**:  If yes, what were they?  Please list all of the alternative funding sources identified through the LINK review or the interview with the SW or SWS.

**Q8**: Alternative-funding sources sought?  This information can be obtained by reviewing the record through LINK and through the phone interview with the SW or SWS.  The Investigation Protocol, the Treatment Plan and the narrative are all sources where this information could be obtained during the LINK review of the case.

**Q8A**:  Barriers to using alternative funding sources:  If the review of the case or the phone interview identified an alternative funding source please list the barriers as to why the source was either not available or utilized.  The Investigation Protocol, the Treatment Plan and the narrative are all sources where this information could be obtained during the LINK review of the case.

Discretionary Flex Funds 2004 Review                                          Page 3 of 6
Instructions Guidelines
_____

**Q9**: Date it was determined flex funds would be used: Fill this out by mm/dd/yyyy. Use 11/11/1111 if you are not able to obtain at date at all. To acquire this date there are multiple sources the reviewer can look at to obtain a date or timeframe. The payment Request form will also have a payment request date. To locate a request date on the Payment Request form go the Provider Organization tab, type in the name of the provider if the provider id is not given. Double click on the Checks/EFT icon. The words "Discretionary Flex Fund" will be listed and underneath that wording will be a child's name. To the right of this will be a check number, amount and three dates underneath. Highlight the request you are reviewing and double click on it. This will bring you to the Payment Request screen. The request date will be in the upper right corner under the Payment Request Identification section.

**Q10**: Provision of services for a medical/dental/mental health need? Q5 makes reference to the identified need that flex funds are being requested for the case. The Hotline report, Investigation Protocol, Treatment Plan and the narrative are all sources where this information could be obtained during the LINK review of the case. If Q10 is "Yes" then Q11 should be "No".

**Q11**: Services for other needs? This question refers to a request for flex funds being made for concrete needs or support services. The Hotline report, Investigation Protocol, Treatment Plan and the narrative are all sources where this information could be obtained during the LINK review of the case.

**Q12**: Goal achievement? *Questions 12-12D are in relation to the case goal*. If the case is an In-Home case, CIP related items would be N/A rather than no (and vice versa). To determine what the case goal is go to the Treatment Planning icon on the cases tab. Double click on Treatment Planning. For an In-Home case highlight and double click on the Family Treatment Plan. Go to the narrative tab, move the arrow to the family assessment with the dates that coincide with the period under review or the assessment completed prior to the period under review. Click on the options button, click on text and the Treatment Plan for that timeframe will be available for review. The case plan should be outlined in this plan.

For a CIP case double click on the Treatment Planning icon. Highlight and double click on the CIP Treatment Plan, go to the Permanency Plan tab. The Permanency Plan Goal will be listed on that screen. This information may also be found in the case record narratives.

**Q12A**: Keeping a family intact? *Questions 12-12D are in relation to the case goal*. The Investigation Protocol, Treatment Plan and the narrative are all sources where this information could be obtained during the LINK review of the case.

Discretionary Flex Funds 2004 Review                                         Page 4 of 6
Instructions Guidelines
_____

**Q12B**: Reunification of a child? *Questions 12-12D are in relation to the case goal.* The Treatment Plan and the narrative are all sources where this information could be obtained during the LINK review of the case.

**Q12C**: Preservation of a placement? *Questions 12-12D are in relation to the case goal.* The Treatment Plan and the narrative are all sources where this information could be obtained during the LINK review of the case.

**Q12D**: Placement with a relative or special study caretaker? *Questions 12-12D are in relation to the case goal.* The Treatment Plan and the narrative are all sources where this information could be obtained during the LINK review of the case.

**Q13**: Flex Funding met the identified need? The Investigation Protocol, the Treatment Plans and narratives are all sources where this information could be obtained during the LINK review of the case.

**Q14**: How long did the process of securing funds take? Refer to the answer given for Q9 and compare that date with the date of the check issued for the Flex Funds request being reviewed. Double click on the Payment icon on the Cases Tab. The checks issued for this case will be listed. The name of the Provider Organization will be listed on the left side with the words "Discretionary/Flexible Funds" and the Identified Case Participant listed underneath. The last date to the far right side is the date of the check issuance for that request. The reviewer can also go to Provider Organization tab, double click on Checks/EFT, there is a list of payments made to that provider with the date of the check, the check number and the check amount.

**Q15**: Category of service or payment requested? Per the reviewer, what was the reason Flex Funds were being requested. Go to the Provider Organization tab; double click on the Checks/EFT icon. Highlight and double click on the date, check number and amount being reviewed. Identify the Flex Funds request being reviewed, highlight and double click on that item and the Payment Request Screen will pop up. There are four sections on this request. The last section is entitled, Service Information and should have a description of service or reason payment is requested.

**Q16**: Amount of funds requested? The amount requested is on the Payment Request screen. Go to the Provider Organization tab, type in the name of the provider if the provider id is not given. Double click on the Checks/EFT icon. The words "Discretionary Flex Fund" will be listed and underneath that wording will be a child's name. To the right of this will be a check number, amount and three dates underneath. Highlight the request you are reviewing and double click on it. This will bring you to the Payment Request screen. The amount of the request is in the last section, entitled Service Information. *Note*: the narratives may indicate that a different amount was going to be

Discretionary Flex Funds 2004 Review                                                   Page 5 of 6
Instructions Guidelines
_____

requested, however, the approved requested amount should be the amount of the payment issued.

**Q17**: <u>Identified need on request form</u>? What was the reason the Flex Funds were being requested? Go to the Provider Organization tab; double click on the Checks/EFT icon. Highlight and double click on the date, check number and amount being reviewed. Identify the Flex Funds request being reviewed, highlight and double click on that item and the Payment Request Screen will pop up. There are four sections on this request. The last section is entitled, Service Information and should have a description of service or reason payment is requested. The Investigation Protocol, the Treatment Plans and narratives are all sources where this information could be obtained during the LINK review of the case.

**Q17A**: <u>Additional description provided</u>? There may be more information than what is on the Payment Request form or the reason listed on the form is "unknown". The Investigation Protocol, the Treatment Plans and narratives are all sources where this information could be obtained during the LINK review of the case.

**Q18**: <u>What was the amount of the funds provided</u>? Double click on the Payment icon on the Cases Tab. The checks issued for this case will be listed. The name of the Provider Organization will be listed on the left side with the words "Discretionary/Flexible Funds" and the Identified Case Participant listed underneath. To the right will be the check number and the amount of the check. The reviewer can also go to the Provider Organization tab; double click on the Checks/EFT icon. Highlight and double click on the date, check number and amount being reviewed. Identify the Flex Funds request being reviewed, highlight and double click on that item and the Payment Request Screen will pop up. There are four sections on this request. In the last section entitled, Service Information the amount provided will be listed.

**Q19**: <u>Date of the check</u>? Double click on the Payment icon on the Cases Tab. The checks issued for this case will be listed. The name of the Provider Organization will be listed on the left side with the words "Discretionary/Flexible Funds" and the Identified Case Participant listed underneath. The last date to the far right side is the date of the check issuance for that request. The reviewer can also go to Provider Organization tab, double click on Checks/EFT, there is a list of payments made to that provider with the date of the check, the check number and the check amount.

**Q20**: <u>How many times were flex funds requested</u>? For the period of time under review how many times were flex funds requested for the case being reviewed (including all case participants). Double click on the Payment icon on the Cases tab. Scroll through the list of payments and count which ones were paid by Flex Funds during the period under review. The Investigation Protocol, the Treatment Plans and narratives are all sources where this information could be obtained during the LINK review of the case.

Discretionary Flex Funds 2004 Review                               Page 6 of 6
Instructions Guidelines
_____

**Q21**: From the perspective of the SW or SWS, what obstacles were present? Check all that apply. This question is in general and not specific to this one request and relates to those funds other that Flex Funds, so that if Flex Funds was requested, there was some kind of obstacle, or the SW did not seek alternative resources. Those obstacles, should be noted in the "other" selection for this question.

**Q22**: In the opinion of the reviewer, was the use of Flex Funds in line with good practice? All information ascertained through the LINK review and the phone interview with the SW or SWS should be considered when answering this question.

**Reviewer Comments**: Please list any additional comments the SW or SWS shared with regard to Flex Funds or other alternative funding sources.