UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------x
JUAN F., et al.,                              :
                      Plaintiffs,             :
                                              :
      v.                                      :         CIVIL NO. H89-859
                                              :         (AHN)
                                              :
M. JODI RELL,  et al.,                        :
                                              :         October 7, 2004
                      Defendants.             :
-----------------------------------------------------------x
```

## ORDER

Plaintiffs have moved for approval of attorneys' fees and expenses in this matter, for the period from October 1, 2003, to March 31, 2004. Plaintiffs' counsel seek $76,415.33 in fees and $2,164.25 in out-of-pocket expenses. Defendants agree to the amount of requested fees and expenses. The Court Monitor has reviewed the application and supporting papers, discussed the matter with the parties' counsel, and has recommended approval and granting of the motion. The Court has reviewed the application and supporting papers, has considered the Court Monitor's recommendation, and hereby ORDERS that Plaintiffs' motion is GRANTED. Within 30 days of the entry of this ORDER, Defendants shall pay a total of $57,256.83 to Children's Rights and $21,322.75 to the Center for Children's Advocacy. The Court further holds that strict application of Rule 23(h) of the Fed. R. Civ. P. does not require approval of notice, publication and a hearing on the request for attorneys' fees and expenses, as it does not apply in a longstanding case such as this where there has been periodic submission and review of requests for fees and expenses concerning post-judgment monitoring and enforcement of a consent decree, and that doing so in the context of this case would be unduly burdensome.

SO ORDERED this 7th day of October, 2004 at Bridgeport, Connecticut.

_____
HON. ALAN H. NEVAS
United States District Judge