UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 DEC 10 A 11: 50
U.S. DISTRICT COURT
BRIDGEPORT, CONN

JUAN F., by and through his
next friends Brian Lynch and
Isabel Romero, on behalf of
themselves and all others
similarly situated, et al.       :

        v.                              :    Civil No. H-89-859(AHN)

M. JODI RELL, ET AL.             :

ORDER

The above-captioned matter is hereby referred to Magistrate Judge Holly B. Fitzsimmons for a conference on the issue of the representation of the plaintiff class in connection with the Exit Plan and related matters.

SO ORDERED this 8 day of December, 2004, at Bridgeport Connecticut.

                                            Alan H. Nevas
                                   United States District Judge