# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

```
*********************************
JUAN F., et al.                  :
                                 :
        Plaintiffs               :
                                          CIVIL NO. H-89-859 (AHN)
    v.                           :
                                 :
M. JODI RELL, et al.             :
                                 :
        Defendants               :     December 16, 2004
*************************************
```

## **ORDER**

Pursuant to the *Juan F*. Exit Plan, The Monitor's Office submits the Exit Plan Progress Report for the June through September 2004 period. I respectfully ask that the Court accept this report and Order that it be filed as an official document in this case.

Accepted and So Ordered: _____     Date:_____
                              The Honorable Alan H. Nevas
                              Senior United States District Court Judge