FILED

2005 MAR 15  A 10: 28

U.S. DISTRICT COURT
BRIDGEPORT CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JUAN F., et al.          :

    Plaintiffs     :

  v.                    :   CIVIL NO. H-89-859 (AHN)

M. JODI RELL, et al.     :

    Defendants     :   March 11, 2005

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Pursuant to the *Juan F.* Exit Plan, The Monitor's Office submits the Exit Plan Progress Report for the October through December 2004 period. I respectfully ask that the Court accept this report and Order that it be filed as an official document in this case.

Accepted and So Ordered: _____  Date: 3/11/05
                        The Honorable Alan H. Nevas
                        Senior United States District Court Judge