UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 JUN 16  P 12: 01

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | |
|---|---|
| JUAN F., by and through his next friends Brian Lynch and Isabel Romero, on behalf of themselves and all others similarly situated, et al.<br>　　　　　　　　　Plaintiffs<br>　　v.<br>JOHN G. ROWLAND, et al.<br>　　　　　　　　　Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: CIVIL NO. H89-859 (AHN)<br>:<br>:<br>: JUNE 15, 2005<br>: |

## MOTION OF ATTORNEY MARTHA STONE
## TO WITHDRAW AS COUNSEL

Attorney Martha Stone, pursuant to Rule 7(e), Federal Rules of Civil Procedure, respectfully requests leave of this Court to withdraw as counsel of record in the above-captioned case. In support of this Motion, Attorney Stone states the following:

1. Attorney Stone is one of several attorneys appearing and currently counsel of record on behalf of the plaintiff class in this case.

2. Attorney Stone respectfully requests permission to withdraw as counsel in this case.

3. Magistrate Judge Holly Fitzsimmons will assist in resolving any outstanding matters, including but not limited to a request for outstanding costs and attorneys' fees and substitution of local counsel.

4. Attorney Stone requests that this Motion be granted, subject to resolution of the outstanding matters referenced in Paragraph 3 above.

Respectfully submitted,

BY: *Martha Stone*
_____
Martha Stone          ct 00080
Center for Children's Advocacy
University of Connecticut School of Law
65 Elizabeth Street
Hartford, CT 06105
(860) 570-5327

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion has been mailed, postage prepaid to Ann Rubin, Carmody & Torrance, 195 Church Street, New Haven, CT 06509, Ira Lustbader and Marcia Robinson Lowry, Children's Rights, Inc., 404 Park Avenue South, New York, NY 10016, Dr. D. Ray Sirry, Court Monitor, 300 Church Street, Wallingford, CT 06492, and Magistrate Judge Holly Fitzsimmons, United States District Court, 915 Lafayette Boulevard, Bridgeport, CT 06604, this 15 day of June, 2005.

*Martha Stone*
_____
Martha Stone