FILED

2005 JUN 21 P 3: 12

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JUAN F., et al.

          Plaintiffs

   v.

M. JODI RELL, et al.

          Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL NO. H-89-859 (AHN)

June 21, 2005

## ORDER

Pursuant to the *Juan F.* Exit Plan, The Monitor's Office submits the exit plan progress report for the January 1, 2005 – March 31, 2005 period. I respectfully ask that the Court accept this report and Order that it be filed as an official document in this case.

Accepted and So Ordered: _____    Date: 6/21/05

The Honorable Alan H. Nevas
Senior United States District Court Judge