# UNITED STATES DISTRICT COURT

District of Connecticut

**APPEARANCE**

CIVIL NUMBER: **H89-859 (AHN)**

JUAN F., et al.,
    **Plaintiffs,**

v.

M. JODI RELL, et al.,
    **Defendants,**

To the Clerk of this Court and all parties of record:

Enter my appearance for the plaintiffs.

____July 7, 2005____
*Date*

_____[signature]_____
*Signature*

____Steven M. Frederick____
*Print Name*

____600 Summer Street____
*Address*

| Stamford | CT | 06901 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| 203-327-2300 | 203-967-9273 |
|---|---|
| *Phone Number* | *Fax Number* |

## CERTIFICATION

This is to certify that a copy of the foregoing Appearance has been mailed this 7th day of July, 2005, to:

Ann H. Rubin, Esq.
Carmody & Torrance LLP
195 Church Street
New Haven, CT 06590-1950
(203) 777-5501
Counsel for Defendants

David P. Atkins, Esq.
Zeldes, Needle & Cooper P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740
Counsel for Court Minor

D. Ray Sirry
DCF Court Monitor
300 Church Street, 4th Fl.
Wallingford, CT 06492

_____
Steven M. Frederick