UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
JUAN F., et al., :
                Plaintiffs, :
                 :
v. :   CIVIL NO. H89-859 (AHN)
                 :
M. JODI RELL, et al., :
                 :   July 7, 2005
                Defendants. :
------------------------------------------------------------x

### PLAINTIFFS' MOTION FOR APPROVAL OF ADDITIONAL CLASS COUNSEL

Pursuant to Federal Rule of Civil Procedure 23(g) and Local Rule of Civil Procedure 83.1, and upon the Memorandum of Law in Support and the Exhibits thereto filed herewith, Plaintiffs respectfully move this Court for an Order appointing Steven M. Frederick as Counsel for the *Juan F.* class and the undersigned attorneys at Children's Rights as Lead Counsel for the *Juan F.* class.

Plaintiffs bring this Motion by their undersigned attorneys at Children's Rights, who have previously been named co-counsel for the *Juan F.* class, and by Attorney Steven M. Frederick, an attorney duly admitted to practice law in the State of Connecticut and in the U.S. District Court for the District of Connecticut, Mr. Frederick having duly filed a Notice of Appearance in this matter.

                            RESPECTFULLY SUBMITTED,
                            PLAINTIFFS

BY: _____
        Marcia Robinson Lowry
        Federal Bar No. ct04688
        mlowry@childrensrights.org
        Ira P. Lustbader
        Federal Bar No. ct23551

ilustbader@childrensrights.org
Erik S. Pitchal
Federal Bar No. ct20513
epitchal@childrensrights.org
CHILDREN'S RIGHTS
404 Park Ave. South, 11th Fl.
New York, NY 10016
Tel 212-683-2210
Fax 212-683-4015

THEIR ATTORNEYS

–and–

Steven M. Frederick
Federal Bar No. ct 08743
sfrederick@wrkk.com
Wofsey Rosen Kweskin & Kuriansky LLP
600 Summer Street
Stamford, CT 06901-1490
Tel 203-327-2300
Fax 203-967-9273

-2-

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing Plaintiffs' Motion for Approval of Additional Class Counsel was served upon the following by Federal Express, on July 7, 2005, addressed as follows:

Ann H. Rubin, Esq.
Carmody & Torrance LLP
195 Church Street
New Haven, CT 06590-1950
(203) 777-5501
Counsel for Defendants

David P. Atkins, Esq.
Zeldes, Needle & Cooper P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740
Counsel for Court Monitor

D. Ray Sirry
DCF Court Monitor
300 Church St., 4th Floor
Wallingford, CT 06492

_____
Steven M. Frederick