UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JUL 27 P 3: 11
U.S. DISTRICT COURT

------------------------------------------------------------x
JUAN F., et al.,
                Plaintiffs,

v.                                    CIVIL NO. H89-859 (AHN)

M. JODI RELL, et al.,
                Defendants.
------------------------------------------------------------x

### ORDER APPOINTING ADDITIONAL CLASS COUNSEL

The Court having previously granted the Motion of Attorney Martha Stone to Withdraw as Class Counsel for the *Juan F.* class; and

The Court having considered Plaintiffs' Motion for Approval of Additional Class Counsel, Steven M. Frederick, and no opposition being made thereto;

The Court hereby GRANTS Plaintiffs' Motion for Approval of Additional Class Counsel. Marcia Robinson Lowry, Ira P. Lustbader, and Erik Pitchal are designated as Lead Counsel for the *Juan F.* class. Steven M. Frederick is designated as Counsel for the *Juan F.* class. Mr. Frederick shall be entitled to recover reasonable attorneys fees and expenses in this matter in accordance with the same procedures as have governed fees and expenses for Plaintiffs' counsel herein.

IT IS SO ORDERED.

Dated: July 26, 2005
Bridgeport, CT

Alan H. Nevas, U.S.D.J.