FILED

2005 AUG 11 P 3:56

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
U.S. DISTRICT COURT
BRIDGEPORT, CONN

---------------------------------------------------------------x
JUAN F., et al.,                                :
                 Plaintiffs,      :
                                                :
v.                                              :     CIVIL NO. H89-859 (AHN)
                                                :
M. JODI RELL, et al.,                           :
                                                :     August 11, 2005
                 Defendants.     :
---------------------------------------------------------------x

## STIPULATION

The parties, by their undersigned counsel, hereby agree and stipulate that all applicable and governing orders in this action in effect as of August 8, 2005, shall remain in full force and effect through and including September 26, 2005, except that all such orders are hereby modified on consent in the following way only: D. Ray Sirry, as DCF Court Monitor, is replaced with Raymond Mancuso, as Acting DCF Court Monitor. The Acting DCF Court Monitor will have the same authority during this period as DCF Court Monitor Sirry had under the terms of all orders in effect in this action as of August 1, 2005. This Stipulation is without prejudice to any party to assert any arguments or request any relief concerning the applicable and governing orders in this action after September 26, 2005.

-1-

RESPECTFULLY SUBMITTED,

BY: _____
Steven M. Frederick
Federal Bar No. ct08743
sfrederick@wrkk.com
Wofsey, Rosen, Kweskin & Kuriansky, LLP
600 Summer Street
Stamford, CT 06901-1490
Tel (203) 327-2300
Fax (203) 967-9273

—and—

_____
Marcia Robinson Lowry
Federal Bar No. ct04688
mlowry@childrensrights.org
Ira P. Lustbader
Federal Bar No. ct23551
ilustbader@childrensrights.org
Erik S. Pitchal
Federal Bar No. ct20513
epitchal@childrensrights.org
Children's Rights
404 Park Ave. South, 11th Fl.
New York, NY 10016
Tel 212-683-2210
Fax 212-683-4015

FOR PLAINTIFFS

BY: _____
Ann H. Rubin, Esq.
Federal Bar No. ct04486
arubin@carmodylaw.com
Carmody & Torrance LLP
195 Church Street
New Haven, CT 06590-1950
Tel (203) 777-5501

FOR DEFENDANTS

SO ORDERED:

_____     8/11/05
Hon. Alan H. Nevas, Senior U.S.D.J.    DATE: