UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JUAN F., by and through his next friends Brian Lynch and Isabel Romero, on behalf of themselves and all others similarly situated, et al. :

: Civil Action No. H-89-859 (AHN)

Plaintiffs, :

: August 10, 2005

v. :

M. JODI RELL, et al. :

Defendants. :

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR ORDER

On behalf of all parties, the defendants respectfully request that the court enter an order awarding to the Center for Children's Advocacy, Inc. attorneys' fees and costs for the period April 1, 2004 through June 23, 2005 performed on behalf of plaintiffs, solely for work performed and expenses incurred by the Center for Children's Advocacy, in accordance with the Stipulation of the parties and proposed Order submitted with this motion.

DEFENDANTS

BY _____[signature]_____
Ann H. Rubin
Fed. Bar No. ct04486
Carmody & Torrance LLP
50 Leavenworth Street
P. O. Box 1110
Waterbury, CT 06721-1110
Telephone: 203-578-4201
Facsimile:  203-784-3199

{N0734633}

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on the above date, to the following:

Martha Stone, Esq.
Center for Children's Advocacy, Inc.
University of Connecticut School of Law
65 Elizabeth Street
Hartford, CT 06105

Marcia Robinson Lowry, Esq.
Ira P. Lustbader, Esq.
Erik Pitchal, Esq.
Children's Rights Inc.
404 Park Avenue South
New York, NY 10016

DCF Court Monitor's Office
300 Church Street – 4th Floor
Wallingford, CT 06492

*/s/ Ann H. Rubin*
Ann H. Rubin

{N0734633}