UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  :
JUAN F., ET AL.,                    :
                                    : Civil Action No. H-89-859 (AHN)
          Plaintiffs,               :
                                    :
v.                                  :
                                    :
M. JODI RELL, ET AL.,               : August 10, 2005
                                    :
          Defendants.               :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT STIPULATION FOR ATTORNEYS' FEES AND EXPENSES

The parties and the Center for Children's Advocacy, Inc. hereby stipulate that the Center for Children's Advocacy, Inc is entitled to attorneys' fees and expenses for legal work undertaken for the period from April 1, 2004 through June 23, 2005 by the Center for Children's Advocacy, Inc., and further stipulate that within 30 days of approval of this motion by this court, the defendants shall pay the sum of $10,314.91 to the Center for Children's Advocacy, Inc., as full and final compensation for expenses and attorneys' fees to the Center for Children's Advocacy, Inc.only; and further stipulate that this application is without prejudice to Plaintiffs seeking, at a later date, fees and expenses for legal work undertaken by Children's Rights for the same time period.

{N0734653}

DEFENDANTS

By _/s/ Ann H. Rubin_
Ann H. Rubin
Federal Bar No. ct04486
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
(203) 777-5501

PLAINTIFFS

By _/s/ Erik S. Pitchal_
Erik S. Pitchal, Esq.
Federal Bar No. ct23551
epitchal@childrensrights.org
Children's Rights, Inc.
404 Park Avenue South
New York, NY 10016
(212) 683-2210

CENTER FOR CHILDREN'S ADVOCACY, INC.

By _/s/ Martha Stone_
Martha Stone
Its Executive Director

{N0734653}                          2