UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2005 AUG 23  P 1: 01

U.S. DISTRICT COURT
BRIDGEPORT, CONN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JUAN F., ET AL.,

          Plaintiffs,

v.

M. JODI RELL,  ET AL.,

          Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

: Civil Action No. H-89-859 (AHN)
:
:
:
:
:
: August ___, 2005
:
:

## ORDER

It is hereby ORDERED that defendants shall pay to the Center for Children's Advocacy, Inc., within thirty days of the date of this ORDER, the amount of $10,314.91, payable to the Center for Children's Advocacy, Inc., in full satisfaction of plaintiffs' claims for attorneys' fees and expenses incurred during the period of April 1, 2004 through June 23, 2005 by the Center for Children's Advocacy only, in accordance with the Stipulation of the parties and the Center for Children's Advocacy dated August 10, 2005, and without prejudice to Plaintiffs seeking, at a later date, fees and expenses for legal work undertaken by Children's Rights for the same time period.

          SO ORDERED

          _____

          ALAN H. NEVAS
          UNITED STATES DISTRICT JUDGE

Dated this __15__ day of August, 2005.

{N0734655}