UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUAN F., BY AND THROUGH NEXT FRIENDS LYNCH AND ROMERO, ET AL., | : : : | |
| Plaintiffs, | : : | NO. 2:89CV859 (AHN) |
| vs. | : : | |
| ROWLAND, ET AL., | : : | |
| Defendants. | : | AUGUST 23, 2005 |

## MOTION OF COUNSEL FOR LEAVE TO WITHDRAW APPEARANCES

In accordance with L. Civ. R. 7(e), the undersigned move for leave to withdraw their Appearances filed in the above-entitled action on behalf of the Office of The Department of Children and Family Services (CDF) Court Monitor and D. Ray Sirry in his capacity as DCF Court Monitor.

In support of this Motion, the undersigned represent that by an Appearance form dated August 19, 2005, substitute counsel (James T. Shearin) has appeared for the

Office of the DCF Court Monitor. Copies of this Motion have been sent, by certified mail, both to Dr. Sirry and to Ray Mancuso the Acting DCF Court Monitor.

Dated at Bridgeport, Connecticut this 23rd day of August, 2005.

           David P. Atkins    /s/
Jacob D. Zeldes (ct04351)
David P. Atkins (ct04189)
Joseph C. Hutchison (ct07219)

    Zeldes, Needle & Cooper, P.C.
    1000 Lafayette Boulevard
    P.O. Box 1740
    Bridgeport, CT 06604
    Telephone: (203) 333-9441
    Fax: (203) 333-1489
    Email: jzeldes@znclaw.com
            datkins@znclaw.com

Attorneys for Office of DCF Court Monitor D. Ray Sirry

2

**CERTIFICATE OF SERVICE**

This is to certify that copies of the foregoing have been sent via first class United States mail, postage prepaid, on this date to:

Ira P. Lustbader, Esq.
Erik S. Pitchal, Esq.
Jeffrey B. Gracer, Esq.
Children's Rights, Inc.
404 Park Avenue South, 11th Floor
New York, NY  10016

Steven M. Frederick, Esq.
Wofsey, Rosen, Kweskin & Kuriansky LLP
600 Summer Street
Stamford, CT 06901-1490

Ann H. Rubin, Esq.
Carmody & Torrance LLP
195 Church Street
P. O. Box 1950
New Haven, CT  06509-1950

James T. Shearin, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Dated at Bridgeport, Connecticut, this 23rd day of August, 2005.

_____/s/
David P. Atkins