AO 458 (Rev.5/85) Appearance

# United States District Court

### DISTRICT OF CONNECTICUT

JUAN F., BY NEXT FRIENDS BRIAN
LYNCH AND ISABEL ROMERO, ET AL

**APPEARANCE**

Plaintiff

V.

Case Number: 2:89cv00859 (AHN)

WILLIAM O'NEIL, et al

Defendants,

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

**THE COURT MONITOR DCF COURT MONITOR'S OFFICE**

August 19, 2005

Date

Signature

James T. Shearin-- ct01326
Print Name
Pullman & Comley, LLC
850 Main Street
Address
Bridgeport,    CT    06604
City    State    Zip Code
(203) 330-2240

(203) 576-8888 Fax

jshearin@pullcom.com

## CERTIFICATION

I hereby certify that on August 19 2005, a copy of Appearance of James T. Shearin on behalf of the DCF Court Monitor's Office was filed and will be sent via e-mail and/or regular mail to:

Erik S. Pitchal
Ira P. Lustbader
Jeffrey B. Gracer
Marcia Robinson Lawry
Children's Rights
404 Park Avenue South
11th Floor
New York, NY 10016
1-212-683-2210

Stephen Wizner
Jerome N. Frank Legal Services
Organization
P.O. Box 209090
New Haven, CT 06520-9090
203-432-4800

Steven M. Frederick
Wofsey, Rosen, Kweskin & Kuriansky
600 Summer Street
Stamford, CT 06901
203-327-2300
203-967-9273 – fax
sfrederick@wrkk.com

Ann H. Rubin
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
203-573-1200
203-575-2600
arubin@carmodylaw.com

James P. Welsh
Director
Legal and Government Affairs
Department of Mental Retardation
460 Capitol Avenue
Hartford, CT 06106

860-418-6085
860-418-6009 – fax
james.welsh@po.state.ct.us

Susan T. Perlman
John Essex Tucker
Attorney General's Office
Child Protection
MacKenzie Hall
110 Sherman Street
Room 305
Hartford, CT 06105
860-808-6480
susan.pearlman@po.state.ct.us

US Court of Appeals
Office of the Clerk
US Courthouse
Foley Square
New York, NY 10007
212-857-8500

David J. Sullivan, Jr.
39 Sherman Court
Fairfield, CT 06430
203-254-7514

David P. Atkins
Jacob D. Zeldes
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT  06601-1740
203-333-9441
203-333-1489 fax
datkins@znclaw.com
jzeldes@znclaw.com

Joseph C. Hutchinson
Mead Westvaco
One High Ridge Park
Stamford, CT 06905
203-461-7514

James T. Shearin, Esq. – ct 01326

Bridgeport/70556.1/JTS/569769v1