UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2005 SEP 26 P 3: 56

U.S. DISTRICT COURT
BRIDGEPORT, CONN

------------------------------------------------x
JUAN F., et al.,

    Plaintiffs,

v.

M. JODI RELL, et al.,

    Defendants.
------------------------------------------------x

CIVIL NO. H89-859
(AHN)

September 26, 2005

## STIPULATION

The parties, by their undersigned counsel, hereby agree and stipulate that the so-ordered stipulation dated August 11, 2005, shall be extended through and including October 3, 2005. All orders in this action in effect as of August 8, 2005, shall remain in full force and effect through and including October 3, 2005, except that all orders are hereby modified on consent in the following way only: D. Ray Sirry, as DCF Court Monitor, is replaced with Raymond Mancuso, as Acting Court Monitor. The Acting DCF Court Monitor will have the same authority during this extended period as DCF Court Monitor Sirry had under the terms of all orders in effect as of August 8, 2005. This stipulation is without prejudice to any party to assert any arguments or request any relief concerning the applicable and governing orders in this action after October 3, 2005.

RESPECTFULLY SUBMITTED,

BY: _____
Steven Frederick
Federal Bar No. ct08743
sfrederick@wrkk.com
Wofsey, Rosen, Kweskin & Kuriansky, LLP
600 Summer Street
Stamford, CT 06901-1490
Tel (203) 327-2300
Fax (203) 967-9273

—and—

_____
Marcia Robinson Lowry
Federal Bar No. ct04688
mlowry@childrensrights.org
Ira P. Lustbader
Federal Bar No. ct23551
ilustbader@childrensrights.org
Erik S. Pitchal
Federal Bar No. ct20513
epitchal@childrensrights.org
Children's Rights
404 Park Ave. South, 11th Fl.
New York, NY 10016
Tel 212-683-2210
Fax 212-683-4015

FOR PLAINTIFFS


BY: /s/ Ann H. Rubin
Ann H. Rubin, Esq.
Federal Bar No. ct04486
arubin@carmodylaw.com
Carmody & Torrance LLP
195 Church Street
New Haven, CT 06590-1950
Tel (203) 777-5501

FOR DEFENDANTS

RESPECTFULLY SUBMITTED,

BY: _____
Steven Frederick
Federal Bar No. ct08743
sfrederick@wrkk.com
Wofsey, Rosen, Kweskin & Kuriansky, LLP
600 Summer Street
Stamford, CT 06901-1490
Tel (203) 327-2300
Fax (203) 967-9273

—and—

_____
Marcia Robinson Lowry
Federal Bar No. ct04688
mlowry@childrensrights.org
Ira P. Lustbader
Federal Bar No. ct23551
ilustbader@childrensrights.org
Erik S. Pitchal
Federal Bar No. ct20513
epitchal@childrensrights.org
Children's Rights
404 Park Ave. South, 11th Fl.
New York, NY 10016
Tel 212-683-2210
Fax 212-683-4015

FOR PLAINTIFFS


BY: _____
Ann H. Rubin, Esq.
Federal Bar No. ct04486
arubin@carmodylaw.com
Carmody & Torrance LLP
195 Church Street
New Haven, CT 06590-1950
Tel (203) 777-5501

FOR DEFENDANTS

SO ORDERED:

_____     9/26/05
Hon. Alan H. Nevas, Senior U.S.D.J.    DATE

FILED
2005 SEP 26 P 3: 56
U.S. DISTRICT COURT
BRIDGEPORT, CONN