UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
*********************************
JUAN F., et al.                  :
                                 :
       Plaintiffs                :
                                                CIVIL NO. H-89-859 (AHN)
   v.                            :
                                 :
M. JODI RELL, et al.             :
                                 :
       Defendants                :              November 6, 2005
*************************************
```

**ORDER**

Pursuant to the *Juan F*. Exit Plan, The Monitor's Office submits the "Exit Plan Outcome Measures 2005 Annual Progress Report". I respectfully ask that the Court accept this report and Order that it be filed as an official document in this case.

Accepted and So Ordered: _____   Date:_____
                          The Honorable Alan H. Nevas
                          Senior United States District Court Judge