**Crosswalk of Services for the Service Provider Type Table of Outcome Measures 3 & 15**

| Service or Need | Programs Associated with the Identified Service Need | |
|---|---|---|
| **1. Childcare** | • After School Programs | • Childcare (Daycare) |
| **2. Dental** | • Dental Screenings & Evaluation | • Dental or Orthodontic Services |
| **3. Domestic Violence** | • Domestic Violence Services Programs<br>• Domestic Violence Shelter | • Prevention Programs (Violence) |
| **4. Education** | • Educational Screening or Evaluation<br>• Head Start<br>• Individualized Programs per IEP Evaluation | • Tuition for Private School/College |
| **5. Employment** | • Job Coaching/Placement | |
| **6. Housing** | • Community Housing Assistance (CHAP)<br>• Emergency Shelter (Adult/Family) | • Housing Assistance (Section 8)<br>• Transitional Living Program |
| **7. Medical** | • Developmental Screening or Evaluation<br>• Health /Medical Screening or Evaluation<br>• Health Start<br>• Hospitalization, Medical<br>• Medication Management | • Occupational Therapy<br>• Other Medical Intervention<br>• Physical Therapy<br>• Prenatal Services |
| **8. Mental Health** | • Anger Management<br>• Behavior Management<br>• Care Coordination<br>• Crisis Counseling<br>• Day Treatment/Partial Hospitalization<br>• Emergency Mobile Psychiatric Services<br>• Extended Day Treatment<br>• Family or Marital Counseling<br>• Group Counseling<br>• Individual Counseling<br>• In-Home Treatment (MDFT, MST, FFT)<br>• Juvenile Justice Intermediate Evaluation<br>• Mental Health Screening or Evaluation | • One to One Services<br>• Other State Agency Programs (DMR, DMHAS, MSS)<br>• Peer Counseling<br>• Problem Sexual Behavior Evaluation<br>• Problem Sexual Behavior Therapy<br>• Psychiatric Evaluation<br>• Psychiatric Hospitalization<br>• Psychological or Psychosocial Evaluation<br>• Sex Abuse Evaluation<br>• Sexual Abuse Victim Therapy<br>• Therapeutic Child Care |
| **9. Out of Home Care** | • Adoption Recruitment<br>• Basic Foster Care<br>• Crisis Stablization Beds<br>• Group Home<br>• Matching/Placement/Processing (includes ICO)<br>• Maternity Home<br>• Permanency Diagnostic Center | • Permanent Family Residence Homes<br>• Relative Foster Care<br>• Residential Facility Services<br>• SAFE Homes<br>• Specialized Foster Care<br>• Youth Shelters |
| **10. Substance Abuse** | • Detoxification<br>• Drug/Alcohol Education<br>• Drug/Alcohol Testing<br>• Inpatient Substance Abuse Treatment<br>• Outpatient Substance Abuse Treatment<br>• Relapse Prevention Programs | • Substance Abuse Prevention<br>• Substance Abuse Screening/Evaluation<br>• Supportive Housing for Recovering Families (SHRF) |
| **11. & 12. Support Services**<br>11 = Out of Home<br>12 = In-Home | • Family Advocacy<br>• Adoption Supports (PPSP)<br>• Delinquency Prevention<br>• Family Preservation<br>• Family Reunification<br>• Family Stabilization<br>• Flex Funds for Basic Needs<br>• Foster Care Support<br>• In-Home Parent Education and Support<br>• Juvenile/Criminal Diversion<br>• Maintaining Family Ties<br>• Medically Fragile Services/Support<br>• Mentoring<br>• Outreach, Tracking and Reunification Programs | • Parenting Classes<br>• Parenting Groups<br>• Peer Mediation<br>• Positive Youth Development Program<br>• Preparation for Adult Living Settings<br>• Respite Services<br>• Services for the Disabled (TDD/TTY)<br>• Social Recreational Programs<br>• Supervised Visitation<br>• Translation Services<br>• VNA Services<br>• WIC Services<br>• Young Parents Program |
| **13. Training** | • Adoption Training<br>• Foster Care Training | • Life Skills Training |

Case 2:89-cv-00859-AHN    Document 502-4    Filed 11/07/2005    Page 2 of 2