**LINK Extraction Tool for the 2005 Outcome Measure Case Review**
**(Outcome Measures 3-22)**
**Final Version Dated April 28, 2005**

## Administrative

A.1    **Reviewer Name: (check the appropriate box below)**
1. ☐ Collins, Debra      5. ☐ Hofferth, Lisa      9.  ☐ Roderick, Joni Beth
2. ☐ Corcoran, Mary      6. ☐ Kolpinski, Kathie    10. ☐ Rothfarb, Eileen
3. ☐ Gonzalez, Janet     7. ☐ LaBelle, Janet       11. ☐ Somaroo-Rodriguez, Kim
4. ☐ Hartmann, MaryAnn   8. ☐ Marks-Roberts, Susan  12. ☐ Other

A.2    **Date of LINK Extraction: _____ / _____ / 2005 (MM/DD/YYYY)**

A.3    **Is this case selected for the sub-sample interview?**
1.   ☐ Yes
2.   ☐ No

## Demographics

D.1    **Treatment Case Assignment Type**
1. ☐ CPS In-home family (IHF) case
2. ☐ CPS Child-in-Placement (CIP) case
3. ☐ Associated family case to Child-in-Placement (ACIP or VSACIP) case
4. ☐ Voluntary Services In-home family (VSIHF) case
5. ☐ Voluntary Services Child-in-Placement (VSCIP) case

D.2    **LINK Case Number: _____**

D.3    **LINK Family Case or Child's Name: _____**
**(LAST NAME, FIRST NAME)**

D.4    **LINK Person ID Number (Case name or child-in-placement): _____**

D.5    **Child's Date of Birth: _____/_____/_____**
**(MM/DD/YYYY) (enter 11/11/9999 if IHF, ACIP, VSACIP, VSIHF)**

D.6    **Race (Child's or Family Case Name):**
1. ☐ American Indian or Alaskan Native
2. ☐ Asian
3. ☐ Black/African American
4. ☐ Native Hawaiian
5. ☐ White
6. ☐ Unknown
7. ☐ Blank (no race selected in LINK)
8. ☐ UTD
9. ☐ Multiracial

D.7    **Ethnicity (Child's or Family Case Name):**
1. ☐ Hispanic
2. ☐ Non-Hispanic
3. ☐ Unknown
4. ☐ Blank (no ethnicity selected in LINK)

D.8    **Date the case was most recently opened/reopened: ____/_____/_____(MM/DD/YYYY)**

**D.9    Current residence of child on the date of this review:**
1. ☐ Detention
2. ☐ Group Home
3. ☐ Home of biological parent, adoptive parent or legal guardian
4. ☐ In-state hospital setting
5. ☐ In-state DCF foster care setting
6. ☐ In-state private provider foster care setting
7. ☐ In-state residential setting
8. ☐ Out-of state residential setting
9. ☐ Out-of-state foster care setting
10. ☐ Out-of-state hospital setting
11. ☐ Pre-Adoptive Placement
12. ☐ Safe Home
13. ☐ Shelter
14. ☐ TLAP/CHAPS
15. ☐ N/A - In-home family case
16. ☐ N/A- Associated Family to CIP or VSCIP case

**D.10.    Social Worker's Office:**
1. ☐ Bridgeport
2. ☐ Danbury
3. ☐ Greater New Haven
4. ☐ Hartford
5. ☐ Manchester
6. ☐ Meriden
7. ☐ Middletown
8. ☐ New Britain
9. ☐ New Haven Metro
10. ☐ Norwalk
11. ☐ Norwich
12. ☐ Stamford
13. ☐ Torrington
14. ☐ Waterbury
15. ☐ Willimantic

**D.11    What is the child in placement's legal status on May 15, 2005?**
1. ☐ 96 hour hold
2. ☐ Committed
3. ☐ Dually Committed
4. ☐ Not Committed
5. ☐ OTC
6. ☐ TPR
7. ☐ N/A – In-Home Family Case (Voluntary, AFCIP, or CPS)

**D.12    On May 15, 2005 were any children in this in-home case under protective supervision?**
1. ☐ Yes
2. ☐ No
3. ☐ N/A – Not an In-Home Case

**D.13    On May 15, 2005 what is the status of this case?**
1. Open/Reopen
2. Closed

## Case Management Issues

**CM.1**   **What is the assigned Social Worker's name as of the date of the case review (today)?**
_____(LAST NAME, FIRST NAME)

**CM.2**   **What is the name of the Social Work Supervisor as of the date of the case review (today)?**
_____(LAST NAME, FIRST NAME)

**CM.3**   **Date of most recent removal from home: _____/_____/_____(MM/DD/YYYY)**
**(enter 11/11/9999 if IHF, VSIHF)**

**CM.4**   **Has/was this child  in out of home care for at least 6 months as of May 15, 2005 (or date of case closure during the quarter ending May 15, 2005)?**
1.   ☐ Yes
2.   ☐ No
3.   ☐ N/A – In-Home Case (IHF or VSIHF)

**CM.5**   **Do supervisory conference notes indicate that the SWS and SW discussed risk factors in the case during the period of February 15, 2005 – May 15, 2005?**
1.   ☐ Yes
2.   ☐ No
3.   ☐ UTD – No SWS narratives in LINK during this period

**CM.5a  How many supervisory conferences are documented during this period? _____**

**CM.6**   **In reference to the supervisory conferences in CM.5 above, did the SWS offer clear directives on how to proceed with the case to minimize the risks identified?**
1.   ☐ Yes
2.   ☐ No
3.   ☐ N/A – no risks identified
4.   ☐ UTD – no SWS narratives during this period

**CM.6a  In the reviewers opinion were there clear risk factors present within the documentation for the case that were not addressed in SWS conferences?**
1.   ☐ Yes
2.   ☐ No
3.   ☐ UTD – No SWS narratives in LINK during this period

**CM.7  Reading all narratives related to the case events during this period does the reviewer feel that the supervision provided was:**
1.   ☐ Negligible
2.   ☐ Poor
3.   ☐ Good
4.   ☐ Exellent
*Please document your rationale for the rating on the reverse of this page.*

**CM.8  Were the SWS' directives followed by the SW in the prescribed manner and timeframe from the date of supervisory conference documentation?**
1.   ☐ All directives were followed
2.   ☐ Partial compliance with SWS directives noted
3.   ☐ No directives were followed
4.   ☐ N/A – no directives issued
5.   ☐ UTD - No narratives during this period

**CM.9  What was the child's stated goal on the most recent approved treatment plan in place during the period November 15, 2004 – May 15, 2005?**

1. ☐ Reunification
2. ☐ Adoption
3. ☐ Transfer of Guardianship
4. ☐ Other Permanent Living Arrangement:  Long Term Foster Care
5. ☐ Other Permanent Living Arrangement:  Independent Living
6. ☐ In-Home Goals – Safety/Well Being Issues
7. ☐ Other
8. ☐ UTD – Plan incomplete, unapproved or missing for this period

**CM9a.  If "Other is indicated in CM9, specify here:** _____

**CM.10  What  is the concurrent plan?** _____ / _____
1st State Goal     / 2nd Stated Goal

**CM.11  Did the social worker actively manage the case so that both goals were concurrently being pursued?**

1. ☐ Yes
2. ☐ No
3. ☐ N/A – There is not a concurrent plan
4. ☐ N/A – In-Home case
5. ☐ UTD – there is no approved treatment plan in place for the period of November 15, 2004 – May 15, 2005

**CM.12  Was the goal as identified on the most recent approved treatment plan (November 15, 2004 - May 15, 2005) changed from the stated goal in the prior approved treatment plan?**

1. ☐ Yes
2. ☐ No
3. ☐ N/A – there was no prior approved treatment plan with which to compare goals.
4. ☐ UTD – there is no approved treatment plan in place for the period of November 15, 2004 – May 15, 2005
5. ☐ UTD – case closed prior documentation locked down

**CM.13  Did this stated DCF treatment plan goal coincide with the court approved permanency goal?**

1. ☐ Yes
2. ☐ No
3. ☐ No court approved plan required
4. ☐ UTD – No Legal Narratives in the twelve month period ending May 15, 2005
5. ☐ UTD – child placed via OTC pending court date – no court approved goal of CIP

**CM.14  What is the target date for goal achievement on the most current DCF 553 (completed November 15, 2004 –May 15, 2005)?**  _____/_____ **(MM/YYYY)**

**CM.15  Has TPR been filed for the child in question?**

1. ☐ Yes
2. ☐ No
3. ☐ N/A – child's goal did not require termination of parental rights
4. ☐ N/A – In-home case (CPS or Voluntary Services)

**CM.16  Enter the date of filing here:** _____/_____/_____ (11/11/9999 if not applicable)

**CM.17  Has TPR been granted?**

1. ☐ Yes
2. ☐ No
3. ☐ N/A – DCF did not file TPR
4. ☐ N/A – In-home case (CPS or Voluntary Services)

**CM.18  Enter date that TPR was granted:** _____/_____/_____ (11/11/9999 if not applicable)

**CM.19  What court granted TPR?** _____ (enter SKIP if not applicable)

**CM.20  Is there LINK documentation that the parent(s) appealed the TPR?**
1. ☐ Yes
2. ☐ No
3. ☐ N/A – TPR not applicable to this case
4. ☐ TBD – TPR is currently pending
5. ☐ UTD – Appeal window not yet expired

**CM.21  For children in placement on May 15, 2005 with a singular or concurrent goal of adoption or transfer of guardianship, has a permanent resource been identified?**
1. ☐ Yes
2. ☐ No
3. ☐ N/A – child is not in placement on May 15, 2005
4. ☐ N/A – child does not have the goal of adoption or TOG on May 15, 2005
5. ☐ N/A – child achieved goal of adoption during the quarter

**CM.22  For children in placement on May 15, 2005 with a singular or concurrent goal of adoption or transfer of guardianship, has the child been placed with the identified resource?**
1. ☐ Yes
2. ☐ No
3. ☐ N/A – child is not in placement on May 15, 2005
4. ☐ N/A – child does not have the goal of adoption or TOG on May 15, 2005
5. ☐ N/A – child achieved goal of adoption during the quarter

**CM.23  For children in out of home placement at any point during the period of February 15, 2005 – May 15, 2005 with TPR status, does the record indicate that a Life Book has been initiated to identify all familial ties, placement history, and information suitable for the child's level of understanding?**
1. ☐ Yes
2. ☐ No
3. ☐ N/A – child's legal status is not TPR

## Outcome Measure #3 - Treatment Plans

For this section of the data collection instrument, the reviewer should refer to the most recent SWS approved treatment plan and ACR/TPC documentation in LINK. Reminder, if the date of the most recent TPC/ACR entered in question OM3.1 is greater than 7 months old, be sure to select the appropriate N/A responses for the remaining question within this section.

**OM3.1  What is the date of the last documented TPC/ACR?**
_____/_____/_____(MM/DD/YYYY)

**OM3.2  Does LINK document a treatment plan that corresponds to a TPC/ACR held during the period of November 15, 2004 – May 15, 2005?**
1. ☐ Yes
2. ☐ No
3. ☐ N/A – No TPC/ACR conducted in the period of November 15, 2004 – May 15, 2005

**OM3.3  Is this treatment plan approved in LINK by the SWS?**
1. ☐ Yes
2. ☐ No
3. ☐ N/A – No TPC/ACR conducted in the period of November 15, 2004 – May 15, 2005

**OM3.3A  What is the date of the SWS approval on this plan?**
_____/_____/_____(MM/DD/YYYY)

**OM3.4  Is the most recent SWS approved treatment plan in compliance with the timing requirement set in policy? (Policy = treatment plan within 60 days of the date the case opening in ongoing services/child entered placement <u>or</u> less than 7 months of the prior treatment plan)**
1. ☐ Yes
2. ☐ No
3. ☐ N/A-No SWS approved treatment plan documented in the period of Oct 15, 2004 – May 15, 2005

**OM3.5  Per the reviewers reading of LINK narratives and the Case Maintenance information, were all appropriate parties officially invited to participate in the most recent treatment planning conference/administrative case review via the DCF 556 letter?**
1. ☐ Yes
2. ☐ No
3. ☐ UTD – LINK information does not provide insight into case participants
4. ☐ N/A – there is no TPC/ACR documented from November 15, 2004 – May 15, 2005

**OM3.6  If written letters were not issued, were all appropriate parties given advance notice to participate via documented phone contact?**
1. ☐ Yes
2. ☐ No
3. ☐ UTD – LINK information does not provide insight into case participants
4. ☐ N/A – there is no TPC/ACR documented from November 15, 2004 – May 15, 2005
5. ☐ N/A – letters were issued to all appropriate parties.

**OM3.7  If there is any documentation that the family or child requested the meeting be rescheduled at least 24 hours in advance of the meeting, was this request granted?**
1. ☐ Yes
2. ☐ No
3. ☐ N/A – there is no TPC/ACR documented from November 15, 2004 – May 15, 2005
4. ☐ N/A – No request recorded in LINK

**OM3.8  If ACR/TPC was for a child in placement age 12 or older was the conference scheduled at a time that accommodated his educational program so that he/she could participate (either in person or via phone conference)?**
1. ☐ Yes
2. ☐ No
3. ☐ UTD – No ACR/TPC <u>or</u> child in placement (over age 12) not invited to participate
4. ☐ N/A – Child is not required to participate due to age (less than 12) or mental health
5. ☐ N/A – In-Home case

**Using the table below indicate via check mark in the appropriate column whether the following individuals were invited by letter to participate in the most recent ACR/TPC documented from November 15, 2004 – May 15, 2005?**

|  |  | Yes | No | N/A | No ACR/TPC Held |
|---|---|---|---|---|---|
| OM3.9 | Mother (or Legal Guardian) | ☐ | ☐ | ☐ | ☐ |
| OM3.10 | Father | ☐ | ☐ | ☐ | ☐ |
| OM3.11 | Father 2 | ☐ | ☐ | ☐ | ☐ |
| OM3.12 | Father 3 | ☐ | ☐ | ☐ | ☐ |
| 0M3.13 | Child over 12 | ☐ | ☐ | ☐ | ☐ |
| 0M3.14A | Child's Caretaker 1 | ☐ | ☐ | ☐ | ☐ |
| OM3.14B | Child's Caretaker 2 | ☐ | ☐ | ☐ | ☐ |
| OM3.15 | All Active Service Providers | ☐ | ☐ | ☐ | ☐ |
| OM3.16 | Child's Attorney | ☐ | ☐ | ☐ | ☐ |
| OM3.17A | Father's Attorney | ☐ | ☐ | ☐ | ☐ |
| 0M3.17B | Mother's Attorneys | ☐ | ☐ | ☐ | ☐ |
| 0M3.18 | Other DCF Staff | ☐ | ☐ | ☐ | ☐ |

**OM 3.19(a-hh):  Who was involved in the development of the treatment plan and who participated in the TPC/ACR? (Check all that apply in the table found on page 8)**

<u>Note</u>:  If there is no plan less than seven months old on May 15, 2005 select "No Plan".  If there is no documented TPC/ACR in the period of November 15, 2004 through May 15, 2005 select "No ACR".  For the Agency Provider use the Service Provider Type table to choose a category that best fits that type of Agency Provider that the child/family has utilized in the period leading up to the current plan.  *"Developed in conjunction with"* is defined as a documented discussion held between the SW/SWS or with an identified party that indicates that the participant had active knowledge of the service need to be addressed, and what was required to address that service need in the upcoming 6 months.  Use your review of the narratives and the case maintenance screens to determine who should have been included and enter those participants in the left column.  Select N/A only if the identified party is not applicable to the case.  Identify the "other participant" by generic title, such as Guardian, Grandparent, Attorney, GAL, etc.

| Service Provider Type | | |
|---|---|---|
| 1. Childcare | 6. Housing | 10. Substance Abuse |
| 2. Dental | 7. Medical | 11. Support – Out of Home |
| 3. Domestic Violence | 8. Mental Health | 12. Support – In Home Services |
| 4. Education | 9. Out-of-Home Care | 13.  Training |
| 5. Employment | | |

| | Plan developed in conjunction with party indicated to the left | Party participated  in the TPC/ACR |
|---|---|---|
| **Mother** | 3.19a.  Yes☐ No☐ N/A☐  No Plan ☐ | 3.19b. Yes☐ No☐ N/A☐ UTD ☐ No ACR☐ |
| **Father** | 3.19c.  Yes☐ No☐ N/A☐  No Plan ☐ | 3.19d. Yes☐ No☐ N/A☐ UTD ☐ No ACR☐ |
| **Father 2** | 3.19e.  Yes☐ No☐ N/A☐  No Plan ☐ | 3.19f. Yes☐ No☐ N/A☐ UTD ☐ No ACR☐ |
| **Father 3** | 3.19g.  Yes☐ No☐ N/A☐  No Plan ☐ | 3.19h. Yes☐ No☐ N/A☐ UTD ☐ No ACR☐ |
| **Child (12 and older) (CIP case only)** | 3.19i.  Yes☐ No☐ N/A☐  No Plan ☐ | 3.19j. Yes☐ No☐ N/A☐ UTD ☐ No ACR☐ |
| **3.19k Agency Provider** _____ | 3.19l.  Yes☐ No☐ N/A☐  No Plan ☐ | 3.19m. Yes☐ No☐ N/A☐ UTD ☐ No ACR☐ |
| **3.19n Agency provider** _____ | 3.19o.  Yes☐ No☐ N/A☐  No Plan ☐ | 3.19p Yes☐ No☐ N/A☐ UTD ☐ No ACR☐ |
| **3.19q Agency provider** _____ | 3.19r.  Yes☐ No☐ N/A☐  No Plan ☐ | 3.19s. Yes☐ No☐ N/A☐ UTD ☐ No ACR☐ |
| **3.19t Agency provider** _____ | 3.19u.  Yes☐ No☐ N/A☐  No Plan ☐ | 3.19v. Yes☐ No☐ N/A☐ UTD ☐ No ACR☐ |

| | Plan developed in conjunction with party indicated to the left | Party participated in the TPC/ACR |
|---|---|---|
| **3.19w. Agency provider** _____ | 3.19x.  Yes☐ No☐ N/A☐  No Plan ☐ | 3.19y.  Yes☐ No☐ N/A☐ UTD ☐ No ACR☐ |
| **3.19z.  Other case participant** | 3.19aa.  Yes☐ No☐ N/A☐  No Plan ☐ | 3.19bb. Yes☐ No☐ N/A☐ UTD ☐ No ACR☐ |
| **3.19cc.  Other case participant** _____ | 3.19dd.  Yes☐ No☐ N/A☐  No Plan ☐ | 3.19ee. Yes☐ No☐ N/A☐ UTD ☐ No ACR☐ |
| **3.19ff. Other case participant** _____ | 3.19gg.  Yes☐ No☐ N/A☐  No Plan ☐ | 3.19hh. Yes☐ No☐ N/A☐ UTD ☐ No ACR☐ |

**OM3.20.  Did the facilitator in the TPC/ACR require a need for change/amendment or addition to the treatment plan used by participants of the TPC/ACR?**
1.  ☐   Yes
2.  ☐   No
3.  ☐   UTD- the DCF-553-F/DCF-553-CIP was not completed

**OM3.21.  Were the required changes/amendments or additions identified for OM3.20 entered into the treatment plan?**
1.  ☐   Yes
2.  ☐   No
3.  ☐   N/A –no changes were required by the 553
4.  ☐   UTD the DCF-553-F/DCF-553-CIP was not completed

**OM3.22  Was the treatment plan then approved by the SWS on the date of or within 10 days of the TPC/ACR?**
1.  ☐   Yes
2.  ☐   No
3.  ☐   N/A treatment plan was approved by the SWS prior to the ACR
4.  ☐   UTD the DCF-553-F/DCF-553-CIP was not completed
5.  ☐   There is no treatment plan less than 7 months old at the point of review.

**OM3.23 – 3.26:  How did the ACR/TPC facilitator rank the level of progress within the case for the period leading up to the most recent ACR/TPC held during the period of November 15, 2004 – May 15, 2005?**

| Overall Rating | Mother OM 3.23 | Father OM 3.24 | Guardian OM 3.25 | Child/Youth OM 3.26 |
|---|---|---|---|---|
| 1. Fully Achieved (100%) | ☐ | ☐ | ☐ | ☐ |
| 2. Almost Achieved (75% - 99%) | ☐ | ☐ | ☐ | ☐ |
| 3. Moderately Achieved (50% - 74%) | ☐ | ☐ | ☐ | ☐ |
| 4. Limited Progress (25% - 49%) | ☐ | ☐ | ☐ | ☐ |
| 5. No or Almost No Progresss (<25%) | ☐ | ☐ | ☐ | ☐ |
| 6. Too Soon to Rate (Services in place less than 30 days) | ☐ | ☐ | ☐ | ☐ |
| 7. Participant N/A to this Case | ☐ | ☐ | ☐ | ☐ |
| 8. UTD – No DCF 553 Documentation | ☐ | ☐ | ☐ | ☐ |

**OM3.27  Was the SWS approved treatment plan document prepared (or subsequently translated) in the primary language of the family or child selected for this review (D4)?**

1. ☐ Yes
2. ☐ No
3. ☐ UTD
4. ☐ N/A Child is TPR and under age 12
5. ☐ N/A No approved treatment plan documented

**OM3.28  Was the TPC/ACR conducted in the primary language of the family or child identified in Question D.4?**

1. ☐ Yes- no interpreter needed
2. ☐ Yes- interpreter participated
3. ☐ No
4. ☐ UTD
5. ☐ N/A Child is TPR and under age 12
6. ☐ N/A – There is no record of an ACR in the period of November 15, 2004 – May 15, 2004

**OM3.29 A-0.  Indicate if the following elements are included in the most recent treatment plan (within the review period November 15, 2004 – May 15, 2005).**

| | | | 1. Yes | 2. No |
|---|---|---|---|---|
| OM3.29 | A. | A clear description of household members and each identified member (or description of child-in-placement) | ☐ | ☐ |
| OM3.29 | B. | Prior relevant case history | ☐ | ☐ |
| OM3.29 | C. | Reason for most recent case opening | ☐ | ☐ |
| OM3.29 | D. | Presenting issues and problem areas as identified by DCF or provider assessment | ☐ | ☐ |
| OM3.29 | E. | Family issues as perceived by the parent/caretaker/child (if over age 12) | ☐ | ☐ |
| OM3.29 | F. | Family or child's strengths | ☐ | ☐ |
| OM3.29 | G. | Family or child's needs (medical, dental, mental health, educational, other service needs-housing, childcare, employment, transportation, etc.) | ☐ | ☐ |
| OM3.29 | H. | Responsibilities of children, parents, caretakers, service providers and DCF for reaching identified case goals (tasks required during the planning period) | ☐ | ☐ |
| OM3.29 | I. | Clearly stated case/permanency goal | ☐ | ☐ |
| OM3.29 | J. | Identification of the measurement of participants' progress toward and achievement of stated goal (for those adolescents where applicable, this includes the attachment of a completed Independent Living Plan DCF-2091) | ☐ | ☐ |
| OM3.29 | K. | Timelines for completing tasks/expectations related to the case goal/permanency goal | ☐ | ☐ |
| OM3.29 | L. | Proposed services and identified responsible parties | ☐ | ☐ |
| OM3.29 | M. | Legal activity and status during the preceding treatment planning period. | ☐ | ☐ |
| OM3.29 | N. | No elements (A-M) were included in the treatment plan | ☐ | ☐ |
| OM3.29 | O. | No approved treatment plan to review | ☐ | ☐ |

**OM3.30  Does the treatment plan include reasonable efforts as determined by the court to prevent out of home placement?**

1. ☐ Yes
2. ☐ No
3. ☐ N/A IHF, VSIHF, VSCIP or AVSCIP case
4. ☐ N/A -No treatment plan during the period of November 15, 2004 – May 15, 2005

**OM3.31  Does the treatment plan include reasonable efforts to reunify the child with their family in a timely manner (including a description of the services that have been offered and provided)?**

1.  ☐ Yes
2.  ☐ No
3.  ☐ N/A-Judicial determination that reasonable efforts are no longer appropriate, or goal is not reunification
4.  ☐ N/A IHF, VSIHF, VSCIP or AVSCIP case
5.  ☐ UTD – Pending Court Decision related to reasonable efforts at point of review.
6.  ☐ N/A No treatment plan during the period of November 15, 2004 – May 15, 2005

**OM3.32  Does the treatment plan include a synopsis of the current Visitation Plan for the parent(s)/guardian with the child who is placed out of the home?**

1.  ☐ Yes
2.  ☐ No
3.  ☐ N/A- Visitation Plan not needed (e.g. child is TPR'd)
4.  ☐ IHF or VSIHF case
5.  ☐ N/A No treatment plan during the period of November 15, 2004 – May 15, 2005

**OM3.33  Does the treatment plan include a synopsis of the current Visitation Plan for this child with his/her siblings who are not placed together?**

1.  ☐ Yes
2.  ☐ No
3.  ☐ N/A- Visitation Plan not needed (e.g. child does not have siblings or siblings placed together)
4.  ☐ IHF or VSIHF case
5.  ☐ N/A No approved treatment plan during the period of November 15, 2004 – May 15, 2005

---

**Outcome Measure #4 - Search for Relatives**

**(Proposal Review Question #4)**

For this section review information from the date of the child's removal from home through the first six months of placement.

---

*STOP: Answer Question4.1 – Question 4.5,  only if the case has had an identified child in placement and **only** if that child entered DCF out of home care on or after January 1, 2004*

*.If not applicable check here:* ☐ *and SKIP the remaining questions in OM4.*

**On  May 15, 2005… .**

**OM4.1A  Is Child currently placed with relatives?**          1. Yes ☐      2. No ☐

**OM4.1B  Is child currently placed in a special study home?**          1. Yes ☐      2. No ☐

**OM4.2  Was child reunited home during the period of review?**          1. Yes ☐      2. No ☐

**OM4.3A1 –4.3H6: Using the table below, please enter "0" if child was not in care during the identified month within the six months following placement. Enter "1"if the LINK narrative indicates that the Social Worker/Social Work Supervisor (includes Investigation SW/SWS as well as Ongoing Services)addressed the following topics, enter a "2" if there is no documentation of such issues and child still required a resource, enter "99" if not applicable ( placement resource is no longer needed or required actions could not be conducted as no person(s) were identified to act upon):**

| Topic Addressed in SW/SWS Narratives or New LINK Relative Search Narratives: | Month following child's removal from home: | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| **A.   Discussed with Parent/Guardian possible resource for placement, for the child-in-placement** | 4.3A1 | 4.3A2 | 4.3A3 | 4.3A4 | 4.3A5 | 4.3A6 |
| **B   Discussed (as appropriate) with child possible resources for placement, respite, visiting resources or other supportive resource** | 4.3B1 | 4.3B2 | 4.3B3 | 4.3B4 | 4.3B5 | 4.3B6 |
| **C   Had contact with the person identified as resource for placement, respite, visiting resources or other supportive resource** | 4.3C1 | 4.3C2 | 4.3C3 | 4.3C4 | 4.3C5 | 4.3C6 |
| **D   Documented determination of appropriateness or non-appropriateness of the person identified as a resource for placement, respite, visiting resources or other supportive resource** | 4.3D1 | 4.3D2 | 4.3D3 | 4.3D4 | 4.3D5 | 4.3D6 |
| **E   Completed criminal record checks on person identified as a resource for placement, respite, visiting resources or other supportive resource** | 4.3E1 | 4.3E2 | 4.3E3 | 4.3E4 | 4.3E5 | 4.3E6 |
| **F   Requested a Special Study (or relative study) from FASU regarding the person identified as a resource for placement, respite, visiting resources or other supportive resource** | 4.3F1 | 4.3F2 | 4.3F3 | 4.3F4 | 4.3F5 | 4.3F6 |
| **G   Exhausted all identified resources for placement** | 4.3G1 | 4.3G2 | 4.3G3 | 4.3G4 | 4.3G5 | 4.3G6 |
| **H   Was successful in achieving placement for the child with identified resource** | 4.3H1 | 4.3H2 | 4.3H3 | 4.3H4 | 4.3H5 | 4.3H6 |

**OM4.4.   There is documentation in LINK indicating that a search  was conducted for possible placement resources during the period of review.**

      1.  Yes ☐        2.  No ☐

**OM4.5.   Did the search for relatives or other possible placement resource known to the child begin in the investigatory phase of the case.**

    1.    ☐ Yes
    *2.*    ☐ No
    3.    ☐ N/A – Ongoing Services already searching at point of investigation

**OM4.6  Was use of Locate Plus software documented in the search process?**  1.  Yes ☐      2.  No ☐

**OM4.7  Did the area office request a waiver from Central Office to grant a relative with a criminal or CPS background a relative license?**

1.  Yes ☐          2.  No ☐

**OM4.8  If waiver was requested at the Central Office level, was it granted?**

1.  Yes ☐          2.  No ☐          3.  N/A ☐

**OM4.9  Reviewers Opinion:  From your review of the record, are there any family or other persons known to this child that have not been given proper consideration ?**

1.  Yes ☐          2.  No ☐

**OM4.9a-c.  If yes, list  up to three resources that you feel should be explored that have not been documented by the worker.**

**a.** _____     **b.** _____     **c.** _____

## Outcome Measure 5:  Repeat Maltreatment

*STOP:  Answer Question5.1 – Question 5.122, only if the case has had an identified victim of substantiated abuse or neglect in the twelve months ending May 15, 2005.  If not applicable,*

*check here* ☐ *and do not answer any questions related to OM5*

**OM5.1  Has any child been identified as a victim of substantiated maltreatment in the twelve months ending May 15, 2005?**
1. ☐ Yes
2. ☐ No

**OM5.2-OM5.112:  Repeat Maltreatment Essential Data Elements - Directions:**

**ColumnI:**    Enter Child's Name as Last Name, First Name (may enter up to 5 children in an In-Home case).

**Column II:**    Enter the total number of substantiations during the 12 month period ending May 15, 2005.

**Column III:**    Enter the substantiation code for any type of substantiation recorded during the twelve month period ending May 15, 2005.  Enter any given code only once, separating by "/".
1. Educational Neglect
2. Emotional Abuse/Maltreatment
3. Emotional Neglect
4. Medical Neglect
5. Physical Abuse
6. Physical Neglect
7. Sexual Abuse/Exploitation
8. Moral Neglect

**Column IV:**    Enter the relationship code to explain the relationship between the perpetrator and child for any type of substantiation recorded during the twelve month period ending May 15, 2005.  Enter any given code only once, separating by "/".
1. Daycare Provider
2. Father
3. Foster Parent
4. Grandparent
5. Guardian
6. Mother
7. Other Relative Caretaker
8. Parent or Guardian's Paramour
9. Residential Facility Provider
10. Sibling's Father
11. Sibling's Mother
12. Stepfather
13. Stepmother
14. Other

**Column V:**    Enter the total number of Non-substantiated reports involving the child(ren) listed in Column I during the twelve months period ending May 15, 2005.

**Column VI:**    Enter the total number of Regulatory Violations cited against any provider in relation to the child(ren) listed in Column I during the twelve months period ending May 15, 2005.

| I | II | III | IV | V | VI |
|---|---|---|---|---|---|
| Child's Name | # of Substantiated Reports | Type of Substantiations | Relationship between child and Perpetrator | # of Nonsubstantiated Reports | # of Regulatory Violations cited |
| OM5.2 | OM5.3 | OM5.4-OM5.9 | OM 5.10 – OM5.23 | OM5.24 | OM5.25 |
| OM5.26 | OM5.27 | OM5.28 – OM5.33 | OM5.34-OM5.47 | OM5.48 | OM5.49 |
| OM5.50 | OM5.51 | OM5.52-OM5.57 | OM5.58-OM5.72 | OM5.73 | OM5.74 |
| OM5.75 | OM5.76 | OM5.77-OM5.82 | OM5.83-OM5.96 | OM5.97 | OM5.98 |
| OM5.99 | OM5.100 | OM5.101-OM5.106 | OM5.107-OM5.120 | OM5.121 | OM5.122 |

**OM5.123a-e.  If "other was selected as response  for any child in Column IV (Relationship between Child and Perpetrator)  Please indicate the relationship here:**

        **a.** _____
        **b.** _____
        **c.** _____
        **d.** _____
        **e.** _____

**OM5.124 Were any of the instances of maltreatment (date of incident or acceptance date at Hotline if date is not recorded) separated by less than a six month window of time?**

    1. ☐ Yes
    2. ☐ No
    3. ☐ N/A – one or no substantiated allegations during this time frame.

**OM5.125  Was the perpetrator the same in any repeat occurrences of substantiated abuse or neglect in the time period?**

    1. ☐ Yes
    2. ☐ No
    3. ☐ N/A – one or no substantiated allegations

**OM5.126  Were any substantiations in the second (or later) report(s) identical in nature to the first documented substantiation during the 12 month period ending May 15, 2005?**
1. ☐ Yes
2. ☐ No
3. ☐ N/A – one or no substantiations

**OM5.127  At the time of the initial substantiation identified for this family during the twelve month period ending May 15, 2005, were services offered to ameliorate the stressors or issues contributing to the episode of abuse or neglect?**
1. ☐ Yes
2. ☐ No
3. ☐ N/A - Child was removed for safety reasons
4. ☐ N/A – Services were already in place

**OM5.128  Did the investigation worker make the referrals for all services offered?**
1. ☐ Yes
2. ☐ No
3. ☐ N/A - Child was removed for safety reasons
4. ☐ N/A – Services were already in place

**OM5.129  Did the client(s) participate[1] in the referred services?**
1. ☐ All members participated in all of the referred services
2. ☐ All members participated in at least one of the referred services
3. ☐ Some members participated in at least one of the referred services
4. ☐ No members participated in referred services
5. ☐ N/A – No services were offered by the SW (but were needed)
6. ☐ N/A – No services required (i.e. perpetrator is whereabouts unknown or has no further access to child)

**OM5.130  Was the case transferred to treatment following the initial substantiation during this period?**
1. ☐ Yes
2. ☐ No
3. ☐ N/A – case already open in treatment

**OM5.131  Does the social worker's LINK narrative indicate concerns related to the safety of the child – specifically does the narrative indicate that the worker (investigation or treatment) conducted an assessment of risk during face to face contact with the child and family in the 6 month period following the family's initial substantiation during the period of 12 months ending May 15, 2005?**
1. ☐ Yes
2. ☐ No
3. ☐ UTD – LINK indicates no face to face contacts
4. ☐ N/A – There was no open DCF case (investigation or treatment) during the period between the finding of the initial substantiation and the subsequent report to be substantiated.

**OM5.132  In the opinion of the reviewer, based on the review of the record the risk assessment activity of this worker was:**
1. ☐ Adequate (concerns identified by SW who assessed risk and planned accordingly)
2. ☐ Inadequate (concerns identified by SW but did little assessment of risk or nothing further with the documented concerns)
3. ☐ Inconclusive (SW had little or no documentation of visits upon which reviewer can base determination)

---

[1] Participate defined as participating in service beyond the introductory or assessment session.

**OM5.133  In the opinion of the reviewer, did DCF prematurely reunite this child(ren) with his/her family or allow the child(ren) to remain in the family setting in spite of known risk factors (grounds for removal), and as a result, a subsequent substantiation occurred?**

1.  ☐ Yes
2.  ☐ No
3.  ☐ N/A – no subsequent substantiations occurred
4.  ☐ N/A – Court Ordered Reunification in spite of DCF protest

**OM5.134  What intervention provided in the year ending May 15, 2005 most increased the likelihood that the family will sustain a level of functioning and avoid repeat maltreatmemt?**
_____

**OM5.135  Which intervention provided in the year ending May 15, 2005 was least helpful to increasing the level of family functioning?**  _____

**Briefly explain your responses to OM5.134 and 5.135 on the reverse side of this page.**

---

| **Outcome Measure 6 – Maltreatment of Children in Out of Home Care** |
| --- |

**STOP:  Answer if child was in  placement at any point during the period of February 15, 2005 – May 15, 2005.  If it does not apply to your case, check here** ☐ **and SKIP the remaining questions in OM6.**

**Please indicate the number of times during the quarter ending May 15, 2005 that the identified child has been a substantiated victim of abuse/neglect by an out of home care provider (foster parent or residential personnel), or was subject to inappropriate treatment in a placement for which the  provider was cited with regulatory violations.**

**OM6.1  Substantiations _____**
**OM6.2  Regulatory violations _____**

**OM6.3  Looking at the most recent substantiation, were support services provided to the placement resource following the substantiation or regulatory violation?**

1.  ☐ Yes
2.  ☐ No
3.  ☐ N/A – there were no incidents of substantiation or regulatory violations in child's out of home placement during the quarter ending May 15, 2005

**OM6.4  Was the placement overcapacity at the time of any substantiation or regulatory violation during the quarter ending May 15, 2005?**

1.  ☐ Yes
2.  ☐ No
3.  ☐ N/A – there were no incidents of substantiation or regulatory violations in child's out of home placement during the quarter ending May 15, 2005

**OM6.5  If there were substantiations or regulatory violations cited for this foster home, was the violation handled per the requirements of DCF Policy?**

1.  ☐ Yes
2.  ☐ No
3.  ☐ N/A – there were no incidents of substantiation or regulatory violations in child's out of home placement during the quarter ending May 15, 2005

**OM6.6  Identify the provider for which the most recent substantiation occurred during the quarter ending May 15, 2005. Does this provider have a pattern of regulatory violations, or substantiated reports?**

1. ☐ Yes – a pattern is documented
2. ☐ No – there was no pattern discernible
3. ☐ N/A – there were no incidents of substantiation or regulatory violations in child's out of home placement during the quarter ending May 15, 2005

**OM6.7  In reviewing the provider record of the foster care provider most recently substantiated or cited with regulatory violations, has the FASU worker document a quarterly visit to the home and assess training or support needs?**

1. ☐ Yes
2. ☐ No
3. ☐ N/A – there were no incidents of substantiation in a foster home placement during the quarter ending May 15, 2005

**OM6.8  In reviewing the provider record of the foster care provider most recently substantiated or cited with regulatory violations has the FASU worker documented the annual support plan to address the investigations concerns?**

1. ☐ Yes
2. ☐ No
3. ☐ N/A – there were no incidents of substantiation in a foster home placement during the quarter ending May 15, 2005

**OM6.9  At this juncture (upon your review) is the documented support plan (addressing regulatory or investigation concerns) in the process of implementation?**

1. ☐ Yes
2. ☐ No
3. ☐ N/A – No incidents of substantiation or regulatory violation
4. ☐ UTD – No Support Plan
5. ☐ UTD – No FASU narratives followed documentation of the support plan

---

## Outcome Measure 7 - Reunification

**STOP:  Answer this section only if the child was reunified during the period of February 15, 2005 – May 15, 2005.  If this is not the case, check this box ☐ and SKIP the remaining questions in OM7.**

**OM7.1  Was this child reunified during the period of February 15, 2005 – May 15, 2005?**

1. ☐ Yes
2. ☐ No

**OM7.2  Did reunification occur within 12 months of the removal from home?**

1. ☐ Yes
2. ☐ No

**OM7.3  Enter the time frame from the first date of current placement episode to the date of reunification: _____ (round to the nearest month)**

**OM7.4  Does the LINK record indicate a specific therapeutic reason for child's placement exceeding 12 months in care? (e.g. child needed to complete program or service)**

1. ☐ Yes
2. ☐ No
3. ☐ N/A – Child reunified in 12 months or less

**OM7.5  Does LINK indicate that parent's treatment needs required child's placement to exceed 12 months in care? (e.g. Parent engaged in service DCF required prior to reunification)**

1. ☐ Yes
2. ☐ No
3. ☐ N/A – Child reunified in 12 months or less

**OM7.6 – OM7.23. From your review of the LINK record, please indicate (circle 1 for "yes", 2 for no") if the following could be identified barriers for extending the child's time in DCF custody:**

|  | Yes | No |
|---|---|---|
| **OM7.6  DCF Approval/Financing Issues** | 1 | 2 |
| **OM7.7  DCF Case Management** | 1 | 2 |
| **OM7.8  Client Insurance Issues** | 1 | 2 |
| **OM7.9  Parent whereabouts unknown** | 1 | 2 |
| **OM7.10  Parent refused all services** | 1 | 2 |
| **OM7.11  Parents unable to rehabilitate** | 1 | 2 |
| **OM7.12  Parent needs affordable housing** | 1 | 2 |
| **OM7.13  Incarceration** | 1 | 2 |
| **OM7.14  Child refusing to go home** | 1 | 2 |
| **OM7.15 Transportation** | 1 | 2 |
| **OM7.16 Provider(s)  unwilling to engage client** | 1 | 2 |
| **OM7.17 Placed on waiting list** | 1 | 2 |
| **OM7.18 No slots were available** | 1 | 2 |
| **OM7.19  Hours of operation (Alt. hours needed)** | 1 | 2 |
| **OM7.20  Service not available in primary language** | 1 | 2 |
| **OM7.21  Court** | 1 | 2 |
| **OM7.22 UTD from LINK** | 1 | 2 |
| **OM7.23 Other** | 1 | 2 |

**OM7.24  If other, enter barrier here:** _____

**OM7.25  In the 6 months leading up to the reunification occurring during the quarter, did the Department facilitate increased visitation between the child and parent/guardian to whom reunification was the goal as the case progressed?**

1. ☐ Yes
2. ☐ No

## Outcome Measure 8 – Adoption

*STOP:  Answer this section only if the child was adopted during the period of February 15, 2005 –*

*May 15, 2005.  If this is not the case, check this box* ☐ *and SKIP the remaining questions in*
*OM8.*

**OM8.1  Has child been adopted in the period of February 15, 2005 – May 15, 2005?**
　　　1. ☐ Yes
　　　2. ☐ No

**OM8.2  Were there any barriers noted in LINK to timely adoption of this child?**
　　　1. ☐ Yes
　　　2. ☐ No

**OM8.3 – OM8.14:  Circle the barriers to the timely adoption of this child:**

|  | Yes | No |
|---|---|---|
| **OM8.3  Approval Process** | 1 | 2 |
| **OM8.4  Child Indecision** | 1 | 2 |
| **OM8.5  Child's Deterioration – higher level of care required** | 1 | 2 |
| **OM8.6  Court delays** | 1 | 2 |
| **OM8.7  DCF case management** | 1 | 2 |
| **OM8.8  Disruption due to Abuse/Neglect** | 1 | 2 |
| **OM8.9  Disruption due to child's behaviors** | 1 | 2 |
| **OM8.10  ICPC or Private Agency** | 1 | 2 |
| **OM8.11  Lack of adoptive resource** | 1 | 2 |
| **OM8.12  Lack of community services (i.e PPSP/ in-home services)** | 1 | 2 |
| **OM8.13  Pre-Adoptive Parent Indecision** | 1 | 2 |
| **OM8.14  Subsidy Rate** | 1 | 2 |
| **OM8.15  Adoption Timely (within 24 months) – No Barriers** | 1 | 2 |

**OM8.16  At how many months after most recent entry into DCF custody did the court grant TPR?_____**

**OM8.17  Was child registered on the ARE?**
　　　1. ☐ Yes
　　　2. ☐ No

**OM8.18  At how many months after most recent entry into DCF custody was the initial pre-adoptive resource identified?  _____**

**OM8.19  Did the child remain in that initially identified pre-adoptive placement?**
　　　1. ☐ Yes
　　　2. ☐ No

**OM8.20  How many preadoptive placements did this child experience prior to adoption?  _____**

**OM8.21  At how many months after most recent entry into DCF custody was the child placed with the  pre-adoptive resource that went on to become the adoptive resource?  _____**

**OM8.22  Was this adoptive  resource a Legal Risk home?**
　　　1. ☐ Yes
　　　2. ☐ No

**OM8.23  If there is LINK documentation that an appeal was filed by the parents, for how long did the appeal process stall the adoption process?** _____(round to the nearest month – enter 99 if N/A)

**OM8.24  How many consecutive months was child in DCF custody prior to the date of adoption?** _____

**OM8.25  What court finalized the adoption?** _____

**OM8.26  What was the date of the adoption finalization?** _____/_____/_____ **(mm/dd/yyyy)**

**OM8.27  How many months after TPR did the finalization occur?** _____

**OM8.28  Was the adoption a subsidized adoption?**
　　1. ☐ Yes
　　2. ☐ No

**OM8.29  Were Post Adoptive Services planned for the child/family?**
　　1. ☐ Yes
　　2. ☐ No
　　3. ☐ N/A –Per LINK, family declined services

**OM8.30  Was child receiving services through the community collaboratives at the point of adoption?**
　　1. ☐ Yes
　　2. ☐ No
　　3. ☐ N/A – no special needs identified
　　4. ☐ UTD – conflicting LINK documentation

---

## Outcome Measure 9 – Transfer of Guardianship

*STOP:  Answer this section only if there has been a TRANSFER OF GUARDIANSHIP during the period of February 15, 2005 – May 15, 2005.  For those cases not applicable check this box ☐ and SKIP the remaining questions in OM9.*

**OM9.1  Has child had guardianship transferred in the period of February 15, 2005 – May 15, 2005?**
　　1. ☐ Yes
　　2. ☐ No

**OM9.2  Were there any barriers noted in LINK to timely transfer of guardianship for this child?**
　　1. ☐ Yes
　　2. ☐ No

**OM9.3-OM9.15 :   Check whether the identified barriers impeded the timely transfer of guardianship of this child:**

| | Yes (1) | No (2) |
|---|---|---|
| **OM9.3 Approval Process** | ☐ | ☐ |
| **OM9.4 Child Indecision** | ☐ | ☐ |
| **OM9.5 Child's Deterioration – higher level of care required** | ☐ | ☐ |
| **OM9.6 Court delays** | ☐ | ☐ |
| **OM9.7  DCF case management** | ☐ | ☐ |
| **OM9.8  Disruption due to Abuse/Neglect** | ☐ | ☐ |
| **OM9.9  Disruption due to child's behaviors** | ☐ | ☐ |
| **OM9.10 Guardian Indecision** | ☐ | ☐ |
| **OM9.11 ICPC or Private Agency** | ☐ | ☐ |
| **OM9.12 Identification of family resource** | ☐ | ☐ |
| **OM9.13 Lack of community services (i.e. PPSP/In-home services)** | ☐ | ☐ |
| **OM9.14 Subsidy Rate** | ☐ | ☐ |
| **OM9.15 Statutory Requirement (12 month rule)** | ☐ | ☐ |
| **OM9.16  No Barriers – Timely TOG (within 24 months)** | ☐ | ☐ |

**OM9.17  How many consecutive months was child in DCF custody from the first date of the most recent placement episode to the date of TOG?** _____

**OM9.18  What court finalized the TOG?** _____

**OM9.19  Was the TOG subsidized?**
   1.  ☐ Yes
   2.  ☐ No

**OM9.20  At how many months after most recent entry into DCF custody was the guardian resource identified?** _____

**OM9.21  At how many months after most recent entry into DCF custody was the child placed with the guardian resource?** _____

**OM9.22  How many placements did child have prior to placement with the TOG resource?** _____

**OM9.23  Does the LINK record indicate that After Care Services were provided for the child/family through the community collaboratives?**
   1.  ☐ Yes
   2.  ☐ No
   3.  ☐ N/A –  family declined services
   4.  ☐ UTD – conflicting LINK documentation

## Outcome Measure #10 Sibling Placement

*STOP:  Answer OM10.1 –OM10.5  only if the case has had an identified child in placement and only if Child entered DCF out of home care on or after January 1, 2004 .  If N/A check here:*

☐  *and SKIP the remaining questions in OM10*

**OM10.1  When the child entered placement, was the child placed together with siblings?**
1. ☐ Yes, child entered placement and was placed with all siblings.
2. ☐ No, siblings entered placement at same time but not placed together.
3. ☐ N/A, there are therapeutic documented reasons for sibling separation
4. ☐ N/A, there are no siblings.
5. ☐ N/A, there are siblings but not removed at the same time.
6. ☐ UTD

**OM10.2  If initial placement did not maintain the sibling group, and barring any documented therapeutic reasons for separation, were siblings reunited into one placement location?**
1. ☐ Yes
2. ☐ No
3. ☐ N/A, there are therapeutic documented reasons for sibling separation.
4. ☐ N/A, there are no siblings.
5. ☐ N/A, there are siblings but not removed at the same time.
6. ☐ N/A, initial placement maintained the sibling group

**OM10.3  As of the date of this review, is the sibling group placed together?**
1. ☐ Yes
2. ☐ No
3. ☐ N/A- there are therapeutic documented reasons for sibling separation
4. ☐ N/A, there are no siblings
5. ☐ N/A, no more than one child remains in placement
6. ☐ UTD

**OM10.4  Does LINK indicate that there is a sibling visitation plan?**
1. ☐ Yes
2. ☐  No
3. ☐ N/A- there are therapeutic documented reasons for sibling visitation restrictions
4. ☐ N/A, there are no siblings
5. ☐ N/A siblings are placed together

**OM10.5  Is the sibling visitation plan being adhered to/facilitated by DCF so that sibling contact is consistently occurring?**
1. ☐ Yes
2. ☐  No
3. ☐ N/A- No plan required
4. ☐ UTD- Plan needed but not found in LINK

## Outcome Measure 11 – Re-Entry into DCF Custody

**STOP:  If child has not re-entered custody during the period of February 15, 2005 – May 15, 2005 please check here ☐  SKIP the remaining questions in OM11.  And go on to OM12.**

**OM11.1  On what date did child re-enter DCF Custody?**
_____/_____/_____

**OM11.2  How soon after reunification did the child re-enter care?_____(round to nearest month)**

**OM11.3  For what reasons did child re-enter DCF custody during this quarter? (select all that are applicable)**
1. ☐ Child's Mental Health (Needs Beyond Caretakers Ability)
2. ☐ Parent/Guardian's Death
3. ☐ Parent/Guardian's Incarceration
4. ☐ Parent/Guardian's Whereabouts Unknown
5. ☐ Parent's Mental Health
6. ☐ Parent's Substance Abuse
7. ☐ Substantiated Abuse/Neglect
8. ☐ Other _____

**OM11.4  Is the reason for child's re-entry the same as the prior episode of out of home placement?**
1. ☐ Yes
2. ☐ No

**OM11.5  Was protective supervision in place at the point of re-entry?**
1. ☐ Yes
2. ☐ No

**OM11.6  Was case open in treatment at the point of re-entry?**
1. ☐ Yes
2. ☐ No

**OM11.7  In regard to the prior episode of DCF custody for this child, how many months was DCF involved with the family after the time the child was returned home? _____ (round to nearest month)**

**OM11.8 – OM 11.25  Looking at the prior episode of out of home placement, and most recent return home to parent or guardian, did the DCF follow Policy 36-110.1-1.1 prior to closing the case so that the final entries documented:**

| | Yes (1) | No (2) | N/A to Case (3) |
|---|---|---|---|
| **OM11.8**  Date and reason for case opening | ☐ | ☐ | |
| **OM11.9**  Reason for case closing | ☐ | ☐ | |
| **OM11.10**  Applicable history and legal | ☐ | ☐ | ☐ |
| **OM11.11**  Protective service issues noted during recent case management | ☐ | ☐ | ☐ |
| **OM11.12**  Services offered | ☐ | ☐ | |
| **OM11.13**  Services engaged | ☐ | ☐ | ☐ |
| **OM11.14**  Level of compliance and progress of clients | ☐ | ☐ | |
| **OM11.15**  Final risk assessment of the home | ☐ | ☐ | |
| **OM11.16**  Medical collateral check | ☐ | ☐ | |
| **OM11.17**  Therapist collateral check | ☐ | ☐ | ☐ |
| **OM11.18**  Other Service Provider collateral check | ☐ | ☐ | ☐ |
| **OM11.19**  School collateral check | ☐ | ☐ | ☐ |
| **OM11.20**  Police checks | ☐ | ☐ | |
| **OM11.21**  AAG or ARG consults as applicable | ☐ | ☐ | ☐ |
| **OM11.22**  Face to Face contact with all active family members in the home | ☐ | ☐ | |
| **OM11.23**  Other collaterals as applicable | ☐ | ☐ | ☐ |
| **OM11.24**  Supervisory review and approval | ☐ | ☐ | |
| **OM11.25**  PS review and approval | ☐ | ☐ | |

**OM11.26  In the opinion of the reviewer, was this child prematurely reunited with his/her family in spite of known risk factors?**
1.  ☐ Yes
2.  ☐ No– re-entry was not the result of risk factors known to DCF at the time of reunification

**OM11.27  In the opinion of the reviewer, was the child and family appropriately connected to services and community supports at the time of and following the reunification, so that the likelihood of re-entry was reduced?**
1.  ☐ Yes
2.  ☐ No
3.  ☐ N/A – re-entry to care was necessary for reasons other than risk factors known to DCF at the time of reunification

**OM11.28  In the opinion of the reviewer, could the family be better served via voluntary services?**
1.  ☐ Yes
2.  ☐ No – CPS issues are present in addition to mental or medical health needs

## Outcome Measure 12 – Multiple Placements

***STOP:*** *Answer the series of questions related to OM 12, only if there was a child in DCF custody during*

*the 12-month period ending May 15, 2005.  If not applicable, check this box* ☐

*and go on to OM13.*

**OM12.1  Has this child experienced more than three placements in the 12 month period ending May 15, 2005?**
1. ☐ Yes
2. ☐ No

**OM12.2  How many moves has this child experienced in the 12 month period ending May 15, 2005?**
_____ (enter 0 if no moves)

**OM12.3  How many placements has this child experienced during this time period? _____**

**OM12.4  Per Policy 36-55-20 A case conference shall occur if any child has experienced two (2) foster home disruptions within an eighteen (18) month period for reason related to the child's behavior or condition.  Was such a conference held?**
1. ☐ Yes
2. ☐ No
3. ☐ N/A - not applicable to this child's situation/not warranted.

**OM12.5  What was the result of the most recent disruption conference?**
1. ☐ A new foster care placement – no evaluation
2. ☐ Temporary placement or hospitalization with evaluation of child for higher level of care
3. ☐ Respite and supports implemented to maintain placement
4. ☐ N/A – disruption conference not required
5. ☐ UTD – required disruption conference not documented

**OM12.6a-f  If supports were put in place to maintain the child in a new placement, or return the child to a home from which he/she disrupted, indicate what those supports were below** *(if N/A please write SKIP in the first  space below)*

a. _____    d._____
b. _____    e. _____
c. _____    f._____

**OM12.7  If moves were not the result of disruption for reasons related to child's behavior or condition, please indicate below all applicable reasons for this child's multiple placements: (select N/A only if there were no moves for causes other than child's behaviors)**

|  | Yes (1) | No (2) | N/A (3) |
|---|---|---|---|
| **OM 12.7a  Planned move to higher or lower level of care** | ☐ | ☐ | ☐ |
| **OM12.7b  Foster Family life circumstances** | ☐ | ☐ | ☐ |
| **OM12.7c  Overcapacity/Lack of resources** | ☐ | ☐ | ☐ |
| **OM12.7d  Moved to Pre-Adoptive home** | ☐ | ☐ | ☐ |
| **OM12.7e  Placement in closer proximity to home** | ☐ | ☐ | ☐ |
| **OM12.7f  Relative placement** | ☐ | ☐ | ☐ |
| **OM12.7g  Reunited with siblings** | ☐ | ☐ | ☐ |
| **OM12.7h  Special Study placement** | ☐ | ☐ | ☐ |
| **OM12.7i  Substantiated Abuse Neglect** | ☐ | ☐ | ☐ |
| **OM12.7j  Temporary Placement** | ☐ | ☐ | ☐ |

**12.8  If reason for move not indicated above, write in reason here: _____**

## Outcome Measure 13 – Foster Parent Training

*STOP:  For those cases in which there has been DCF  foster parent involvement during the period of February 15, 2005 – May 15, 2005 please answer the following questions <u>on the most recent foster care provider identified under the LINK placement icon</u> If there has been no DCF foster parent in the period of*

*February 15, 2005 – May 15, 2005 check here* ⬜ *, and do not answer any questions related to OM 13.*

**OM13.1  Rounding to the nearest month, How long has this foster parent been licensed by DCF?
_____ (enter as years and months e.g. 1.05 = 1 year and 5 months)**

**OM13.2  Does the provider record indicate that a support plan was developed identifying the training requirements of this foster care provider at any point during the period beginning May 15, 2004 and ending May 15, 2005?**
1. ⬜ Yes
2. ⬜ No

**OM13.3  Has this provider attended any foster parent trainings in the year of May 15, 2004 through May 15, 2005?**
1. ⬜ Yes
2. ⬜ No

**OM13.4  How many hours of training is documented for this foster parent in the period of May 15, 2004 and ending May 15, 2005?** _____ (enter number documented in the LINK Provider Record)

**OM13.5  Does LINK document any barriers to foster parent attendance/completion of the required modules?**

1. ⬜ Yes              2. ⬜ No

**OM13.6 If yes, indicate barrier(s) below.**
1. ⬜ Day Care
2. ⬜ Lack of Availability
3. ⬜ Language
4. ⬜ Location/Transportation
5. ⬜ Other
6. ⬜ UTD– no barriers identified
7. ⬜ N/A – training attended

**OM13.6A  If other Specify:** _____

**OM13.7  Was this provider relicensed during the period of February 15, 2004 through May 15, 2005 without documentation that they had completed the required number of foster parent training hours?**
1. ⬜ Yes
2. ⬜ No
3. ⬜ N/A – License has not been renewed during this period.
4. ⬜ N/A – relative license does not require additional hours or training

## Outcome Measure 14 – Placement within Licensed Capacity

*Answer the following series of questions for those cases in which there has been foster care placement (DCF or private provider) during the period of February 15, 2005 – May 15, 2005 please answer the following questions <u>on the most recent foster care provider identified under the LINK placement icon</u> If*

*there has been no foster parent in the period of February 15, 2005 – May 15, 2005 check here* ☐ *, and do not answer any questions related to OM 14.*

**OM14.1  During the quarter of February 15, 2005 – May 15, 2005 was for the identified child in placement in an overcapacity home?**
    1.  ☐ Yes
    2.  ☐ No

**OM14.2  Was this overcapacity the result of a sibling group placement?**
    1.  ☐ Yes
    2.  ☐ No
    3.  ☐ N/A – No placements in overcapacity homes recorded during this quarter

**OM14.3  Does the LINK Provider record document the FASU worker's efforts to reduce the overcapacity?**
    1.  ☐ Yes
    2.  ☐ No
    3.  ☐ N/A – No placements in overcapacity homes recorded during this quarter

**OM14.4  Did the LINK Provider record contain the required update to the support plan to reflect the overcapacity status and supports necessary to maintain the home until such time that the home returned to capacity (Policy 41-19-2)**
    1.  ☐ Yes
    2.  ☐ No
    3.  ☐ N/A – No placements in overcapacity homes recorded during this quarter
    4.  ☐ N/A – overcapacity was the result of emergency/temporary placement <7 days
    5.  ☐ UTD – no support plan documented

**OM14.5  Were those additional supports implemented?**
    1.  ☐ Yes
    2.  ☐ No
    3.  ☐ UTD – No additional supports were identified
    4.  ☐ N/A – no overcapacity >7 days

**OM14.6  For how long was the home overcapacity during the quarter of February 15, 2005 – May 15, 2005?**
    1.  ☐ < 7 Days
    2.  ☐ 7-14 Days
    3.  ☐ 15-21 Days
    4.  ☐ 22-28 Days
    5.  ☐ >28 Days

**OM14.7  Is there any indication in the treatment worker narratives that the home was/is at risk of disruption due to the overcapacity status?**
    1.  ☐ Yes
    2.  ☐ No
    3.  ☐ N/A – No placements in overcapacity homes recorded during this quarter

## Outcome Measure #15 – Children & Families' Needs Met

*Answer the series of questions related to OM 15 for all cases reviewed.*

**OM15.1  Were there any clearly indicated needs identified in the most recent clinically appropriate treatment plan (November 15, 2004 – May 15, 2005) whether approved (in LINK) or not??**
1. ☐ Yes
2. ☐ No
3. ☐ UTD – there is no document TPC/ACR

**OM15.1.a  Was this plan accepted at the most recent ACR/TPC(November 15, 2004 – May 15, 2005)?**
1. ☐ Yes
2. ☐ No
3. ☐ UTD – there is no document TPC/ACR

**OM15.1b  In your opinion, are there any service needs that were not identified in this plan, but that are clearly identifiable within the documentation in the case record?**  *(Document on reverse.)*
1. ☐ Yes
2. ☐ No

**OM15.2 – OM 15.  Using the Service Need Type Table and Barrier to Services Table below, please answer on page of this document.**
1. What was the identified need listed in the most recent clinically appropriate treatment plan, accepted during the ACR/TPC whether approved (in LINK) or not[2]? (Column 1)
2. Was the need met? (Column II)
3. What was the type of barriers identified that prevented families or children from having their medical, dental, mental health or other service needs met?  (Column III)

| Column 1:  Service Need Type[3] | | |
|---|---|---|
| 1. Childcare | 5. Employment | 9. Out-of-Home Care |
| 2. Dental | 6. Housing | 10. Substance Abuse |
| 3. Domestic Violence | 7. Medical | 11.  Support (Out of Home) |
| 4. Education | 8. Mental Health | 12. Support (In-Home-Services) |
| | | 13. Training |

| Column III:  Barriers to Services | |
|---|---|
| 1. Approval process | 12. Services not available for age group |
| 2. Child hospitalized | 13. Service deferred pending completion of another |
| 3. Client refused service | 14. Referred service is unwilling to engage client |
| 4. Delay in referral by worker | 15. Transportation unavailable |
| 5. Hours of operation (Alt. hours needed) | 16. Placed on waiting list |
| 6. Insurance Issues | 17. No slots were available |
| 7. Financing unavailable | 18. No service identified to address this need |
| 8. Gender-specific service not available male | 66. UTD from treatment plan or narrative |
| 9. Gender-specific service not available female | 77. Skip – No barriers documented |
| 10. Service not available in primary language | 88. N/A – client engaged in recommended service |
| 11. Service does not exist in the community | 99. Other |
| | 100.  SKIP – only one barrier identified |

---

[2] *If plan was accepted with stated revisions that were not subsequently incorporated into the plan, the reviewer will use both the treatment plan and the form 553 to determine needs.*
[3] See crosswalk for listing of services as they fall into these categories.

| Column I<br>What were the identified Service Needs listed in the most recent treatment plan during the period of October 1. 2004 – May 15, 2005? | Column II<br>Were the needs met as required in Treatment Plan (timeframe as specified or within 6 months from the date of the TPC/ACR) | Column III<br>If need was not met in the specified timeframe, what were the barriers that prevented families or children from having their medical, dental, mental health or other service needs met? |
|---|---|---|
| *EXAMPLE*<br>*(8)* | *EXAMPLE*<br>*Yes* ☐ *No* ☒ *TBD* ☐ | *EXAMPLE*<br>*(1)* |
| OM15.2.a | OM15.2.b.<br>Yes ☐ No ☐ TBD ☐ | OM15.2.c._____<br>OM15.2.d._____ |
| OM15.2.e. | OM15.2.f.<br>Yes ☐ No ☐ TBD ☐ | OM15.2.g. _____<br>OM15.2.h._____ |
| OM15.2i | OM15.2.j.<br>Yes ☐ No ☐ TBD ☐ | OM15.2.k._____<br>OM15.2.l._____ |
| OM15.2.m. | OM15.2.n.<br>Yes ☐ No ☐ TBD ☐ | OM15.2o. _____<br>OM15.2.p._____ |
| OM15.2q. | OM15.2.r.<br>Yes ☐ No ☐ TBD ☐ | OM15.2s. _____<br>OM15.2.t._____ |
| OM15.2.u. | OM15.2.v.<br>Yes ☐ No ☐ TBD ☐ | OM15.2w. _____<br>OM15.2.x._____ |
| OM15.2y. | OM15.2.z.<br>Yes ☐ No ☐ TBD ☐ | OM15.2aa. _____<br>OM15.2bb._____ |
| OM15.2cc. | OM15.2dd.<br>Yes ☐ No ☐ TBD ☐ | OM15.2ee. _____<br>OM15.2ff._____ |
| OM15.2gg. | OM15.2hh.<br>Yes ☐ No ☐ TBD ☐ | OM15.2ii. _____<br>OM15.2jj._____ |

OM15.3. Status of Plan used during the ACR/TPC held during the quarter:
1. ☐ There is an approved treatment plan at point of review
2. ☐ There is no approved treatment plan at point of review

OM15.4.    There is a need(s) identified on the prior DCF 553 that is not
          not carried over to the approved treatment plan          1. ☐ Yes   2. ☐No   3. ☐UTD - No 553

OM15.5.    There is a need(s) identified on the most recent DCF 553 that
          is not carried over to the approved treatment plan          1. ☐ Yes   2. ☐No   3. ☐UTD - No 553

**Outcome Measure #16 - Worker-Child Visitation Out-Of-Home**

*STOP:* Answer the series of questions related to OutcomeMeasure 16 only if the case has had an identified child in placement <u>during the period of February 15, 2005 –May 15, 2005</u>.

Check this box ☐ if not applicable and go on to OM17.

**OM16.1.** Were there any documented face-to-face visits by a DCF Social Worker for this child in placement during the quarter of this review?     1. Yes ☐  2. No ☐

**OM16.2.** Were there monthly[4] face-to-face visits documented for this child in placement during the quarter of this review?     1. Yes ☐  2. No ☐

**OM16.3** Did the DCF worker have documented face to face contact with the parent(s) for which reunification is the goal on a monthly basis during the quarter reviewed?
     1. Yes ☐     2. No ☐     3. N/A – reunification is not the goal ☐

**OM16.4** Did the DCF worker have documented face to face contact with the parent(s) for which reunification is the goal at least once during the quarter reviewed?
     1. Yes ☐     2. No ☐     3. N/A – reunification is not the goal ☐

Please write the number of visits that occurred during the months below in which the following individual(s) had face-to-face visits with the child-in-placement. Remember to include investigation, ARG, and FASU visits. Caution: You must look at the provider record to ensure that you capture FASU. (Note: Review the instructions carefully enter a number if the visit type is applicable, enter N/A only if case was not open for the full month, or the visit type was not required for this case!)

| Total number of documented visits: | February 2005 | March 2005 | April 2005 | May 2005 |
|---|---|---|---|---|
| **OM16.5. DCF Assigned SW face-to-face visit with the child**<br><br>Total for period February 15, 2005 – May 15, 2005**: _____** | OM16.5a.<br>_____<br><br>☐ N/A | OM16.5b.<br>_____<br><br>☐ N/A | OM16.5c.<br>_____<br><br>☐ N/A | OM16.5d.<br>_____<br><br>☐ N/A |
| **OM16.6. Other DCF SW face-to-face visit with the child**<br><br>Total for period February 15, 2005 – May 15, 2005: _____ | OM16.6a.<br>_____<br><br>☐ N/A | OM16.6b.<br>_____<br><br>☐ N/A | OM16.6c.<br>_____<br><br>☐ N/A | OM16.6d.<br>_____<br><br>☐ N/A |
| **OM16.7. *ICPC Social Worker face-to-face visit with child**<br><br>Total for period February 15, 2005 – May 15, 2005: _____ | OM16.7a.<br>_____<br><br>☐ N/A | OM16.7b.<br>_____<br><br>☐ N/A | OM16.7c.<br>_____<br><br>☐ N/A | OM16.7d.<br>_____<br><br>☐ N/A |
| **OM16.8 Private provider face-to-face visit with child**<br><br>Total for period February 15, 2005 – May 15, 2005: _____ | OM16.8a.<br>_____<br><br>☐ N/A | OM16.8b.<br>_____<br><br>☐ N/A | OM16.8c.<br>_____<br><br>☐ N/A | OM16.8d.<br>_____<br><br>☐ N/A |

*\* ICPC refers to cases in which child is placed out of state and that state has agreed to monitor the child through home visits and report to DCF.*

---

[4] At minimum one visit per month during the quarter.

**OM16.9  Did the DCF Social Worker document any concerns related to the child's placement during the quarter ending May 15, 2005?**
1. ☐ Yes
2. ☐ No
3. ☐ UTD – no face to face visits during the quarter ending May 15, 2005

**OM16.10  Did the DCF Social Worker raise these concerns to the SWS for case direction?**
1. ☐ Yes
2. ☐ No
3. ☐ N/A – No concerns noted in LINK
4. ☐ UTD – no face to face visits during the quarter ending May 15, 2005

**OM16.11  Did the DCF Social Worker follow SWS directives as it related to concerns raised by the face to face contacts with this child in placement?**
1. ☐ Yes
2. ☐ No
3. ☐ N/A – No concerns noted by SW during narratives related to face to face visits
4. ☐ N/A – no face to face visits by a DCF social worker in the quarter ending May 15, 2005
5. ☐ UTD – SWS did not document any directives in the supervisory conference notes
6. ☐ UTD -No Supervisory Narratives in LINK during the quarter ending May 15, 2005

**OM16.12  Did the DCF Social Worker advise FASU or the PREU of any serious concerns arising as a result of the visit at the provider location?**
1. ☐ Yes
2. ☐ No
3. ☐ N/A – No concerns noted during this quarter
4. ☐ UTD – no face to face visits by a DCF social worker in the quarter ending May 15, 2005

**OM16.13  Did the child in placement or provider request assistance with service provision, clothing, or other necessary items?**
1. ☐ Yes
2. ☐ No
3. ☐ UTD – no face to face visits during the quarter ending May 15, 2005

**OM16.14  If yes, did the worker document his/her follow through with assistance or information in a timely manner?**
1. ☐ Yes
2. ☐ No
3. ☐ N/A – No requests noted in narratives related to face to face visits
4. ☐ UTD – no narratives entered by worker following documented request(s)

| **Outcome Measure #17- Worker-Child Visitation-In-Home** |
|:---:|
| **Note:  Does not include Interstate (children placed in-state to be monitored by DCF)** |

*STOP:  Answer series of questions related to OM 17 only if case review was identified as an in-home case at any point during the Quarter of February 15, 2005  through May 15, 2005. If not applicable check here* ☐ *and go on to OM 18.*

**OM17.1**  Were there any documented face to face visits by a DCF Social      1. Yes ☐  2. No ☐
Worker for this child(ren) active in this in-home case during the
quarter of this review?

**OM17.1a  How many successful visits[5] were recording by a DCF social worker or Supervisor during
the period of February 15, 2005 through May 15, 2005?  _____**

**Document the number of visits the DCF SW made with the in-home family during each month below
and then answer the corresponding question for that month as presented below.**

|  | **Number of Visits per Month** | **Did the SW visit, twice a month, with all active case participants under the age of 18yrs.[6] living in the home?** *(Note:  does not apply to children in DCF placement – they will be captured via out of home measure)* |
|---|---|---|
| **February 05** | OM17.2. _____ | OM17.3. 1. ☐ Yes<br>2. ☐ No<br>3. ☐ N/A- Case open less than a full calendar month |
| **March 05** | OM17.4. _____ | OM17.5. 1. ☐ Yes<br>2. ☐ No<br>3. ☐ N/A- Case open less than a full calendar month |
| **April 05** | OM17.6. _____ | OM17.7. 1. ☐ Yes<br>2. ☐ No<br>3. ☐ N/A- Case open less than a full calendar month |
| **May 05** | OM17.8 _____ | OM17.9. 1. ☐ Yes<br>2. ☐ No<br>3. ☐ N/A- Case open less than a full calendar month |

**OM17.10  How many unsuccessful home visit attempts were documented by the SW during the
period of February 15, 2005 through May 15, 2005?[7] _____**

---

[5] "Successful" is defined a face to face visit with one or more family members.
[6] Originally identified as age 19 in error – corrected with Court Monitor approval on October 5, 2005.
[7] "Unsuccessful" is defined as a physical visit to the home in which no case participants were available to meet face to face.  It does not include visits cancelled with notice or attempts to schedule a visit.

**OM17.11a – OM17.11l Indicate documented barriers to achieving the visitation requirement by the SW or SWS during the period of February 15, 2005 through May 15, 2005:**

| | | |
|---|---|---|
| OM17.11a  Religious Activities          1. ☐ Yes   2. ☐ No | OM17.11g  Medical Appointments       1. ☐ Yes   2. ☐ No |
| OM17.11b  Family Non-cooperative     1. ☐ Yes   2. ☐ No | OM17.11h  Court/Incarceration         1. ☐ Yes   2. ☐ No |
| OM17.11c Academic Activity              1. ☐ Yes   2. ☐ No | OM17.11i  SW Workload/Emergency 1. ☐ Yes   2. ☐ No |
| OM17.11d Sport/Recreational Activity  1. ☐ Yes   2. ☐ No | OM17.11j  No Barriers Identified      1. ☐ Yes   2. ☐ No |
| OM17.11e  Work Schedules                 1. ☐ Yes   2. ☐ No | OM17.11k Other                          1. ☐ Yes   2. ☐ No |
| OM17.11f  Therapeutic Appointments 1. ☐ Yes   2. ☐ No | OM17.11l (If Other Indicate Here) |

**OM17.12  Was there a change in Social Worker assignment during the period of February 15, 2005 – May 15, 2005?**

1.  ☐ Yes
2.  ☐ No

**OM17.13 Did this change in worker result in a lapse in visitation, so the benchmark was not met during the period of February 15, 2005 to May 15, 2005?**

1.  ☐ Yes
2.  ☐ No
3.  ☐ N/A – Case open less than a full calendar month
4.  ☐ N/A – No change in worker

## Outcome Measure 18 – Caseload Standards

*Answer this series of questions related to OM 18 for all cases being reviewed.*

**OM18.1  In reviewing the assigned SWS caseload on the date of this review, please indicate what the Area Office Model for case assignment is within this unit.**
1. ☐  Mixed
2. ☐  Assignment specific to Case Type

**OM18.2  What caseload percentage did the social worker assigned to this case on May 15, 2005 have at the point of review?** _____

**OM18.3  How many caseload carrying social workers are assigned to the SWS at the point of review?** _____

**OM18.4  How many ongoing services workers were assigned to this case in the twelve months ending May 15, 2005?** _____

**OM18.5  Was the most recent change in worker related to:**
1. ☐  Accommodate client's primary language
2. ☐  Caseload Equalization
3. ☐  Client requested change – SWS deemed appropriate
4. ☐  In-Home case became Out of Home case or vice versa, and office model for case assignment required change format
5. ☐  SW had an interoffice transfer
6. ☐  SW left agency
7. ☐  SW was on agency sanctioned leave
8. ☐  SW was promoted
9. ☐  Transfer to a specialized Unit
10. ☐  Worker Safety Issues
11. ☐  Other: _____(OM18.5A)
12. ☐  N/A – No change in worker.

**OM18.6  During the quarter of February 15, 2005 – May 15, 2005 was there a gap in assignment for this case of more than 5 days, in which no SW was assigned to the case?**

1. ☐  Yes
2. ☐  No

**Outcome Measure 19 – Reduction in the Number of Children in Residential Care**

*STOP: Answer questions related to OM 19 only if the child was in a residential facility in the six month period ending May 15, 2005. If this is not applicable, check here* ☐ *and go on to OM20*

**OM19.1  Does the LINK record indicate that child's case  has been reviewed in the six months ending May 15, 2005 by DCF to determine if their needs can be met in a less restrictive setting?**
1. ☐ Yes
2. ☐ No

**OM19.2a-OM19.2l   Indicate who was involved in the review process?**

|  |  | Yes | No |
|---|---|---|---|
| OM19.2a | ARG | ☐ | ☐ |
| OM19.2b | Area Community Collaborative | ☐ | ☐ |
| OM19.2c | Court Personnel | ☐ | ☐ |
| OM19.2d | DCF Social Worker | ☐ | ☐ |
| OM19.2e | DCF Social Work Supervisor | ☐ | ☐ |
| OM19.2f | DCF Manager, PD or AD | ☐ | ☐ |
| OM19.2g | Lawyer/GAL | ☐ | ☐ |
| OM19.h | Managed Service System (MSS) | ☐ | ☐ |
| OM19.i | Parent | ☐ | ☐ |
| OM19.2j | Residential Therapist or Physician | ☐ | ☐ |
| OM19.2k. | Other (enter below) | ☐ | ☐ |

_____(OM19.2l)

**OM19.3  Was this child been approved for discharge from residential care during the six months ending May 15, 2005?**
1. ☐ Yes
2. ☐ No

**OM19.4  Was the child discharged to a less restrictive setting during the six months ending May 15, 2005?**
1. ☐ Yes
2. ☐ No

**OM19.5  If child has been approved for discharge but remains in residential placement, what is the primary barrier to child entering a less restrictive placement?**
1. ☐ CPT Process Delays (internal processes not related to lack of resource)
2. ☐ Differing professional opinions as to appropriate level of care being explored
3. ☐ Educational issues
4. ☐ No resources available for Foster Care
5. ☐ No resources available for Group Home
6. ☐ No resources available for Therapeutic Foster Care
7. ☐ No resources in community to allow child to reunify home
8. ☐ Providers non-responsive to referrals
9. ☐ Referrals not made by CPT
10. ☐ Transitional visits have begun with identified resource
11. ☐ Wait Listed for community resources
12. ☐ Worker delayed or did not correctly complete CPT packet
13. ☐ Other _____(OM19.4a)

**OM19.6  Is child a member of any of the following groups that will require residential care until such time that they can pass through to adult mental or medical health systems:**

1. ☐ Medically Complex status requires intensive facility setting through transition to adult facility
2. ☐ Mental Health level requires facility care until child can be passed through to DMHAS
3. ☐ Mental retardation level requires facility care until child can be passed through to DMR
4. ☐ Voluntary Placements at request of family

**OM19.7  According to the DCF 553 did the ACR Coordinator indicate that the placement resource was the least restrictive setting for this child?**

1. Yes
2. No
3. UTD – No ACR/TPC Documentation

**OM19.8 If no, indicate reason below**

_____
_____

---

## Outcome Measures 20 & 21 – Discharge Measures

*Answer the series of question related to Outcome Measure 20 and 21 for all cases in which a child of 18 or older was discharged from care during the quarter ending May 15, 2005.  If not applicable check here*

☐ *and go on to OM22.*

**OM20.1  Was there an Adolescent Discharge Plan (DCF-2092 Form) in LINK?**
  1. Yes ☐       2. No ☐

**OM20.2  Was there an Independent Living Plan (DCF-2091 Form) in LINK?**
  1. Yes ☐       2. No ☐

**OM20.3  Was the youth provided with Independent Living Services?**
  1. Yes ☐       2. No ☐               3. UTD ☐

**OM20.4  Did the youth participate in the CHAPS program?**
  1. Yes ☐       2. No ☐               3. UTD ☐

**OM20.5  Did the youth successfully complete the CHAPS program?**
  1. Yes ☐       2. No ☐               3. UTD ☐

*The following definitions should be utilized when answering the remaining questions on the tool:*
  *(1) YES = Documentation in LINK exists to positively answer this question.*
  *(2) NO = There is documentation in LINK that exists to answer this question negatively*
  *(3) NA = Attending or graduated high school*
  *(4) UTD = There is conflicting information found in the data sources listed that does not allow for a clear answer to this question.*
  *(5) NO INFO = No documentation found in LINK regarding this question.*

**OM20.6 – OM 20.18a  What is the reason for youth's discharge from DCF care?  Check all that apply.**

| | Yes | No |
|---|---|---|
| **OM20.6    Youth reached age of majority** | ☐ | ☐ |
| **OM20.7  Services refused** | ☐ | ☐ |
| **OM20.8  Services to be provided by other agency** | ☐ | ☐ |
| **OM20.9  Case goal achieved** | ☐ | ☐ |
| **OM20.10  Youth non-compliant with policy requirements** | ☐ | ☐ |
| **OM20.10a.  Education** | ☐ | ☐ |
| **OM20.10b  Employment** | ☐ | ☐ |
| **OM20.10c.  Other (Please identify)** | ☐ | ☐ |
| _____(OM20.10d) | | |
| **OM20.11  Youth incarcerated/detention** | ☐ | ☐ |
| **OM20.12  Youth died** | ☐ | ☐ |
| **OM20.13  Youth ran away/missing** | ☐ | ☐ |
| **OM20.14  Youth adopted- Subsidized adoption** | ☐ | ☐ |
| **OM20.15  Youth adopted- Non-subsidized adoption** | ☐ | ☐ |
| **OM20.16  Youth unwilling to remain in placement** | ☐ | ☐ |
| **OM20.17  Youth enlisted full-time member of the military** | ☐ | ☐ |
| **OM20.18  Other** | ☐ | ☐ |
| _____(OM20.18a) | | |

**OM20.19a-OM20.19h  What efforts were made by the SW to engage youth in the recommended services?**

| | Yes | No |
|---|---|---|
| **OM20.19a Increased contacts with youth** | ☐ | ☐ |
| **OM20.19b  Contracting** | ☐ | ☐ |
| **OM20.19c  Family Intervention** | ☐ | ☐ |
| **OM20.19d  Increased contact with providers** | ☐ | ☐ |
| **OM20.19e  Legal Interventions** | ☐ | ☐ |
| **OM20.19f Transportation assistance** | ☐ | ☐ |
| **OM20.19g  Other** | ☐ | ☐ |
| _____(OM20.19h) | | |

**OM20.20  Did the youth achieve one or more of the discharge measures prior to discharge during the "period under review"?**

1. ☐ Yes
2. ☐ No
3. ☐ UTD
4. ☐ No Info

**OM20.21a-OM20.21n  What were the barriers documented to achieving one or more of the six discharge measures prior to discharge from DCF? Check all that apply.**

|  | Yes | No |
|---|---|---|
| **OM20.21a  Approval Process** | ☐ | ☐ |
| **OM20.21B  Child Hospitalized** | ☐ | ☐ |
| **OM20.21c  Client Refused Service** | ☐ | ☐ |
| **OM20.21d  Delay in Referral by Worker** | ☐ | ☐ |
| **OM20.21e  Financing Unavailable** | ☐ | ☐ |
| **OM20.21g  Service Not Available in Primary Language** | ☐ | ☐ |
| **OM20.21h  Youth incarcerated/detention** | ☐ | ☐ |
| **OM20.21i  Youth did not have or utilize a support network** | ☐ | ☐ |
| **OM20.21jYouth had no employment experience (s) prior to discharge** | ☐ | ☐ |
| **OM20.21k  Transportation Unavailable** | ☐ | ☐ |
| **OM20.21l  Placed on Waiting List** | ☐ | ☐ |
| **OM20.21m Other** | | |
| _____**(OM20.21n)** | | |
| **OM20.21n  No barriers documented** | ☐ | ☐ |

**OM20.22  At the time of discharge, was the youth**
1. ☐ Attending High School
2. ☐ Graduated High School
3. ☐ Dropped Out
4. ☐ UTD
5. ☐ No Info

**OM20.23  At the time of discharge, was the youth**
1. ☐ Working toward GED
2. ☐ Earned GED
3. ☐ UTD
4. ☐ NA- attending or graduated high school
5. ☐ No Info

**OM20.24  At the time of discharge was the youth enrolled in college or other post secondary training program.**
1. ☐ Yes/Full Time (12 credits or more)
2. ☐ Yes/ Part Time  (less than 12 credits)
3. ☐ No
4. ☐ NA- youth is attending HS or working towards GED
5. ☐ UTD
6. ☐ No Info

**OM20.25  At the time of discharge, was the youth employed**
1. ☐ Yes/ Full time (>35 hours/week)
2. ☐ Yes/Part time  (<35 hours/week)
3. ☐ No
4. ☐ UTD
5. ☐ No Info

**OM20.26  At the time of discharge, was the youth enlisted as a full-time member of the military?**
1. ☐ Yes
2. ☐ No
3. ☐ UTD

**OM20.27  Has substance abuse been identified as a need at the point of discharge?**
1. ☐ Yes
2. ☐ No
3. ☐ UTD
4. ☐ No Info

**OM20.28  Have mental health issues been identified as a need at the point of discharge?**
1. ☐ Yes
2. ☐ No
3. ☐ UTD
4. ☐ No Info

**OM20.29  Was the youth eligible for special education services?**
1. ☐ Yes
2. ☐ No
3. ☐ UTD
4. ☐ No Info

**OM20.30  Has the youth been identified with complex medical needs?**
1. ☐ Yes
2. ☐ No
3. ☐ UTD
4. ☐ No Info

**OM21.1  Has the youth been clinically diagnosed with Mental Retardation?**
1. ☐ Yes
2. ☐ No
3. ☐ UTD
4. ☐ No Info

**OM21.2  Does the youth have a Full Scale I.Q. score under 70?**
1. ☐ Yes
2. ☐ No
3. ☐ UTD
4. ☐ No Info

**OM21.3  Has the youth been clinically diagnosed with a psychiatric disorder?**
1. ☐ Yes
2. ☐ No
3. ☐ UTD
4. ☐ No Info

**OM21.4  Has the youth been hospitalized for psychiatric reasons during the last 12 months?**
1. ☐ Yes
2. ☐ No
3. ☐ UTD
4. ☐ No Info

**OM21.5  Is the youth currently on psychiatric medication?**
1. ☐ Yes
2. ☐ No
3. ☐ UTD
4. ☐ No Info

**OM21.6  Does child require adult services upon discharge from DCF?**
1. ☐ Yes
2. ☐ No

**OM21.7  Does the LINK record indicate that DCF submitted a written discharge plan to either DMHAS and/or DMR for this youth for adult services?**
1. ☐ Yes
2. ☐ No
3. ☐ Youth does not require adult services
4. ☐ UTD

**Child requires adult service for which of the following reasons:** *(select all that apply)*

|  | Yes | No |
|---|---|---|
| **OM21.8  Child meets DMR criteria** | ☐ | ☐ |
| **OM21.9  Child is in residential care due to mental health issues** | ☐ | ☐ |
| **OM21.10  Child is in need of continuing clinical services due to severe or persistent major mental illness, or other developmental disorders** | ☐ | ☐ |
| **OM21.11  Child does not require adult services** | ☐ | ☐ |

**OM 21.12  Was child referred to DMR?**
1. ☐ Yes
2. ☐ No
3. ☐ N/A – does not qualify
4. ☐ UTD

**OM21.13  At what age does the LINK record indicate a referral was made to DMR?**
1. ☐ Age 0-5
2. ☐ Age 6-10
3. ☐ Age 11-15
4. ☐ Age 16-20

**OM21.14  Was the referral accepted?**
1. ☐ Yes – DMR Caseworker Assignment recorded
2. ☐ Yes – but no record of DMR Caseworker assignment
3. ☐ No
4. ☐ TBD – too soon to determine
5. ☐ UTD – Conflicting information related to referral in LINK

**OM21.15  Was child referred to DMHAS**
1. ☐ Yes
2. ☐ No
3. ☐ N/A – Does not Qualify
4. ☐ UTD

**OM21.16  How soon prior to discharge was DMHAS Referral sent?**
1. ☐ < 1 month
2. ☐ 2-3 months
3. ☐ 4-6 months
4. ☐ >6 months
5. ☐ N/A – no record of referral in discharge plan or LINK

**OM21.17  Was youth picked up by the referred adult system at the point of discharge so that there was no lapse in services to the youth?**
1. ☐ Yes
2. ☐ No
3. ☐ UTD
4. ☐ N/A – Youth did not qualify

## Outcome Measure 22 – Multidisciplinary Examinations

*STOP:  Answer* series of questions related to OM22 for any child who entered the custody of DCF for the first time and remained in care for a period of 30 days on or after May 15, 2004.  If not applicable, check here ☐ and do not answer the remaining questions on this document.

**OM22.1  For a child-entering placement in the year ending May 15, 2005 was an MDE conducted?**
1.  ☐ Yes
2.  ☐ No
3.  ☐ N/A, child was in hospital setting
4.  ☐ N/A, child was placed prior to the period of review
5.  ☐ N/A, achieved in residential setting
6.  ☐ N/A – Not a first time placement for this child

**OM22.2  Date MDE was completed for this child?  _____/_____/_____(*MM/DD/YY*)**

**OM22.3  Was the MDE conducted within 30 days of the first time placement?**
1.  ☐ Yes
2.  ☐ No
3.  ☐ N/A - child was placed from a hospital setting
4.  ☐ N/A - child was previously placed or placed in period prior to review parameters
5.  ☐ UTD - child has been in placement for less than 30 days

**OM22.4  If MDE was not completed in 30 days, what was the primary barrier?**
1.  ☐ Delay in referral by the worker
2.  ☐ Client
3.  ☐ Insurance issues
4.  ☐ Placed in waiting list
5.  ☐ Caretaker
6.  ☐ Transportation
7.  ☐ UTD from LINK
8.  ☐ Other _____(OM22.4a)
9.  ☐ N/A - MDE was completed

**OM22.5  Is there documentation of the results of the MDE in LINK narratives or the treatment plan?**
1.  ☐ Yes
2.  ☐ No
3.  ☐ N/A - exempt as stated above

**OM22.6  Was the necessary follow up on the recommendations documented in LINK narratives or in the treatment plan resulting from the TPC?**
1.  ☐ Yes
2.  ☐ No
3.  ☐ N/A – no recommendations were made
4.  ☐ UTD – No Treatment Plan or narratives in LINK post recommendations
5.  ☐ TBD – too soon to monitor