## Ongoing Services Interview Tool
### Version Dated 5/03/2005

| Administrative |
| --- |

**A1. Interviewer:**
1. ☐ D. Collins
2. ☐ K. Kolpinski
3. ☐ J. LaBelle
4. ☐ JB Roderick

**A2. Name of Social Worker Interviewed:** _____, _____
(Last Name, First Name)

**A3. Identified Case LINK ID:** _____

**A4. Date of Interview:** _____ / _____ / **2005**   (mm/dd/yyyy)

**A5. Time Started:** _____      **A6. Time Ended:** _____
(use military time)                                                           (use military time)

| Safety:  Children are first and foremost protected from abuse and neglect |
| --- |

**S1. On a scale of 1 to 4 (with 1 being unacceptable, 2 being poor, 3 being good/average and 4 being superior), how would you rate the quality of information that is provided to you related to safety and well being of the active participants in cases transferred from investigations to your unit?**

|  | | | | |
| --- | --- | --- | --- | --- |
| **In general:** | 1 | 2 | 3 | 4 |
| **For this Case:** | 1 | 2 | 3 | 4 |

**S2. In general, how do you prepare for a newly assigned case?** *(Do you read the entire case record when assigned a new case?  Do you ask questions of prior workers and investigation staff? Do you have transfer conferences?)*

_____
_____
_____

**S3. Do you have any clients on your caseload with whom you cannot communicate in their primary language?**          1. Yes          2. No

**S4. How do you overcome this obstacle?**

_____
_____
_____

**S5.  During the 1Q 2005 you have ____ *(fill-in number prior to interview)* documented visits with this child/family.  Is this a typical visitation pattern for this type of case on your caseload?**

1. Yes          2.  No

**S5a.  If no, how is this case different from other cases on your caseload?**

_____
_____
_____


**S5b.  In general, what is the biggest factor in determining how often you conduct face-to-face visits?**

_____
_____
_____


**S5c.  In general, what are the barriers to meeting the policy requirements for visitation in this case?**

_____
_____
_____


**S6.  In general, how do you assess safety factors during your face-to-face meetings with the family/child?**

_____
_____
_____


**S7 In general, how do you convey identified safety concerns to the:**

**a.  Family?**

_____
_____
_____


**b.  Providers?**

_____
_____
_____


**c.  Your supervisor?**

_____
_____
_____

**S8.  Specific to this case, have you explained, so that the family understands, the purpose for DCF being involved in their family at this time?**

                              1. Yes       2. No

       **S8a.  If not, why not?**

       _____

       _____

**S9.  In general, what steps do you take if you perceive safety factors are beginning to escalate in a family?**

| a | f |
|---|---|
| b | g |
| c | h |
| d | i |
| e | j |

**S9a.  In general, what are the top three obstacles that you face in your attempts to improve the level of safety within the families that you serve?**

_____

_____

_____

*R1.  Reviewer:  In your review of the record and after discussion with this worker, do you feel that they adequately conveyed their concerns related to safety risks to all active participants and necessary collaterals?*       *1. Yes*       *2. No*

_____

_____

_____

_____

_____

**On a scale of 1 to 4 (with 1 being unacceptable, 2 being poor, 3 being good/average and 4 being superior), how do you rate the ARG' level of effectiveness in supporting your work as it relates to improving the safety of children on your caseload?**

       **S10.  In general:**       1    2    3    4

       **S11.  For this Case:**       1    2    3    4

       **S12  How often do you use your ARG?  _____% (Give factors, barriers or other related details that determine your use of ARG below)**

_____

_____

_____

**On a scale of 1 to 4 (with 1 being negligible, 2 being minimal, 3 being moderate and 4 being significant), how great an influence are provider reports in your assessment of safety?**

| | | | | |
|---|---|---|---|---|
| **S13.  In general:** | 1 | 2 | 3 | 4 |
| **S14.  For this Case:** | 1 | 2 | 3 | 4 | 5(N/A) |

**On a scale of 1 to 4 (with 1 being negligible, 2 being minimal, 3 being moderate, and 4 being significant), how great an influence are family self-reports in your assessment of safety?**

| | | | | |
|---|---|---|---|---|
| **S15.  In general:** | 1 | 2 | 3 | 4 |
| **S16.  For this Case:** | 1 | 2 | 3 | 4 |

**On a scale of 1 to 4 (with 1 being negligible, 2 being minimal, 3 being moderate and 4 being significant), how great an influence are supervisory sessions in your assessment of safety?**

| | | | | |
|---|---|---|---|---|
| **S17.  In general:** | 1 | 2 | 3 | 4 |
| **S18.  For this Case:** | 1 | 2 | 3 | 4 |

**On a scale of 1 to 4 (with 1 being negligible, 2 being minimal, 3 being moderate and 4 being significant), how great an influence are court ordered psychological evaluations in your assessment of safety?**

| | | | | |
|---|---|---|---|---|
| **S19.  In general:** | 1 | 2 | 3 | 4 |
| **S20.  For this Case:** | 1 | 2 | 3 | 4 |

**S21.  Are there adequate services available in your area to address the safety needs of the families and children that you service (i.e. mental health, substance abuse, parenting, domestic violence, housing)?**          1. Yes          2. No

**S22.  Are there service providers in your area office that go unused due to poor quality of services?**          1. Yes          2. No

**S22a.  If so, what are they?**

_____

_____

**S23.  Do you ever find that you need to substitute an alternate service for one that was initially determined most appropriate?**          1. Yes          2. No

**S23a.  How often would you say this occurs?**
1.  <20% of my cases
2.  21-40% of my cases
3.  41-60% of my cases
4.  61-80% of my cases
5.  81-100% of my cases

**S23b.  For what needed service is this most frequently the case?**

_____

**S24.  From your experience, what are the primary reasons for failed interventions as they relate to safety within a family?**

a. _____

b. _____

c. _____

**S25.  What steps do you take in families on your caseload who present with additional reports of abuse and neglect?**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Specifically:**

       **S25a.  Do you increase face-to-face visitation?**      1. Yes      2.  No

       **S25b.  Do you use service agreements?**      1. Yes      2.  No

       **S25c.  Do you seek supervision from your SWS or ARG?**      1. Yes      2.  No

       **S25d.  Other**      1. Yes      2.  No
       (indicate other here)_____

**S26.  Think of a case that you currently have or recently closed that had more than one substantiated referral in the life of the case.  In hindsight, is there something that DCF could have done to prevent the repetition of abuse or neglect?** (i.e. patterns, behaviors, etc. that went unaddressed?)

_____
_____
_____

**S27.  On a scale of 1 to 4 (with 1 being unacceptable, 2 being poor, 3 being good/average and 4 being superior), how safe are the foster homes in which your clients are <u>currently living?</u>**

                 1     2     3     4     5 *(N/A – no CIP cases)*

**S28.  Do you feel that FASU adequately supports the foster homes currently holding children on your caseload?**      1. Yes      2.  No
     *(i.e. visitation, support plan, responsive to family's needs…)*

_____
_____
_____

**S29.  How closely do you work with FASU when you have concerns regarding a child in placement?**  *(Do you have **routine conversations regarding the placements that your clients are living in?**)*

_____
_____
_____

**S30.  In general, do you speak with the FASU workers when you have concerns regarding a foster placement that does not rise to the level of regulatory violation?**

                                1. Yes          2.  No

**S30a.  Elaborate:** _____

_____
_____

**S31.  In general, does FASU adequately addresses concerns of risk that you raise?**

                                1. Yes          2.  No

**S31a.  Elaborate:** _____

_____
_____

**S32.  Do you case manage a relative placement differently than a non-relative placement?**

                                1. Yes          2.  No

**S32a.  Elaborate:** _____

_____
_____

**S33.  Specific to the case reviewed, what was your assessment of the level of risk in the home when it was first assigned?**

                    1.  Low Risk           2.  Moderate Risk           3.High Risk

   **S33a.  What was done to improve upon that level of risk?**

_____
_____
_____

   **S33b.  Were the interventions successful?**          1. Yes          2.  No

   **S33c.  How do you know (in reference to 33b above)?**

_____
_____
_____

**S34.  Specific to this case, were there services that you felt were needed but were not provided?**

1. Yes          2. No

**S34a.  If yes, what was the obstacle to provision?**

_____

_____

_____

_____

_____

_____

**S35.  Specific to this case, what is the current risk level in the home?**

1. Low Risk    2. Moderate Risk      3.High Risk    4.  UTD – Case Closed

**S35a.  Does the treatment plan in place concur with this current assessment?**

1. Yes          2. No          3. N/a – Case Closed

**S36.  In general, what role do you see the courts having in relation to the safety of children within their own families?**  _(Have you experienced situations in which the courts seemed to conflict with your mandate?)_

_____

_____

_____

| **Permanency:  Children have permanency and stability in their living situations** |
|---|

**P1.  From <u>your</u> experience in general (not specific to this case), what events lead to additional entries into care?**

_____

_____

_____

**P2.  In general, what <u>services</u> can DCF offer/contract for to reduce the risk of re-entries into care?**

_____

_____

_____

**P3.  In general, what practices/policies should DCF institute to reduce the risk of re-entries into care?**

_____

_____

_____

**P4.  Do you always hold disruption conferences when a child has had more than two placements as a result of their behaviors?**

1. Yes        2. No

**P4a.  If yes, are they helpful in assessing a more appropriate match or service to preserve the placement from disrupting?**

1. Yes     2. No  3.  N/A – Do not hold disruption conferences

**P5.  In any given case, what do you do if you become aware that the current placement is not the best match to the child's needs?**

_____

_____

_____

**P6.  What is the current goal for the specific case selected?**
1. Reunification
2. Adoption
3. Transfer of Guardianship
4. Concurrent Planning _____ / _____
5. LTFC
6. Other Permanent Living Arrangement
7. In-Home Goals (CPS or Voluntary Service)

**P6a.  Does the child/family agree with the goal?**    1. Yes       2.  No

**P6b.  How do you know if they agree or disagree?**

_____

_____

_____

**P6c.  How long has this been the goal?**
1. < 6 months
2. 6 months – 11 months
3. 12 months –17 months
4. 18 months – 23 months
5. 24 or more months

**P6d.  Given the current state of the child and family (if applicable) do you feel this is the appropriate goal?**

1. Yes        2. No

**P6e.  Do you feel that the timeframe associated with the goal realistic?**

1. Yes        2. No

**P6f.  How did you engage this family or child in developing a plan to address their needs?**

_____

_____

_____

_____

_____

_____

*R2.  Reviewer:  Given your review of the documentation in this case, and your interview with this worker, do you feel the goal is appropriate?        1. Yes        2. No*

*R3.  In your opinion, is the timeframe realistic?        1. Yes        2. No*

**P7.  Has this family made any progress toward goal achievement in the last six months?**
　　　　　　　　　　1. Yes        2. No

**Rate the progress you feel has been made for the appropriate parties in this case below:**

| Overall Rating | Mother P8 | Father P9 | Guardian P10 | Child/Youth P11 |
|---|---|---|---|---|
| 1.  Fully Achieved (100%) | ☐ | ☐ | ☐ | ☐ |
| 2.  Almost Achieved (75% - 99%) | ☐ | ☐ | ☐ | ☐ |
| 3.  Moderately Achieved (50% - 74%) | ☐ | ☐ | ☐ | ☐ |
| 4.  Limited Progress (25% - 49%) | ☐ | ☐ | ☐ | ☐ |
| 5.  No or Almost No Progress (<25%) | ☐ | ☐ | ☐ | ☐ |
| 6.  Too Soon to Rate (Services in place less than 30 days) | ☐ | ☐ | ☐ | ☐ |
| 7.  Participant N/A to this Case | ☐ | ☐ | ☐ | ☐ |

**P12.  Do <u>you</u> update the treatment plan if major events occur such as a change in court-approved goal; permanency plan goal, child's improvement or deterioration warrants placement change or additional services, etc.?**
　　　　　　　　　　1. Yes        2. No

**P13.  The most recent TPC/ACR was held on _____.  If the facilitator indicated required changes, was a revised treatment plan subsequently provided to the family in their primary language?        1. Yes        2. No        3. N/A – No changes**

**What are the primary barriers to social workers and families achieving the following treatment goals in your area office?**

      **P14.  Finalization of adoption?**

_____

_____

      **P15.  Transfer of Guardianship?**

_____

_____

      **P16.  Reunification?**

_____

_____

      **P17.  Other Planned Living Arrangement/Independent Living**

_____

_____

      **P18.  Other Planned Living Arrangement/LTFC**

_____

_____

**P19.  How do you arrive at a determination of a treatment goal for an assigned case?**
_(describe the process)_

_____

_____

_____

_____

**P20.  In general how do you determine whether a concurrent goal will be selected over one primary goal?**

_____

_____

_____

_____

**P21.  Does the child/family have a role in this decision making process?**
                       1. Yes        2.  No
      **P21a.  (Elaborate)** _____

_____

**P22.  What determines the appropriate time to file TPR?**

_____

_____

_____

_____

**P23. Do you always wait a specific timeframe prior to filing?**     1. Yes     2. No
(Elaborate) _____

_____

**P24. If you have a child in residential placement, when do <u>you</u> begin planning for their discharge?**

_____

_____

_____

_____

**P25. What do <u>you</u> perceive is the biggest barrier to timely discharge from residential?**

_____

_____

_____

_____

**P26. What steps do <u>you</u> take to reunite siblings if the initial placement was not able to accommodate them?**

_____

_____

_____

_____

**P27. How do <u>you</u> search for relatives?**

_____

_____

_____

_____

**P27a. Is the new relative search technology helpful?**
    1. Yes       2. No       3. Unaware of technology available

**P27b. Do <u>you</u> research both sides of the family if there is a non-custodial parent who is not in the favor of the custodial parent?**     1. Yes     2. No

**P27c. Do <u>you</u> provide the non-custodial parent with the treatment plan and invite them to participate in the process?**     1. Yes     2. No

**P27d. Elaborate on questions related to P27a-c:** _____

_____

_____

_____

**P28.  How do <u>you</u> determine the appropriate visitation between parent and child**?  (What role does your SWS play in this determination?)

_____

_____

_____

_____

**P29.  Between siblings?**

_____

_____

_____

_____

**P30.  What are the primary reasons for a failure to comply with established visitation plans?**

_____

_____

**P31.  What could be done to encourage more visitation?**

_____

_____

**P32.  What could be done to improve the quality of visits?**

_____

_____

**P33.  In general, where reunification is the stated goal, (or one of the concurrent goals) what should be done to increase parental involvement in child's daily activities while in care?**

_____

_____

| Well-Being:  Families have enhanced capacity to provide for their children's needs |
|---|

**In the case selected for review, the review of the record indicates that the most recently approved treatment plan has the following needs (reviewer fill in what you found on the plan)**

**WB1.** _____
**WB2.** _____
**WB3.** _____
**WB4.** _____
**WB5.** _____
**WB6.** _____
**WB7.** _____
**WB8.** _____
**WB9.** _____
**WB10.** _____

**WB11a-j. Questions WB1-WB10 listed up to 9 of the needs noted on the treatment plan for the worker.  Individually, ask them, "How did you arrive at these needs?"**

a (WB1) _____
b _____
c _____
d _____
e _____
f _____
g _____
h _____
i _____
j (WB10) _____

**WB12.  By what process did you determine the appropriate services to meet those needs?**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**WB 13.  What barriers have prevented identified needs being met?**

_____
_____
_____
_____

**WB14.  Are you aware of needs not identified on the treatment plan?**
                                1. Yes              2. No

**WB14a.  Elaborate:**   Why were they not included?

_____
_____
_____
_____
_____
_____
_____
_____
_____

_R4. Reviewer:  Did the worker's assessment concur with any unmet needs noted in your review of the record?                         1. Yes              2.  No_

**WB15.  To date, from the time of the treatment plan used in our review (_provide date_), how successful were the identified services/interventions in meeting the stated needs?**
1. Not Successful      2. Partially Successful    3.  Successful   4. N/A – no needs

**WB15a. (Elaborate)**
_____
_____
_____
_____
_____
_____

**WB16.  Were there services that you would have preferred to use that were not available?**
                                1. Yes              2.  No

**WB16a. (Elaborate)**
_____
_____
_____
_____

**WB18.  In this case, what role did the child/family play in establishing needs and identifying appropriate services?**

      1.  None        2.  Minimal        3.  Moderate        4.  Major

**WB19.  If this case involves a child in placement,  what role did the substitute caretaker play in establishing needs and identifying appropriate services?**

      1.  None        2.  Minimal        3.  Moderate       4.  Major        5. N/A

**WB20.  How do you address non-compliant behaviors within the families that you serve?**

_____

_____

_____

_____

**WB21.  On average, how often do you contact educational collaterals regarding the children in an ongoing services case?**

      1.   At Least Weekly
      2.   At Least Monthly
      3.   At Least Quarterly
      4.   At Least Semi-Annually
      5.   At Least Annually
      6.   Do Not Contact with Educational Collaterals
      7.   Don't Know

**WB22.  On average, how often do you contact Medical collaterals in an ongoing services case not  involving a medically complex child?**

      1.   At Least Weekly
      2.   At Least Monthly
      3.   At Least Quarterly
      4.   At Least Semi-Annually
      5.   At Least Annually
      6.   Do Not Contact with Educational Collaterals
      7.   Don't Know

**WB23.  On average, how often do you contact Mental Health providers in an ongoing services case?**

      1.   At Least Weekly
      2.   At Least Monthly
      3.   At Least Quarterly
      4.   At Least Semi-Annually
      5.   At Least Annually
      6.   Do Not Contact with Educational Collaterals
      7.   Don't Know

**WB24.  How do these contacts impact the case management activities on this case?**

_____

_____

_____

_____

*R5.  Reviewer:  From your reading of the case record, did this case document adequate contacts with medical, mental health, service or educational collaterals during the quarter ending March 31, 2005?                     1.  Yes          2.  No*

**WB25.  What level of importance do you place on the MDE in influencing the early stages of treatment planning, and why?**

    1.  None       2.  Minimal     3.  Moderate    4.  Major     5.  N/A[1]

**WB25a. Elaborate:** _____

_____

**WB26.  What do you do with the information you receive from the MDE?** *(write in N/A if worker only handles in-home cases)*

_____

_____

_____

_____

*R6.  Reviewer:  Was the MDE used in the planning for the identified  case?*
        *1.  Yes      2.  No      3.  N/A*

**WB27.  How do you ensure that needed medical and dental well checks are done in a timely manner?**

_____

_____

_____

_____

*R7.  Reviewer:  Were they done for all active children in this case?    1.  Yes     2.  No*
       *(identified medical or dental needs)*
*R8.  Reviewer:  After your review of the records, and the completion of the interview with this worker related to their efforts in assuring permanency and well being, do you feel that the information documented in LINK truly presents an accurate picture of this workers efforts related to treatment planning, assessment and case management?    1.  Yes     2.  No*

---

[1] Only select this case if the worker does not manage out of home cases.

| Systemic Issues |
|---|

**SI1.  At this time, your caseload percentage is** [_____] **Is this consistent with what has been the case in the last 6 months?**

                    1. Yes          2.  No

**SI2.  How does your unit assign cases?**      1.  Mixed Caseload
                                               2.  Unmixed Caseload

**SI3.  Have you been asked to close a case which you feel still maintains a level of risk requiring DCF services?**          1. Yes          2.  No

**SI3a.  (Elaborate)** _____

_____

_____

_____


**SI4.  If you have gone over 100% caseload utilization, in what time frame and how was the caseload reduced?**

_____

_____

_____

_____


**SI5.  I see that you received supervision on this case** [_____] **times during the quarter.  On average, how often do you have scheduled supervision during a month**? _____

   **SI5a.  Describe the supervision process that you experience.  What does a typical supervisory session look like?**

_____

_____

_____

_____

_____

_____


   **SI5b.  On a scale of 1 to 4 (with 1 being unacceptable, 2 being poor, 3 being good/average and 4 being superior), how would you rate the level of supervision you received during the quarter ending March 31, 2005?**

                    1          2          3          4

**Give three factors that you feel are necessary to meaningful supervision – then indicate whether all three of them present during your supervisory sessions on this case?**

Factor?                              Present?

SI6._____ SI6a. 1.  Yes      2.  No     3. N/A – No Supervision

SI7._____ SI7a. 1.  Yes      2.  No     3. N/A – No Supervision

SI8._____ SI8a. 1.  Yes      2.  No     3. N/A – No Supervision

**SI9.  If you could improve upon the supervision that you currently have, what additional steps or actions would you suggest?**

      **SI9a. Elaborate:** _____

_____

_____

**SI10.  Is your work environment conducive to good case practice?      1.  Yes         2.  No**

_____

_____

_____

**SI11.  What is the biggest obstacle that you as a DCF social worker have to overcome to attain the level of practice required by the Exit Plan Measures?**

_____

_____

_____

**Do you feel that you have received adequate training in:**

| | | |
|---|---|---|
| **SI12.  Case Management** | 1. Yes | 2. No |
| **SI13.  Legal** | 1. Yes | 2. No |
| **SI14.  LINK** | 1. Yes | 2. No |
| **SI15.  On-site assessment** | 1. Yes | 2. No |
| **SI16.  Policy** | 1. Yes | 2. No |
| **SI17.  Service availability in your area** | 1. Yes | 2. No |
| **SI18. Treatment Planning** | 1. Yes | 2. No |

**SI19.  Is there any area in which you feel more training or supervision is needed to assist you in improving your performance?      1.  Yes         2.  No**

_____

_____

_____

*__Overall Reviewer Ranking__*

***Having reviewed the record and interviewing the worker, the Reviewer has determined that the overall rank for the case management skills in this ongoing services case:***

*1. Poor          2. Good          3. Superior*

*R9.  Assessment of Needs*                                              *1    2    3*

*R10.  Provision of Services to Meet those needs*                      *1    2    3        N/A*

*R11. Assessment of Safety Risk*                                       *1    2    3*

*R12. Communication of the Information between SW and Family*          *1    2    3*

*R13. Communication to Ongoing Services or Providers*                  *1    2    3        N/A*

*R14.  Treatment Planning*                                             *1    2    3*

*R15.  Completeness of the documentation in LINK:*                     *1    2    3*

*R16  Comments*