**Investigations Interview Protocol**
Safety:  Children are first and foremost protected from abuse and neglect
<u>Version dated  May 2, 2005</u>

<u>Administrative</u>

**A1.  Report ID: _____**          **A2.  Case Name: _____**

**A3.  Date of Assignment (mm/dd/yyyy):  _____ / _____ / _____**

**A4.  Date of Completed Investigation (mm/dd/yyyy):  _____ / _____ / _____**

**A5.  Investigation Social Worker (Last Name, First Name): _____**

**A6.  Reviewer:**
☐1.  D. Collins     ☐2.  K. Kolpinski     ☐3.  J. LaBelle          ☐4.  JB Roderick

**A7.  Date of Interview  (mm/dd/yyyy):  _____ / _____ / _____**

**A8. Time Begun:  _____ : _____**          **A9. Time Ended: _____ : _____**
                *Military Time*                                                    *Military Time*

<u>Data Collection/Interview</u>

**On a scale of 1 to 5, with one being unacceptable and 5 being outstanding, how do you rate the quality of the information that you receive from Hotline?**

    **D1.  In general:**                         1     2     3     4     5
    **D2.  For this Investigation:**        1     2     3     4     5

**D3.  Is any information consistently lacking in the reports that are received, or are there quality issues in the work produced at Hotline that negatively impacts your ability to perform your job?**          1. Yes          2.  No

    **D4.  Elaborate** _____
_____
_____

**D5.  Do you feel that the Hotline's system for establishing the "response time" is valid?**
                            1. Yes          2.  No

**D6.  Was the response time modified for this case?**     1. Yes          2.  No
        **D6a.  If yes, please explain why the area office level felt that the Hotline designation was not appropriate?**
_____
_____

**D7. How often do you meet the response time (or modified response time)?**
1. Never (0%)
2. Almost Never (1% - 24%)
3. Sometimes (25% - 49%)
4. Usually (50% -74%)
5. Almost Always (75% - 99%)
6. Always (100%)
   **D7a. What are the top three obstacles that you find to doing so?**
   1. _____
   2. _____
   3. _____

**D8. Do you interview all individuals living in the home and/or visually assess all children prior to establishing your findings?**
1. Never (0%)
2. Almost Never (1% - 24%)
3. Sometimes (25% - 49%)
4. Usually (50% -74%)
5. Almost Always (75% - 99%)
6. Always (100%)
   **D8a. Were all individuals interviewed in this case?**     1. Yes     2. No
   **D8b. If no, why not?** _____

**D9. Do you contact the reporter prior to interviewing the alleged perpetrators and victims (when the reporter is not identified as anonymous)?**
1. Never (0%)
2. Almost Never (1% - 24%)
3. Sometimes (25% - 49%)
4. Usually (50% -74%)
5. Almost Always (75% - 99%)
6. Always (100%)
   **D9a. Did you do so for this case?**     1. Yes     2. No
   **D9b. If no, why not?** _____

**D10. During this investigation, how did you familiarize yourself with the history and current situation in the home?**

**D11. If a case is already open in ongoing services, what impact does this have on your investigative practices? (Is there collaboration between treatment and investigations – are roles explained to the family?)**

**D12. How confident were you regarding your understanding of the history of this family at the point of establishing your findings?**
1. Not Confident
2. Somewhat Confident
3. Confident
4. Very Confident

**D12a. Explain:**

_____
_____
_____

**D13. How often do you successfully reach the medical providers for all children identified as case participants in the home prior to establishing your findings?**
1. Never (0%)
2. Almost Never (1% - 24%)
3. Sometimes (25% - 49%)
4. Usually (50% -74%)
5. Almost Always (75% - 99%)
6. Always (100%)

**D13a. Were you successful for this case?**        1. Yes        2. No

**D13b. If no, ask what the barriers were and enter here**:

_____
_____
_____

**D14. How often do you successfully reach the educators of the children identified as case participants in the home prior to establishing your findings?**
1. Never (0%)
2. Almost Never (1% - 24%)
3. Sometimes (25% - 49%)
4. Usually (50% -74%)
5. Almost Always (75% - 99%)
6. Always (100%)

**D.14a Were you successful for this case?**        1. Yes        2. No
**D14b. If no, ask what the barriers were and enter here:**

_____
_____
_____

**D15. In general, how frequently do you visit a home during an investigation?**
    1    2    3    4    5    6    7    8    9    10

**R1a. Number of attempted visits during this investigation:** _____
**R1b. Enter number of documented visits during this investigation:** _____

**D16. Did the purpose change for face-to-face visits during the life of this investigation?**
                1. Yes        2. No

    **D16a. Explain.**

**D17. How did you prepare for the visits in this investigation?**

**D18. Did you meet with each child under the age of 18 during the visits in this investigation?**

**D19. Describe your process during a typical visit to the family or child in this case?**

**I see that the investigation that we pulled for this review (name case) took _____ days to complete.**

**D20. Describe the obstacles that you face in your work that can delay the completion of an investigation beyond 45 days? (Internal vs. External)**

*R2. Reviewer to note what was documented for this case in comparison to response and note any discrepancies below:*

**D21. How often do you identify service needs for families investigated?**
1. Never (0%)
2. Almost Never (1% - 24%)
3. Sometimes (25% - 49%)
4. Usually (50% -74%)
5. Almost Always (75% - 99%)
6. Always (100%)

**D22. What percentage of time do you seek out and provide services to reduce immediate safety risks or prevent removal of children from families during the investigation?**
_____%

**D23. What services did you assess as needed during this investigation?**

**D24. Who did you share this assessment with?**

**D25. What referrals did you make?**

**D26. Did the family engage in the referred service prior to case transfer or closure?** *(How do you know? If not, why not?)*

> *R3.  REVIEWER: From your review of the record, did any service needs identified for the specific case reviewed go unaddressed by the investigation worker?*
> 
> *1.  Yes          2.  No*
> 
> *R3a.  If yes, ask the worker to explain why. Write explanation below*

**D27.** You have already indicated the service needs for this case, but in general, what service(s) do you most often identify for families during an investigation?

___

    **D27a.** Does your area have the resources to meet the immediate needs that you find during investigation?          1. Yes          2. No

    **D27b.** If resources are not sufficient to meet the needs you are seeing, what increases or additional services are needed?

___

**D28.** Is the ARG available to assist in your investigations?     1. Yes          2. No

    **D28a.** How often do you use the ARG on investigations either in accompanying you on a visit to the home or in consults? _____%

    **D28b.  Elaborate** *(Have you used the ARG services in assessing needs? Are they available to accompany you in situations where a medical, mental health, or substance abuse need was apparent?)*

___

**D29.** Were the services that the area office was able to offer in this case effective in decreasing the level of risk for the children in the home? *(Please indicate specifically if the family has returned for similar reasons in subsequent reports or if removal was subsequently required.)*

___

**D30. What was your method for assessing risk in this home** *(specifically, addressing what tools DCF provides you, vs. what you have individually developed)***?**

**D31. What do you do differently (if anything) when the family presents with a long history of reports?**

*R4. Reviewer: Did the investigation on the identified report indicate that the worker used the described assessment? Is the workers methodology consistent with policy and practice guidelines established by DCF?*

**D32. What factors do you rate most critical when assessing if removal is required?**

**D33. How closely do you work with FASU to match children to an appropriate placement?**

**D34. How do you search for relative resources to safely provide for the children in the event of removal?**

**D35. How do you support visitation between family members during the investigation process if there has been a removal from home?** *(both parental and sibling)*

_____
_____
_____

**D36. On a scale of 1 to 4, with 1 indicating "total confusion", 2 indicating "somewhat confusing", 3 indicating "mostly clear", and 4 indicating "totally clear", how clear is the DCF policy regarding substantiation of abuse or neglect to you?**

      1    2    3    4

    **D36a. Has the recent Lovan C decision created increased confusion related to determining substantiation or non-substantiation of abuse or neglect?**

        1. Yes    2. No

**D37. What is your opinion regarding the current protocol used to document the investigation?**

_____
_____
_____

    **D37a. How would you change it?**

_____
_____
_____
_____
_____
_____

**D38. Describe the usefulness and accuracy of the screening tools that the Department currently has for substance abuse, domestic violence and risk assessment.**

_____
_____
_____
_____
_____

**D39. How often do you attend TPCs or family conferences?**
1. Never (0%)
2. Almost Never (1% - 24%)
3. Sometimes (25% - 49%)
4. Usually (50% -74%)
5. Almost Always (75% - 99%)
6. Always (100%)

    **D39a. Did you do so for this case?**    1. Yes    2. No
    **D39b. If no, why not?**
    _____

**D40. What obstacles do you find in your ability to attend the TPC or family conference meetings?**

**D41. How important do <u>you</u> feel your input is to the ongoing worker or community provider in establishing a baseline for all participants to work from?** *(Do you feel Ongoing Services has the same perception?)* **Elaborate.**

_____

**I see that you received supervision on this case _____ times during the quarter we are reviewing.**

**D42. How often do you have scheduled supervision during a month? _____**

**D43. What happens during a typical supervision session?**

**D44. Overall, would you say that your supervisor is helping to enhance your performance as it relates to risk assessment? Why or Why not?**

**D45. What contribution did your supervisor make to the work done on this investigation?**

**D46.** On a scale of 1-4 with one being "unacceptable", two being "poor/fair", three being "good" and four being "superior", how would you rate the level of supervision you received during the quarter ending March 31, 2005?

                  1    2    3    4

**Please** g**ive three factors that you feel are most necessary to meaningful supervision – then indicate whether all three of them were present during your supervisory sessions on this case?**

| **Factor?** | **Present?** |
|---|---|
| **D46a.** _____ | **D46b.** 1. Yes   2. No   3. N/A – No Supervision |
| **D46c.** _____ | **D46d.** 1. Yes   2. No   3. N/A – No Supervision |
| **D46e**. _____ | **D46f.** 1. Yes   2. No   3. N/A – No Supervision |

---

**On a scale of 1 to 6 with 1 being "Never", and 6 being "Always" please use the following percentage rankings to indicate the frequency with which you:**

    **D47. Meet with the family to develop the initial treatment plan for those cases designated for transfer to treatment?**
        1. Never  (0%)
        2. Almost Never (1% - 24%)
        3. Sometimes (25% - 49%)
        4. Usually (50% -74%)
        5. Almost Always (75% - 99%)
        6. Always (100%)

    **D48. Discuss your findings with the Ongoing Services worker prior to or shortly after the transfer to Ongoing Services?**
        1. Never  (0%)
        2. Almost Never (1% - 24%)
        3. Sometimes (25% - 49%)
        4. Usually (50% -74%)
        5. Almost Always (75% - 99%)
        6. Always (100%)

    **D49. Make joint visits to the home following the transfer to Ongoing Services?**
        1. Never  (0%)
        2. Almost Never (1% - 24%)
        3. Sometimes (25% - 49%)
        4. Usually (50% -74%)
        5. Almost Always (75% - 99%)
        6. Always (100%)

    **D50. Contact the alleged perpetrator to discuss the findings of the report?**
       1. Never  (0%)
       2. Almost Never (1% - 24%)
       3. Sometimes (25% - 49%)
       4. Usually (50% -74%)
       5. Almost Always (75% - 99%)
       6. Always (100%)

**D51. Provide the family with the information related to the appeal process?**
 1. Never (0%)
 2. Almost Never (1% - 24%)
 3. Sometimes (25% - 49%)
 4. Usually (50% -74%)
 5. Almost Always (75% - 99%)
 6. Always (100%)

**D52. Describe any specific obstacles to the five items scaled above that you feel are noteworthy**.

_____

_____

_____

*Reviewer: Were each of the items ranked by the SW above, documented in this investigation?*

| | | | |
|---|---|---|---|
| *R5. Initial Treatment Plan?* | *1. Yes* | *2. No* | *3. N/A* |
| *R6. Discuss findings with Ongoing Services Worker* | *1. Yes* | *2. No* | *3. N/A* |
| *R7. Make a joint visit with Ongoing Svcs at the time of case transfer?* | *1. Yes* | *2. No* | *3. N/A* |
| *R8. Inform the alleged perpetrator to discuss the findings of the report?* | *1. Yes* | *2. No* | *3. N/A* |
| *R9. Provide the family with the information related to the appeal process?* | *1. Yes* | *2. No* | *3. N/A* |

**D51. When a case is appealed, do you receive feedback regarding your work?**
  1. Yes   2. No   3. N/A - Have not had any Investigation Appealed

**D52. Did this case subsequently have an incident reported of a similar nature in the period following the investigative findings to the date of this interview?**
  1. Yes   2. No   3. Don't Know

  **D52a. Was it substantiated?**    1. Yes   2. No   3. N/A

  **D52b. In the worker's opinion, could this repeat incident have reasonably been avoided given the facts available at the time of this investigation?**   1. Yes   2. No   3. N/A

  *R10. Does reviewer concur with this response?*    *1. Yes*    *2. No*

***Overall Reviewer Ranking – Completed after Record Review and Interview is concluded***

***R11. Having reviewed the record and interviewing the worker, the Reviewer has determined that the overall performance rank for this investigation:***

*1. Poor        2. Good        3. Superior*

*This is based upon my ranking of the following elements:*

| | |
|---|---|
| *R12. Completeness of the investigation data collection:* | *1   2   3* |
| *R13. Assessment of Safety Risk* | *1   2   3* |
| *R14. Assessment of Needs* | *1   2   3* |
| *R15. Provision of Services to Meet those needs* | *1   2   3   N/A* |
| *R16. Communication of the Findings to Case Participant* | *1   2   3* |
| *R17. Communication to Ongoing Services or Providers as warranted.* | *1   2   3   N/A* |

*Comments*