# LINK EXTRACTION TOOL for the 2005 CASE REVIEW
# OUTCOME MEASURES 1 & 2
*Version updated April 28, 2005*

## Administrative

**A1. Reviewer Name (Last, First)**
1. ☐ Collins, Debra
2. ☐ Corcoran, Mary
3. ☐ Gonzalez, Janet
4. ☐ Hartmann, MaryAnn
5. ☐ Hofferth, Lisa
6. ☐ Kolpinski, Kathie
7. ☐ LaBelle, Janet
8. ☐ Marks-Roberts, Susan
9. ☐ Roderick, Joni Beth
10. ☐ Rothfarb, Eileen
11. ☐ Somaroo-Rodriguez, Kim
12. ☐ Other

**A2. Date of LINK Extraction (MM/DD/YY)**   _____/_____/_____

**A3. Is this case part of the interview sub-sample?**
1. ☐ Yes
2. ☐ No

## Demographics

**D1. LINK Case ID**   _____

**D2. Case Name (Last, First)**   _____

**D3. Office**
1. ☐ Bridgeport
2. ☐ Danbury
3. ☐ Greater New Haven
4. ☐ Hartford
5. ☐ Manchester
6. ☐ Meriden
7. ☐ Middletown
8. ☐ New Britain
9. ☐ New Haven Metro
10. ☐ Norwalk
11. ☐ Norwich
12. ☐ Stamford
13. ☐ Torrington
14. ☐ Waterbury
15. ☐ Willimantic

**D4. Race (for Case Named Individual)**
1. ☐ American Indian or Alaskan Native
2. ☐ Asian
3. ☐ Black/African American
4. ☐ Native Hawaiian
5. ☐ White
6. ☐ Unknown
7. ☐ Blank (no race selected in LINK)
8. ☐ UTD
9. ☐ Multiracial

**D5. Ethnicity (for Case Named Individual):**
1. ☐ Hispanic
2. ☐ Non-Hispanic
3. ☐ Blank (no ethnicity selected in LINK)
4. ☐ Unknown

**Case ID** _____        1 of 16

| | |
|---|---|
| **D6.** Primary Language of Case Named Individual | 1. ☐ ASL<br>2. ☐ Cambodian<br>3. ☐ Chinese<br>4. ☐ English<br>5. ☐ Farsi<br>6. ☐ French<br>7. ☐ Jamaican<br>8. ☐ Polish<br>9. ☐ Spanish<br>10. ☐ Vietnamese<br>11. ☐ Other<br><br>**D.7 If "Other" identify language here:**<br>_____ |
| **D8.** Assigned Investigator for the identified report | _____<br>(Last Name, First Name) |
| **D9.** Assigned Investigative SWS for the identified report | _____<br>(Last Name, First Name) |
| **D10.** At the point of this review, this case is currently open with DCF? | 1. ☐ Yes – In Ongoing Services<br>2. ☐ Yes – Investigation Only<br>3. ☐ No |

**Case ID** _____                                      2 of 16

*Fill in the table of case participant information below.  Select the appropriate race and ethnicity selection and use it to describe the individuals identified below.  Child 2 through 5 should be completed documenting from youngest to oldest. If such an individual does not exist for this case, enter "99" in the space provided for age, race and ethnicity.*

<u>Race:</u>
1. *American Indian or Alaskan Native*
2. *Asian*
3. *Black/African American*
4. *Native Hawaiian*
5. *White*
6. *Unknown*
7. *Blank (no race selected in LINK)*
8. *UTD*
9. *Multiracial*

<u>Ethnicity</u>
1. *Hispanic*
2. *Non-Hispanic*
3. *Blank (no ethnicity selected in LINK)*
4. *Unknown*

### Case Participant Identification

**Alleged Perpetrator 1**
D.10 Sex:  1. ☐ Male    2. ☐ Female
D.11 Age: _____
D.12 Race: _____
D.13 Ethnicity : _____

**Alleged Perpetrator 2**
D.14 Sex:    1. ☐ Male  2. ☐ Female    3. ☐ N/A
D.15 Age: _____
D.16 Race: _____
D.17 Ethnicity: _____

**Child 1  (Reference Child)**
D.18 Sex:    1. ☐ Male   2. ☐ Female
D.19 Age: _____
D.20 Race: _____
D.21 Ethnicity : _____

**Child 2**
D.22 Sex:  1. ☐ Male    2. ☐ Female  3. ☐ N/A
D.23 Age: _____
D.24 Race: _____
D.25 Ethnicity: _____

**Child 3**
D.26 Sex:    1. ☐ Male   2. ☐ Female  3. ☐ N/A
D.27 Age: _____
D.28 Race: _____
D.29 Ethnicity : _____

**Child 4**
D.30 Sex:  1. ☐ Male    2. ☐ Female  3. ☐ N/A
D.31 Age: _____
D.32 Race: _____
D.23 Ethnicity: _____

**Child 5**
D. 34 Sex: 1. ☐ Male    2. ☐ Female     3. ☐ N/A
D. 35  Age: _____
D.36 Race: _____
D.37 Ethnicity: _____

**Case ID** _____                                                                  3 of 16

| | Investigation Data Elements for Outcome Measures 1 & 2 | |
|---|---|---|
| OM1.1 | Date the report was called into the Hotline (mm/dd/yyyy) | _____/_____/2005 |
| OM1.2 | Time report was called into the Hotline (HH: MM- Use Military Time for data entry) | _____:_____ |
| OM1.3 | Date report accepted at the Hotline. (MM/DD/YYYY) | _____/_____/2005 |
| OM1.4 | Time report was accepted at hotline (HH: MM- Use Military Time.) | _____:_____ |
| OM1.5 | Date of the incident(s) referenced in the report (MM/DD/YYYY) | _____/_____/2005 |
| OM1.6 | What was the setting of the investigation case? | 1. ☐ Daycare facility<br>2. ☐ In-home family<br>3. ☐ Foster home/Non-relative<br>4. ☐ Foster home/Relative<br>5. ☐ DCF Residential facility<br>6. ☐ Non-DCF Residential facility<br>7. ☐ Pre-adoptive home<br>8. ☐ School<br>9. ☐ Other:<br><br>**OM1.6A  (Specify Other)**<br>_____ |

**OM1.7a-OM1.7g What was the allegation as designated by the HOTLINE?**

| | | | |
|---|---|---|---|
| a. | Educational Neglect | 1. ☐ Yes | 2. ☐ No |
| b. | Emotional Neglect | 1. ☐ Yes | 2. ☐ No |
| c. | Emotional Abuse/Maltreatment | 1. ☐ Yes | 2. ☐ No |
| d. | Medical Neglect | 1. ☐ Yes | 2. ☐ No |
| e. | Physical Abuse | 1. ☐ Yes | 2. ☐ No |
| f. | Physical Neglect | 1. ☐ Yes | 2. ☐ No |
| g. | Sexual Abuse | 1. ☐ Yes | 2. ☐ No |

| | | |
|---|---|---|
| **OM1.8** Did the area office determine that the case was not appropriate for investigation? | 1. ☐ Yes<br>2. ☐ No<br>3. ☐ UTD | |
| **OM1.9** If yes, briefly state reason for determination: <br>_____ | | |
| **OM1.10** If yes, did the area office follow the policy regarding Acceptance Decision (33-6-31) | 1. ☐ Yes<br>2. ☐ No<br>3. ☐ Not Applicable | |
| **OM1.11** If yes, was there documentation as to why the case was not accepted at the area office level? | 1. ☐ Yes<br>2. ☐ No<br>3. ☐ Not Applicable | |
| **OM1.12** Was a supervisory conference documented in LINK at the time of assignment to the Investigations Unit Social Worker? | 1. ☐ Yes<br>2. ☐ No<br>3. ☐ UTD | |
| **OM1.13** Response Time for report under review: | 1. ☐ Same Day<br>2. ☐ 24 hours<br>3. ☐ 72 hours | |
| **OM1.14** Was response time modified? | 1. ☐ Yes<br>2. ☐ No | |
| **OM1.15** What was the approved modified response time? | 1. ☐ Same Day<br>2. ☐ 24 hours<br>3. ☐ 72 hours<br>4. ☐ N/A - No modification<br>5. ☐ Other | |
| **OM1.16** If other, what was the modified response time (enter # hours or enter 99 if not applicable) | _____ | |
| **OM1.17** Was the reason for modification of the response time documented in LINK? | 1. ☐ Yes<br>2. ☐ No<br>3. ☐ Not Applicable – no modification | |
| **OM1.18** What was the stated reason for modification? | _____<br>_____ | |
| **OM1.19** Was the response time met for either a modified response time or the original response time designated by the HOTLINE? | 1. ☐ Yes<br>2. ☐ No | |
| **OM2.1** Were any other reports accepted on this case during the period under review ( January 1, 2005 – March 31, 2005)? | 1. ☐ Yes<br>2. ☐ No | |
| **OM2.2** If yes, how many reports? (##) | _____ | |

**Case ID** _____          5 of 16

| | | |
|---|---|---|
| **OM2.3** Were any of these reports accepted within 7 days of the acceptance of the report identified for this review? | 1. ☐ Yes<br>2. ☐ No<br>3. ☐ N/A – No Additional Reports | |
| **OM2.4** If yes, were duplicative or similar reports merged into one investigation? | 1. ☐ Yes<br>2. ☐ No<br>3. ☐ N/A - Incident was not duplicative<br>4. ☐ Investigation Assignment Caseload required assignment to separate worker<br>5. ☐ N/A – No Additional Reports | |
| **OM2.5** Was this report handled via the differential response pilot? | 1. ☐ Yes<br>2. ☐ No<br>3. ☐ N/A – Assignment Outside of Hartford Area Office | |
| **OM2.6** Was the case receiving DCF Services at the time the report was accepted? | 1. ☐ Yes<br>2. ☐ No<br>3. ☐ UTD | |
| **OM2.7** On-Going Services Case Assignment Type | 1. ☐ CPS In-home family case<br>2. ☐ CPS Child-in-Placement case<br>3. ☐ FWSN<br>4. ☐ Investigation Only<br>5. ☐ Probate<br>6. ☐ Voluntary Services (In-home)<br>7. ☐ Voluntary Services (CIP)<br>8. ☐ N/A – Not an active DCF case at the time of report acceptance | |
| **OM2.8** Does the Investigation Protocol/DCF 2074 indicate that a consultation was conducted with the ongoing services worker or supervisor to obtain information related to the family? | 1. ☐ Yes<br>2. ☐ No<br>3. ☐ Not Applicable – Case not open in Ongoing Services | |
| **OM2.9** Does the protocol indicate that the investigation worker reviewed the prior DCF case history? | 1. ☐ Yes<br>2. ☐ No<br>3. ☐ Not Applicable (first time involved with DCF) | |
| **OM2.10** Does the protocol indicate that the investigation worker had consultation with any DCF staff that was involved with this family over the course of the 12-month period preceding the date of acceptance of this report at the Hotline? | 1. ☐ Yes<br>2. ☐ No<br>3. ☐ Not Applicable | |
| **OM2.11** Does the primary caretaker have any prior substantiated reports in the 12 months preceding the date of acceptance of this report at HOTLINE? | 1. ☐ Yes<br>2. ☐ No | |
| **OM2.12** Date of initial attempt to make face-to-face contact with the person responsible for the child's care (mm/dd/yyyy): | _____/_____ / 2005 | |

**Case ID** _____                                                                6 of 16

| | |
|---|---|
| **OM2.13** Date of initial attempt to make face-to-face contact with the Child(ren) (mm/dd/yyyy): | _____ / _____ /2005 |
| **OM2.14** Date of initial contact with person responsible for child's care by investigation social worker (mm/dd/yyyy): | _____/_____/_____ |
| **OM2.15** Was the primary caretaker interviewed? | 1. ☐ Yes<br>2. ☐ No |
| **OM2.16** Was this interview conducted in the caretaker's primary language? | 1. ☐ Yes<br>2. ☐ No<br>3. ☐ N/A – No Interview |
| **OM2.17** Was the secondary caretaker interviewed? | 1. ☐ Yes<br>2. ☐ No<br>3. ☐ Not applicable –No Secondary caretaker |
| **OM2.18** How many verbal children were identified as victims? (##) | _____ |
| **OM2.19** How many verbal victims were interviewed away from the alleged perpetrator (##) | _____ |
| **OM2.20** Were the interviews conducted in the child(ren)'s primary language? | 1. ☐ Yes<br>2. ☐ No<br>3. ☐ N/A – child Non-verbal or otherwise unable to communicate |
| **OM2.21** Were any victim's non-verbal? | 1. ☐ Yes<br>2. ☐ No |
| **OM2.22** If yes, how many victims are non-verbal? (Enter number- if N/A enter 99) | _____ |
| **OM2.22a** Were all non-verbal victims included in the number entered in OM2.21 visually assessed by the ISW? | 1. ☐ Yes<br>2. ☐ No |
| **OM2.23** How many non-victim children were residing in the home? (##) | _____ |
| **OM2.24** How many non-victim children were interviewed away from the alleged perpetrator? (##) | _____ |
| **OM2.25** How many adults (not identified as an alleged perpetrator) were living in the home? (##) | _____ |
| **OM2.26** How many adults (not identified as an alleged perpetrator) living in the home were interviewed? (##) | _____ |

**Case ID** _____                                             7 of 16

| | |
|---|---|
| **OM2.27  How many alleged perpetrators were indicated in the report?** *(##)* | _____ |
| **OM2.28  What was the relationship between alleged perpetrator 1 and the referenced child victim?** | 1. ☐ Caretaker<br>2. ☐ Grandparent<br>3. ☐ Guardian<br>4. ☐ Other adult relative<br>5. ☐ Parent<br>6. ☐ Parent's Paramour<br>7. ☐ School personnel<br>8. ☐ Other<br><br>**OM2.28A  If Other Identify:**<br>_____ |
| **OM2.29  What was the relationship between alleged perpetrator 2 and the referenced child victim?** | 1. ☐ Caretaker<br>2. ☐ Grandparent<br>3. ☐ Guardian<br>4. ☐ Other adult relative<br>5. ☐ Parent<br>6. ☐ Parent's Paramour<br>7. ☐ School personnel<br>8. ☐ Other<br>9. ☐ N/A – only one Alleged Perpetrator<br><br>**OM2.29A  If "Other" Identify:**<br>_____ |
| **OM2.30  Was this interview conducted in the alleged perpetrator 1's primary language?** | 1. ☐ Yes<br>2. ☐ No<br>3. ☐ N/A – No Interview |
| **OM2.31  Was this interview conducted in the alleged perpetrator 2's primary language?** | 1. ☐ Yes<br>2. ☐ No<br>3. ☐ N/A – No Interview<br>4. ☐ N/A – only one Alleged Perpetrator |
| **OM2.32  Were all identified case participants interviewed (or visually assessed if non-verbal)?** | 1. ☐ Yes<br>2. ☐ No<br>3. ☐ N/A – No Interview |
| **OM2.33  Did the protocol document the workers collaboration with law enforcement and/or the state's attorney general's office due to <u>severe physical or sexual abuse</u> allegations?** | 1. ☐ Yes<br>2. ☐ No<br>3. ☐ Not applicable |

**Case ID** _____                                              8 of 16

| | |
|---|---|
| **OM2.34  Was the reporter contacted by the investigator to clarify or elaborate upon the information provided to the Hotline?** | 1. ☐ Yes<br>2. ☐ No<br>3. ☐ Unable to contact – Anonymous Reporter |
| **OM2.35 Were services offered in an effort to maintain the child(ren) in the home?** | 1. ☐ Yes<br>2. ☐ No<br>3. ☐ N/A –Removal Required<br>4. ☐ N/A – No Services Needed |
| **OM2.35a Were services provided in an effort to maintain the child(ren) in the home?** | 5. ☐ Yes<br>6. ☐ No<br>7. ☐ N/A –Removal Required<br>8. ☐ N/A – No Services Needed |
| **OM2.36 Was the alleged perpetrator asked to leave the home so as to avoid the removal of the children?** | 1. ☐ Yes<br>2. ☐ No |

**Case ID** _____

| | Date of Initial F2F Interview (or Visual Assessment) between ISW and Child mm/dd/yyyy | How many F2F contacts did the ISW have with child during the investigation? | Was the child removed from the home or facility as a result of the investigation? | Age of child at time of the removal? (Years. months) | How were the child(ren) removed from the home? (enter the appropriate number below) 1. 96 Hour hold 2. Bench OTC 3. OTC 4. Voluntary Placement (VPA) 5. Not applicable – no removal | At what point was the child(ren) removed from the home? (enter the appropriate number below) 1. Immediately 2. Initial face to face meeting 3. During investigation 4. Other 5. N/A – no removal | Was child Committed to DCF during the investigation? | Did child have more than one placement during the course of the investigation? |
|---|---|---|---|---|---|---|---|---|
| **Child 1** | OM2.37 | OM2.38 | OM2.39<br>1. ☐ Yes<br>2. ☐ No | OM2.40 | OM2.41 | OM2.42 | OM2.43<br>1. ☐ Yes<br>2. ☐ No<br>3. ☐ Pending<br>4. ☐ N/A | OM2.44<br>1. ☐ Yes<br>2. ☐ No<br>3. ☐ N/A |
| **Child 2** | OM2.45 | OM2.46 | OM2.47<br>1. ☐ Yes<br>2. ☐ No<br>3. ☐ N/A | OM2.48 | OM2.49 | OM2.50 | OM2.51<br>1. ☐ Yes<br>2. ☐ No<br>3. ☐ Pending<br>4. ☐ N/A | OM2.52<br>1. ☐ Yes<br>2. ☐ No<br>3. ☐ N/A |
| **Child 3** | OM2.53 | OM2.54 | OM2.55<br>1. ☐ Yes<br>2. ☐ No<br>3. ☐ N/A | OM2.56 | OM2.57 | OM2.58 | OM2.59<br>1. ☐ Yes<br>2. ☐ No<br>3. ☐ Pending<br>4. ☐ N/A | OM2.60<br>1. ☐ Yes<br>2. ☐ No<br>3. ☐ N/A |
| **Child 4** | OM2.61 | OM2.62 | OM2.63<br>1. ☐ Yes<br>2. ☐ No<br>3. ☐ N/A | OM2.64 | OM2.65 | OM2.66 | OM2.67<br>1. ☐ Yes<br>2. ☐ No<br>3. ☐ Pending<br>4. ☐ N/A | OM2.68<br>1. ☐ Yes<br>2. ☐ No<br>3. ☐ N/A |
| **Child 5** | OM2.69 | OM2.70 | OM2.71<br>1. ☐ Yes<br>2. ☐ No<br>3. ☐ N/A | OM2.72 | OM2.73 | OM2.74 | OM2.75<br>1. ☐ Yes<br>2. ☐ No<br>3. ☐ Pending<br>4. ☐ N/A | OM2.76<br>1. ☐ Yes<br>2. ☐ No<br>3. ☐ N/A |

**Case ID** _____

| | | |
|---|---|---|
| **OM2.77** Have the parental rights of the alleged perpetrator #1 been terminated for any biological or adoptive children? | 1. ☐ Yes<br>2. ☐ No<br>3. ☐ UTD | |
| **OM2.78** Have the parental rights of the alleged perpetrator #2 been terminated for any biological or adoptive children? | 1. ☐ Yes<br>2. ☐ No<br>3. UTD<br>4. ☐ N/A – only one Alleged Perpetrator | ☐ |
| **OM2.79** Were relatives or special study options explored by the investigation social worker <u>prior to or at the time of the removal</u>? | 1. ☐ Yes<br>2. ☐ No<br>3. ☐ Not applicable – No Removal<br>4. ☐ UTD | |
| **OM2.80** If more than one child was removed, was the sibling group placed together? | 1. ☐ Yes<br>2. ☐ No<br>3. ☐ Not applicable – no siblings<br>4. ☐ Not applicable –one child removed<br>5. ☐ Not applicable – sibling separation<br>6. required<br>7. ☐ Not applicable – no removal required | |
| **OM2.81** If child(ren) was removed, was the child(ren) returned during the investigation phase? | 1. ☐ Yes<br>2. ☐ No<br>3. ☐ Voluntary Placement<br>4. ☐ N/A – No removal | |
| **OM2.82** Was a medical collateral contact documented for all identified children active in the case? | 1. ☐ Yes<br>2. ☐ No<br>3. ☐ UTD | |
| **OM2.83** Was the medical icon created for all identified children active in the case? | 1. ☐ All created<br>2. ☐ Some created<br>3. ☐ No | |
| **OM2.84** Was an educational collateral contact attempted on all children attending a school or daycare? | 1. ☐ Yes-all education contacts made<br>2. ☐ No – all educational contacts not made<br>3. ☐ N/A - no child(ren) in school or<br>4. daycare<br>5. ☐ UTD | |
| **OM2.85** Was the education icon created for all school age children? | 1. ☐ All created<br>2. ☐ Some created<br>3. ☐ No<br>4. ☐ N/A - no child(ren) in school or daycare | |

**Case ID** _____    11 of 16

| | |
|---|---|
| **OM2.86  Was a State criminal record search documented?** | 1. ☐ Yes<br>**2.** ☐ No |
| **OM2.87  Were substance abuse issues explored and documented for all appropriate case participants?** | 1. ☐ Yes<br>2. ☐ No |
| **OM2.88  Were domestic violence issues explored and documented for all appropriate case participants?** | 1. ☐ Yes<br>2. ☐ No |
| **OM2.89  Were all allegations addressed in the protocol document?** | 1. ☐ Yes<br>2. ☐ No |
| **OM2.90  Were all safety factors assessed during the course of investigation?** | 1. ☐ Yes<br>2. ☐ No |
| **OM2.91  Was the risk assessment completed in LINK at the completion of the investigation?** | 1. ☐ Yes<br>2. ☐ No |
| **OM2.92 Date that SWS approved investigation?  (MM/DD/YYYY)** | _____/_____/_____ |
| **OM2.93  How many days did it take to complete the investigation? ##** | _____ |
| **OM2.94  What was the investigation's disposition?** | 1. ☐ Substantiated **&** cited with regulatory violations<br>2. ☐ Substantiated – **no** regulatory violations<br>3. ☐ Not substantiated but **with** regulatory violations<br>4. ☐ Not Substantiated and no regulatory violations |
| **OM2.95  Was there a supervisory conference documented in regards to this disposition?** | 1. ☐ Yes<br>2. ☐ No<br>3. ☐ UTD |

**Case ID** _____  12 of 16

| | | |
|---|---|---|
| **OM2.96a-g  What allegations were substantiated?** | | |
| a. Educational Neglect | 1. ☐ Yes | 2. ☐ No |
| b. Emotional Neglect | 1. ☐ Yes | 2. ☐ No |
| c. Emotional Abuse | 1. ☐ Yes | 2. ☐ No |
| d. Medical Neglect | 1. ☐ Yes | 2. ☐ No |
| e. Physical Abuse | 1. ☐ Yes | 2. ☐ No |
| f. Physical Neglect | 1. ☐ Yes | 2. ☐ No |
| g. Sexual Abuse | 1. ☐ Yes | 2. ☐ No |

**OM2.97**  Was the case transferred to ongoing services?
1. ☐ Yes
2. ☐ No
3. ☐ N/A – Case already active in treatment

**OM2.98**  If yes, how many days elapsed from the transfer of the case from the area office investigation social worker to the ongoing social worker? (Enter 99 if case already opened in Ongoing Services or closed upon completion of investigation.)   _____

**OM2.99**  Was a transfer conference held for this case upon being transferred to ongoing services?
1. ☐ Yes
2. ☐ No
3. ☐ N/A – no transfer
4. ☐ N/A – not a "high risk" case

**OM2.100**  How many days elapsed from the last face-to-face contact with the identified victim(s) by the area office investigation worker to the first face-to-face contact with the identified victim by the ongoing services social worker? (Enter 99 if case already opened in Ongoing Services or closed upon completion of investigation.)   _____

**OM2.101**  If case was not transferred to Ongoing Services, but the investigator identified service needs, was a referral made to another state agency or community providers to provide assistance to the family?
1. ☐ Yes
2. ☐ No
3. ☐ N/A transferred to treatment
4. ☐ N/A no service needs documented

**OM2.102**  Was the Investigation Protocol/DCF 2074 filled out in its entirety?
1. ☐ Yes
2. ☐ No

**Case ID** _____     13 of 16

| | | |
|---|---|---|
| **OM2.103** Was the alleged perpetrator notified by the Investigation SW or SWS of the investigation results via DCF 2210, or does LINK document that the alleged perpetrator was contacted with the results? | 1. ☐ Yes<br>2. ☐ No | |
| **OM2.104** Was there an initial assessment (10 day treatment plan) developed? | 1. ☐ Yes<br>2. ☐ No<br>3. ☐ N/A- case was closed at investigations level or, case was already open in Ongoing Services | |

**OM2.105a-t** What needs did the Investigation Social Worker or SWS identify for the child or family?

| | | | |
|---|---|---|---|
| a. | Adolescent Substance Abuse Treatment | 1. ☐ Yes | 2. ☐ No |
| b. | Day & Extended Day Treatment | 1. ☐ Yes | 2. ☐ No |
| c. | Domestic Violence Treatment/Counseling | 1. ☐ Yes | 2. ☐ No |
| d. | Early Childhood Program | 1. ☐ Yes | 2. ☐ No |
| e. | Emergency Mobile Psychiatric Service | 1. ☐ Yes | 2. ☐ No |
| f. | Family Support Centers | 1. ☐ Yes | 2. ☐ No |
| g. | Food, Utilities or other concrete needs | 1. ☐ Yes | 2. ☐ No |
| h. | Foster and Adoptive Support Team | 1. ☐ Yes | 2. ☐ No |
| i. | Intensive Family Preservation | 1. ☐ Yes | 2. ☐ No |
| j. | Mental Health Treatment (Child/Adolescent) | 1. ☐ Yes | 2. ☐ No |
| k. | Mental Health Treatment (Adult) | 1. ☐ Yes | 2. ☐ No |
| l. | Out of Home Placement | 1. ☐ Yes | 2. ☐ No |
| m. | Parent Aide Programs | 1. ☐ Yes | 2. ☐ No |
| n. | Parent Education and Support Center | 1. ☐ Yes | 2. ☐ No |
| o. | Respite Care for Biological Parents | 1. ☐ Yes | 2. ☐ No |
| p. | Shelter | 1. ☐ Yes | 2. ☐ No |
| q. | Substance Abuse Assessment and/or Treatment | 1. ☐ Yes | 2. ☐ No |
| r. | Therapeutic Child Care | 1. ☐ Yes | 2. ☐ No |
| s. | Other 1 | 1. ☐ Yes | 2. ☐ No |
| | **OM2.105s.1  Specify Other:** _____ | | |
| t. | Other 2 | 1. ☐ Yes | 2. ☐ No |
| | **OM2.105s.2  Specify Other:** _____ | | |

**Case ID** _____                              14 of 16

**OM2.106a-r If yes, which of the following services were referred?**

| | Service | Yes | No | N/A Need Not Identified |
|---|---|---|---|---|
| a. | Adolescent Substance Abuse Treatment | 1. ☐ Yes | 2. ☐ No | 3. ☐ N/A Need Not Identified |
| b. | Day & Extended Day Treatment | 1. ☐ Yes | 2. ☐ No | 3. ☐ N/A Need Not Identified |
| c. | Domestic Violence Treatment/Counseling | 1. ☐ Yes | 2. ☐ No | 3. ☐ N/A Need Not Identified |
| d. | Early Childhood Program | 1. ☐ Yes | 2. ☐ No | 3. ☐ N/A Need Not Identified |
| e. | Emergency Mobile Psychiatric Service | 1. ☐ Yes | 2. ☐ No | 3. ☐ N/A Need Not Identified |
| f. | Family Support Centers | 1. ☐ Yes | 2. ☐ No | 3. ☐ N/A Need Not Identified |
| g. | Food, Utilities or other concrete needs | 1. ☐ Yes | 2. ☐ No | 3. ☐ N/A Need Not Identified |
| h. | Foster and Adoptive Support Team | 1. ☐ Yes | 2. ☐ No | 3. ☐ N/A Need Not Identified |
| i. | Intensive Family Preservation | 1. ☐ Yes | 2. ☐ No | 3. ☐ N/A Need Not Identified |
| j. | Mental Health Treatment (Child/Adolescent) | 1. ☐ Yes | 2. ☐ No | 3. ☐ N/A Need Not Identified |
| k. | Mental Health Treatment (Adult) | 1. ☐ Yes | 2. ☐ No | 3. ☐ N/A Need Not Identified |
| l. | Out of Home Placement | 1. ☐ Yes | 2. ☐ No | 3. ☐ N/A Need Not Identified |
| m. | Parent Aide Programs | 1. ☐ Yes | 2. ☐ No | 3. ☐ N/A Need Not Identified |
| n. | Parent Education and Support Center | 1. ☐ Yes | 2. ☐ No | 3. ☐ N/A Need Not Identified |
| o. | Respite Care for Biological Parents | 1. ☐ Yes | 2. ☐ No | 3. ☐ N/A Need Not Identified |
| p. | Substance Abuse Assessment and/or Treatment | 1. ☐ Yes | 2. ☐ No | 3. ☐ N/A Need Not Identified |
| q. | Therapeutic Child Care | 1. ☐ Yes | 2. ☐ No | 3. ☐ N/A Need Not Identified |
| r. | Other 1 (specify below) OM2.107q.1 _____ | 1. ☐ Yes | 2. ☐ No | 3. ☐ N/A Need Not Identified |
| s. | Other 2: OM2.107r.2_____ | 1. ☐ Yes | 2. ☐ No | 3. ☐ N/A Need Not Identified |

**OM2.107 Were any referred services engaged prior to the transfer of the case to ongoing services?**

1. ☐ Yes
2. ☐ No
3. ☐ N/A – Not transferred to Treatment

**OM2.108 In the opinion of the reviewer, were there service needs that were clearly warranted by the facts of the investigation, but for which there was no documented offer to initiate services?** *(Document rationale on reverse)*

1. ☐ Yes
2. ☐ No

**OM2.109a-c Name up to three services in order of urgency that you felt the investigation worker should have offered or initiated in this case to reduce the risk level in the home and/or preserve the family:**

a._____
b._____
c._____

**OM2.110 Was the investigation worker invited to the first TPC after the case was transferred to ongoing services?**

1. ☐ Yes
2. ☐ No
3. ☐ UTD- no documentation
4. ☐ N/A – case open in Ongoing Svcs

**Case ID** _____

| | |
|---|---|
| **OM2.111 Did the investigator attend the TPC or Family Conference?** | 1. ☐ Yes<br>2. ☐ No<br>3. ☐ UTD- no documentation<br>4. ☐ N/A – case already open in Ongoing Svcs |
| **OM2.112 Did the investigator document that the Mandated Reporter Letter (as can be found in the Investigation Protocol/DCF 2074) was sent?** | 1. ☐ Yes<br>2. ☐ No<br>3. ☐ N/A-not a mandated reporter or attempts were unsuccessful |
| **OM2.113 Did the perpetrator appeal the substantiation?** | 1. ☐ Yes<br>2. ☐ No<br>3. ☐ N/A – no substantiation<br>4. ☐ UTD – appeal window still open |
| **OM2.114 If substantiation was appealed, was it overturned?** | 1. ☐ Yes<br>2. ☐ No<br>3. ☐ N/A – no substantiation<br>4. ☐ UTD – appeal window still open<br>5. ☐ N/A – No Appeal |

**You have completed the review of this investigation.  Please ensure all responses are clearly marked, that each page has the LINK Id entered into the space provided, and that there are no missing responses prior to handing in the completed tool.**