# LINK Extraction Tool for the 2005 Outcome Measure Case Review
## (Outcome Measures 20-21)
### Final Version Dated July 28, 2005

## Administrative

A.1 **Reviewer Name: (check the appropriate box below)**
1. ☐ Collins, Debra
2. ☐ Roderick, Joni Beth

A.2 **Date of LINK Extraction:** _____ / _____ / **2005** (MM/DD/YYYY)

## Demographics

D.1 **Treatment Case Assignment Type**
1. ☐ CPS In-home family (IHF) case
2. ☐ CPS Child-in-Placement (CIP) case
3. ☐ Associated family case to Child-in-Placement (ACIP or VSACIP) case
4. ☐ Voluntary Services In-home family (VSIHF) case
5. ☐ Voluntary Services Child-in-Placement (VSCIP) case

D.2 **LINK Case Number:** _____

D.3 **LINK Family Case or Child's Name:** _____
   **(LAST NAME, FIRST NAME)**

D.4 **LINK Person ID Number (Case name or child-in-placement):** _____

D.5 **Child's Date of Birth:** _____/_____/_____
   **(MM/DD/YYYY) (enter 11/11/9999 if IHF, ACIP, VSACIP, VSIHF)**

D.6 **Race (Child's or Family Case Name):**
1. ☐ American Indian or Alaskan Native
2. ☐ Asian
3. ☐ Black/African American
4. ☐ Native Hawaiian
5. ☐ White
6. ☐ Unknown
7. ☐ Blank (no race selected in LINK)
8. ☐ UTD
9. ☐ Multiracial

D.7 **Ethnicity (Child's or Family Case Name):**
1. ☐ Hispanic
2. ☐ Non-Hispanic
3. ☐ Unknown
4. ☐ Blank (no ethnicity selected in LINK)

D.8 **Date the case was most recently opened/reopened:** ____/_____/_____(MM/DD/YYYY)

**D.9** **Current residence of child on the date of this review:**
1. ☐ Detention
2. ☐ DHMAS Group Home
3. ☐ Home of biological parent, adoptive parent or legal guardian
4. ☐ In-state hospital setting
5. ☐ In-state residential setting
6. ☐ Out-of state residential setting
7. ☐ Out-of-state foster care setting
8. ☐ Out-of-state hospital setting
9. ☐ Shelter
10. ☐ Independence Achieved - Apartment/Home
11. ☐ Unknown

**D.10.** **Social Worker's Office:**
1. ☐ Bridgeport
2. ☐ Danbury
3. ☐ Greater New Haven
4. ☐ Hartford
5. ☐ Manchester
6. ☐ Meriden
7. ☐ Middletown
8. ☐ New Britain
9. ☐ New Haven Metro
10. ☐ Norwalk
11. ☐ Norwich
12. ☐ Stamford
13. ☐ Torrington
14. ☐ Waterbury
15. ☐ Willimantic

**D.11** **What is the child in placement's legal status on May 15, 2005?**
1. ☐ 96 hour hold
2. ☐ Committed
3. ☐ Dually Committed
4. ☐ Not Committed
5. ☐ OTC
6. ☐ TPR
7. ☐ N/A – In-Home Family Case (Voluntary, AFCIP, or CPS)

**D.12** **On May 15, 2005 were any children in this in-home case under protective supervision?**
1. ☐ Yes
2. ☐ No
3. ☐ N/A – Not an In-Home Case

**D.13** **On May 15, 2005 what is the status of this case?**
1. ☐ Open/Reopen
2. ☐ Closed

**Case Management Issues**

**CM.1** What is the assigned Social Worker's name as of the date of the case review (today)?
_____(LAST NAME, FIRST NAME)

**CM.2** What is the name of the Social Work Supervisor as of the date of the case review (today)?
_____(LAST NAME, FIRST NAME)

**CM.3** Date of most recent removal from home: _____/_____/_____(MM/DD/YYYY)
(enter 11/11/9999 if IHF, VSIHF)

**CM.4** Has/was this child in out of home care for at least 6 months as of May 15, 2005 (or date of case closure during the quarter ending May 15, 2005)?
1. ☐ Yes
2. ☐ No
3. ☐ N/A – In-Home Case (IHF or VSIHF)

**CM.5** Do supervisory conference notes indicate that the SWS and SW discussed risk factors in the case during the period of February 15, 2005 – May 15, 2005?
1. ☐ Yes
2. ☐ No
3. ☐ UTD – No SWS narratives in LINK during this period

**CM.5a** How many supervisory conferences are documented during this period? _____

**CM.6** In reference to the supervisory conferences in CM.5 above, did the SWS offer clear directives on how to proceed with the case to minimize <u>the risks identified</u>?
1. ☐ Yes
2. ☐ No
3. ☐ N/A – no risks identified
4. ☐ UTD – no SWS narratives during this period

**CM.6a** In the reviewers opinion were there clear risk factors present within the documentation for the case that were not addressed in SWS conferences?
1. ☐ Yes
2. ☐ No
3. ☐ UTD – No SWS narratives in LINK during this period

**CM.7** Reading all narratives related to the case events during this period does the reviewer feel that the supervision provided was:
1. ☐ Negligible
2. ☐ Poor
3. ☐ Good
4. ☐ Exellent

*Please document your rationale for the rating on the reverse of this page.*

**CM.8** Were the SWS' directives followed by the SW in the prescribed manner and timeframe from the date of supervisory conference documentation?
1. ☐ All directives were followed
2. ☐ Partial compliance with SWS directives noted
3. ☐ No directives were followed
4. ☐ N/A – no directives issued
5. ☐ UTD - No narratives during this period

**CM.9  What was the child's stated goal on the most recent approved treatment plan in place during the period November 15, 2004 – May 15, 2005?**
1. ☐ Reunification
2. ☐ Adoption
3. ☐ Transfer of Guardianship
4. ☐ Other Permanent Living Arrangement:  Long Term Foster Care
5. ☐ Other Permanent Living Arrangement:  Independent Living
6. ☐ In-Home Goals – Safety/Well Being Issues
7. ☐ Other
8. ☐ UTD – Plan incomplete, unapproved or missing for this period

**CM9a.  If "Other is indicated in CM9, specify here:**  _____

**CM.10  What  is the concurrent plan?**  _____  /  _____
                                                        *1st State Goal     / 2nd Stated Goal*

**CM.11  Did the social worker actively manage the case so that both goals were concurrently being pursued?**
1. ☐ Yes
2. ☐ No
3. ☐ N/A – There is not a concurrent plan
4. ☐ N/A – In-Home case
5. ☐ UTD – there is no approved treatment plan in place for the period of November 15, 2004 – May 15, 2005

**CM.12  Was the goal as identified on the most recent approved treatment plan (November 15, 2004 - May 15, 2005) changed from the stated goal in the prior approved treatment plan?**
1. ☐ Yes
2. ☐ No
3. ☐ N/A – there was no prior approved treatment plan with which to compare goals.
4. ☐ UTD – there is no approved treatment plan in place for the period of November 15, 2004 – May 15, 2005
5. ☐ UTD – case closed prior documentation locked down

**CM.13  Did this stated DCF treatment plan goal coincide with the court approved permanency goal?**
1. ☐ Yes
2. ☐ No
3. ☐ No court approved plan required
4. ☐ UTD – No Legal Narratives in the twelve month period ending May 15, 2005
5. ☐ UTD – child placed via OTC pending court date – no court approved goal of CIP

**CM.14  What is the target date for goal achievement on the most current DCF 553 (completed November 15, 2004 –May 15, 2005)?**  _____/_____ (MM/YYYY)

  **CM14.a.  Was the goal achieved?**     **1.** ☐ Yes
                                          2. ☐ No

**CM.15  Has TPR been filed for the child in question?**
1. ☐ Yes
2. ☐ No
3. ☐ N/A – child's goal did not require termination of parental rights
4. ☐ N/A – In-home case (CPS or Voluntary Services)

**CM.16  Enter the date of filing here:**  _____/_____/_____ (11/11/9999 if not applicable)

**CM.17  Has TPR been granted?**
1. ☐ Yes
2. ☐ No
3. ☐ N/A – DCF did not file TPR
4. ☐ N/A – In-home case (CPS or Voluntary Services)

**CM.18  Enter date that TPR was granted:** _____/_____/_____ (11/11/9999 if not applicable)

**CM.19  What court granted TPR?** _____ (enter SKIP if not applicable)

**CM.20  Is there LINK documentation that the parent(s) appealed the TPR?**
1. ☐ Yes
2. ☐ No
3. ☐ N/A – TPR not applicable to this case
4. ☐ TBD – TPR is currently pending
5. ☐ UTD – Appeal window not yet expired

**CM.21  For children in placement on May 15, 2005 with a singular or concurrent goal of adoption or transfer of guardianship, has a permanent resource been identified?**
1. ☐ Yes
2. ☐ No
3. ☐ N/A – child is not in placement on May 15, 2005
4. ☐ N/A – child does not have the goal of adoption or TOG on May 15, 2005
5. ☐ N/A – child achieved goal of adoption during the quarter

**CM.22  For children in placement on May 15, 2005 with a singular or concurrent goal of adoption or transfer of guardianship, has the child been placed with the identified resource?**
1. ☐ Yes
2. ☐ No
3. ☐ N/A – child is not in placement on May 15, 2005
4. ☐ N/A – child does not have the goal of adoption or TOG on May 15, 2005
5. ☐ N/A – child achieved goal of adoption during the quarter

**CM.23  For children in out of home placement at any point during the period of February 15, 2005 – May 15, 2005 with TPR status, does the record indicate that a Life Book has been initiated to identify all familial ties, placement history, and information suitable for the child's level of understanding?**
1. ☐ Yes
2. ☐ No
3. ☐ N/A – child's legal status is not TPR

**Outcome Measures 20 & 21 – Discharge Measures**

*Answer the series of question related to Outcome Measure 20 and 21 for all cases in which a child of 18 or older was discharged from care during the quarter ending May 15, 2005.  If not applicable check here ☐ and go on to OM22.*

**OM20.1  Was there an Adolescent Discharge Plan (DCF-2092 Form) in LINK?**
   1. Yes ☐   2. No ☐

**OM20.2  Was there an Independent Living Plan (DCF-2091 Form) in LINK?**
   1. Yes ☐   2. No ☐

**OM20.3  Was the youth provided with Independent Living Services?**
   1. Yes ☐   2. No ☐   3. UTD ☐

**OM20.4  Did the youth participate in the CHAPS program?**
   1. Yes ☐   2. No ☐   3. UTD ☐

**OM20.5  Did the youth successfully complete the CHAPS program?**
   1. Yes ☐   2. No ☐   3. UTD ☐

*The following definitions should be utilized when answering the remaining questions on the tool:*
   *(1) YES = Documentation in LINK exists to positively answer this question.*
   *(2) NO = There is documentation in LINK that exists to answer this question negatively*
   *(3) NA = Attending or graduated high school*
   *(4) UTD = There is conflicting information found in the data sources listed that does not allow for a clear answer to this question.*
   *(5) NO INFO = No documentation found in LINK regarding this question.*

**OM20.6 – OM 20.18a  What is the reason for youth's discharge from DCF care?  Check all that apply.**

|  | Yes | No |
|---|---|---|
| **OM20.6   Youth reached age of majority** | ☐ | ☐ |
| **OM20.7   Services refused** | ☐ | ☐ |
| **OM20.8   Services to be provided by other agency** | ☐ | ☐ |
| **OM20.9   Case goal achieved** | ☐ | ☐ |
| **OM20.10  Youth non-compliant with policy requirements** | ☐ | ☐ |
| **OM20.10a.  Education** | ☐ | ☐ |
| **OM20.10b  Employment** | ☐ | ☐ |
| **OM20.10c.  Other (Please identify)** _____**(OM20.10d)** | ☐ | ☐ |
| **OM20.11  Youth incarcerated/detention** | ☐ | ☐ |
| **OM20.12  Youth died** | ☐ | ☐ |
| **OM20.13  Youth ran away/missing** | ☐ | ☐ |
| **OM20.14  Youth adopted- Subsidized adoption** | ☐ | ☐ |
| **OM20.15  Youth adopted- Non-subsidized adoption** | ☐ | ☐ |
| **OM20.16  Youth unwilling to remain in placement** | ☐ | ☐ |
| **OM20.17  Youth enlisted full-time member of the military** | ☐ | ☐ |
| **OM20.18  Other** _____**(OM20.18a)** | ☐ | ☐ |

**OM20.19a-OM20.19h  What efforts were made by the SW to engage youth in the recommended services?**

|  | Yes | No |
|---|---|---|
| **OM20.19a  Increased contacts with youth** | ☐ | ☐ |
| **OM20.19b  Contracting** | ☐ | ☐ |
| **OM20.19c  Family Intervention** | ☐ | ☐ |
| **OM20.19d  Increased contact with providers** | ☐ | ☐ |
| **OM20.19e  Legal Interventions** | ☐ | ☐ |
| **OM20.19f  Transportation assistance** | ☐ | ☐ |
| **OM20.19g  Other** _____**(OM20.19h)** | ☐ | ☐ |

**OM20.20  Did the youth achieve one or more of the discharge measures prior to discharge during the "period under review"?**
1.  ☐ Yes
2.  ☐ No
3.  ☐ UTD
4.  ☐ No Info

**OM20.21a-OM20.21n  What were the barriers documented to achieving one or more of the six discharge measures prior to discharge from DCF? Check all that apply.**

|  | Yes | No |
|---|---|---|
| **OM20.21a  Approval Process** | ☐ | ☐ |
| **OM20.21B  Child Hospitalized** | ☐ | ☐ |
| **OM20.21c  Client Refused Service** | ☐ | ☐ |
| **OM20.21d  Delay in Referral by Worker** | ☐ | ☐ |
| **OM20.21e  Financing Unavailable** | ☐ | ☐ |
| **OM20.21g  Service Not Available in Primary Language** | ☐ | ☐ |
| **OM20.21h  Youth incarcerated/detention** | ☐ | ☐ |
| **OM20.21i  Youth did not have or utilize a support network** | ☐ | ☐ |
| **OM20.21jYouth had no employment experience (s) prior to discharge** | ☐ | ☐ |
| **OM20.21k  Transportation Unavailable** | ☐ | ☐ |
| **OM20.21l  Placed on Waiting List** | ☐ | ☐ |
| **OM20.21m Other** _____(OM20.21n) | ☐ | ☐ |
| **OM20.21n  No barriers documented** | ☐ | ☐ |

**OM20.22  At the time of discharge, was the youth**
1. ☐ Attending High School
2. ☐ Graduated High School
3. ☐ Dropped Out
4. ☐ UTD
5. ☐ No Info

**OM20.23  At the time of discharge, was the youth**
1. ☐ Working toward GED
2. ☐ Earned GED
3. ☐ UTD
4. ☐ NA- attending or graduated high school
5. ☐ No Info

**OM20.24  At the time of discharge was the youth enrolled in college or other post secondary training program.**
1. ☐ Yes/Full Time (12 credits or more)
2. ☐ Yes/ Part Time  (less than 12 credits)
3. ☐ No
4. ☐ NA- youth is attending HS or working towards GED
5. ☐ UTD
6. ☐ No Info

**OM20.25  At the time of discharge, was the youth employed**
1. ☐ Yes/ Full time (>35 hours/week)
2. ☐ Yes/Part time  (<35 hours/week)
3. ☐ No
4. ☐ UTD
5. ☐ No Info

**OM20.26  At the time of discharge, was the youth enlisted as a full-time member of the military?**
1. ☐ Yes
2. ☐ No
3. ☐ UTD

**OM20.27  Has substance abuse been identified as a need at the point of discharge?**
1. ☐ Yes

2. ☐ No
3. ☐ UTD
4. ☐ No Info

**OM20.28  Have mental health issues been identified as a need at the point of discharge?**
1. ☐ Yes
2. ☐ No
3. ☐ UTD
4. ☐ No Info

**OM20.29  Was the youth eligible for special education services?**
1. ☐ Yes
2. ☐ No
3. ☐ UTD
4. ☐ No Info

**OM20.30  Has the youth been identified with complex medical needs?**
1. ☐ Yes
2. ☐ No
3. ☐ UTD
4. ☐ No Info

**OM21.1  Has the youth been clinically diagnosed with Mental Retardation?**
1. ☐ Yes
2. ☐ No
3. ☐ UTD
4. ☐ No Info

**OM21.2  Does the youth have a Full Scale I.Q. score under 70?**
1. ☐ Yes
2. ☐ No
3. ☐ UTD
4. ☐ No Info

**OM21.3  Has the youth been clinically diagnosed with a psychiatric disorder?**
1. ☐ Yes
2. ☐ No
3. ☐ UTD
4. ☐ No Info

**OM21.4  Has the youth been hospitalized for psychiatric reasons during the last 12 months?**
1. ☐ Yes
2. ☐ No
3. ☐ UTD
4. ☐ No Info

**OM21.5  Is the youth currently on psychiatric medication?**
1. ☐ Yes
2. ☐ No
3. ☐ UTD
4. ☐ No Info

**OM21.6  Does child require adult services upon discharge from DCF?**
1. ☐ Yes
2. ☐ No

**OM21.7  Does the LINK record indicate that DCF submitted a written discharge plan to either DMHAS and/or DMR for this youth for adult services?**
1. ☐ Yes
2. ☐ No
3. ☐ Youth does not require adult services
4. ☐ UTD

**Child requires adult service for which of the following reasons:** *(select all that apply)*

|  | Yes | No |
|---|---|---|
| **OM21.8  Child meets DMR criteria** | ☐ | ☐ |
| **OM21.9  Child is in residential care due to mental health issues** | ☐ | ☐ |
| **OM21.10  Child is in need of continuing clinical services due to severe or persistent major mental illness, or other developmental disorders** | ☐ | ☐ |
| **OM21.11  Child does not require adult services** | ☐ | ☐ |

**OM 21.12  Was child referred to DMR?**
1. ☐ Yes
2. ☐ No
3. ☐ N/A – does not qualify
4. ☐ UTD

**OM21.13  At what age does the LINK record indicate a referral was made to DMR?**
1. ☐ Age 0-5
2. ☐ Age 6-10
3. ☐ Age 11-15
4. ☐ Age 16-20

**OM21.14  Was the referral accepted?**
1. ☐ Yes – DMR Caseworker Assignment recorded
2. ☐ Yes – but no record of DMR Caseworker assignment
3. ☐ No
4. ☐ TBD – too soon to determine
5. ☐ UTD – Conflicting information related to referral in LINK

**OM21.15  Was child referred to DMHAS**
1. ☐ Yes
2. ☐ No
3. ☐ N/A – Does not Qualify
4. ☐ UTD

**OM21.16  How soon prior to discharge was DMHAS Referral sent?**
1. ☐ < 1 month
2. ☐ 2-3 months
3. ☐ 4-6 months
4. ☐ >6 months
5. ☐ N/A – no record of referral in discharge plan or LINK

**OM21.17  Was youth picked up by the referred adult system at the point of discharge so that there was no lapse in services to the youth?**
1. ☐ Yes
2. ☐ No
3. ☐ UTD
4. ☐ N/A – Youth did not qualify