UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
*********************************
JUAN F., et al.                  :
                                 :
        Plaintiffs               :
                                                CIVIL NO. H-89-859 (AHN)
    v.                           :
                                 :
M. JODI RELL, et al.             :
                                 :
        Defendants               :               January 4, 2006
*************************************
```

## ORDER

Pursuant to the *Juan F*. Exit Plan, The Monitor's Office submits the "Exit Plan Quarterly Report July 1, 2005 – September 31, 2005". I respectfully ask that the Court accept this report and Order that it be filed as an official document in this case.

Accepted and So Ordered: _____   Date:_____
                            The Honorable Alan H. Nevas
                            Senior United States District Court Judge