UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2006 JAN 17  A 10: 58

U.S. DISTRICT COURT

JUAN F., by and through his
next friends Brian Lynch and
Isabel Romero, on behalf of
themselves and all others
similarly situated, et al.      :

      v.                             :    Civil No. H-89-859(AHN)

M. JODI RELL, ET AL.            :

### ORDER

Pending further review of the DCF Court Monitor's Office 401(K) Profit Sharing Plan ("Plan"), Mr. Raymond Mancuso is hereby appointed Trustee of the Plan effective as of the effective date of the resignation of said position by D. Ray Sirry, Ph.D.

SO ORDERED this 13 day of January, 2006 at Bridgeport, Connecticut.

                                        Alan H. Nevas
                                      United States District Judge