FILED
2006 February 10
2006 MAR 10 P 2: 28
DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUAN F., by and through his next friends Brian Lynch and Isabel Romero, on behalf of themselves and all others similarly situated, et al<br><br>Plaintiff<br>V.<br><br>JODI RELL, ET AL<br><br>Defendants, | Case Number: 2:89cv00859 (AHN)<br><br>FEBRUARY 10, 2006 |

## MOTION FOR APPROVAL OF BUDGET

The Court Monitor hereby submits the attached budget for the Court's consideration and approval.

By way of background, the Court Monitor would show the Court that his predecessor originally presented a budget to the Court in June, 2005 for fiscal year ending June 30, 2006 in the amount of $1,499,000.00. In light of changes to the staff of the Court Monitor's Office since that time as well as other cuts and revisions to the line items, the Court Monitor has been able to reduce that budget to the current proposed amount of $723,956.88.

The Court Monitor would further show the Court that he has had several conversations with the parties, either directly or through counsel, to address questions or concerns raised by the parties. The Court Monitor is authorized to represent that Plaintiffs take no position with respect to the contents of the budget. Defendants do have an objection, and, pursuant to an agreement between the Court Monitor and the Defendants, Defendants will file their objection with the Court within ten days hereof. The Court Monitor will then respond to that objection within seven days and the matter will then be ripe for the Court's consideration.

Wherefore, the Court Monitor request that the enclosed proposed budget be approved by the Court.

RAYMOND MANCUSO,
COURT MONITOR

By: _____
James T. Shearin – ct 01326
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Juris #47892    (203) 330-2000

## CERTIFICATION

Pursuant to Practice Book § 10-14, I hereby certify that a copy of the above was mailed or electronically delivered on this 10th day of February, 2006 to all counsel and pro se parties of record.

Steven M. Frederick
Wofsey, Rosen, Kweskin & Kuriansky
600 Summer Street
Stamford, CT 06901
203-327-2300
203-967-9273 – fax
sfrederick@wrkk.com

Ann H. Rubin
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
203-573-1200
203-575-2600
arubin@carmodylaw.com

Ira P. Lustbader, Esq.
Children's Rights, Inc.
404 Park Avenue South
11th Floor
New York, NY 10016
212-683-2210

Stephen Wizner, Esq.
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520-9090
203-432-4800

James P. Welsh
Director – Legal & Government Affairs
Department of Mental Retardation
460 Capitol Avenue
Hartford, CT 06106
860-418-6009
james.welsh@po.state.ct.us

Jane S. Scholl
Attorney General's Office
Administration Department
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
860-566-2026

Susan T. Pearlman
Attorney General's Office
Child Protection
MacKenzie Hall
110 Sherman Street
Room 305
Hartford, CT 06105
860-808-6480
susan.pearlman@po.state.ct.us

Mr. Ray Mancuso
DCF Court Monitor's Office
300 Church Street - 4th Floor
Wallingford, CT 06492

_____
James T. Shearin

Bridgeport/70556.1/JTS/588043v1

Case 2:89-cv-00859-AHN    Document 506    Filed 02/10/2006    Page 5 of 7

## Proposed DCF Court Monitor's Office Budget
## July 1, 2005 - June 30, 2006

| | |
|---|---:|
| **Salaries:** | |
| Ray Mancuso | 150,000.00 |
| Joni Beth Roderick | 97,000.00 |
| Charlene Fleming | 38,000.00 |
| **TOTAL** | 285,000.00 |
| | |
| **Payroll Unemployment Tax:** | 22,489.00 |
| | |
| **401 K :** | 20,000.00 |
| | |
| **Pension:** | |
| Ray Mancuso | 6,554.47 |
| | |
| **Bookkeeper:*** | 4,500.00 |
| | |
| **Accounting:** | 18,000.00 |
| | |
| **Health Insurance:** | |
| Health Insurance for Joni Beth Roderick | 18,903.25 |
| Health Insurance for Charlene Fleming | 6,631.60 |
| Health Insurance for Ray Mancuso | 2,328.56 |
| **TOTAL** | 27,863.41 |
| | |
| **Worker's Compensation:** | 9,050.00 |
| | |
| **Rent:** | 65,000.00 |
| | |
| **Utilities:** | 15,000.00 |
| | |
| **Phone:** | 10,000.00 |
| | |
| **Supplies:** | 7,000.00 |
| | |
| **Printing/Copying:** | 6,000.00 |
| | |
| **Postage:** | 3,000.00 |
| | |
| **Case Review:** | 85,000.00 |
| | |
| **Cleaning/Maintenance:** | 10,000.00 |
| | |
| **Training:** | 2,500.00 |
| | |
| **Mileage/Travel:**** | 10,000.00 |
| | |
| **Miscellaneous:** | 12,000.00 |
| Poland Spring | |
| The Pension Service | |
| J.C. Electronics | |
| | |
| **Legal Fees:*** *** | 105,000.00 |
| | |
| **GRAND TOTAL** $ | 723,956.88 |

* The bookkeeping duties have been assumed by the Administrative Assistant; the total reflects partial year payment to the bookkeeper.

**Mileage reimbursement rate, terms and conditions follow the state guidelines.

***Approximately $85,000 incurred through December 30, 2005. The budget going forward assumes $10,000 for January 2006 and $2,000 per month thereafter.

## Proposed DCF Court Monitor's Office Budget
### July 1, 2005 to June 30, 2006

**Ray Mancuso**
| | |
|---|---|
| Salary | 150,000.00 |
| Pension* | 6,554.47 |
| Heatlh Insurance | 2,328.56 |
| **TOTAL** | **158,883.03** |

**Joni Beth Roderick**
| | |
|---|---|
| Salary | 97,000.00 |
| Health Insurance | 18,903.25 |
| **TOTAL** | **115,903.25** |

**Charlene Fleming**
| | |
|---|---|
| Salary | 38,000.00 |
| Health Insurance | 6,631.60 |
| **TOTAL** | **44,631.60** |

The Monitoring Specialist (Joni Beth Roderick) and Administrative Assistant (Charlene Fleming) are entitled to 10 hours per month of vacation (July 1st - June 30th), 10 hours per month of sick time (July 1st - June 30th) and 3 personal leave days (July 1st - June 30th).   Effective immediately, the Monitoring Specialist and Administrative Assistant may not carry forward more than no more than 45 unused sick days and 30 vacation days.
Each employee is entitled to 12 holidays.

*Ray Mancuso shall be entitled to accumulate and utilize personal leave, sick leave, and vacation leave under the terms and conditions as other similarly situated state employee "(10 hours per month of vacation (July 1st - June 30th), 10 hours per month of sick time (July 1st - June 30th) and 3 3 Personal days (July 1st - June 30th)".  He is entitled to 12 holidays.

The Court Monitor, Monitoring Specialist and Administrative Assistant will not be eligible for overtime, reimbursement for any compensatory time, or reimbursement for unused vacation or sick days, absent court approval, after notice to the parties.