# EXHIBIT 1

**PULLMAN & COMLEY, LLC**
*Attorneys At Law*

ELIZABETH J. AUSTIN
MORRIS W. BANKS
COLLIN P. BARON
JEFFREY A. BLOMBERG
DEBORAH S. BRECK
CHARLES K. CAMPBELL, JR.
FRANK B. CLEARY
JAMES G. DOWLING, JR.
GEOFFREY F. FAY
ANDREW C. GLASSMAN
IRVE J. GOLDMAN
BARRY D. GREENE
NANCY A. D. HANCOCK
WILLIAM O'C. HARNISCH*
JOSHUA A. HAWKS-LADDS
GEORGE J. KASPER
JOHN J. KINDL
FREDERIC LEE KLEIN
MICHAEL A. KURS
NANCY DeFONCE LAPERA

MICHAEL N. LaVELLE
JOSEPH M. LODATO
STEPHEN MARCOVICH
THOMAS F. MAXWELL, JR.
EDWARD F. McCREERY, III
ANDREW J. McDONALD
ROBERT B. MITCHELL
HERBERT H. MOORIN
D. ROBERT MORRIS
ALAN S. PARKER
MARIE V. PHELAN
ELLIOTT B. POLLACK
MICHAEL G. PROCTOR
LEWIS RABINOVITZ
JOHN B. REARDEN, JR.
RICHARD C. ROBINSON
TIMOTHY G. RONAN
GREGORY F. SERVODIDIO
RONALD CASE SHARP
MARGARET M. SHEAHAN

JAMES T. SHEARIN
H. WILLIAM SHURE
JOHN E. STAFSTROM, JR.
JAMES B. STEWART
GROVE W. STODDARD
MARSHALL J. TOUPONSE
JAMES W. VENMAN
WILLIAM J. WENZEL
BARRIE K. WETSTONE
JAMES E WHITE, JR.
DIANE W. WHITNEY
MARJORIE WILDER

————

MICHAEL J. ANDREANA
LAURA A. BELLOTTI
ADAM J. COHEN
JOSHUA A. DOLGER
JEFFREY L. FORTE
JESSICA GROSSARTH
LEE D. HOFFMAN

NORMA R. MANDULAK
JACLYN C. PETROZELLI
NEIL P. PHILLIPS
GERALD C. PIA, JR.
MARY BETH KASPER RAPICE
BRIAN C. ROCHE
LORILYN M. ROSALES
KATHERINE A. SCANLON
JESSICA A. SLIPPEN
LORI L. UNDERBERGER
PETER J. VODOLA
GWEN P. WEISBERG
MICHAEL L. WOLF
AIMEE J. WOOD

* Admitted to practice in
New York State and the
District of Columbia only

Reply to:        Bridgeport
Telephone:     (203) 330-2240
E-Mail:          jshearin@pullcom.com

*Via Facsimile (860-343-5220)*
*and U.S. Mail*

October 25, 2005

Mr. Colin Poitras
The *Hartford Courant*
373 East Main Street
Middletown, CT 06457

> **Re:    Request under Connecticut Freedom of Information Act,**
> **C.G.S. § 1-200, et seq., dated October 21, 2005**

Dear Mr. Poitras:

This office represents the Office of the DCF Court Monitor.  I write in response to your letter dated October 21, 2005.  In that letter, you request the production of documents related to the pay and compensation of the federal court monitors appointed in the case of <u>Juan F. v. M. Jodi Rell, et al.</u>, Civil No. H-89-859 (AHN) under authority of the Connecticut Freedom of Information Act.

Please be advised that the Connecticut Freedom of Information Act is a state statute which does not apply to any federal court or officer.  The DCF Court Monitor is akin to a special master of the United States District Court whose authority and powers derive from the federal judiciary, not from the government of the State of Connecticut.  In response to your letter's request for a citation to a specific exclusion clause of the statute, I would refer you to C.G.S. § 1-200(1)(A).  That provision clearly explains that the Connecticut Freedom of Information Act applies only to agencies of the state or towns.

Although not mentioned in your request, I would advise you that the federal Freedom of Information Act also explicitly excludes from its purview "the courts of the United States" and all officers and agencies of the federal judiciary.  The statutory citation for this exclusion is 5 U.S.C. § 551(1)(B).

For all of these reasons, the Office of the DCF Court Monitor is unable to grant your request.  A discussion of the specific exemption categories provided in the state and federal

PULLMAN & COMLEY, LLC

Page 2

FOIA laws, which might also preclude disclosure of the particular types of documents you have requested, would therefore be unnecessary.

If you have any further questions about these matters, please direct them to my attention. Thank you.

Sincerely,

James T. Shearin

JTS/ljb
cc:    Mr. Raymond Mancuso

Bridgeport/70556.1/AJC/576494v1

OCT 21 2005 02:36 FR HTFD CRNT MIDDLETOWN60 343 5220 TO 912037410462    P.02



**The Hartford Courant.**

A TRIBUNE PUBLISHING COMPANY

285 Broad Street
Hartford, Connecticut 06115
Tel: 860/520-6200
800/524-4242

Oct. 21, 2005

Mr. Raymond Mancuso
DCF Court Monitor's Office
300 Church St. – 4ᵗʰ Floor
Wallingford, CT 06492

Dear Mr. Mancuso:

This is a request under the Connecticut Freedom of Information Act (FOIA), CGS § 1-200, et seq. This request is directed to you as the designated authority in this matter for the DCF Court Monitor's Office.

I request that you make available for review and possibly provide copies of the following public records, as defined in FOIA § 1-200(5), from the Court Monitor's Office:

1. Any and all documents related to the pay and compensation of the federal court monitors appointed in the case of Juan F. vs. M. Jodi Rell et al., Civil No. H-89-859 (AHN). These documents should include, yet are not limited to: any contracts, agreements, pay schedules, benefit plans, deferred compensation packages, memos, correspondence (with the U.S. District Court or other parties), cancelled checks, receipts, expense or travel vouchers, consulting fees or arrangements; and any and all other material related to all compensation provided to former monitors David Sullivan and D. Ray Sirry as well as yourself.

In the event that any of the records are stored electronically, copies of the records on CD-Rom or computer disk are acceptable.

As you know, FOIA provides that if portions of a document are exempt from release, the remainder must be segregated and disclosed.

I am making this request for purposes of news gathering and reporting about a subject that is of public interest and importance to the citizens of Connecticut. Disclosure of this information therefore is in the public interest and benefits the general welfare, and I request that all fees be waived pursuant to FOIA § 1-212(d)(3). In the event that you deny this request, I reserve my right to appeal such denial but agree to pay reasonable duplication fees up to $100 in the meantime to obtain the records promptly.

In the event that you deny all or any portion of this request, please respond in writing and cite to the specific provision of FOIA or any other statute that you contend supports the denial.

If you have any questions or need any additional information, I would appreciate your contacting me by telephone or e-mail, as I am making this request in my capacity as a news reporter and the information is of timely value.

I look forward to hearing from you promptly, within four business days, as required by FOIA § 1-210 and § 1-206.

Sincerely,

The nation's oldest continuously published newspaper

OCT 21 2005 02:37 FR HTFD CRNT MIDDLETOWN60 343 5220 TO 912037410462    P.03



**The Hartford Courant.**

A TRIBUNE PUBLISHING COMPANY

285 Broad Street
Hartford, Connecticut 06115
Tel: 860/520-6200
800/524-4242

Colin Poitras
Staff Writer
Hartford Courant
373 E. Main St.
Middletown, CT 06457
Ph: (860) 343-5249 or Fax (860) 343-5220.

The nation's oldest continuously
published newspaper

** TOTAL PAGE.03 **