UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JUAN F., et al.,                :
                                :
       v.                       :    CIVIL NO. 2:89cv859(AHN)
                                :
M. JODI RELL, et al.,           :

ORDER ON MOTION FOR APPROVAL OF BUDGET

Having heard and considered the defendants' objections to the Court Monitor's Motion for Approval of Budget, the Motion [doc. # 506] is hereby GRANTED and the proposed budget for FY 2005-2006, as corrected, is hereby APPROVED in all respects.

With respect to the defendants' objection based on the lack of information relating to past compensation, the Court hereby ORDERS counsel for the Court Monitor's Office and counsel for the defendants to confer on or before March 20, 2006, to discuss the actual expenditures of the Court Monitor's Office for fiscal years ending June 30, 2001 through June 30, 2005.  Subject to further order of the Court, the information disclosed at that conference or as part of that process shall not be disclosed to the parties.  The Court will discuss this matter further at its previously scheduled status conference on April 13, 2006 and issue such further orders as it deems appropriate.

SO ORDERED this 13th day of March, 2006, at Bridgeport, Connecticut.

                                    _____
                                    Alan H. Nevas
                                    United States District Judge