## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

```
***********************************
JUAN F., et al.                    :
                                   :
        Plaintiffs                 :
                                                CIVIL NO. H-89-859 (AHN)
   v.                              :
                                   :
M. JODI RELL, et al.               :
                                   :
        Defendants                 :        March 23, 2006
*************************************
```

## **ORDER**

Pursuant to the *Juan F*. Exit Plan, The Monitor's Office submits the Exit Plan Progress Report for the October 1, 2005 – December 31, 2005 period. I respectfully ask that the Court accept this report and Order that it be filed as an official document in this case.

Accepted and So Ordered: _____        Date:_____
                               The Honorable Alan H. Nevas
                               Senior United States District Court Judge