UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
**********************************
JUAN F., et al.                  :
                                 :
        Plaintiffs               :
                                     CIVIL NO. H-89-859 (AHN)
    v.                           :
                                 :
M. JODI RELL, et al.             :
                                 :
        Defendants               :   June 8, 2006
**********************************
```

## ORDER

Pursuant to the *Juan F*. Exit Plan, The Monitor's Office submits the "Exit Plan Quarterly Report January 1, 2006 – March 30, 2006". I respectfully ask that the Court accept this report and Order that it be filed as an official document in this case.

Accepted and So Ordered: _____    Date:_____
            The Honorable Alan H. Nevas
            Senior United States District Court Judge