# 1Q January 1 – March 31, 2006 Exit Plan Report
## Outcome Measure Overview

| Measure | Measure | Baseline | 1Q 2004 | 2Q 2004 | 3Q 2004 | 4Q 2004 | 1Q 2005 | 2Q 2005 | 3Q 2005 | 4Q 2005 | 1Q 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1: Commencement of Investigation* | >=90% | X | X | X | X | 91.2% | 92.5% | 95.1% | 96.2% | 96.1% | 96.2% |
| 2: Completion of the Investigation | >=85% | 73.7% | 64.2% | 68.8% | 83.5% | 91.7% | 92.3% | 92.3% | 93.1% | 94.2% | 94.2% |
| 3: Treatment Plans** | >=90% | X | X | X | 10% | 17% | X | X | X | X | X |
| 4: Search for Relatives* | >+85% | 58% | 93% | 82% | 44.6% | 49.2% | 65.1% | 89.6% | 89.9% | 7/15/06* | |
| 5: Repeat Maltreatment | <=7% | 9.3% | 9.4% | 8.9% | 9.4% | 8.9% | 8.2% | 8.5% | 9.1% | 7.3% | 6.3% |
| 6: Maltreatment of Children in Out-of-Home Care | <=2% | 1.2% | 0.5% | 0.8% | 0.9% | 0.6% | 0.8% | 0.7% | 0.8% | 0.6% | 0.4% |
| 7: Reunification* | >=60% | 57.8% | X | X | X | X | X | X | 64.2% | 61% | 66.4% |
| 8: Adoption | >=32% | 12.5% | 10.7% | 11.1% | 29.6% | 16.7% | 33% | 25.2% | 34.4% | 30.7% | 40.8% |
| 9: Transfer of Guardianship | >=70% | 60.5% | 62.8% | 52.4% | 64.6% | 63.3% | 64.0% | 72.8% | 64.3%* | 72.4% | 60.7% |
| 10: Sibling Placement* | >=95% | 57% | 65% | 53% | X | X | X | X | 96% | 94% | 75% |
| 11: Re-Entry | <=7% | 6.9% | X | X | X | X | X | X | 7.2% | 7.6% | 6.7% |
| 12: Multiple Placements | >=85% | X | X | 95.8% | 95.2% | 95.5% | 96.2% | 95.7% | 95.8% | 96% | 96.2% |
| 13: Foster Parent Training | 100% | X | X | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| 14: Placement Within Licensed Capacity | >=96% | 94.9% | 88.3% | 92.0% | 93.0% | 95.7% | 97% | 95.9% | 94.8% | 96.2% | 95.2% |
| 15: Needs Met | >=80% | X | 53% | 57% | 53% | 56% | X | X | X | X | X |
| 16: Worker-Child Visitation (Out-of-Home)* | >=85% / 100% | X | Monthly-72% Quarterly-87% | Monthly-86% Quarterly 98% | Monthly-73% Quarterly-93% | Monthly-81% Quarterly-91% | Monthly 77.9% Quarterly 93.3% | Monthly 86.7% Quarterly 95.7% | Monthly 83.3% Quarterly 92.8% | Monthly 85.6% Quarterly 91.9% | Monthly 86.8% Quarterly 93.1% |
| 17: Worker-Child Visitation (In-Home)* | >=85% | X | 39% | 40% | 46% | 33% | X | 81.9% | 78.3% | 85.6% | 96.5% |
| 18: Caseload Standards+ | 100% | 69.2% | 73.1% | 100% | 100% | 100% | 100% | 100% | 99.80% | 100% | 100% |
| 19: Reduction in Residential Care | <=11% | 13.5% | 13.9% | 14.3% | 14.7% | 13.9% | 13.7% | 12.6% | 11.8% | 11.6% | 11.3% |
| 20: Discharge Measures | >=85% | 61% | 74% | 52% | 93% | 83% | X | X | 96% | 92% | 85% |
| 21: Discharge of Mentally Ill or Retarded Children | 100% | X | 43% | 64% | 56% | 60% | X | X | 78% | 70% | 95% |
| 22: Multi-disciplinary Exams (MDE) | >=85% | 5.6% | 19.0% | 24.5% | 48.9% | 44.7% | 55.4% | 52.1% | 54.6% | 72.1% | 91.1% |

Results based on Case Reviews ****For 1Q and 2Q 2005 case reviews were not conducted for outcome measures #: 3, 4, 15, 16, 17, 20 and 21.*****

**NOTE:** Case reviews will continue to be conducted for two quarters following the LINK build (this will allow for a two quarter testing period). A LINK report will be conducted for the third quarter following the LINK Build.

| OM | Comments |
|---|---|
| 4 | Link report posted for 1Q 2006 reflecting status of children entering care for the 3Q 2005 period. This is consistent with the Exit Plan measure definition. Refer to 3Q 2005 column. |
| 7, 11 | LINK data via ROM report (as of 3Q 2005). With a case review to supplement ROM report. In the 3Q report period a case review was not conducted for 11.<br>For 4Q 2005 case reviews were conducted for both 7 (210 cases reviewed) and 11 (166 cases reviewed).<br>For 1Q 2006 case reviews were conducted for both 7 (166 cases reviewed) and 11 (106 cases reviewed). |
| 8, 9 | As of the 3Q 2005 the LINK report will include all **n/a** cases (unable to determine date of removal but who have achieved permanency either through adoption or transfer of guardianship) into the data results. Following are the results including the n/a: 1Q 2005 (OM 8- 23.3%; OM 9 – 50.0%) and 2Q 2005 (OM 8 – 30.2%; OM 9 – 48.0%).<br>For 3Q 2005 results, 48 were n/a. A Case review was conducted to determine the status of these n/a cases. The following shows the results of the 48 case review: 14 met, 8 not met and 26 were non-applicable (children were never in foster care nor legally committed to DCF – these were cases where the TOG occurred between other parties). Re-calculated statewide results show: TOG -63.4% met the goal and 36.6% not met.<br><br>For 4Q 2005<br>**Adoption** results, 8 were n/a. A Case review was conducted to determine the status of these n/a cases. Adoption: The following shows the results of the 8case review: 2 met, 5 not met and 1 was non-applicable (an adoption of an adult not conducted by DCF) and dropped from the totals.<br>Re-calculated statewide results show: 30.7% met and 69.3% not met.<br>**TOG:** The following shows the results of the 3 case review: 1 met, 0 not met and 2 were non-applicable (these children were reunified) and dropped from the totals.<br>Re-calculated statewide results show: TOG -72.4 %met the goal and 27.6 % not met.<br><br>For 1Q 2006<br>**Adoption** results, 9 were n/a. A Case review was conducted to determine the status of these n/a cases. Adoption: The following shows the results of the 9 case review: 0 met, 4 not met and 5 were non-applicable (1 adoption did not occur, 4 adoptions were via probate for step-parent/co-parents no cps involvement) and dropped from the totals.<br>Re-calculated statewide results show: 40% met and 60% not met.<br>**TOG:** The following shows the results of the 3 case review: 0 met, 2 not met and 1 was non-applicable (voluntary probate not a CPS case) and dropped from the totals.<br>Re-calculated statewide results show: TOG -60.7%met the goal and 39.3 % not met. |
| 10 | Case review. Under negotiations with Court Monitor for ROM reporting and supplemental case review. |
| 16, 17 | LINK Report available for 11/15/05. In addition, as of 3Q 2005 the Department will include the one visit per quarter results for OM 16. *This method reports **all** children in care who had 1 (one) visit during the quarter period. The LINK system is unable to determine if the visits were made by the assigned social worker as indicated in the Exit Plan.* |

## Treatment Plans**

** Treatment Plans were evaluated based on four (4) major categories (including elements a-o):

**2004**

**1Q** Background Information (53%), Assessment Information (52%), Treatment Services (47%), and Progress Toward Case Goals (18%). (Approved and Not Approved treatment plans)
**2Q** Background Information (60%), Assessment Information (37%), Treatment Services (43%), and Progress Toward Case Goals (32%). (Approved and Not Approved treatment plans)
**3Q** Background Information (66%), Assessment Information (52%), Treatment Services (55%), and Progress Toward Case Goals (35%). (Approved treatment plans only – 86)
**4Q** Background Information (69%), Assessment Information (67%), Treatment Services (54%), and Progress Toward Case Goals (34%). (Approved treatment plans only – 86)

2005

1Q N/A

In addition, two (2) additional areas were evaluated: Treatment plan must be written and treatment conference conducted in the family's primary language and treatment plans developed in conjunction with parents/child/service providers (for example, treatment plan modifications as a result of input from the ACR).

**2004**

**1Q** Treatment Plan Written in the family's primary language n/a and Treatment Plan Conference conducted in the family's primary language (95%)
**2Q** Treatment Plan Written in the family's primary language (91%) and Treatment Plan Conference conducted in the family's primary language (98%)
**3Q** Treatment Plan Written in the family's primary language (89%) and Treatment Plan Conference conducted in the family's primary language (97%)
**4Q** Treatment Plan Written in the family's primary language (97%) and Treatment Plan Conference conducted in the family's primary language (100%)

2005

1Q N/A, 2Q N/A, 3Q N/A, 4Q N/A

2006

1Q N/A

**X** OM 3 and OM 15 - No LINK report expected. Case Review Only. In negotiations with Plaintiffs.

## Caseload Standards +

**2004**

**1Q** Data results for baseline and 1Q only reflect cases over 100% not those that meet exception criteria.
**2Q** As of August 1, 2004 the Department has achieved caseload standards – 100% (in accordance with the exception criteria). On August 1, 2004 fifteen (15)
cases, over 100% caseload utilization, met the exception criteria (cases over 100% and not over for 30 days or more).
**3Q** As of November 15, 2004 the Department remains at the 100% compliance mark. The sixteen (16) cases over 100% caseload utilization meet the exception criteria (cases over 100% and not over for 30 days or more).
**4Q** As of February 15, 2005 the Department continues to meet the 100% compliance mark. The sixteen (16) cases over 100% caseload utilization meet the exception criteria (cases over 100% and not over for 30 days or more).

2005

## Caseload Standards +

1Q As of May 15, 2005 the Department continues to meet the 100% compliance mark. The seventeen (17) cases over 100% caseload utilization meet the exception criteria (cases over 100% and not over for 30 days or more).
2Q As of August 15, 2005 the Department continues to meet the 100% compliance mark. The thirty-one (31) cases over 100% caseload utilization meet the exception criteria (cases over 100% and not over for 30 days or more).
3Q As of November 15, 2005 the Department did not meet the 100% compliance mark. Out of the twenty-three cases over 100% caseload utilization two (2) did not meet the exception criteria (cases over 100% and not over for 30 days or more).
4Q As of February 15, 2006 the Department met the 100% compliance mark. The thirty-one (31) cases over 100% caseload utilization meet the exception criteria (cases over 100% and not over for 30 days or more).

<u>2006</u>

1Q As of May 15, 2006 the Department met the 100% compliance mark. The sixty (60) cases over 100% caseload utilization meet the exception criteria (cases over 100% and not over for 30 days or more).