UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUAN F., by and through his next friends Brian Lynch and Isabel Romero, on behalf of themselves and all others similarly situated, et al<br><br>    Plaintiff<br>V.<br><br>JODI RELL, ET AL<br><br>    Defendants, | ) <br> ) <br> ) Case Number: 2:89cv00859 (AHN) <br> ) <br> ) <br> ) <br> ) <br> ) JUNE 6, 2006 <br> ) <br> ) |

## MOTION FOR APPROVAL OF BUDGET

The Court Monitor hereby submits his budget for fiscal year ending June 30, 2007. The budget reflects the analysis of the Court Monitor's anticipated spending needs for the next fiscal year based upon previous performance as well as discussions with the parties as to the anticipated requirements for upcoming fiscal year. The Court Monitor represents that he has discussed this budget with counsel for both parties and neither has any objection to this budget.

Accordingly, the Court Monitor requests that the Court approve this budget.

RAYMOND MANCUSO,
COURT MONITOR

By: _____
James T. Shearin – ct 01326
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT  06601-7006
Juris #47892    (203) 330-2000

## CERTIFICATION

Pursuant to Practice Book § 10-14, I hereby certify that a copy of the above was mailed or electronically delivered on this date to all counsel and pro se parties of record.

Steven M. Frederick
Wofsey, Rosen, Kweskin & Kuriansky
600 Summer Street
Stamford, CT 06901
203-327-2300
203-967-9273 – fax
sfrederick@wrkk.com

Ann H. Rubin
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
203-573-1200
203-575-2600
arubin@carmodylaw.com

Ira P. Lustbader, Esq.
Children's Rights, Inc.
404 Park Avenue South
11th Floor
New York, NY 10016
212-683-2210

Stephen Wizner, Esq.
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520-9090
203-432-4800

James P. Welsh
Director – Legal & Government Affairs
Department of Mental Retardation
460 Capitol Avenue
Hartford, CT 06106
860-418-6009
james.welsh@po.state.ct.us

Jane S. Scholl
Attorney General's Office
Administration Department
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
860-566-2026

Susan T. Pearlman
Attorney General's Office
Child Protection
MacKenzie Hall
110 Sherman Street
Room 305
Hartford, CT 06105
860-808-6480
susan.pearlman@po.state.ct.us

Mr. Ray Mancuso
DCF Court Monitor's Office
300 Church Street - 4th Floor
Wallingford, CT 06492

James T. Shearin

Bridgeport/70556.1/JTS/599916v1