UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------x
JUAN F., et al.,                                  :
                    Plaintiffs,                   :   2006 JUL 10 P 12: 13
                                                  :
          v.                                      :   DISTRICT COURT
                                                  :   CIVIL NO. H89-859
                                                  :   (AHN)
M. JODI RELL, et al.,                             :
                                                  :   July 7, 2006
                    Defendants.                   :
-------------------------------------------------x
```

## STIPULATED MODIFICATION TO THE REVISED EXIT PLAN OF JULY 1, 2004

The parties, by their undersigned counsel, hereby stipulate and agree to the following modifications to the Revised Exit Plan dated July 1, 2004:

1. Outcome Measure 3: Treatment Plans, shall be modified to state as follows:

   In at least 90% of the cases, except probate, interstate, and subsidy only cases, appropriate treatment plans shall be developed as set forth in the "DCF Court Monitor's 2006 Protocol for Outcome Measures 3 and 15" dated June 29, 2006, and the accompanying "Directional Guide for OM3 and OM15 Reviews" dated June 29, 2006.

2. Outcome Measure 15: Childrens' Needs Met, shall be modified to state as follows:

   At least 80% of all families and children shall have all their medical, dental, mental heath and other service needs met as set forth in the "DCF Court Monitor's 2006 Protocol for Outcome Measures 3 and 15" dated June 29, 2006, and the accompanying "Directional Guide for OM3 and OM15 Reviews" dated June 29, 2006.

3. The DCF Court Monitor's 2006 Protocol for Outcome Measures 3 and 15 dated June 29, 2006, is attached as Exhibit A to this Stipulation.

4.      The Directional Guide for OM3 and OM15 Reviews dated June 29, 2006, is attached as Exhibit B to this Stipulation.

5.      Pages 8, 9, 10, and 11 of the Revised Exit Plan dated July 1, 2004, concerning Outcome Measure 3, shall be replaced with such pages as attached as Exhibit C to this Stipulation.

6.      Pages 25 and 26 of the Revised Exit Plan dated July 1, 2004, concerning Outcome Measure 15, shall be replaced with such pages as attached as Exhibit D to this Stipulation.

7.      Pages 5, 6 and 7 of the Appendix: Research Questions, Logic, Measurement Elements and Identified Variables for Revised Exit Plan of July 1, 2004, concerning Outcome Measure 3, shall be replaced with such pages as attached as Exhibit E to this Stipulation.

8.      Pages 21 and 22 of the Appendix: Research Questions, Logic, Measurement Elements and Identified Variables for Revised Exit Plan of July 1, 2004, concerning Outcome Measure 15, shall be replaced with such pages as attached as Exhibit F to this Stipulation.

9.      Page 4, paragraph 9 of the Revised Exit Plan of July 1, 2004, shall be modified to state as follows:

> The Court Monitor will conduct case reviews to produce annual reports documenting the Department of Children and Families' performance and progress toward achieving the outcome measures defined within this Exit Plan, except Outcome Measures 3 and 15, for which there will be separate quarterly case record reviews. The annual report concerning 2006 data will include a synopsis of the quantitative data provided by DCF in the third and fourth quarters of the calendar year of 2006, as well as the quantitative and qualitative findings from the research questions documented in the attached addendum document. This report will be filed with the Court in April of 2007. Subsequent annual reports will include a

synopsis of the quantitative data provided by DCF, as well as the quantitative and qualitative findings for those subsequent calendar years from the research questions documented in the attached addendum document.

10. Page 4 of the Revised Exit Plan of July 1, 2004, shall be modified to include a new paragraph 10 that shall state as follows:

> Until jurisdiction over this matter is terminated by the Court, the parties agree that the DCF Court Monitor shall have discretion to conduct and provide for such additional reporting and case reviews that are consistent with the terms of the Revised Exit Plan of July 1, 2004, as modified, and under any other applicable Court orders.

11. Page 4 of the Revised Exit Plan of July 1, 2004, shall be replaced with such page as attached as Exhibit G to this Stipulation.

RESPECTFULLY SUBMITTED,

BY: _____
Steven Frederick
Federal Bar No. ct08743
sfrederick@wrkk.com
Wofsey, Rosen, Kweskin & Kuriansky, LLP
600 Summer Street
Stamford, CT 06901-1490
Tel (203) 327-2300
Fax (203) 967-9273

—and—

Marcia Robinson Lowry
Federal Bar No. ct04688
mlowry@childrensrights.org
Ira P. Lustbader
Federal Bar No. ct23551
ilustbader@childrensrights.org
Children's Rights
330 Seventh Avenue, 4th Fl.
New York, NY 10001
Tel 212-683-2210
Fax 212-683-4015

3

FOR PLAINTIFFS

BY: _____*Ann H. Rubin*_____ 6/30/06
Ann H. Rubin, Esq.
Federal Bar No. ct04486
arubin@carmodylaw.com
Carmody & Torrance LLP
195 Church Street
New Haven, CT 06590-1950
Tel (203) 777-5501

FOR DEFENDANTS



SO ORDERED:

_____   _____
Hon. Alan H. Nevas, Senior U.S.D.J.   DATE

4