

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

---------------------------------------------------------X
JUAN F., et al.,  :
        Plaintiffs,  :
   v.  :   **CIVIL NO. H89-859 (AHN)**
M. JODI RELL, et al.,  :
        Defendants.  :   July 7, 2006
---------------------------------------------------------X

## MOTION OF MANUAL FILING

The Plaintiffs hereby give notice that the attached Stipulated Modification to the Revised Exit Plan of July 1, 2004, is being filed manually due to the large number of exhibits annexed thereto.

THE PLAINTIFFS,

By: _____
Steven M. Frederick
Federal Bar No. ct 08743
Wofsey Rosen Kweskin & Kuriansky LLP
600 Summer Street
Stamford, CT 06901-1490
Tel 203-327-2300
Fax 203-967-9273

## CERTIFICATION OF SERVICE

The undersigned counsel hereby certifies that the foregoing was mailed via U.S. postage this 7th day of July, 2006 to the following:

Ann H. Rubin, Esq.
Carmody & Torrance LLP
195 Church Street
New Haven, CT 06590

Ira Lustbader, Esq.
Associate Director
Children's Rights
330 Seventh Avenue, 4th Floor
New York, New York 10001

Raymond Mancuso
DCF Court Monitor
300 Church Street, 4th Floor
Wallingford, CT 06492

_____
Steven M. Frederick