UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUAN F., by and through his next friends Brian Lynch and Isabel Romero, on behalf of themselves and all others similarly situated, et al<br><br>    Plaintiff<br>V.<br><br>JODI RELL, ET AL<br><br>    Defendants, | )<br>)<br>) Case Number: 2:89cv00859 (AHN)<br>)<br>)<br>)<br>) JULY 10, 2006<br>)<br>) |

## MOTION FOR APPROVAL OF REVISED BUDGET

  The Court Monitor herewith submits his revised budget for fiscal year ending June 30, 2007.

  The Court Monitor's previous budget for this fiscal year was approved on June 15, 2006. Given the termination of the Court Monitor's employment with the State of Connecticut, this revised budget reflects the fact that the Court Monitor has been added to the health and dental plan for the Court Monitor's Office and that he will now be receiving vacation, personal leave and sick days as an employee of Court Monitor's Office.

  Accordingly, the Court Monitor requests that the Court approve this revised budget.

                RAYMOND MANCUSO,
                COURT MONITOR

                By:    /s/
                   James T. Shearin – ct 01326
                   Pullman & Comley, LLC
                   850 Main Street, P.O. Box 7006
                   Bridgeport, CT  06601-7006
                   Juris #47892    (203) 330-2000

## **CERTIFICATION**

Pursuant to Practice Book § 10-14, I hereby certify that a copy of the above was mailed or electronically delivered on this date to all counsel and pro se parties of record.

Steven M. Frederick
Wofsey, Rosen, Kweskin & Kuriansky
600 Summer Street
Stamford, CT 06901
203-327-2300
203-967-9273 – fax
sfrederick@wrkk.com

Ann H. Rubin
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
203-573-1200
203-575-2600
arubin@carmodylaw.com

Ira P. Lustbader, Esq.
Children's Rights, Inc.
404 Park Avenue South
11th Floor
New York, NY 10016
212-683-2210

Stephen Wizner, Esq.
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520-9090
203-432-4800

James P. Welsh
Director – Legal & Government Affairs
Department of Mental Retardation
460 Capitol Avenue
Hartford, CT 06106
860-418-6009
james.welsh@po.state.ct.us

Jane S. Scholl
Attorney General's Office
Administration Department
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
860-566-2026

Susan T. Pearlman
Attorney General's Office
Child Protection
MacKenzie Hall
110 Sherman Street
Room 305
Hartford, CT 06105
860-808-6480
susan.pearlman@po.state.ct.us

Mr. Ray Mancuso
DCF Court Monitor's Office
300 Church Street - 4th Floor
Wallingford, CT 06492

                                                    /s/
                               James T. Shearin

Bridgeport/70556.1/JTS/599916v1