## Proposed DCF Court Monitor's Office Budget
## July 1, 2006 - June 30, 2007

| | |
|---|---:|
| **Salaries:** | |
| DCF Court Monitor | 150,000.00 |
| Joni Beth Roderick | 97,000.00 |
| Charlene Fleming | 39,346.00 |
| **TOTAL** | **286,346.00** |
| | |
| **Payroll Unemployment Tax:** | 22,489.00 |
| | |
| **401 K :** | 20,000.00 |
| | |
| **Accounting:** | 7,500.00 |
| | |
| **Heath Insurance:*** | |
| Health Insurance for Joni Beth Roderick | 19,586.77 |
| Health Insurance for Charlene Fleming | 6,870.74 |
| Health Insurance for Court Monitor** | 19,586.77 |
| **TOTAL** | **46,044.28** |
| | |
| **Worker's Compensation/Liability:** | 8,000.00 |
| | |
| **Rent:** | 68,000.00 |
| | |
| **Utilities:** | 15,000.00 |
| | |
| **Phone:** | 7,000.00 |
| | |
| **Supplies:** | 5,000.00 |
| | |
| **Printing/Copying:** | 8,000.00 |
| | |
| **Postage:** | 2,000.00 |
| | |
| **Case Review:*** | 100,000.00 |
| | |
| **Cleaning/Maintenance:** | 10,000.00 |
| | |
| **Training:** | 2,500.00 |
| | |
| **Mileage/Travel:**** | 10,000.00 |
| | |
| **Miscellaneous (Including):** | 12,000.00 |
| Poland Spring | |
| The Pension Service | |
| J.C. Electronics | |
| | |
| **Legal Fees:** | 36,000.00 |
| | |
| **GRAND TOTAL** | **$ 665,879.28** |

*Employee's contribute 10% towards Health Insurance costs. Cost cited above have the 10% excluded.
**As of July 11, 2006 the budget has been ammended to include health benefits for the Court Monitor. The Health Insurance total also includes an adjustment to Joni Beth Roderick and Charlene Fleming amounts to reflect actual rates set by carrier since the budget was drafted.
***Estimate due to negotiations in progress, and changes to case review methodology that are not finalized.
****Mileage reimbursement rate, terms and conditions follow the state guidelines.

*Proposed DCF Court Monitor's Office Budget*
*July 1, 2006 to June 30, 2007*

**Court Monitor**
Salary                  150,000.00
Heatlh Insurance         19,586.77
**TOTAL**            **169,586.77**

**Joni Beth Roderick**
Salary                   97,000.00
Health Insurance         19,586.77
**TOTAL**            **116,586.77**

**Charlene Fleming**
Salary                   39,346.00
Health Insurance          6,870.74
**TOTAL**             **46,216.74**

The Court Monitor, Monitoring Specialist (Joni Beth Roderick) and Administrative Assistant (Charlene Fleming) are entitled to 10 hours per month of vacation (July 1st - June 30th), 10 hours per month of sick time (July 1st - June 30th) and 3 personal leave days (July 1st - June 30th).   Effective immediately, the Court Monitor, Monitoring Specialist and Administrative Assistant may not carry forward more than no more than 45 unused sick days and 30 vacation days.  Each employee is entitled to 12 State Holidays.

The Court Monitor, Monitoring Specialist and Administrative Assistant will not be eligible for overtime, reimbursement for any compensatory time, or reimbursement for unused vacation or sick days, absent court approval, after notice to the parties.