UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
*********************************
JUAN F., et al.                  :
                                 :
        Plaintiffs               :
                                            CIVIL NO. H-89-859 (AHN)
    v.                           :
                                 :
M. JODI RELL, et al.             :
                                 :
        Defendants               :       September 11, 2006
*************************************
```

**<u>ORDER</u>**

Pursuant to the *Juan F*. Exit Plan, The Monitor's Office submits the "Exit Plan Quarterly Report April 1, 2006 – June 30, 2006". I respectfully ask that the Court accept this report and Order that it be filed as an official document in this case.

Accepted and So Ordered: _____     Date:_____
                          The Honorable Alan H. Nevas
                          Senior United States District Court Judge