UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
**********************************
JUAN F., et al.                    :
                                   :
        Plaintiffs                 :
                                            CIVIL NO. H-89-859 (AHN)
    v.                             :
                                   :
M. JODI RELL, et al.               :
                                   :
        Defendants                 :   November 30, 2006
**************************************
```

**ORDER**

Pursuant to the *Juan F*. Exit Plan, The Monitor's Office submits the "Exit Plan Quarterly Report July 1, 2006 – September 30, 2006". I respectfully ask that the Court accept this report and Order that it be filed as an official document in this case.

Accepted and So Ordered: _____      Date:_____
                         The Honorable Alan H. Nevas
                         Senior United States District Court Judge