Case Summaries for OM3[a]

| | Has the treatment plan been approved by the SWS? | Reason for DCF Involvement | Identifying Information | Strengths, Needs and Other Issues | Present Situation and Assessment to Date of Review | Determining the Goals/ Objectives | Progress | Action Steps to Achieving Goals Identified for the Upcoming Six Month Period | Planning for Permanency | Overall Score for OM3 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | yes | Very Good | Very Good | Marginal | Marginal | Marginal | Marginal | Marginal | Marginal | Not an Appropriate Treatment Plan |
| 2 | yes | Very Good | Optimal | Very Good | Optimal | Very Good | Very Good | Very Good | Optimal | Appropriate Treatment Plan |
| 3 | yes | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Appropriate Treatment Plan |
| 4 | yes | Optimal | Very Good | Optimal | Optimal | Optimal | Very Good | Optimal | Very Good | Appropriate Treatment Plan |
| 5 | yes | Optimal | Very Good | Very Good | Optimal | Very Good | Optimal | Very Good | Very Good | Appropriate Treatment Plan |
| 6 | yes | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Treatment Plan |
| 7 | yes | Optimal | Optimal | Optimal | Optimal | Very Good | Very Good | Very Good | Optimal | Appropriate Treatment Plan |
| 8 | yes | Very Good | Optimal | Optimal | Optimal | Optimal | Optimal | Very Good | Optimal | Appropriate Treatment Plan |
| 9 | yes | Very Good | Marginal | Marginal | Marginal | Marginal | Marginal | Poor | Poor | Not an Appropriate Treatment Plan |
| 10 | yes | Very Good | Marginal | Very Good | Very Good | Very Good | Very Good | Marginal | Very Good | Appropriate Treatment Plan |
| 11 | yes | Very Good | Very Good | Very Good | Very Good | Optimal | Very Good | Optimal | Optimal | Appropriate Treatment Plan |
| 12 | yes | Optimal | Optimal | Very Good | Optimal | Marginal | Very Good | Marginal | Very Good | Not an Appropriate Treatment Plan |
| 13 | yes | Optimal | Marginal | Very Good | Optimal | Very Good | Very Good | Very Good | Optimal | Appropriate Treatment Plan |
| 14 | no | Very Good | Marginal | Very Good | Very Good | Poor | Very Good | Marginal | Very Good | Not an Appropriate Treatment Plan |
| 15 | no | Optimal | Very Good | Optimal | Optimal | Very Good | Very Good | Very Good | Very Good | Not an Appropriate Treatment Plan |
| 16 | yes | Very Good | Very Good | Very Good | Optimal | Very Good | Very Good | Very Good | Very Good | Appropriate Treatment Plan |
| 17 | yes | Optimal | Very Good | Very Good | Very Good | Optimal | Very Good | Very Good | Very Good | Appropriate Treatment Plan |
| 18 | yes | Optimal | Very Good | Very Good | Optimal | Optimal | Very Good | Optimal | Optimal | Appropriate Treatment Plan |
| 19 | yes | Very Good | Poor | Marginal | Marginal | Marginal | Marginal | Marginal | Very Good | Not an Appropriate Treatment Plan |

Case Summaries for OM3[a]

| | Has the treatment plan been approved by the SWS? | Reason for DCF Involvement | Identifying Information | Strengths, Needs and Other Issues | Present Situation and Assessment to Date of Review | Determining the Goals/ Objectives | Progress | Action Steps to Achieving Goals Identified for the Upcoming Six Month Period | Planning for Permanency | Overall Score for OM3 |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | no | Optimal | Very Good | Optimal | Very Good | Very Good | Very Good | Very Good | Optimal | Not an Appropriate Treatment Plan |
| 21 | no | Optimal | Optimal | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Not an Appropriate Treatment Plan |
| 22 | yes | Optimal | Optimal | Very Good | Very Good | Very Good | Very Good | Very Good | Optimal | Appropriate Treatment Plan |
| 23 | yes | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Optimal | Appropriate Treatment Plan |
| 24 | yes | Very Good | Optimal | Very Good | Very Good | Very Good | Very Good | Marginal | Marginal | Not an Appropriate Treatment Plan |
| 25 | yes | Very Good | Marginal | Very Good | Very Good | Marginal | Marginal | Marginal | Optimal | Not an Appropriate Treatment Plan |
| 26 | yes | Optimal | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Treatment Plan |
| 27 | yes | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Treatment Plan |
| 28 | yes | Very Good | Very Good | Optimal | Very Good | Marginal | Very Good | Marginal | Marginal | Not an Appropriate Treatment Plan |
| 29 | yes | Very Good | Very Good | Optimal | Optimal | Very Good | Very Good | Very Good | Marginal | Not an Appropriate Treatment Plan |
| 30 | yes | Optimal | Very Good | Very Good | Optimal | Optimal | Optimal | Very Good | Optimal | Appropriate Treatment Plan |
| 31 | yes | Very Good | Very Good | Very Good | Marginal | Marginal | Very Good | Very Good | Marginal | Not an Appropriate Treatment Plan |
| 32 | yes | Optimal | Very Good | Very Good | Very Good | Marginal | Marginal | Marginal | Marginal | Not an Appropriate Treatment Plan |
| 33 | yes | Optimal | Optimal | Optimal | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Treatment Plan |
| 34 | no | Marginal | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Too early to note progress | Absent/Averse | Absent/Averse | Not an Appropriate Treatment Plan |
| 35 | yes | Optimal | Marginal | Very Good | Marginal | Marginal | Very Good | Very Good | Very Good | Not an Appropriate Treatment Plan |
| Total N | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 |

a. Limited to first 100 cases.

Case Summaries for OM 15[a]

| | Safety: In-Home | Safety: Child In Placement | Permanency: Securing the Permanent Placement - Action Plan for the Next Six Months | Permanency: DCF Case Mgmt - Legal Action to Achieve the Permanency Goal During the Prior Six Months | Permanency: DCF Case Mgmt - Recruitment for Placement Providers to achieve the Permanency Goal during the Prior Six Months | Permanency: DCF Case Mgmt - Contracting or Providing Services to Achieve the Permanency Goal during the Prior Six Months | Well-Being: Medical Needs | Well-Being: Dental Needs | Well-Being: Mental Health, Behavioral and Substance Abuse Services | Well-Being: Child's Current Placement | Well-Being: Education | Overall Score for Outcome Measure 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | N/A to Case Type | Very Good | Marginal | Marginal | Marginal | Marginal | Optimal | Optimal | Marginal | Marginal | Optimal | Needs Not Met |
| 2 | N/A to Case Type | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Needs Met |
| 3 | N/A to Case Type | Optimal | Optimal | Optimal | Optimal | Optimal | Very Good | Optimal | Optimal | Optimal | Optimal | Needs Met |
| 4 | N/A to Case Type | Optimal | Optimal | Optimal | Optimal | Very Good | Optimal | Optimal | Optimal | Optimal | Optimal | Needs Met |
| 5 | N/A to Case Type | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Needs Met |
| 6 | N/A to Case Type | Very Good | Very Good | Very Good | Very Good | Very Good | Marginal | Optimal | Very Good | Very Good | Optimal | Needs Met |
| 7 | N/A to Case Type | Optimal | Optimal | Very Good | Optimal | Optimal | Optimal | Marginal | Optimal | Optimal | Optimal | Needs Not Met |
| 8 | N/A to Case Type | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Needs Met |
| 9 | N/A to Case Type | Marginal | Marginal | Very Good | N/A to Case Type | Marginal | Marginal | Optimal | Marginal | Marginal | Very Good | Needs Not Met |
| 10 | N/A to Case Type | Very Good | Very Good | Very Good | Optimal | Optimal | Very Good | Very Good | Very Good | Very Good | Very Good | Needs Not Met |
| 11 | N/A to Case Type | Optimal | Optimal | Very Good | Optimal | Very Good | Very Good | Optimal | Optimal | Optimal | Optimal | Needs Met |
| 12 | N/A to Case Type | Optimal | Marginal | Very Good | Marginal | Marginal | Very Good | Very Good | Optimal | Very Good | Very Good | Needs Not Met |
| 13 | N/A to Case Type | Very Good | Optimal | Optimal | N/A to Case Type | Very Good | Very Good | Marginal | Optimal | Optimal | Very Good | Needs Met |
| 14 | N/A to Case Type | Very Good | Very Good | Marginal | N/A to Case Type | Very Good | Very Good | Very Good | Optimal | Optimal | Very Good | Needs Met |
| 15 | N/A to Case Type | Very Good | Very Good | Very Good | Optimal | Very Good | Very Good | Very Good | Optimal | Very Good | Very Good | Needs Met |
| 16 | N/A to Case Type | Optimal | Optimal | Very Good | Optimal | Optimal | Very Good | Optimal | Very Good | Optimal | Optimal | Needs Met |
| 17 | N/A to Case Type | Optimal | Optimal | Optimal | Very Good | Very Good | Marginal | Optimal | Very Good | Very Good | Marginal | Needs Not Met |
| 18 | N/A to Case Type | Optimal | Very Good | Very Good | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Needs Met |
| 19 | Very Good | N/A to Case Type | Very Good | Very Good | N/A to Case Type | Marginal | Very Good | Optimal | Marginal | Very Good | Very Good | Needs Not Met |
| 20 | N/A to Case Type | Optimal | Optimal | Optimal | Optimal | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Needs Met |
| 21 | Very Good | N/A to Case Type | N/A to Case Type | Very Good | N/A to Case Type | Very Good | Very Good | Optimal | Marginal | N/A to Case Type | Optimal | Needs Not Met |
| 22 | Very Good | Very Good | Very Good | Very Good | Marginal | Marginal | Optimal | Very Good | Very Good | Very Good | Optimal | Needs Not Met |
| 23 | Very Good | Very Good | Optimal | Very Good | N/A to Case Type | Very Good | Very Good | Optimal | Optimal | Very Good | Optimal | Needs Met |
| 24 | Very Good | Very Good | N/A to Case Type | Optimal | N/A to Case Type | Very Good | Very Good | N/A to Case Type | Very Good | N/A to Case Type | Optimal | Needs Met |
| 25 | N/A to Case Type | Optimal | Optimal | Optimal | Very Good | Optimal | Optimal | Optimal | Very Good | Optimal | Optimal | Needs Met |
| 26 | N/A to Case Type | Very Good | Very Good | Very Good | Marginal | Marginal | Optimal | Optimal | Very Good | Very Good | Marginal | Needs Not Met |
| 27 | Very Good | N/A to Case Type | N/A to Case Type | Very Good | N/A to Case Type | Very Good | Very Good | Very Good | Optimal | N/A to Case Type | Very Good | Needs Met |
| 28 | Very Good | N/A to Case Type | Very Good | Marginal | Very Good | Very Good | Optimal | Optimal | Optimal | Optimal | Optimal | Needs Met |

Case Summaries for OM 15[a]

| | Safety: In-Home | Safety: Child In Placement | Permanency: Securing the Permanent Placement - Action Plan for the Next Six Months | Permanency: DCF Case Mgmt - Legal Action to Achieve the Permanency Goal During the Prior Six Months | Permanency: DCF Case Mgmt - Recruitment for Placement Providers to achieve the Permanency Goal during the Prior Six Months | Permanency: DCF Case Mgmt - Contracting or Providing Services to Achieve the Permanency Goal during the Prior Six Months | Well-Being: Medical Needs | Well-Being: Dental Needs | Well-Being: Mental Health, Behavioral and Substance Abuse Services | Well-Being: Child's Current Placement | Well-Being: Education | Overall Score for Outcome Measure 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | N/A to Case Type | Very Good | Very Good | Optimal | Very Good | Very Good | Optimal | Optimal | Optimal | Optimal | Very Good | Needs Met |
| 30 | N/A to Case Type | Very Good | Very Good | Optimal | Optimal | Optimal | Optimal | Optimal | Very Good | Very Good | Very Good | Needs Met |
| 31 | Very Good | N/A to Case Type | N/A to Case Type | Very Good | N/A to Case Type | Very Good | Marginal | Marginal | Very Good | N/A to Case Type | Very Good | Needs Not Met |
| 32 | Very Good | N/A to Case Type | N/A to Case Type | Marginal | N/A to Case Type | Very Good | Very Good | Absent/Averse | Very Good | N/A to Case Type | Very Good | Needs Not Met |
| 33 | N/A to Case Type | Very Good | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Needs Met |
| 34 | Very Good | N/A to Case Type | N/A to Case Type | Very Good | N/A to Case Type | Very Good | Very Good | Marginal | Very Good | N/A to Case Type | Very Good | Needs Met |
| 35 | N/A to Case Type | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Optimal | Optimal | Optimal | Very Good | Needs Met |
| Total N | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 |

a. Limited to first 100 cases.