526

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2006 DEC -1  A 11: 41

U.S. DISTRICT COURT
BRIDGEPORT, CONN

------------------------------x
JUAN F., et al.,              :
                   Plaintiffs, :
                              :
v.                            :     CIVIL NO. H89-859
                              :     (AHN)
M. JODI RELL, et al.,         :
                              :
                   Defendants. :
------------------------------x

### STIPULATED ORDER

Plaintiffs seek Court approval of attorneys' fees and expenses in this matter, for the period from February 1, 2006, to August 31, 2006. Counsel for Plaintiffs and Defendants have undertaken negotiations to arrive at a negotiated amount of fees and expenses for this period. Accordingly, Plaintiffs' counsel seek an award of $123,944.16 in fees and reimbursement of $2,185.90 in out-of-pocket expenses for this time period in this post judgment consent decree litigation, and Defendants agree to that amount of requested fees and expenses.

The parties agree that within 30 days of the entry of this ORDER, Defendants shall pay a total of $80,034.98 to Children's Rights and $46,095.08 to Wofsey, Rosen, Kweskin & Kuriansky, LLP, in complete payment and settlement of all fees and expenses

for the period from February 1, 2006, to August 31, 2006.

SO STIPULATED BY THE PARTIES:

| | |
|---|---|
| *[signature]* | *[signature]* |
| Steven Frederick | Marcia Robinson Lowry |
| Federal Bar No. ct08743 | Federal Bar No. ct04688 |
| sfrederick@wrkk.com | mlowry@childrensrights.org |
| Wofsey, Rosen, Kweskin & Kuriansky, LLP | Ira P. Lustbader |
| 600 Summer Street | Federal Bar No. ct23551 |
| Stamford, CT 06901-1490 | ilustbader@childrensrights.org |
| Tel (203) 327-2300 | Children's Rights |
| Fax (203) 967-9273 | 330 Seventh Avenue, 4th Floor |
| | New York, N.Y. 10001 |
| | Tel (212) 683-2210 |
| | Fax (22) 683-4015 |

FOR PLAINTIFFS

*[signature]*
Ann H. Rubin, Esq.
Federal Bar No. ct04486
arubin@carmodylaw.com
Carmody & Torrance LLP
195 Church Street
New Haven, CT 06590-1950
Tel (203) 777-5501

FOR DEFENDANTS

The Court has carefully considered the application, and hereby ORDERS that Plaintiffs' application is GRANTED. The stipulated resolution of fees is fair, reasonable and adequate. Per prior order of this Court, additional notice and hearing on this fee and expense settlement are not required in this ongoing post-judgment action.

SO ORDERED this 7 day of December, 2006 at Bridgeport, Connecticut.

HON. ALAN H. NEVAS
Senior United States District Judge