UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X
JUAN F., et al., :
        Plaintiffs, :
         :
v. :   CIVIL NO. H89-859 (AHN)
         :
M. JODI RELL, et al., :
         :
        Defendants. :
------------------------------------------------------------X

## MOTION FOR ADMISSION OF JESSICA POLANSKY, ESQ. TO APPEAR AS VISITING ATTORNEY ON BEHALF OF PLAINTIFFS, JUAN F., ET AL.

Steven M. Frederick, a member in good standing of the bar of this Court, hereby respectfully moves, pursuant to Local Rule 83.1(d) of the Local Civil Rules for the United States District Court for the District of Connecticut, for the admission of Jessica Polansky, Esq., Staff Attorney for Children's Rights, as a visiting attorney in this matter. The undersigned is filing this Motion so that Jessica Polansky may continue to represent Children's Rights in all matters and proceedings relating to this action.

This Motion is accompanied by the Affidavit of Jessica Polansky, attached hereto as Exhibit A. The attached Affidavit provides the necessary information concerning Attorney Polansky's contact information, the courts where she was admitted, a statement that she has never been denied admission or disciplined by this Court or any other court, a statement that she has never been convicted of a crime, and a statement that she has reviewed and is familiar with the Local Rules of this Court.

**ORAL ARGUMENT IS NOT REQUESTED**

The granting of this Motion will not require modification of any Scheduling Orders in this action. Enclosed with this Motion is a check payable to the Clerk of the Court in the amount of Twenty Five Dollars ($25.00), representing the payment required pursuant to Local Rule 83.1(d)(2) for the admission of Jessica Polansky as a visiting attorney.

For the foregoing reasons, the movant respectfully requests that this Motion be granted and that Jessica Polansky be permitted to represent Children's Rights in all proceedings before this Court.

RESPECTFULLY SUBMITTED,<br>
PLAINTIFF, JUAN F., ET AL.<br><br>
_____<br>
Steven M. Frederick<br>
Federal Bar No. ct 08743<br>
Wofsey, Rosen, Kweskin & Kuriansky, LLP<br>
600 Summer Street<br>
Stamford, CT 06901-1490<br>
Tel.: (203) 327-2300; Fax: (203) 967-9273<br>
E-mail: sfrederick@wrkk.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------X
JUAN F., et al.,                                       :
                Plaintiffs,                            :
                                                       :
        v.                                             :        CIVIL NO. H89-859 (AHN)
                                                       :
M. JODI RELL, et al.,                                  :
                                                       :
                Defendants.                            :
-------------------------------------------------------X

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Motion has been mailed via U. S. postage this 3rd day of January 2007, to the following counsel of record for the defendant:

Ann H. Rubin, Esq.
Carmody & Torrance LLP
195 Church Street
New Haven, CT  06590

Ira Lustbader, Esq.
Associate Director
Children's Rights
330 Seventh Avenue, 4th Floor
New York, New York 10001

Raymond Mancuso
DCF Court Monitor
300 Church Street, 4th Floor
Wallingford, CT  06492

_____
Steven M. Frederick

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
JUAN F., et al.,                          :
                    Plaintiffs,           :
                                          :
v.                                        :     CIVIL NO. H89-859 (AHN)
                                          :
M. JODI RELL, et al.,                     :
                                          :     April 18, 2006
                    Defendants.           :
------------------------------------------------------------x

### AFFIDAVIT OF JESSICA POLANSKY, ESQ. FOR ADMISSION AS A VISITING ATTORNEY

Jessica Polansky, being duly sworn, deposes and says:

1. I am a Staff Attorney for Children's Rights, and make this affidavit pursuant to Local Rule 83.1(d) for the purpose of being admitted to practice as a visiting lawyer before this Court in connection with this case.

2. My office address is Children's Rights, 330 Seventh Avenue, 4th Floor, New York, NY 10001. My office telephone number is (212) 683-2210. My office fax number is (212) 683-4015. My email address is jpolansky@childrensrights.org.

3. I am admitted to practice in the state of New York and the state of Massachusetts and in the Southern District of New York and am in good standing in those jurisdictions.

4. I was admitted to the New York Bar and the Massachusetts Bar in 2006. I have never been convicted of a crime and have never been disciplined as an attorney. I have not been denied admission or been disciplined by this Court or any other Court.

5. I have fully reviewed and am familiar with the local rules of this Court.

_____
Jessica E. Polansky

Sworn to before me this 18th day of December, 2006.

_____
DANIEL W.E. HOLT
Notary Public, State of New York
No. 02HO6111265
Qualified in New York County
Commission Expires June 7, 2008