UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
*********************************
JUAN F., et al.                  :
                                 :
        Plaintiffs               :
                                 :         CIVIL NO. 2:89cv859 (AHN)
     v.                          :
                                 :
M. JODI RELL, et al.             :
                                 :
        Defendants               :         January 17, 2007
*********************************
```

## MOTION FOR APPROVAL OF REVISED BUDGET

The Court Monitor herewith submits his revised budget for the fiscal year ending June 30, 2007 for the Court's consideration and approval.

By way of background, the undersigned would note that the Court Monitor's budget for the fiscal year ending on June 30, 2007 was initially approved on June 15, 2006, and thereafter revised and approved on July 12, 2006. At the time, the parties were discussing revisions to the methodology for the 2006-2007 Comprehensive Targeted Case Review and the methodology for reviewing Exit Plan Outcome Measures 3 & 15, which would necessarily increase the expenses incurred by the Court Monitor. However, a decision on that proposed methodology had not then been reached. The parties and Court Monitor have now agreed to the changes. The Court Monitor has therefore revised the current years' budget to reflect the projected increased costs for conducting the reviews as agreed to by the parties and previously ordered by the Court.

A copy of the current budget is attached as Exhibit A and the proposed revised budget as Exhibit B.

The Court Monitor therefore requests that the Court approve this revised budget. The undersigned represents that all parties have agreed to this request.

                RAYMOND MANCUSO,
                DCF COURT MONITOR


            By: _/s/ James T. Shearin_____
                James T. Shearin – CT 01326
                Pullman & Comley, LLC.
                850 Main Street P.O. Box 7006
                Bridgeport, CT 06601-7006
                Juris #47892 (203)330-2000

## **CERTIFICATION**

Pursuant to Practice Book § 10-14, I hereby certify that a copy of the above was mailed or electronically delivered on this date to all counsel and pro se parties of record.

Steven M. Frederick, Esquire
Wofsey, Rosen, Kwenskin & Kuriansky, LLP
600 Summer Street
Stamford, CT 06901-1490

Ann H. Rubin, Esquire
Carmody and Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

Ira Lustbader, Esquire
Associate Director
Children's Rights Inc.
330 7th Avenue, 4th Floor
New York, NY 10001

Susan Pearlman, Esquire
Office of the Attorney Generals
110 Sherman Street
Mackenzie Hall
Hartford, CT 06106

Stephen Wizner, Esquire
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520-9090

James P. Walsh
Director – Legal & Government Affairs
Department of Mental Retardation
460 Capitol Avenue
Hartford, CT 06106

Jane S. Scholl
Attorney General's Office
Administration Department
55 Elm Street
P.O. Box 120 Hartford, CT 06141-0120

Mr. Raymond Mancuso
DCF Court Monitor's Office
300 Church Street ~ 4th Floor
Wallingford, CT 06492

                                                                        /s/ James T. Shearin
                                                                     James T. Shearin – ct 01326

Bridgeport/70556.1/JTS/626942v1