# EXHIBIT A

## Proposed DCF Court Monitor's Office Budget
## July 1, 2006 - June 30, 2007

| | |
|---|---|
| **Salaries:** | |
| DCF Court Monitor | 150,000.00 |
| Joni Beth Roderick | 97,000.00 |
| Charlene Fleming | 39,346.00 |
| **TOTAL** | **286,346.00** |
| | |
| **Payroll Unemployment Tax:** | 22,489.00 |
| | |
| **401 K :** | 20,000.00 |
| | |
| **Accounting:** | 7,500.00 |
| | |
| **Heath Insurance:*** | |
| Health Insurance for Joni Beth Roderick | 19,586.77 |
| Health Insurance for Charlene Fleming | 6,870.74 |
| Health Insurance for Court Monitor** | 19,586.77 |
| **TOTAL** | **46,044.28** |
| | |
| **Worker's Compensation/Liability:** | 8,000.00 |
| | |
| **Rent:** | 68,000.00 |
| | |
| **Utilities:** | 15,000.00 |
| | |
| **Phone:** | 7,000.00 |
| | |
| **Supplies:** | 5,000.00 |
| | |
| **Printing/Copying:** | 8,000.00 |
| | |
| **Postage:** | 2,000.00 |
| | |
| **Case Review:**** | 100,000.00 |
| | |
| **Cleaning/Maintenance:** | 10,000.00 |
| | |
| **Training:** | 2,500.00 |
| | |
| **Mileage/Travel:***** | 10,000.00 |
| | |
| **Miscellaneous (Including):** | 12,000.00 |
| Poland Spring | |
| The Pension Service | |
| J.C. Electronics | |
| | |
| **Legal Fees:** | 36,000.00 |
| | |
| **GRAND TOTAL** $ | **665,879.28** |

---

*Employee's contribute 10% towards Health Insurance costs. Cost cited above have the 10% excluded.
**As of July 11, 2006 the budget has been ammended to include health benefits for the Court Monitor. The Health Insurance total also includes an adjustment to Joni Beth Roderick and Charlene Fleming amounts to reflect actual rates set by carrier since the budget was drafted.
***Estimate due to negotiations in progress, and changes to case review methodology that are not finalized
****Mileage reimbursement rate, terms and conditions follow the state guidelines.