# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

2007 JAN 18 A 9: 24
### APPEARANCE

U.S. DISTRICT COURT
NEW HAVEN, CT

**CASE NUMBER:** No. H-89-859 (AHN)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Juan F., by and through his next friends Brian Lynch, M.S.W. and Isabel Romero;
Becky M., by and through her next friends Morris Wessel, M.D., and Nancy Orsi;
Benjamin B., by and through his next friends Barry Kasdan, M.S.W., and Edythe Latney, M.H.S.A.;
Jason B., by and through his next friends George Pipkin and John Leventhal, M.D.;
Anna R., by and through her next friends Cesar Batalla and Julia Ramos Grenier Ph.D;
Dominique S., by and through his next friends Nancy Humphreys, D.S.W., and Margaret Penn, M.S.W.;
Patrick S., by and through his next friends Jerry Reisman, Ph.D and Julia Hamilton;
Daniel C., by and through his next friends Patrick Bologna, M.S.W., and Cynthia McKenna, M.S.W.;
Florence J., by and through her next friends Michael Rohde, M.H.S.A. and Judith Hyde, M.A.;
on behalf of themselves and all others similarly situated.

| | |
|---|---|
| January 16, 2007 | *Signature* |
| **Date** | **Signature** |
| phv01583 | Jessica Polansky |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| 212-683-2210 | 330 Seventh Avenue, 4th Floor |
| **Telephone Number** | **Address** |
| 212-683-4015 | New York  New York 10001 |
| **Fax Number** | |
| jpolansky@childrensrights.org | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Ann Rubin
Carmody & Torrance, LLP
50 Leavenworth Street
Waterbury, CT  06721
(203) 573-1200

Susan Pearlman, Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

*Signature*

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24