FILED

2007 APR -4 P 2:31

U.S. DISTRICT COURT
BRIDGEPORT, CONN

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

```
*********************************
JUAN F., et al.                 :
                                :
       Plaintiffs               :
                                :    CIVIL NO. H-89-859 (AHN)
v.                              :
                                :
M. JODI RELL, et al.            :
                                :
       Defendants               :    March 29, 2007
*********************************
```

## ORDER

Pursuant to the *Juan F.* Exit Plan, The Monitor's Office submits the "Exit Plan Quarterly Report October 1, 2006 – December 31, 2006". I respectfully ask that the Court accept this report and Order that it be filed as an official document in this case.

Accepted and So Ordered: _____   Date: 4/3/07
The Honorable Alan H. Nevas
Senior United States District Court Judge