## *Proposed DCF Court Monitor's Office Budget*
## *July 1, 2007 - June 30, 2008*

**Salaries:**
DCF Court Monitor                          150,000.00
Joni Beth Roderick                          97,000.00
Charlene Fleming                            40,526.38
**TOTAL**                                  **287,526.38**

**Payroll Unemployment Tax:**               23,000.00

**401 K :**                                 20,000.00

**Accounting:**                             13,000.00

**Heath Insurance:***                       53,000.00

**Worker's Compensation/Liability:**         8,000.00

**Rent:**                                   70,000.00

**Utilities:**                              15,000.00

**Phone:**                                   7,000.00

**Supplies:**                                5,000.00

**Printing/Copying:**                        8,000.00

**Postage:**                                 2,000.00

**Case Review:**                           375,000.00

**Cleaning/Maintenance:**                   10,000.00

**Training:**                                2,500.00

**Mileage/Travel:****                       10,000.00

**Miscellaneous (Including):**              12,000.00
Poland Spring
The Pension Service
J.C. Electronics

**Legal Fees:**                             24,000.00


          **GRAND TOTAL**          $       945,026.38


*Employee's contribute 10% towards Health Insurance costs. Cost cited above have the 10% excluded.
The Health Insurance total reflects a change in coverage by the Office Manager and an increase in insurance rates based on quotes from the provider.
**Mileage reimbursement rate, terms and conditions follow the state guidelines.