DCF Court Monitor's Review of Outcome Measures 3 and 15
1st Quarter 2007

| Area Office | Is there a documented treatment plan in LINK that is less than 7 months old? | Was the family or child's language needs accommodated? | Check the reasons that apply to the determination of response to L1 | Has the treatment plan been approved by the SWS? | Reason for DCF Involvement | Identifying Information | Strengths, Needs and Other Issues | Present Situation and Assessment to Date of Review | Determining the Goals/Objectives | Progress | Action Steps to Achieving Goals Identified for the Upcoming Six Month Period | Planning for Permanency | Overall Score for OM3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bridgeport | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Very Good | Optimal | Marginal | Very Good | Marginal | Marginal | Very Good | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Very Good | Marginal | Very Good | Marginal | Optimal | Marginal | Marginal | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Marginal | Marginal | Marginal | Marginal | Marginal | Marginal | Very Good | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Very Good | Very Good | Very Good | Very Good | Poor | Marginal | Marginal | Marginal | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Optimal | Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Very Good | Very Good | Very Good | Optimal | Optimal | Optimal | Very Good | Optimal | Appropriate Treatment Plan |
| Danbury | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Very Good | Very Good | Optimal | Optimal | Optimal | Very Good | Optimal | Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Optimal | Very Good | Very Good | Very Good | Optimal | Very Good | Optimal | Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Very Good | Very Good | Optimal | Optimal | Very Good | Very Good | Optimal | Appropriate Treatment Plan |
| Greater New Haven | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Very Good | Optimal | Optimal | Optimal | Optimal | Very Good | Optimal | Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Very Good | Optimal | Optimal | Very Good | Optimal | Marginal | Very Good | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Marginal | Marginal | Marginal | Marginal | Marginal | Poor | Marginal | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Marginal | Marginal | Marginal | Marginal | Very Good | Marginal | Very Good | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Very Good | Optimal | Very Good | Optimal | Optimal | Very Good | Optimal | Appropriate Treatment Plan |
| Hartford | yes | yes | Both TX Plan and meeting language requirement met | yes | Very Good | Very Good | Very Good | Marginal | Optimal | Marginal | Marginal | Marginal | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Very Good | Marginal | Very Good | Marginal | Very Good | Very Good | Poor | Poor | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | no | Very Good | Very Good | Very Good | Marginal | Marginal | Marginal | Marginal | Very Good | Not an Appropriate Treatment Plan |
| | no | UTD | Treatment plan not written in primary language | no | Very Good | Marginal | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Very Good | Very Good | Very Good | Marginal | Poor | Marginal | Marginal | Very Good | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Very Good | Very Good | Optimal | Very Good | Optimal | Optimal | Very Good | Optimal | Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Very Good | Optimal | Very Good | Optimal | Optimal | Very Good | Very Good | Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Very Good | Marginal | Very Good | Marginal | Marginal | Very Good | Poor | Marginal | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Optimal | Very Good | Very Good | Marginal | Optimal | Absent/Averse | Very Good | Not an Appropriate Treatment Plan |
| Manchester | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Very Good | Very Good | Very Good | Poor | Very Good | Poor | Very Good | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Very Good | Marginal | Marginal | Absent/Averse | Marginal | Very Good | Marginal | Marginal | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Very Good | Very Good | Very Good | Poor | Marginal | Absent/Averse | Poor | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Optimal | Optimal | Optimal | Very Good | Optimal | Very Good | Optimal | Appropriate Treatment Plan |
| Meriden | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Optimal | Optimal | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Very Good | Marginal | Very Good | Very Good | Very Good | Marginal | Optimal | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Very Good | Very Good | Optimal | Very Good | Marginal | Marginal | Very Good | Not an Appropriate Treatment Plan |
| Middletown | yes | yes | Both TX Plan and meeting language requirement met | yes | Very Good | Optimal | Very Good | Optimal | Very Good | Very Good | Very Good | Very Good | Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Very Good | Very Good | Very Good | Optimal | Marginal | Very Good | Absent/Averse | Very Good | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Very Good | Marginal | Very Good | Marginal | Marginal | Marginal | Marginal | Not an Appropriate Treatment Plan |
| New Britain | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Very Good | Very Good | Very Good | Marginal | Very Good | Marginal | Very Good | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Marginal | Very Good | Optimal | Very Good | Optimal | Very Good | Optimal | Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Very Good | Optimal | Optimal | Marginal | Very Good | Marginal | Marginal | Optimal | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Very Good | Optimal | Optimal | Optimal | Optimal | Very Good | Optimal | Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Very Good | Very Good | Optimal | Optimal | Optimal | Very Good | Optimal | Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Very Good | Optimal | Optimal | Optimal | Optimal | Very Good | Optimal | Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Very Good | Optimal | Marginal | Very Good | Poor | Marginal | Very Good | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Very Good | Optimal | Optimal | Marginal | Optimal | Marginal | Optimal | Not an Appropriate Treatment Plan |

DCF Court Monitor's Review of Outcome Measures 3 and 15
1st Quarter 2007

| Area Office | Is there a documented treatment plan in LINK that is less than 7 months old? | Was the family or child's language needs accommodated? | Check the reasons that apply to the determination of response to I.1 | Has the treatment plan been approved by the SWS? | Reason for DCF Involvement | Identifying Information | Strengths, Needs and Other Issues | Present Situation and Assessment to Date of Review | Determining the Goals/Objectives | Progress | Action Steps to Achieving Goals Identified for the Upcoming Six Month Period | Planning for Permanency | Overall Score for OM3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New Haven Metro | yes | yes | Both TX Plan and meeting language requirement met | yes | Very Good | Very Good | Very Good | Very Good | Very Good | Marginal | Marginal | Marginal | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Optimal | Optimal | Very Good | Optimal | Very Good | Very Good | Optimal | Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Very Good | Marginal | Marginal | Poor | Marginal | Absent/Averse | Poor | Very Good | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Very Good | Very Good | Optimal | Optimal | Very Good | Very Good | Very Good | Optimal | Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Optimal | Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Very Good | Marginal | Very Good | Very Good | Marginal | Marginal | Marginal | Very Good | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Very Good | Very Good | Marginal | Marginal | Marginal | Marginal | Marginal | Marginal | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Very Good | Very Good | Marginal | Very Good | Very Good | Marginal | Very Good | Very Good | Not an Appropriate Treatment Plan |
| Norwalk | yes | yes | Both TX Plan and meeting language requirement met | yes | Very Good | Very Good | Optimal | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Very Good | Very Good | Marginal | Poor | Poor | Very Good | Poor | Very Good | Not an Appropriate Treatment Plan |
| Norwich | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Very Good | Marginal | Marginal | Marginal | Very Good | Marginal | Very Good | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Marginal | Marginal | Marginal | Marginal | Poor | Poor | Marginal | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Very Good | Very Good | Optimal | Very Good | Marginal | Optimal | Poor | Very Good | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Very Good | Very Good | Very Good | Optimal | Very Good | Optimal | Very Good | Optimal | Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Optimal | Optimal | Optimal | Very Good | Optimal | Very Good | Optimal | Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Very Good | Very Good | Very Good | Optimal | Very Good | Very Good | Very Good | Appropriate Treatment Plan |
| Stamford | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Marginal | Marginal | Very Good | Marginal | Marginal | Marginal | Optimal | Not an Appropriate Treatment Plan |
| | no | yes | Both TX Plan and meeting language requirement met | yes | Very Good | Very Good | Marginal | Marginal | Very Good | Very Good | Poor | Very Good | Not an Appropriate Treatment Plan |
| Torrington | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Marginal | Marginal | Marginal | Marginal | Very Good | Marginal | Marginal | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Very Good | Optimal | Optimal | Optimal | Optimal | Very Good | Optimal | Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Very Good | Optimal | Optimal | Very Good | Very Good | Very Good | Very Good | Appropriate Treatment Plan |
| Waterbury | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Very Good | Very Good | Very Good | Optimal | Poor | Poor | Very Good | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Very Good | Optimal | Very Good | Marginal | Marginal | Marginal | Very Good | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Very Good | Very Good | Marginal | Very Good | Marginal | Marginal | Marginal | Very Good | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Very Good | Optimal | Optimal | Absent/Averse | Poor | Marginal | Very Good | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Optimal | Very Good | Very Good | Marginal | Marginal | Marginal | Very Good | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Very Good | Very Good | Very Good | Optimal | Optimal | Very Good | Optimal | Appropriate Treatment Plan |
| Willimantic | yes | yes | Both TX Plan and meeting language requirement met | yes | Very Good | Very Good | Very Good | Optimal | Very Good | Optimal | Very Good | Optimal | Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Very Good | Optimal | Very Good | Marginal | Marginal | Absent/Averse | Optimal | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Very Good | Very Good | Very Good | Poor | Very Good | Marginal | Very Good | Not an Appropriate Treatment Plan |
| | yes | yes | Both TX Plan and meeting language requirement met | yes | Optimal | Very Good | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Appropriate Treatment Plan |

DCF Court Monitor's Review of Outcome Measures 3 and 15
1st Quarter 2007

| Area Office | Safety: In-Home | Safety: Child In Placement | Permanency: Securing the Permanent Placement - Action Plan for the Next Six Months | Permanency: DCF Case Mgmt - Legal Action to Achieve the Permenency Goal During the Prior Six Months | Permanency: DCF Case Mgmt - Recruitment for Placement Providers to achieve the Permenancy Goal during the Prior Six Months | Permanency: DCF Case Mgmt - Contracting or Providing Services to Achieve the Permenency Goal during the Prior Six Months | Well-Being: Medical Needs | Well-Being: Dental Needs | Well-Being: Mental Health, Behavioral and Substance Abuse Services | Well-Being: Child's Current Placement | Well-Being: Education | Overall Score for Outcome Measure 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bridgeport | N/A to Case Type | Marginal | Very Good | Optimal | Optimal | Very Good | Marginal | Marginal | Marginal | Optimal | Marginal | Needs Not Met |
|  | N/A to Case Type | Very Good | Very Good | Optimal | Optimal | Marginal | Marginal | Absent/Averse | Marginal | Very Good | Marginal | Needs Not Met |
|  | Very Good | N/A to Case Type | N/A to Case Type | Optimal | N/A to Case Type | N/A to Case Type | Absent/Averse | Absent/Averse | Very Good | N/A to Case Type | Optimal | Needs Not Met |
|  | N/A to Case Type | Very Good | Marginal | Very Good | Optimal | Marginal | Very Good | Very Good | Marginal | Marginal | Marginal | Needs Not Met |
|  | N/A to Case Type | Optimal | Optimal | Very Good | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Needs Met |
|  | Optimal | N/A to Case Type | N/A to Case Type | Optimal | N/A to Case Type | Optimal | Very Good | Very Good | Very Good | N/A to Case Type | Very Good | Needs Met |
| Danbury | N/A to Case Type | Optimal | Optimal | Optimal | Very Good | Optimal | Optimal | Optimal | Optimal | Very Good | Optimal | Needs Met |
|  | Very Good | N/A to Case Type | N/A to Case Type | Optimal | Optimal | Very Good | Marginal | Absent/Averse | Marginal | N/A to Case Type | Very Good | Needs Not Met |
|  | N/A to Case Type | Very Good | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | N/A to Case Type | Very Good | N/A to Case Type | Needs Met |
| Greater New Haven | Optimal | N/A to Case Type | N/A to Case Type | Optimal | N/A to Case Type | Optimal | Optimal | Marginal | Optimal | N/A to Case Type | Very Good | Needs Met |
|  | N/A to Case Type | Very Good | Very Good | Very Good | N/A to Case Type | Very Good | Optimal | Optimal | Very Good | Optimal | Very Good | Needs Met |
|  | N/A to Case Type | Very Good | Marginal | Marginal | Marginal | Marginal | Optimal | Optimal | Poor | Poor | Optimal | Needs Not Met |
|  | N/A to Case Type | Optimal | Very Good | Optimal | Optimal | Very Good | Optimal | Optimal | Absent/Averse | Very Good | Optimal | Needs Not Met |
|  | N/A to Case Type | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | N/A to Case Type | Needs Met |
| Hartford | N/A to Case Type | Marginal | Marginal | Optimal | Marginal | Poor | Very Good | Poor | Marginal | Marginal | Marginal | Needs Not Met |
|  | N/A to Case Type | Poor | Poor | Optimal | Poor | Poor | Marginal | Marginal | Very Good | Marginal | Optimal | Needs Not Met |
|  | Marginal | N/A to Case Type | N/A to Case Type | Marginal | Very Good | Poor | Very Good | Absent/Averse | Poor | N/A to Case Type | Marginal | Needs Not Met |
|  | Poor | N/A to Case Type | N/A to Case Type | Absent/Averse | N/A to Case Type | Marginal | Absent/Averse | Absent/Averse | Marginal | N/A to Case Type | Marginal | Needs Not Met |
|  | N/A to Case Type | Marginal | Very Good | Optimal | Marginal | Marginal | Optimal | Poor | Marginal | Marginal | Very Good | Needs Not Met |
|  | N/A to Case Type | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | N/A to Case Type | Optimal | N/A to Case Type | Needs Met |
|  | N/A to Case Type | Very Good | Very Good | Very Good | Marginal | Optimal | Marginal | Marginal | Marginal | Poor | Marginal | Needs Not Met |
|  | N/A to Case Type | Very Good | Very Good | Optimal | N/A to Case Type | Very Good | Very Good | Optimal | Very Good | Very Good | Very Good | Needs Met |
|  | N/A to Case Type | Optimal | Very Good | Optimal | N/A to Case Type | Optimal | Optimal | Optimal | N/A to Case Type | Optimal | N/A to Case Type | Needs Met |
| Manchester | N/A to Case Type | Optimal | Very Good | Optimal | Optimal | Very Good | Optimal | Optimal | Optimal | Optimal | Very Good | Needs Met |
|  | N/A to Case Type | Optimal | Optimal | Optimal | Optimal | Marginal | Optimal | Optimal | Marginal | Very Good | Optimal | Needs Not Met |
|  | Very Good | N/A to Case Type | N/A to Case Type | Optimal | Optimal | Optimal | Very Good | Very Good | Optimal | N/A to Case Type | Optimal | Needs Met |
|  | N/A to Case Type | Optimal | Marginal | Very Good | Very Good | Very Good | Optimal | Optimal | Marginal | Very Good | Very Good | Needs Not Met |
|  | N/A to Case Type | Optimal | Marginal | Very Good | Marginal | Marginal | Optimal | Optimal | Very Good | Optimal | Optimal | Needs Not Met |
|  | Very Good | N/A to Case Type | N/A to Case Type | Optimal | Optimal | Optimal | Optimal | Very Good | Optimal | N/A to Case Type | N/A to Case Type | Needs Met |
| Meriden | N/A to Case Type | Very Good | Very Good | Optimal | Marginal | Marginal | Very Good | Very Good | Optimal | Optimal | Marginal | Needs Not Met |
|  | Marginal | N/A to Case Type | N/A to Case Type | Optimal | Optimal | Marginal | Very Good | Poor | Marginal | N/A to Case Type | Very Good | Needs Not Met |
|  | N/A to Case Type | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Very Good | Optimal | Optimal | Needs Met |
| Middletown | N/A to Case Type | Optimal | Optimal | Optimal | Optimal | N/A to Case Type | Optimal | Very Good | Optimal | Optimal | Optimal | Needs Met |
|  | Optimal | N/A to Case Type | N/A to Case Type | Optimal | N/A to Case Type | Very Good | Optimal | Optimal | Optimal | N/A to Case Type | N/A to Case Type | Needs Met |
|  | N/A to Case Type | Marginal | Very Good | Very Good | Very Good | Very Good | Optimal | Marginal | Very Good | Very Good | Marginal | Needs Not Met |
| New Britain | N/A to Case Type | Marginal | Optimal | Optimal | Optimal | Optimal | Poor | Optimal | Optimal | Optimal | Optimal | Needs Not Met |
|  | N/A to Case Type | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | N/A to Case Type | Optimal | N/A to Case Type | Needs Met |
|  | Poor | N/A to Case Type | N/A to Case Type | Optimal | N/A to Case Type | Poor | Poor | Absent/Averse | Poor | N/A to Case Type | Marginal | Needs Not Met |
|  | N/A to Case Type | Optimal | Marginal | Optimal | Marginal | Marginal | Optimal | Optimal | Optimal | Optimal | Optimal | Needs Not Met |
|  | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Very Good | N/A to Case Type | N/A to Case Type | Needs Met |
|  | N/A to Case Type | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Very Good | Needs Met |
|  | Marginal | N/A to Case Type | N/A to Case Type | Optimal | N/A to Case Type | Poor | Very Good | Absent/Averse | Poor | N/A to Case Type | Marginal | Needs Not Met |
|  | N/A to Case Type | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Very Good | Needs Met |

DCF Court Monitor's Review of Outcome Measures 3 and 15

### 1st Quarter 2007

| Area Office | Safety: In-Home | Safety: Child In Placement | Permanency: Securing the Permanent Placement - Action Plan for the Next Six Months | Permanency: DCF Case Mgmt - Legal Action to Achieve the Permenency Goal During the Prior Six Months | Permanency: DCF Case Mgmt - Recruitment for Placement Providers to achieve the Permanency Goal during the Prior Six Months | Permanency: DCF Case Mgmt - Contracting or Providing Services to Achieve the Permenency Goal during the Prior Six Months | Well-Being: Medical Needs | Well-Being: Dental Needs | Well-Being: Mental Health, Behavioral and Substance Abuse Services | Well-Being: Child's Current Placement | Well-Being: Education | Overall Score for Outcome Measure 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New Haven Metro | N/A to Case Type | Very Good | Very Good | Optimal | Very Good | Very Good | Optimal | Optimal | Very Good | Very Good | Optimal | Needs Met |
|  | Very Good | N/A to Case Type | Optimal | N/A to Case Type | Very Good | Optimal | Optimal | Very Good | N/A to Case Type | Optimal | Needs Met |
|  | N/A to Case Type | Absent/Averse | Poor | Very Good | Marginal | Poor | Optimal | Absent/Averse | Marginal | Absent/Averse | Poor | Needs Not Met |
|  | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Very Good | Very Good | Optimal | N/A to Case Type | Optimal | Needs Met |
|  | N/A to Case Type | Optimal | Optimal | Optimal | Optimal | Optimal | Very Good | Very Good | Optimal | Optimal | Very Good | Needs Met |
|  | N/A to Case Type | Marginal | Very Good | Very Good | Very Good | Very Good | Very Good | Absent/Averse | Very Good | Very Good | Marginal | Needs Not Met |
|  | N/A to Case Type | Very Good | Marginal | Very Good | Poor | Poor | Optimal | Absent/Averse | Poor | Poor | Poor | Needs Not Met |
|  | N/A to Case Type | Optimal | Very Good | Marginal | Very Good | Marginal | Optimal | Optimal | Poor | Optimal | N/A to Case Type | Needs Not Met |
| Norwalk | Very Good | N/A to Case Type | N/A to Case Type | Optimal | N/A to Case Type | Very Good | Very Good | Very Good | Very Good | N/A to Case Type | Very Good | Needs Met |
|  | N/A to Case Type | Very Good | Very Good | Optimal | Poor | Poor | Optimal | Optimal | Optimal | Poor | Optimal | Needs Not Met |
| Norwich | Marginal | N/A to Case Type | N/A to Case Type | Optimal | Very Good | Very Good | Marginal | Marginal | Marginal | N/A to Case Type | Very Good | Needs Not Met |
|  | N/A to Case Type | Optimal | Marginal | Optimal | Very Good | Marginal | Very Good | Optimal | Marginal | Optimal | Very Good | Needs Met |
|  | Marginal | N/A to Case Type | N/A to Case Type | Optimal | Very Good | Very Good | Marginal | Marginal | Very Good | N/A to Case Type | N/A to Case Type | Needs Not Met |
|  | N/A to Case Type | Optimal | Optimal | Optimal | Optimal | Very Good | Optimal | Optimal | Very Good | Optimal | N/A to Case Type | Needs Met |
|  | N/A to Case Type | Very Good | Optimal | Optimal | Optimal | Marginal | Optimal | Very Good | Marginal | Optimal | Optimal | Needs Not Met |
|  | N/A to Case Type | Optimal | Optimal | Optimal | Very Good | Very Good | Optimal | Optimal | Very Good | Optimal | Optimal | Needs Met |
| Stamford | N/A to Case Type | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Very Good | Optimal | Optimal | Optimal | Needs Met |
|  | Marginal | N/A to Case Type | N/A to Case Type | Very Good | N/A to Case Type | Marginal | Poor | Poor | Very Good | N/A to Case Type | Marginal | Needs Not Met |
| Torrington | N/A to Case Type | Very Good | Very Good | Optimal | Optimal | Very Good | Optimal | Optimal | Very Good | Optimal | Optimal | Needs Met |
|  | Very Good | N/A to Case Type | N/A to Case Type | Optimal | N/A to Case Type | Optimal | Very Good | Very Good | Optimal | N/A to Case Type | Very Good | Needs Met |
|  | N/A to Case Type | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Needs Met |
| Waterbury | N/A to Case Type | Marginal | Very Good | Optimal | Very Good | Very Good | Optimal | Very Good | Marginal | Optimal | Poor | Needs Not Met |
|  | N/A to Case Type | Marginal | Very Good | Marginal | Poor | Poor | Optimal | Optimal | Poor | Poor | Poor | Needs Not Met |
|  | N/A to Case Type | Optimal | Very Good | Optimal | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Needs Met |
|  | N/A to Case Type | Optimal | Very Good | Optimal | Very Good | Poor | Optimal | Very Good | Very Good | Optimal | Marginal | Needs Not Met |
|  | N/A to Case Type | Optimal | Very Good | Very Good | Very Good | Very Good | Optimal | Optimal | Very Good | Optimal | Optimal | Needs Met |
|  | Marginal | N/A to Case Type | N/A to Case Type | Optimal | Optimal | Marginal | Very Good | Optimal | Poor | N/A to Case Type | N/A to Case Type | Needs Not Met |
|  | Optimal | N/A to Case Type | N/A to Case Type | Optimal | Optimal | Optimal | Marginal | Optimal | Very Good | N/A to Case Type | Optimal | Needs Met |
| Willimantic | Very Good | N/A to Case Type | N/A to Case Type | Optimal | N/A to Case Type | Very Good | Marginal | Absent/Averse | Very Good | N/A to Case Type | Marginal | Needs Not Met |
|  | N/A to Case Type | Optimal | Optimal | Optimal | Optimal | Marginal | Marginal | Optimal | Marginal | Optimal | Optimal | Needs Not Met |
|  | N/A to Case Type | Very Good | Marginal | Very Good | Poor | Marginal | Optimal | Marginal | Marginal | Very Good | Optimal | Needs Not Met |
|  | N/A to Case Type | Optimal | Optimal | Optimal | Marginal | Marginal | Optimal | Optimal | Marginal | Very Good | Very Good | Needs Not Met |