UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
************************************
JUAN F., et al.                       :
                                      :
        Plaintiffs                    :
                                                CIVIL NO. H-89-859 (AHN)
   v.                                 :
                                      :
M. JODI RELL, et al.                  :
                                      :
        Defendants                    :       September 25, 2007
************************************
```

**ORDER**

Pursuant to the *Juan F*. Exit Plan, The Monitor's Office submits the "Exit Plan Quarterly Report April 1, 2007 through June 30, 2007". I respectfully ask that the Court accept this report and Order that it be filed as an official document in this case.

Accepted and So Ordered: _____   Date:_____
                               The Honorable Alan H. Nevas
                               Senior United States District Court Judge