UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
*********************************
JUAN F., et al.                  :
                                 :
        Plaintiffs               :
                                            CIVIL NO. H-89-859 (AHN)
    v.                           :
                                 :
M. JODI RELL, et al.             :
                                 :
        Defendants               :         September 25, 2007
*************************************
```

**ORDER**

Pursuant to the *Juan F*. Exit Plan, The Monitor's Office submits the "*Juan F*. v Rell 2006 Comprehensive Targeted Review Executive Summary". I respectfully ask that the Court accept this report and Order that it be filed as an official document in this case.

Accepted and So Ordered: _____     Date:_____
                                   The Honorable Alan H. Nevas
                                   Senior United States District Court Judge