UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2007 OCT -1  P 3: 46

U.S. DISTRICT COURT
BRIDGEPORT, CONN

---------------------------------------------------------------x
JUAN F., et al.,                              :
                Plaintiffs,       :
                                   :
v.                                            :       CIVIL NO. H89-859
                                   :       (AHN)
M. JODI RELL, et al.,                         :
                Defendants.       :
---------------------------------------------------------------x

## STIPULATED ORDER

Plaintiffs seek Court approval of attorneys' fees and expenses in this matter, for the period from September 1, 2006, to May 31, 2007. Counsel for Plaintiffs and Defendants have undertaken negotiations to arrive at a negotiated amount of fees and expenses for this period. Accordingly, Plaintiffs' counsel seek an award of $139,134.10 in fees and reimbursement of $5,667.86 in out-of-pocket expenses for this time period in this post-judgment consent decree litigation, and Defendants agree to that amount of requested fees and expenses.

The parties agree that within 30 days of the entry of this ORDER, Defendants shall pay a total of $115,890.53 to Children's Rights and $28,911.43 to Wofsey, Rosen, Kweskin & Kuriansky, LLP, in complete payment and settlement of all fees and expenses

for the period from September 1, 2006, to May 31, 2007.

SO STIPULATED BY THE PARTIES:

_____  
Steven Frederick  
Federal Bar No. ct08743  
sfrederick@wrkk.com  
Wofsey, Rosen, Kweskin  
    & Kuriansky, LLP  
600 Summer Street  
Stamford, CT 06901-1490  
Tel (203) 327-2300  
Fax (203) 967-9273

_____  
Marcia Robinson Lowry  
Federal Bar No. ct04688  
mlowry@childrensrights.org  
Ira P. Lustbader  
Federal Bar No. ct23551  
ilustbader@childrensrights.org  
Children's Rights  
330 Seventh Avenue, 4th Floor  
New York, N.Y. 10001  
Tel (212) 683-2210  
Fax (22) 683-4015

FOR PLAINTIFFS

_____  
Ann H. Rubin, Esq.  
Federal Bar No. ct04486  
arubin@carmodylaw.com  
Carmody & Torrance LLP  
195 Church Street  
New Haven, CT 06590-1950  
Tel (203) 777-5501

FOR DEFENDANTS

The Court has carefully considered the application, and hereby ORDERS that Plaintiffs' application is GRANTED. The stipulated resolution of fees is fair, reasonable and adequate. Per prior order of this Court, additional notice and hearing on this fee and expense settlement are not required in this ongoing post-judgment action.

SO ORDERED this 1st day of Oct~~ember~~, 2007 at Bridgeport, Connecticut.

_____  
HON. ALAN H. NEVAS  
Senior United States District Judge

2