FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2007 OCT 30  A 11: 42

------------------------------------------------x
JUAN F., et al.,                    :     DISTRICT COURT
                                    :
        Plaintiffs,                 :
                                    :
v.                                  :     CIVIL NO. H-89-859 (AHN)
                                    :
M. JODI RELL, et al.,               :
                                    :
        Defendants.                 :
------------------------------------------------x

## MOTION FOR
## ADMISSION OF GENA E. WILTSEK TO APPEAR AS
## A VISITING ATTORNEY ON BEHALF OF PLAINTIFFS, JUAN F. ET AL.

Steven M. Frederick, a member in good standing of the bar of this Court, hereby respectfully moves, pursuant to Local Rule 83.1(d) of the Local Civil Rules of the United States District Court for the District of Connecticut, for the admission of Gena E. Wiltsek, Staff Attorney for Children's Rights, as a visiting attorney in this matter. The undersigned is filing this Motion so that Gena Wiltsek may represent Children's Rights in all matters and proceedings relating to this action.

This Motion is accompanied by the Affidavit of Gena E. Wiltsek, attached hereto as Exhibit A. The attached Affidavit provides the necessary information concerning Attorney Wiltsek's contact information, the courts where she is admitted, a statement that she has never been denied admission or disciplined by this Court or any other court, a statement that she has never been convicted of a crime, and a statement that she has reviewed and is familiar with the Local Rules of this Court.

The granting of this Motion will not require modification of any Scheduling Orders in this action. Enclosed with this Motion is a check payable to the Clerk of the Court in the amount of

**ORAL ARGUMENT IS NOT REQUESTED**

Twenty-Five Dollars ($25.00), representing the payment required pursuant to Local Rule 83.1(d)(2) for the admission of Gena Wiltsek as a visiting attorney.

For the foregoing reasons, the movant respectfully requests that this Motion be granted and that Gena Wiltsek be permitted to represent Children's Rights in all proceedings before this Court.

                          Respectfully Submitted,
                          Plaintiff, Juan F., et al.

                          _____
                          Steven M. Frederick
                          Federal Bar No. ct 08743
                          Wofsey, Rosen, Kweskin & Kuriansky
                          600 Summer Street
                          Stamford, CT  06901-1490
                          Tel.: (203) 327-2300
                          Fax: (203) 967-9273
                          E-mail: sfrederick@wrkk.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
JUAN F., et al.,                              :
                Plaintiffs,       :
                                  :
v.                                            :     CIVIL NO. H-89-859 (AHN)
                                  :
M. JODI RELL, et al.,                         :
                                  :
                Defendants.       :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion has been mailed via U.S. postage this 29th day of October 2007, to the following parties:

Ann Rubin
Carmody & Torrance, LLP
50 Leavenworth Street
Waterbury, CT  06721
New Haven Office
195 Church Street, 18th Floor
PO box 1950
New Haven, CT 06509-1950

Ira Lustbader
Associate Director
Children's Rights
330 Seventh Avenue, 4th Floor
New York, NY  10001

Ray Mancuso
DCF Court Monitor
300 Church Street, 4th Floor
Wallingford, CT  06492

James T. Shearin
Counsel to Court Monitor
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06604

Susan Pearlman
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

_____
Steven M. Frederick

Case 2:89-cv-00859-AHN    Document 542    Filed 10/30/2007    Page 5 of 7

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------x
JUAN F., et al.,              :
                              :
            Plaintiffs,       :
                              :       CIVIL NO. H-89-859 (AHN)
      v.                      :
                              :
M. JODI RELL, et al.,         :
                              :
            Defendants.       :
------------------------------------------------x

2007 OCT 30  A 11: 42

## AFFIDAVIT OF GENA E. WILTSEK
## FOR ADMISSION AS A VISITING ATTORNEY

I, Gena E. Wiltsek, being duly sworn, hereby state as follows:

1. I am filing this affidavit pursuant to Local Rule 83.1(d) for the purpose of being admitted to practice as a visiting lawyer before this Court in connection with the above-captioned case.

2. I am a full-time staff attorney at Children's Rights. I received a B.A. from Yale University in 1995, and graduated from the University of Michigan Law School in December 1999. Prior to joining Children's Rights in March 2007, I was employed by the New York Office of Lieff, Cabraser, Heimann & Bernstein, LLP, and practiced in the area of complex federal class action litigation. Prior to that position I practiced in Washington, D.C. at a private firm specializing in civil rights litigation on behalf of individual plaintiffs.

3. My office address is 330 Seventh Avenue, 4th Floor, New York, NY 10001. My office telephone number is (212) 683-2210. My office fax number is (212) 683-4015. My email address is gwiltsek@childrensrights.org.

4. I am a member in good standing of the state bars of New York and Washington, D.C.,

and the United States District Courts for the Southern and Eastern Districts of New York, the District of Columbia, and the Eastern District of Michigan. I am also a member in good standing of the bar of the United States Supreme Court.

5. I have never been convicted of a crime and have not been denied admission or been disciplined by this Court or any other court.

6. I have fully reviewed and am familiar with the local rules of this Court.

*Gena E. Wiltsek*

Sworn to before me this 18th day of October, 2007.

DANIEL W.E. HOLT
Notary Public, State of New York
No. 02HO6111265
Qualified in New York County
Commission Expires June 7, 2008

2