UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2007 OCT 30  A 11: 42

|  |  |
|---|---|
| JUAN F., et al.<br><br>    Plaintiffs<br><br>v.<br><br>M. JODI RELL, et al.<br><br>    Defendants | CIVIL ACTION NO. H-89-859 (AHN)<br><br><br><br>October 26, 2007 |

## MOTION OF COUNSEL FOR LEAVE TO WITHDRAW APPEARANCES

Pursuant to Local Rule of Civil Procedure 7(e), Plaintiffs respectfully move this Court for an Order withdrawing Erik S. Pitchal as counsel of record on behalf of the plaintiff class in the above-captioned matter. Mr. Pitchal is no longer involved in this action, as he is no longer employed at Children's Rights.

Plaintiffs bring this motion by their undersigned attorneys at Children's Rights and by Attorney Steven M. Frederick, who have previously been named co-counsel for the *Juan F.* class and who will continue to represent the plaintiff class in this action.

**ORAL ARGUMENT IS NOT REQUESTED**

Respectfully Submitted,

BY: _____
Marcia Robinson Lowry
Federal Bar No. ct04688
mlowry@childrensrights.org
Ira P. Lustbader
Federal Bar No. ct23551
ilustbader@childrensrights.org

CHILDREN'S RIGHTS
330 Seventh Avenue, 4th Fl.
New York, NY 10001
Tel 212-683-2210
Fax 212-683-4015

– and –

/s/ Steven M. Frederick

Steven M. Frederick
Federal Bar No. ct08743
sfrederick@wrkk.com
Wofsey Rosen Kweskin & Kuriansky LLP
600 Summer Street
Stamford, CT 06901-1490
Tel 203-327-2300
Fax 203-967-9273

FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing was mailed via U.S. postage this 29th day of October, 2007 to the following:

Ann H. Rubin
Carmody & Torrence
50 Leavenworth Street
Waterbury, CT 06721

Susan Pearlman
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

Ray Mancuso
DCF Court Monitor's Office
300 Church Street, 4th Floor
Wallingford, CT 06492

James T. Shearin
Counsel to Court Monitor
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06604

Steven M. Frederick