UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
*********************************
JUAN F., et al.                  :
                                 :
        Plaintiffs               :
                                               CIVIL NO. H-89-859 (AHN)
    v.                           :
                                 :
M. JODI RELL, et al.             :
                                 :
        Defendants               :              December 19, 2007
*************************************
```

**<u>ORDER</u>**

Pursuant to the *Juan F.* Exit Plan, The Monitor's Office submits the Revised Exit Plan Quarterly Report for the period of July 1, 2007 through September 30, 2007. I respectfully ask that the Court accept this report and Order that it be filed as an official document in this case.

Accepted and So Ordered: _____      Date:_____
                             The Honorable Alan H. Nevas
                             Senior United States District Court Judge