UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| JUAN F., et al. | : | |
| | : | |
| Plaintiffs | : | |
| | | CIVIL NO. H-89-859 (AHN) |
| v. | : | |
| | : | |
| M. JODI RELL, et al. | : | |
| | : | |
| Defendants | : | March 18, 2008 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Pursuant to the *Juan F*. Exit Plan, The Monitor's Office submits the *Juan F*. Court Monitor's Review of Children in Overstay Status (>60Days) within Temporary Congregate Care Placement Settings and *Juan F*. Court Monitor's Review of Adolescents in Temporary Placement - Old Shelter Model Facilities.  I respectfully ask that the Court accept this report and Order that it be filed as an official document in this case.

Accepted and So Ordered: _____          Date:_____
                         The Honorable Alan H. Nevas
                         Senior United States District Court Judge