```
                                            FILED

                                       2008 APR -2  P 3: 06
```

UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

DISTRICT OF CONNECTICUT

*********************************
JUAN F., et al.                  :
                                 :
       Plaintiffs                :
                                 :    CIVIL NO. H-89-859 (AHN)
   v.                            :
                                 :
M. JODI RELL, et al.             :
                                 :
       Defendants                :    March 31, 2008
*********************************


## ORDER

Pursuant to the *Juan F.* Exit Plan, The Monitor's Office submits the Revised Exit Plan Quarterly Report for the period of October 1, 2007 through December 31, 2007. I respectfully ask that the Court accept this report and Order that it be filed as an official document in this case.

Accepted and So Ordered: /s/ Alan H. Nevas   Date: 4/1/08
The Honorable Alan H. Nevas
Senior United States District Court Judge