*Juan F.* v. Rell Exit Plan
Quarterly Report
October 1, 2007 - December 31, 2007
Civil Action No. H-89-859 (AHN)

March 31, 2008

Submitted by:
DCF Court Monitor's Office
300 Church St~4th Floor
Wallingford, Ct 06492
Tel: 203-741-0458
Fax: 203-741-0462
E-Mail: Raymond.Mancuso@CT.GOV

_____

**Table of Contents**
***Juan F*. v Rell Exit Plan Quarterly Report**
**October 1, 2007 - December 31, 2007**

|  | Page |
|---|---|
| Highlights | 3 |
| October 1, 2007 through December 31, 2007 Exit Plan Outcome Measure Overview Chart | 7 |
| Outcome Measure 3 & 15 Report (Fourth Quarter) | 8 |
| *Appendix 1* – Rank Scores for Outcome Measure 3 and Outcome Measure 15 –Fourth Quarter 2007 | 32 |
| *Juan F*. Action Plan | 47 |
| *Appendix 2* – The Department's Exit Plan Outcome Measures Summary Report Fourth Quarter Report  October 1, 2007 – December 31, 2007 | 70 |

_____

### *Juan F.* v Rell Exit Plan Quarterly Report
### October 1, 2007 - December 31, 2007

**Highlights**

- The Monitor's quarterly review of the Department's efforts in meeting the Exit Plan Outcome Measures during the period of October 1, 2007 through December 31, 2007 indicates that the Department achieved 16 of the 22 measures.

- For the third consecutive quarter, the Department has met the goal for Repeat Maltreatment (Outcome Measure 5). The recorded percentage of 5.4% cases in which repeat maltreatment occurred is the best performance by the Department since implementation of the Exit Plan.

- Based on the Monitor's review of a 51 case sample (see Monitor's Office Case Review for Outcome Measure 3 and Outcome Measure 15, pages 8 through 46), The Department of Children and Families attained the level of "Appropriate Treatment Plan" in 26 of the 51-case sample or 51.0% and attained the designation of "Needs Met" in 24 of the 51 case sample or 47.1%. The treatment plan findings are an improvement over the 4th Quarter result of 30.0% appropriate plans and it is the first time since the pilot review that the Department has achieved over 50% compliance with this measure.

  Initiatives undertaken by individual offices had a positive impact on the quality of their treatment plans. There was a noticeable improvement demonstrated for offices that employed concentrated efforts. Sufficiency of specific and time limited action steps and goals remained an area needing improvement. Provider input was rarely incorporated into treatment plans diminishing the quality of planning and service provision efforts.

  Some offices utilized the regularly supplied feedback by the Court Monitor's Office on individual cases to undertake discussions within their offices and with Court Monitor staff. This provides a forum to better understand and clarify specific circumstances and take advantage of opportunities for improvement.

  The lack of appropriate foster homes and wait-lists for community services, contribute to system gridlock that exists throughout the treatment and service array. Discharge delays at emergency departments, group homes, residential treatment centers, SAFE Homes, STAR/Shelters and other treatment placement services occur throughout the system. Additional foster and adoptive homes, especially therapeutic homes are needed. Specialized residential treatment for sexually reactive children, pervasive developmentally delayed/ mentally retarded (DD/MR) children and assaultive children are not readily available. While the Department has met the residential reduction standard (Outcome Measure 19), recent data indicates that the out-of-state residential population are increasing.

*Juan F.* v Rell Exit Plan Quarterly Report
March 31, 2008

_____

The findings reported for this quarter and impacting service provision are similar to information contained in the recently released " ***Juan F.*** Court Monitor's Review of Children in Overstay Status (>60Days) within Temporary Congregate Care Placement Settings and ***Juan F.*** Court Monitor's Review of Adolescents in Temporary Placement- Old Shelter Model Facilities".

- The Monitor's Office will next review a series of children including cohorts of pre and post Termination of Parental Rights (TPR) legal status. This permanency review will include children that have the non- preferred goal of Another Planned Permanent Living Arrangement (APPLA), children with the goal of Reunification that are well beyond one year in placement, and children with goal of adoption where barriers exist to finalizing the adoption.

- The recent report "***Juan F.*** Court Monitor's Review of Children in Overstay Status (>60Days) within Temporary Congregate Care Placement Settings and ***Juan F.*** Court Monitor's Review of Adolescents in Temporary Placement- Old Shelter Model Facilities " found that as of October 2007, 144 children/youth were in placement beyond 60 days in a temporary placement setting.  A review of the same cohort 90 days later found that 59 of the 144 children remained in temporary settings with length of stay beyond 120 days.

- Beginning March 24, 2008, the Department is implementing a pilot that will utilize an approach similar to the Federal Child and Family Service Review process. This qualitative review will initially examine Bridgeport case practice through a sample of cases and later this spring the Manchester and Norwich offices will also participate in this review. Staff from the DCF Court Monitor's Office will take part in this agency-driven effort. The establishment of a rolling, qualitative review process that involves each of the area offices is an important foundation component to ensure continued review and the identification of both areas of strength and opportunities for improvement.

*Juan F.* v Rell Exit Plan Quarterly Report
March 31, 2008
_____

- The Monitor's quarterly review of the Department for the period of October 1, 2007 through December 31, 2007 indicates the Department has achieved compliance with the following 16 Outcome Measures:

  - Commencement of Investigations (97.4%)
  - Completion of Investigations (92.9%)
  - Search for Relatives (93.6%)
  - Repeat Maltreatment (5.4%)
  - Maltreatment of Children in Out-of-Home Care (0.2%)
  - Adoption (35.5%)
  - Transfer of Guardianship (80.8%)
  - Multiple Placements (92.7%)
  - Foster Parent Training (100.0%)
  - Placement within Licensed Capacity (96.8%)
  - Worker-Child Visitation Out-of-Home Cases (94.6% Monthly/ 98.5% Quarterly)
  - Worker-Child Visitation In-Home Cases (89.9%)
  - Caseload Standards (100.0%)
  - Residential Reduction (10.8%)
  - Discharge Measures (96%)
  - Multi-disciplinary Exams (96.4%)

*Juan F.* v Rell Exit Plan Quarterly Report
March 31, 2008

_____

- The Department has maintained compliance for at least two (2) consecutive quarters[1] with 16 of the Outcome Measures. (Measures are shown with designation of the number of consecutive quarters for which the measure was achieved):

  - Commencement of Investigations (thirteenth consecutive quarter)
  - Completion of Investigations (thirteenth consecutive quarter)
  - Search for Relatives (ninth consecutive quarter)
  - Repeat Maltreatment (third consecutive quarter)
  - Maltreatment of Children in Out-of-Home Care (sixteenth consecutive quarter)
  - Adoption (fifth consecutive quarter)
  - Transfer of Guardianship (sixth consecutive quarter)
  - Multiple Placements (fifteenth consecutive quarter)
  - Foster Parent Training (fifteenth consecutive quarter)
  - Placement within Licensed Capacity (sixth consecutive quarter)
  - Visitation Out-of-Home (ninth consecutive quarter)
  - Visitation In-Home (ninth consecutive quarter)
  - Caseload Standards (fourteenth consecutive quarter)
  - Residential Reduction (seventh consecutive quarter)
  - Discharge Measures (tenth consecutive quarter)
  - Multi-disciplinary Exams (eighth consecutive quarter)

- The Monitor's quarterly review of the Department for the period of October 1, 2007 through December 31, 2007 indicates that the Department did not achieve compliance with six (6) measures:

  - Treatment Plans (51%)
  - Reunification (58%)
  - Sibling Placements (81.39%)
  - Re-Entry (7.8%)
  - Children's Needs Met (47.1%)
  - Discharge to DMHAS and DMR (95%)

---

[1] The Defendants must be in compliance with all of the outcome measures, and in sustained compliance with all of the outcome measures for at least two consecutive quarters (six-months) prior to asserting compliance and shall maintain compliance through any decision to terminate jurisdiction.

*Juan F.* v Rell Exit Plan Quarterly Report
March 31, 2008

**4Q October 1 - December 31, 2007 Exit Plan Report**
## Outcome Measure Overview

| Measure | Measure | 1Q 2004 | 2Q 2004 | 3Q 2004 | 4Q 2004 | 1Q 2005 | 2Q 2005 | 3Q 2005 | 4Q 2005 | 1Q 2006 | 2Q 2006 | 3Q 2006 | 4Q 2006 | 1Q 2007 | 2Q 2007 | 3Q 2007 | 4Q 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1: Investigation Commencement | >=90% | X | X | X | 91.2% | 92.5% | 95.1% | 96.2% | 96.1% | 96.2% | 96.4% | 98.7% | 95.5% | 96.5% | 97.1% | 97.0% | 97.4% |
| 2: Investigation Completion | >=85% | 64.2% | 68.8% | 83.5% | 91.7% | 92.6% | 92.3% | 93.1% | 94.2% | 94.2% | 93.1% | 94.2% | 93.7% | 93.0% | 93.7% | 94.2% | 92.9% |
| 3: Treatment Plans** | >=90% | X | X | 10% | 17% | X | X | X | X | X | X | 54% | 41.1% | 41.3% | 30.3% | 30% | 51% |
| 4: Search for Relatives* | >=85% | X | X | 93% | 82% | 44.6% | 49.2% | 65.1% | 89.6% | 89.9% | 93.9% | 93.1% | 91.4% | 92% | 93.8% | 91.4% | 93.6% |
| 5: Repeat Maltreatment | <=7% | 9.4% | 8.9% | 9.4% | 8.9% | 8.2% | 8.5% | 9.1% | 7.4% | 6.3% | 7.0% | 7.9% | 7.9% | 7.4% | 6.3% | 6.1% | 5.4% |
| 6: Maltreatment OOH Care | <=2% | 0.5% | 0.8% | 0.9% | 0.6% | 0.8% | 0.7% | 0.8% | 0.6% | 0.4% | 0.7% | 0.7% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% |
| 7: Reunification* | >=60% | X | X | X | X | X | X | 64.2% | 61% | 66.4% | 64.4% | 62.5% | 61.3% | 70.5% | 67.9% | 65.5% | 58.0% |
| 8: Adoption | >=32% | 10.7% | 11.1% | 29.6% | 16.7% | 33% | 25.2% | 34.4% | 30.7% | 40.0% | 36.9% | 27% | 33.6% | 34.5% | 40.6% | 36.2% | 35.5% |
| 9: Transfer of Guardianship | >=70% | 62.8% | 52.4% | 64.6% | 63.3% | 64.0% | 72.8% | 64.3% | 72.4% | 60.7% | 63.1% | 70.2% | 76.4% | 78% | 88.0% | 76.8% | 80.8% |
| 10: Sibling Placement* | >=95% | 65% | 53% | X | X | X | X | 96% | 94% | 75% | 77% | 83% | 85.5% | 84.9% | 79.1% | 83.3% | 81.3 |
| 11: Re-Entry | <=7% | X | X | X | X | X | X | 7.2% | 7.6% | 6.7% | 7.5% | 4.3% | 8.2% | 7.5% | 8.5% | 9.0% | 7.8% |
| 12: Multiple Placements | >=85% | X | 95.8% | 95.2% | 95.5% | 96.2% | 95.7% | 95.8% | 96% | 96.2% | 96.6% | 95.6% | 95% | 96.3% | 96.0% | 94.4% | 92.7% |
| 13: Foster Parent Training | 100% | X | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| 14: Placement Within Licensed Capacity | >=96% | 88.3% | 92% | 93% | 95.7% | 97% | 95.9% | 94.8% | 96.2% | 95.2% | 94.5% | 96.7% | 96.4% | 96.8% | 97.1% | 96.9% | 96.8% |
| 15: Needs Met** | >=80% | 53% | 57% | 53% | 56% | X | X | X | X | X | X | 62% | 52.1% | 45.3% | 51.3% | 64% | 47.1% |
| 16: Worker-Child Visitation (OOH)* | >=85% | 72% | 86% | 73% | 81% | 77.9% | 86.7% | 83.3% | 85.6% | 86.8% | 86.5% | 92.5% | 94.7% | 95.1% | 94.6% | 94.8% | 98.5% |
|  | 100% | 87% | 98% | 93% | 91% | 93.3% | 95.7% | 92.8% | 93.1% | 93.1% | 90.9% | 91.5% | 99.0% | 99.1% | 98.7% | 98.7% | 94.6% |
| 17: Worker-Child Visitation (IH)* | >=85% | 39% | 40% | 46% | 33% | 71.2% | 81.9% | 78.3% | 85.6% | 86.2% | 87.6% | 85.7% | 89.2% | 89% | 90.9% | 89.4% | 89.9% |
| 18: Caseload Standards+ | 100% | 73.1% | 100% | 100% | 100% | 100% | 100% | 99.8% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| 19: Residential Reduction | <=11% | 13.9% | 14.3% | 14.7% | 13.9% | 13.7% | 12.6% | 11.8% | 11.6% | 11.3% | 10.8% | 10.9% | 11% | 10.9% | 11% | 10.8% | 10.8%* |
| 20: Discharge Measures | >=85% | 74% | 52% | 93% | 83% | X | X | 95% | 92% | 85% | 91% | 100% | 100% | 98% | 100% | 95% | 96% |
| 21: Discharge to DMHAS and DMR | 100% | 43% | 64% | 56% | 60% | X | X | 78% | 70% | 95% | 97% | 100% | 97% | 90% | 83% | 95% | 95% |
| 22: MDE | >=85% | 19% | 24.5% | 48.9% | 44.7% | 55.4% | 52.1% | 58.1% | 72.1% | 91.1% | 89.9% | 86% | 94.2% | 91.1% | 96.8% | 95.2% | 96.4% |

*Juan F.* v Rell Exit Plan Quarterly Report
March 31, 2008
_____

**Monitor's Office Case Review for Outcome Measure 3 and Outcome Measure 15**

**I.  Background and Methodology:**

The *Juan F.* v Rell Revised Exit Plan and the subsequent stipulated agreement reached by the parties and court ordered on July 11, 2006 requires the Monitor's Office to conduct a series of quarterly case reviews to monitor Outcome Measure 3 (Treatment Planning) and Outcome Measure 15 (Needs Met).   The implementation of this review began with a pilot sample of 35 cases during the third quarter 2006.  During the Fourth Quarter 2007, the Monitor's Office reviewed a total of 51 cases.

This quarter's 51-case sample was stratified based upon the distribution of area office caseload on September 1, 2007.  Data was extracted for the record review from September 27th through January 15, 2008. The sample incorporates both in-home and out-of-home cases based on the overall statewide percentage reflected on the date that the sample was determined.

**Table 1:  Fourth Quarter Sample Required, Based on September 1, 2007 Caseload Universe**

| Area Office | Total Caseload | % of State Caseload | % of In-Home Cases within in AO Caseload | In-Home Sample | OOH Sample | Total Sample |
|---|---|---|---|---|---|---|
| **Bridgeport** | 1,165 | 8.6% | 15.6% | 1 | 3 | 4 |
| **Danbury** | 316 | 2.3% | 9.8% | 1 | 1 | 2 |
| **Greater New Haven** | 925 | 6.8% | 13.1% | 1 | 2 | 3 |
| **Hartford** | 1,862 | 13.7% | 19.7% | 1 | 4 | 5 |
| **Manchester** | 1,256 | 9.2% | 15.2% | 1 | 4 | 5 |
| **Meriden** | 581 | 4.3% | 15.7% | 1 | 1 | 2 |
| **Middletown** | 414 | 3.0% | 13.3% | 1 | 1 | 2 |
| **New Britain** | 1,458 | 10.7% | 15.0% | 1 | 4 | 5 |
| **New Haven Metro** | 1,512 | 11.1% | 17.6% | 1 | 4 | 5 |
| **Norwalk** | 232 | 1.7% | 3.9% | 1 | 1 | 2 |
| **Norwich** | 1,095 | 8.0% | 14.3% | 1 | 2 | 3 |
| **Stamford** | 276 | 2.0% | 12.0% | 1 | 1 | 2 |
| **Torrington** | 461 | 3.4% | 7.6% | 1 | 1 | 2 |
| **Waterbury** | 1,260 | 9.3% | 13.1% | 1 | 5 | 6 |
| **Willimantic** | 798 | 5.9% | 10.9% | 1 | 2 | 3 |
| | 13,611 | 100.0% | | 17 | 34 | 51 |

*Juan F.* v Rell Exit Plan Quarterly Report
March 31, 2008
_____

This quarter, the methodology individually assigned one DCF staff or Monitor's Review staff to review each case.  Within the course of seven to twelve hours, each case was subjected to the following methodology.

1.  A review of the Case LINK Record documentation for each sample case concentrating on the most recent six months.  This includes narratives, treatment planning documentation, investigation protocols, and the provider narratives for any foster care provider during the last six-month period.

2.  Attendance/Observation at the Treatment Planning Conference (TPC)/Administrative Case Review (ACR) or Family Conference (FC)[2].

3.  A subsequent review of the final approved plan conducted fourteen to twenty days following the date identified within the TPC/ACR/FC schedule from which the sample was drawn.  The reviewer completed an individual assessment of the treatment plan and needs met outcome measures and filled out the scoring forms for each measure.

As referenced in prior reviews, although the criterion for scoring requires consistency in definition and process to ensure validity, no two treatment plans will look alike.  Each case has unique circumstances that must be factored into the decision-making process.  Each reviewer has been provided with direction to evaluate the facts of the case in relationship to the standards and considerations and have a solid basis for justifying the scoring.

In situations where a reviewer had difficulty assigning a score, the supervisor would become a sounding board or determining vote in the final designation of scoring.  Reviewers could present their opinions and findings to the supervisor to assist them in the overall determination of compliance for OM3 and OM15.  If a reviewer indicated that there were areas that did not attain the "very good" or "optimal" level, yet a valid argument existed for the overall score to be "an appropriate treatment plan" or "needs met", he or she would clearly outline the reasoning for such a determination and submit this for review by the Court Monitor for approval of an override exception.  These cases are also available to the Technical Advisory (TAC) for review.

_____

[2] Attendance at the family conference is included where possible.  In many cases, while there is a treatment plan due, there is not a family conference scheduled during the quarter we are reviewing.  To compensate for this, the Monitoring of in-home cases includes hard copy documentation from any family conference held within the six month period leading up to the treatment plan due date.

*Juan F.* v Rell Exit Plan Quarterly Report
March 31, 2008

_____

During the fourth quarter, there were 14 such cases submitted for consideration/assistance of supervisory oversight.  Included in these cases, were five cases requesting an override of Outcome Measure 3 and five cases requesting an override for Outcome Measure 15.  All requests were deemed valid and resulted in the approval of an override to allow a passing score.  The additional four cases were counseled for appropriate scoring and did not require additional override consideration.

**Sample Demographics**
The sample consisted of 51 cases distributed among the fifteen area offices.  The work of 51 Social Workers and 42 Social Work Supervisors' work was incorporated into the record review. Cases were most recently opened across the range of time from as long ago as November 15, 1997 to most recently, October 17, 2007. At the point of review, the data indicates that the majority of cases (96.1%) were open for child protective service reasons. There were 60.8% cases that had at least one prior investigation within their history.

**Crosstabulation 1: What is the type of case assignment noted in LINK? * Is there a history of prior investigations?**

| What is the type of case assignment noted in LINK? | Is there a history of prior investigations? | | |
|---|---|---|---|
| | **Yes** | **No** | **Total** |
| **CPS In-Home Family Case (IHF)** | 11 | 3 | 14 |
| **CPS Child in Placement Case (CIP)** | 19 | 16 | 35 |
| **Voluntary Services In-Home Family Case (VSIHF)** | 0 | 1 | 1 |
| **Voluntary Services Child in Placement Case (VSCIP)** | 1 | 0 | 1 |
| **Total** | 31 | 20 | 51 |

_____

Of the 36 children that had been in placement during the period, 52.8% were female and 47.2% were male.  Ages ranged from 16 months to 17 years and 10 months as of December 31, 2007.  Legal status was most frequently committed, with 55.6% of the children in placement having this designation.  An additional 27.8% of the children in placement were TPR.  The table below provides additional information related to legal status for both the In-Home and Child-in-Placement cases.

**Table 2:  Legal Status**

| Legal Status | Frequency | Percent |
|---|---|---|
| Committed | 20 | 39.2 |
| TPR/Statutory Parent | 10 | 19.6 |
| N/A - In-Home CPS case with no legal involvement | 8 | 15.7 |
| Not Committed | 5 | 9.8 |
| Protective Supervision | 4 | 7.8 |
| Order of Temporary Custody | 2 | 3.9 |
| Dually Committed | 1 | 2.0 |
| N/A - In-Home Voluntary Service Case | 1 | 2.0 |
| **Total** | 51 | 100.0 |

Of the 36 children in out-of-home placement at some point during the quarter, five or 13.9% had documented involvement with the juvenile justice system during the period.  Racial and ethnic make-up of this sample population was most frequently identified as White and non-Hispanic.

**Crosstabulation 2:  Race (Child or Family Case Named Individual) * Ethnicity (Child or Family Case Named Individual)**

| Race (Child or Family Case Named Individual) | Ethnicity (Child or Family Case Named Individual) | | | |
|---|---|---|---|---|
| | Hispanic | Non-Hispanic | Unknown | Total |
| Black/African American | 1 | 12 | 1 | 14 |
| White | 3 | 25 | 0 | 28 |
| UTD | 2 | 0 | 0 | 2 |
| Multiracial (more than one race selected) | 1 | 6 | 0 | 7 |
| **Total** | 7 | 43 | 1 | 51 |

*Juan F.* v Rell Exit Plan Quarterly Report
March 31, 2008

_____

In establishing the reason for the most recent "case open date", reviewers were asked to identify all allegations or voluntary service needs identified at the point of most recent case opening.  This was a multiple response question which allowed the reviewers to select more than one response as situations warranted.  In total, 165 allegations or issues were identified at the time of report to the Hotline.  The data indicates that physical neglect remains the most frequent identified reason for referral.  Thirty-four of the 51 cases had physical neglect included in the concerns identified upon most recent referral to the Hotline.   In 24 cases, physical neglect was substantiated.  This was followed by issues related to Parental Substance Abuse/ Mental Health, which was present in 23.5% of the cases reviewed, and Emotional Neglect cited in 13.7% of the cases sampled.  The Hotline accurately identified prior DCF involvement for the 31 cases reviewed.

**Table 3:  Reasons for DCF involvement at most recent case opening**

| Identified Issue/Concern | Number of Times Identified | Number Substantiated |
|---|---|---|
| Abandonment | 4 | 3 |
| Domestic Violence | 8 | 2 |
| Educational Neglect | 4 | 3 |
| Emotional Abuse | 2 | 1 |
| Emotional Neglect | 9 | 7 |
| Medical Neglect | 4 | 3 |
| Physical Abuse | 6 | 3 |
| Physical Neglect | 34 | 24 |
| Sexual Abuse | 5 | 2 |
| Parent's Mental Health or Substance Abuse | 20 | 12 |
| Voluntary Services Referral (VSR) | 8 | n/a |
| Child's Behaviors | 14 | n/a |
| Prior History of Investigations | 31 | n/a |

In sifting through the multiply cited reasons for involvement, reviewers were asked to identify the primary reason for DCF involvement on the date of most recent case opening.  Not surprisingly, "Physical Neglect" and "parental substance abuse or mental health" were most often identified.

*Juan F.* v Rell Exit Plan Quarterly Report
March 31, 2008
_____

**Table 4:  What is the primary reason cited for the most recent case opening?**

| Cause for DCF involvement upon most recent case opening | Frequency | Percent |
|---|---|---|
| Physical Neglect | 12 | 23.5 |
| Substance Abuse/Mental Health (Parent) | 9 | 17.6 |
| Child's TPR | 8 | 15.7 |
| Voluntary Services Request (VSR) | 4 | 7.8 |
| FWSN | 3 | 5.9 |
| Child with behavioral, medical, substance abuse or… etc | 3 | 5.9 |
| Abandonment | 3 | 5.9 |
| Physical Abuse | 2 | 3.9 |
| Medical Neglect | 2 | 3.9 |
| Domestic Violence | 2 | 3.9 |
| History of prior investigations | 1 | 2.0 |
| Emotional Abuse | 1 | 2.0 |
| Educational Neglect | 1 | 2.0 |
| **Total** | **51** | **100.0** |

Twenty-seven and one half percent of the sample cases designated a "yes" response to the question, "Did the child have behavioral, medical, substance abuse or delinquent behaviors in conjunction with CPS concerns in the home?"  In this review sample, none of the parents had a prior history of termination of their parental rights.

DCF approved permanency/case goals were identified for all 51 cases reviewed.  DCF policy requires concurrent planning when reunification or APPLA are the designated.  Of the 13 situations in which "Reunification" was the permanency goal, there was a concurrent plan documented in 11 cases (84.6%).  Of the twelve cases with the goal of APPLA, nine (75.0%) identified a concurrent goal; however three of these were another APPLA designation.

**Table 5:  What is the child or family's stated goal on the most recent approved treatment plan in place during the period?**

| Permanency Goal | Frequency | Percent |
|---|---|---|
| In-Home Goals - Safety/Well Being Issues | 15 | 29.4% |
| Reunification | 13 | 25.5% |
| APPLA | 12 | 23.5% |
| Adoption | 8 | 15.7% |
| Transfer of Guardianship | 3 | 5.9% |
| **Total** | **51** | **100.0%** |

Children in placement had various lengths of stay at the point of our review, ranging from less than two months to fifteen years.  Below is a crosstab of cases by length of stay relating to TPR filing and in relation to the Adoption and Safe Families Act (ASFA) requirement to file or identify an exception by no later than 15 months into the out of home episode.  In only one case in which the child's length of stay and permanency goal

*Juan F.* v Rell Exit Plan Quarterly Report
March 31, 2008

_____

required the filing of TPR, had it not been done nor was an exception noted in LINK in accordance with ASFA timelines.

**Crosstabulation 3:   For child in placement, has TPR been filed? * Has child's length of stay exceeded the 15 of the last 22 benchmark set by ASFA?**

| For child in placement, has TPR been filed? | Has child's length of stay exceeded the 15 of the last 22 benchmark set by ASFA? | | | | |
|---|---|---|---|---|---|
| | yes | no | N/A - In-Home Case (CPS or Voluntary Services) | N/A - TPR has already been filed or granted | Total |
| **yes** | 1 | 0 | 0 | 11 | 12 |
| **no** | 1 | 2 | 0 | 0 | 3 |
| **N/A - Exception noted in LINK** | 9 | 1 | 0 | 0 | 10 |
| **N/A - child's goal and length of time in care don't require** | 2 | 8 | 0 | 0 | 10 |
| **N/A - In-Home Case (CPS or Voluntary Services)** | 0 | 0 | 15 | 0 | 15 |
| **Total** | 13 | 11 | 15 | 11 | 50 |

At the point of review, the children in placement were predominantly in foster care settings.  Ten children were in DCF licensed foster homes, five children were in relative foster homes and one child was in a special study home. Seven children were living in private provider foster homes in Connecticut.  Two children were in group homes, and one child was in a Safe Home.  Four children were in in-state residential settings and two were in in-state hospital settings.  Three children were on a trial home visit with their biological parent/guardian.  One was living in the home of a family friend informally (no license) at the point of review.  Only one child in the sample was living out-of-state, and this was a placement with a relative foster parent.

**Table 6:  Current residence of child on date of LINK review**

| Residence | Frequency | Percent |
|---|---|---|
| **In-home family case (no placement)** | 13 | 25.4 |
| **Home of biological parent, adoptive parent or legal guardian** | 3 | 5.9 |
| **Child residing with Mother in Drug Treatment Facility** | 1 | 2.0 |
| **In-State non-relative licensed DCF foster care** | 10 | 19.6 |
| **In-State private provider foster care** | 7 | 13.7 |
| **In-State certified/licensed relative DCF foster care** | 5 | 9.8 |
| **In-State residential setting** | 4 | 7.8 |
| **Group Home** | 2 | 3.9 |
| **In-State hospital setting** | 2 | 3.9 |
| **Living with friends (informal arrangement)** | 1 | 2.0 |
| **Out-of-State Relative foster care** | 1 | 2.0 |
| **Safe Home** | 1 | 2.0 |
| **Special Study** | 1 | 2.0 |
| **Total** | 51 | 100.0 |

_____

## II. Monitor's Findings Regarding Outcome Measure 3 – Treatment Plans

Outcome Measure 3 requires that, *"in at least 90% of the cases, except probate, interstate and subsidy only cases, appropriate treatment plans shall be developed as set forth in the "DCF Court Monitor's 2006 Protocol for Outcome Measures 3 and 15" dated June 29, 2006 and the accompanying "Directional Guide for OM3 and OM15 Reviews" dated June 29, 2006."*

The fourth quarter case review data indicates that the Department of Children and Families attained the level of "Appropriate Treatment Plan" in 26 of the 51-case sample or **51.0%.**  This is an improvement over the prior quarter's result of 30.0% appropriate treatment plans, and it is the first time since the pilot review that the Department has achieved over 50% compliance with the measure.

**Table 7:  Historical Findings on OM3 Compliance - Third Quarter 2006 to Fourth Quarter 2007**

| Quarter | Sample (n) | Percent Appropriate |
|---|---|---|
| 3rd Quarter 2006 | 35 | 54.3% |
| 4th Quarter 2006 | 73 | 41.1% |
| 1st Quarter 2007 | 75 | 41.3% |
| 2nd Quarter 2007 | 76 | 30.3% |
| 3rd Quarter 2007 | 50 | 32.0% |
| 4th Quarter 2007 | 51 | 51.0% |
| Total to Date | 360 | 40.3% |

Of the 36 cases with children in placement, eighteen, or 50.0% achieved an overall determination of "appropriate treatment plan" during the fourth quarter 2007.  The average-to-date percentage since the beginning of this review process shows that 41.2% of the child-in-placement cases achieved appropriate treatment plan status.

In-Home cases reviewed during the fourth quarter 2007 achieved "appropriate treatment plan" status in 53.3% of the cases. Since the beginning of this review process, the average-to-date percentage of in-home cases deemed appropriate is 38.2% (100 in-home family cases).  While improvement is still needed, specifically related to goals, action steps and progress, this quarter's Treatment Plan results show improvement over earlier quarters.

The following crosstabulation provides further breakdown to distinguish between voluntary and child protective services cases as well.

*Juan F.* v Rell Exit Plan Quarterly Report
March 31, 2008

_____

**Crosstabulation 4:  What is the type of case assignment noted in LINK? * Overall Score for OM3**

| What is the type of case assignment noted in LINK? | Overall Score for OM3 | | |
| --- | --- | --- | --- |
| | Appropriate Treatment Plan | Not an Appropriate Treatment Plan | Total |
| CPS In-Home Family Case (IHF) | 8 | 6 | 14 |
| | 57.1% | 42.9% | 100.0% |
| CPS Child in Placement Case (CIP) | 18 | 17 | 35 |
| | 51.4% | 48.5% | 100.0% |
| Voluntary Services In-Home Family Case (VSIHF) | 0 | 1 | 1 |
| | 0.0% | 100.0% | 100.0% |
| Voluntary Services Child in Placement Case (VSCIP) | 0 | 1 | 1 |
| | 0.0% | 100.0% | 100.0% |
| Total | 26 | 25 | 51 |
| | 51.0% | 49.0% | 100.0% |

100.0% of the cases sampled during the fourth quarter 2007 had plans less than 7 months old at the point of review. One of the plans not passing (2.0%) did not have social work supervisory approval.  This plan had one or more sections with less than a "very good" rating and would have been deemed inappropriate regardless of approval status.  All cases had documentation that families' language needs were met.

In relationship to the case goal, cases with a goal of transfer of guardianship or adoption had the highest rate of "appropriate treatment plan" with 66.7% and 62.5%, respectively. The lowest rate of "appropriate treatment plans" were those cases designated as APPLA. Only 33.3% achieved an "appropriate treatment plan" designation.

**Crosstabulation 5:   What is the child or family's stated goal on the most recent approved treatment plan in place during the period? * Overall Score for OM3**

| What is the child or family's stated goal on the most recent approved treatment plan in place during the period? | Overall Score for OM3 | | |
| --- | --- | --- | --- |
| | Appropriate Treatment Plan | Not an Appropriate Treatment Plan | Total |
| Reunification | 7 | 6 | 13 |
| | 53.8% | 46.2% | 100.0% |
| Adoption | 5 | 3 | 8 |
| | 62.5% | 37.5% | 100.0% |
| Transfer of Guardianship | 2 | 1 | 3 |
| | 66.7% | 33.3% | 100.0% |
| In-Home Goals - Safety/Well Being Issues | 8 | 7 | 15 |
| | 53.3% | 47.7% | 100.0% |
| APPLA | 4 | 8 | 12 |
| | 33.3% | 66.7% | 100.0% |
| Total | 26 | 25 | 51 |
| | 51.0% | 49.0% | 100.0% |

16

*Juan F.* v Rell Exit Plan Quarterly Report
March 31, 2008
_____

Manchester, Meriden, Middletown and New Britain Area Offices all achieved 100% compliance with Appropriate Treatment Plans.  See the table below to see the full statewide results for the fourth quarter 2007.

**Crosstabulation 6:   What is the social worker's area office assignment? * Overall Score for OM3**

| What is the social worker's area office assignment? | Overall Score for OM3 | | |
| --- | --- | --- | --- |
| | Appropriate Treatment Plan | Not an Appropriate Treatment Plan | Total |
| **Manchester** | 5<br>100.0% | 0<br>0.0% | 5<br>100.0% |
| **Meriden** | 2<br>100.0% | 0<br>0.0% | 2<br>100.0% |
| **Middletown** | 2<br>100.0% | 0<br>0.0% | 2<br>100.0% |
| **New Britain** | 5<br>100.0% | 0<br>0.0% | 5<br>100.0% |
| **Willimantic** | 2<br>66.7% | 1<br>33.3% | 3<br>100.0% |
| **Bridgeport** | 2<br>50.0% | 2<br>50.0% | 4<br>100.0% |
| **Norwalk** | 1<br>50.0% | 1<br>50.0% | 2<br>100.0% |
| **Torrington** | 1<br>50.0% | 1<br>50.0% | 2<br>100.0% |
| **New Haven Metro** | 2<br>40.0% | 3<br>60.0% | 5<br>100.0% |
| **Greater New Haven** | 1<br>33.3% | 2<br>66.7% | 3<br>100.0% |
| **Norwich** | 1<br>33.3% | 2<br>66.7% | 3<br>100.0% |
| **Hartford** | 1<br>20.0% | 4<br>80.0% | 5<br>100.0% |
| **Waterbury** | 1<br>16.7% | 5<br>83.3% | 6<br>100.0% |
| **Danbury** | 0<br>0.0% | 2<br>100.0% | 2<br>100.0% |
| **Stamford** | 0<br>0.0% | 2<br>100.0% | 2<br>100.0% |
| **Total** | 26<br>51.0% | 25<br>49.0% | 51<br>100.0% |

Since the inception of the review process, the highest rate of compliance exists within the Middletown Office, which has 71.4% of all treatment plans meeting the requirement. This is followed by Manchester at 57.6%, Willimantic at 55.0% and Norwich at 53.6%. Lowest rates of compliance across all reviews to date are Waterbury at 15.2% and Stamford at 18.2%.

The level of engagement with children, families and providers in both the development of the treatment plan, as well as, the content of the plan document was captured. Each case had a unique pool of active participants for DCF to collaborate with in the process. The chart below indicates the degree to which identifiable/active case participants were engaged by the social worker and the extent to which active participants attended the TPC/ACR/FC. Percentages reflect the level or degree to which a valid participant was part of the treatment planning efforts across all the cases reviewed.

Attendance rates seemed to have slipped slightly when compared to prior quarter reviews. Reviewers most often noted a failure to invite adolescents and fathers to meetings, and the overall lack of engagement with the children's and parents' attorneys. There is also a noted concern regarding the participation of adolescents within their adolescent planning conferences prior to the ACR. It is unclear how often this is a documentation issue related to issues with the form imported into LINK, or whether adolescents are actually not present for meetings related to the identification of their strengths, needs, and life skills planning efforts.

**Table 8:  Participation and Attendance Rates for Active Case Participants within the Sample Set**

| Identified Case Participant | Percentage with documented Participation/Engagement in Treatment Planning Discussion | Percentage Attending the TPC/ACR or Family Conference (when held) |
|---|---|---|
| Foster Parent | 68.2% | 47.8% |
| Mother | 66.7% | 58.3% |
| Child | 58.3% | 17.4% |
| Other Participants | 55.2% | 41.4% |
| Active Service Providers | 53.8% | 47.5% |
| Father | 41.0% | 41.0% |
| Other DCF Staff | 37.1% | 24.2% |
| Attorney/GAL (Child) | 11.1% | 8.3% |
| Parents' Attorney | 7.1% | 7.1% |

As with prior reviews, this review process continued to look at eight categories of measurement when determining the overall appropriateness of the treatment planning process (OM3). Scores were based upon the following rank/scale.

**Optimal Score – 5**
The reviewer finds evidence of all essential treatment planning efforts for both the standard of compliance and all relevant consideration items (documented on the treatment plan itself).

**Very Good Score – 4**
The reviewer finds evidence that essential elements for the standard of compliance are substantially present in the final treatment plan and may be further clarified or expanded on the DCF 553 (where latitude is allowed as specified below) given the review of relevant consideration items.

**Marginal Score – 3**
There is an attempt to include the essential elements for compliance but the review finds that substantial elements for compliance as detailed by the Department's protocol are not present. Some relevant considerations have not been incorporated into the process.

**Poor Score – 2**
The reviewer finds a failure to incorporate the most essential elements for the standard of compliance detailed in the Department's protocol. The process does not take into account the relevant considerations deemed essential, and the resulting document is in conflict with record review findings and observations during attendance at the ACR.

**Absent/Adverse Score – 1**
The reviewer finds no attempt to incorporate the standard for compliance or relevant considerations identified by the Department's protocol. As a result there is no treatment plan less than 7 months old at the point of review or the process has been so poorly performed that it has had an adverse affect on case planning efforts. "Reason for Involvement" and "Present Situation to Date" were most frequently ranked with an Optimal Score. Deficits were most frequently noted in two of the eight categories: "Determination of Goals/Objectives" and "Action Steps to Achieve Goals". The following table provides the scoring for each category for the sample set and the corresponding percentage of cases within the sample that achieved that ranking.

The following set of three tables provide at a glance, the scores for each of the eight categories of measurement within Outcome Measure 3. The first, Table 9 is the full sample (n=51), the second, Table 10 is the children in out of home placement (CIP) cases (n=36) and the third, Table 11 is the in-home family cases (n=15). For a complete listing of rank scores for Outcome Measure 3 by case, see Appendix 1.

*Juan F.* v Rell Exit Plan Quarterly Report
March 31, 2008

**Table 9:  Measurements of Treatment Plan OM 3 – Number and Percent of Rank Scores for <u>All Cases</u> Across All Categories of OM3**

| Category | Optimal "5" | Very Good "4" | Marginal "3" | Poor "2" | Adverse/Absent "1" |
|---|---|---|---|---|---|
| **I.1  Reason for DCF Involvement** | 38<br>74.5% | 11<br>21.6% | 2<br>3.9% | 0<br>0.0% | 0<br>0.0% |
| **I.2.  Identifying Information** | 14<br>27.5% | 31<br>60.8% | 6<br>11.7% | 0<br>0.0% | 0<br>0.0% |
| **I.3.  Strengths/Needs/Other Issues** | 22<br>43.1% | 20<br>39.2% | 9<br>17.7% | 0<br>0.0% | 0<br>0.0% |
| **I.4.  Present Situation and Assessment to Date of Review** | 20<br>39.2% | 26<br>51.0% | 5<br>9.8% | 0<br>0.0% | 0<br>0.0% |
| **II.1  Determining the Goals/Objectives** | 11<br>21.5% | 23<br>45.1% | 14<br>27.5% | 3<br>5.9% | 0<br>0.0% |
| **II.2.  Progress[3]** | 20<br>40.8% | 25<br>51.0% | 3<br>6.1% | 1<br>2.0% | 0<br>0.0% |
| **II.3  Action Steps to Achieving Goals Identified** | 6<br>11.8% | 19<br>37.3% | 23<br>45.1% | 3<br>5.9% | 0<br>0.0% |
| **II.4  Planning for Permanency** | 22<br>43.1% | 20<br>39.2% | 8<br>15.7% | 1<br>2.0% | 0<br>0.0% |

**Table 10:  Measurements of Treatment Plan OM 3 – Number and Percent of Rank Scores for <u>Out of Home  (CIP) Cases</u> Across All Categories of OM3**

| Category | Optimal "5" | Very Good "4" | Marginal "3" | Poor "2" | Adverse/Absent "1" |
|---|---|---|---|---|---|
| **I.1  Reason for DCF Involvement** | 27<br>75.0% | 8<br>22.2% | 1<br>2.8% | 0<br>0.0% | 0<br>0.0% |
| **I.2.  Identifying Information** | 6<br>16.7% | 26<br>72.2% | 4<br>11.1% | 0<br>0.0% | 0<br>0.0% |
| **I.3.  Strengths/Needs/Other Issues** | 17<br>47.2% | 13<br>36.1% | 6<br>16.7% | 0<br>0.0% | 0<br>0.0% |
| **I.4.  Present Situation and Assessment to Date of Review** | 14<br>38.9% | 19<br>52.8% | 3<br>8.3% | 0<br>0.0% | 0<br>0.0% |
| **II.1  Determining the Goals/Objectives** | 5<br>13.9% | 16<br>44.4% | 13<br>36.1% | 2<br>5.6% | 0<br>0.0% |
| **II.2.  Progress[4]** | 13<br>37.1% | 19<br>54.3% | 2<br>5.7% | 1<br>2.9% | 0<br>0.0% |
| **II.3  Action Steps to Achieving Goals Identified** | 4<br>11.1% | 15<br>41.7% | 16<br>44.4% | 1<br>2.8% | 0<br>0.0% |
| **II.4  Planning for Permanency** | 14<br>38.9% | 14<br>38.9% | 7<br>19.4% | 1<br>2.8% | 0<br>0.0% |

---

[3] Two cases were rated "too early to rate" and are therefore excluded from this measurement.
[4] One case rated as "too early to rate" and is therefore excluded from this measurement.

| Table 11: Measurements of Treatment Plan OM 3 – Number and Percent of Rank Scores for <u>In-Home Family Cases</u> Across All Categories of OM3 | | | | |
|---|---|---|---|---|
| **Category** | **Optimal "5"** | **Very Good "4"** | **Marginal "3"** | **Poor "2"** | **Adverse/Absent "1"** |
| **I.1 Reason for DCF Involvement** | 11 73.3% | 3 20.0% | 1 6.7% | 0 0.0% | 0 0.0% |
| **I.2. Identifying Information** | 8 53.3% | 5 33.3% | 2 13.3% | 0 0.0% | 0 0.0% |
| **I.3. Strengths/Needs/Other Issues** | 5 33.3% | 7 46.7% | 3 20.0% | 0 0.0% | 0 0.0% |
| **I.4. Present Situation and Assessment to Date of Review** | 6 40.0% | 7 46.4% | 2 13.3% | 0 0.0% | 0 0.0% |
| **II.1 Determining the Goals/Objectives** | 6 40.6% | 7 46.4% | 1 6.7% | 1 6.7% | 0 0.0% |
| **II.2. Progress[5]** | 7 50.0% | 6 42.9% | 1 7.1% | 0 0.0% | 0 0.0% |
| **II.3 Action Steps to Achieving Goals Identified** | 2 13.3% | 4 26.7% | 7 46.7% | 2 13.3% | 0 0.0% |
| **II.4 Planning for Permanency** | 8 53.3% | 6 40.0% | 1 16.7% | 0 0.0% | 0 0.0% |

As in prior quarters the eight categories measured indicate that DCF continues to struggle with assignment of action steps for the case participants in relation to goals and objectives (II.3); identifying the goals and objectives for the coming six month period (II.1). Improvements in the quality of sections detailing progress (II.2) and reporting the present situation and assessment of the child and/or family on the date the plan is written (I.4) are evident from the prior period.

---

[5] One In-Home Family case was rated "too early to rate" and therefore is excluded from this measurement.

*Juan F.* v Rell Exit Plan Quarterly Report
March 31, 2008

_____

In spite of the difficulties in achieving compliance with Outcome Measure 3, the Department has made strides in some areas which can be recognized when looking at average scores over time.  While the requirement is for 90% to have an overall passing score, rather than achieve a statewide average within the passing range, six of the eight categories this quarter had average scores at or above the "very good" rank of 4. The chart of mean averages below is provided as a way to show the trends, not compliance with Outcome Measure 3.

**Table 11:  Mean Averages for Outcome Measure 3 - Treatment Planning (3rd Quarter 2006 - 4th Quarter 2007)**

| Mean Scores for Categories within Treatment Planning Over Time | | | | | | |
|---|---|---|---|---|---|---|
| | 3Q2006 | 4Q2006 | 1Q2007 | 2Q2007 | 3Q2007 | 4Q2007 |
| **Reason For Involvement** | 4.46 | 4.27 | 4.63 | 4.50 | 4.66 | 4.71 |
| **Identifying Information** | 3.94 | 3.89 | 3.96 | 3.82 | 3.92 | 4.16 |
| **Strengths, Needs, Other Issues** | 4.09 | 4.04 | 4.07 | 3.93 | 4.16 | 4.25 |
| **Present Situation And Assessment to Date of Review** | 4.14 | 3.97 | 3.96 | 3.93 | 4.02 | 4.29 |
| **Determining Goals/Objectives** | 3.80 | 3.48 | 3.68 | 3.66 | 3.70 | 3.82 |
| **Progress** | 4.00 | 3.91 | 3.87 | 3.86 | 3.82 | 4.31 |
| **Action Steps for Upcoming 6 Months** | 3.71 | 3.44 | 3.19 | 3.30 | 3.40 | 3.55 |
| **Planning for Permanency** | 4.03 | 4.04 | 4.13 | 4.01 | 4.08 | 4.24 |

_____

## III. Monitor's Findings Regarding Outcome Measure 15 – Needs Met

Outcome Measure 15 requires that, *"at least 80% of all families and children shall have all their medical, dental, mental health and other service needs met as set forth in the "DCF Court Monitor's 2006 Protocol for Outcome Measures 3 and 15 dated June 29, 2006, and the accompanying 'Directional Guide for OM3 and OM15 Reviews dated June 29, 2006."*

The case review data indicates that the Department of Children and Families attained the designation of "Needs Met" in 47.1% of the 51-case sample. There is disparity among the area offices when reviewing results for this measure.

**Crosstabulation 8:  What is the social worker's area office assignment? * Overall Score for Outcome Measure 15**

| What is the social worker's area office assignment? *(compliance rate within area sample)* | Overall Score for Outcome Measure 15 | | |
|---|---|---|---|
| | **Needs Met** | **Needs Not Met** | **Total** |
| **Manchester (100.0%)** | 5 | 0 | 5 |
| **Middletown (100.0%)** | 2 | 0 | 2 |
| **New Britain (100.0%)** | 5 | 0 | 5 |
| **Willimantic (100.0%)** | 3 | 0 | 3 |
| **Greater New Haven (66.7%)** | 2 | 1 | 3 |
| **Bridgeport (50.0%)** | 2 | 2 | 4 |
| **Meriden (50.0%)** | 1 | 1 | 2 |
| **Torrington (50.0%)** | 1 | 1 | 2 |
| **Norwich (33.3%)** | 1 | 2 | 3 |
| **Hartford (20.0%)** | 1 | 4 | 5 |
| **Waterbury (16.7%)** | 1 | 5 | 6 |
| **Danbury (0.0%)** | 0 | 2 | 2 |
| **New Haven Metro (0.0%)** | 0 | 5 | 5 |
| **Norwalk (0.0%)** | 0 | 2 | 2 |
| **Stamford (0.0%)** | 0 | 2 | 2 |
| **Total (47.1%)** | 24 | 27 | 51 |

In reviewing the measure from inception of the process in the third quarter 2006, the highest rate of compliance with OM 15 is within the Torrington Office which has a rate of 78.6% "needs met" for the 14 cases sampled. This is followed by Manchester at 75.8% within 33 cases reviewed, and the Middletown Office with 64.3% compliance within the 14 cases reviewed. The lowest rate of compliance is within the Meriden Office which shows compliance with needs met in 28.6% of the 14 cases reviewed to date.

*Juan F.* v Rell Exit Plan Quarterly Report
March 31, 2008
_____

There are internal and external issues that contribute to children and families having their needs met or not. Cases that were deemed to not meet the child's needs were often impacted by circumstances beyond the assigned social worker's or social work supervisor's immediate control.

The lack of sufficient foster homes, readily available appropriate services and actions by children, parents, providers, other state agencies, courts municipal operations and other contributors to the findings indicated above. A combination of internal case management issues, systemic issues (internal and outside the Department) and client determination are at the root of identified barriers to service provision.

There is only a slight variation when looking at the case assignment type in relation to needs met. Of the 15 cases selected as in-home family cases, 7 or 46.7% achieved "needs met" status. Seventeen of the 36 cases with children in placement (47.2%) achieved "needs met" status. This quarter, Voluntary Service cases, both in-home and out of home failed to achieve "needs met" status.

**Crosstabulation 9: Overall Score for Outcome Measure 15 * What is the type of case assignment noted in LINK?**

| What is the type of case assignment noted in LINK? | Overall Score for Outcome Measure 15 | | |
|---|---|---|---|
| | Needs Met | Needs Not Met | Total |
| **CPS In-Home Family Case (IHF)** | 7<br>50.0% | 7<br>50.0% | 14<br>100.0% |
| **CPS Child in Placement Case (CIP)** | 17<br>48.5% | 18<br>51.4% | 35<br>100.0% |
| **Voluntary Services In-Home Family Case (VSIHF)** | 0<br>0.0% | 1<br>100.0% | 1<br>100.0% |
| **Voluntary Services Child in Placement Case (VSCIP)** | 0<br>0.0% | 1<br>100.0% | 1<br>100.0% |
| **Total** | 24<br>47.1% | 27<br>52.9% | 51<br>100.0% |

The overall score was also looked at through the filter of the stated permanency goal. Transfer of Guardianship had the best rate of compliance with Outcome Measure 15 in that all three cases had needs met - 100.0%. Adoption was second highest in having needs met in that 62.5% of cases with a goal of adoption had "needs met" status. APPLA cases had the lowest rate of compliance with Outcome Measure 15 in that 33.3% had needs met. This was followed closely by reunification cases in which only 38.5% had their needs met. The full breakdown is shown below:

*Juan F.* v Rell Exit Plan Quarterly Report
March 31, 2008

_____

**Crosstabulation 10:  What is the child or family's stated goal on the most recent approved treatment plan in place during the period? * Overall Score for Outcome Measure 15**

| What is the child or family's stated goal on the most recent approved treatment plan in place during the period? | | Overall Score for Outcome Measure 15 | | |
|---|---|---|---|---|
| | | Needs Met | Needs Not Met | Total |
| **Reunification** | Count | 5 | 8 | 13 |
| | % within stated goal during the period? | 38.5% | 61.5% | 100.0% |
| | % within Overall Score for OM15 | 20.8% | 29.6% | 25.5% |
| | % of Total | 9.8% | 15.7% | 25.5% |
| **Adoption** | Count | 5 | 3 | 8 |
| | % within stated goal during the period? | 62.5% | 37.5% | 100.0% |
| | % within Overall Score for OM15 | 20.8% | 11.1% | 15.7% |
| | % of Total | 9.8% | 5.9% | 15.7% |
| **Transfer of Guardianship** | Count | 3 | 0 | 3 |
| | % within stated goal during the period? | 100.0% | .0% | 100.0% |
| | % within Overall Score for OM15 | 12.5% | .0% | 5.9% |
| | % of Total | 5.9% | .0% | 5.9% |
| **In-Home Goals - Safety/Well Being Issues** | Count | 7 | 8 | 15 |
| | % within stated goal during the period? | 46.7% | 53.3% | 100.0% |
| | % within Overall Score for OM15 | 29.2% | 29.6% | 29.4% |
| | % of Total | 13.7% | 15.7% | 29.4% |
| **APPLA** | Count | 4 | 8 | 12 |
| | % within stated goal during the period? | 33.3% | 66.7% | 100.0% |
| | % within Overall Score for OM15 | 16.7% | 29.6% | 23.5% |
| | % of Total | 7.8% | 15.7% | 23.5% |
| **Total** | Count | 24 | 27 | 51 |
| | % within stated goal during the period? | 47.1% | 52.9% | 100.0% |
| | % within Overall Score for OM15 | 100.0% | 100.0% | 100.0% |
| | % of Total | 47.1% | 52.9% | 100.0% |

In total, Outcome Measure 15 looks at twelve categories of measurement to determine the level with which the Department was able to meet the needs of families and children. When looking at a break between passing scores (5 or 4) and those not passing (3 or less) there is a marked difference in performance among the categories.  Taken in isolation, the Department shows promising practices in legal action, safety of children in placement,

*Juan F.*  v Rell Exit Plan Quarterly Report
March 31, 2008

_____

attending to medical needs, and recruitment efforts for the prior period. The most problematic areas continue to be the provision of timely dental services, and mental health, behavioral health, and substance abuse services.  Reviewers also felt that children in intact family situations continue to be in marginally risky situations in 15.8% of the cases.   There were, however, no adverse or poor scores assessed related to risks/safety in either in-home or placement cases during this review. Please note that percentages are based on applicable cases within that category.

**Table 12:  Treatment Plan Categories Achieving Passing Status for 4Q 2007**

| Category | # Passing (Scores 4 or 5) | # Not Passing (Scores 3 or Less) |
|---|---|---|
| DCF Case Management – **Legal Action** to Achieve the Permanency Goal During the Prior Six Months (II.2) | 47 92.2% | 4 7.8% |
| **Safety – Children in Placement** (I.2) | 35 92.1% | 3 7.9% |
| **Educational** Needs  (IV. 2) | 42 85.7% | 7 14.3% |
| **Securing the Permanent Placement – Action Plan** for the Next Six Months (II.1) | 33 84.6% | 6 15.4% |
| **Safety – In Home** (I.1) | 16 84.2% | 3 15.8% |
| **DCF Case Management – Recruitment for Placement Providers** to achieve the Permanency Goal during the Prior Six Months (II.3) | 36 83.7% | 7 16.3% |
| Child's **Current Placement** (IV.1) | 30 81.1% | 7 18.9% |
| **Medical** Needs (III.1) | 41 80.4% | 10 19.6% |
| **Dental** Needs (III.2) | 39 76.5% | 12 23.5% |
| **DCF Case Management – Contracting or Providing Services** to achieve the Permanency Goal **during the Prior Six Months** (II.4) | 35 68.6% | 16 31.4% |
| **Mental Health, Behavioral and Substance Abuse Services** (III.3) | 31 63.3% | 18 36.7% |

Table 13 below provides the complete scoring for all cases by each category.

**Table 13:  Measurements of Treatment Plan OM 15 – Percentage of Rank Scores Attained Across All Categories**[6]

| Category | # Ranked Optimal "5" | # Ranked Very Good "4" | # Ranked Marginal "3" | # Ranked Poor "2" | # Ranked Adverse/Absent "1" | N/A To Case |
|---|---|---|---|---|---|---|
| **I.1  Safety – In Home** | 3<br>15.8% | 13<br>68.4% | 3<br>15.8% | 0 | 0 | 32 |
| **I.2.  Safety – Children in Placement** | 23<br>60.5% | 12<br>31.6% | 3<br>7.9% | 0 | 0 | 13 |
| **II.1  Securing the Permanent Placement – Action Plan for the Next Six Months** | 18<br>46.2% | 15<br>38.5% | 6<br>15.4% | 0 | 0 | 12 |
| **II.2.  DCF Case Management – Legal Action to Achieve the Permanency Goal During the Prior Six Months** | 37<br>72.5% | 10<br>19.6% | 4<br>7.8% | 0 | 0 | 0 |
| **II.3  DCF Case Management – Recruitment for Placement Providers to achieve the Permanency Goal in Prior Six Months** | 27<br>62.8% | 9<br>20.9% | 7<br>16.3% | 0 | 0 | 8 |
| **II.4.  DCF Case Management – Contracting or Providing Services to achieve the Permanency Goal in Prior Six Months** | 15<br>29.4% | 20<br>39.2% | 16<br>31.4% | 0 | 0 | 0 |
| **III.1  Medical Needs** | 26<br>51.0% | 15<br>29.4% | 7<br>13.7% | 2<br>5.9% | 0 | 0 |
| **III.2  Dental Needs** | 30<br>58.8% | 9<br>17.6% | 8<br>15.7% | 3<br>5.9% | 1<br>2.0% | 0 |
| **III.3  Mental Health, Behavioral and Substance Abuse Services** | 14<br>28.6% | 17<br>34.7% | 16<br>32.7% | 2<br>4.1% | 0 | 2 |
| **IV.1  Child's Current Placement** | 14<br>37.8% | 16<br>43.2% | 5<br>13.5% | 2<br>5.4% | 0 | 14 |
| **IV. 2  Educational Needs** | 25<br>51.0% | 17<br>34.7% | 5<br>10.2% | 1<br>2.0% | 1<br>2.0% | 2 |

For a complete listing of rank scores for Outcome Measure 15 by case, see Appendix.

---

[6] Percentages are based on applicable cases for the individual measure.  Those cases marked N/A are excluded from the denominator in each row's calculation of percentage.  A number of cases had both in-home and out of home status <u>at some point</u> during the six month period of review.

_____

From an alternate view, the data was analyzed to provide a comparative look at the median for each of the Outcome Measure 15 categories.  As with the chart provided for Outcome Measure 3, this is presented as a method to identify trends across time, and is not a reflection of overall compliance with the 80% requirement for Outcome Measure 15 - Needs Met.

**Table 14:  Mean Averages for Outcome Measure 15 - Needs Met (3rd Quarter 2006 - 4th Quarter 2007)**

| Outcome Measure Needs Met - Median Scores Over Time | | | | | | |
|---|---|---|---|---|---|---|
| | 3Q2006 | 4Q2006 | 1Q2007 | 2Q2007 | 3Q2007 | 4Q2007 |
| **Safety: In-Home** | 4.00 | 3.75 | 3.78 | 4.00 | 4.20 | 4.00 |
| **Safety:  CIP** | 4.43 | 4.15 | 4.39 | 4.36 | 4.57 | 4.53 |
| **Permanency:  Securing the Permanent Placement Action Plan for the Next Six Months** | 4.38 | 4.22 | 4.19 | 4.16 | 4.53 | 4.31 |
| **Permanency:  DCF Case Mgmt - Legal Action to Achieve Permanency in Prior Six Months** | 4.29 | 4.45 | 4.67 | 4.67 | 4.74 | 4.65 |
| **Permanency:  DCF Case Mgmt - Recruitment for Placement Providers to Achieve Permanency in Prior Six Months** | 4.42 | 4.42 | 4.20 | 4.43 | 4.56 | 4.47 |
| **Permanency:  DCF Case Mgmt - Contracting or Providing Services to Achieve Permanency during Prior Six Months** | 4.17 | 4.03 | 3.79 | 4.13 | 4.12 | 3.98 |
| **Well-Being:  Medical** | 4.31 | 4.34 | 4.28 | 4.22 | 4.34 | 4.25 |
| **Well-Being:  Dental** | 4.47 | 3.93 | 3.87 | 4.13 | 4.12 | 4.25 |
| **Well-Being:  Mental Health, Behavioral and Substance Abuse Services** | 4.40 | 4.07 | 3.72 | 3.91 | 4.02 | 3.88 |
| **Well-Being: Child's Current Placement** | 4.48 | 4.30 | 4.23 | 4.21 | 4.37 | 4.14 |
| **Well Being:  Education** | 4.46 | 4.26 | 4.05 | 4.07 | 4.32 | 4.31 |

*Juan F.* v Rell Exit Plan Quarterly Report
March 31, 2008

In 29 of the 51 cases, the reviewers found evidence of unmet needs during the six-month period.  70 discrete needs were identified across those 29 cases.  Of those identified needs remaining unmet during the last treatment planning cycle, "mental health services" accounted for 28.6% of all needs.

### Table 15:  Frequency of Unmet Service Needs

| Category of Need | Service Sub-Category | Total |
|---|---|---|
| **Mental Health Services (n=20)** | Family or Marital Counseling | 6 |
| | Individual Counseling | 6 |
| | Other State Agency | 2 |
| | Therapeutic Child Care | 2 |
| | Anger Management | 1 |
| | Behavior Management | 1 |
| | JJ Intermediate Evaluation | 1 |
| | Psychiatric Evaluation | 1 |
| **Support Services (n=15)** | Mentoring | 6 |
| | Parenting Classes | 5 |
| | Family Reunification Services | 2 |
| | Adoption Supports | 1 |
| | Foster Care Support | 1 |
| **Dental (n=9)** | Dental Screenings/Evaluation | 7 |
| | Dental or Orthodontic services | 2 |
| **Medical (n=7)** | Health/Medical Screening or Evaluation | 2 |
| | Medication Management | 2 |
| | Other Medical Intervention | 2 |
| | Developmental Screening/Evaluation | 1 |
| **Domestic Violence Treatment (n=6)** | DV Services - Perpetrator | 5 |
| | DV Services - Victim | 1 |
| **Substance Abuse Treatment (n=5)** | Outpatient Substance Abuse | 2 |
| | Substance Abuse Screening/Evaluation | 2 |
| | Substance Abuse Prevention | 1 |
| **Out of Home Care (n=4)** | Adoption Recruitment | 1 |
| | Matching (including ICO) | 1 |
| | Relative Foster Care | 1 |
| | Therapeutic Foster Care | 1 |
| **Training (n=2)** | Life Skills Training | 2 |
| **Housing (n=1)** | Emergency Shelter (Family) | 1 |
| **Education (n=1)** | Head Start | 1 |
| **Total** | | **70** |

Barriers to meeting the needs were identified for the majority of cases.  There is a combination of internal case management issues, systematic issues, (both internal and outside of the Department), and client determination issues raised as follows:

*Juan F.* v Rell Exit Plan Quarterly Report
March 31, 2008

## Table 16: Barriers to Service during last six months

| Service Category | Client Refused | Deferred pending completion of another service | wait listed | no service identified | No slots | DCF delay in referral | Financing Unavailable | Insurance Issues | Service Does Not Exist in Community | Language | Hours of Operation | Provider Issue (staffing or unwilling to engage referred client) | UTD | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dental Screenings/Evaluation | 1 | | | | | 1 | | 2 | | 1 | 1 | | | 1 - case mgmt | 7 |
| Family or Marital Counseling | 1 | 1 | 1 | | | 1 | | | | | | | 2 | | 6 |
| Individual Counseling | 2 | 0 | 1 | | | 2 | | | | | | | 1 | | 6 |
| Mentoring | | | | | | 1 | 2 | | | | | 1 | 1 | 1- FP not in agreement | 6 |
| DV Services - Perpetrator | 3 | | 1 | | | | | | | | | | 1 | | 5 |
| Parenting Classes | 2 | | 1 | | | | | | 2 | | | | | | 5 |
| Dental or Orthodontic services | | | | | | | | 1 | | | | | | 1-parent delay | 2 |
| Family Reunification Services | 1 | | | | | | | | | | | | 1 | | 2 |
| Health/Medical Screening or Evaluation | | | | | | | | | | | | | | 1 - removal caused missed appointment, 1-case mgmt | 2 |
| Life Skills Training | | | | | | 2 | | | | | | | | | 2 |
| Medication Management | 1 | | | | | | | | | | | | | 1 - related to side effects | 2 |
| Other Medical Intervention | | | | | | 2 | | | | | | | | | 2 |
| Other State Agency | | | | | | 1 | | | | | | 1 | | | 2 |
| Outpatient Substance Abuse | 1 | | 1 | | | | | | | | | | | | 2 |
| Substance Abuse Screening/Evaluation | 1 | | | 1 | | | | | | | | | | | 2 |
| Therapeutic Child Care | | 1 | 1 | | | | | | | | | | | | 2 |
| Adoption Recruitment | | | | | | | | | | | | 1 | | | 1 |
| Adoption Supports | | | | | | | | 1 | | | | | | | 1 |
| Anger Management | | | | | | | | | | | | | 1 | | 1 |
| Behavior Management | | | | | | | | | | | | | 1 | | 1 |
| Developmental Screening/Evaluation | | | | | | 1 | | | | | | | | | 1 |
| DV Services - Victim | | | | 1 | | | | | | | | | | | 1 |
| Emergency Shelter (Family) | | | | | 1 | | | | | | | | | | 1 |
| Foster Care Support | | | | | | | | | | | | | 1 | | 1 |
| Head Start | | | | | | 1 | | | | | | | | | 1 |
| JJ Intermediate Education | | | | | | | | 1 | | | | | | | 1 |
| Matching (including ICO) | | | | | 1 | | | | | | | | | | 1 |
| Psychiatric Evaluation | | | | | | | | 1 | | | | | | | 1 |
| Relative Foster Care | | | | | | | | | | | | | | 1-process itself | 1 |
| Substance Abuse Prevention | | 1 | | | | | | | | | | | | | 1 |
| Therapeutic Foster Care | | | | | | 1 | | | | | | | | | 1 |
| All Unmet Needs | 13 | 3 | 6 | 2 | 2 | 13 | 3 | 5 | 2 | 1 | 1 | 3 | 9 | 7 | 70 |

*Juan F.* v Rell Exit Plan Quarterly Report
March 31, 2008

In looking at the barriers identified, it is clear that DCF case management issues were identified in 21 of the cases cited (including deferred services, delayed referrals, internal process, financing), the client was the identified barrier for 15 instances identified, lack of provider resources are identifiable in 13 responses, issues related to a provider or foster parent resource were identified in 6 instances, and insurance issues were identified in 6 cases. In 9 cases the reviewer indicated unable to determine (UTD) the barrier.

When looking forward using the current treatment planning document for the upcoming six-month period, 25 cases (49.0%) had evidence of a service need that was clearly identified at the ACR/TPC or within LINK documentation but that was not incorporated into the current treatment plan document. A total of 49 services were identified within the 30 cases. Table 17 below provides the list identified by the reviewers:

**Table 17: Services Not Incorporated into Current Approved Treatment Plan**

| Service Category | # |
|---|---|
| Case Management/Support/Advocacy | 8 |
| Dental Screenings/Evaluation | 8 |
| Life Skills Training | 3 |
| Substance Abuse Screening/Evaluation | 3 |
| Educational screening or evaluation | 2 |
| Individual Counseling | 2 |
| Mentoring | 2 |
| Therapeutic Foster Care | 2 |
| Behavior Management | 1 |
| Childcare/Daycare | 1 |
| Day Treatment/Partial Hospitalization | 1 |
| DCF Foster Care | 1 |
| DV Shelter | 1 |
| Family or Marital Counseling | 1 |
| Family Reunification Services | 1 |
| Health/Medical Screening or Evaluation | 1 |
| Job Coaching/Placement | 1 |
| Life Long Family Ties | 1 |
| Matching (including ICO) | 1 |
| Medication Management | 1 |
| Other Medical Intervention | 1 |
| Parenting Classes | 1 |
| Preparation for Adult Living | 1 |
| Residential | 1 |
| Sexual Abuse Therapy - Victim | 1 |
| Therapeutic Child Care | 1 |
| Youth Shelter/STAR | 1 |
| | 49 |

The failure to include these services directly on treatment plan action steps to achieve stated goals for the current cycle lends to subsequent failure to address the engagement and progress of these items on future treatment planning documents, as well as, misrepresenting the level of expectation for clients, providers and DCF during the period to follow.

_____

# Appendix 1

Rank Scores for Outcome Measure 3
And
Outcome Measure 15

*Juan F*. v Rell Exit Plan Quarterly Report
March 31, 2008

| What is the social worker's area office assignment? | Was the family or child's language needs accommodated? | Has the treatment plan been approved by the SWS? | Reason for DCF Involvement | Identifying Information | Strengths, Needs and Other Issues | Present Situation and Assessment to Date of Review | Determining the Goals/Objectives | Progress | Action Steps to Achieving Goals Identified for the Upcoming Six Month Period | Planning for Permanency | Overall Score for OM3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bridgeport 1 | yes | yes | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Appropriate Treatment Plan |
| 2 | yes | yes | Optimal | Very Good | Very Good | Very Good | Very Good | Optimal | Marginal | Very Good | Appropriate Treatment Plan |
| 3 | yes | yes | Optimal | Very Good | Marginal | Marginal | Marginal | Very Good | Marginal | Marginal | Not Appropriate |
| 4 | yes | yes | Optimal | Marginal | Marginal | Marginal | Very Good | Very Good | Marginal | Optimal | Not Appropriate |
| Danbury 1 | yes | yes | Optimal | Very Good | Optimal | Very Good | Optimal | Optimal | Poor | Optimal | Not Appropriate |
| 2 | yes | yes | Very Good | Very Good | Marginal | Very Good | Marginal | Very Good | Marginal | Marginal | Not Appropriate |

| What is the social worker's area office assignment? | | Was the family or child's language needs accommodated? | Has the treatment plan been approved by the SWS? | Reason for DCF Involvement | Identifying Information | Strengths, Needs and Other Issues | Present Situation and Assessment to Date of Review | Determining the Goals/Objectives | Progress | Action Steps to Achieving Goals Identified for the Upcoming Six Month Period | Planning for Permanency | Overall Score for OM3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Greater New Haven | 1 | yes | yes | Very Good | Marginal | Marginal | Marginal | Marginal | Very Good | Marginal | Very Good | Not Appropriate |
| | 2 | yes | yes | Very Good | Marginal | Very Good | Very Good | Very Good | Marginal | Marginal | Optimal | Not Appropriate |
| | 3 | yes | yes | Optimal | Optimal | Optimal | Very Good | Very Good | Optimal | Very Good | Optimal | Appropriate Treatment Plan |
| Hartford | 1 | yes | yes | Optimal | Very Good | Optimal | Very Good | Marginal | Very Good | Marginal | Marginal | Not Appropriate |
| | 2 | yes | yes | Optimal | Very Good | Very Good | Very Good | Marginal | Very Good | Very Good | Marginal | Not Appropriate |
| | 3 | yes | yes | Optimal | Very Good | Optimal | Very Good | Very Good | Optimal | Very Good | Very Good | Appropriate Treatment Plan |
| | 4 | yes | yes | Optimal | Very Good | Marginal | Marginal | Poor | Too early to note progress | Poor | Very Good | Not Appropriate |
| | 5 | yes | yes | Very Good | Optimal | Marginal | Very Good | Very Good | Marginal | Marginal | Optimal | Not Appropriate |

| What is the social worker's area office assignment? | | Was the family or child's language needs accommodated? | Has the treatment plan been approved by the SWS? | Reason for DCF Involvement | Identifying Information | Strengths, Needs and Other Issues | Present Situation and Assessment to Date of Review | Determining the Goals/Objectives | Progress | Action Steps to Achieving Goals Identified for the Upcoming Six Month Period | Planning for Permanency | Overall Score for OM3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Manchester | 1 | yes | yes | Optimal | Very Good | Very Good | Very Good | Optimal | Optimal | Optimal | Optimal | Appropriate Treatment Plan |
| | 2 | yes | yes | Optimal | Very Good | Optimal | Optimal | Optimal | Optimal | Very Good | Very Good | Appropriate Treatment Plan |
| | 3 | yes | yes | Optimal | Very Good | Optimal | Very Good | Very Good | Very Good | Very Good | Optimal | Appropriate Treatment Plan |
| | 4 | yes | yes | Optimal | Very Good | Very Good | Optimal | Very Good | Very Good | Very Good | Very Good | Appropriate Treatment Plan |
| | 5 | yes | yes | Optimal | Optimal | Very Good | Very Good | Marginal | Very Good | Very Good | Very Good | Appropriate Treatment Plan |
| Meriden | 1 | yes | yes | Very Good | Optimal | Optimal | Optimal | Optimal | Very Good | Very Good | Very Good | Appropriate Treatment Plan |
| | 2 | yes | yes | Optimal | Very Good | Very Good | Very Good | Marginal | Optimal | Very Good | Very Good | Appropriate Treatment Plan |

*Juan F*. v Rell Exit Plan Quarterly Report
March 31, 2008

| What is the social worker's area office assignment? | | Was the family or child's language needs accommodated? | Has the treatment plan been approved by the SWS? | Reason for DCF Involvement | Identifying Information | Strengths, Needs and Other Issues | Present Situation and Assessment to Date of Review | Determining the Goals/Objectives | Progress | Action Steps to Achieving Goals Identified for the Upcoming Six Month Period | Planning for Permanency | Overall Score for OM3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Middletown | 1 | yes | yes | Optimal | Optimal | Optimal | Optimal | Optimal | Very Good | Optimal | Optimal | Appropriate Treatment Plan |
| | 2 | yes | yes | Optimal | Very Good | Optimal | Optimal | Very Good | Optimal | Very Good | Very Good | Appropriate Treatment Plan |
| New Britain | 1 | yes | yes | Optimal | Very Good | Very Good | Very Good | Very Good | Optimal | Optimal | Very Good | Appropriate Treatment Plan |
| | 2 | yes | yes | Optimal | Optimal | Optimal | Optimal | Very Good | Optimal | Very Good | Optimal | Appropriate Treatment Plan |
| | 3 | yes | yes | Optimal | Very Good | Very Good | Optimal | Very Good | Very Good | Very Good | Optimal | Appropriate Treatment Plan |
| | 4 | yes | yes | Optimal | Very Good | Optimal | Optimal | Very Good | Very Good | Optimal | Optimal | Appropriate Treatment Plan |
| | 5 | yes | yes | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Marginal | Optimal | Appropriate Treatment Plan |

_Juan F_. v Rell Exit Plan Quarterly Report
March 31, 2008

| What is the social worker's area office assignment? | | Was the family or child's language needs accommodated? | Has the treatment plan been approved by the SWS? | Reason for DCF Involvement | Identifying Information | Strengths, Needs and Other Issues | Present Situation and Assessment to Date of Review | Determining the Goals/Objectives | Progress | Action Steps to Achieving Goals Identified for the Upcoming Six Month Period | Planning for Permanency | Overall Score for OM3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New Haven Metro | 1 | yes | yes | Very Good | Very Good | Optimal | Optimal | Very Good | Very Good | Marginal | Marginal | Not Appropriate |
| | 2 | yes | yes | Very Good | Very Good | Very Good | Very Good | Very Good | Marginal | Marginal | Marginal | Not Appropriate |
| | 3 | yes | yes | Optimal | Very Good | Very Good | Very Good | Very Good | Optimal | Marginal | Very Good | Appropriate Treatment Plan |
| | 4 | yes | yes | Optimal | Optimal | Optimal | Optimal | Very Good | Very Good | Very Good | Optimal | Appropriate Treatment Plan |
| | 5 | yes | yes | Optimal | Very Good | Very Good | Very Good | Marginal | Very Good | Marginal | Very Good | Not Appropriate |
| Norwalk | 1 | yes | yes | Very Good | Optimal | Very Good | Very Good | Very Good | Optimal | Very Good | Optimal | Appropriate Treatment Plan |
| | 2 | yes | yes | Marginal | Very Good | Marginal | Very Good | Poor | Very Good | Marginal | Very Good | Not Appropriate |

| What is the social worker's area office assignment? | | Was the family or child's language needs accommodated? | Has the treatment plan been approved by the SWS? | Reason for DCF Involvement | Identifying Information | Strengths, Needs and Other Issues | Present Situation and Assessment to Date of Review | Determining the Goals/Objectives | Progress | Action Steps to Achieving Goals Identified for the Upcoming Six Month Period | Planning for Permanency | Overall Score for OM3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Norwich | 1 | yes | yes | Optimal | Very Good | Very Good | Optimal | Optimal | Optimal | Optimal | Optimal | Appropriate Treatment Plan |
| | 2 | yes | yes | Optimal | Optimal | Optimal | Optimal | Marginal | Very Good | Marginal | Optimal | Not Appropriate |
| | 3 | yes | yes | Optimal | Very Good | Optimal | Optimal | Very Good | Optimal | Very Good | Optimal | Not Appropriate |
| Stamford | 1 | yes | no | Optimal | Very Good | Very Good | Optimal | Very Good | Optimal | Poor | Marginal | Not Appropriate |
| | 2 | yes | yes | Marginal | Marginal | Optimal | Very Good | Marginal | Poor | Marginal | Very Good | Not Appropriate |
| Torrington | 1 | yes | yes | Optimal | Very Good | Marginal | Very Good | Marginal | Very Good | Marginal | Very Good | Not Appropriate |
| | 2 | yes | yes | Very Good | Optimal | Very Good | Optimal | Very Good | Too early to note progress | Very Good | Optimal | Appropriate Treatment Plan |

| What is the social worker's area office assignment? | Was the family or child's language needs accommodated? | Has the treatment plan been approved by the SWS? | Reason for DCF Involvement | Identifying Information | Strengths, Needs and Other Issues | Present Situation and Assessment to Date of Review | Determining the Goals/Objectives | Progress | Action Steps to Achieving Goals Identified for the Upcoming Six Month Period | Planning for Permanency | Overall Score for OM3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Waterbury 1 | yes | yes | Optimal | Marginal | Very Good | Very Good | Poor | Very Good | Marginal | Poor | Not Appropriate |
| 2 | yes | yes | Optimal | Very Good | Optimal | Optimal | Marginal | Very Good | Marginal | Optimal | Not Appropriate |
| 3 | yes | yes | Optimal | Optimal | Marginal | Very Good | Marginal | Very Good | Marginal | Very Good | Not Appropriate |
| 4 | yes | yes | Very Good | Very Good | Optimal | Optimal | Marginal | Very Good | Marginal | Marginal | Not Appropriate |
| 5 | yes | yes | Very Good | Very Good | Very Good | Very Good | Very Good | Optimal | Very Good | Optimal | Appropriate Treatment Plan |
| 6 | yes | yes | Optimal | Marginal | Very Good | Marginal | Very Good | Very Good | Marginal | Very Good | Not Appropriate |
| Willimantic 1 | yes | yes | Optimal | Very Good | Optimal | Very Good | Optimal | Optimal | Very Good | Very Good | Appropriate Treatment Plan |
| 2 | yes | yes | Optimal | Optimal | Very Good | Very Good | Optimal | Optimal | Marginal | Very Good | Not Appropriate |
| 3 | yes | yes | Optimal | Very Good | Optimal | Optimal | Optimal | Very Good | Very Good | Optimal | Appropriate Treatment Plan |

*Juan F.* v Rell Exit Plan Quarterly Report
March 31, 2008

## Case Summaries for Outcome Measure 15 4th Quarter 2007

| What is the social worker's area office assignment? | | Safety: In-Home | Safety: Child In Placement | Permanency: Securing the Permanent Placement - Action Plan for the Next Six Months | Permanency: DCF Case Mgmt - Legal Action to Achieve the Permanency Goal During the Prior Six Months | Permanency: DCF Case Mgmt - Recruitment for Placement Providers to achieve the Permanency Goal during the Prior Six Months | Permanency: DCF Case Mgmt - Contracting or Providing Services to Achieve the Permanency Goal during the Prior Six Months | Well-Being: Medical Needs | Well-Being: Dental Needs | Well-Being: Mental Health, Behavioral and Substance Abuse Services | Well-Being: Child's Current Placement | Well-Being: Education | Overall Score for Outcome Measure 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bridgeport | 1 | N/A to Case Type | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | N/A to Case Type | Optimal | N/A to Case Type | Needs Met |
| | 2 | N/A to Case Type | Optimal | Optimal | Optimal | N/A to Case Type | Optimal | Optimal | Optimal | Very Good | Very Good | Optimal | Needs Met |
| | 3 | N/A to Case Type | Optimal | Optimal | Marginal | Optimal | Marginal | Optimal | Optimal | N/A to Case Type | Optimal | Optimal | Needs Not Met |
| | 4 | Optimal | N/A to Case Type | N/A to Case Type | Very Good | N/A to Case Type | Marginal | Poor | Absent/Averse | Very Good | N/A to Case Type | Very Good | Needs Not Met |
| Danbury | 1 | Marginal | N/A to Case Type | N/A to Case Type | Optimal | Very Good | Very Good | Poor | Poor | Very Good | N/A to Case Type | Marginal | Needs Not Met |
| | 2 | N/A to Case Type | Marginal | Marginal | Marginal | Marginal | Marginal | Very Good | Very Good | Marginal | Marginal | Very Good | Needs Not Met |
| Greater New Haven | 1 | N/A to Case Type | Marginal | Very Good | Optimal | Very Good | Very Good | Very Good | Marginal | Very Good | Poor | Optimal | Needs Not Met |
| | 2 | N/A to Case Type | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Very Good | Optimal | Optimal | Needs Met |
| | 3 | Very Good | N/A to Case Type | N/A to Case Type | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | N/A to Case Type | Optimal | Needs Met |

| What is the social worker's area office assignment? | | Safety: In-Home | Safety: Child In Placement | Permanency: Securing the Permanent Placement - Action Plan for the Next Six Months | Permanency: DCF Case Mgmt - Legal Action to Achieve the Permanency Goal During the Prior Six Months | Permanency: DCF Case Mgmt - Recruitment for Placement Providers to achieve the Permanency Goal during the Prior Six Months | Permanency: DCF Case Mgmt - Contracting or Providing Services to Achieve the Permanency Goal during the Prior Six Months | Well-Being: Medical Needs | Well-Being: Dental Needs | Well-Being: Mental Health, Behavioral and Substance Abuse Services | Well-Being: Child's Current Placement | Well-Being: Education | Overall Score for Outcome Measure 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hartford | 1 | N/A to Case Type | Very Good | Very Good | Optimal | Optimal | Marginal | Optimal | Optimal | Very Good | Very Good | Very Good | Needs Not Met |
| | 2 | N/A to Case Type | Very Good | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Very Good | Needs Met |
| | 3 | Marginal | Marginal | Very Good | Marginal | Marginal | Marginal | Very Good | Marginal | Poor | Poor | Absent/Averse | Needs Not Met |
| | 4 | Very Good | Optimal | Marginal | Very Good | Optimal | Marginal | Marginal | Very Good | Marginal | Very Good | Poor | Needs Not Met |
| | 5 | Very Good | N/A to Case Type | N/A to Case Type | Marginal | Optimal | Very Good | Very Good | Very Good | Marginal | N/A to Case Type | Marginal | Needs Not Met |
| Manchester | 1 | N/A to Case Type | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Needs Met |
| | 2 | N/A to Case Type | Optimal | Optimal | Very Good | Very Good | Optimal | Very Good | Optimal | Optimal | Very Good | Very Good | Needs Met |
| | 3 | N/A to Case Type | Very Good | Very Good | Optimal | Optimal | Marginal | Very Good | Marginal | Very Good | Very Good | Very Good | Needs Met |
| | 4 | N/A to Case Type | Optimal | Very Good | Optimal | Optimal | Very Good | Optimal | Optimal | Optimal | Very Good | Optimal | Needs Met |
| | 5 | Very Good | N/A to Case Type | N/A to Case Type | Optimal | N/A to Case Type | Very Good | Very Good | Very Good | Very Good | N/A to Case Type | Very Good | Needs Met |

*Juan F.* v Rell Exit Plan Quarterly Report
March 31, 2008

| | | Safety: In-Home | Safety: Child In Placement | Permanency: Securing the Permanent Placement - Action Plan for the Next Six Months | Permanency: DCF Case Mgmt - Legal Action to Achieve the Permanency Goal During the Prior Six Months | Permanency: DCF Case Mgmt - Recruitment for Placement Providers to achieve the Permanency Goal during the Prior Six Months | Permanency: DCF Case Mgmt - Contracting or Providing Services to Achieve the Permanency Goal during the Prior Six Months | Well-Being: Medical Needs | Well-Being: Dental Needs | Well-Being: Mental Health, Behavioral and Substance Abuse Services | Well-Being: Child's Current Placement | Well-Being: Education | Overall Score for Outcome Measure 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meriden | 1 | Optimal | N/A to Case Type | N/A to Case Type | Optimal | N/A to Case Type | Optimal | Optimal | Very Good | Marginal | N/A to Case Type | Optimal | Needs Not Met |
| | 2 | N/A to Case Type | Very Good | Very Good | Optimal | Optimal | Very Good | Very Good | Optimal | Very Good | Very Good | Very Good | Needs Met |
| Middletown | 1 | Very Good | N/A to Case Type | Optimal | Optimal | Optimal | Very Good | Optimal | Very Good | Very Good | N/A to Case Type | Optimal | Needs Met |
| | 2 | N/A to Case Type | Optimal | Optimal | Optimal | Optimal | Very Good | Optimal | Optimal | Optimal | Optimal | Optimal | Needs Met |
| New Britain | 1 | N/A to Case Type | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Marginal | Optimal | Optimal | N/A to Case Type | Needs Met |
| | 2 | N/A to Case Type | Optimal | Optimal | Very Good | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Needs Met |
| | 3 | Very Good | Very Good | Optimal | Optimal | Very Good | Optimal | Marginal | Very Good | Very Good | Very Good | Optimal | Needs Met |
| | 4 | N/A to Case Type | Optimal | Optimal | Optimal | Optimal | Optimal | Very Good | Optimal | Optimal | Optimal | Optimal | Needs Met |
| | 5 | Very Good | Optimal | N/A to Case Type | Optimal | N/A to Case Type | Optimal | Optimal | Optimal | Optimal | Very Good | Optimal | Needs Met |

| New Haven Metro | 1 | N/A to Case Type | Very Good | Marginal | Very Good | Marginal | Very Good | Very Good | Optimal | Marginal | Marginal | Optimal | Needs Not Met |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | N/A to Case Type | Optimal | Marginal | Optimal | Optimal | Marginal | Optimal | Optimal | Marginal | Marginal | Very Good | Needs Not Met |
| | 3 | Very Good | N/A to Case Type | N/A to Case Type | Very Good | Optimal | Very Good | Marginal | Optimal | Marginal | N/A to Case Type | Marginal | Needs Not Met |
| | 4 | Very Good | Very Good | Very Good | Optimal | Optimal | Marginal | Very Good | Marginal | Marginal | Very Good | Very Good | Needs Not Met |
| | 5 | N/A to Case Type | Very Good | Marginal | Optimal | Very Good | Very Good | Optimal | Optimal | Marginal | Very Good | Very Good | Needs Not Met |

| What is the social worker's area office assignment? | | Safety: In-Home | Safety: Child In Placement | Permanency: Securing the Permanent Placement - Action Plan for the Next Six Months | Permanency: DCF Case Mgmt - Legal Action to Achieve the Permanency Goal During the Prior Six Months | Permanency: DCF Case Mgmt - Recruitment for Placement Providers to achieve the Permanency Goal during the Prior Six Months | Permanency: DCF Case Mgmt - Contracting or Providing Services to Achieve the Permanency Goal during the Prior Six Months | Well-Being: Medical Needs | Well-Being: Dental Needs | Well-Being: Mental Health, Behavioral and Substance Abuse Services | Well-Being: Child's Current Placement | Well-Being: Education | Overall Score for Outcome Measure 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Norwalk | 1 | N/A to Case Type | Optimal | Optimal | Optimal | Very Good | Marginal | Optimal | Marginal | Marginal | Marginal | Optimal | Needs Not Met |
| | 2 | Very Good | N/A to Case Type | N/A to Case Type | Optimal | N/A to Case Type | Marginal | Poor | Poor | Poor | N/A to Case Type | Very Good | Needs Not Met |
| Norwich | 1 | Very Good | N/A to Case Type | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Very Good | N/A to Case Type | Optimal | Needs Met |
| | 2 | N/A to Case Type | Optimal | Optimal | Optimal | Optimal | Marginal | Optimal | Optimal | Marginal | Optimal | Optimal | Needs Not Met |
| | 3 | N/A to Case Type | Optimal | Very Good | Optimal | Marginal | Marginal | Marginal | Optimal | Marginal | Very Good | Optimal | Needs Not Met |

*Juan F.* v Rell Exit Plan Quarterly Report
March 31, 2008

| | | Safety: In-Home | Safety: Child In Placement | Permanency: Securing the Permanent Placement - Action Plan for the Next Six Months | Permanency: DCF Case Mgmt - Legal Action to Achieve the Permanency Goal During the Prior Six Months | Permanency: DCF Case Mgmt - Recruitment for Placement Providers to achieve the Permanency Goal during the Prior Six Months | Permanency: DCF Case Mgmt - Contracting or Providing Services to Achieve the Permanency Goal during the Prior Six Months | Well-Being: Medical Needs | Well-Being: Dental Needs | Well-Being: Mental Health, Behavioral and Substance Abuse Services | Well-Being: Child's Current Placement | Well-Being: Education | Overall Score for Outcome Measure 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stamford | 1 | Very Good | N/A to Case Type | N/A to Case Type | Optimal | Marginal | Marginal | Very Good | Very Good | Marginal | N/A to Case Type | Very Good | Needs Not Met |
| | 2 | N/A to Case Type | Optimal | Very Good | Optimal | Optimal | Very Good | Marginal | Optimal | Optimal | Very Good | Very Good | Needs Not Met |
| Torrington | 1 | N/A to Case Type | Very Good | Very Good | Optimal | Optimal | Very Good | Optimal | Optimal | Optimal | Very Good | Marginal | Needs Not Met |
| | 2 | Optimal | N/A to Case Type | N/A to Case Type | Very Good | N/A to Case Type | Very Good | Optimal | Optimal | Very Good | N/A to Case Type | Optimal | Needs Met |
| Waterbury | 1 | N/A to Case Type | Optimal | Marginal | Optimal | Marginal | Very Good | Optimal | Optimal | Very Good | Marginal | Very Good | Needs Not Met |
| | 2 | N/A to Case Type | Optimal | Optimal | Optimal | Optimal | Optimal | Optimal | Marginal | Optimal | Optimal | Optimal | Needs Met |
| | 3 | N/A to Case Type | Optimal | Very Good | Very Good | Very Good | Very Good | Marginal | Optimal | Very Good | Optimal | Marginal | Needs Not Met |
| | 4 | N/A to Case Type | Very Good | Very Good | Very Good | N/A to Case Type | Very Good | Very Good | Very Good | Marginal | Very Good | Optimal | Needs Not Met |
| | 5 | N/A to Case Type | Very Good | Very Good | Optimal | Marginal | Marginal | Very Good | Optimal | Marginal | Optimal | Optimal | Needs Not Met |
| | 6 | Marginal | Very Good | Optimal | Very Good | Very Good | Marginal | Marginal | Marginal | Marginal | N/A to Case Type | Very Good | Needs Not Met |

45

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Willimantic | 1 | N/A to Case Type | Optimal | Very Good | Optimal | Optimal | Very Good | Optimal | Optimal | Optimal | Optimal | Optimal | Needs Met |
| | 2 | Very Good | N/A to Case Type | N/A to Case Type | Optimal | Optimal | Very Good | Very Good | Poor | Very Good | N/A to Case Type | Very Good | Needs Met |
| | 3 | N/A to Case Type | Optimal | Very Good | Optimal | Very Good | Very Good | Optimal | Optimal | Very Good | Very Good | Optimal | Needs Met |

46

### *Juan F.* Action Plan

In March 2007, the parties agreed to an action plan for addressing key components of case practice related to meeting children's needs. The *Juan F.* Action Plan focuses on a number of key action steps to address permanency, placement and treatment issues that impact children served by the Department.  These issues include children in SAFE Homes and other emergency or temporary placements for more than 60 days; children in congregate care (especially children age 12 and under); and the permanency service needs of children in care, particularly those in care for 15 months or longer.

A set of monitoring strategies for the *Juan F.* Action Plan were finalized by the Court Monitor. The monitoring strategies include regular meetings with the Department staff, the Plaintiffs, provider groups, and other stakeholders to focus on the impact of the action steps outlined in the *Juan F.* Action Plan; selected on-site visits with a variety of providers each quarter; targeted reviews of critical elements of the *Juan F.* Action Plan; ongoing analysis of submitted data reports; and attendance at a variety of meetings related to the specific initiatives and ongoing activities outlined in the *Juan F.* Action Plan. Targeted reviews are underway that build upon the current methodology for Needs Met (Outcome Measure 15) and incorporate additional qualitative review elements including interviews with children and families, assigned DCF staff, service providers, and significant collaterals within cases reviewed. These reviews will inform the parties and promote practice improvement.  These reviews were developed and piloted beginning in September 2007. The Court Monitor continues to work closely with both parties to ensure that the reviews are targeted, integrated and results orientated.

A review of children in temporary placements, STAR/Shelter programs and SAFE Home was recently completed and released on March 18, 2008 "*Juan F.* Court Monitor's Review of Children in Overstay Status (>60Days) within Temporary Congregate Care Placement Settings and *Juan F.* Court Monitor's Review of Adolescents in Temporary Placement- Old Shelter Model Facilities". The development of the methodology for conducting a review of several cohorts of children with various permanency and placement characteristics including APPLA cases, reunification cases and adoption cases is in progress. Input from a variety of stakeholders is being considered on the development of the methodology.

_____

### *Juan F.* Action Plan Summary
### Fourth Quarter Updates:

- The practice of the Residential Care Teams (RCT) has been modified. Specific staff are assigned to specific area offices to encourage accountability in monitoring progress of the referral once a provider match has been made. The RCT staff is now responsible for faxing all clinical information to the facilities and ensuring that the clinical information is appropriate to determine that the child meets admission criteria. Facilities that experience high volume have specific staff from the Administrative Service Organization assigned to them to address initial authorization and concurrent reviews. All children in residential treatment beyond two years have been identified and are being reviewed to determine the continued need for Residential treatment care and to facilitate discharge whenever appropriate.

- Area Office Directors have been given the task to develop plans to monitor children in residential treatment care with the intent of working toward a nine-month course of treatment. Meetings with in-state residential providers concerning this program adjustment and expectation will be ongoing. In addition, these meetings are addressing the disconnect between the services offered by in-state providers and the specific needs of children.

- In-patient discharge delays have increased. Step-down programs are not readily available for these children, many of whom have complex needs.

- As a follow-up to the Foster Care Disruption study, Value Options is conducting a national survey of best practices for foster care and working on an orientation packet for foster parents that provides information about crisis services, the CT BHP, local resource guides, etc. Value Options is also developing a metric for measuring and monitoring Foster Care Disruption.

- A joint decision by the Department of Social Services, DCF and Value Options eliminated the Systems Management portion of the contract. Previously, these efforts entailed development of Local Area Development Plans (LADP). Six positions dedicated to System Management have been added to the Quality Assurance division to participate in provider profiling activities for inpatient units as well as monitoring access guideline activity at the Enhanced Care Clinics. An additional two positions are being converted to Intensive Care Manager positions to better support the clinical needs of clients with complex needs.

- Intensive Care Managers continue to have daily contact with Emergency Departments. The number of children served has increased and while the CARES unit continues to divert children, there are limited resources for those who require in-patient care. Children with Mental Retardation/PDD or those that are extremely assaultive and violent stay longer in the ED and are less likely to be admitted to in-patient units. Use of out-of-state providers, specialty in-patient units, and Riverview Hospital has been utilized for these children.

- The Building Blocks Project (5 year grant) is in the second year of the grant and first year of implementation. Statewide opportunities for providers who work with children under the age of 6 are sponsored and assist in developing certification for infant Mental Health providers. The program has served 72 families to date, providing intensive early childhood mental health wraparound services.

- Twelve of the fourteen STAR homes are open and eleven are at full capacity. The two remaining homes are slated to open in April 2008. The two original shelter models will close in March and April 2008.

- Wait-lists for in-home services and out-patient services continue to exist on a regular basis. The implementation of the recent legislation regarding Families with Services Needs (FWSN) is exacerbating the existing problem of timely provision of services due to the increasing number of children that the Department must serve via these referrals.

- The point-in-time data submitted by the Department indicates some progress regarding children in overstay status in SAFE Homes. The number of children in SAFE Homes greater than 60 days was 81 as of November 2007 and 59 as of February 2008. Meanwhile, the same data report indicates that 36 children were in placement longer than 60 days in a STAR/Shelter programs as of November 2007; a decrease from the 50 reported in November 2007. These point-in-time views are one view of this issue. In an effort to better understand the needs, treatment and outcomes for these children, a targeted review was completed and disseminated by the Court Monitor on March 18, 2008 ***"Juan F.* Court Monitor's Review of Children in Overstay Status (>60Days) within Temporary Congregate Care Placement Settings** and ***Juan F.* Court Monitor's Review of Adolescents in Temporary Placement- Old Shelter Model Facilities"**.

- As of the date of this report 50 therapeutic group homes are open with 4 additional homes anticipated to be opened by June 2008 (total of approximately 272 beds for the 54 homes).

- The following are 9 identified populations of children outlined in the _Juan F._ Action Plan for regular updates on progress in meeting the children's permanency needs.

1. Child pre-TPR + in care > 3 months with no permanency goal (N=67) as of November 2006.
   Goal = 0 by 3/1/07.
   _As of February 2008 there are 27 children._

2. Child pre-TPR + goal of adoption + in care > 12 months + no compelling reason for not filing TPR (N=70) as of November 2006.
   Goal = 0 by 4/1/07.
   _As of February 2008 there are 184 children._

3. Child post-TPR + goal of adoption + in-care > 12 months + no resource barrier identified (N=90)
   as of November 2006.
   _As of February 2008 there are 44 children with the permanency barrier, no resource identified, 86 children with the permanency barrier of no barrier identified, and 143 that are blank. In addition, 17 have ICPC as a barrier, 27 cite a pending appeal, 7 have pending investigations, 66 indicate a special needs barrier, 32 are subsidy negotiation and 193 indicate that support is needed._

4. Child post-TPR + goal of adoption + in care > 12 months + same barrier to adoption in place > 90 days (N=169) as of November 2006.
   _As of February 2008 there are 179 children._

5. Child post-TPR + goal other than adoption (N=357) as of November 2006.
   _As of February 2008 there are 299 children._

6. Child pre-TPR + no TPR filed + in care < 6 months + goal of adoption.  (N=18) as of November 2006.
   _As of February 2008 there are 14 children._

7. Child pre-TPR + goal of reunification + in care > 12 months (N=550) as of November 2006.
   _As of February 2008 there are 519 children in this population._

8. Child pre-TPR + goal other than adoption or reunification + in care > 12 months—transfer of guardianship cases (N=133) as of November 2006.
   _As of February 2008 there are 178 children in this population._

9. _Child pre-TPR + goal other than adoption or reunification + in care > 12 months -other than transfer of guardianship cases (N=939) as of November 2006._
   _As of February 2008 there are 981 children in this population (144 are placed with a relative in a long term foster home arrangement)._

- DCF has continued to exercise a focused review of children ages 12 and under who are being considered for congregate care placement. The number of children ages 12 and under in congregate care was 299 as of February 2008. This is an increase from the 290 reported in November 2007. A review of the outcomes for diverted children would inform the effect and impact of these efforts to reduce reliance on congregate care.

- Another Planned Permanent Living Arrangement (APPLA) is not a preferred permanency goal and far too many children currently have this permanency goal. The Department has been far more vigorous in the consideration of selecting APPLA as a goal, but approximately 1300 children currently have APPLA as their permanency goal (pre-TPR and post-TPR). Ongoing reviews regarding children's needs being met continue to indicate that those with APPLA goals are more often not having their needs met. Ongoing efforts to review and inform case management decisions for these cases by Central Office, Area Office and Administrative Case Review staff continues. Development of a new methodology by the Court Monitor for reviewing and informing the parties of the needs of these youth is in progress.

- All EMPS programs have completed separating out cost centers associated with EMPS and Care Coordination. This information is necessary to define the parameters of program redesign. CCEP has completed their report and recommendations that have been incorporated into a re-procurement plan. Development of RFP's is proceeding with the target of initiating reprocurement in the spring of 2008. Public communication of portions of the plan that will not compromise competitive procurement have taken place and a Statewide Forum was held in January of 2008. $630,000 of WR Settlement funding has been distributed to selected EMPS programs to assist with ED gridlock. Follow-up on implementation of these WR funds will occur in March of 2008.

- The Division of Foster Care monthly report for January 2008 indicates that there are 1,221 licensed foster homes (DCF regular) with 2,466 beds available. Additional foster care and adoptive resources are an essential component to address the well-documented needs and gridlock conditions that exist in the child welfare system. Sustainable improvements to placement and treatment needs of children will require the increased availability of foster and adoptive homes. Area Offices routinely struggle to locate foster care placement options that are appropriate matches for the children requiring this level of care. There are a significant number of children that are discharge-delayed and languish in higher levels of care then clinically necessary waiting for foster/adoptive placement resources. This is a gain of 3 homes and loss of 21 beds from the totals report in October 2007.

- The Family Conferencing model supports the principles behind the Treatment Plan and has been in use since late 2005. The strength-based practice creates an important framework for engagement that improves families and sets the stage for collaborative problem-solving. For this reason, Family Conferencing is an essential adjunct to the implementation of Structural Decision Making (SDM). The importance of an accurate needs assessment is a foundation of SDM and family conferencing/family engagement provide the appropriate collaborative framework for developing the assessment and formulation treatment plan goals and objectives with parents and parent identified kin. The data reviewed show a decrease in the total number of family conferences held,

_____

- o  April 2007 to June 2007: 619 Conferences
- o  July to September 2007: 424 Conferences

Data was not provided by the Department regarding the number of family conferences that were held in conjunction with a Treatment Plan due date. The percentage of cases utilizing family conferences only represents a small portion of the cases where this important case practice approach could be utilized. The product each family conference produces is a Family Agreement and the type of help offered and agreed to at the conference includes; placement resources, emergency respite, housing, visitation supervision, transportation and emotional and or financial support.

Social Work Trainees receive pre-service training in Family Conference principles. The need to address SWS training and support of supervision in this area is ongoing and to date has not been addressed in supervisory pre-service training. There is a need to enforce office-based coaching and support Family Conferencing and kinship casework. A dedicated resource to assist social workers in coordinating and facilitating Family Conferences for specific, complex case scenarios should be considered.

Finally, Family Conferencing principles provide a perfect context for implementing Differential Response where needs assessment and timely service delivery are primary goals.

- The implementation of Structured Decision Making (SDM) continued through the previous quarter. Case readings to assess the progress and quality of the SDM data/information are ongoing and transitioning to each of the Area Offices. Contracted resources have been freed up to allow additional cases readings to occur. An ongoing challenge in the quality of SDM use is adherence and focus to definitional and documentation issues. While the recent and ongoing reviews conducted by the Court Monitor's office have not focused solely on SDM utilization or accuracy, the benefits and challenges have been noted by reviewers on numerous occasions, as SDM documentation is reviewed in conjunction with both the review of Outcome Measure 3 and 15 as well as targeted reviews. Reviewers noted discrepancies between SDM scores and factual documentation within cases. Quarterly management reports are routinely being produced.

_____

# JUAN F. ACTION PLAN MONITORING REPORT

## February 2008

This report includes data relevant to the permanency and placement issues and action steps embodied within the Action Plan.  Data provided comes from several sources:  the monthly point-in-time information from LINK, the Chapin Hall database and the Behavioral Health Partnership database.

## A. PERMANENCY ISSUES

### Progress Towards Permanency:

The following table developed using the Chapin Hall database provides a longitudinal view of permanency for annual admission cohorts from 2002 through 2007.

**Figure 1:  Children Exiting With Permanency, Exiting Without Permanency, Unknown Exits and**
            **Remaining In Care (Entry Cohorts)**

| | Period of Entry to Care | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2002** | **2003** | **2004** | **2005** | **2006** | **2007** | **2008** |
| *Total Entries* | 3100 | 3531 | 3194 | 3062 | 3380 | 2817 | 219 |
| *Permanent Exits* | | | | | | | |
| *In 1 yr* | 1182<br>38.1% | 1394<br>39.5% | 1222<br>38.3% | 1083<br>35.4% | 1217<br>36.0% | | |
| *In 2 yrs* | 1641<br>52.9% | 2060<br>58.3% | 1790<br>56.0% | 1687<br>55.1% | | | |
| *In 3 yrs* | 1966<br>63.4% | 2364<br>66.9% | 2073<br>64.9% | | | | |
| *In 4 yrs* | 2134<br>68.8% | 2518<br>71.3% | | | | | |
| *To Date* | 2229<br>71.9% | 2570<br>72.8% | 2180<br>68.3% | 1840<br>60.1% | 1647<br>48.7% | 784<br>27.8% | 14<br>6.4% |
| *Non-Permanent Exits* | | | | | | | |
| *In 1 yr* | 273<br>8.8% | 248<br>7.0% | 231<br>7.2% | 281<br>9.2% | 247<br>7.3% | | |
| *In 2 yrs* | 331<br>10.7% | 319<br>9.0% | 303<br>9.5% | 360<br>11.8% | | | |
| *In 3 yrs* | 364<br>11.7% | 365<br>10.3% | 364<br>11.4% | | | | |
| *In 4 yrs* | 402<br>13.0% | 392<br>11.1% | | | | | |
| *To Date* | 444<br>14.3% | 400<br>11.3% | 387<br>12.1% | 390<br>12.7% | 301<br>8.9% | 189<br>6.7% | 4<br>1.8% |

| | Period of Entry to Care | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2002** | **2003** | **2004** | **2005** | **2006** | **2007** | **2008** |
| | *Unknown Exits* | | | | | | |
| *In 1 yr* | 110<br>3.5% | 157<br>4.4% | 132<br>4.1% | 129<br>4.2% | 117<br>3.5% | | |
| *In 2 yrs* | 140<br>4.5% | 199<br>5.6% | 182<br>5.7% | 178<br>5.8% | | | |
| *In 3 yrs* | 140<br>4.5% | 199<br>5.6% | 182<br>5.7% | | | | |
| *In 4 yrs* | 140<br>4.5% | 199<br>5.6% | | | | | |
| *To Date* | 209<br>6.7% | 262<br>7.4% | 237<br>7.4% | 194<br>6.3% | 140<br>4.1% | 42<br>1.5% | 0<br>.0% |
| | *Remain In Care* | | | | | | |
| *In 1 yr* | 1535<br>49.5% | 1732<br>49.1% | 1609<br>50.4% | 1569<br>51.2% | 1799<br>53.2% | | |
| *In 2 yrs* | 988<br>31.9% | 953<br>27.0% | 919<br>28.8% | 837<br>27.3% | | | |
| *In 3 yrs* | 604<br>19.5% | 573<br>16.2% | 531<br>16.6% | | | | |
| *In 4 yrs* | 375<br>12.1% | 363<br>10.3% | | | | | |
| *To Date* | 218<br>7.0% | 299<br>8.5% | 390<br>12.2% | 638<br>20.8% | 1292<br>38.2% | 1802<br>64.0% | 201<br>91.8% |

The following graphs show how the ages of children upon their entry to care, as well as at the time of exit, differ depending on the overall type of exit (permanent or non-permanent).

**FIGURE 2:  CHARACTERISTICS OF CHILDREN EXITING WITH AND WITHOUT PERMANENCY (2007 EXIT COHORT)**



### Permanency Goals:

The following chart illustrates and summarizes the number of children at various stages of placement episodes, and provides the distribution of Permanency Goals selected for them.

**FIGURE 3: DISTRIBUTION OF PERMANENCY GOALS ON THE PATH TO PERMANENCY (CHILDREN IN CARE ON JANUARY 1, 2008[7])**

| Is the child legally free (his or her parents' rights have been terminated)? |
|---|

**Yes** **No**
**953** **↓ 4036**

*Goals of:*

| Has the child been in care more than 15 months? |
|---|

654 (69%) Adoption — **No** **1,919** — **Yes** **↓ 2,117**

273 (29%) APPLA

| Has a TPR proceeding been filed? |
|---|

**Yes** **No**
**502** **↓ 1,615**

15 (2%) Relatives

*Goals of*:

| Is a reason documented not to file TPR? |
|---|

5 (1%) BLANK — 345 (69%) Adoption — **Yes** **1,418** — **No** **197**

4 (0%) Reunify — 85 (17%) APPLA — *Goals of:* — *Documented Reasons:* — *Goals of:*

2 (0%) Trans. of Guardian: Sub — 37 (7%) Reunify — 754 (53%) APPLA — 71% Compelling Reason — 100 (51%) Reunify

14 (3%) Relatives — 278 (20%) Reunify — 16% Child is with relative — 59 (30%) APPLA

19 (3%) Trans. of Guardian: Sub/Unsub — 135 (10%) Adoption — 8% Petition in process — 16 (8%) Trans. of Guardian: Sub

2 (0%) BLANK — 128 (9%) Trans. of Guardian: Sub/Unsub — 6% Service not provided — 12 (6%) Adoption

119 (8%) Relatives — — 6 (3%) BLANK

4 (0%) BLANK — — 4 (2%) Relatives

---

[7] Children over age 18 are included in these figures.

_____

## Preferred Permanency Goals:

| Reunification | March 2007 | May 2007 | June 2007 | Aug 2007 | Nov 2007 | Feb 2008 |
|---|---|---|---|---|---|---|
| Total number of children with Reunification goal, pre-TPR and post-TPR | 2082 | 2049 | 2042 | 1894 | 1849 | 1747 |
| Number of children with Reunification goal pre-TPR | 2075 | 2037 | 2023 | 1876 | 1842 | 1743 |
| • Number of children with Reunification goal, pre-TPR, >= 15 months in care | 413 | 418 | 430 | 461 | 478 | 415 |
| • Number of children with Reunification goal, pre-TPR, >= 36 months in care | 78 | 78 | 83 | 74 | 67 | 50 |
| Number of children with Reunification goal, post-TPR | 7 | 12 | 19 | 18 | 7 | 4 |

| Transfer of Guardianship (Subsidized and Non-Subsidized) | March 2007 | May 2007 | June 2007 | Aug 2007 | Nov 2007 | Feb 2008 |
|---|---|---|---|---|---|---|
| Total number of children with Transfer of Guardianship goal (subsidized and non-subsidized), pre-TPR and post TPR | 330 | 319 | 305 | 288 | 279 | 268 |
| Number of children with Transfer of Guardianship goal (subsidized and non-subsidized), pre-TPR | 329 | 318 | 305 | 288 | 278 | 266 |
| • Number of children with Transfer of Guardianship goal (subsidized and non-subsidized , pre-TPR,    >= 22 months | 76 | 92 | 87 | 85 | 88 | 85 |
| • Number of children with Transfer of Guardianship goal (subsidized and non-subsidized), pre-TPR ,    >= 36 months | 29 | 31 | 30 | 28 | 35 | 34 |
| Number of children with Transfer of Guardianship goal (subsidized and non-subsidized), post-TPR | 1 | 1 | 0 | 0 | 1 | 2 |

| Adoption | March 2007 | May 2007 | June 2007 | Aug 2007 | Nov 2007 | Feb 2008 |
|---|---|---|---|---|---|---|
| Total number of children with Adoption goal, pre-TPR and post-TPR | 1304 | 1319 | 1335 | 1303 | 1352 | 1346 |
| Number of children with Adoption goal, pre-TPR | 685 | 707 | 733 | 701 | 689 | 692 |
| Number of children with Adoption goal, TPR not filed, >= 15 months in care | 111 | 118 | 130 | 115 | 121 | 147 |
| • Reason TPR not filed, Compelling Reason | 23 | 23 | 25 | 18 | 19 | 24 |
| • Reason TPR not filed, petitions in progress | 56 | 62 | 62 | 50 | 71 | 79 |
| • Reason TPR not filed , child is in placement with relative | 13 | 14 | 16 | 18 | 20 | 24 |
| • Reason TPR not filed, services needed not provided | 6 | 9 | 11 | 13 | 2 | 8 |
| • Reason TPR not filed, blank | 13 | 10 | 16 | 16 | 9 | 12 |
| Number of cases with Adoption goal post-TPR | 619 | 612 | 602 | 602 | 663 | 654 |
| • Number of children with Adoption goal, post-TPR, in care >= 15 months | 576 | 571 | 562 | 572 | 618 | 620 |
| • Number of children with Adoption goal, post-TPR, in care >= 22 months | 491 | 494 | 489 | 490 | 513 | 515 |
| Number of children with Adoption goal, post-TPR, no barrier, > 3 months since TPR | 88 | 93 | 79 | 57 | 67 | 73 |
| Number of children with Adoption goal, post-TPR, with barrier, > 3 months since TPR | 307 | 319 | 334 | 338 | 373 | 373 |
| Number of children with Adoption goal, post-TPR, with blank barrier, > 3 months since TPR | 62 | 75 | 69 | 71 | 95 | 81 |

| Progress Towards Permanency: | March 2007 | May 2007 | June 2007 | Aug 2007 | Nov 2007 | Feb 2008 |
|---|---|---|---|---|---|---|
| Total number of children, pre-TPR, TPR not filed, >=15 months in care, no compelling reason | 252 | 199 | 200 | 272 | 162 | 197 |

**Non-Preferred Permanency Goals:**

| Long Term Foster Care Relative: | March 2007 | May 2007 | June 2007 | Aug 2007 | Nov 2007 | Feb 2008 |
|---|---|---|---|---|---|---|
| Total number of children with Long Term Foster Care Relative goal | 199 | 203 | 197 | 182 | 172 | 165 |
| Number of children with Long Term Foster Care Relative goal, pre-TPR | 185 | 189 | 182 | 167 | 160 | 150 |
| • Number of children with Long Term Foster Care Relative goal, 12 years old and under, pre-TPR | 30 | 40 | 36 | 37 | 29 | 26 |
| Long Term Foster Care Rel. goal, post-TPR | 14 | 14 | 15 | 15 | 12 | 15 |
| • Number of children with Long Term Foster Care Relative goal, 12 years old and under, post-TPR | 5 | 5 | 6 | 6 | 6 | 5 |

| APPLA* | March 2007* | May 2007* | June 2007* | Aug 2007 | Nov 2007 | Feb 2008 |
|---|---|---|---|---|---|---|
| Total number of children with APPLA goal | 1426 | 1410 | 1396 | 1347 | 1302 | 1281 |
| Number of children with APPLA goal, pre-TPR | 1104 | 1102 | 1093 | 1057 | 1027 | 1008 |
| • Number of children with APPLA goal, 12 years old and under, pre-TPR | 124 | 115 | 111 | 102 | 81 | 73 |
| Number of children with APPLA goal, post-TPR | 322 | 308 | 303 | 290 | 275 | 273 |
| • Number of children with APPLA goal, 12 years old and under, post-TPR | 48 | 52 | 53 | 49 | 38 | 36 |
| * Columns prior to Aug 07 had previously been reported separately as APPLA: Foster Care Non-Relative and APPLA: Other. The values from each separate table were added to provide these figures. Currently there is only one APPLA goal. | | | | | | |

**Missing Permanency Goals:**

| | March 2007 | May 2007 | June 2007 | Aug 2007 | Nov 2007 | Feb 2008 |
|---|---|---|---|---|---|---|
| Number of children, with no Permanency goal, pre-TPR, >= 2 months in care | 37 | 36 | 42 | 23 | 27 | 47 |
| Number of children, with no Permanency goal, pre-TPR, >= 6 months in care | 12 | 7 | 9 | 3 | 11 | 13 |
| Number of children, with no Permanency goal, pre-TPR, >= 15 months in care | 9 | 2 | 3 | 2 | 11 | 12 |
| Number of children, with no Permanency goal, pre-TPR, TPR not filed, >= 15 months in care, no compelling reason | 5 | 1 | 1 | 1 | 5 | 6 |

*Juan F.* v Rell Exit Plan Quarterly Report
March 31, 2008

## B.  PLACEMENT ISSUES

### Placement Experiences of Children

The following chart shows the change in use of family and congregate care for admission cohorts between 2002 and 2008.



The next table shows specific care types used month-by-month for entries between February 2007 and January 2008.

**Case Summaries**

| First placement type | | enter Feb07 | enter Mar07 | enter Apr07 | enter May07 | enter Jun07 | enter Jul07 | enter Aug07 | enter Sep07 | enter Oct07 | enter Nov07 | enter Dec07 | enter Jan08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Residential | N | 13 | 20 | 15 | 20 | 23 | 18 | 26 | 29 | 19 | 10 | 19 | 16 |
| | % | 6.1% | 7.3% | 7.6% | 9.3% | 9.9% | 8.1% | 10.3% | 12.4% | 7.9% | 4.1% | 11.2% | 7.3% |
| DCF Facilities | N | 1 | 4 | 1 | 4 | 3 | 3 | 9 | 2 | 5 | 7 | 5 | 1 |
| | % | .5% | 1.5% | .5% | 1.9% | 1.3% | 1.4% | 3.6% | .9% | 2.1% | 2.9% | 2.9% | .5% |
| Foster Care | N | 115 | 129 | 110 | 116 | 112 | 116 | 127 | 98 | 123 | 112 | 98 | 109 |
| | % | 54.0% | 47.1% | 55.6% | 53.7% | 48.3% | 52.3% | 50.4% | 41.9% | 51.0% | 46.5% | 57.6% | 49.8% |
| Group Home | N | | 3 | 3 | | 8 | 5 | 2 | 3 | 6 | 6 | 2 | 3 |
| | % | | 1.1% | 1.5% | | 3.4% | 2.3% | .8% | 1.3% | 2.5% | 2.5% | 1.2% | 1.4% |
| Independent Living | N | | | 1 | 1 | | 1 | | | | | | |
| | % | | | .5% | .5% | | .5% | | | | | | |
| Relative Care | N | 32 | 46 | 20 | 33 | 36 | 21 | 44 | 35 | 25 | 47 | 20 | 37 |
| | % | 15.0% | 16.8% | 10.1% | 15.3% | 15.5% | 9.5% | 17.5% | 15.0% | 10.4% | 19.5% | 11.8% | 16.9% |
| Medical | N | 2 | 5 | 3 | 5 | 2 | 4 | 7 | 7 | 8 | 4 | 1 | 3 |
| | % | .9% | 1.8% | 1.5% | 2.3% | .9% | 1.8% | 2.8% | 3.0% | 3.3% | 1.7% | .6% | 1.4% |
| Safe Home | N | 30 | 42 | 23 | 25 | 28 | 33 | 18 | 42 | 36 | 35 | 18 | 26 |
| | % | 14.1% | 15.3% | 11.6% | 11.6% | 12.1% | 14.9% | 7.1% | 17.9% | 14.9% | 14.5% | 10.6% | 11.9% |
| Shelter | N | 9 | 19 | 16 | 9 | 10 | 12 | 11 | 14 | 13 | 11 | 3 | 13 |
| | % | 4.2% | 6.9% | 8.1% | 4.2% | 4.3% | 5.4% | 4.4% | 6.0% | 5.4% | 4.6% | 1.8% | 5.9% |
| Special Study | N | 11 | 6 | 6 | 3 | 10 | 9 | 8 | 4 | 6 | 9 | 4 | 11 |
| | % | 5.2% | 2.2% | 3.0% | 1.4% | 4.3% | 4.1% | 3.2% | 1.7% | 2.5% | 3.7% | 2.4% | 5.0% |
| Total | N | 213 | 274 | 198 | 216 | 232 | 222 | 252 | 234 | 241 | 241 | 170 | 219 |
| | % | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

The chart below shows the change in level of care usage over time for different age groups.



It is also useful to look at where children spend most of their time in DCF care. The chart below shows this for admission the 2002 through 2008 admission cohorts.



*Juan F.* v Rell Exit Plan Quarterly Report
March 31, 2008

The following chart shows monthly statistics of children who exited from DCF placements between February 2007 and January 2008, and the portion of those exits within each placement type from which they exited.

**Case Summaries**

| Last placement type in spell (as of censor date) | | exit Feb07 | exit Mar07 | exit Apr07 | exit May07 | exit Jun07 | exit Jul07 | exit Aug07 | exit Sep07 | exit Oct07 | exit Nov07 | exit Dec07 | exit Jan08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Residential | N | 12 | 15 | 13 | 15 | 41 | 25 | 53 | 10 | 14 | 24 | 16 | 19 |
|  | % | 5.3% | 4.8% | 5.8% | 5.2% | 12.3% | 8.8% | 15.3% | 4.1% | 6.8% | 8.9% | 6.2% | 8.7% |
| DCF Facilities | N | 3 | 4 | 4 | 2 | 5 | 4 | 7 | 1 | 4 | 2 | 3 | 1 |
|  | % | 1.3% | 1.3% | 1.8% | .7% | 1.5% | 1.4% | 2.0% | .4% | 1.9% | .7% | 1.2% | .5% |
| Foster Care | N | 106 | 121 | 98 | 158 | 158 | 132 | 160 | 106 | 97 | 127 | 140 | 106 |
|  | % | 47.1% | 38.7% | 43.4% | 55.1% | 47.6% | 46.3% | 46.1% | 44.0% | 46.9% | 46.9% | 54.3% | 48.6% |
| Group Home | N | 11 | 8 | 14 | 13 | 13 | 19 | 14 | 12 | 10 | 8 | 7 | 6 |
|  | % | 4.9% | 2.6% | 6.2% | 4.5% | 3.9% | 6.7% | 4.0% | 5.0% | 4.8% | 3.0% | 2.7% | 2.8% |
| Independent Living | N | 5 | 4 | 8 | 5 | 6 | 8 | 3 | 6 | 4 | 3 | 2 | 3 |
|  | % | 2.2% | 1.3% | 3.5% | 1.7% | 1.8% | 2.8% | .9% | 2.5% | 1.9% | 1.1% | .8% | 1.4% |
| Relative Care | N | 57 | 110 | 57 | 55 | 74 | 63 | 64 | 57 | 46 | 64 | 55 | 56 |
|  | % | 25.3% | 35.1% | 25.2% | 19.2% | 22.3% | 22.1% | 18.4% | 23.7% | 22.2% | 23.6% | 21.3% | 25.7% |
| Medical | N | 1 |  | 1 | 1 | 1 | 3 | 1 | 1 | 2 | 2 | 3 |  |
|  | % | .4% |  | .4% | .3% | .3% | 1.1% | .3% | .4% | 1.0% | .7% | 1.2% |  |
| Safe Home | N | 13 | 18 | 9 | 16 | 14 | 16 | 14 | 19 | 12 | 20 | 11 | 9 |
|  | % | 5.8% | 5.8% | 4.0% | 5.6% | 4.2% | 5.6% | 4.0% | 7.9% | 5.8% | 7.4% | 4.3% | 4.1% |
| Shelter | N | 11 | 13 | 12 | 10 | 6 | 7 | 4 | 14 | 6 | 13 | 12 | 12 |
|  | % | 4.9% | 4.2% | 5.3% | 3.5% | 1.8% | 2.5% | 1.2% | 5.8% | 2.9% | 4.8% | 4.7% | 5.5% |
| Unknown | N | 1 | 5 |  | 3 |  | 2 | 3 | 6 | 2 |  | 1 | 1 |
|  | % | .4% | 1.6% |  | 1.0% |  | .7% | .9% | 2.5% | 1.0% |  | .4% | .5% |
| PSS | N | 5 | 15 | 10 | 9 | 14 | 6 | 24 | 9 | 10 | 8 | 8 | 5 |
|  | % | 2.2% | 4.8% | 4.4% | 3.1% | 4.2% | 2.1% | 6.9% | 3.7% | 4.8% | 3.0% | 3.1% | 2.3% |
| Total | N | 225 | 313 | 226 | 287 | 332 | 285 | 347 | 241 | 207 | 271 | 258 | 218 |
|  | % | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

*Juan F.* v Rell Exit Plan Quarterly Report
March 31, 2008

The next chart shows the primary placement type for children who were in care on January 1, 2008 organized by length of time in care.

**Primary type of spell (>50%) * Duration Category Crosstabulation**

| | | | Duration Category | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | 1 <= durat < 30 | 30 <= durat < 90 | 90 <= durat < 180 | 180 <= durat < 365 | 365 <= durat < 545 | 545 <= durat < 1095 | more than 1095 | Total |
| Primary type of spell (>50%) | Residential | Count | 16 | 27 | 69 | 92 | 80 | 152 | 190 | 626 |
| | | % of Row | 2.6% | 4.3% | 11.0% | 14.7% | 12.8% | 24.3% | 30.4% | 100.0% |
| | | % of Col | 8.0% | 8.8% | 13.0% | 11.5% | 11.4% | 11.1% | 11.4% | 11.2% |
| | DCF Facilities | Count | 1 | 8 | 14 | 13 | 7 | 18 | 11 | 72 |
| | | % of Row | 1.4% | 11.1% | 19.4% | 18.1% | 9.7% | 25.0% | 15.3% | 100.0% |
| | | % of Col | .5% | 2.6% | 2.6% | 1.6% | 1.0% | 1.3% | .7% | 1.3% |
| | Foster Care | Count | 83 | 138 | 200 | 328 | 337 | 718 | 962 | 2766 |
| | | % of Row | 3.0% | 5.0% | 7.2% | 11.9% | 12.2% | 26.0% | 34.8% | 100.0% |
| | | % of Col | 41.7% | 45.1% | 37.7% | 41.0% | 48.1% | 52.6% | 57.5% | 49.6% |
| | Group Home | Count | 4 | 6 | 5 | 18 | 15 | 49 | 61 | 158 |
| | | % of Row | 2.5% | 3.8% | 3.2% | 11.4% | 9.5% | 31.0% | 38.6% | 100.0% |
| | | % of Col | 2.0% | 2.0% | .9% | 2.3% | 2.1% | 3.6% | 3.6% | 2.8% |
| | Independent Living | Count | 0 | 0 | 0 | 2 | 2 | 5 | 4 | 13 |
| | | % of Row | .0% | .0% | .0% | 15.4% | 15.4% | 38.5% | 30.8% | 100.0% |
| | | % of Col | .0% | .0% | .0% | .3% | .3% | .4% | .2% | .2% |
| | Relative Care | Count | 38 | 61 | 132 | 185 | 173 | 264 | 141 | 994 |
| | | % of Row | 3.8% | 6.1% | 13.3% | 18.6% | 17.4% | 26.6% | 14.2% | 100.0% |
| | | % of Col | 19.1% | 19.9% | 24.9% | 23.1% | 24.7% | 19.4% | 8.4% | 17.8% |
| | Medical | Count | 3 | 1 | 7 | 4 | 2 | 2 | 3 | 22 |
| | | % of Row | 13.6% | 4.5% | 31.8% | 18.2% | 9.1% | 9.1% | 13.6% | 100.0% |
| | | % of Col | 1.5% | .3% | 1.3% | .5% | .3% | .1% | .2% | .4% |
| | Mixed (none >50%) | Count | 1 | 0 | 8 | 34 | 19 | 75 | 225 | 362 |
| | | % of Row | .3% | .0% | 2.2% | 9.4% | 5.2% | 20.7% | 62.2% | 100.0% |
| | | % of Col | .5% | .0% | 1.5% | 4.3% | 2.7% | 5.5% | 13.4% | 6.5% |
| | Safe Home | Count | 27 | 36 | 51 | 56 | 18 | 12 | 7 | 207 |
| | | % of Row | 13.0% | 17.4% | 24.6% | 27.1% | 8.7% | 5.8% | 3.4% | 100.0% |
| | | % of Col | 13.6% | 11.8% | 9.6% | 7.0% | 2.6% | .9% | .4% | 3.7% |
| | Shelter | Count | 12 | 13 | 21 | 19 | 7 | 2 | 1 | 75 |
| | | % of Row | 16.0% | 17.3% | 28.0% | 25.3% | 9.3% | 2.7% | 1.3% | 100.0% |
| | | % of Col | 6.0% | 4.2% | 4.0% | 2.4% | 1.0% | .1% | .1% | 1.3% |
| | Special Study | Count | 12 | 12 | 17 | 42 | 35 | 63 | 56 | 237 |
| | | % of Row | 5.1% | 5.1% | 7.2% | 17.7% | 14.8% | 26.6% | 23.6% | 100.0% |
| | | % of Col | 6.0% | 3.9% | 3.2% | 5.3% | 5.0% | 4.6% | 3.3% | 4.3% |
| | Unknown | Count | 2 | 4 | 6 | 7 | 6 | 4 | 12 | 41 |
| | | % of Row | 4.9% | 9.8% | 14.6% | 17.1% | 14.6% | 9.8% | 29.3% | 100.0% |
| | | % of Col | 1.0% | 1.3% | 1.1% | .9% | .9% | .3% | .7% | .7% |
| Total | | Count | 199 | 306 | 530 | 800 | 701 | 1364 | 1673 | 5573 |
| | | % of Row | 3.6% | 5.5% | 9.5% | 14.4% | 12.6% | 24.5% | 30.0% | 100.0% |
| | | % of Col | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

## Congregate Care Settings

| Placement Issues | March 2007 | May 2007 | June 2007 | Aug 2007 | Nov 2007 | Feb 2008 |
|---|---|---|---|---|---|---|
| Total number of children 12 years old and under, in Congregate Care | 336 | 317 | 319 | 312 | 290 | 299 |
| • Number of children 12 years old and under, in DCF Facilities | 20 | 18 | 17 | 10 | 16 | 14 |
| • Number of children 12 years old and under, in Group Homes | 50 | 51 | 53 | 50 | 53 | 54 |
| • Number of children 12 years old and under, in Residential | 80 | 70 | 71 | 70 | 59 | 53 |
| • Number of children 12 years old and under, in SAFE Home | 153 | 145 | 146 | 139 | 130 | 120 |
| • Number of children 12 years old and under, in Permanency Diagnostic Center | 18 | 18 | 17 | 15 | 19 | 21 |
| • Number of children 12 years old and under in MH Shelter | 15 | 15 | 15 | 10 | 9 | 11 |
| Total number of children ages 13-17 in Congregate Placements | 988 | 989 | 982 | 967 | 952 | 943 |

_____

### Use of SAFE Homes, Shelters and PDCs

The analysis below provides longitudinal data for children who entered care in Safe Homes, Permanency Diagnostic Centers and Shelters.

| | Period of Entry to Care | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2002** | **2003** | **2004** | **2005** | **2006** | **2007** | **2008** |
| *Total Entries* | **3100** | **3531** | **3194** | **3062** | **3380** | **2817** | **219** |
| *SAFE Homes & PDCs* | 727 | 626 | 453 | 386 | 394 | 375 | 26 |
| | 23% | 18% | 14% | 13% | 12% | 13% | 12% |
| *Shelters* | 166 | 132 | 147 | 176 | 111 | 135 | 13 |
| | 5% | 4% | 5% | 6% | 3% | 5% | 6% |
| *Total* | **893** | **758** | **600** | **562** | **505** | **510** | **39** |
| | **29%** | **21%** | **19%** | **18%** | **15%** | **18%** | **18%** |

| | Period of Entry to Care | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2002** | **2003** | **2004** | **2005** | **2006** | **2007** | **2008** |
| *Total Initial Plcmnts* | **893** | **758** | **600** | **562** | **505** | **510** | **39** |
| <= 30 days | 350 | 307 | 249 | 238 | 184 | 159 | 39 |
| | 39% | 41% | 42% | 42% | 36% | 31% | 100% |
| 31 - 60 | 284 | 180 | 102 | 110 | 73 | 80 | 0 |
| | 32% | 24% | 17% | 20% | 14% | 16% | 0% |
| 61 - 91 | 106 | 118 | 81 | 76 | 86 | 93 | 0 |
| | 12% | 16% | 14% | 14% | 17% | 18% | 0% |
| 92 - 183 | 102 | 105 | 125 | 98 | 116 | 135 | 0 |
| | 11% | 14% | 21% | 17% | 23% | 26% | 0% |
| 184+ | 51 | 48 | 43 | 40 | 46 | 43 | 0 |
| | 6% | 6% | 7% | 7% | 9% | 8% | 0% |

*Juan F.* v Rell Exit Plan Quarterly Report
March 31, 2008

_____

The following is the point-in-time data taken from the monthly LINK data.

| Placement Issues | Nov 2006 | March 2007 | May 2007 | June 2007 | Aug 2007 | Nov 2007 | Feb 2008 |
|---|---|---|---|---|---|---|---|
| Total number of children in SAFE Home | 163 | 179 | 170 | 168 | 160 | 143 | 133 |
| • Number of children in SAFE Home, > 60 days | 79 | 99 | 107 | 114 | 100 | 81 | 59 |
| • Number of children in SAFE Home, >= 6 months | 16 | 25 | 33 | 38 | 34 | 18 | 21 |
| Total number of children in STAR/Shelter Placement | 65 | 78 | 83 | 87 | 77 | 95 | 93 |
| • Number of children in STAR/Shelter Placement, > 60 days | 35 | 35 | 39 | 46 | 39 | 50 | 36 |
| • Number of children in STAR/Shelter Placement, >= 6 months | 4 | 10 | 8 | 8 | 8 | 9 | 10 |
| Total number of children in Permanency Planning Diagnostic Center | 20 | 18 | 22 | 20 | 17 | 22 | 23 |
| • Total number of children in Permanency Planning Diagnostic Center, > 60 days | 13 | 15 | 16 | 17 | 14 | 14 | 13 |
| • Total number of children in Permanency Planning Diagnostic Center, >= 6 months | 7 | 8 | 9 | 8 | 5 | 6 | 7 |
| Total number of children in MH Shelter | 13 | 15 | 16 | 16 | 12 | 12 | 15 |
| • Total number of children in MH Shelter, > 60 days | 10 | 13 | 14 | 16 | 12 | 11 | 11 |
| • Total number of children in MH Shelter, >= 6 months | 7 | 6 | 6 | 5 | 8 | 9 | 9 |

**Time in Residential Care**

| Placement Issues | Nov 2006 | March 2007 | May 2007 | June 2007 | Aug 2007 | Nov 2007 | Feb 2008 |
|---|---|---|---|---|---|---|---|
| Total number of children in Residential care | 668 | 675 | 674 | 685 | 657 | 633 | 614 |
| • Number of children in Residential care, >= 12 months in Residential placement | 214 | 215 | 226 | 232 | 227 | 200 | 190 |
| • Number of children in Residential care, >= 60 months in Residential placement | 6 | 6 | 7 | 7 | 6 | 7 | 7 |

*Juan F.* v Rell Exit Plan Quarterly Report
March 31, 2008

Point-in-time Foster and Adoption Recruitment and Retention data is presented below:

**Foster/Adoption Recruitment and Retention.**

| | Nov 2006 | Feb 2007 | April 2007 | July 2007 | October 2007 | January 2008 |
|---|---|---|---|---|---|---|
| Number of Inquires | 113 | 170 | 132 | 203 | 162 | 193 |
| Number of Open Houses | 34 | 31 | 34 | 31 | 34 | 34 |
| Number of families starting Pride/GAP training | 51 | 55 | 57 | 52 | 45 | 49 |
| Number of families completing Pride/GAP training | 68 | 20 | 55 | 27 | 28 | 23 |
| Number of applications filed | 138 | 93 | 102 | 115 | 154 | 105 |
| Number of applications that were licensed | 72 | 77 | 83 | 108 | 89 | 77 |
| Number of applications pending beyond time frames | 140 | 175 | 177 | 93 | 64 | 66 |
| Number of licensed Foster Homes at end of month | 1281 | 1248 | 1237 | 1223 | 1218 | 1223 |
| Number of licensed Adoptive Homes at end of month | 388 | 354 | 326 | 346 | 331 | 335 |
| Number of licensed Special Studies at end of month | 236 | 221 | 221 | 210 | 212 | 211 |
| Number of licensed Independents at end of month | 131 | 105 | 92 | 73 | 71 | 71 |
| Number of licensed Relatives at end of month | 690 | 592 | 583 | 565 | 563 | 582 |
| Number of homes overcapacity (not due to sibling placement) | 21 | 30 | 27 | 25 | 27 | 31 |
| Total DCF Licensed Foster Care Bed Capacity[8] | 2551 | 2581 | 2555 | 2534 | 2487 | 2466 |
| Licensed Bed Capacity of Specialized Foster Care (non-DCF) Homes | 838 | 884 | 708 | 961 | 1057 | 953 |
| Total number of Specialized Foster Care (non-DCF)[9] Homes with placements | 577 | 613 | 535 | 732 | 696 | 555 |
| Total number of Specialized Foster Care (non-DCF) Homes available for placements | 261 | 271 | 173 | 229 | 201 | 245 |
| Total number of Specialized Foster Care respite families | | | | | | 58 |

---

[8] Excludes beds within relative, special study, independent, and adoption only homes.

9 These agencies failed to submit data to the Department by the submission deadline and are excluded from the report

The Department's Exit Plan Outcome
Measure Summary Report for Fourth Quarter
October 1, 2007 –December 31, 2007
# Appendix 2

# *Juan F.* v Rell
# Exit Plan

### Civil Action No. H-89-859 (AHN)

**Exit Plan Outcome Measures**
**Summary Report**
**Fourth Quarter 2007**
**October 1, 2007 - December 31, 2007**

February 2008

Submitted by:
Department of Children and Families
505 Hudson Street, 10th Floor
Hartford, CT  06106
Tel:  (860) 550-6300

*Juan F.* v Rell Exit Plan Quarterly Report
March 31, 2008

_____

# Exit Plan Outcome Measures
# Summary Report
# Fourth Quarter 2007

### **Contents**

I.    Commissioner's Highlights

II.   Outcome Measure Overview Chart

III.   *Juan F.* Action Plan Update

IV.   Foster Care Periodic Report

V.    Sibling Placement Analysis

VI.   OM 20 and 21 Analysis

VII.  OM 19 Analysis

VIII. Point In Time Data

*Commissioner's Highlights*
*Fourth Quarter Exit Plan Report*
*February, 2008*

We are proud to submit our Fourth Quarter 2007 Exit Report.  This quarter's report continues to show the Department's steady commitment to achieving the best possible outcomes for children and families.  In this report the Department has met 16 out of the 20 measures reported in this Quarter and highlights include:

> ➢ Meeting the goal for repeat maltreatment for three consecutive quarters, with the lowest recorded outcome since measurement began in 2003;
> ➢ Achieving timely permanency as demonstrated by meeting two of the three permanency outcomes (reunification, adoption, and transfer of guardianship), but missing reunification, a measure we have routinely met, by only 2 percentage points;
> ➢ Worker-Child visitation measures reached their highest mark since measurement on these two measures began in 2003.

Despite not having met all of the measures, this report like the others previous, show steady growth in the majority of the outcome areas since the First Quarter Report of 2004, and evidence the capacity of the Department to come close to achieving almost all of the measures, and in many instances, we have consistently surpassed the goals set under the Exit Plan.

By way of example, although the outcome for re-entry into care continues to be a challenge, we have not varied widely in performance are close to achieving the goal of the outcome measure.  We are also confident that improvements are forthcoming as we continue our implementation of Structured Decision-Making which introduced new risk and safety assessment tools which closely examine the issues and strengths of families when reunifying children.  Further, the Department's outcome for discharge of youth with mental illness and/or mental retardation did not meet the goal of 100% in the Quarter, but missed this goal by 2 youth out of the 56 reviewed.

*Juan F.* v Rell Exit Plan Quarterly Report
March 31, 2008

| Measure | Measure | 1Q 2004 | 2Q 2004 | 3Q 2004 | 4Q 2004 | 1Q 2005 | 2Q 2005 | 3Q 2005 | 4Q 2005 | 1Q 2006 | 2Q 2006 | 3Q 2006 | 4Q 2006 | 1Q 2007 | 2Q 2007 | 3Q 2007 | 4Q 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1: Investigation Commencement | >=90% | X | X | X | 91.2% | 92.5% | 95.1% | 96.2% | 96.1% | 96.2% | 96.4% | 98.7% | 95.5% | 96.5% | 97.1% | 97.0% | 97.4% |
| 2: Investigation Completion | >=85% | 64.2% | 68.8% | 83.5% | 91.7% | 92.6% | 92.3% | 93.1% | 94.2% | 94.2% | 93.1% | 94.2% | 93.7% | 93.0% | 93.7% | 94.2% | 92.9% |
| 3: Treatment Plans** | >=90% | X | X | 10% | 17% | X | X | X | X | X | X | 54% | 41.1% | 41.3% | 30.3% | 30% | 51% |
| 4: Search for Relatives* | >=85% | X | X | 93% | 82% | 44.6% | 49.2% | 65.1% | 89.6% | 89.9% | 93.9% | 93.1% | 91.4% | 92% | 93.8% | 91.4% | 93.6% |
| 5: Repeat Maltreatment | <=7% | 9.4% | 8.9% | 9.4% | 8.9% | 8.2% | 8.5% | 9.1% | 7.4% | 6.3% | 7.0% | 7.9% | 7.9% | 7.4% | 6.3% | 6.1% | 5.4% |
| 6: Maltreatment OOH Care | <=2% | 0.5% | 0.8% | 0.9% | 0.6% | 0.8% | 0.7% | 0.8% | 0.6% | 0.4% | 0.7% | 0.7% | 0.2% | 0.2% | 0.0% | 0.3% | 0.2% |
| 7: Reunification* | >=60% | X | X | X | X | X | X | 64.2% | 61% | 66.4% | 64.4% | 62.5% | 61.3% | 70.5% | 67.9% | 65.5% | 58.0% |
| 8: Adoption | >=32% | 10.7% | 11.1% | 29.6% | 16.7% | 33% | 25.2% | 34.4% | 30.7% | 40.0% | 36.9% | 27% | 33.6% | 34.5% | 40.6% | 36.2% | 35.5% |
| 9: Transfer of Guardianship | >=70% | 62.8% | 52.4% | 64.6% | 63.3% | 64.0% | 72.8% | 64.3% | 72.4% | 60.7% | 63.1% | 70.2% | 76.4% | 78% | 88.0% | 76.8% | 80.8% |
| 10: Sibling Placement* | >=95% | 65% | 53% | X | X | X | X | 96% | 94% | 75% | 77% | 83% | 85.5% | 84.9% | 79.1% | 83.3% | 81.3 |
| 11: Re-Entry | <=7% | X | X | X | X | X | X | 7.2% | 7.6% | 6.7% | 7.5% | 4.3% | 8.2% | 7.5% | 8.5% | 9.0% | 7.8% |
| 12: Multiple Placements | >=85% | X | 95.8% | 95.2% | 95.5% | 96.2% | 95.7% | 95.8% | 96% | 96.2% | 96.6% | 95.6% | 95% | 96.3% | 96.0% | 94.4% | 92.7% |
| 13: Foster Parent Training | 100% | X | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| 14: Placement Within Licensed Capacity | >=96% | 88.3% | 92% | 93% | 95.7% | 97% | 95.9% | 94.8% | 96.2% | 95.2% | 94.5% | 96.7% | 96.4% | 96.8% | 97.1% | 96.9% | 96.8% |
| 15: Needs Met** | >=80% | 53% | 57% | 53% | 56% | X | X | X | X | X | X | 62% | 52.1% | 45.3% | 51.3% | 64% | 47.1% |
| 16: Worker-Child Visitation (OOH)* | >=85% | 72% | 86% | 73% | 81% | 77.9% | 86.7% | 83.3% | 85.6% | 86.8% | 86.5% | 92.5% | 94.7% | 95.1% | 94.6% | 94.8% | 98.5% |
| | 100% | 87% | 98% | 93% | 91% | 93.3% | 95.7% | 92.8% | 93.1% | 93.1% | 90.9% | 91.5% | 99.0% | 99.1% | 98.7% | 98.7% | 94.6% |
| 17: Worker-Child Visitation (IH)* | >=85% | 39% | 40% | 46% | 33% | 71.2% | 81.9% | 78.3% | 85.6% | 86.2% | 87.6% | 85.7% | 89.2% | 89% | 90.9% | 89.4% | 89.9% |
| 18: Caseload Standards+ | 100% | 73.1% | 100% | 100% | 100% | 100% | 100% | 99.8% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| 19: Residential Reduction | <=11% | 13.9% | 14.3% | 14.7% | 13.9% | 13.7% | 12.6% | 11.8% | 11.6% | 11.3% | 10.8% | 10.9% | 11% | 10.9% | 11% | 10.8% | 10.8%* |
| 20: Discharge Measures | >=85% | 74% | 52% | 93% | 83% | X | X | 95% | 92% | 85% | 91% | 100% | 100% | 98% | 100% | 95% | 96% |
| 21: Discharge to DMHAS and DMR | 100% | 43% | 64% | 56% | 60% | X | X | 78% | 70% | 95% | 97% | 100% | 97% | 90% | 83% | 95% | 95% |
| 22: MDE | >=85% | 19% | 24.5% | 48.9% | 44.7% | 55.4% | 52.1% | 58.1% | 72.1% | 91.1% | 89.9% | 86% | 94.2% | 91.1% | 96.8% | 95.2% | 96.4% |

*Amended after removing sub-acute population*

_____

A summary of the accomplishments across all the measures are as follows:

## ACCOMPLISHMENTS

This quarterly report shows we met the following 16 outcomes:

- <u>Commencement of Investigations</u>: The goal of 90 percent was exceeded for the thirteenth quarter in a row with a current achievement of 97 percent.
- <u>Completion of Investigations</u>: Workers completed investigations in a timely manner in over 92 percent of cases, also exceeding the goal of 85 percent for the thirteenth consecutive quarter.
- <u>Search for Relatives</u>: For the eighth consecutive quarter, staff achieved the 85 percent goal for relative searches and met this requirement for 93.6 percent of children.
- <u>Repeat Maltreatment</u>: For the second consecutive quarter, staff exceeded the goal of 7 percent by achieving 5.4 percent.
- <u>Maltreatment of Children in Out-of-Home Care:</u> The Department sustained achievement of the goal of 2 percent or less for the sixteenth consecutive quarter with an actual measure of .2 percent.
- <u>Timely Adoption</u>: For the fourth consecutive quarter, staff exceeded the 32 percent goal for finalizing adoptions within two years of a child's entering care by meeting the goal in 35.5 percent of adoptions in the quarter.
- <u>Timely Transfer of Guardianship</u>: For the sixth consecutive quarter, staff exceeded the 70 percent goal for achieving a transfer within two years of a child's removal with a performance of 80.8 percent.
- <u>Multiple Placements</u>: For the fifteenth consecutive quarter, the Department exceeded the 85 percent goal with a rate of 92.7 percent.
- <u>Foster Parent Training</u>: For the fifteenth consecutive quarter, the Department met the 100 percent goal.
- <u>Placement within Licensed Capacity</u>: For the sixth consecutive quarter, staff met the 96 percent goal with an actual rate of 96.8 percent.
- <u>Worker-To-Child Visitation In Out Of Home Cases</u>: For the ninth consecutive quarter staff have exceeded the 85 percent goal for monthly visitation of children in out-of-home cases by hitting the mark in 98.5 percent of applicable cases.
- <u>Worker to Child Visitation in In-Home Cases</u>: For the ninth consecutive quarter, workers met required visitation frequency in 89.9 percent of cases, thereby exceeding the 85 percent standard.
- <u>Caseload Standards</u>: For the fourteenth quarter, no Department social worker carried more cases than the Exit Plan standard.
- <u>Reduction in Residential Care</u>: For the sixth consecutive quarter, staff met the requirement that no more than 11 percent of children in DCF care are in a residential placement by hitting 10.8 percent.
- <u>Discharge Measures</u>: For the tenth consecutive quarter, staff met the 85 percent goal for ensuring children discharged at age 18 from state care had attained either educational and/or employment goals by achieving an appropriate discharge in 96 percent of applicable cases.
- <u>Multi-disciplinary Exams</u>: For the seventh consecutive quarter, staff met the 85 percent goal by ensuring that 96.4 percent of children entering care received a timely multi-disciplinary exam and thus the highest achieved.

_____

This report, like all others, also points out where work remains and areas of practice that require continued improvement.  The Department is well aware that there still remain areas needing greater focus despite our successes.  Some of the challenges include:

CHALLENGES

1) Achieving Timely Permanency for more as there remain many youth in care for long periods of time.

2) Improving our efforts to bring together collaborative teams (with parents, youth, providers, and kin), increasing the options for interventions/services, increasing the options for placement, and addressing needs are crucial to success.

3) Improving how we secure appropriate and stable placements – in the community when possible and only as long as required—for those children whose treatment needs preclude family living.

4) Continue to work collaboratively to support children who return home or find permanency in other families so as to prevent them from re-entering the foster care system.

The Department understands that resources are crucial, but so are the tools used by the Department to assess and plan for families and children.  In addition, staff needs clarification and guidance in these areas and thus policies continues to be enhanced or developed.  Various new policies are in development and will help to shape the practice associated with assessments of families. This, in turn, affects change within a family that can be sustained and help the family deal with crisis in healthier ways.

_____

In addition to the many action steps and initiatives outlined in the *Juan F.* Action Plan aimed at improving performance in areas in particular areas of work under the Exit Plan, the following is an update on additional initiatives that will improve assessments, treatment planning, and case decision-making*:*

- **Structured Decision Making (SDM)**: SDM is an evidence-based approach to delivering child welfare services proven to be both valid and reliable. SDM tools focus on three major areas: safety, risk and strengths and needs/reunification. This vitally important and major initiative required comprehensive training of all staff levels (management, supervisory, frontline, administrative support). Following the training of all staff and some focused reviews, the Department is working on securing management and tracking reports to help guide and improves the implementation and impact of SDM.

- **Differential Response System (DRS)**: DRS utilizes a non-blaming, strength-based, assessment approach to engage families in identifying needs for the majority of accepted reports to the Hotline. There is no associated substantiation or placement of any adult on the Central Registry. The traditional forensic-based approach of a CPS investigation will be utilized only for those cases indicating serious injury or risk of immediate harm to a child. Currently, several community partners are involved with DCF in planning this effort. They include: the Commission on Children, Bridgeport Hospital, Kids Link (local child advocacy agency), TVCCA, Children's Trust fund, the Office of the Child Advocate, DSS, and FAVOR. In addition, family conferencing will be incorporated into this initiative. This approach is expected to be taken statewide in State Fiscal Year 2009, and the interim period is being dedicated to planning, policy and implementation readiness.

- **Intensive Safety Planning (ISP)**: ISP is designed to provide intensive, concrete, home-based services with select families immediately upon removal of a child through a court order. The focus is on mitigating the safety factors that led to the removal in order to consider prompt reunification before the 20 day Order of Temporary Custody hearing. Two evidence-based practices will be utilized as part of the ISP intervention, including the Structured Decision Making (SDM) Safety Assessment Tool (completed by DCF staff during the initial investigation and before the decision to remove is made as well as before reunifying the child). In addition, the Global Appraisal of Individual Need (GAIN)-Quick tool will be administered to the primary caretaker during the ISP intervention in order to identify the constellation or behavioral health, medical or other treatment issues. Twelve service providers have been identified through competitive procurement and approved by the Commissioners Office. All 12 contractors are now delivering ISP services.

Each quarter, we have witnessed the positive results of our staff's work. As complex as the child protection system can be, we remain confident that we are moving in the right direction and that we will build upon these successes.