UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUAN F., by and through his next Friends Brian Lynch and Isabel Romero, on behalf of themselves and all others similarly situated, et al | *<br>*<br>*<br>*<br>* |
| Plaintiffs | * |
| v. | *   Case Number: 2:89cv00859(AHN)<br>* |
| | *   MAY 21, 2008 |
| M. JODI RELL, et al. | *<br>* |
| Defendants, | * |

## MOTION OF APPROVAL OF BUDGET

The Court Monitor herewith submits his budget for fiscal year ending June 30, 2009. The budget reflects the analysis of the Court Monitor's anticipated spending needs for the next fiscal year based upon previous performance, as well as discussions with the parties as to the anticipated requirements for the upcoming fiscal year. The Court Monitor represents that he has discussed this budget with counsel for both parties and both have indicated their approval.

Accordingly, the Court Monitor requests that the Court approve the attached budget.

Raymond Mancuso,
Court Monitor
By: _____
James T. Shearin- ct 01326
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Juris #47892 (203) 330-2000
jshearin@pullcom.com

## CERTIFICATION

 Pursuant to Practice Book § 10-14, I hereby certify that a copy of the above was mailed or electronically delivered on this date to all counsel and pro se parties of record.

Ira Lustbader, Esquire
Associate Director
Children's Rights Inc.
330 7th Avenue, 4th Floor
New York, NY 10001

Steven M. Frederick, Esquire
Wofsey, Rosen, Kwenskin & Kuriansky, LLP
600 Summer Street
Stamford, CT 06901-1490

Gena Wiltsek, Esquire
Children's Rights Inc.
330 7th Avenue, 4th Floor
New York, NY 10001

Ann H. Rubin, Esquire
Carmody and Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

Susan Pearlman, Esquire
Office of the Attorney Generals
110 Sherman Street
Mackenzie Hall
Hartford, CT 06106

James P. Welsh
Director- Legal & Government Affairs
Department of Mental Retardation
460 Capitol Avenue
Hartford, CT 06106

Raymond Mancuso
DCF Court Monitor's Office
300 Church Street, 4th Floor
Wallingford, CT 06492

James T. Shearin

Bridgeport/70556.1/JTS/683484v1