## DCF Court Monitor's Office Proposed Budget
### July 1, 2008- June 30, 2009

<u>Salaries:</u>

| | |
|---|---:|
| DCF Court Monitor | 150,000 |
| Joni Beth Roderick | 99,910 |
| Rakhi Solanki | 40,706 |
| **Sub Total** | 290,616 |
| **Payroll Taxes Unemployment Taxes** | 23,000 |
| 401 K | 20,000 |
| Health Insurance* | 55,000 |
| Workers Compensation/ Liability | 8,250 |
| Accounting | 14,000 |
| Rent | 75,000 |
| Utilities | 15,000 |
| Telephone | 7,000 |
| Supplies | 5,500 |
| Printing/Copying | 8,000 |
| Postage | 2,500 |
| Case Review | 350,000 |
| Cleaning/ Maintenance | 10,000 |
| Training | 2,500 |
| Mileage/Travel** | 10,000 |
| Miscellaneous (including)<br>Poland Spring<br>Pension Service Fees<br>J.C. Electronics | 12,000 |
| Legal Fees | 15,000 |
| **Grand Total** | **923,366** |

*Employees contribute 10% towards Health Insurance costs. Cost cited above have the 10% excluded. The Health Insurance total reflects an increase in insurance rates.

**Mileage reimbursement rate, terms and conditions follow the state guidelines.