## Utility Events

2:89-cv-00859-AHN Juan F., et al v. Rell, Governor, et al

HBF

U.S. District Court

United States District Court for the District of Connecticut

### Notice of Electronic Filing

The following transaction was entered on 5/5/2008 at 3:21 PM EDT and filed on 5/5/2008
**Case Name:**    Juan F., et al v. Rell, Governor, et al
**Case Number:**   2:89-cv-859
**Filer:**
**Document Number:** 555(No document attached)

**Docket Text:**
**NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Status Conference set for 5/21/2008 AT 2:00 PM in Chambers Room 240 - Annex, 915 Lafayette Blvd., Bridgeport, CT before Judge Alan H. Nevas (Montz, A.)**

**2:89-cv-859 Notice has been electronically mailed to:**    2 Hrs -5 mins.

James T. Shearin  jshearin@pullcom.com, lbaranyar@pullcom.com, pll@pullcom.com

Ann H. Rubin  arubin@carmodylaw.com, lmott@carmodylaw.com

John Essex Tucker  john.tucker@po.state.ct.us

James P. Welsh  james.welsh@po.state.ct.us

Susan T. Pearlman  susan.pearlman@po.state.ct.us

Steven M. Frederick  sfrederick@wrkk.com

Ira P. Lustbader  ilustbader@childrensrights.org, tkraemer@childrensrights.org

Gena E. Wiltsek  gwiltsek@childrensrights.org

**2:89-cv-859 Notice has been delivered by other means to:**