UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2008 JUN -4 P 12: 19
U.S. DISTRICT COURT
BRIDGEPORT, CONN

------------------------------------------------------------x
JUAN F., et al.,                           :
                Plaintiffs,              :
                                         :
v.                                         :       CIVIL NO. H89-859
                                         :       (AHN)
                                         :
M. JODI RELL, et al.,                      :
                                         :
                Defendants.              :
------------------------------------------------------------x

## STIPULATED ORDER

Plaintiffs seek Court approval of attorneys' fees and expenses in this matter, for the period from June 1, 2007, to December 31, 2007. Counsel for Plaintiffs and Defendants have undertaken negotiations to arrive at a negotiated amount of fees and expenses for this period. Accordingly, Plaintiffs' counsel seek an award of $123,938.01 in fees and reimbursement of $2,656.90 in out-of-pocket expenses for this time period in this post-judgment consent decree litigation, and Defendants agree to that amount of requested fees and expenses.

The parties agree that within 30 days of the entry of this ORDER, Defendants shall pay a total of $94,994.19 to Children's Rights and $31,600.72 to Wofsey, Rosen, Kweskin & Kuriansky, LLP, in complete payment and settlement of all fees and expenses

for the period from June 1, 2007, to December 31, 2007.

SO STIPULATED BY THE PARTIES:

_____
Steven Frederick
Federal Bar No. ct08743
sfrederick@wrkk.com
Wofsey, Rosen, Kweskin
    & Kuriansky, LLP
600 Summer Street
Stamford, CT 06901-1490
Tel (203) 327-2300
Fax (203) 967-9273

_____
Marcia Robinson Lowry
Federal Bar No. ct04688
mlowry@childrensrights.org
Ira P. Lustbader
Federal Bar No. ct23551
ilustbader@childrensrights.org
Children's Rights
330 Seventh Avenue, 4th Floor
New York, N.Y. 10001
Tel (212) 683-2210
Fax (22) 683-4015

FOR PLAINTIFFS

_____
Ann H. Rubin, Esq.
Federal Bar No. ct04486
arubin@carmodylaw.com
Carmody & Torrance LLP
195 Church Street
New Haven, CT 06590-1950
Tel (203) 777-5501

FOR DEFENDANTS

The Court has carefully considered the application, and hereby ORDERS that Plaintiffs' application is GRANTED. The stipulated resolution of fees is fair, reasonable and adequate. Per prior order of this Court, additional notice and hearing on this fee and expense settlement are not required in this ongoing post-judgment action.

SO ORDERED this ___ day of _____, 2008 at Bridgeport, Connecticut.

_____
HON. ALAN H. NEVAS
Senior United States District Judge

for the period from June 1, 2007, to December 31, 2007.

SO STIPULATED BY THE PARTIES:

*[signature]*
Steven Frederick
Federal Bar No. ct08743
sfrederick@wrkk.com
Wofsey, Rosen, Kweskin
    & Kuriansky, LLP
600 Summer Street
Stamford, CT 06901-1490
Tel (203) 327-2300
Fax (203) 967-9273

*[signature]*
Marcia Robinson Lowry
Federal Bar No. ct04688
mlowry@childrensrights.org
Ira P. Lustbader
Federal Bar No. ct23551
ilustbader@childrensrights.org
Children's Rights
330 Seventh Avenue, 4th Floor
New York, N.Y. 10001
Tel (212) 683-2210
Fax (22) 683-4015

FOR PLAINTIFFS

*[signature]*
Ann H. Rubin, Esq.
Federal Bar No. ct04486
arubin@carmodylaw.com
Carmody & Torrance LLP
195 Church Street
New Haven, CT 06590-1950
Tel (203) 777-5501

FOR DEFENDANTS

The Court has carefully considered the application, and hereby ORDERS that Plaintiffs' application is GRANTED. The stipulated resolution of fees is fair, reasonable and adequate. Per prior order of this Court, additional notice and hearing on this fee and expense settlement are not required in this ongoing post-judgment action.

SO ORDERED this 4 day of June 2008 at Bridgeport, Connecticut.

/s/ Alan H. Nevas, SUSDJ
HON. ALAN H. NEVAS
Senior United States District Judge