UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
*********************************
JUAN F., et al.                  :
                                 :
        Plaintiffs               :
                                 :       CIVIL NO. H-89-859 (AHN)
    v.                           :
                                 :
M. JODI RELL, et al.             :
                                 :
        Defendants               :       June 16, 2008
*********************************
```

## ORDER

Pursuant to the *Juan F.* Exit Plan, The Monitor's Office submits the Revised Exit Plan Quarterly Report for the period of January 1, 2008 through March 31, 2008. I respectfully ask that the Court accept this report and Order that it be filed as an official document in this case.

Accepted and So Ordered: /s/ Alan H. Nevas, SUSDJ    Date: 6/19/08
The Honorable Alan H. Nevas
Senior United States District Court Judge