UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
JUAN F., et al., :
                    Plaintiffs, :
                                    :
v. : CIVIL NO. H89-859 (CFD)
                                    :
M. JODI RELL, et al., :
                                    : April 13, 2010
                    Defendants. :
---------------------------------------------------------------x

## DEFENDANTS' MOTION FOR PERMISSION TO FILE MEMORANDUM OF LAW IN EXCESS OF PAGE LIMIT

The defendants move this Court for permission to file a Memorandum of Law in Support of their Motion to Vacate Consent Decree and Exit Plan, pursuant to Rule 60(b)(5) of the Federal Rules of Civil Procedure, that is in excess of the forty-page limit set forth in the Local Rules of this District, D.Conn.L.Civ.R. 7(a)(2). The defendants' Motion to Vacate and proposed supporting Memorandum of Law are submitted herewith.

The litigation that is the subject of the defendants' Motion to Vacate has been on-going for over twenty years. The original complaint, which was filed in 1989, was 82 pages long, and contained 249 paragraphs of detailed allegations, directed to virtually every facet of the functioning and operation of the Connecticut Department of Children and Youth Services (now the Department of Children and Families or "DCF"). The present Motion to Vacate asks this Court to vacate a Consent Decree that was entered in 1991, and a Revised Exit Plan entered in 2004. The Consent Decree and Exit Plan themselves provide detailed and extensive criteria and outcomes designed to remedy the

CARMODY & TORRANCE LLP
Attorneys at Law
{N0850467}
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

deficiencies alleged in the complaint. The defendants' present Motion to Vacate is based upon twenty years of changes in federal laws regarding child welfare and protection, and complete systemic reform and transformation of DCF. The defendants therefore respectfully submit that a thorough presentation and analysis of these issues requires a memorandum of a greater length than that provided for in the Local Rules.

WHEREFORE, the defendants move this Court for an Order granting their Motion for Permission to file the attached proposed Memorandum of Law in Support of Motion to Vacate, and that the Motion and Supporting Memorandum are deemed to be filed accordingly.

THE DEFENDANTS,

By _____
Ann H. Rubin (ct04486)
arubin@carmodylaw.com
Anne D. Peterson (ct20181)
apeterson@carmodylaw.com
Carmody & Torrance LLP
50 Leavenworth Street
P. O. Box 1110
Waterbury, CT 06721-1110
Phone: (203) 573-1200
Fax: (203) 575-2600

CARMODY & TORRANCE LLP
Attorneys at Law
{N0850467}
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200
2

## CERTIFICATION OF SERVICE

I hereby certify that on the above date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____
Ann H. Rubin