United States District Court
District of Connecticut
FILED AT    BRIDGEPORT
July 22, 2015
Roberta D. Tabora, Clerk
By: Tasha Oliver
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Juan F., et al.,
    Plaintiffs,

v.

Dannel Malloy, et al.,
    Defendants.

No. 2:89-cv-859 (SRU)

## ORDER

Pursuant to the *Juan F.* Exit Plan, The Monitor's Office has submitted the Revised Exit Plan Quarterly Report for the period of January 1, 2015 through March 31, 2015. The clerk shall docket the Quarterly Report.

It is so ordered.

Dated at Bridgeport, Connecticut, this 22nd day of July 2015.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge