**_Juan F_. v. Malloy Exit Plan**
**Quarterly Report**
**January 1, 2015 – March 31, 2015**
**Civil Action No. 2:89 CV 859 (SRU)**

Submitted by:
DCF Court Monitor's Office
300 Church St, 4th Floor
Wallingford, CT 06492
Tel: 203-741-0458
Fax: 203-741-0462
E-Mail: Raymond.Mancuso@CT.GOV

**Table of Contents**
***Juan F.* v Malloy Exit Plan Quarterly Report**
**January 1, 2015 – March 31, 2015**

| Section | Page |
|---|---|
| **Highlights** | **3** |
| ***Juan F.* Exit Plan Outcome Measure Overview Chart**<br>**(January 1, 2015 – March 31, 2015)** | **9** |
| ***Juan F*. Pre-Certification Review-Status Update**<br>**First Quarter 2015** | **10** |
| **DCF Court Monitor's Office Case Review for Outcome Measure 3**<br>**and Outcome Measure 15** | **13** |
| ***Juan F.* Action Plan Monitoring Report** | **34** |
| ***Appendix 1* - Commissioner's Highlights from: The Department of**<br>**Children and Families Exit Plan Outcome Measures Summary**<br>**Report: First Quarter Report (January 1, 2015 - March 31, 2015)** | **45** |

## *Juan F.* v Malloy Exit Plan Quarterly Report
## January 1, 2015 – March 31, 2015

### Highlights

- The First Quarter 2015 findings regarding the Exit Plan indicate that the Department maintained compliance with 15 of the 22 measures. Of the seven measures that did not meet the established standards, the most critical deal with the Department's case planning process, meeting children's service needs, appropriate visitation with family members of the agency's in-home cases, excessive caseloads for Social Work staff and appropriate discharge outcomes (education, work, and military service) prior to discharge from DCF custody for older adolescent youth (ages 18+).

- The Court Monitor's quarterly review of the Department's efforts to meet the Exit Plan Outcome Measures during the period of January 1, 2015 through March 31, 2015 indicates the Department achieved 15 of the 22 Outcome Measures. The seven measures not met include: Outcome Measure 3 (Case Planning), Outcome Measure 7 (Reunification), Outcome Measure 14 (Placement Within Licensed Capacity), Outcome Measure 15 (Children's Needs Met), Outcome Measure 17 (Worker-Child Visitation In-Home)[1], Outcome Measure 18 (Caseload Standards) and Outcome Measure 20 (Discharge Measures for Adolescents Exiting DCF Care).

  Outcome Measure 10 (Sibling Placement) did not meet the measure under the definitions set forth in the 2004 Exit Plan. However, given the recent expansion of the exception group to include sibling groups of 3 or more siblings that was detailed in the previous report; this quarter's cohort meets the measure for the First Quarter 2015.

- There have been ongoing discussions with the *Juan F.* parties regarding efforts to achieve and pre-certify all remaining Outcome Measures. In particular, consensus was reached regarding the need for additional funding to expand specific existing services to address the well documented lack of availability for some services in areas of the state. While this consensus does not address all of the areas of need outlined in recent state plans, legislative reports or Court Monitor reports, it was an important step that also took into account the ability of the Department to ensure that the new levels of service would be available quickly and efficiently. Considerable effort was made to outreach to the various state groups that control both the development and the approval of the budget. The Court Monitor met in person and had regular communication with the Secretary of the Office of Policy and Management, members of the Appropriations Committee, the Children's Committee and many individual members of the legislature. At the time of the drafting of this report the state budget has been approved. Some of the critical

---

[1] Outcome Measure 17 Worker-Child Visitation In-Home - Current automated reporting indicates the measure as statistically achieved, however this does not accurately reflect performance findings. The Outcome Measure 17 Pre-Certification Review indicated that compliance is not achieved. While DCF reports are numerically accurate based upon the algorithms utilized, user error in selection of narrative entry types, and a failure to demonstrate that workers are meeting the specific steps called for with the definition of 'visit' calls into question the automated report findings. As such, the Monitor will not indicate achievement of the measure based solely on the current reporting.

services deemed necessary have been addressed in the budget but not at the levels required to fully increase programs to levels that would attend to the identified deficiencies. In addition, the budget calls for $1.8 million in annualized rescissions that will negatively impact services needed by the *Juan F.* class. Furthermore, the budget will negatively impact the ability of the Department to immediately re-hire staff to replace those who separate from state service and considerably reduces available overtime. Utilization of overtime is critical in ensuring appropriate case management including visitation with at-risk children as well as providing for the recently legislated mandate for sibling visitation. Efforts are under way by the Department to implement the new level of services allowed by the budget while the other areas of concern outlined above are currently under discussion with impact and options being considered.

- The results for the 53 case blind-sample of Outcome Measure 3 (Case Planning) and Outcome Measure 15 (Needs Met) are not surprising given the staffing instability and excessive workloads that existed during the period under review (PUR). As previously discussed in our quarterly reports, the freeze in hiring last year resulted in hundreds of workers with caseloads in excess of the maximum standard. Excessive workloads compromise the quality of the Department's case management services, including the case record documentation. The freeze in hiring forced caseloads to be re-distributed. The transfer of cases disrupts the relationship between DCF Social Workers and the families they are attempting to assist. Excessive amounts of transfers have a very detrimental effect on case planning, the provision of services, and permanency efforts. Despite the best efforts of the regional management teams to minimize the impact; once the freeze was lifted, another round of transferring of cases occurred as 150 new staff were hired and then were assigned cases. In addition, the well documented gaps in service that already existed and have been identified in the recent Mental Health Report, numerous legislative reports, external reports and Court Monitor reviews were further exacerbated. This was due to the fact that many of the new staff hired were employed previously by the non-profit providers who service the families and children. When the non-profit providers lose this many staff in a brief period of time, service provision levels drop precipitously until they can hire and train new staff. Stability in the DCF workforce, prompt hiring to fill vacancies and adequate levels of community–based services are essential to promote the best possible outcomes for children and families.

**According to the 53 case, blind-sample conducted for the First Quarter 2015, the Department's statewide result for Outcome Measure 3 (Case Plans), is 47.2%.** The standard of 90% was not met for the First Quarter 2015. The Middletown and Willimantic Offices surpassed the benchmark standard with 100% of the reviewed case meeting the standard set forth in the methodology. This quarter, nine of the 53 case plans reviewed were not within the 180 day Administrative Case Review cycle established by federal and DCF guidelines. A total of seven (7) of the 53 cases (13.2%) lacked supervisory approval at the time of our review.

**Outcome Measure 15** requires that all needs be met within the case for 80% of the children and families served. **The Department's statewide result for OM 15 (Needs Met), within the 53 case sample is calculated at a rate of 47.2%.** This means that the

standard (80%) was not achieved for the First Quarter 2015. Norwich and Willimantic were the only Area Office that met or exceeded the standard.

There were 306 unmet needs service needs captured this quarter throughout our reviews of the sample (n=53) during the prior six month period. Additionally, there were 12 instances in which reviewers felt that the case management was marginal or poor due to the lack of assessment or untimely referrals. In these instances the reviewers identified the DCF case management as the service need. As with prior quarters, the reported barrier to appropriate service provision was due to client refusal, the lack or delayed referrals, or the result of wait lists and internal provider issues. It is important to note that interviews with Social Workers and Social Work Supervisors indicates that some percentage of the categories of "lack of referral" or "delayed referral" are due to staff having knowledge that certain services are not readily available. Thus, the number of cases with unmet needs due to waitlists and provider issues is understated.

As with previous quarters, services noted through this methodology, as well as other review activities, that are not readily available in areas of the state include: in-home services, domestic violence services, extended day treatment, substance abuse services, emergency mobile services, supportive housing vouchers, foster and adoptive care resources, and outpatient mental health services.

- The Court Monitor did not conduct any reviews related to Pre-Certification of additional Outcome Measures this past quarter. Pre-certification has been utilized in order to advance the exit process from federal oversight. See page 10 for a summary of pre-certification activity.

- The Division of Foster Care's monthly report for March 2015 indicates that there are 2,008 licensed DCF foster homes. This is a decrease of 90 homes when compared with the Fourth Quarter 2015 report. The number of approved private provider foster care homes is 818 which is a decrease of 26 homes from the previous quarter. The number of private provider foster homes currently available for placement is 113.

- The number of children with the goal of Other Planned Permanent Living Arrangement (OPPLA) decreased by 41 from the 421 in February 2015 to 380 at the close of this quarter. While this goal may be appropriate for some youth, it is not a preferred goal due to its lack of formal permanent and stable relationships with an identified adult support, be it relative or kin. The Department has continued training for staff regarding Permanency Teaming, which is a collaborative approach to permanency planning for children/youth in foster care or at risk of entering the foster care system. Permanency Teaming policy and a practice guide were released last quarter. Permanency Teaming will be the primary means by which caseworkers engage a child's/youth natural network (birth parents, extended family, other important adults) in addition to professional supports and conduct ongoing case management activities. Individual conversations, joint meetings and large team meetings will be utilized in this effort and there is tremendous opportunity in implementing this effort to reduce the number of meetings currently held for other specific issues. The frequent large team meetings envisioned in

this approach will allow a number of topics to be addressed in a more holistic manner. When successfully implemented this process will result in a significant efficiency for children, parents, stakeholders and DCF staff with respect to time and travel and improving the clarity of plans and expectation through improved communication.

- As of February 2015, there were 106 *Juan F.* children placed in residential facilities. This is a decrease of 8 children compared with February 2015. The number of children residing in residential care for greater than 12 months was 26 which is the same total reported in February 2015.

- The Department continues to focus on the number of *Juan F.* children residing and receiving treatment in out-of-state residential facilities. As of June 2015, the number of children was 10 children compared to the 12 children reported for April 2014.

- The number of children age 12 years old or younger in congregate care as of May 2015 was 22 children the same as the previous quarter. Of the total, 7 are placed in residential care, 4 children reside in SAFE Homes, 8 children are placed in group homes and 3 are place in shelter services.

- As of May 2015, there were four children aged 1 to 5 years of age residing in a Congregate Care placement. Three of the children were placed in medical care settings due to complex medical conditions and one child resided with their parent in a group home setting.

- The number of children utilizing SAFE Home temporary placements decreased to 9 as of May 2015 compared with the 13 reported as of February 2015. The number of children in SAFE Home overstay status (>60 days) during the First Quarter, was 7 children or 78%. There were 4 children with lengths of stay in excess of six months as of May 2015. The Department has made a shift in the use of the SAFE Home model to focus on shorter lengths of stay and increased collaborative work with families and stakeholders during the child's placement episode.

- There were 34 youth in STAR programs as of May 2015. This is 4 more than the 30 reported in February 2015 and 40 fewer than one year ago. Fifteen (44%) of these youth in STAR programs were in overstay status (>60 days) as of May 2015. There were three children with lengths of stay longer than six months as of May 2015. In the past, the lack of sufficient and appropriate treatment/placement services, especially family-based settings for older youth, hampered efforts to reduce the utilization of STAR services. Given the decision to find alternative community placement and treatment services and reduce the utilization of STAR services, a review of the planning and service provision for children diverted from this service should be considered to ensure that their needs are adequately being addressed.

- The Monitor's quarterly review of the Department for the period of January 1, 2015 through March 31, 2015 indicates that the Department did not achieve compliance with seven (7) measures:
  - Case Planning (47.2%)
  - Reunification (59.8%)
  - Placement Within Licensed Capacity (95.4%)
  - Children's Needs Met (47.2%)
  - Worker-Child Visitation In-Home (N/A)[2]
  - Caseload Standards (87.3%)
  - Discharge Measures of Adolescents Exited DCF Care (83.7%)

- The Monitor's quarterly review of the Department for the period of January 1, 2015 through March 31, 2015 indicates the Department has achieved compliance with the following 15 Outcome Measures:
  - Commencement of Investigations (95.1%)
  - Completion of Investigations (85.6%)
  - Search for Relatives (93.4%)
  - Repeat Maltreatment (5.7%)
  - Maltreatment of Children in Out-of-Home Cases (0.2%)
  - Adoption (32.9%)
  - Transfer of Guardianship (72.5%)
  - Sibling Placement (90.9%)
  - Re-Entry into DCF Custody (5.0%)
  - Multiple Placements (96.7%)
  - Foster Parent Training (100.0%)
  - Worker-Child Visitation Out-of-Home Cases (94.9% Monthly/99.0% Quarterly)
  - Residential Reduction (2.8%)
  - Discharge to Adult Services (100.0%)
  - Multi-disciplinary Exams (91.2%)

---

[2] Outcome Measure 17 Worker-Child Visitation In-Home - Current automated reporting indicates the measure as statistically achieved, however this does not accurately reflect performance findings. The Outcome Measure 17 Pre-Certification Review indicated that compliance is not achieved. While DCF reports are numerically accurate based upon the algorithms utilized, user error in selection of narrative entry types, and a failure to demonstrate that workers are meeting the specific steps called for with the definition of 'visit' calls into question the automated report findings. As such, the Monitor will not indicate achievement of the measure based solely on the current reporting.

- The Department has maintained compliance for at least two (2) consecutive quarters[3] with 11 of the Outcome Measures reported as achieved this quarter:
  - Commencement of Investigations
  - Search for Relatives
  - Repeat Maltreatment of In-Home Children
  - Maltreatment of Children in Out-of-Home Care
  - Transfer of Guardianship
  - Multiple Placements
  - Foster Parent Training
  - Visitation Out-of-Home
  - Residential Reduction
  - Discharge of Youth to Adult Services
  - Multi-disciplinary Exams

A full copy of the Department's First Quarter 2015 submission including the Commissioner's Highlights may be found on page 45.

---

[3] The Defendants must be in compliance with all of the outcome measures, and in sustained compliance with all of the outcome measures for at least two consecutive quarters (six-months) prior to asserting compliance and shall maintain compliance through any decision to terminate jurisdiction.

## Statewide — Juan F. Exit Plan Report Outcome Measure Overview

| Measure | Measure | Base-line | Q2 2015 | Q1 2015 | Q4 2014 | Q3 2014 | Q2 2014 | Q1 2014 | Q4 2013 | Q3 2013 | Q2 2013 | Q1 2013 | Q4 2012 | Q3 2012 | Q2 2012 | Q1 2012 | Q4 2011 | Q3 2011 | Q2 2011 | Q1 2011 | Q4 2010 | Q3 2010 | Q2 2010 | Q1 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1: Commencement of Investigation | >=90% | x | | 95.1% | 94.5% | 93.8% | 93.2% | 93.6% | 94.7% | 96.0% | 96.2% | 95.5% | 94.9% | 95.7% | 96.1% | 96.6% | 97.1% | 97.3% | 97.2% | 97.2% | 96.8% | 97.4% | 97.6% | 97.4% |
| 2: Completion of the Investigation | >=85% | 73.7% | | 85.6% | 81.9% | 78.6% | 77.3% | 77.6% | 83.7% | 92.5% | 92.2% | 89.1% | 90.2% | 92.5% | 92.4% | 91.9% | 93.3% | 94.0% | 94.4% | 92.7% | 90.0% | 91.5% | 92.9% | 93.7% |
| 3: Treatment Plans | >=90% | x | | 47.2% | 41.5% | 46.3% | 46.3% | 51.9% | N/A | 65.5% | 63.0% | 56.4% | 53.7% | 47.8% | 63.0% | 39.6% | 44.4% | 50.9% | N/A | 81.1% | 67.3% | 66.0% | 75.5% | 86.5% |
| 4: Search for Relatives | >=85% | 58% | | 93.4% | 89.3% | 86.9% | 85.1% | 86.6% | 88.3% | 90.2% | 85.3% | 92.2% | 87.3% | 87.5% | 89.5% | 89.3% | 92.8% | 94.5% | 94.5% | 90.1% | 88.8% | 90.9% | 91.2% | 92.0% |
| 5: Repeat Maltreatment of In-Home Children | <=7% | 9.3% | | 5.7% | 6.7% | 6.5% | 5.8% | 6.3% | 4.5% | 4.9% | 5.7% | 4.4% | 4.9% | 4.3% | 4.1% | 4.3% | 6.0% | 6.1% | 5.4% | 5.7% | 6.2% | 6.5% | 6.5% | 5.8% |
| 6: Maltreatment of Children in Out-of-Home Care | <=2% | 1.2% | | 0.2% | 0.2% | 0.3% | 0.1% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.1% | 0.1% | 0.2% | 0.1% | 0.1% | 0.4% | 0.2% | 0.1% | 0.2% |
| 7: Reunification | >=60% | 57.8% | | 59.8% | 65.2% | 71.3% | 73.9% | 60.2% | 62.5% | 62.4% | 62.8% | 56.3% | 57.6% | 52.0% | 61.1% | 58.9% | 65.8% | 65.3% | 73.1% | 61.7% | 64.9% | 68.3% | 67.1% | 61.2% |
| 8: Adoption | >=32% | 12.5% | | 32.9% | 31.7% | 30.2% | 34.2% | 44.0% | 33.9% | 32.8% | 31.6% | 29.5% | 25.9% | 39.0% | 34.3% | 23.7% | 33.6% | 40.0% | 32.7% | 35.6% | 38.5% | 25.8% | 36.0% | 34.7% |
| 9: Transfer of Guardianship | >=70% | 60.5% | | 77.8% | 72.5% | 73.2% | 65.2% | 67.6% | 63.8% | 77.3% | 65.6% | 77.6% | 76.5% | 84.0% | 76.7% | 81.4% | 83.1% | 83.6% | 78.4% | 86.2% | 87.3% | 78.6% | 74.6% | 82.3% |
| 10: Sibling Placement | >=95% | 57% | | 90.9% | 90.6% | 88.7% | 89.3% | 90.6% | 89.9% | 92.5% | 88.0% | 89.5% | 87.5% | 87.5% | 89.2% | 88.5% | 91.8% | 89.3% | 85.8% | 86.7% | 83.3% | 81.9% | 84.8% | 85.6% |
| 11: Re-Entry into DCF Custody | <=7% | 6.9% | | 5.0% | 3.8% | 7.7% | 8.0% | 4.8% | 4.9% | 5.5% | 8.6% | 7.4% | 7.0% | 9.1% | 6.8% | 5.8% | 6.4% | 7.2% | 4.4% | 7.7% | 6.3% | 7.3% | 6.7% | 8.4% |
| 12: Multiple Placements | >=85% | x | | 96.7% | 96.4% | 96.5% | 96.7% | 96.8% | 97.1% | 96.6% | 96.7% | 96.4% | 96.5% | 96.4% | 96.6% | 96.6% | 96.4% | 96.4% | 96.1% | 96.1% | 96.1% | 95.7% | 95.8% | 95.9% |
| 13: Foster Parent Training | 100% | | | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| 14: Placement Within Licensed Capacity | >=96% | 94.9% | | 95.4% | 96.3% | 95.3% | 95.4% | 96.0% | 95.7% | 96.2% | 96.4% | 97.1% | 96.7% | 95.8% | 95.3% | 97.7% | 96.1% | 95.2% | 95.6% | 96.8% | 96.8% | 95.4% | 95.1% | 96.9% |
| 15: Children's Needs Met | >=80% | x | | 47.2% | 52.8% | 64.8% | 59.3% | 57.4% | N/A | 67.3% | 74.1% | 61.8% | 53.7% | 53.6% | 61.1% | 60.4% | 55.6% | 60.4% | N/A | 58.5% | 56.6% | 58.5% | 52.8% | 67.3% |
| 16: Worker-Child Visitation (Out-of-Home) | >=85%(M) | x | | 94.9% | 92.6% | 93.4% | 94.3% | 94.9% | 95.4% | 94.6% | 95.8% | 95.9% | 94.2% | 93.6% | 92.7% | 95.1% | 92.3% | 95.0% | 95.1% | 95.8% | 95.3% | 95.3% | 95.7% | 96.2% |
| | =100%(Q) | x | | 99.0% | 98.4% | 98.4% | 98.9% | 98.8% | 99.0% | 98.8% | 99.0% | 99.2% | 99.1% | 98.7% | 98.7% | 99.2% | 98.6% | 99.0% | 99.2% | 99.2% | 98.9% | 98.9% | 99.3% | 99.6% |
| 17: Worker-Child Visitation (In-Home) | >=85% | x | | 86.1% | 83.3% | 83.3% | 83.9% | 83.0% | 85.3% | 86.1% | 88.6% | 88.1% | 84.1% | 87.0% | 85.8% | 84.8% | 85.9% | 86.3% | 89.7% | 88.5% | 89.7% | 89.4% | 89.7% | 89.6% |
| 18: Caseload Standards | 100% | 69.2% | | 90.6% | 87.3% | 84.5% | 83.6% | 94.5% | 97.6% | 93.9% | 99.9% | 99.8% | 93.9% | 100.0% | 99.7% | 99.8% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 99.9% | 100.0% | 100.0% |
| 19: Reduction in the Number of Children Placed in | <=11% | 13.5% | | 2.8% | 2.7% | 2.7% | 3.4% | 4.0% | 4.2% | 4.3% | 4.9% | 5.1% | 5.8% | 6.3% | 6.9% | 7.5% | 8.5% | 8.8% | 9.8% | 10.0% | 9.9% | 9.4% | 10.1% | 10.0% |
| 20: Discharge Measures | >=85% | 61% | | 83.7% | 94.6% | 93.8% | 97.1% | 90.9% | 94.5% | 85.7% | 86.3% | 86.5% | 95.9% | 89.2% | 85.7% | 86.9% | 76.5% | 88.0% | 79.4% | 82.9% | 87.2% | 88.5% | 87.9% | 86.0% |
| 21: Discharge of Mentally Ill or Mentally Retarded Children | 100% | x | | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 90.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 95.7% | 92.0% | 97.0% | 96.1% | 97.3% | 98.1% | 100.0% |
| 22: Multi-disciplinary Exams (MDE) | >=85% | 5.6% | | 91.2% | 93.3% | 96.0% | 91.8% | 85.4% | 85.1% | 94.1% | 93.6% | 95.0% | 89.7% | 95.5% | 93.8% | 90.0% | 93.4% | 93.3% | 96.3% | 91.9% | 97.5% | 96.1% | 96.4% | 95.7% |

<div align="center">

### *Juan F.* Pre-Certification Review-Status Update First Quarter 2015

</div>

Under the Revised Exit Plan (¶5), the Court Monitor is required to conduct what the parties and the Court Monitor refer to as a "Certification" review as follows:

> *The Defendants must be in compliance with all of the outcome measures, and in sustained compliance with all of the outcome measures for at least two quarters (six months) prior to asserting compliance and shall maintain compliance through any decision to terminate jurisdiction. The Court Monitor shall then conduct a review of a statistically significant valid sample of case files at a 96% confidence level, and such other measurements as are necessary, to determine whether Defendants are in compliance. The Court Monitor shall then present findings and recommendations to the District Court. The parties shall have a meaningful opportunity to be heard by the Court Monitor before rendering his findings and recommendations.*

In recognition of the progress made and sustained by the Department with respect to a number of Outcome Measures, and the fact that the well-being of the *Juan F.* class members will be promoted by the earliest possible identification and resolution of the any quantitative or qualitative problems affecting class members that may be identified by the review required by Revised Exit Plan ¶5, the parties and the Court Monitor agree that it is in the best-interests of the *Juan F.* class members to create a "Pre-Certification" review process. It is expected that this "pre-certification" process may, in certain instances, obviate the need to implement the full certification review for certain outcome measures after sustained compliance is achieved for all Outcome Measures.

The "Pre-Certification" process that parties and the Court Monitor have created, and to which they have agreed, is as follows:

> If DCF has sustained compliance as required by the Revised Exit Plan for at least two consecutive quarters (6 months) for any Outcome Measure ("OM"), the Court Monitor may, in his discretion, conduct a "pre-certification review" of that OM ("Pre-Certification Review"). The purpose of the Pre-Certification Review is to recognize DCF's sustained improved performance, to identify and provide a prompt and timely opportunity to remedy any problem areas that are affecting the well-being of *Juan F.* class members, and to increase the efficiency of DCF's eventual complete compliance and exit from the Consent Decree.

> Other than conducting the Pre-Certification Review earlier than the review mandated by Revised Exit Plan ¶5, the Pre-Certification Review will be conducted in accordance with the provision for review as described in the Revised Exit Plan ¶5 unless otherwise agreed upon by the parties and the Court Monitor.

> If the Pre-Certification Review does not identify any material issues requiring remediation, and no assertions of noncompliance with the specific Outcome Measures(s) at issue are pending at the time Defendants assert sustained

compliance with all Outcome Measures, the Parties agree that the full review as per paragraph 5 of the Revised Exit Plan will not be required after the Defendants assert sustained compliance with all Outcome Measures. Upon Defendants' assertion of sustained compliance with all Outcome Measures, the parties, with the involvement and consent of the Court Monitor, agree to present for the Court's review, any agreement to conduct less than the full review process required by Revised Exit Plan (¶5) for any specific Outcome Measures, as a proposed modification of the Revised Exit Plan.

As of this First Quarter 2015 Report, no additional measures have been pre-certified. The total number of Outcome Measures that have been certified thus far is 14 measures.

| *Juan F.* Pre-Certification Review | | |
|---|---|---|
| **Outcome Measure** | **Statement of Outcome** | **Status** |
| **OM 4: Search for Relatives** | If a child(ren) must be removed from his or her home, DCF shall conduct and document a search for maternal and paternal relatives, extended formal or informal networks, friends of the child or family, former foster parents, or other persons known to the child. The search period shall extend through the first six (6) months following removal from home. The search shall be conducted and documented in at least 85.0% of the cases. | Pre-Certified October 2013 |
| **OM 5: Repeat Maltreatment of Children** | No more than 7% of the children who are victims of substantiated maltreatment during any six-month period shall be the substantiated victims of additional maltreatment during any subsequent six-month period. This outcome shall begin to be measured within the six-month period beginning January 1, 2004. | Pre-Certified* July 2014 |
| **OM6: Maltreatment of Children in Out-of-Home Care** | No more than 2% of the children in out of home care on or after January 1, 2004 shall be the victims of substantiated maltreatment by substitute caregivers while in out of home care. | Pre-Certified October 2014 |
| **OM 7: Reunification** | At least 60% of the children, who are reunified with their parents or guardians, shall be reunified within 12 months of their most recent removal from home. | Pre-Certified April 2015 |
| **OM 8: Adoption** | At least 32% of the children who are adopted shall have their adoptions finalized within 24 months of the child's most recent removal from his/her home. | Pre-Certified January 2013 |
| **OM 9: Transfer of Guardianship** | At least 70% of all children whose custody is legally transferred shall have their guardianship transferred within 24 months of the child's most recent removal from his/her home. | Pre-Certified January 2013 |
| **OM 10: Sibling Placement** | At least 95% of siblings currently in or entering out-of-home placement shall be placed together unless there are documented clinical reasons for separate placements. Excludes Voluntary cases and children for whom TPR has been granted. | Pre-Certified April 2015 |

---

* Pre-Certification granted subject to verification of correction to ROM system reporting - release delayed to June 2014.

| | | |
|---|---|---|
| **OM 12: Multiple Placements** | Beginning on January 1, 2004, at least 85% of the children in DCF custody shall experience no more than three (3) placements during any twelve month period. | Pre-Certified April 2012 |
| **OM 14: Placement within Licensed Capacity** | At least 96% of all children placed in foster homes shall be in foster homes operating within their licensed capacity, except when necessary to accommodate sibling groups. | Pre-Certified April 2012 |
| **OM 16: Worker/ Child Visitation (Child in Placement)** | DCF shall visit at least 85% of all out-of-home children at least once a month, except for probate, interstate, or voluntary cases. All children must be seen by their DCF Social Worker at least quarterly. | Pre-Certified April 2012 |
| **OM 17: Worker-Child Visitation (In-Home)** | DCF shall visit at least 85% of all in-home family cases at least twice a month, except for probate, interstate or voluntary cases. Definitions and Clarifications: 1. Twice monthly visitation must be documented with each active child participant in the case. Visitation occurring in the home, school or other community setting will be considered for Outcome Measure 17. | Not Pre-Certified January 2012 |
| **OM 19: Reduction in the Number of Children Placed in Residential Care** | The number of children placed in privately operated residential treatment care shall not exceed 11% of the total number of children in DCF out-of-home care. The circumstances of all children in-state and out-of-state residential facilities shall be assessed after the Court's approval of this Exit Plan on a child specific basis to determine if their needs can be met in a less restrictive setting. | Pre-Certified December 2014 |
| **OM 20: Discharge Measures** | At least 85.0% of all children age 18 or older shall have achieved one or more of the following prior to discharge from DCF custody: (a) Graduation from High School; (b) Acquisition of GED; (c) Enrollment in or completion of college or other post secondary training program full-time; (d) Enrollment in college or other post secondary training program part-time with part-time employment; (e) Full-time employment; (f) Enlistment full-time member of the military. | Pre-Certified September 2011 |
| **OM 21: Discharge of Mentally Ill or Developmentally Disabled Youth** | DCF shall submit a written discharge plan to either/or DMHAS or DDS for all children who are mentally ill or developmentally delayed and require adult services." | Pre-Certified September 2011 |
| **OM22: Multi-disciplinary Exams** | At least 85% of the children entering the custody of DCF for the first time shall have an MDE conducted within 30 days of placement." | Pre-Certified January 2013 |

**Quarterly DCF Court Monitor Case Review Reporting for Outcome Measure 3 and Outcome Measure 15: First Quarter 2015**

Statewide, the First Quarter DCF performance result for Outcome Measure 3 (OM3) - Case Plans is 47.2%, a slight increase from the prior quarter's result of 41.5%.

| Crosstabulation 1: What is the social worker's area office assignment? * Overall Score for OM3 | | | | | |
|---|---|---|---|---|---|
| **Area Office** | | | **Appropriate Case Plan** | **Not an Appropriate Case Plan** | **Total** |
| Region I | Bridgeport | Count | 2 | 2 | 4 |
| | | % | 50.0% | 50.0% | 100.0% |
| | Norwalk | Count | 1 | 1 | 2 |
| | | % | 50.0% | 50.0% | 100.0% |
| | *Region I* | | *50.0%* | *50.0%* | *100.0%* |
| Region II | New Haven | Count | 3 | 2 | 5 |
| | | | 60.0% | 40.0% | 100.0% |
| | Milford | Count | 1 | 2 | 3 |
| | | % | 33.3% | 66.7% | 100.0% |
| | *Region II* | | *50.0%* | *50.0%* | *100.0%* |
| Region III | Middletown | Count | 2 | 0 | 2 |
| | | % | 100.0% | 0.0% | 100.0% |
| | Norwich | Count | 4 | 1 | 5 |
| | | % | 80.0% | 20.0% | 100.0% |
| | Willimantic | Count | 3 | 0 | 3 |
| | | % | 100.0% | 0.0% | 100.0% |
| | *Region III* | | *90.0%* | *10.0%* | *100.0%* |
| Region IV | Hartford | Count | 3 | 5 | 8 |
| | | % | 37.5% | 62.5% | 100.0% |
| | Manchester | Count | 2 | 2 | 4 |
| | | % | 50.0% | 50.0% | 100.0% |
| | *Region IV* | | *41.7%* | *58.3%* | *100.0%* |
| Region V | Danbury | Count | 1 | 1 | 2 |
| | | % | 50.0% | 50.0% | 100.0% |
| | Torrington | Count | 1 | 1 | 2 |
| | | % | 50.0% | 50.0% | 100.0% |
| | Waterbury | Count | 0 | 6 | 6 |
| | | % | 0.0% | 100.0% | 100.0% |
| | *Region V* | | *20.0%* | *80.0%* | *100.0%* |
| Region VI | Meriden | Count | 1 | 1 | 2 |
| | | % | 50.0% | 50.0% | 100.0% |
| | New Britain | Count | 1 | 4 | 5 |
| | | % | 20.0% | 80.0% | 100.0% |
| | *Region VI* | | *28.6%* | *71.4%* | *100.0%* |
| | *Statewide* | Count | **25** | **28** | **53** |
| | | **%** | ***47.2%*** | ***52.8%*** | ***100.0%*** |

Middletown and Willimantic surpassed the benchmark standard of 90% or higher this quarter each with 100% of reviewed cases meeting the standards set forth in the methodology. As shown, Region III maintained the highest regional level of performance with 90.0%; while Region V was at the lowest level measured: 20.0%. This quarter, nine case plans were not approved timely from the prior approved case plan (based on the 180 day Administrative case review cycle and approval time frame guidelines established by departmental practice

guidelines).  A total of 7 of the 53 case plans (13.2%) lacked supervisory approval at the time of our review.

| Table 1:  Outcome Measure OM3 Regional Quarterly Performance Comparison | | | | | | | |
|---|---|---|---|---|---|---|---|
| *Standard: 90%* | | | | | | | |
| | **Region I** | **Region II** | **Region III** | **Region IV** | **Region V** | **Region VI** | **Statewide** |
| **1st Quarter 2015** | 50.0% | 50.0% | 90.0% | 41.7% | 20.0% | 28.6% | 47.2% |
| **4th Quarter 2014** | 33.3% | 11.1% | 70.0% | 41.7% | 11.1% | 71.4% | 41.5% |
| **3rd Quarter 2014** | 28.6% | 55.6% | 40.0% | 41.7% | 44.4% | 71.4% | 46.3% |
| **2nd Quarter 2014** | 71.4% | 33.3% | 80.0% | 25.0% | 33.3% | 42.9% | 46.3% |
| **1st Quarter 2014** | 28.6% | 66.7% | 80.0% | 41.7% | 22.2% | 71.4% | 51.9% |
| **4th Quarter 2013** | 28.6% | 50.0% | 50.0% | 50.0% | 33.3% | 75.0% | 48.1% |
| **3rd Quarter 2013** | 57.1% | 77.8% | 90.0% | 46.2% | 67.7% | 57.1% | 65.5% |
| **2nd Quarter 2013** | 42.9% | 88.9% | 60.0% | 50.0% | 66.7% | 71.4% | 63.0% |
| **1st Quarter 2013** | 37.5% | 77.8% | 70.0% | 41.7% | 55.6% | 71.4% | 58.2% |
| **4th Quarter 2012** | 71.4% | 55.6% | 60.0% | 46.2% | 50.0% | 57.1% | 55.6% |
| **3rd Quarter 2012** | 55.6% | 54.5% | 33.3% | 64.3% | 36.4% | 55.6% | 49.3% |
| **2nd Quarter 2012** | 57.1% | 66.7% | 80.0% | 45.5% | 77.8% | 50.0% | 63.0% |

The table below provides a case by case summary of the individual scores for each area office/region.  The eight domains and an indication related to supervisory approval are provided for reference.  Court Monitor overrides are signified by an overall score reported in italics.  This quarter there were 12 overrides granted for Outcome Measure 3.  A few were related to supervisory approvals being untimely but the reviewer found documentation which provided evidence of supervisory oversight otherwise being strong within the period under review.  As in the past, the others were related to the lack of family feedback narratives being incorporated into the case plans, while evidence of family engagement was clear through other parts of the documentation.

| Table 2: Outcome Measure 3 – 1st Quarter 2015 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Region and Area Office** | | | **Case Plan Approved within 25 Days of ACR?** | **Reason for DCF Involvement** | **Identifying Information** | **Engagement of Child and Family (formerly Strengths, Needs and Other Issues)** | **Present Situation and Assessment to Date of Review** | **Determining the Goals/Objectives** | **Progress** | **Action Steps to Achieving Goals Identified for the Upcoming Six Month Period** | **Planning for Permanency** | **Overall Score for OM3** |
| **Region I** | **Bridgeport** | 1 | N/A | Very Good | Very Good | Very Good | Very Good | Marginal | Very Good | Very Good | Very Good | *Appropriate Case Plan* |
| | | 2 | N/A | Optimal | Very Good | Marginal | Marginal | Marginal | Very Good | Marginal | Very Good | Not an Appropriate Case Plan |
| | | 3 | No | Marginal | Marginal | Marginal | Marginal | Marginal | Very Good | Marginal | Very Good | Not an Appropriate Case Plan |
| | | 4 | No | Optimal | Optimal | Very Good | Very Good | Very Good | Very Good | Very Good | Optimal | *Appropriate Case Plan* |
| | | **AO %** | **0.0%** | **75.0%** | **75.0%** | **50.0%** | **50.0%** | **25.0%** | **100.0%** | **50.0%** | **100.0%** | **50.0%** |
| | **Norwalk** | 1 | N/A | Optimal | Very Good | Marginal | Very Good | Very Good | Very Good | Marginal | Very Good | *Appropriate Case Plan* |
| | | 2 | Yes | Optimal | Very Good | Marginal | Marginal | Very Good | Very Good | Very Good | Very Good | Not an Appropriate Case Plan |
| | | **AO%** | **100.0%** | **100.0%** | **100.0%** | **0.0%** | **50.0%** | **1000.0%** | **100.0%** | **50.0%** | **100.0%** | **50.0%** |
| | *Region I %* | | *33.3%* | *100.0%* | *83.3%* | *33.3%* | *50.0%* | *50.0%* | *100.0%* | *50.0%* | *100.0%* | *50.0%* |

| Region and Area Office | | | Case Plan Approved within 25 Days of ACR? | Reason for DCF Involvement | Identifying Information | Engagement of Child and Family (formerly Strengths, Needs and Other Issues) | Present Situation and Assessment to Date of Review | Determining the Goals/Objectives | Progress | Action Steps to Achieving Goals Identified for the Upcoming Six Month Period | Planning for Permanency | Overall Score for OM3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Region II | Milford | 1 | N/A | Optimal | Very Good | Marginal | Marginal | Marginal | Very Good | Marginal | Very Good | Not an Appropriate Case Plan |
| | | 2 | Yes | Optimal | Very Good | Marginal | Very Good | Very Good | Very Good | Very Good | Very Good | *Appropriate Case Plan* |
| | | 3 | Yes | Very Good | Very Good | Very Good | Marginal | Marginal | TBD | Marginal | Very Good | Not an Appropriate Case Plan |
| | | **AO %** | **100.0%** | **100.0%** | **100.0%** | **33.3%** | **33.3%** | **33.3%** | **100.0%** | **33.3%** | **100.0%** | **33.3%** |
| | New Haven | 1 | Yes | Optimal | Optimal | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| | | 2 | N/A | Very Good | Very Good | Very Good | Marginal | Marginal | Very Good | Marginal | Very Good | Not an Appropriate Case Plan |
| | | 3 | Yes | Optimal | Very Good | Very Good | Very Good | Optimal | Very good | Very Good | Optimal | Appropriate Case Plan |
| | | 4 | N/A | Very Good | Very Good | Very Good | Very Good | Marginal | Very Good | Very Good | Very Good | *Appropriate Case Plan* |
| | | 5 | N/A | Optimal | Very Good | Marginal | Marginal | Marginal | Very Good | Very Good | Very Good | Not an Appropriate Case Plan |
| | | **AO %** | **100.0%** | **100.0%** | **100.0%** | **80.0%** | **60.00%** | **40.0%** | **100.0%** | **80.0%** | **100.0%** | **60.0%** |
| | *Region II %* | | *100.0%* | *100.0%* | *100.0%* | *62.5%* | *50.0%* | *37.5%* | *100.0%* | *62.5%* | *100.0%* | *50.0%* |

| Region and Area Office | | | Case Plan Approved within 25 Days of ACR? | Reason for DCF Involvement | Identifying Information | Engagement of Child and Family (formerly Strengths, Needs and Other Issues) | Present Situation and Assessment to Date of Review | Determining the Goals/Objectives | Progress | Action Steps to Achieving Goals Identified for the Upcoming Six Month Period | Planning for Permanency | Overall Score for OM3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Region III | Norwich | 1 | N/A | Very Good | Very Good | Very Good | Very Good | Very Good | Marginal | Very Good | Very Good | Appropriate Case Plan |
| | | 2 | Yes | Optimal | Optimal | Very Good | Very Good | Very Good | Optimal | Very Good | Very Good | Appropriate Case Plan |
| | | 3 | N/A | Very Good | Very Good | Very Good | Marginal | Marginal | Very Good | Marginal | Very Good | Not an Appropriate Case Plan |
| | | 4 | Yes | Very Good | Very Good | Marginal | Very Good | Optimal | TBD | Very Good | Very Good | *Appropriate Case Plan* |
| | | 5 | Yes | Very Good | Very Good | Marginal | Very Good | Very Good | Very Good | Very Good | Optimal | *Appropriate Case Plan* |
| | | AO % | 100.0% | 100.0% | 100.0% | 60.0% | 80.0% | 80.0% | 100.0% | 80.0% | 100.0% | 80.0% |
| | Willimantic | 1 | Yes | Optimal | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Optimal | Appropriate Case Plan |
| | | 2 | Yes | Very Good | Very Good | Very Good | Very Good | Optimal | Very Good | Optimal | Very Good | Appropriate Case Plan |
| | | 3 | Yes | Very Good | Optimal | Optimal | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| | | AO % | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| | Middletown | 1 | Yes | Optimal | Very Good | Very Good | Very Good | Very Good | TBD | Very Good | Very Good | Appropriate Case Plan |
| | | 2 | Yes | Marginal | Very Good | Very Good | Very Good | Very Good | Very Good | Marginal | Very Good | *Appropriate Case Plan* |
| | | AO % | 100.0% | 50.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 50.0% | 100.0% | 100.0% |
| | Region III % | | 100.0% | 90.0% | 100.0% | 80.0% | 90.0% | 90.0% | 100.0% | 80.0% | 100.0% | 90.0% |

17

| Region and Area Office | | | Case Plan Approved within 25 Days of ACR? | Reason for DCF Involvement | Identifying Information | Engagement of Child and Family (formerly Strengths, Needs and Other Issues) | Present Situation and Assessment to Date of Review | Determining the Goals/Objectives | Progress | Action Steps to Achieving Goals Identified for the Upcoming Six Month Period | Planning for Permanency | Overall Score for OM3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Region IV | Hartford | 1 | N/A | Poor | Marginal | Marginal | Poor | Marginal | Marginal | Marginal | Very Good | Not an Appropriate Case Plan |
| | | 2 | Yes | Optimal | Very Good | Marginal | Very Good | Very Good | Very Good | Very Good | Very Good | *Appropriate Case Plan* |
| | | 3 | N/A | Very Good | Very Good | Marginal | Marginal | Marginal | Very Good | Marginal | Very Good | Not an Appropriate Case Plan |
| | | 4 | N/A | Marginal | Marginal | Marginal | Poor | Marginal | Marginal | Marginal | Very Good | Not an Appropriate Case Plan |
| | | 5 | No | Optimal | Optimal | Very Good | Very Good | Very Good | Very Good | Very Good | Optimal | *Appropriate Case Plan* |
| | | 6 | N/A | Very Good | Very Good | Marginal | Marginal | Marginal | Very Good | Marginal | Marginal | Not an Appropriate Case Plan |
| | | 7 | Yes | Very Good | Very Good | Marginal | Optimal | Very Good | Very Good | Marginal | Very Good | *Appropriate Case Plan* |
| | | 8 | Yes | Very Good | Very Good | Marginal | Marginal | Very Good | Very Good | Marginal | Very Good | Not an Appropriate Case Plan |
| | | AO % | 75.0% | 75.0% | 75.0% | 12.5% | 37.5% | 50.0% | 75.0% | 25.0% | 87.5% | 37.5% |
| | Manchester | 1 | Yes | Very Good | Very Good | Marginal | Marginal | Very Good | Very Good | Very Good | Very Good | Not an Appropriate Case Plan |
| | | 2 | Yes | Very Good | Very Good | Marginal | Marginal | Marginal | Marginal | Marginal | Marginal | Not an Appropriate Case Plan |
| | | 3 | N/A | Optimal | Optimal | Optimal | Very Good | Optimal | Optimal | Very Good | Very Good | Appropriate Case Plan |
| | | 4 | Yes | Very Good | Very Good | Very Good | Very Good | Very Good | TBD | Very Good | Very Good | Appropriate Case Plan |
| | | AO % | 100.0% | 100.0% | 100.0% | 50.0% | 50.0% | 75.0% | 66.7% | 75.0% | 75.0% | 50.0% |
| | *Region IV %* | | *85.7%* | *83.3%* | *83.3%* | *16.7%* | *41.7%* | *58.3%* | *72.7%* | *41.7%* | *83.3%* | *41.7%* |

| Region and Area Office | | | Case Plan Approved within 25 Days of ACR? | Reason for DCF Involvement | Identifying Information | Engagement of Child and Family (formerly Strengths, Needs and Other Issues) | Present Situation and Assessment to Date of Review | Determining the Goals/Objectives | Progress | Action Steps to Achieving Goals Identified for the Upcoming Six Month Period | Planning for Permanency | Overall Score for OM3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Region V | Waterbury | 1 | Yes | Very Good | Very Good | Marginal | Marginal | Marginal | TBD | Marginal | Optimal | Not an Appropriate Case Plan |
| | | 2 | N/A | Absent/Averse | Absent/Averse | Marginal | Absent/Averse | Very Good | Marginal | Marginal | Very Good | Not an Appropriate Case Plan |
| | | 3 | Yes | Optimal | Very Good | Very Good | Marginal | Very Good | Marginal | Marginal | Marginal | Not an Appropriate Case Plan |
| | | 4 | Yes | Very Good | Very Good | Marginal | Marginal | Marginal | Very Good | Marginal | Marginal | Not an Appropriate Case Plan |
| | | 5 | Yes | Very Good | Very Good | Marginal | Poor | Marginal | Very Good | Marginal | Very Good | Not an Appropriate Case Plan |
| | | 6 | Yes | Marginal | Very Good | Marginal | Marginal | Marginal | Marginal | Marginal | Very Good | Not an Appropriate Case Plan |
| | | AO % | 100.0% | 66.7% | 83.3% | 16.7% | 0.0% | 33.3% | 40.0% | 0.0% | 66.7% | 0.0% |
| | Torrington | 1 | Yes | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Case Plan Appropriate |
| | | 2 | N/A | Optimal | Very Good | Very Good | Marginal | Very Good | Very Good | Very Good | Very Good | Not an Appropriate Case Plan |
| | | AO % | 100.0% | 100.0% | 100.0% | 100.0% | 50.0% | 100.0% | 100.0% | 100.0% | 100.0% | 50.0% |
| | Danbury | 1 | Yes | Marginal | Marginal | Marginal | Marginal | Marginal | TBD | Marginal | Very Good | Not an Appropriate Case Plan |
| | | 2 | Yes | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Optimal | Case Plan Appropriate |
| | | AO % | 100.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 100.0% | 50.0% | 100.0% | 50.0% |
| | Region V % | | 100.0% | 70.0% | 80.0% | 40.0% | 20.0% | 50.0% | 44.4% | 30.0% | 80.0% | 20.0% |

19

| Region and Area Office | | | Case Plan Approved within 25 Days of ACR? | Reason for DCF Involvement | Identifying Information | Engagement of Child and Family (formerly Strengths, Needs and Other Issues) | Present Situation and Assessment to Date of Review | Determining the Goals/Objectives | Progress | Action Steps to Achieving Goals Identified for the Upcoming Six Month Period | Planning for Permanency | Overall Score for OM3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Region VI | Meriden | 1 | N/A | Marginal | Very Good | Marginal | Marginal | Marginal | Marginal | Poor | Marginal | Not an Appropriate Case Plan |
| | | 2 | Yes | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Optimal | Appropriate Case Plan |
| | | AO % | 100.0% | 50.0% | 100.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% |
| | New Britain | 1 | N/A | Very Good | Very Good | Very Good | Marginal | Very Good | Very Good | Marginal | Very Good | Not an Appropriate Case Plan |
| | | 2 | Yes | Very Good | Optimal | Very Good | Very Good | Marginal | Very Good | Very Good | Very Good | *Appropriate Case Plan* |
| | | 3 | No | Optimal | Very Good | Marginal | Marginal | Marginal | TBD | Marginal | Very Good | Not an Appropriate Case Plan |
| | | 4 | N/A | Very Good | Marginal | Marginal | Marginal | Marginal | Marginal | Marginal | Very Good | Not an Appropriate Case Plan |
| | | 5 | No | Very Good | Very Good | Marginal | Marginal | Poor | TBD | Poor | Marginal | Not an Appropriate Case Plan |
| | | AO % | 33.3% | 100.0% | 80.0% | 40.0% | 20.0% | 20.0% | 66.7% | 20.0% | 80.0% | 20.0% |
| | *Region VI %* | | *50.0%* | *71.4%* | *85.7%* | *85.7%* | *42.9%* | *28.6%* | *28.6%* | *60.0%* | *71.4%* | *28.6%* |
| | Statewide % | | 84.8% | 84.9% | 88.7% | 47.2% | 47.2% | 54.7% | 82.2% | 49.1% | 88.7% | 47.2% |

20

## Outcome Measure 15

The First Quarter sample results of 47.2% is a decline from the prior quarter's result of 52.8% and remains significantly below the statewide goal of 80% set by Outcome Measure 15. Variance continues between the area offices and regions of the state:

"At least 80.0% of all families and children shall have their medical, dental, mental health and other service needs provided as specified in the most recent case plan."[1]

| Crosstabulation 2: What is the social worker's area office assignment? * Overall Score for Outcome Measure 15 | | Needs Met | Needs Not Met | Total |
|---|---|---|---|---|
| **Bridgeport** | Count | 2 | 2 | 4 |
| | % area office | 50.0% | 50.0% | 100.0% |
| **Norwalk** | Count | 1 | 1 | 2 |
| | % area office | 50.0% | 50.0% | 100.0% |
| **Region I** | | **50.0%** | **50.0%** | **100.0%** |
| **Milford** | Count | 1 | 2 | 3 |
| | % area office | 33.3% | 66.7% | 100.0% |
| **New Haven** | Count | 2 | 3 | 5 |
| | % area office | 40.0% | 60.0% | 100.0% |
| **Region II** | | **37.5%** | **62.5%** | **100.0%** |
| **Middletown** | Count | 1 | 1 | 2 |
| | % area office | 50.0% | 50.0% | 100.0% |
| **Norwich** | Count | 5 | 0 | 5 |
| | % area office | 100.0% | 0.0% | 100.0% |
| **Willimantic** | Count | 3 | 0 | 3 |
| | % area office | 100.0% | 0.0% | 100.0% |
| **Region III** | | **90.0%** | **10.0%** | **100.0%** |
| **Hartford** | Count | 4 | 4 | 8 |
| | % area office | 50.0% | 50.0% | 100.0% |
| **Manchester** | Count | 2 | 2 | 4 |
| | % area office | 50.0% | 50.0% | 100.0% |
| **Region IV** | | **50.0%** | **50.0%** | **100.0%** |
| **Danbury** | Count | 1 | 1 | 2 |
| | % area office | 50.0% | 50.0% | 100.0% |
| **Torrington** | Count | 0 | 2 | 2 |
| | % area office | 0.0% | 100.0% | 100.0% |
| **Waterbury** | Count | 0 | 6 | 6 |
| | % area office | 0.0% | 100.0% | 100.0% |
| **Region V** | | **10.0%** | **90.0%** | **100.0%** |
| **Meriden** | Count | 1 | 1 | 2 |
| | % area office | 50.0% | 50.0% | 100.0% |
| **New Britain** | Count | 2 | 3 | 5 |
| | % area office | 40.0% | 0.0% | 100.0% |
| **Region VI** | | **42.9%** | **14.3%** | **100.0%** |
| *Statewide* | Count | 25 | 28 | 53 |
| | *%* | *47.2%* | *52.8%* | *100.0%* |

[1] Measure excludes Probate, Interstate and Subsidy only cases.

Norwich and Willimantic are the only Area Office that met or exceeded the measure. At the combined regional level, Region III achieved the 80% standard. Region V had the lowest scores for that region since we have been reporting on this measure.

| Table 3: Outcome Measure 15 Regional Quarterly Performance Comparison | | | | | | | |
|---|---|---|---|---|---|---|---|
| *Standard: 80%* | | | | | | | |
| | **Region I** | **Region II** | **Region III** | **Region IV** | **Region V** | **Region VI** | **Statewide** |
| **1st Quarter 2015** | 50.0% | 37.5% | 90.0% | 50.0% | 10.0% | 42.9% | 45.3% |
| **4th Quarter 2014** | 50.0% | 33.3% | 70.0% | 33.3% | 55.6% | 85.7% | 52.8% |
| **3rd Quarter 2014** | 85.7% | 66.7% | 60.0% | 50.0% | 55.6% | 85.7% | 64.8% |
| **2nd Quarter 2014** | 85.7% | 77.8% | 80.0% | 16.7% | 44.4% | 71.4% | 59.3% |
| **1st Quarter 2014** | 71.4% | 55.6% | 80.0% | 25.0% | 55.6% | 71.4% | 57.4% |
| **4th Quarter 2013** | 28.6% | 62.5% | 60.0% | 75.0% | 33.3% | 75.0% | 57.4% |
| **3rd Quarter 2013** | 57.1% | 77.8% | 90.0% | 53.8% | 66.7% | 57.1% | 67.3% |
| **2nd Quarter 2013** | 85.7% | 77.8% | 80.0% | 50.0% | 100.0% | 57.1% | 74.1% |
| **1st Quarter 2013** | 62.5% | 77.8% | 70.0% | 41.7% | 66.7% | 71.4% | 63.6% |
| **4th Quarter 2012** | 71.4% | 77.8% | 50.0% | 38.5% | 50.0% | 57.1% | 55.6% |
| **3rd Quarter 2012** | 33.3% | 36.4% | 60.0% | 78.6% | 27.3% | 77.8% | 53.6% |
| **2nd Quarter 2012** | 71.4% | 66.7% | 70.0% | 54.5% | 77.8% | 25.0% | 61.1% |

In the First Quarter 2015 there were 12 overrides granted by the Court Monitor to achieve Needs Met status. All of these were granted as a result of additional documentation provided by the Area Office in response to reviewers' emails for additional information.

The full table of case summaries is provided by area office below. The overrides are designated by individual case OM15 scores in italics.

**Table 4: Case Summaries of Outcome Measure 15 Domain Performances by Individual Area Office, Region, Statewide**

| Area Office | Risk: In-Home | Risk: Child In Placement | Permanency: Securing the Permanent Placement – Action Plan for the Next Six Months | Permanency: DCF Case Mgmt – Legal Action to Achieve the Permanency Goal During the Prior Six Months | Permanency: DCF Case Mgmt – Recruitment for Placement Providers to Achieve the Permanency Goal during the Prior Six Months | Permanency: DCF Case Mgmt – Contracting or Providing Services to Achieve the Permanency Goal during the Prior Six Months | Well-Being: Medical Needs | Well-Being: Dental Needs | Well-Being: Mental Health, Behavioral and Substance Abuse Services | Well-Being: Child's Current Placement | Well-Being: Education | Overall Score for Outcome Measure 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bridgeport | Very Good | N/A | N/A | Optimal | N/A | Marginal | Very Good | Very Good | Very Good | N/A | N/A | Needs Not Met |
| Bridgeport | Very Good | N/A | N/A | Very Good | N/A | Marginal | Optimal | Optimal | Marginal | N/A | Very Good | Needs Not Met |
| Bridgeport | Very Good | N/A | N/A | Very Good | N/A | Very Good | Very Good | Very Good | Very Good | N/A | Very Good | Needs Met |
| Bridgeport | N/A | Optimal | Optimal | Optimal | Optimal | Very Good | Optimal | Optimal | Optimal | Optimal | Optimal | Needs Met |
| **Area Office %** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **50.0%** | **100.0%** | **100.0%** | **75.0%** | **100.0%** | **100.0%** | **50.0%** |
| Norwalk | Optimal | N/A | N/A | Marginal | N/A | Very Good | Very Good | Very Good | Very Good | N/A | Optimal | *Needs Met* |
| Norwalk | N/A | Very Good | Optimal | Very Good | Optimal | Marginal | Marginal | Optimal | Marginal | Very Good | Very Good | Needs Not Met |
| **Area Office %** | **100.0%** | **100.0%** | **100.0%** | **50.0%** | **100.0%** | **50.0%** | **50.0%** | **100.0%** | **50.0%** | **100.0%** | **100.0%** | **50.0%** |
| **Region I** | **100.0%** | **100.0%** | **100.0%** | **83.3%** | **100.0%** | **50.0%** | **83.3%** | **100.0%** | **66.7%** | **100.0%** | **100.0%** | **50.0%** |

| Area Office | Risk: In-Home | Risk: Child In Placement | Permanency: Securing the Permanent Placement - Action Plan for the Next Six Months | Permanency: DCF Case Mgmt - Legal Action to Achieve the Permanency Goal During the Prior Six Months | Permanency: DCF Case Mgmt - Recruitment for Placement Providers to Achieve the Permanency Goal during the Prior Six Months | Permanency: DCF Case Mgmt - Contracting or Providing Services to Achieve the Permanency Goal during the Prior Six Months | Well-Being: Medical Needs | Well-Being: Dental Needs | Well-Being: Mental Health, Behavioral and Substance Abuse Services | Well-Being: Child's Current Placement | Well-Being: Education | Overall Score for Outcome Measure 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Milford | Very Good | N/A | N/A | Very Good | N/A | Marginal | Optimal | Absent/Averse | Very Good | N/A | Very Good | Needs Not Met |
| Milford | N/A | Very Good | Very Good | Optimal | Very Good | Very Good | Very Good | Very Good | Marginal | Very Good | Very Good | *Needs Met* |
| Milford | Marginal | N/A | N/A | Very Good | N/A | Very Good | Very Good | Marginal | Marginal | N/A | Very Good | Needs Not Met |
| **Area Office %** | **50.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **66.7%** | **100.0%** | **33.3%** | **33.3%** | **100.0%** | **100.0%** | **33.3%** |
| New Haven | N/A | Very Good | Optimal | Optimal | Very Good | Optimal | Very Good | Optimal | Very Good | Very Good | Very Good | Needs Met |
| New Haven | N/A | Very Good | Very Good | Optimal | Marginal | Very Good | Optimal | Very Good | N/A | Very Good | Optimal | *Needs Met* |
| New Haven | Very Good | N/A | N/A | Very Good | N/A | Marginal | Very Good | Absent/Averse | Marginal | N/A | Marginal | Needs Not Met |
| New Haven | Very Good | N/A | N/A | Very Good | N/A | Very Good | Marginal | Poor | Very Good | N/A | Very Good | Needs Not Met |
| New Haven | Very Good | N/A | N/A | Very Good | N/A | Marginal | Very Good | Optimal | Very Good | N/A | N/A | Needs Not Met |
| **Area Office %** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **50.0%** | **60.0%** | **80.0%** | **60.0%** | **75.0%** | **100.0%** | **75.0%** | **40.0%** |
| **Region II** | **80.0%** | **100.0%** | **100.0%** | **100.0%** | **66.7%** | **62.5%** | **87.5%** | **50.0%** | **57.1%** | **100.0%** | **85.7%** | **37.5%** |

| Area Office | Risk: In-Home | Risk: Child In Placement | Permanency: Securing the Permanent Placement – Action Plan for the Next Six Months | Permanency: DCF Case Mgmt – Legal Action to Achieve the Permanency Goal During the Prior Six Months | Permanency: DCF Case Mgmt – Recruitment for Placement Providers to Achieve the Permanency Goal during the Prior Six Months | Permanency: DCF Case Mgmt – Contracting or Providing Services to Achieve the Permanency Goal during the Prior Six Months | Well-Being: Medical Needs | Well-Being: Dental Needs | Well-Being: Mental Health, Behavioral and Substance Abuse Services | Well-Being: Child's Current Placement | Well-Being: Education | Overall Score for Outcome Measure 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Middletown | Very Good | N/A | N/A | Very Good | N/A | Very Good | Optimal | Very Good | Marginal | N/A | Optimal | Needs Met |
| Middletown | N/A | Very Good | Very Good | Very Good | Very Good | Marginal | Optimal | Very Good | Very Good | Very Good | Optimal | Needs Not Met |
| **Area Office %** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **50.0%** | **100.0%** | **100.0%** | **50.0%** | **100.0%** | **100.0%** | **50.0%** |
| Norwich | N/A | Very Good | Very Good | Very Good | Marginal | Very Good | Optimal | Optimal | Optimal | Very Good | Very Good | *Needs Met* |
| Norwich | Very Good | N/A | N/A | Very Good | N/A | Very Good | Very Good | Very Good | Marginal | N/A | Very Good | *Needs Met* |
| Norwich | Very Good | N/A | N/A | Optimal | N/A | Very Good | Very Good | Optimal | Marginal | N/A | Very Good | *Needs Met* |
| Norwich | Very Good | N/A | N/A | Optimal | N/A | Very Good | Very Good | Very Good | Very Good | N/A | Optimal | Needs Met |
| Norwich | N/A | Very Good | Very Good | Very Good | Very Good | Marginal | Very Good | Very Good | Very Good | Very Good | Very Good | *Needs Met* |
| Area Office % | 100.0% | 100.0% | 100.0% | 100.0% | 50.0% | 80.0% | 100.0% | 100.0% | 60.0% | 100.0% | 100.0% | 100.0% |
| Willimantic | N/A | Optimal | Optimal | Optimal | Optimal | Very Good | Optimal | Very Good | N/A | Very Good | N/A | Needs Met |
| Willimantic | Optimal | N/A | N/A | Optimal | N/A | Very Good | Optimal | Optimal | Very Good | N/A | Optimal | Needs Met |
| Willimantic | N/A | Optimal | Optimal | Optimal | Optimal | Very Good | Very Good | Very Good | Optimal | Optimal | Optimal | Needs Met |
| Area Office % | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Region III % | 100.0% | 100.0% | 100.0% | 100.0% | 80.0% | 80.0% | 100.0% | 100.0% | 66.7% | 100.0% | 100.0% | 90.0% |

| Area Office | Risk: In-Home | Risk: Child In Placement | Permanency: Securing the Permanent Placement – Action Plan for the Next Six Months | Permanency: DCF Case Mgmt – Legal Action to Achieve the Permanency Goal During the Prior Six Months | Permanency: DCF Case Mgmt – Recruitment for Placement Providers to Achieve the Permanency Goal during the Prior Six Months | Permanency: DCF Case Mgmt – Contracting or Providing Services to Achieve the Permanency Goal during the Prior Six Months | Well-Being: Medical Needs | Well-Being: Dental Needs | Well-Being: Mental Health, Behavioral and Substance Abuse Services | Well-Being: Child's Current Placement | Well-Being: Education | Overall Score for Outcome Measure 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hartford | Poor | N/A | N/A | Very Good | N/A | Poor | Very Good | Marginal | Poor | N/A | Poor | Needs Not Met |
| Hartford | N/A | Very Good | Optimal | Optimal | Optimal | Very Good | Very Good | Very Good | N/A | Very Good | N/A | Needs Met |
| Hartford | N/A | Very Good | Optimal | Very Good | Optimal | Very Good | Optimal | Optimal | Very Good | Optimal | N/A | Needs Met |
| Hartford | Very Good | N/A | N/A | Very Good | N/A | Marginal | Marginal | Marginal | Marginal | N/A | Very Good | Needs Not Met |
| Hartford | Marginal | N/A | N/A | Marginal | N/A | Marginal | Poor | Poor | Marginal | N/A | Marginal | Needs Not Met |
| Hartford | Marginal | N/A | N/A | Marginal | N/A | Marginal | Marginal | Very Good | Marginal | N/A | Very Good | Needs Not Met |
| Hartford | N/A | Very Good | Optimal | Optimal | Optimal | Very Good | Very Good | Marginal | Very Good | Optimal | Marginal | *Needs Met* |
| Hartford | N/A | Very Good | Very Good | Very Good | Very Good | Marginal | Very Good | Very Good | Very Good | Very Good | Very Good | *Needs Met* |
| **Area Office %** | **33.3%** | **100.0%** | **100.0%** | **75.0%** | **100.0%** | **37.5%** | **62.5%** | **50.0%** | **42.9%** | **100.0%** | **50.0%** | **50.0%** |
| Manchester | N/A | Marginal | Very Good | Very Good | Very Good | Marginal | Optimal | Optimal | Very Good | Very Good | Very Good | Needs Not Met |
| Manchester | Very Good | N/A | N/A | Very Good | N/A | Very Good | Very Good | Optimal | Very Good | N/A | Very Good | Needs Met |
| Manchester | N/A | Marginal | Marginal | Marginal | Marginal | Marginal | Marginal | Poor | Marginal | Marginal | Very Good | Needs Not Met |
| Manchester | Very Good | N/A | N/A | Very Good | N/A | Very Good | Optimal | Very Good | Very Good | N/A | Optimal | Needs Met |
| **Area Office %** | **100.0%** | **0.0%** | **50.0%** | **75.0%** | **50.0%** | **50.0%** | **75.0%** | **75.0%** | **75.0%** | **50.0%** | **100.0%** | **50.0%** |
| **Region IV** | **50.0%** | **66.7%** | **83.3%** | **75.0%** | **83.3%** | **41.7%** | **66.7%** | **58.3%** | **50.0%** | **83.3%** | **70.0%** | **50.0%** |

| Area Office | Risk: In-Home | Risk: Child In Placement | Permanency: Securing the Permanent Placement - Action Plan for the Next Six Months | Permanency: DCF Case Mgmt – Legal Action to Achieve the Permanency Goal During the Prior Six Months | Permanency: DCF Case Mgmt - Recruitment for Placement Providers to Achieve the Permanency Goal during the Prior Six Months | Permanency: DCF Case Mgmt - Contracting or Providing Services to Achieve the Permanency Goal during the Prior Six Months | Well-Being: Medical Needs | Well-Being: Dental Needs | Well-Being: Mental Health, Behavioral and Substance Abuse Services | Well-Being: Child's Current Placement | Well-Being: Education | Overall Score for Outcome Measure 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Danbury | Very Good | N/A | N/A | Very Good | N/A | Marginal | Very Good | Marginal | Marginal | N/A | Very Good | Needs Not Met |
| Danbury | N/A | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Marginal | Marginal | Optimal | N/A | *Needs Met* |
| **Area Office %** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **50.0%** | **100.0%** | **0.0%** | **0.0%** | **100.0%** | **100.0%** | **50.0%** |
| Torrington | N/A | Very Good | Very Good | Optimal | Optimal | Very Good | Optimal | Optimal | Marginal | Very Good | Optimal | Needs Not Met |
| Torrington | Very Good | N/A | N/A | Very Good | N/A | Marginal | Very Good | Marginal | Very Good | N/A | Very Good | Needs Not Met |
| **Area Office %** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **50.0%** | **100.0%** | **50.0%** | **50.0%** | **100.0%** | **100.0%** | **0.0%** |
| Waterbury | Very Good | N/A | N/A | Very Good | N/A | Very Good | Very Good | Marginal | Very Good | N/A | Marginal | Needs Not Met |
| Waterbury | N/A | Very Good | Marginal | Very Good | Marginal | Very Good | Marginal | Very Good | Very Good | Very Good | Very Good | Needs Not Met |
| Waterbury | Very Good | N/A | N/A | Optimal | N/A | Marginal | Optimal | Marginal | Very Good | N/A | Very Good | Needs Not Met |
| Waterbury | Very Good | N/A | N/A | Very Good | N/A | Poor | Very Good | Very Good | Marginal | N/A | Marginal | Needs Not Met |
| Waterbury | N/A | Very Good | Very Good | Optimal | Very Good | Marginal | Very Good | Very Good | Very Good | Marginal | Very Good | Needs Not Met |
| Waterbury | N/A | Very Good | Very Good | Optimal | Very Good | Marginal | Very Good | Very Good | Marginal | Optimal | Very Good | Needs Not Met |
| **Area Office %** | **100.0%** | **100.0%** | **66.7%** | **100.0%** | **66.6%** | **33.3%** | **83.3%** | **66.7%** | **66.7%** | **66.7%** | **66.7%** | **0.0%** |
| **Region V %** | **100.0%** | **100.0%** | **80.0%** | **100.0%** | **80.0%** | **40.0%** | **90.0%** | **50.0%** | **50.0%** | **80.0%** | **77.8%** | **10.0%** |

| Area Office | Risk: In-Home | Risk: Child In Placement | Permanency: Securing the Permanent Placement - Action Plan for the Next Six Months | Permanency: DCF Case Mgmt – Legal Action to Achieve the Permanency Goal During the Prior Six Months | Permanency: DCF Case Mgmt - Recruitment for Placement Providers to Achieve the Permanency Goal during the Prior Six Months | Permanency: DCF Case Mgmt - Contracting or Providing Services to Achieve the Permanency Goal during the Prior Six Months | Well-Being: Medical Needs | Well-Being: Dental Needs | Well-Being: Mental Health, Behavioral and Substance Abuse Services | Well-Being: Child's Current Placement | Well-Being: Education | Overall Score for Outcome Measure 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meriden | Very Good | N/A | N/A | Very Good | N/A | Marginal | Marginal | Marginal | Very Good | N/A | Marginal | Needs Not Met |
| Meriden | Very Good | Very Good | Optimal | Optimal | Optimal | Marginal | Optimal | Marginal | Optimal | N/A | Very Good | *Needs Met* |
| **Area Office %** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **0.0%** | **50.0%** | **0.0%** | **100.0%** | **---** | **50.0%** | **50.0%** |
| New Britain | Marginal | N/A | N/A | Marginal | N/A | Marginal | Marginal | Very Good | Poor | N/A | Marginal | Needs Not Met |
| New Britain | Very Good | N/A | N/A | Very Good | N/A | Marginal | Marginal | Marginal | Marginal | N/A | Marginal | Needs Not Met |
| New Britain | Very Good | N/A | N/A | Optimal | N/A | Marginal | Very Good | Very Good | Marginal | N/A | Very Good | Needs Not Met |
| New Britain | N/A | Optimal | Optimal | Very Good | Very Good | Very Good | Optimal | Marginal | Very Good | Very Good | Very Good | *Needs Met* |
| New Britain | N/A | Optimal | Very Good | Optimal | Optimal | Very Good | Optimal | Optimal | Very Good | Optimal | Optimal | Needs Met |
| **Area Office %** | **66.7%** | **100.0%** | **100.0%** | **80.0%** | **100.0%** | **40.0%** | **60.0%** | **60.0%** | **40.0%** | **100.0%** | **60.0%** | **40.0%** |
| **Region VI** | **80.0%** | **100.0%** | **100.0%** | **85.7%** | **100.0%** | **28.6%** | **57.1%** | **42.9%** | **57.1%** | **100.0%** | **57.1%** | **42.9%** |
| **Statewide %** | **83.3%** | **91.7%** | **91.7%** | **90.6%** | **83.3%** | **50.9%** | **81.1%** | **66.0%** | **58.0%** | **91.3%** | **80.9%** | **47.2%** |

There were 227 unmet service needs captured this quarter through our reviews of the sample (n=53) during the prior six month period. Additionally there were 12 instances in which reviewers felt that the case management was marginal or poor due to the lack of assessment or untimely referrals. In these instances, the reviewers identified the DCF case management as the service need.

The unmet needs for the First Quarter included:

## Table 5: Unmet Needs during First Quarter 2014 (n=53)

| Unmet Need | Barrier | Frequency |
|---|---|---|
| Adoption Supports (PPSP) | Delay in Referral by DCF | 1 |
| Adoption Supports (PPSP) | DCF Failure to Assess Need during the PUR | 1 |
| After School Programs | Delay in Referral by DCF | 1 |
| ARG Consult | Delay in Referral by DCF | 3 |
| ARG Consult | No Referral Made by DCF during the PUR | 5 |
| ARG Consult | DCF Failure to Assess Need during the PUR | 1 |
| Behavior Management | No Service Identified to Meet this Need | 1 |
| Care Coordination | DCF Failure to Assess Need during the PUR | 1 |
| Childcare/Daycare Program | UTD - Client Engaged in Service by End of PUR | 1 |
| *DCF Case Management/Advocacy Support* | *Lack of timely assessment, delays in referrals during the PUR* | *(12)* |
| Dental or Orthodontic Services | No Referral by DCF | 1 |
| Dental Screenings or Evaluations | Client Refused Service | 5 |
| Dental Screenings or Evaluations | Other – Child Hospitalized | 1 |
| Dental Screenings or Evaluations | Delay in Referral by DCF | 2 |
| Dental Screenings or Evaluations | No Referral by DCF | 2 |
| Dental Screenings or Evaluations | Lack of Communication between DCF and Provider | 1 |
| Dental Screenings or Evaluations | UTD from Case Plan and narrative | 3 |
| Dental Screenings or Evaluations | DCF Failure to Assess Need during the PUR | 3 |
| Developmental Screening or Evaluation | Client Refused Service | 1 |
| Developmental Screening or Evaluation | Delay in Referral by DCF | 1 |
| Developmental Screening or Evaluation | Lack of Communication between DCF and Provider | 1 |
| Domestic Violence Services :Victim | Lack of Communication between DCF and Provider | 1 |
| Domestic Violence Services:  Victim | Client Refused Service | 1 |
| Domestic Violence Services:  Victim | No Referral Made by DCF during the PUR | 2 |
| Domestic Violence Services:  Perpetrator | No Referral Made by DCF during the PUR | 4 |
| Domestic Violence Services:  Prevention | Client Refused Services | 1 |
| Educational Screening or Evaluation | No Service Identified to Meet this Need | 1 |
| Educational Screening or Evaluation | No Referral Made by DCF during the PUR | 1 |
| Educational Screening or Evaluation | Client Refused Service | 1 |
| Educational Screening or Evaluation | Provider Issue:  Untimely provision of service, or gap in service related to staffing or lack of follow through on part of provider | 1 |
| Educational Screening or Evaluation | Lack of Communication between DCF and Provider | 1 |
| Family or Marital Counseling | Client Refused Service | 2 |
| Family or Marital Counseling | No Referral Made by DCF during the PUR | 1 |
| Family Preservation Services | Delay in Referral by DCF | 2 |
| Family Preservation Services | Referred Service is Unwilling to Engage Client | 1 |
| Family Reunification Services | Provider Issue:  Untimely provision of service, or gap in service related to staffing or lack of follow through on part of provider | 1 |
| Foster Care Support | No Referral Made by DCF during the PUR | 1 |
| Foster Care Support | No Service Identified to Meet this Need | 1 |

| Unmet Need | Barrier | Frequency |
|---|---|---|
| Head Start | Service Deferred Pending Completion of Another | 1 |
| Health/Medical Screening | Other:  Child Hospitalized | 1 |
| Health/Medical Screening | Client Refused | 4 |
| Health/Medical Screening | Other:  Mother has not yet secured appointment | 1 |
| Health/Medical Screening | DCF Failure to Assess Need during the PUR | 1 |
| Health/Medical Screening | No Referral Made by DCF during the PUR | 1 |
| Health/Medical Screening | UTD from Case Plan or Narrative | 1 |
| Housing Assistance (Section 8) | No Referral Made by DCF during the PUR | 1 |
| Housing Assistance (Section 8) | Client Refused Service | 1 |
| Housing Assistance (Section 8) | Wait List | 1 |
| IEP Programming | No Referral Made by DCF during the PUR | 1 |
| IEP Programming | Client Refused Service | 1 |
| Individual Counseling:  Parent | Client Refused Service | 9 |
| Individual Counseling:  Parent | Delay in Referral by DCF | 1 |
| Individual Counseling:  Parent | Placed on Wait List | 1 |
| Individual Counseling:  Parent | Hours of Operation | 1 |
| Individual Counseling:  Child | Client Refused Service | 9 |
| Individual Counseling:  Child | Delay in Referral by DCF | 2 |
| Individual Counseling:  Child | Provider Issue:  Untimely provision of service, or gap in service related to staffing or lack of follow through on part of provider | 1 |
| Individual Counseling:  Child | Other:  Child Moved from Area | 1 |
| Individual Counseling:  Child | Other:  Child Hospitalized | 1 |
| Individual Counseling:  Child | No Referral Made by DCF during the PUR | 1 |
| Individual Counseling:  Child | Service Deferred Pending Completion of Another | 1 |
| In-Home Parent Education and Support | Client Refused Services | 5 |
| In-Home Parent Education and Support | Delay in Referral by DCF | 1 |
| In-Home Parent Education and Support | No Service Identified to Meet this Need | 1 |
| In-Home Parent Education and Support | No Referral Made by DCF during the PUR | 2 |
| In Home Treatment | No Referral by DCF | 3 |
| In Home Treatment | Placed on Wait List | 1 |
| Job Coaching/Placement | No Service Identified to Meet this Need | 1 |
| Maintaining Family Ties | Other:  Adoptive Family would not allow any contact with birth family | 1 |
| Maintaining Family Ties | DCF Failure to Assess Need during the PUR | 1 |
| Medication Management:  Child | Client Refused Service | 1 |
| Medication Management:  Parent | Client Refused Service | 1 |
| Mental Health Screening or Evaluation:  Child | Client Refused Service | 1 |
| Mental Health Screening or Evaluation:  Parent | Client Refused Service | 3 |
| Mental Health Screening or Evaluation:  Parent | Delay in Referral by DCF | 1 |
| Mental Health Screening or Evaluation:  Parent | DCF Failure to Assess Need during the PUR | 1 |
| Mentoring | No Referral Made by DCF during the PUR | 3 |
| Mentoring | Client Refused Service | 1 |
| Mentoring | Delay in Referral by DCF | 1 |
| Other Mental Health Need:  TFCST Therapy | DCF Failure to Assess Need during the PUR | 1 |
| Other In-Home Services:  Family Based Recovery Program | No Referral Made by DCR during the PUR | 1 |
| Other In-Home Services:  Legal (Probate Filing) | No Filing since 7/2012 | 1 |
| Other OOH Service:  Adoption Finalization Work | Other :  Foster Mother – Medical Needs | 1 |
| Other OOH Service:  Family Based Recovery Program | Delay in Referral by DCF | 1 |
| Other OOH Services:  Legal | TPR filing delayed | 1 |
| Other OOH Service:  Original Birth Certificate Needed Delay in Adoption | Original Birth Certificate Needed | 1 |
| Other State Agency (DMR, DMHAS, MSS, etc.) | Referred Service is Unwilling to Engage Client | 1 |
| Other State Agency (DMR, DMHAS, MSS, etc.) | Delay in Referral by DCF | 2 |
| Other State Agency (DMR, DMHAS, MSS, etc.) | Provider Issue:  Untimely provision of service, or gap in service related to staffing or lack of follow through on part of provider | 1 |

| Unmet Need | Barrier | Frequency |
|---|---|---|
| Problem Sexual Behavior Therapy | Delay in Referral by DCF | 1 |
| Psychological/Psychosocial Evaluation:  Child | Delay in Referral by DCF | 1 |
| Psychological/Psychosocial Evaluation:  Child | DCF Failure to Assess Need during the PUR | 1 |
| Relative Foster Care | Delay in Referral by DCF | 1 |
| Sexual Abuse Therapy – Victim | No Service Identified to Meet this Need | 1 |
| Social Recreational Programs | No Referral Made by DCF during the PUR | 1 |
| Social Recreational Programs | No Service Identified to Meet this Need | 2 |
| Substance Abuse Services:  Drug/Alcohol Testing - Parent | Client Refused Services | 5 |
| Substance Abuse Services:  Drug/Alcohol Testing - Child | No Service Identified to Meet this Need | 1 |
| Substance Abuse Screening/Evaluation:  Child | Client Refused Service | 1 |
| Substance Abuse Screening/Evaluation:  Child | No Service Identified to Meet this Need | 1 |
| Substance Abuse Screening/Evaluation:  Child | No Referral by DCF during PUR | 1 |
| Substance Abuse Screening:  Parent | Client Refused Service | 6 |
| Substance Abuse Screening:  Parent | Delay in Referral by DCF | 2 |
| Substance Abuse Screening:  Parent | No Referral Made by DCF during PUR | 2 |
| Substance Abuse Screening:  Parent | No Service Identified to Meet this Need | 1 |
| Substance Abuse Screening:  Parent | Other:  Father became Whereabouts Unknown | 1 |
| Substance Abuse Treatment:  Inpatient Treatment - Parent | Client Refused Services | 1 |
| Substance Abuse Treatment:  Inpatient Treatment - Parent | DCF Failure to Assess Need during the PUR | 1 |
| Substance Abuse Treatment:  Outpatient - Parent | Client Refused Service | 2 |
| Supportive Housing for Recovering Families (SHRF) | Placed on Wait List | 1 |
| Visitation:  SW/Child | Visitation Standard Not Met by DCF | 11 |
| Visitation:  SW/Parent | Visitation Standard Not Met by DCF | 17 |
| Visitation:  SW/Parent | Client Refused Services | 1 |
| Visitation:  SW/Provider Contacts | Contact Standard Not Met by DCF | 8 |
| Visitation:  SW/Provider Contacts | Provider Refused Contacts | 2 |
| Visitation:  SW/Provider Contacts | Lack of Communication between DCF and Provider | 12 |
| | | 227 |

During the First Quarter 2015 the level of engagement with families in case planning to achieve scores of Very Good or Optimal within our methodology as witnessed within the ACR documentation, case planning documentation and visitation documentation was 47.2%, this was even with Fourth Quarter 2014 results in this domain. (See Table 2 for details).

The reviewers noted that the ACR, case planning documentation and case plan did document a discussion of all (27.6%), or some (57.5%) of the needs that were identified of unmet in the prior six month period and were necessary to be incorporated into action steps going forward.  There were 6 cases (12.8%) in which the reviewers indicated that there were no unmet needs carried forward from the prior period.  There was one case (2.1%) in which none of the needs and services were incorporated into the case plan action steps going forward.  There were also 6 cases for which this was the initial case plan and these were not included in the percentage calculations as they were too soon to rate.

In the 29 cases in which the SDM tools were incorporated, 12 or 41.4% were identical to that indicated on the prior case plan assessment.  This would indicate that the unmet objective or need has been in place for the child or individual greater than six months.

In 60.4% of this case sample, there were one or more instances where there was an identified need referenced in the documentation or identified at the ACR or other meetings related to case planning that did not get captured appropriately as an objective with defined action steps within the case plan approved by the SWS.  There were 79 instances where reviewers pointed to specific needs that were of a level that should have been captured within the case planning and were not.  Additionally there were six cases in which the reviewers felt that provider contacts should be incorporated into the case plan action steps as this was a barrier in the prior period under review, and this was not done.  Visitation with parents had been a barrier in five of the case plans and was not adequately addressed going forward.

**Needs Not Incorporated into the Case Plans Developed for Upcoming Six Month Period**

| Unmet Need | Barrier | Frequency |
|---|---|---|
| Adoption Supports (PPSP) | No Service Identified to Meet this Need | 2 |
| ARG Consultation | No Service Identified to Meet this Need | 7 |
| *Care Coordination* | No Service Identified to Meet this Need | 1 |
| DCF SW Advocacy/Case Management Other:  Need to explore contact with birth family | No Service Identified to Meet this Need | 1 |
| Developmental Screening or Evaluation | No Service Identified to Meet this Need | 11 |
| Domestic Violence Services:  Victims | No Service Identified to Meet this Need | 2 |
| Educational Screening or Evaluation | No Service Identified to Meet this Need | 2 |
| Emergency Adult/Family Shelter | No Service Identified to Meet this Need | 1 |
| Family or Marital Counseling | No Service Identified to Meet this Need | 1 |
| Family or Marital Counseling | No Referral Made by DCF | 1 |
| Family Preservation Services | No Service Identified to Meet this Need | 1 |
| Foster Care Supports | No Service Identified to Meet this Need | 1 |
| Health or Medical Screening or Evaluation | No Service Identified to Meet this Need | 6 |
| Health or Medical Screening or Evaluation | No Referral by DCF During the PUR | 1 |
| Housing Assistance (Section 8) | No Service Identified to Meet this Need | 1 |
| IEP Programming | No Service Identified to Meet this Need | 1 |
| Individual Counseling:  Child | Client Refusing Service | 1 |
| Individual Counseling:  Child | UTD from Case Plan or Narrative | 1 |
| Individual Counseling:  Child | No Service Identified to Meet this Need | 4 |
| Individual Counseling:  Parent | No Service Identified to Meet this Need | 1 |
| In-Home Parent Education and Support | No Service Identified to Meet this Need | 5 |
| IICAPS | UTD from Case Plan or Narrative | 1 |
| In-Home Treatment | No Service Identified to Meet this Need | 2 |
| Other OOH Services:  Legal | No Service Identified to Meet this Need | 1 |
| Maintaining Family Ties | No Service Identified to Meet this Need | 1 |
| Medication Management – Child | No Service Identified to Meet this Need | 1 |
| Mental Health Screening or Evaluation:  Child | No Service Identified to Meet this Need | 1 |
| Mental Health Screening or Evaluation:  Parent | No Service Identified to Meet this Need | 3 |
| Mentoring | No Service Identified to Meet this Need | 2 |
| Other In-Home Services:  Resource Management | No Service Identified to Meet this Need | 1 |
| Other Medical Intervention:  Vision/Examination | No Service Identified to Meet this Need | 1 |
| Other State Agency Program:  DMR, DMHAS, MSS, etc.) | No Service Identified to Meet this Need | 1 |
| Parenting Classes | UTD from the Case Plan or Narrative | 1 |
| Psychological or Psychosocial Evaluation – Child | No Service Identified to Meet this Need | 1 |
| Social Recreational Program | No Service Identified to Meet this Need | 1 |
| Substance Abuse Screening:  Child | No Service Identified to Meet this Need | 1 |
| Substance Abuse Screening:  Parent | No Service Identified to Meet this Need | 6 |
| Substance Abuse Screening:  Parent | Delay in Referral by DCF | 1 |
| Supportive Housing for Recovering Families (SHRF) | No Service Identified to Meet this Need | 1 |
|  |  | 79 |

# JUAN F. ACTION PLAN MONITORING REPORT

## May 2015

This report includes data relevant to the permanency and placement issues and action steps embodied within the Action Plan.  Data provided comes from the monthly point-in-time information from LINK and the Chapin Hall database.

## A. PERMANENCY ISSUES

### Progress Towards Permanency:

The following table developed using the Chapin Hall database provides a longitudinal view of permanency for annual admission cohorts from 2002 through 2014.

**Figure 1:  Children Exiting With Permanency, Exiting Without Permanency, Unknown Exits and Remaining In Care (Entry Cohorts)**

| | Period of Entry to Care | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2003** | **2004** | **2005** | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **2012** | **2013** | **2014** | **2015** |
| *Total Entries* | 3546 | 3202 | 3091 | 3407 | 2854 | 2829 | 2628 | 2693 | 2299 | 1856 | 2005 | 1932 | 296 |
| *Permanent Exits* | | | | | | | | | | | | | |
| *In 1 yr* | 1406 | 1228 | 1129 | 1263 | 1095 | 1098 | 1092 | 1023 | 705 | 545 | 493 | | |
| | 39.7% | 38.4% | 36.5% | 37.1% | 38.4% | 38.8% | 41.6% | 38.0% | 30.7% | 29.4% | 24.6% | | |
| *In 2 yrs* | 2078 | 1805 | 1740 | 1973 | 1675 | 1676 | 1581 | 1375 | 1044 | 830 | | | |
| | 58.6% | 56.4% | 56.3% | 57.9% | 58.7% | 59.2% | 60.2% | 51.1% | 45.4% | 44.7% | | | |
| *In 3 yrs* | 2385 | 2092 | 2013 | 2324 | 1974 | 1943 | 1791 | 1669 | 1234 | | | | |
| | 67.3% | 65.3% | 65.1% | 68.2% | 69.2% | 68.7% | 68.2% | 62.0% | 53.7% | | | | |
| *In 4 yrs* | 2539 | 2262 | 2158 | 2499 | 2090 | 2033 | 1894 | 1764 | | | | | |
| | 71.6% | 70.6% | 69.8% | 73.3% | 73.2% | 71.9% | 72.1% | 65.5% | | | | | |
| *To Date* | 2705 | 2367 | 2255 | 2617 | 2164 | 2111 | 1934 | 1786 | 1315 | 943 | 659 | 377 | 8 |
| | 76.3% | 73.9% | 73.0% | 76.8% | 75.8% | 74.6% | 73.6% | 66.3% | 57.2% | 50.8% | 32.9% | 19.5% | 2.7% |
| *Non-Permanent Exits* | | | | | | | | | | | | | |
| *In 1 yr* | 250 | 231 | 289 | 259 | 263 | 250 | 208 | 196 | 138 | 93 | 121 | | |
| | 7.1% | 7.2% | 9.3% | 7.6% | 9.2% | 8.8% | 7.9% | 7.3% | 6.0% | 5.0% | 6.0% | | |
| *In 2 yrs* | 321 | 301 | 371 | 345 | 318 | 320 | 267 | 243 | 186 | 131 | | | |
| | 9.1% | 9.4% | 12.0% | 10.1% | 11.1% | 11.3% | 10.2% | 9.0% | 8.1% | 7.1% | | | |
| *In 3 yrs* | 367 | 366 | 431 | 401 | 354 | 363 | 300 | 272 | 210 | | | | |
| | 10.3% | 11.4% | 13.9% | 11.8% | 12.4% | 12.8% | 11.4% | 10.1% | 9.1% | | | | |
| *In 4 yrs* | 393 | 403 | 461 | 449 | 392 | 394 | 326 | 297 | | | | | |
| | 11.1% | 12.6% | 14.9% | 13.2% | 13.7% | 13.9% | 12.4% | 11.0% | | | | | |
| *To Date* | 494 | 506 | 563 | 528 | 442 | 446 | 354 | 313 | 236 | 161 | 150 | 78 | 0 |
| | 13.9% | 15.8% | 18.2% | 15.5% | 15.5% | 15.8% | 13.5% | 11.6% | 10.3% | 8.7% | 7.5% | 4.0% | 0.0% |

| | Period of Entry to Care | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
| **Unknown Exits** | | | | | | | | | | | | | | |
| *In 1 yr* | 150 4.2% | 129 4.0% | 83 2.7% | 76 2.2% | 62 2.2% | 60 2.1% | 76 2.9% | 129 4.8% | 208 9.0% | 150 8.1% | 151 7.5% | | |
| *In 2 yrs* | 190 5.4% | 171 5.3% | 124 4.0% | 117 3.4% | 98 3.4% | 91 3.2% | 140 5.3% | 307 11.4% | 411 17.9% | 299 16.1% | | | |
| *In 3 yrs* | 217 6.1% | 208 6.5% | 163 5.3% | 140 4.1% | 124 4.3% | 125 4.4% | 193 7.3% | 395 14.7% | 501 21.8% | | | | |
| *In 4 yrs* | 241 6.8% | 234 7.3% | 181 5.9% | 167 4.9% | 156 5.5% | 167 5.9% | 221 8.4% | 433 16.1% | | | | | |
| *To Date* | 324 9.1% | 303 9.5% | 236 7.6% | 221 6.5% | 200 7.0% | 212 7.5% | 255 9.7% | 442 16.4% | 520 22.6% | 353 19.0% | 291 14.5% | 86 4.5% | 3 1.0% |
| **Remain In Care** | | | | | | | | | | | | | | |
| *In 1 yr* | 1740 49.1% | 1614 50.4% | 1590 51.4% | 1809 53.1% | 1434 50.2% | 1421 50.2% | 1252 47.6% | 1345 49.9% | 1248 54.3% | 1068 57.5% | 1240 61.8% | | |
| *In 2 yrs* | 957 27.0% | 925 28.9% | 856 27.7% | 972 28.5% | 763 26.7% | 742 26.2% | 640 24.4% | 768 28.5% | 658 28.6% | 596 32.1% | | | |
| *In 3 yrs* | 577 16.3% | 536 16.7% | 484 15.7% | 542 15.9% | 402 14.1% | 398 14.1% | 344 13.1% | 357 13.3% | 354 15.4% | | | | |
| *In 4 yrs* | 373 10.5% | 303 9.5% | 291 9.4% | 292 8.6% | 216 7.6% | 235 8.3% | 187 7.1% | 199 7.4% | | | | | |
| *To Date* | 23 0.6% | 26 0.8% | 37 1.2% | 41 1.2% | 48 1.7% | 60 2.1% | 85 3.2% | 152 5.6% | 228 9.9% | 399 21.5% | 905 45.1% | 1391 72.0% | 285 96.3% |

The following graphs show how the ages of children upon their entry to care, as well as at the time of exit, differ depending on the overall type of exit (permanent or non-permanent).

34

**FIGURE 2: CHARACTERISTICS OF CHILDREN EXITING WITH AND WITHOUT PERMANENCY (2014 EXIT COHORT)**



**Permanency Goals:**

The following chart illustrates and summarizes the number of children (which excludes youth ages 18 and older) at various stages of placement episodes, and provides the distribution of Permanency Goals selected for them.

## FIGURE 3: DISTRIBUTION OF PERMANENCY GOALS ON THE PATH TO PERMANENCY (CHILDREN IN CARE ON MAY 1, 2015[4])

**Is the child legally free (his or her parents' rights have been terminated)?**

**Yes**
**649**

*Goals of:*
557 (86%) Adoption
82 (13%) APPLA
4 (1%) Reunification
3 (<1%) Relatives
3 (<1%) Transfer of Guardianship

**No**
↓ **2,632**

**Has the child been in care more than 15 months?**

**No**
**1,574**

**Yes**
↓ **1,058**

**Has a TPR proceeding been filed?**

**Yes**
**211**

*Goals of:*
147 (70%) Adoption
41 (19%) APPLA
15 (7%) Reunify
4 (2%) Relatives
3 (1%) Trans. of Guardian: Sub/Unsub
1 (<1%) Blank

**No**
↓ **847**

**Is a reason documented not to file TPR?**

**Yes**
**258**

*Goals of:*
114 (44%) APPLA
57 (22%) Trans. of Guardian: Sub/Unsub
53 (21%) Reunify
24 (9%) Adoption
10 (4%) Relatives

*Documented Reasons:*
67% Compelling Reason
20% Child is with relative
10% Petition in process
4% Services not provided

**No**
**589**

*Goals of:*
190 (32%) Reunify
135 (23%) Trans. of Guardian: Sub/Unsub
123 (21%) APPLA
116 (20%) Adoption
22 (4%) Relatives
3 (1%) Blank

[4] Children over age 18 are not included in these figures.

## Preferred Permanency Goals:

| Reunification | Feb 2014 | May 2014 | Aug 2014 | Nov 2014 | Feb 2015 | May 2015 |
|---|---|---|---|---|---|---|
| Total number of children with Reunification goal, pre-TPR and post-TPR | 1219 | 1312 | 1257 | 1328 | 1322 | 1275 |
| Number of children with Reunification goal pre-TPR | 1217 | 1311 | 1257 | 1328 | 1322 | 1271 |
| • Number of children with Reunification goal, pre-TPR, >= 15 months in care | 191 | 211 | 221 | 235 | 200 | 258 |
| • Number of children with Reunification goal, pre-TPR, >= 36 months in care | 38 | 37 | 38 | 43 | 45 | 36 |
| Number of children with Reunification goal, post-TPR | 2 | 1 | 0 | 0 | 0 | 4 |

| Transfer of Guardianship (Subsidized and Non-Subsidized) | Feb 2014 | May 2014 | Aug 2014 | Nov 2014 | Feb 2015 | May 2015 |
|---|---|---|---|---|---|---|
| Total number of children with Transfer of Guardianship goal (subsidized and non-subsidized), pre-TPR and post TPR | 257 | 261 | 269 | 294 | 304 | 326 |
| Number of children with Transfer of Guardianship goal (subsidized and non-subsidized), pre-TPR | 257 | 259 | 268 | 292 | 301 | 323 |
| • Number of children with Transfer of Guardianship goal (subsidized and non-subsidized , pre-TPR, >= 22 months | 82 | 78 | 86 | 86 | 90 | 95 |
| • Number of children with Transfer of Guardianship goal (subsidized and non-subsidized), pre-TPR , >= 36 months | 15 | 16 | 25 | 29 | 29 | 25 |
| Number of children with Transfer of Guardianship goal (subsidized and non-subsidized), post-TPR | 0 | 2 | 1 | 2 | 3 | 3 |

| Adoption | Feb 2014 | May 2014 | Aug 2014 | Nov 2014 | Feb 2015 | May 2015 |
|---|---|---|---|---|---|---|
| Total number of children with Adoption goal, pre-TPR and post-TPR | 955 | 977 | 988 | 1030 | 1030 | 1071 |
| Number of children with Adoption goal, pre-TPR | 473 | 478 | 455 | 504 | 518 | 514 |
| Number of children with Adoption goal, TPR not filed, >= 15 months in care | 97 | 111 | 102 | 128 | 156 | 140 |
| • Reason TPR not filed, Compelling Reason | 6 | 3 | 1 | 3 | 7 | 7 |
| • Reason TPR not filed, petitions in progress | 28 | 31 | 29 | 27 | 26 | 14 |
| • Reason TPR not filed , child is in placement with relative | 3 | 5 | 2 | 6 | 5 | 3 |
| • Reason TPR not filed, services needed not provided | 3 | 4 | 3 | 3 | 2 | 0 |

| Adoption | Feb 2014 | May 2014 | Aug 2014 | Nov 2014 | Feb 2015 | May 2015 |
|---|---|---|---|---|---|---|
| • Reason TPR not filed, blank | 57 | 68 | 67 | 89 | 116 | 116 |
| Number of cases with Adoption goal post-TPR | 482 | 499 | 533 | 526 | 512 | 557 |
| • Number of children with Adoption goal, post-TPR, in care >= 15 months | 452 | 452 | 489 | 497 | 474 | 526 |
| • Number of children with Adoption goal, post-TPR, in care >= 22 months | 376 | 371 | 397 | 396 | 384 | 432 |
| Number of children with Adoption goal, post-TPR, no barrier, > 3 months since TPR | 16 | 13 | 13 | 13 | 13 | 17 |
| Number of children with Adoption goal, post-TPR, with barrier, > 3 months since TPR | 89 | 83 | 72 | 74 | 57 | 62 |
| Number of children with Adoption goal, post-TPR, with blank barrier, > 3 months since TPR | 284 | 279 | 333 | 344 | 245 | 244 |

| Progress Towards Permanency: | Feb 2014 | May 2014 | Aug 2014 | Nov 2014 | Feb 2015 | May 2015 |
|---|---|---|---|---|---|---|
| Total number of children, pre-TPR, TPR not filed, >=15 months in care, no compelling reason | 378 | 439 | 464 | 530 | 567 | 589 |

## Non-Preferred Permanency Goals:

| Long Term Foster Care Relative: | Feb 2014 | May 2014 | Aug 2014 | Nov 2014 | Feb 2015 | May 2015 |
|---|---|---|---|---|---|---|
| Total number of children with Long Term Foster Care Relative goal | 58 | 56 | 52 | 52 | 50 | 47 |
| Number of children with Long Term Foster Care Relative goal, pre-TPR | 54 | 52 | 47 | 48 | 47 | 44 |
| • Number of children with Long Term Foster Care Relative goal, 12 years old and under, pre-TPR | 5 | 4 | 2 | 1 | 1 | 1 |
| Long Term Foster Care Rel. goal, post-TPR | 4 | 4 | 5 | 4 | 3 | 3 |
| • Number of children with Long Term Foster Care Relative goal, 12 years old and under, post-TPR | 0 | 0 | 0 | 0 | 0 | 0 |

| APPLA* | Feb 2014 | May 2014 | Aug 2014 | Nov 2014 | Feb 2015 | May 2015 |
|---|---|---|---|---|---|---|
| Total number of children with APPLA goal | 567 | 563 | 505 | 468 | 421 | 380 |
| Number of children with APPLA goal, pre-TPR | 448 | 451 | 400 | 370 | 331 | 298 |
| • Number of children with APPLA goal, 12 years old and under, pre-TPR | 18 | 16 | 9 | 6 | 2 | 6 |
| Number of children with APPLA goal, post-TPR | 119 | 112 | 105 | 98 | 90 | 82 |
| • Number of children with APPLA goal, 12 years old and under, post-TPR | 6 | 7 | 7 | 6 | 5 | 3 |
| * Columns prior to Aug 07 had previously been reported separately as APPLA: Foster Care Non-Relative and APPLA: Other. The values from each separate table were added to provide these figures. Currently there is only one APPLA goal. | | | | | | |

**Missing Permanency Goals:**

| | Feb 2014 | May 2014 | Aug 2014 | Nov 2014 | Feb 2015 | May 2015 |
|---|---|---|---|---|---|---|
| Number of children, with no Permanency goal, pre-TPR, >= 2 months in care | 24 | 24 | 102 | 25 | 19 | 15 |
| Number of children, with no Permanency goal, pre-TPR, >= 6 months in care | 11 | 14 | 18 | 17 | 10 | 7 |
| Number of children, with no Permanency goal, pre-TPR, >= 15 months in care | 7 | 6 | 6 | 10 | 5 | 4 |
| Number of children, with no Permanency goal, pre-TPR, TPR not filed, >= 15 months in care, no compelling reason | 5 | 4 | 4 | 5 | 5 | 4 |

## B. PLACEMENT ISSUES

**Placement Experiences of Children**

The following chart shows the change in use of family and congregate care for admission cohorts between 2003 and 2014.



The next table shows specific care types used month-by-month for entries between April 2014 and March 2015.

| Case Summaries | | enterApr 14 | enterMay 14 | enterJun 14 | enterJul 14 | enterAug 14 | enterSep 14 | enterOct 14 | enterNov 14 | enterDec 14 | enterJan 15 | enterFeb 15 | enterMar 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **First placement type** | | | | | | | | | | | | | |
| Residential | N | 9 | | 3 | 1 | 2 | 5 | 1 | 5 | 3 | 4 | 4 | |
| | % | 5.2% | | 1.9% | 0.5% | 1.1% | 2.8% | 0.7% | 3.8% | 2.2% | 3.2% | 3.5% | |
| DCF Facilities | N | 5 | 4 | 2 | 5 | 4 | 1 | 1 | 2 | 3 | 2 | 2 | 1 |
| | % | 2.9% | 3.1% | 1.3% | 2.7% | 2.3% | 0.6% | 0.7% | 1.5% | 2.2% | 1.6% | 1.7% | 1.8% |
| Foster Care | N | 90 | 62 | 66 | 88 | 90 | 81 | 63 | 61 | 49 | 57 | 54 | 28 |
| | % | 52.3% | 47.7% | 42.9% | 48.4% | 51.7% | 46.0% | 41.4% | 46.9% | 36.0% | 45.2% | 47.0% | 50.9% |
| Group Home | N | 2 | 2 | 1 | 4 | 3 | 2 | 2 | 2 | 1 | 2 | 2 | 1 |
| | % | 1.2% | 1.5% | 0.6% | 2.2% | 1.7% | 1.1% | 1.3% | 1.5% | 0.7% | 1.6% | 1.7% | 1.8% |
| Relative Care | N | 46 | 48 | 62 | 61 | 43 | 60 | 57 | 38 | 57 | 45 | 36 | 15 |
| | % | 26.7% | 36.9% | 40.3% | 33.5% | 24.7% | 34.1% | 37.5% | 29.2% | 41.9% | 35.7% | 31.3% | 27.3% |
| Medical | N | 2 | 2 | 7 | 3 | 5 | 4 | 3 | 10 | 7 | 7 | 7 | 4 |
| | % | 1.2% | 1.5% | 4.5% | 1.6% | 2.9% | 2.3% | 2.0% | 7.7% | 5.1% | 5.6% | 6.1% | 7.3% |
| Safe Home | N | 2 | 2 | 1 | 1 | 4 | | | 3 | 1 | | | |
| | % | 1.2% | 1.5% | 0.6% | 0.5% | 2.3% | | | 2.3% | 0.7% | | | |
| Shelter | N | 9 | 3 | 5 | 12 | 8 | 6 | 4 | 1 | 6 | 3 | 3 | 3 |
| | % | 5.2% | 2.3% | 3.2% | 6.6% | 4.6% | 3.4% | 2.6% | 0.8% | 4.4% | 2.4% | 2.6% | 5.5% |
| Special Study | N | 7 | 7 | 7 | 7 | 15 | 17 | 21 | 8 | 9 | 6 | 7 | 3 |
| | % | 4.1% | 5.4% | 4.5% | 3.8% | 8.6% | 9.7% | 13.8% | 6.2% | 6.6% | 4.8% | 6.1% | 5.5% |
| Total | N | 172 | 130 | 154 | 182 | 174 | 176 | 152 | 130 | 136 | 126 | 115 | 55 |
| | % | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

The chart below shows the change in level of care usage over time for different age groups.



**Children's Initial Placement Settings By Age And Entry Cohort**

It is also useful to look at where children spend most of their time in DCF care. The chart below shows this for admission the 2003 through 2015 admission cohorts.

**Children's Predominant Placement Type (by Entry Cohort)**



The following chart shows monthly statistics of children who exited from DCF placements between April 2014 and March 2015, and the portion of those exits within each placement type from which they exited.

| Case Summaries | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Last placement type in spell (as of censor date) | | exitApr14 | exitMay14 | exitJun14 | exitJul14 | exitAug14 | exitSep14 | exitOct14 | exitNov14 | exitDec14 | exitJan15 | exitFeb15 | exitMar15 |
| Residential | N | 1 | 8 | 8 | 11 | 5 | 3 | 1 | 3 | 5 | 3 | 3 | 1 |
| | % | 0.7% | 6.2% | 5.6% | 5.9% | 2.3% | 1.6% | 0.7% | 1.7% | 3.2% | 3.0% | 2.7% | 2.5% |
| DCF Facilities | N | 4 | 2 | 7 | 6 | 4 | 3 | 2 | 1 | 2 | 3 | 2 | |
| | % | 2.8% | 1.6% | 4.9% | 3.2% | 1.8% | 1.6% | 1.4% | 0.6% | 1.3% | 3.0% | 1.8% | |
| Foster Care | N | 64 | 50 | 68 | 92 | 92 | 80 | 63 | 87 | 71 | 35 | 46 | 13 |
| | % | 44.4% | 38.8% | 47.2% | 48.9% | 41.8% | 44.0% | 45.7% | 48.1% | 46.1% | 34.7% | 41.8% | 32.5% |
| Group Home | N | 10 | 6 | 9 | 13 | 27 | 16 | 13 | 7 | 6 | 11 | 3 | 2 |
| | % | 6.9% | 4.7% | 6.3% | 6.9% | 12.3% | 8.8% | 9.4% | 3.9% | 3.9% | 10.9% | 2.7% | 5.0% |
| Independent Living | N | 8 | 3 | 2 | 6 | 7 | 4 | 6 | 2 | 1 | 1 | 2 | 4 |
| | % | 5.6% | 2.3% | 1.4% | 3.2% | 3.2% | 2.2% | 4.3% | 1.1% | 0.6% | 1.0% | 1.8% | 10.0% |
| Relative Care | N | 39 | 42 | 33 | 38 | 58 | 55 | 48 | 59 | 55 | 37 | 46 | 13 |
| | % | 27.1% | 32.6% | 22.9% | 20.2% | 26.4% | 30.2% | 34.8% | 32.6% | 35.7% | 36.6% | 41.8% | 32.5% |
| Medical | N | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 2 | | 1 | |
| | % | 1.4% | 1.6% | 1.4% | 0.5% | 0.5% | 0.5% | 0.7% | 0.6% | 1.3% | | 0.9% | |
| Safe Home | N | 4 | 4 | | 2 | 4 | 1 | | | 2 | 2 | 1 | |
| | % | 2.8% | 3.1% | | 1.1% | 1.8% | 0.5% | | | 1.1% | 1.3% | 0.9% | |
| Shelter | N | 3 | 4 | 5 | 7 | 7 | 5 | 2 | 5 | 5 | 3 | | 2 |
| | % | 2.1% | 3.1% | 3.5% | 3.7% | 3.2% | 2.7% | 1.4% | 2.8% | 3.2% | 3.0% | | 5.0% |
| Special Study | N | 8 | 7 | 7 | 10 | 15 | 14 | 2 | 10 | 3 | 6 | 6 | 4 |
| | % | 5.6% | 5.4% | 4.9% | 5.3% | 6.8% | 7.7% | 1.4% | 5.5% | 1.9% | 5.9% | 5.5% | 10.0% |
| Uknown | N | 1 | 1 | 3 | 2 | | | | 4 | 2 | 1 | | 1 |
| | % | 0.7% | 0.8% | 2.1% | 1.1% | | | | 2.2% | 1.3% | 1.0% | | 2.5% |
| Total | N | 144 | 129 | 144 | 188 | 220 | 182 | 138 | 181 | 154 | 101 | 110 | 40 |
| | % | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

The next chart shows the primary placement type for children who were in care on September 1, 2014 organized by length of time in care.

| Primary type of spell (>50%) * Duration Category Crosstabulation | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Duration Category | | | | | | | Total |
| | | | 30 | 90 | 180 | < 365 | < 545 | < 1095 | 1095 | |
| Primary type of spell (>50%) | Residential | Count | 0 | 6 | 12 | 16 | 12 | 30 | 40 | 116 |
| | | % Row | 0.0% | 5.2% | 10.3% | 13.8% | 10.3% | 25.9% | 34.5% | 100.0% |
| | | % Col | 0.0% | 2.6% | 3.4% | 2.2% | 2.0% | 3.2% | 4.8% | 3.1% |
| | DCF Facilities | Count | 1 | 3 | 6 | 12 | 9 | 1 | 0 | 32 |
| | | % Row | 3.1% | 9.4% | 18.8% | 37.5% | 28.1% | 3.1% | 0.0% | 100.0% |
| | | % Col | 1.8% | 1.3% | 1.7% | 1.7% | 1.5% | 0.1% | 0.0% | 0.9% |
| | Foster Care | Count | 26 | 98 | 136 | 315 | 284 | 488 | 507 | 1854 |
| | | % Row | 1.4% | 5.3% | 7.3% | 17.0% | 15.3% | 26.3% | 27.3% | 100.0% |
| | | % Col | 47.3% | 42.6% | 38.9% | 44.0% | 46.7% | 51.8% | 60.6% | 49.6% |
| | Group Home | Count | 1 | 3 | 5 | 14 | 18 | 53 | 71 | 165 |
| | | % Row | 0.6% | 1.8% | 3.0% | 8.5% | 10.9% | 32.1% | 43.0% | 100.0% |
| | | % Col | 1.8% | 1.3% | 1.4% | 2.0% | 3.0% | 5.6% | 8.5% | 4.4% |
| | Independent Living | Count | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 6 |
| | | % Row | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% | 100.0% |
| | | % Col | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.7% | 0.2% |
| | Relative Care | Count | 17 | 87 | 141 | 268 | 202 | 261 | 74 | 1050 |
| | | % Row | 1.6% | 8.3% | 13.4% | 25.5% | 19.2% | 24.9% | 7.0% | 100.0% |
| | | % Col | 30.9% | 37.8% | 40.3% | 37.4% | 33.2% | 27.7% | 8.8% | 28.1% |
| | Medical | Count | 2 | 4 | 6 | 6 | 2 | 3 | 3 | 26 |
| | | % Row | 7.7% | 15.4% | 23.1% | 23.1% | 7.7% | 11.5% | 11.5% | 100.0% |
| | | % Col | 3.6% | 1.7% | 1.7% | 0.8% | 0.3% | 0.3% | 0.4% | 0.7% |
| | Mixed (none >50%) | Count | 0 | 0 | 0 | 10 | 9 | 38 | 104 | 161 |
| | | % Row | 0.0% | 0.0% | 0.0% | 6.2% | 5.6% | 23.6% | 64.6% | 100.0% |
| | | % Col | 0.0% | 0.0% | 0.0% | 1.4% | 1.5% | 4.0% | 12.4% | 4.3% |
| | Safe Home | Count | 0 | 0 | 2 | 1 | 7 | 3 | 1 | 14 |
| | | % Row | 0.0% | 0.0% | 14.3% | 7.1% | 50.0% | 21.4% | 7.1% | 100.0% |
| | | % Col | 0.0% | 0.0% | 0.6% | 0.1% | 1.2% | 0.3% | 0.1% | 0.4% |
| | Shelter | Count | 3 | 7 | 3 | 15 | 8 | 1 | 0 | 37 |
| | | % Row | 8.1% | 18.9% | 8.1% | 40.5% | 21.6% | 2.7% | 0.0% | 100.0% |
| | | % Col | 5.5% | 3.0% | 0.9% | 2.1% | 1.3% | 0.1% | 0.0% | 1.0% |
| | Special Study | Count | 3 | 15 | 31 | 51 | 55 | 61 | 30 | 246 |
| | | % Row | 1.2% | 6.1% | 12.6% | 20.7% | 22.4% | 24.8% | 12.2% | 100.0% |
| | | % Col | 5.5% | 6.5% | 8.9% | 7.1% | 9.0% | 6.5% | 3.6% | 6.6% |
| | Unknown | Count | 2 | 7 | 8 | 8 | 2 | 3 | 1 | 31 |
| | | % Row | 6.5% | 22.6% | 25.8% | 25.8% | 6.5% | 9.7% | 3.2% | 100.0% |
| | | % Col | 3.6% | 3.0% | 2.3% | 1.1% | 0.3% | 0.3% | 0.1% | 0.8% |
| Total | | Count | 55 | 230 | 350 | 716 | 608 | 942 | 837 | 3738 |
| | | % Row | 1.5% | 6.2% | 9.4% | 19.2% | 16.3% | 25.2% | 22.4% | 100.0% |
| | | % Col | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

## Congregate Care Settings

| Placement Issues | Feb 2014 | May 2014 | Aug 2014 | Nov 2014 | Feb 2015 | May 2015 |
|---|---|---|---|---|---|---|
| Total number of children 12 years old and under, in Congregate Care | 42 | 34 | 30 | 19 | 22 | 22 |
| • Number of children 12 years old and under, in DCF Facilities | 1 | 0 | 1 | 0 | 1 | 0 |
| • Number of children 12 years old and under, in Group Homes | 10 | 9 | 7 | 6 | 8 | 8 |
| • Number of children 12 years old and under, in Residential | 11 | 13 | 8 | 5 | 7 | 7 |
| • Number of children 12 years old and under, in SAFE Home | 17 | 11 | 14 | 8 | 6 | 4 |
| • Number of children 12 years old and under in Shelter | 3 | 1 | 0 | 0 | 0 | 3 |
| Total number of children ages 13-17 in Congregate Placements | 434 | 431 | 380 | 328 | 313 | 294 |

## Use of SAFE Homes, Shelters and PDCs

The analysis below provides longitudinal data for children (which may include youth ages 18 and older) who entered care in Safe Homes, Permanency Diagnostic Centers and Shelters.

| | Period of Entry to Care | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
| *Total Entries* | 3546 | 3202 | 3091 | 3407 | 2854 | 2829 | 2628 | 2693 | 2299 | 1856 | 2005 | 1932 | 296 |
| *SAFE Homes/PDCs* | 630 | 453 | 394 | 395 | 382 | 335 | 471 | 331 | 146 | 68 | 56 | 30 | 0 |
| | 18% | 14% | 13% | 12% | 13% | 12% | 18% | 12% | 6% | 4% | 3% | 2% | 0% |
| *Shelters* | 135 | 147 | 178 | 114 | 136 | 144 | 186 | 175 | 194 | 169 | 175 | 91 | 9 |
| | 4% | 5% | 6% | 3% | 5% | 5% | 7% | 6% | 8% | 9% | 9% | 5% | 3% |
| *Total* | 765 | 600 | 572 | 509 | 518 | 479 | 657 | 506 | 340 | 237 | 231 | 121 | 9 |
| | 22% | 19% | 19% | 15% | 18% | 17% | 25% | 19% | 15% | 13% | 12% | 6% | 3% |

| | Period of Entry to Care | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
| *Total Initial Plcmnts* | 765 | 600 | 572 | 509 | 518 | 479 | 657 | 506 | 340 | 237 | 231 | 121 | 9 |
| <= 30 days | 308 | 249 | 241 | 186 | 162 | 150 | 229 | 135 | 103 | 60 | 63 | 37 | 3 |
| | 40.3% | 41.5% | 42.1% | 36.5% | 31.3% | 31.3% | 34.9% | 26.7% | 30.3% | 25.3% | 27.3% | 30.6% | 33.3% |
| 31 - 60 | 181 | 102 | 114 | 73 | 73 | 102 | 110 | 106 | 57 | 44 | 41 | 27 | 3 |
| | 23.7% | 17.0% | 19.9% | 14.3% | 14.1% | 21.3% | 16.7% | 20.9% | 16.8% | 18.6% | 17.7% | 22.3% | 33.3% |
| 61 - 91 | 121 | 81 | 76 | 87 | 79 | 85 | 157 | 91 | 54 | 39 | 38 | 18 | 3 |
| | 15.8% | 13.5% | 13.3% | 17.1% | 15.3% | 17.7% | 23.9% | 18.0% | 15.9% | 16.5% | 16.5% | 14.9% | 33.3% |
| 92 - 183 | 107 | 124 | 100 | 118 | 131 | 110 | 124 | 136 | 84 | 56 | 57 | 24 | 0 |
| | 14.0% | 20.7% | 17.5% | 23.2% | 25.3% | 23.0% | 18.9% | 26.9% | 24.7% | 23.6% | 24.7% | 19.8% | 0.0% |
| 184+ | 48 | 44 | 41 | 45 | 73 | 32 | 37 | 38 | 42 | 38 | 32 | 15 | 0 |
| | 6.3% | 7.3% | 7.2% | 8.8% | 14.1% | 6.7% | 5.6% | 7.5% | 12.4% | 16.0% | 13.9% | 12.4% | 0.0% |

The following is the point-in-time data taken from the monthly LINK data, and may include those youth ages 18 and older.

| Placement Issues | Nov 2013 | Feb 2014 | May 2014 | Aug 2014 | Nov 2014 | Feb 2015 | May 2015 |
|---|---|---|---|---|---|---|---|
| Total number of children in SAFE Home | 33 | 34 | 28 | 22 | 16 | 13 | 9 |
| • Number of children in SAFE Home, > 60 days | 22 | 23 | 20 | 17 | 16 | 12 | 7 |
| • Number of children in SAFE Home, >= 6 months | 8 | 10 | 10 | 12 | 8 | 9 | 4 |
| Total number of children in STAR/Shelter Placement | 73 | 70 | 59 | 49 | 43 | 30 | 34 |
| • Number of children in STAR/Shelter Placement, > 60 days | 46 | 40 | 30 | 27 | 30 | 16 | 15 |
| • Number of children in STAR/Shelter Placement, >= 6 months | 5 | 7 | 11 | 7 | 12 | 8 | 3 |
| Total number of children in MH Shelter | 1 | 1 | 1 | 1 | 1 | 4 | 3 |
| • Total number of children in MH Shelter, > 60 days | 1 | 1 | 1 | 0 | 0 | 2 | 3 |
| • Total number of children in MH Shelter, >= 6 months | 1 | 1 | 1 | 0 | 0 | 0 | 1 |

## Time in Residential Care

| Placement Issues | Nov 2013 | Feb 2014 | May 2014 | Aug 2014 | Nov 2014 | Feb 2015 | May 2015 |
|---|---|---|---|---|---|---|---|
| Total number of children in Residential care | 147 | 157 | 147 | 116 | 103 | 114 | 106 |
| • Number of children in Residential care, >= 12 months in Residential placement | 42 | 47 | 40 | 38 | 35 | 26 | 26 |
| • Number of children in Residential care, >= 60 months in Residential placement | 2 | 2 | 2 | 1 | 1 | 0 | 0 |

# Appendix 1
# Commissioner's Highlights from
# The Department of Children & Families
# First Quarter 2015 Exit Plan Report

<div align="center">

**Commissioner Statement**
**First Quarter 2015 *Juan F.* Exit Plan Report**

</div>

The first three months of 2015 represent not only the beginning of the Malloy Administration's second term but also a new start for the Department in its effort to reform the agency, improve outcomes for children and families, and achieve the goals of the *Juan F.* Exit Plan. Fortunately, the results of the reforms already established have been consolidated and strengthened.

The major trends underway are all positive and encouraging for our direction moving forward. Fewer children are in state care (a decrease of 754 as of June 1, 2015 or 16.1 percent lower than January 1, 2011), fewer children in care are living in group settings (836 fewer children as of June 1, 2015 or 58 percent lower than January 1, 2011) and a greater share of children in care are living with kin (36.1 percent as of June 1, 2015 compared to 21 percent in January 2011). Seventy-three percent of children in care are living in a family setting. We now have the highest percentage of children living with kin and the lowest percentage of children in congregate care since we have been measuring this data. This reflects a massive re-design of our work, including a family-centered, strengths-based and solutions-focused practice model, Differential Response, a priority on kinship care, child and family team meetings, and an overall approach that treats families as the primary answer instead of as the source of the problem. Respect and collaboration with families and providers are the guiding principles.

Challenges remain, of course. A new influx of social workers has brought significant relief to an overburdened staff, but that relief is just now being felt in full force. Services in some parts of the state and for certain specialized needs are still hard to access in a timely manner. As a result, certain Exit Plan outcomes have remained elusive – most particularly those measuring case planning and needs met.

I am optimistic, however, that statewide implementation of improvements initiated earlier in Region 3 will pull up performance in case planning in particular. Following the success of Region 3 in advancing quality case plans, each region is now placing a focus on increasing manager leadership and responsibility for quality case planning. The Administrative Case Review (ACR) Instrument is being used by CPS program managers to evaluate case plans – thereby elevating the engagement of the managers in this critical part of our work. In addition, the program managers are partnering with ACR staff to ensure that case planning is relevant to case practice and used actively with families during visits and all aspects of our work with families. We expect that if managers "dig in deep" in case planning, it will be reflected in supervision, case work, and an office culture that uses the plan as the basis for all activities and not simply a document to be filled out. Quality case planning also will help us improve our work in meeting children's needs.

In addition, I want to thank the Governor and the Legislature for supporting additional resources to enhance and expand community based resources to meet the needs of children and families. Outcome Measure 15, "meeting children's needs," is a reflection of the commitment of the entire community and the entire state, and I am pleased with the support we are obtaining in this effort. The Department is not alone in our work with families and their children. Our partners include private service providers, the schools, sister state agencies and local government and civic organizations. Thanks to all these partners, we have implemented many reforms and seen many important improvements in outcomes for children. We can maintain this forward movement if we stay focused and continue to collaborate with the many stakeholders who are invested in this work – most of all the families themselves.