*Juan F.* **v. Lamont Exit Plan Status Report**
**April 1, 2019 - September 30, 2019**
**Civil Action No. 2:89 CV 859 (SRU)**

Submitted by:
DCF Court Monitor's Office
300 Church Street, 4th Floor
Wallingford, CT 06492
Tel: (203) 741-0458
Fax: (203) 741-0462
Email: raymond.mancuso@ct.gov

1

*Juan F.* v. Lamont Exit Plan Status Report
February 2020

---

**Table of Contents**
***Juan F.* v. Lamont Exit Plan Status Report**
**April 1, 2019 - September 30, 2019**

| Section | |
|---|---|
| **Highlights** | **3** |
| ***Juan F.* Exit Plan Outcome Measure Overview Chart (April 1, 2019 - September 30, 2019)** | **13** |
| ***Juan F.* Pre-Certification Review-Status Update (April 1, 2019 - September 30, 2019)** | **14** |
| ***Juan F.* Pre-Certification of Outcome Measure 6 (Caseload Standards)** | **20** |
| **DCF Court Monitor's Office Case Review for Outcome Measure 3 and Outcome Measure 4** | **22** |
| ***Juan F.* Action Plan Monitoring Report** | **40** |
| ***Appendix A* - Commissioner's Highlights from: The Department of Children and Families Exit Plan Outcome Measures-Status Report (April 1, 2019 - September 30, 2019)** | **52** |

_____

### *Juan F.* **v. Lamont Exit Plan Status Report**
### **April 1, 2019 - September 30, 2019**

### **Highlights**

This Status Report covers the Second Quarter of 2019 (April-June 2019) and the Third Quarter of 2019 (July-September 2019).  Significant progress has been made with respect to the remaining 2017 Revised Exit Plan measures that have not been pre-certified.  The Court Monitor has determined that the Outcome Measure 6 (Caseload Standards/Staffing) is pre-certified. The findings were recently shared with Judge Stefan R. Underhill and the *Juan F.* parties.  Whereas, previous status reports detailed well over 100 Social Workers over the maximum caseload standard the Department's efforts have resulted in there currently being only a very small number of workers in this situation.  In addition, a pre-certification review of Outcome Measure 2 (Investigation) is in progress.  Preliminary findings of the first 70 cases are encouraging and the decision was made with the *Juan F.* parties to continue the Court Monitor's full review of a sample of approximately 375 cases.  Finally, the Department has shown progress over the last two quarters with specific domains of Outcome Measure 4 (Children's Needs Met) and it appears that the enhancement of services with documented waitlists that was part of the current budget, along with continued improvements with assessment and care coordination are having a positive impact.  The number of incidents of unmet needs identified within sampled cases was considerably reduced from previous quarters.  Each of these measures are highlighted below and discussed are in further detail within the report.

- The Court Monitor's findings regarding the 2017 Revised Exit Plan Outcome Measures indicate the Department has now met and sustained compliance with six of the 10 measures during both the Second Quarter 2019 and the Third Quarter 2019.  As described above, Outcome Measure 6 (Caseload Standards) was met and maintained resulting in pre-certification during this period.  The summary chart on page 13 provides the automated outcome measure performance/percentages.  Additional analysis and review of specific cases inform the final decisions of the Court Monitor with respect to compliance.  Of the measures that did not meet the established standards in these two quarters, the most significant issues continue to be the Department's investigation practice, case planning process, meeting children and families service needs, and appropriate visitation with children and required adult family members of the agency's in-home cases.

- Paragraph 4 of the 2017 Revised Exit Plan mandates that a strategic plan be developed by the DCF Commissioner in consultation with the Court Monitor, to address compliance with the 2017 Revised Exit Plan Outcome Measures.  The plan was drafted and filed with the Court on April 26, 2018.  The plan outlined specific implementation steps and strategies for each of the four (4) measures that had not been pre-certified at that point. The plan is meant to be dynamic and it is systemically reviewed by the Department and the Court Monitor's Office to identify progress, areas of concern and revisions that are necessary.  Updated versions of the Strategic Plan have been routinely shared and discussed with the parties.

_____

- Outcome Measure 6 (Caseload Standards) is now pre-certified and this is a notable achievement for the state and DCF. It has been made possible because of the support from Governor Lamont, OPM Secretary Melissa McCaw, and the state legislature. The Department has worked diligently to achieve this goal and it is clear that the efforts of the DCF Human Resource Division, the DCF Academy for Workforce Development, and members of the Central Office and Regional operations have worked in a very coordinated manner to make this happen. It already appears from recent monitoring activity that meeting this benchmark is now having a positive impact on the family and child related outcome measure that remain to be pre-certified. Reasonable caseload sizes and relative stability in the workforce allow the Department to better concentrate on the best practice issues so important to the outcomes for children and families.

The improvement began under the previous administration when a predictive staffing model was employed. DCF continued its predictive staffing plan of hiring approximately 30 Social Workers every month from January to June 2019. During the second half of the calendar year, the Department continued to assess their staffing levels, attrition rates and caseload levels on a bi-weekly basis. The result of this multi-year effort culminated during the first year of Commissioner Dorantes administration with a seven (7) month period of compliance with the staffing and caseload levels set forth in the 2017 Revised Exit Plan.

The Staffing/Caseload summary as of November 2019 is:

- o The average caseload utilization is 74.63%
- o The average includes 67 Social Worker Trainees with low utilization, as they are still being trained and working their way up to full caseloads.
- o The Department maintained the standard despite a large rise in reports that correspond with the start of the new school year.
- o Considerable caseload management activity has been noted in the Court Monitor's review of individual cases and aggregate data.
- o The Department needed 1,089 Social Workers as of November report to be at 75% utilization. There were 1,107 Social Workers carrying cases excluding the trainees mentioned above.
- o There were 15 vacancies waiting to be filled and 25 Social Workers that had been hired but not appearing in LINK yet.
- o Statewide utilization for Intake Social Workers was significantly lowered over the course of the two quarters from 75% to just over 50%.
- o Approximately 41% of the Ongoing Services Social Workers are over 80% of the caseload standard utilization.
- o The Department has 665 workers assigned to Ongoing Services. The Department would need to maintain a minimum of 636 Social Workers to achieve 75% utilization.
- o The Department has a typical attrition rate of 120-150 Social Workers annually. The Department will need to balance the rate of attrition, the new hires, caseload management efforts and the potential of lowered number of cases due to the implementation of the new IFCS program.

The pre-certification report regarding Outcome Measure 6 (Caseload Standards/Staffing) can be found on page 20 of this report.

- Although the automated reporting has historically indicated that the Department has achieved compliance with Outcome Measure 2 (Completion of Investigation), previous sampling confirmed that issues existed regarding the quality of investigative work. The Department worked to address these issues and beginning in December 2019, the Court Monitor began a pre-certification review of recently completed FAR and CPS investigation cases. Approximately 375 cases with completed investigations or Family Assessment Response during the period of November, December, and January will be reviewed utilizing the tool developed and refined over the last year. A temporary stop was instituted after the first 70 cases were completed. After analysis of the data was performed the findings were shared with the *Juan F.* parties. The findings were encouraging, and the decision was made to continue with the review of the full sample. The period under review (PUR) of the review sample corresponds with the timeframe when the revised Structured Decision Making (SDM) process and the rollout of individual tablets for the front-line Social Worker staff occurred. Clearly, these efforts appear to be making a difference in the quality of the work, judging by the results thus far in this and other reviews. The findings from the pre-certification review of this measure will be included in the next Status Report.

- The 2017 Revised Exit Plan provides a framework that focuses on the individual domains comprising Outcome Measures 3 (Case Planning) and Outcome Measure 4 (Needs Met). The agreement allows the Department to pre-certify for compliance on an individual domain basis. By focusing on individual domains, the Department can better identify the many strengths in its practice and also work on specific strategies to address ongoing areas of concern. The *Juan F.* Strategic Plan identifies multiple approaches to build on existing strengths while addressing known areas needing improvement.

  The 2017 Revised Exit Plan requires the Department to be compliant at 90% for two quarters for an individual domain in Outcome Measure 3 (Case Planning). It requires the Department to be compliant at 85% for 2 consecutive quarters for an individual domain for Outcome Measure 4 (Needs Met).

  Based on the data from this review period of the **Outcome Measure 3 (Case Planning)** four case planning domains have met and sustained the required benchmark:
  - Case Plan Approvals,
  - Accommodating Family/Child's Language Needs,
  - Identifying Information, and
  - Reason for Involvement.

The findings for Identifying Information and Reason for Involvement dropped slightly during this review period but are still considered to be pre-certified.

The Department continues to struggle with engaging children and families in case planning and assessment of the needs of children and families. This in turn impacts the domain findings on setting proper goals and action steps as well as reporting on progress in the cases

reviewed. This has been reported previously. The summary charts on page 26 regarding the attendance at the Administrative Case Reviews (ACR) indicates that adolescents, fathers, Guardians ad Litem (GAL), other involved DCF staff, active providers have low attendance rates. In fact, no child in placement older than 12 in the Third Quarter sample (Six adolescent within the sample) took part in their ACR, two of the seven CIP adolescents in the Second Quarter attended the ACR.

The results from both quarters showed little if any improvement on the most critical domains of engagement, assessment, goals/objectives, progress and planning for permanence. Case Plans are critical to identifying the progress that has been made and the steps and actions required by all parties involved with families. As mentioned in each Status Report, the antiquated LINK system presents challenges in assisting staff with ticklers, updates, navigating within the plan and prefilling critical information. The Department has created additional reports to try to compensate for these shortcomings. Further discussion of Outcome Measure 3 findings is found on page 22 with a summary chart of the findings for the domains of Outcome Measure 3.

Based on the data from this review period, six of the 11 **Outcome Measure 4 (Needs Met)** domains maintained an 85% or higher compliance in each of the quarters.

Previously, the Department currently had met and sustained for an additional quarter the following domains:
- Risk: Child in Placement (July 2018 Status Report)
- Securing the Permanent Placement (July 2018 Status Report)
- DCF Case Management - Legal Action to Achieve the Permanency Goal in the Prior Six Months (July 2018 Status Report)
- DCF Case Management - Recruitment for Placement Providers to Achieve Permanency Goal during the Prior Six Months (July 2018 Status Report)
- Child's Current Placement (January 2018 Status Report)
- Education (January 2018 Status Report)
- Medical (January 2018 Status Report)

Some domains have fluctuated in maintenance of the required rates following initial pre-certification. In our last report, the Court Monitor noted that the Medical and Educational domains, specifically, dropped and remained below 85% rate of compliance and this quarter would be reviewed for consideration of removal as pre-certified. The Court Monitor now notes that this trend has reversed in the current period under review with Medical Needs met at 94.3% and 94.4% respectively and Educational Needs reported trending in the positive direction with needs met in 84.3% and 86.3% of the reviewed cases during the consecutive quarters of the period under review. Both will remain on the listing for pre-certified domains.

Joining the list of pre-certified domains for the first time is Dental Needs, which were met with findings of 86.8% and 87.0% across two quarters of the period under review. The three domains with which the Department continues to have the most difficulty are: Risk: In-Home, Permanency: DCF Case Management - Contracting or Providing Services to Achieve

_____

the Permanency Goal During the Prior Six Months, and Well Being: Mental Health, Behavioral Health, and Substance Abuse Services.

As we have noted consistently in previous status reports, service needs noted via this methodology and other review activities which include discussions with staff and stakeholders indicate that services that are not readily available in all areas of the state consistently.  These services often include: outpatient mental health services, in-home services, substance abuse services, domestic violence services, mentoring, supportive housing vouchers, foster and adoptive resources, and readily available placement/treatment options.

The budget that was passed last year by the legislature and signed by Governor Lamont provided additional funding for an array of some of the services that are either not available statewide or have demonstrated wait lists.  It is important to note that the findings from two quarters reviewed for this status report indicate a significant drop in unmet needs from the previous findings.  The previous status report indicated a total of 452 unmet needs identified and this report found 325 for the period of review.  The current stable service funding level along with the continued efforts to improve care coordination are two of the likely foundations in the noted improvement in timely service provision.  This review period, the top unmet needs were Individual Counseling-Parent, Visitation with Parents, DCF Contact with active providers Individual Counseling-Child, and Dental Screening/Evaluation.  Client refusal remains the top noted reason for unmet need. The chart of unmet priority needs beginning on page 32 details the findings for Outcome Measure 4.

- Outcome Measure 5 (Worker/Child Visitation of In-Home cases) is not able to be tracked or analyzed accurately by the current LINK system with respect to the standard of a two visits per month with each active member of an in-home case.  A previous review of this measure to ascertain compliance for pre-certification identified a number of concerns with both the quality and quantity of the visits.  Until the "CT Kind" LINK replacement system is implemented there is no readily viable automated method to evaluate this measure. Individual case reviews are required.  Thus, the Court Monitor conducted a statistically valid sample of in-home cases to establish a benchmark for current practice.  Approximately 350 cases were reviewed to determine the Department's performance in both seeing children and families as often as prescribed in their policy and also in a quality manner.  A formal report was not prepared, but the findings were shared and discussed with *Juan F.* parties. Improvement from the 2012 review was noted but DCF did not achieve compliance with required goals.  Quality indicators included whether the Department is assessing all identified members of the family, speaking with the children alone when possible, appropriate documentation of their meetings, addressing the key elements that resulted in reports to the Department, correct utilization of SDM to determine risk levels that inform the required frequency of visitation, supervision activities and follow up to Social Work Supervisors' directives with respect to visitation etc.

The Court Monitor's Office and DCF will collaborate on ongoing reviews of this measure over the next few months to assess the Department's readiness for a formal pre-certification review to be conducted.

- The Department has continued to work on implementing a new data entry system to replace the antiquated LINK system. While the LINK system continues to provide the Department with adequate reporting data, it is severely limited and outdated in meeting the Department's need for an efficient and streamlined data entry and retrieval. The Department has continued to perform a very detailed analysis of each of the primary work components. These LEAN efforts which include times studies will eventually address all elements of the Department's work as they continue to develop the new CT-Kind system. CT-Kind is expected to reduce the time spent by workers compared to LINK by up to 20%. The Department's steady work on this effort has resulted in completion of the Careline portion of the new system and they are pivoting to other CPS areas. Work products from Information Systems and CT-Kind have also included incorporating the revised SDM tools, developing a Universal Referral Form (URF), developing the Kronos Timekeeping and Schedule, and incorporating the Case Review System (CRS).

  During the period under review, the Department has provided 1,000 tablets to caseload carrying Social Work staff. DCF staff have been hampered in efficiently performing their work while out in the field and documenting in a quality manner due to the lack of mobile technology. This is being partially addressed by the release and use of the tablets. The positive impact will be fully realized once the new CT-Kind is released. Staff can now readily access their desk top system when they are away from the office. This means that they have remote access to their case files. As mentioned earlier, current review activity indicates that the tablets are already making a difference in the quality of the case record documentation.

- The Family First Prevention Services Act (FFPSA) was signed into law as part of the Bipartisan Budget Act on February 9, 2018. This act reforms the federal child welfare financing streams, Title IV-E and Title IV-B of the Social Security Act, to provide services to families who are at risk of entering the child welfare system. The bill aims to prevent children from entering foster care by allowing federal reimbursement for mental health services, substance use treatment, and in-home parenting skill training. It also seeks to improve the well-being of children already in foster care by incentivizing states to reduce placement of children in congregate care.

  The Department held the kick-off event for their Family First efforts on November 18, 2019. Work groups were established for Candidacy, Programs and Service Array, Kinship and Foster Care, Fiscal and Revenue Enhancement, and Community Partnerships, and Family and Child Engagement. The timeframe shared at the kick-off indicated that the Department will be seeking approval of the plan in October 2020. There is widespread support for the philosophy of Family First and keeping children home in the least restrictive environment has been the goal for Connecticut for a number of years. Weekly meetings have been held since the kick-off. The stakeholder community has embraced the challenge and brought considerable energy to the effort this far. Connecticut's previous efforts that greatly reduced the use of congregate care and increased kinship care utilization, as well as the existing wide array of services already available, puts the Department in a good position to implement the plan.

- For many years, the Department has utilized Structured Decision Making (SDM) as the formal means to assess the safety and risk of families it serves. There are several evidence-based tools required to be completed through engagement of the family at various points of the Department's intervention. The quality of the Department's assessment activities is a major part of the core of the work that is performed and is a key component in achieving the remaining Outcome Measures. There was considerable evidence from the Court Monitor's previous reviews for Outcome Measures 2 (Investigation), Outcome Measures 3 (Case Planning), Outcome Measure 4 (needs Met), and Outcome Measure 5 (In-Home Visitation) that the Department's consistency and reliability in using this tool has been an area of concern.

  DCF continues to work with the Children's Research Center (CRC) and revised tools rolled out in November 2019 along with training and mentoring for staff. During the latter part of the 2019 training of the Safety and Risk Assessment with Intake Staff was accomplished. Basic SDM data, summary of the Risk Validation Study, and changes to the LINK screens were included in the full day of training. The revised Safety and Risk Assessment was released in October 2019. The most recent sampling reviews have noted that SDM use in Investigation cases is steadily improving although formal SDM assessment and use of the tools is not being performed timely or adequately nearly as often in the Ongoing Services cases. Documentation often reflects informal assessment does occur in many cases, but informal assessment is prone to being influenced by individual bias, varied application of relevant standards and is inconsistent across the 14 offices of the agency.

- The court-ordered 2017 Revised Exit Plan applies to class members who receive placement, case management, and services from any successive Connecticut state agencies that provide applicable placement, case management, and services to class members. The class includes youth who are dually committed (abuse/neglect and delinquent). Dating back to the original Consent Decree and throughout the period of the previously governing 2004 Exit Plan (and as modified) these youth have been part of monitoring and performance reviews conducted by the Court Monitor. All sampling methodologies of individual cases and system wide data runs include these youth and the Court Monitor has had full access to DCF staff and records if they are selected for review.

  As outlined in the previous status reports, the legislature passed Public Act 17-02 and SB1502, transferring juvenile services from DCF to the Judicial Branch (Court Support Services Division). The effective transfer occurred in July 2018. Productive discussions were held with staff from the Judicial Branch (CSSD) and an agreement was reached on how to continue to monitor the small number of *Juan F.* youth that are now being serviced by CSSD. The Court Monitor has been provided with timely access to staff, data, and records that are required to report on the Exit Plan performance for those class members serviced by CSSD.

- As indicated in previous Court Monitor Status Reports, DCF was awarded Technical Assistance from the Government Performance Lab at Harvard Kennedy of Government in July 2017, to help assess their internal screening and referral processes for matching clients to services. The implementation effort began with a series of focus groups with almost 1,000

_____

staff and providers to elicit their feedback on ways in which DCF could improve their service matching for families served by DCF.  The focus groups provided a range of technical and adaptive recommendations including:

- assessing our internal screening and referral pathways for redundancies;
- broadening our staff's understanding of the service array and other services in the community;
- enhancing our service coordination across clinical and non-clinical programs;
- increasing the appropriateness of our service matches so the right services gets to the right client; and
- taking more proactive approaches to engaging our service providers in data-informed contract management.

The Department launched this "Enhanced Service Coordination (ESC)" model in two of DCF's six regions.  The model requires a dedicated service coordinator who monitors utilization trends and service capacity and coordinates clinical and multidisciplinary consults with the Department's clinical teams, social work staff, and providers.  The ESC rollout is also enabling DCF to capture data to inform real-time decision making, including improvements to case practice, additional services available in communities and gaps in the service array.

The goal moving forward was to launch this model statewide.  The Department announced via memorandum that effective January 13, 2020, they have officially launched the Enhanced Service Coordination statewide with new Enhanced Service Coordinators (ESC's) in place in each region.  While this work has been underway in Regions 5 and 6 since 2017, scaling up to the remaining regions has been a work in progress for the past several months.  The ESCs will be supervised by a Statewide ESC Supervisor, and the Systems Directors in each region will serve as a local contact to assist with questions and provide additional support.  The ESC efforts in Regions 5 and 6 enhanced the use of Regional Resource Group (RRG) staff engagement and it is expected that the statewide rollout will encourage similar success in the other regions.

Each Region's ESC will coordinate referrals for IFP (Intensive Family Preservation), PSS (Parenting Support Services) programs, RTFT (Reunification and Therapeutic Family Time) and Child First.  The ESCs will be a support to help staff navigate the vast service array and provide guidance, where needed, in identifying services that best meet the needs of our families.  Staff will continue to use the clinical gatekeepers for other non-clinical services.  The ESC efforts also include a dashboard to monitor waitlists, utilization, timeliness of service referrals and real-time troubleshooting.

In the coming weeks, the Department will be working on the next steps involving the rollout of the automated Universal Referral Form (URF), which will launch for the four service types noted above with support from the ESC staff.

- The Division of Foster Care's report for July-September 2019 indicates that there are 2,172 licensed DCF foster homes.  This is an increase of 54 homes when compared with the previous status report.  Of the total of 2,172 licensed DCF foster care homes, 796 (36%) are

kin/fictive kin families. The number of approved private provider foster care homes (Therapeutic Foster Homes) is 771 which is a decrease of 22 homes from the previous status report. The number of private provider foster homes currently available for placement is 104.

During the previous quarters, the Department and private providers have worked very diligently to review and identify a potential new direction for the Specialized Foster Care work in Connecticut. This included work by sub-committees compromised of both Department and private provider staff. The Court Monitor recently attended a very informative and lively presentation and discussion regarding Functional Family Therapy-Foster Care. Final decisions and plans will be forthcoming.

- As of November 2019, the number of children with the goal of Other Planned Permanent Living Arrangement (OPPLA) was 136. This is an increase from May 2019, when there were 117 children with an OPPLA goal. While this goal is appropriate for some youth, it is not a preferred goal due to the lack of formal permanent and stable relationships with an identified adult support, be it relative or kin.

- As of November 2019, there were 82 *Juan F.* children placed in residential facilities. This is a decrease of seven children compared with May 2019. The number of children residing in residential care for greater than 12 months was 23 which is the same as reported in May 2019.

- The Department continues to focus on the number of *Juan F.* children residing and receiving treatment in out-of-state residential facilities. As of December 2019, there are five (5) children in DCF custody residing in out-of-state residential facilities.

- The number of children age 12 years old or younger in congregate care as of November 2019 was 15 children, which is four (4) more children than the number reported in May 2019. Of the current total, eight (8) are placed in residential care, three (3) children are placed in group homes, three (3) are placed in a SFIT and one (1) is in a shelter.

- As of November 2019, there are no children aged 1 to 5 years of age residing in a congregate setting. There are three (3) children placed in medical settings.

- The number of children utilizing Short-term Family Integrated Treatment (SFIT) has increased as the Department has broadened access for referrals from Emergency Mobile Psychiatric Service and others. SFIT is a residential crisis-stabilization program for children ages 12-17 with a goal of stabilizing a youth and their family, guardian or fictive kin to coordinate a reintegration back into the homes. The intended length of stay is 15 days or less. Episodes of care include all children served in the S-FIT and these include respites, DCF and non–DCF. There was a record number of admissions and discharges during this period and that is strong indication of the children moving through the S-FIT system within the 15-day timeline. The data for April 2019-September 2019 is found below.

*Juan F.* v. Lamont Exit Plan Status Report
February 2020
_____

| Client Status | Q4 SFY 2018 | Q1 SFY 2019 |
|---|---|---|
| | Oct.-Dec. 2018 | Jan.–March 2019 |
| In-Care at Period Start | 44 | 49 |
| Admitted in Period | 162 | 122 |
| Discharged in Period | 157 | 127 |
| Remaining in Care at Period End | 49 | 44 |
| Episodes Served in Period | 206 | 171 |
| Distinct Clients Served in Period | 193 | 164 |

- Data source:  PIE

- There were 8 youth in STAR/Shelter programs as of November 2019.  This is 16 less than the 24 reported in May 2019.  Only one of these youth in STAR programs were in overstay status (>60 days) as of November 2019.

- The Monitor's quarterly review of the Department for the period of April 1, 2019 through September 30, 2019 indicates that the Department has not achieve compliance with four (4) measures:
  - Completion of Investigation[1]
  - Case Planning
  - Children's Needs Met
  - Worker-Child Visitation In-Home (N/A)[2]

A full copy of the Department's Second Quarter 2019 and Third Quarter 2019 submission including the Commissioner's Highlights may be found on page 52.

_____

[1] Based on sampling of Differential Response cases over two quarters it has been determined that the quality of the investigative work (OM 2) is not in compliance with the provisions of the Exit Plan.
[2] Outcome Measure 5 Worker-Child Visitation In-Home - Current automated reporting indicates the measure as statistically achieved, however this does not accurately reflect performance findings.  The Outcome Measure 5 Pre-Certification Review indicated that compliance is not achieved.  While DCF reports are numerically accurate based upon the algorithms utilized, user error in selection of narrative entry types, and a failure to demonstrate that workers are meeting the specific steps called for with the definition of 'visit' calls into question the automated report findings.  As such, the Monitor will not indicate achievement of the measure based solely on the current reporting.

*Juan F.* v. Lamont Exit Plan Status Report
February 2020

| Statewide | Positive Outcomes For Children | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Measure | Measure | Q3 2019 | Q2 2019 | Q1 2019 | Q4 2018 | Q3 2018 | Q2 2018 | Q1 2018 | Q4 2017 | Q3 2017 | Q2 2017 | Q1 2017 | Q4 2016 | Q3 2016 | Q2 2016 | Q1 2016 | Q4 2015 | Q3 2015 | Q2 2015 | Q1 2015 | Q4 2014 | Q3 2014 | Q2 2014 | Q1 2014 |
| 1: Commencement of Investigation | >=90% | 97.0% | 97.1% | 97.2% | 96.7% | 96.7% | 97.0% | 96.5% | 96.9% | 96.8% | 96.4% | 95.5% | 94.7% | 94.8% | 94.6% | 95.2% | 95.8% | 95.7% | 95.2% | 95.1% | 94.5% | 93.8% | 93.2% | 93.6% |
| 2: Completion of the Investigation | >=85% | 89.2% | 89.8% | 88.3% | 88.5% | 89.5% | 89.8% | 89.4% | 91.0% | 88.8% | 87.0% | 85.8% | 86.7% | 86.4% | 82.7% | 85.8% | 88.9% | 86.0% | 88.9% | 85.6% | 81.9% | 78.6% | 77.3% | 77.6% |
| 3.1: Tx Plan: Case Plan Approval | >=90% | 92.6% | 92.5% | 96.2% | 96.2% | 98.1% | 94.3% | 84.2% | 86.8% | 96.2% | 87.0% | 86.8% | 90.6% | 92.7% | 90.6% | 94.4% | 90.7% | 96.3% | 88.9% | 86.8% | 84.9% | 81.5% | 79.6% | 88.9% |
| 3.2: Tx Plan: Family's Language Needs | >=90% | 92.6% | 92.5% | 94.3% | 92.5% | 96.3% | 94.3% | 81.5% | 81.1% | 96.2% | 81.5% | 83.0% | 84.9% | 92.7% | 90.6% | 92.6% | 90.7% | 88.9% | 88.9% | 92.5% | 88.7% | 94.4% | 90.7% | 96.3% |
| 3.3: Tx Plan: Reason for DCF Involvement | >=90% | 87.0% | 88.7% | 90.6% | 96.2% | 83.3% | 81.1% | 81.5% | 75.5% | 88.7% | 81.5% | 79.2% | 86.8% | 92.7% | 96.2% | 94.4% | 94.4% | 92.6% | 88.9% | 84.9% | 100% | 90.7% | 87.0% | 96.3% |
| 3.4: Tx Plan: Identifying Information | >=90% | 88.9% | 84.9% | 92.5% | 92.5% | 92.6% | 92.5% | 85.2% | 81.1% | 92.5% | 79.6% | 84.9% | 88.7% | 90.9% | 96.2% | 98.1% | 94.4% | 92.6% | 96.3% | 88.7% | 98.1% | 87.0% | 85.2% | 96.3% |
| 3.5: Tx Plan: Child/Family Engagement | >=90% | 63.0% | 64.2% | 54.7% | 64.2% | 55.6% | 54.7% | 51.9% | 50.9% | 66.0% | 55.6% | 45.3% | 56.6% | 58.2% | 50.9% | 55.6% | 42.6% | 51.9% | 51.9% | 47.2% | 47.2% | 59.3% | 42.6% | 63.0% |
| 3.6: Tx Plan: Situation & Assessment | >=90% | 57.4% | 45.3% | 52.8% | 47.2% | 57.4% | 50.9% | 51.9% | 32.1% | 47.2% | 42.6% | 43.4% | 52.8% | 47.3% | 64.2% | 68.5% | 40.7% | 53.7% | 44.4% | 47.2% | 49.1% | 48.1% | 55.6% | 53.7% |
| 3.7: Tx Plan: Goals /Objectives | >=90% | 68.5% | 71.7% | 67.9% | 64.2% | 79.6% | 60.4% | 53.7% | 58.5% | 62.3% | 66.7% | 58.5% | 64.2% | 72.7% | 73.6% | 74.1% | 63.0% | 61.9% | 64.8% | 54.7% | 66.0% | 63.0% | 55.6% | 74.1% |
| 3.8: Tx Plan: Progress | >=90% | 75.5% | 71.2% | 75.0% | 71.7% | 80.8% | 69.2% | 66.7% | 62.3% | 64.7% | 67.9% | 71.2% | 78.0% | 81.8% | 88.7% | 88.5% | 76.9% | 82.0% | 70.4% | 82.2% | 84.9% | 88.7% | 78.4% | 84.3% |
| 3.9: Tx Plan: Action Steps | >=90% | 66.7% | 60.4% | 66.0% | 60.4% | 70.3% | 62.3% | 53.7% | 52.8% | 81.8% | 78.3% | 80.6% | 96.8% | 89.7% | 96.3% | 89.7% | 96.6% | 93.5% | 93.1% | 83.3% | 75.9% | 93.8% | 90.6% | 87.0% |
| 3.10: Tx Plan: Planning for Permanency | >=90% | 88.9% | 75.5% | 77.4% | 83.0% | 83.3% | 84.9% | 74.1% | 73.0% | 84.9% | 70.4% | 79.2% | 83.0% | 85.5% | 88.7% | 90.7% | 83.3% | 88.9% | 85.2% | 88.7% | 88.7% | 81.5% | 83.3% | 88.9% |
| 4.1: Needs Met: Risk: In-Home | >=85% | 75.0% | 90.3% | 69.0% | 66.7% | 70.0% | 73.9% | 81.3% | 82.1% | 81.8% | 78.3% | 80.6% | 96.8% | 89.7% | 96.3% | 89.7% | 96.6% | 93.5% | 93.1% | 83.3% | 75.9% | 93.8% | 90.6% | 87.0% |
| 4.2: Needs Met: Risk: Child-in-Placement | >=85% | 100% | 100% | 92.0% | 92.6% | 96.2% | 96.8% | 100% | 96.0% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 96.3% | 96.2% | 91.7% | 96.0% | 96.0% | 92.0% | 97.0% |
| 4.3: Needs Met: Permanency: Securing Permanent Placement - Action Plan | >=85% | 96.3% | 87.5% | 91.7% | 91.3% | 100% | 100% | 95.8% | 100% | 93.5% | 97.1% | 100% | 95.7% | 92.6% | 100% | 100% | 88.9% | 100% | 88.5% | 91.7% | 91.7% | 91.3% | 91.7% | 97.0% |
| 4.4: Needs Met: Permanency: DCF Case Mgt - Legal Action to Achieve Permanency | >=85% | 85.2% | 90.6% | 86.8% | 78.9% | 87.0% | 90.6% | 92.5% | 94.3% | 90.6% | 98.1% | 90.4% | 90.6% | 92.7% | 96.2% | 83.0% | 92.6% | 98.1% | 92.5% | 90.6% | 90.4% | 94.4% | 88.9% | 94.4% |
| 4.5: Needs Met: Permanency: DCF Case Mgt - Recruitment of Placement Providers | >=85% | 100% | 87.5% | 87.5% | 91.7% | 100% | 90.3% | 95.7% | 96.0% | 93.8% | 100% | 100% | 100% | 92.6% | 100% | 100% | 92.6% | 92.0% | 85.2% | 83.3% | 75.0% | 91.3% | 95.8% | 90.9% |
| 4.6: Needs Met: Permanency: DCF Case Mgt - Contracting/Providing Services | >=85% | 74.1% | 75.5% | 60.4% | 58.5% | 51.9% | 50.9% | 51.9% | 49.1% | 52.8% | 57.4% | 64.2% | 58.5% | 61.8% | 69.8% | 64.8% | 61.1% | 59.3% | 46.3% | 50.9% | 45.3% | 53.7% | 55.6% | 46.3% |
| 4.7: Needs Met: Medical Needs | >=85% | 94.4% | 94.3% | 81.1% | 81.1% | 83.3% | 90.6% | 85.2% | 79.3% | 86.8% | 94.4% | 88.7% | 79.2% | 83.6% | 94.3% | 83.3% | 85.2% | 75.9% | 88.9% | 81.1% | 73.6% | 88.9% | 75.9% | 83.3% |
| 4.8: Needs Met: Dental Needs | >=85% | 87.0% | 86.8% | 81.1% | 75.5% | 87.0% | 81.1% | 75.9% | 81.1% | 83.0% | 85.2% | 83.0% | 90.6% | 76.4% | 84.9% | 83.3% | 83.3% | 77.8% | 79.6% | 66.0% | 86.8% | 81.5% | 81.5% | 83.3% |
| 4.9: Needs Met: Behavioral Health | >=85% | 74.1% | 71.2% | 56.6% | 63.5% | 70.4% | 73.6% | 61.1% | 50.9% | 66.0% | 75.9% | 75.5% | 71.7% | 72.7% | 71.7% | 75.9% | 71.7% | 69.2% | 53.7% | 58.0% | 63.5% | 67.3% | 67.9% | 75.9% |
| 4.10: Needs Met: Child's Current Placement | >=85% | 100% | 91.7% | 83.3% | 91.3% | 91.7% | 77.4% | 91.3% | 84.0% | 66.0% | 75.9% | 75.5% | 71.7% | 72.7% | 71.7% | 75.9% | 71.7% | 69.2% | 53.7% | 58.0% | 63.5% | 67.3% | 67.9% | 75.9% |
| 4.11: Needs Met: Education | >=85% | 86.3% | 84.3% | 74.5% | 84.6% | 86.3% | 87.5% | 86.8% | 80.4% | 88.0% | 83.3% | 91.7% | 90.0% | 87.5% | 91.5% | 88.2% | 90.4% | 86.5% | 72.9% | 80.9% | 80.0% | 87.5% | 78.0% | 87.2% |
| 5: Worker-Child Visitation (In-Home) | >=85% | 90.3% | 90.7% | 94.7% | 89.4% | 86.5% | 87.5% | 87.5% | 87.5% | 89.2% | 89.4% | 89.5% | 86.0% | 86.9% | 86.1% | 88.2% | 88.7% | 87.5% | 89.2% | 86.1% | 83.3% | 83.3% | 83.9% | 83.0% |
| 6: Caseload Standards | 100% | 96.2% | 92.6% | 91.9% | 90.8% | 92.0% | 91.0% | 89.9% | 91.5% | 93.5% | 88.1% | 93.9% | 97.3% | 95.6% | 94.2% | 98.1% | 99.7% | 99.8% | 100% | 90.6% | 87.3% | 84.5% | 83.6% | 94.5% |
| 7: Repeat Maltreatment of In-Home Children | <=7% | 5.9% | 5.6% | 5.2% | 5.6% | 5.8% | 6.1% | 6.1% | 6.4% | 6.6% | 6.6% | 6.5% | 6.2% | 6.8% | 6.6% | 6.6% | 6.1% | 5.4% | 5.0% | 5.7% | 6.7% | 6.5% | 5.8% | 6.3% |
| 8: Maltreatment of Children in Out-of-Home Care | <=2% | 0.1% | 0.4% | 0.3% | 0.2% | 0.2% | 0.0% | 0.2% | 0.3% | 0.0% | 0.3% | 0.5% | 0.3% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.3% | 0.1% | 0.2% | |
| 9: Re-Entry into DCF Custody | <=7% | 5.7% | 7.0% | 5.6% | 3.9% | 4.2% | 6.6% | 8.3% | 6.2% | 5.6% | 8.2% | 6.7% | 5.1% | 6.4% | 5.8% | 3.8% | 3.7% | 4.1% | 5.8% | 5.0% | 3.8% | 7.7% | 8.0% | 4.8% |
| 10: Worker-Child Visitation (Out-of-Home) | >=85% (M) | 95.9% | 96.1% | 95.2% | 95.9% | 95.9% | 95.7% | 95.8% | 95.6% | 96.7% | 97.0% | 96.7% | 95.4% | 96.3% | 95.6% | 96.7% | 96.1% | 94.9% | 96.5% | 94.9% | 92.6% | 93.4% | 94.3% | 94.9% |
| | 0 =100%(Q) | 99.4% | 99.3% | 99.3% | 99.2% | 99.3% | 99.1% | 99.1% | 99.3% | 99.2% | 99.5% | 99.5% | 98.9% | 99.5% | 99.1% | 99.3% | 99.4% | 99.0% | 99.6% | 99.0% | 98.4% | 98.4% | 98.9% | 98.8% |
| 11: Placement Within Licensed Capacity | >=96% | 90.3% | 90.7% | 91.0% | 91.7% | 91.1% | 92.2% | 92.0% | 94.0% | 93.6% | 93.8% | 94.3% | 92.9% | 92.9% | 93.5% | 94.3% | 95.9% | 94.9% | 95.4% | 96.3% | 95.3% | 93.4% | 95.4% | 96.0% |
| 12: Multiple Placements | >=85% | 95.4% | 95.7% | 95.0% | 94.9% | 95.3% | 95.0% | 95.1% | 95.2% | 94.4% | 95.2% | 95.6% | 96.3% | 96.2% | 96.5% | 96.7% | 96.7% | 96.5% | 96.8% | 96.7% | 96.4% | 96.5% | 96.7% | 96.8% |
| 13: Sibling Placement | >=95% | 86.0% | 86.0% | 87.9% | 87.9% | 87.7% | 88.7% | 86.7% | 86.5% | 86.9% | 87.3% | 87.3% | 88.8% | 90.1% | 89.8% | 91.7% | 92.1% | 92.0% | 91.4% | 90.9% | 90.6% | 88.7% | 89.3% | 90.6% |
| 14: Reduction in the Number of Children Placed in Residential Care | <=11% | 2.1% | 2.2% | 2.2% | 2.3% | 2.4% | 2.2% | 2.2% | 2.3% | 2.2% | 2.2% | 2.1% | 2.1% | 2.3% | 2.2% | 2.5% | 2.6% | 2.8% | 2.7% | 2.8% | 2.7% | 2.7% | 3.4% | 4.0% |

*Automated reporting for Outcome Measures 1 (Commencement of Investigation), 2 (Completion of Investigation), and 17 (Worker-Child Visitation In-Home) are subject to Court Monitor review for precertification. Preliminary reviews identified issues with data entry and accuracy in reporting for these measures as well as the quantity and quality of the Department's performance.

_____

### *Juan F.* **Pre-Certification Review-Status Update (April 1, 2019 - September 30, 2019)**

The Department is currently operating under the 2017 Revised Exit Plan, in which the Court Monitor is required to conduct what the parties and the Court Monitor refer to as a "Certification" reviews as follows:

> *The Defendants must be in compliance with all of the outcome measures, and in sustained compliance with all of the outcome measures for at least two quarters (six months) prior to asserting compliance and shall maintain compliance through any decision to terminate jurisdiction.  The Court Monitor shall then conduct a review of a statistically significant valid sample of case files at a 96% confidence level, and such other measurements as are necessary, to determine whether Defendants are in compliance.  The Court Monitor shall then present findings and recommendations to the District Court.  The parties shall have a meaningful opportunity to be heard by the Court Monitor before rendering his findings and recommendations.*

In recognition of the progress made and sustained by the Department with respect to a number of Outcome Measures, and the fact that the well-being of the *Juan F.* class members will be promoted by the earliest possible identification and resolution of the any quantitative or qualitative problems affecting class members that may be identified by the review required by Revised Exit Plan (¶5), the parties and the Court Monitor agree that it is in the best-interests of the *Juan F.* class members to create a "Pre-Certification" review process.  It is expected that this "pre-certification" process may, in certain instances, obviate the need to implement the full certification review for certain outcome measures after sustained compliance is achieved for all Outcome Measures.

The "Pre-Certification" process that parties and the Court Monitor have created, and to which they have agreed, is as follows:

> If DCF has sustained compliance as required by the Revised Exit Plan for at least two consecutive quarters (6 months) for any Outcome Measure ("OM"), the Court Monitor may, in his discretion, conduct a "pre-certification review" of that OM ("Pre-Certification Review").  The purpose of the Pre-Certification Review is to recognize DCF's sustained improved performance, to identify and provide a prompt and timely opportunity to remedy any problem areas that are affecting the well-being of *Juan F.* class members, and to increase the efficiency of DCF's eventual complete compliance and exit from the Consent Decree.

> Other than conducting the Pre-Certification Review earlier than the review mandated by Revised Exit Plan (¶5), the Pre-Certification Review will be conducted in accordance with the provision for review as described in the Revised Exit Plan (¶5) unless otherwise agreed upon by the parties and the Court Monitor.

> If the Pre-Certification Review does not identify any material issues requiring remediation, and no assertions of noncompliance with the specific Outcome Measures(s) at issue are pending at the time Defendants assert sustained compliance with all Outcome Measures, the Parties agree that the full review as per paragraph 5 of the Revised Exit

_____

Plan will not be required after the Defendants assert sustained compliance with all
Outcome Measures.  Upon Defendants' assertion of sustained compliance with all
Outcome Measures, the parties, with the involvement and consent of the Court Monitor,
agree to present for the Court's review, any agreement to conduct less than the full
review process required by Revised Exit Plan (¶5) for any specific Outcome Measures, as
a proposed modification of the Revised Exit Plan.

Of the ten remaining Outcome Measures there are five that have not been pre-certified. The status of all
2017 Revised Exit Plan Outcome Measures is found in the table that follows.

*Juan F.* v. Lamont Exit Plan Status Report
February 2020

_____

| 2017 Measure | 2006 Outcome Measure | Statement of Outcome | Status |
|---|---|---|---|
| OM1 | **OM1: Commencement of Investigations** | At least 90% of all reports[3] must be commenced same calendar day, 24 hours or 72 hours depending on the response time designation. | Pre-Certified November 2018 |
| OM2 | **OM2: Completion of Investigation** | At least 85% of all reports of alleged child maltreatment accepted by the DCF Careline shall have their investigations completed within 45 calendar days of acceptance by the Careline. | Requires assertion of compliance and Pre-Certification |
| OM3 | **OM3: Case Plans** | Except probate, interstate, and subsidy only cases, appropriate case plans shall be developed as set forth in the "DCF Court Monitor's Protocol for Outcome Measures 3 and 4" and the accompanying "Directional Guide for Outcome Measures 3 and 4 Reviews" attached collectively as Appendix B hereto. The enforceable domains of this Outcome Measure shall not include the 'overall score' domain. The domains in Appendix B for which compliance at 90% or better has been met for a quarter and then sustained for an additional quarter as of the date of this 2017 Revised Exit Plan, shall be considered to have achieved Pre-Certification. Currently, three of the ten domains: Case Plan Approval, Family and Child Language Needs Accommodation, and Identifying Information have achieved two quarters of compliance.<br><br>For each of domain, once compliance at 90% or better has been met for a quarter and then sustained for an additional quarter, that domain shall also be considered to have achieved Pre-Certification.<br>Once all of the domains achieve Pre-Certification, then Outcome Measure 3 shall be considered to have achieved Pre-Certification and subject to the process in Paragraphs 10 and 11 hereof as to whether a final review is required in connection with a request to terminate jurisdiction over this action | Requires assertion of compliance and Pre-Certification. See OM3 report to follow for results on individual domains. At the time of this reporting four case planning domains are pre-certified: Case Plan Approvals, Accommodating Family/Child's Language Needs, Identifying Information, and Reason for Involvement. |

_____

[3] Except Probate and Voluntary cases.

_____

| 2017 Measure | 2006 Outcome Measure | Statement of Outcome | Status |
|---|---|---|---|
| OM4 | OM15: Needs Met | Families and children shall have their medical, dental, mental health, and other service needs met as set forth in the "DCF Court Monitor's Protocol for Outcome Measures 3 and 4" and the accompanying "Directional Guide for Outcome Measures 3 and 4 Reviews", attached collectively as Appendix B hereto. The enforceable domains of this Outcome Measure shall not include the "all needs met" domain. The domains in Appendix B for which compliance at 85% or better has been met for a quarter and then sustained for an additional quarter as of the date of this 2017 Revised Exit Plan, shall be considered to have achieved Pre-Certification.<br><br>Those domains include:<br>• Risk: Child-in-Placement<br>• Securing the Permanent Placement<br>• DCF Case Management-Legal action to achieve the permanency goal in the prior six months<br>• DCF Case Management-Recruitment for placement providers to achieve permanency goal during the prior six months<br>• Child's current placement<br>• Education<br><br>For each of the remaining domains, once compliance at 85% or better has been met for a quarter and then sustained for an additional quarter, that domain shall also be considered to have achieved Pre-Certification. The remaining domains include:<br>• Risk: In-Home<br>• DCF Case Management - Contracting or providing services to achieve permanency during the prior six months;<br>• Medical needs;<br>• Dental needs;<br>• Mental health, behavioral and substance abuse services.<br><br>Once all of the domains achieve Pre-Certification, then Outcome Measure 4 shall be considered to have achieved Pre-Certification and subject to the process in Paragraphs 10 and 11 hereof as to whether a final review is required in connection with a request to terminate jurisdiction over this action. | Requires assertion of compliance and Pre-Certification. See OM4 report to follow for results on individual domains to date.<br><br>At the time of this reporting six domains are pre-certified: Risk: Child in Placement, Permanency: Securing the Permanent Placement – Action Plan for the Next Six Months, Permanency: DCF Case Management – Recruitment for Placement Providers during the Prior Six Months, DCF Case Management – Legal Action to Achieve Permanency in the Prior Six Months, child's Current Placement, and Well Being- Education.<br><br>Well-Being: Medical Needs which had previously been deemed pre-certified had been below the required 85% benchmark in the last three quarters. During the PUR, Well-Being/Medical achieved the required benchmark and will remain pre-certified. DCF achieved pre-certification of Dental during this PUR (Second-Third Quarter 2019). |

_Juan F._ v. Lamont Exit Plan Status Report
February 2020

_____

| 2017 Measure | 2006 Outcome Measure | Statement of Outcome | Status |
|---|---|---|---|
| **OM5** | **OM 17: Worker-Child Visitation (In-Home)** | DCF shall visit at least 85% of all in-home family cases at least twice a month, except for probate, interstate or voluntary cases. Definitions and Clarifications: 1. Twice monthly visitation must be documented with each active child participant in the case. Visitation occurring in the home, school or other community setting will be considered for Outcome Measure 17. | Reviewed, but not Pre-Certified January 2012 |
| **OM6** | **OM18: Caseload Standards** | The caseload of no DCF social worker shall exceed the following caseload standards, with exceptions for emergency reasons on caseloads, lasting no more than 30 days. Additionally, the average caseload of all caseload carrying DCF social workers in each of the following categories shall not exceed 0.75 (_i.e._, 75% utilization) of these maximum caseload standards:<br><br>A. Investigators shall have no more than 17 investigative cases at any time.<br>B. In-home treatment workers shall have no more than 15 cases at any time.<br>C. Out-of-home treatment workers shall have no more than 20 individual children assigned to them at any time. This includes voluntary placements.<br>D. Adoption and adolescent specialty workers shall have no more than 20 cases at any time.<br>E. Probate workers shall have no more than 35 cases at any time. When the probate or interstate worker is also assigned to provide services to the family, those families shall be counted as in-home treatment cases with a ratio of 1:20 cases.<br>F. Social workers with in-home voluntary and interstate compact cases shall have no more than 49 cases at any time.<br>G. A worker with a mixed caseload shall not exceed the maximum weighted caseload derived from the caseload standards in A through F above. | Pre-certified January 2020 |

*Juan F.* v. Lamont Exit Plan Status Report
February 2020

| 2017 Measure | 2006 Outcome Measure | Statement of Outcome | Status |
|---|---|---|---|
| **OM7 (to be maintained)** | **OM 5: Repeat Maltreatment of Children** | No more than 7% of the children who are victims of substantiated maltreatment during any six-month period shall be the substantiated victims of additional maltreatment during any subsequent six-month period.  This outcome shall begin to be measured within the six-month period beginning January 1, 2004. | Pre-Certified* July 2014 |
| **OM8 (to be maintained)** | **OM6: Maltreatment of Children in Out-of-Home Care** | No more than 2% of the children in out of home care on or after January 1, 2004 shall be the victims of substantiated maltreatment by substitute caregivers while in out of home care. | Pre-Certified October 2014 |
| **OM9** | **OM 11: Re-Entry into DCF Care** | Of the children who enter DCF custody, seven (7) percent or fewer shall have re-entered care within 12 months of the prior out-of-home placement. | Pre-Certified January 2016 |
| **OM10** | **OM 16: Worker/ Child Visitation (Child in Placement)** | DCF shall visit at least 85% of all out-of-home children at least once a month, except for probate, interstate, or voluntary cases. All children must be seen by their DCF Social Worker at least quarterly. | Pre-Certified April 2012 |

---

* Pre-Certification granted subject to verification of correction to ROM system reporting.

*Juan F.* v. Lamont Exit Plan Status Report
February 2020
_____

### Pre-Certification of Outcome Measure 6 (Caseload Standards)

The Court Monitor undertook a pre-certification review of Outcome Measure 6 (Caseload Standards) after the Department's assertion that they had been compliant for two consecutive quarters.  This measure requires the following:

<div style="border:1px solid black">

**Outcome Measure 6: Caseload Standards**

The caseload of no social worker shall exceed the following caseload standards, with exception for emergency reasons on caseloads, lasting no more than 30 days.  Additionally, the average caseload of all caseload carrying DCF social workers in each of the following categories shall not exceed 0.75 (i.e., 75% utilization) of these maximum caseload standards:

   A. Investigators shall have no more than 17 investigative cases at any time
   B. In-Home treatment workers shall have no more than 15 cases at any time.
   C. Out-of-Home treatment workers shall have no more than 20 individual children assigned to them at any time.  This includes voluntary placements.
   D. Adoption and adolescent specialty workers shall have no more than 20 cases at any time.
   E. Probate workers shall have no more than 35 cases at any time.  When the probate or interstate worker is also assigned to provide services to the family, those families shall be counted as in-home treatment cases with a ratio of 1:20 cases.
   F. Social Workers with in-home voluntary and interstate compact cases shall have no more than 49 cases at any time.

A worker with a mixed caseload shall not exceed the maximum weighted caseload derived from the caseload standards in A through F above.

</div>

Subsequent to the Honorable Judge Stefan R. Underhill entering an order to adopt the 2017 Revised Exit Plan in December of 2017, DCF and the Court Monitor developed a framework for reporting monthly on this measure.  The Department has been providing these reports since that time, and the Court Monitor has been analyzing and verifying the information on an ongoing basis.  The reporting provides all the relevant data required and separates the findings for Intake and Ongoing Services.

Over the past year and a half, bridging the previous administration into the current administration, tremendous progress has been made to address the staffing and caseload outcomes outlined in the current 2017 Revised Exit Plan.  The state moved to a "predictive hiring model" which accounts for rate of attrition, the need for new hires and caseload management efforts.  From January through June of 2019, monthly hiring blocks of 30 Social Workers were hired to bring the Department into compliance with this measure.

**The Court Monitor deems that Outcome Measure 6 (Caseload Standards) is pre-certified.**
The reviewed documentation indicates that for two consecutive quarters the Department has

maintained the standard of 75% utilization average and significantly lowered the number of staff exceeding 100% of the maximum standard. The Court Monitor has used a variety of methods to verify the findings. Besides verifying the information provided each month, staffing reports were also reviewed on a monthly basis. In addition, interviews with staff at all levels have been routinely performed since the period beginning with the new 2017 Revised Exit Plan in December 2017.

As of the verified November report from the Department, the following caseload findings exist:

- The average caseload utilization is 74.63%
- The average includes 67 Social Worker Trainees with low utilization, as they are still being trained and working their way up to full caseloads.
- The Department maintained the standard despite a large rise in reports that corresponded with the start of the new school year.
- Considerable caseload management activity has been noted in the Court Monitor's review of individual cases and aggregate data.
- The Department needed 1089 Social Workers as of November report to be at 75% utilization. There were 1,107 Social Workers carrying cases excluding the trainees mentioned above.
- There were 15 vacancies waiting to be filled and 25 Social Workers that had been hired but not appearing in LINK yet.
- Statewide utilization for Intake Social Workers was significantly lowered over the course of the two quarters from 75% to just over 50%.
- Approximately 41% of the Ongoing Services Social Workers are over 80% of the caseload standard utilization.
- The Department has 665 workers assigned to Ongoing Services. The Department would need to maintain a minimum of 636 Social Workers to achieve 75% utilization.
- The Department has a typical attrition rate of 120-150 Social Workers annually. The Department will need to balance the rate of attrition, the new hires, caseload management efforts and the potential of lowered number of cases due to the implementation of the new IFCS program.

Pre-certification of Outcome Measure 6 (Caseload Standards) is a notable achievement for the state and DCF. It has been made possible because of the support from Governor Lamont, OPM Secretary Melissa McCaw, and the state legislature. The Department has worked diligently to achieve this goal and it is clear that the efforts of the Human Resource Division, the Academy for Workforce Development, and members of the Central Office and Regional operations have worked in a very coordinated manner to make this happen. It already appears from recent monitoring activity that meeting this benchmark is now having an impact on the family and child related outcome measure that remain to be pre-certified. Reasonable caseload sizes and relative stability in the workforce allow the Department to better concentrate on the best practice issues so important to the outcomes for children and families.

*Juan F.* v. Lamont Exit Plan Status Report
February 2020

---

## Semi-Annual Status Report of Outcome Measure 3 and Outcome Measure 4 for the Second and Third Quarters of 2019 (April – September)

### Outcome Measure 3

This status report reflects the Department's progress in achieving the 2017 Revised Exit Plan Outcome Measure 3 and Outcome Measure 4 domain requirements.  Outcome Measure 3 requires that

*"Except probate, interstate and subsidy only cases, appropriate case plans shall be developed as set forth in the "DCF Court Monitor's Protocol for Outcome Measures 3 and 4" and the accompanying "Directional guide for Outcome Measure 3 and 4 Reviews".  The enforceable domains of Outcome Measure 3 shall not include the "overall score" domain."*

At the time of agreement there were no Outcome Measure 3 domains qualifying for statewide precertification.  During the last six quarters, the Department has consistently met the requirement for Supervisory Approval and Accommodation of Language Needs.  The domains Reason for DCF Involvement and Identifying Information, were achieved and maintained during the reporting period encompassing Fourth Quarter 2019 and First Quarter 2019.  While the findings for these two domains have dropped slightly, these domains remain pre-certified at this time.

| Quarterly Statewide Summary of OM3 Domains 2nd Quarter 2017 – 3rd Quarter 2019 (Requirement 90.0%) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Quarter | Has the Case plan been approved by the SWS? | Was the family or child's language needs accommodated? | Reason for DCF Involvement | Identifying Information | Engagement of Child and Family (formerly Strengths, Needs and Other Issues) | Present Situation and Assessment to Date of Review | Determining the Goals/Objectives | Progress | Action Steps to Achieving Goals identified for the Upcoming Six Month Period | Planning for Permanency |
| Total Statewide - 3rd Quarter 2019 | 92.6% | 92.6% | 87.0% | 88.9% | 63.0% | 57.4% | 68.5% | 75.5% | 66.7% | 88.9% |
| Total Statewide - 2nd Quarter 2019 | 92.5% | 92.5% | 88.7% | 84.9% | 64.2% | 45.3% | 71.7% | 71.2% | 60.4% | 75.5% |
| Total Statewide – 1st Quarter 2019 | 96.2% | 94.3% | 90.6% | 92.5% | 54.7% | 52.8% | 67.9% | 75.0% | 66.0% | 77.4% |
| Total Statewide – 4th Quarter 2018 | 96.2% | 92.5% | 96.2% | 92.5% | 64.2% | 47.2% | 64.2% | 71.7% | 60.4% | 83.0% |
| Total Statewide – 3rd Quarter 2018 | 98.1% | 96.3% | 83.3% | 92.6% | 55.6% | 57.4% | 79.6% | 80.8% | 70.3% | 83.3% |
| Total Statewide – 2nd Quarter 2018 | 94.3% | 94.3% | 81.1% | 92.5% | 54.7% | 50.9% | 60.4% | 69.2% | 62.3% | 84.9% |
| Total Statewide - 1st Quarter 2018 | 84.2% | 81.5% | 81.5% | 85.2% | 51.9% | 51.9% | 53.7% | 66.7% | 53.7% | 74.1% |
| Total Statewide - 4th Quarter 2017 | 86.8% | 81.1% | 75.5% | 81.1% | 50.9% | 32.1% | 58.5% | 62.3% | 52.8% | 73.6% |
| Total Statewide - 3rd Quarter 2017 | 96.2% | 96.2% | 88.6% | 92.4% | 66.0% | 47.2% | 62.3% | 64.7% | 56.6% | 84.9% |
| Total Statewide - 2nd Quarter 2017 | 88.7% | 81.5% | 81.1% | 79.6% | 55.6% | 42.6% | 66.7% | 67.9% | 66.7% | 70.4% |

In looking at a more defined view of the data from a regional perspective, it is noted, as in the past that some regions have had success with achievement of several domains at the 90% requirement in each quarter. The following two tables reflect findings for each quarter sorted at the regional level.  During the Second Quarter, Region III (Middletown, Norwich and Willimantic) achieved eight of the measured domains and was able to sustain five of those across the full reporting period.  No region met all ten domains in either quarter.

*Juan F.* v. Lamont Exit Plan Status Report
February 2020

| Quarterly Regional Summary 2nd Quarter 2019 (Requirement 90.0%) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Region | Has the Case plan been approved by the SWS? | Was the family or child's language needs accommodated? | Reason for DCF Involvement | Identifying Information | Engagement of Child and Family (formerly Strengths, Needs and Other Issues) | Present Situation and Assessment to Date of Review | Determining the Goals/ Objectives | Progress | Action Steps to Achieving Goals Identified for the Upcoming Six Month Period | Planning for Permanency |
| Region I - 2nd Quarter 2019 | 83.3% | 83.3% | 83.3% | 83.3% | 83.3% | 66.7% | 83.3% | 66.7% | 66.7% | 83.3% |
| Region II - 2nd Quarter 2019 | 87.5% | 87.5% | 75.0% | 75.0% | 62.5% | 25.0% | 37.5% | 50.0% | 37.5% | 62.5% |
| Region III - 2nd Quarter 2019 | 100.0% | 100.0% | 100.0% | 100.0% | 70.0% | 50.0% | 100.0% | 100.0% | 90.0% | 90.0% |
| Region IV - 2nd Quarter 2019 | 90.9% | 90.9% | 90.9% | 81.8% | 63.6% | 54.5% | 63.6% | 63.6% | 45.5% | 54.5% |
| Region V - 2nd Quarter 2019 | 100.0% | 100.0% | 90.9% | 81.8% | 36.4% | 27.3% | 63.6% | 63.6% | 54.5% | 81.8% |
| Region VI - 2nd Quarter 2019 | 85.7% | 85.7% | 85.7% | 85.7% | 85.7% | 57.1% | 85.7% | 57.1% | 71.4% | 85.7% |
| **Statewide - 2nd Quarter 2019 OM3 Results** | **92.5%** | **92.5%** | **88.7%** | **84.9%** | **64.2%** | **45.3%** | **71.7%** | **71.2%** | **60.4%** | **75.5%** |

| Quarterly Regional Summary of OM3 Domains 3rd Quarter 2019 (Requirement 90.0%) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Region | Has the Case plan been approved by the SWS? | Was the family or child's language needs accommodated? | Reason for DCF Involvement | Identifying Information | Engagement of Child and Family (formerly Strengths, Needs and Other Issues) | Present Situation and Assessment to Date of Review | Determining the Goals/ Objectives | Progress | Action Steps to Achieving Goals Identified for the Upcoming Six Month Period | Planning for Permanency |
| Region I - 3rd Quarter 2019 | 100.0% | 100.0% | 100.0% | 100.0% | 71.4% | 85.7% | 85.7% | 71.4% | 71.4% | 85.7% |
| Region II - 3rd Quarter 2019 | 87.5% | 87.5% | 87.5% | 87.5% | 37.5% | 25.0% | 62.5% | 62.5% | 50.0% | 75.0% |
| Region III - 3rd Quarter 2019 | 100.0% | 100.0% | 100.0% | 100.0% | 90.0% | 70.0% | 80.0% | 77.8% | 80.0% | 100.0% |
| Region IV - 3rd Quarter 2019 | 90.0% | 90.0% | 90.0% | 80.0% | 50.0% | 60.0% | 80.0% | 80.0% | 70.0% | 90.0% |
| Region V - 3rd Quarter 2019 | 90.9% | 90.9% | 63.6% | 81.8% | 54.5% | 45.5% | 36.4% | 72.7% | 54.5% | 90.9% |
| Region VI - 3rd Quarter 2019 | 87.5% | 87.5% | 87.5% | 87.5% | 75.0% | 62.5% | 75.0% | 87.5% | 75.0% | 87.5% |
| **Statewide 3rd Quarter 2019 OM3 Results** | **92.6%** | **92.6%** | **87.0%** | **88.9%** | **63.0%** | **57.4%** | **68.5%** | **75.5%** | **66.7%** | **88.9%** |

The full summary documents reflecting data to the individual case level within the area offices are provided for review below:

23

*Juan F.* v. Lamont Exit Plan Status Report
February 2020

## Second Quarter 2019 Outcome Measure 3: Individual Domain Case Summaries by Office, Region, State

| Region | What is the social worker's area office area assignment? | What is the type of case noted in LINK? | Has the Case plan been approved by the SWS? | Was the family or child's language needs accommodated? | Reason for DCF Involvement | Identifying Information | Engagement of Child and Family (formerly Strengths, Needs and Other Issues) | Present Situation and Assessment to Date of Review | Determining the Goals/Objectives | Progress | Action Steps to Achieving Goals Identified for the Upcoming Six Month Period | Planning for Permanency | Overall Score for OM3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Region I | Bridgeport | CPS Child in Placement | yes | yes | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| | Bridgeport | CPS In-Home Family | yes | yes | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| | Bridgeport | CPS Child in Placement | no | UTD | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Not an Appropriate Case Plan |
| | Bridgeport | CPS Child in Placement | yes | yes | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| | **Bridgeport 2nd Quarter 2019** | | **75.0%** | **75.0%** | **75.0%** | **75.0%** | **75.0%** | **75.0%** | **75.0%** | **75.0%** | **75.0%** | **75.0%** | **75.0%** |
| | Norwalk | CPS In-Home Family | yes | yes | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| | Norwalk | CPS Child in Placement | yes | yes | Very Good | Very Good | Very Good | Marginal | Very Good | Marginal | Marginal | Very Good | Appropriate Case Plan |
| | **Norwalk 2nd Quarter 2019** | | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **50.0%** | **100.0%** | **50.0%** | **50.0%** | **100.0%** | **100.0%** |
| | **Region I 2nd Quarter 2019** | | **83.3%** | **83.3%** | **83.3%** | **83.3%** | **83.3%** | **66.7%** | **83.3%** | **66.7%** | **66.7%** | **83.3%** | **66.7%** |
| Region II | Milford | CPS In-Home Family | yes | yes | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| | Milford | CPS Child in Placement | yes | yes | Very Good | Very Good | Very Good | Marginal | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| | Milford | CPS Child in Placement | yes | yes | Very Good | Very Good | Very Good | Marginal | Marginal | Marginal | Marginal | Poor | Not an Appropriate Case Plan |
| | Milford | CPS Child in Placement | no | UTD | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Not an Appropriate Case Plan |
| | **Milford 2nd Quarter 2019** | | **75.0%** | **75.0%** | **75.0%** | **75.0%** | **75.0%** | **25.0%** | **50.0%** | **50.0%** | **50.0%** | **50.0%** | **50.0%** |
| | New Haven | CPS In-Home Family | yes | yes | Marginal | Marginal | Poor | Marginal | Poor | Poor | Marginal | Not an Appropriate Case Plan |
| | *New Haven* | *CPS Child in Placement* | *yes* | *yes* | *Very Good* | *Very Good* | *Very Good* | *Marginal* | *Very Good* | *Very Good* | *Optimal* | *Appropriate Case Plan* |
| | New Haven | CPS In-Home Family | yes | yes | Very Good | Marginal | Poor | Very Good | Very Good | Marginal | Not an Appropriate Case Plan |
| | New Haven | CPS Child in Placement | yes | yes | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| | **New Haven 2nd Quarter 2019** | | **100.0%** | **100.0%** | **75.0%** | **75.0%** | **50.0%** | **25.0%** | **25.0%** | **50.0%** | **25.0%** | **75.0%** | **25.0%** |
| | **Region II 2nd Quarter 2019** | | **87.5%** | **87.5%** | **75.0%** | **75.0%** | **62.5%** | **25.0%** | **37.5%** | **50.0%** | **37.5%** | **62.5%** | **25.0%** |
| Region III | Middletown | CPS In-Home Family | yes | yes | Very Good | Optimal | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| | Middletown | CPS Child in Placement | yes | yes | Very Good | Very Good | Very Good | Marginal | Very Good | Very Good | Very Good | Appropriate Case Plan |
| | **Middletown 2nd Quarter 2019** | | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **50.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** |
| | Norwich | CPS Child in Placement | yes | yes | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| | Norwich | CPS Child in Placement | yes | yes | Very Good | Very Good | Marginal | Very Good | Very Good | Marginal | Very Good | Not an Appropriate Case Plan |
| | *Norwich* | *CPS Child in Placement* | *yes* | *yes* | *Very Good* | *Very Good* | *Marginal* | *Very Good* | *Very Good* | *Very Good* | *Very Good* | *Appropriate Case Plan* |
| | Norwich | CPS Child in Placement | yes | yes | Very Good | Very Good | Marginal | Marginal | Very Good | Very Good | Marginal | Not an Appropriate Case Plan |
| | *Norwich* | *CPS Child in Placement* | *yes* | *yes* | *Very Good* | *Very Good* | *Marginal* | *Very Good* | *Very Good* | *Very Good* | *Very Good* | *Appropriate Case Plan* |
| | **Norwich 2nd Quarter 2019** | | **100.0%** | **100.0%** | **100.0%** | **60.0%** | **40.0%** | **100.0%** | **100.0%** | **80.0%** | **80.0%** | **60.0%** |
| | Willimantic | CPS Child in Placement | yes | yes | Optimal | Very Good | Optimal | Optimal | Optimal | Optimal | Appropriate Case Plan |
| | **Willimantic 2nd Quarter 2019** | | **100.0%** | **100.0%** | **100.0%** | **66.7%** | **66.7%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** |
| | **Region III 2nd Quarter 2019** | | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **70.0%** | **50.0%** | **100.0%** | **100.0%** | **90.0%** | **90.0%** | **70.0%** |
| Region IV | Hartford | CPS In-Home Family | yes | yes | Optimal | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| | *Hartford* | *CPS Child in Placement* | *yes* | *yes* | *Very Good* | *Very Good* | *Very Good* | *Very Good* | *Very Good* | *Very Good* | *Very Good* | *Appropriate Case Plan* |
| | Hartford | CPS In-Home Family | yes | yes | Very Good | Very Good | Very Good | Marginal | Marginal | Too early to note progress | Marginal | Not an Appropriate Case Plan |
| | Hartford | CPS Child in Placement | yes | yes | Very Good | Very Good | Very Good | Marginal | Very Good | Marginal | Marginal | Not an Appropriate Case Plan |
| | *Hartford* | *CPS In-Home Family* | *yes* | *yes* | *Very Good* | *Very Good* | *Marginal* | *Very Good* | *Very Good* | *Very Good* | *Very Good* | *Appropriate Case Plan* |
| | Hartford | CPS In-Home Family | yes | yes | Marginal for Concern | Very Good | Marginal | Very Good | Very Good | Very Good | Very Good | Not an Appropriate Case Plan |
| | **Hartford 2nd Quarter 2019** | | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **57.1%** | **57.1%** | **57.1%** | **83.3%** | **42.9%** | **57.1%** | **42.9%** |
| | Manchester | CPS In-Home Family | yes | yes | Optimal | Very Good | Optimal | Very Good | Optimal | Very Good | Very Good | Appropriate Case Plan |
| | Manchester | CPS Child in Placement | yes | yes | Very Good | Marginal | Very Good | Marginal | Very Good | Very Good | Very Good | Appropriate Case Plan |
| | Manchester | CPS Child in Placement | no | UTD | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Not an Appropriate Case Plan |
| | Manchester | CPS Child in Placement | yes | yes | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| | **Manchester 2nd Quarter 2019** | | **75.0%** | **75.0%** | **75.0%** | **50.0%** | **75.0%** | **50.0%** | **75.0%** | **50.0%** | **50.0%** | **50.0%** | **50.0%** |
| | **Region IV 2nd Quarter 2019** | | **90.9%** | **90.9%** | **90.9%** | **81.8%** | **63.6%** | **54.5%** | **63.6%** | **63.6%** | **45.5%** | **54.5%** | **45.5%** |
| Region V | Danbury | CPS In-Home Family | yes | yes | Very Good | Very Good | Very Good | Optimal | Very Good | Very Good | Very Good | Not an Appropriate Case Plan |
| | Danbury | CPS In-Home Family | yes | yes | Very Good | Very Good | Marginal | Marginal | Marginal | Very Good | Very Good | Not an Appropriate Case Plan |
| | **Danbury 2nd Quarter 2019** | | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **50.0%** | **0.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **0.0%** |
| | Torrington | CPS Child in Placement | yes | yes | Very Good | Very Good | Very Good | Marginal | Marginal | Very Good | Very Good | Not an Appropriate Case Plan |
| | Torrington | CPS In-Home Family | yes | yes | Optimal | Very Good | Very Good | Optimal | Very Good | Optimal | Very Good | Appropriate Case Plan |
| | **Torrington 2nd Quarter 2019** | | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **0.0%** | **50.0%** | **100.0%** | **50.0%** | **50.0%** | **50.0%** | **50.0%** |
| | Waterbury | CPS In-Home Family | yes | yes | Very Good | Very Good | Very Good | Marginal | Marginal | Marginal | Very Good | Not an Appropriate Case Plan |
| | Waterbury | CPS In-Home Family | yes | yes | Optimal | Optimal | Very Good | Optimal | Optimal | Marginal | Very Good | Not an Appropriate Case Plan |
| | Waterbury | CPS In-Home Family | yes | yes | Optimal | Very Good | Marginal | Marginal | Marginal | Marginal | Very Good | Not an Appropriate Case Plan |
| | Waterbury | CPS Child in Placement | yes | yes | Marginal | Marginal | Marginal | Marginal | Marginal | Marginal | Very Good | Not an Appropriate Case Plan |
| | Waterbury | CPS In-Home Family | yes | yes | Very Good | Very Good | Very Good | Marginal | Marginal | Marginal | Very Good | Not an Appropriate Case Plan |
| | Waterbury | CPS Child in Placement | yes | yes | Very Good | Very Good | Marginal | Marginal | Marginal | Marginal | Very Good | Not an Appropriate Case Plan |
| | **Waterbury 2nd Quarter 2019** | | **100.0%** | **100.0%** | **85.7%** | **71.4%** | **42.9%** | **28.6%** | **42.9%** | **57.1%** | **42.9%** | **85.7%** | **28.6%** |
| | **Region V 2nd Quarter 2019** | | **100.0%** | **100.0%** | **90.9%** | **81.8%** | **36.4%** | **27.3%** | **63.6%** | **63.6%** | **54.5%** | **81.8%** | **27.3%** |
| Region VI | Meriden | CPS In-Home Family | yes | yes | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Not an Appropriate Case Plan |
| | Meriden | CPS Child in Placement | yes | yes | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| | **Meriden 2nd Quarter 2019** | | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **50.0%** | **50.0%** | **50.0%** | **50.0%** | **100.0%** | **50.0%** |
| | New Britain | CPS Child in Placement | no | UTD | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Not an Appropriate Case Plan |
| | New Britain | CPS In-Home Family | yes | yes | Optimal | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| | New Britain | CPS In-Home Family | yes | yes | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| | *New Britain* | *CPS In-Home Family* | *yes* | *yes* | *Very Good* | *Very Good* | *Very Good* | *Very Good* | *Very Good* | *Very Good* | *Appropriate Case Plan* |
| | **New Britain 2nd Quarter 2019** | | **80.0%** | **80.0%** | **80.0%** | **80.0%** | **80.0%** | **60.0%** | **80.0%** | **80.0%** | **80.0%** | **80.0%** | **80.0%** |
| | **Region VI 2nd Quarter 2019** | | **85.7%** | **85.7%** | **85.7%** | **85.7%** | **85.7%** | **57.1%** | **85.7%** | **71.4%** | **71.4%** | **85.7%** | **71.4%** |
| **Total** | **Statewide 2nd Quarter 2019** | | **92.5%** | **92.5%** | **88.7%** | **84.9%** | **64.2%** | **45.3%** | **71.7%** | **71.2%** | **60.4%** | **75.5%** | **49.1%** |

## Third Quarter 2019 Outcome Measure 3: Individual Domain Case Summaries by Office, Region, State

| | What is the social worker's area office assignment? | What is the type of assignment noted in LINK? | Has the treatment plan been approved by the SWS? | Was the family or child's language needs accommodated? | Reason for DCF Involvement | Identifying Information | Engagement of Child and Family (formerly Strengths, Needs and Other Issues) | Present Situation and Assessment to Date of Review | Determining the Goals/Objectives | Progress | Action Steps to Achieving Goals Identified for the Upcoming Six Month Period | Planning for Permanency | Overall Score for OM3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Region I | Bridgeport | CPS CIP | yes | | Very Good | Very Good | Marginal | Very Good | Very Good | Marginal | Marginal | Marginal | Not an Appropriate Case Plan |
| Region I | Bridgeport | CPS CIP | yes | | Very Good | Very Good | Marginal | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| Region I | Bridgeport | CPS In-Home Family | yes | | Optimal | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| Region I | Bridgeport | CPS In-Home Family | yes | | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Optimal | Appropriate Case Plan |
| **Bridgeport 3rd Quarter 2019** | | | 100.0% | 100.0% | 100.0% | 100.0% | 75.0% | 100.0% | 100.0% | 75.0% | 75.0% | 75.0% | 75.0% |
| Region I | Norwalk | CPS In-Home Family | yes | | Very Good | Very Good | Very Good | Marginal | Very Good | Very Good | Very Good | Very Good | Not an Appropriate Case Plan |
| Region I | Norwalk | CPS CIP | yes | | Optimal | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| Region I | Norwalk | CPS In-Home Family | yes | | Very Good | Very Good | Marginal | Very Good | Marginal | Marginal | Marginal | Marginal | Not an Appropriate Case Plan |
| **Norwalk 3rd Quarter 2019** | | | 100.0% | 100.0% | 100.0% | 100.0% | 66.7% | 66.7% | 66.7% | 66.7% | 66.7% | 100.0% | 33.3% |
| **Region I OM3 3rd Quarter 2019** | | | 100.0% | 100.0% | 100.0% | 100.0% | 71.4% | 85.7% | 85.7% | 71.4% | 71.4% | 85.7% | 57.1% |
| Region II | Milford | Services Post Majority Child-in-Placement | yes | | Very Good | Very Good | Very Good | Marginal | Very Good | Very Good | Very Good | | Not an Appropriate Case Plan |
| Region II | Milford | CPS In-Home Family | no | UTD | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Not an Appropriate Case Plan |
| Region II | Milford | CPS CIP | yes | | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| Region II | Milford | CPS In-Home Family | yes | | Very Good | Very Good | Very Good | Marginal | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| **Milford 3rd Quarter 2019** | | | 75.0% | 75.0% | 75.0% | 75.0% | 50.0% | 25.0% | 50.0% | 75.0% | 50.0% | 75.0% | 25.0% |
| Region II | New Haven | CPS CIP | yes | | Very Good | Very Good | Marginal | Very Good | Marginal | Very Good | Marginal | Very Good | Not an Appropriate Case Plan |
| Region II | New Haven | CPS In-Home Family | yes | | Very Good | Very Good | Marginal | Very Good | Very Good | Very Good | Marginal | Marginal | Not an Appropriate Case Plan |
| Region II | New Haven | CPS CIP | yes | | Very Good | Very Good | Very Good | Marginal | Marginal | Marginal | Marginal | Very Good | Not an Appropriate Case Plan |
| Region II | New Haven | CPS In-Home Family | yes | | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| **New Haven 3rd Quarter 2019** | | | 100.0% | 100.0% | 100.0% | 100.0% | 25.0% | 25.0% | 75.0% | 50.0% | 50.0% | 75.0% | 25.0% |
| **Region II OM3 3rd Quarter 2019** | | | 87.5% | 87.5% | 87.5% | 87.5% | 37.5% | 25.0% | 62.5% | 62.5% | 50.0% | 75.0% | 25.0% |
| Region III | Middletown | Services Post Majority Child-in-Placement | yes | | Optimal | Very Good | Very Good | Very Good | Very Good | Very Good | Optimal | | Appropriate Case Plan |
| Region III | Middletown | CPS In-Home Family | yes | | Very Good | Very Good | Marginal | Very Good | Too early to note progress | Very Good | Very Good | | Appropriate Case Plan |
| **Middletown 3rd Quarter 2019** | | | 100.0% | 100.0% | 100.0% | 100.0% | 50.0% | 100.0% | 50.0% | 100.0% | 100.0% | | 100.0% |
| Region III | Norwich | CPS In-Home Family | yes | yes | Very Good | Very Good | Marginal | Very Good | Very Good | Marginal | Very Good | Very Good | Not an Appropriate Case Plan |
| Region III | Norwich | CPS CIP | yes | yes | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| Region III | Norwich | CPS CIP | yes | yes | Very Good | Very Good | Marginal | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| Region III | Norwich | CPS CIP | yes | yes | Very Good | Very Good | Optimal | Very Good | Optimal | Very Good | Very Good | Optimal | Appropriate Case Plan |
| Region III | Norwich | CPS In-Home Family | yes | yes | Very Good | Very Good | Marginal | Very Good | Marginal | Poor | Marginal | Poor | Not an Appropriate Case Plan |
| **Norwich 3rd Quarter 2019** | | | 100.0% | 100.0% | 100.0% | 100.0% | 80.0% | 60.0% | 80.0% | 60.0% | 60.0% | 100.0% | 40.0% |
| Region III | Willimantic | CPS In-Home Family | yes | | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| Region III | Willimantic | CPS CIP | yes | | Optimal | Very Good | Optimal | Very Good | Optimal | Very Good | Optimal | Very Good | Appropriate Case Plan |
| Region III | Willimantic | CPS CIP | yes | | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| **Willimantic 3rd Quarter 2019** | | | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 66.6% | 100.0% | 100.0% | 100.0% | 66.7% |
| **Region III OM3 3rd Quarter 2019** | | | 100.0% | 100.0% | 100.0% | 100.0% | 90.0% | 70.0% | 80.0% | 77.8% | 80.0% | 100.0% | 60.0% |
| Region IV | Hartford | CPS CIP | yes | | Very Good | Very Good | Marginal | Very Good | Marginal | Very Good | Very Good | Optimal | Appropriate Case Plan |
| Region IV | Hartford | CPS In-Home Family | yes | | Very Good | Marginal | Poor | Marginal | Marginal | Very Good | Very Good | Very Good | Not an Appropriate Case Plan |
| Region IV | Hartford | CPS In-Home Family | yes | yes | Optimal | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| Region IV | Hartford | CPS In-Home Family | no | UTD | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Not an Appropriate Case Plan |
| Region IV | Hartford | CPS CIP | yes | | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| **Hartford 3rd Quarter 2019** | | | 83.3% | 83.3% | 83.3% | 66.7% | 50.0% | 66.7% | 83.3% | 50.0% | 83.3% | 83.3% | 33.3% |
| Region IV | Manchester | CPS CIP | yes | | Very Good | Very Good | Optimal | Very Good | Very Good | Optimal | Very Good | Very Good | Appropriate Case Plan |
| Region IV | Manchester | CPS CIP | yes | | Very Good | Optimal | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| Region IV | Manchester | CPS In-Home Family | yes | | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| Region IV | Manchester | CPS In-Home Family | yes | | Very Good | Very Good | Very Good | Very Good | Very Good | Marginal | Very Good | Very Good | Not an Appropriate Case Plan |
| **Manchester 3rd Quarter 2019** | | | 100.0% | 100.0% | 100.0% | 100.0% | 50.0% | 75.0% | 100.0% | 75.0% | 100.0% | 100.0% | 75.0% |
| **Region IV OM3 3rd Quarter 2019** | | | 90.0% | 90.0% | 90.0% | 90.0% | 50.0% | 60.0% | 80.0% | 80.0% | 70.0% | 90.0% | 50.0% |
| Region V | Danbury | CPS CIP | yes | | Very Good | Very Good | Marginal | Very Good | Marginal | Very Good | Very Good | Very Good | Appropriate Case Plan |
| Region V | Danbury | CPS In-Home Family | yes | | Marginal | Marginal | Marginal | Marginal | Marginal | Very Good | Marginal | Marginal | Not an Appropriate Case Plan |
| **Danbury 3rd Quarter 2019** | | | 100.0% | 100.0% | 50.0% | 50.0% | 0.0% | 50.0% | 0.0% | 100.0% | 100.0% | | 0.0% |
| Region V | Torrington | CPS CIP | yes | | Very Good | Very Good | Very Good | Marginal | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| Region V | Torrington | CPS In-Home Family | yes | | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| **Torrington 3rd Quarter 2019** | | | 100% | 100% | 100% | 100% | 50% | 100% | 100% | 100% | 100% | | 100% |
| Region V | Waterbury | CPS In-Home Family | yes | | Very Good | Very Good | Marginal | Very Good | Marginal | Marginal | Very Good | Marginal | Not an Appropriate Case Plan |
| Region V | Waterbury | CPS CIP | yes | | Marginal | Very Good | Marginal | Very Good | Marginal | Marginal | Marginal | Marginal | Not an Appropriate Case Plan |
| Region V | Waterbury | CPS CIP | yes | | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| Region V | Waterbury | CPS CIP | yes | | Very Good | Very Good | Marginal | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| Region V | Waterbury | CPS CIP | yes | | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Optimal | Appropriate Case Plan |
| Region V | Waterbury | CPS CIP | yes | | Marginal | Very Good | Marginal | Very Good | Marginal | Marginal | Very Good | Marginal | Not an Appropriate Case Plan |
| Region V | Waterbury | CPS In-Home Family | no | UTD | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Not an Appropriate Case Plan |
| **Waterbury 3rd Quarter 2019** | | | 85.7% | 85.7% | 57.1% | 85.7% | 57.1% | 42.9% | 28.6% | 71.4% | 28.6% | 85.7% | 28.6% |
| **Region V OM3 3rd Quarter 2019** | | | 90.9% | 90.9% | 63.6% | 81.8% | 54.5% | 45.5% | 36.4% | 72.7% | 54.5% | 90.9% | 36.4% |
| Region VI | Meriden | CPS CIP | yes | | Optimal | Very Good | Optimal | Very Good | Optimal | Very Good | Very Good | Very Good | Appropriate Case Plan |
| Region VI | Meriden | CPS In-Home Family | yes | | Very Good | Very Good | Marginal | Very Good | Marginal | Marginal | Very Good | Very Good | Not an Appropriate Case Plan |
| **Meriden 3rd Quarter 2019** | | | 100.0% | 100.0% | 100.0% | 100.0% | 50.0% | 100.0% | 50.0% | 100.0% | 100.0% | | 100.0% |
| Region VI | New Britain | CPS In-Home Family | UTD - No plan less than 7 months old | UTD - No Plan | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Absent/Averse | Not an Appropriate Case Plan |
| Region VI | New Britain | CPS In-Home Family | yes | | Very Good | Very Good | Optimal | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| Region VI | New Britain | CPS In-Home Family | yes | | Very Good | Very Good | Marginal | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| Region VI | New Britain | CPS CIP | yes | | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| Region VI | New Britain | CPS CIP | yes | | Optimal | Very Good | Very Good | Very Good | Very Good | Very Good | Optimal | Very Good | Appropriate Case Plan |
| Region VI | New Britain | CPS CIP | yes | | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Appropriate Case Plan |
| **New Britain 3rd Quarter 2019** | | | 83.3% | 83.3% | 83.3% | 83.3% | 83.3% | 50.0% | 83.3% | 83.3% | 66.7% | 83.3% | 66.7% |
| **Region VI OM3 2019** | | | 87.5% | 87.5% | 87.5% | 87.5% | 75.0% | 62.5% | 75.0% | 87.5% | 75.0% | 87.5% | 75.0% |
| **Statewide OM3 3rd Quarter 2019** | | | 92.6% | 92.6% | 87.0% | 88.9% | 63.0% | 57.4% | 68.5% | 75.5% | 66.7% | 88.9% | 50.0% |

*Juan F.* v. Lamont Exit Plan Status Report
February 2020

---

Issues with inclusion/engagement of case participants in the case planning process were noted in prior reporting.  During this period under review, the Department engaged case participants with varying amounts of success.  While documentation reflected some level of case planning discussions with most key case participants, attendance at the Administrative Case Reviews continues to be low in many cases especially with respect to adolescents, fathers, Guardian Ad Litem (GAL), other involved DCF staff, and active service providers.

| Participation in Case Planning and Attendance at the ACR 2nd Quarter 2019 | | |
|---|---|---|
| Case Participant | Documentation of Case Planning during PUR | Attendance at the ACR |
| Child (Age 12 or more) | 98.3% | 28.6% |
| Mother | 89.8% | 77.3% |
| Father | 68.2% | 26.3% |
| Foster Parent | 91.7% | 39.1% |
| Active Service Provider | 76.9% | 31.1% |
| Attorney/GAL | 45.9% | 30.7% |
| Attorney for Parent | 57.1% | 47.8% |
| Other DCF Staff | 69.0% | 20.0% |
| Other Case Participants | 70.8% | 69.2% |

| Participation in Case Planning and Attendance at the ACR 3rd Quarter 2019 | | |
|---|---|---|
| Case Participant | Documentation of Case Planning during PUR | Attendance at the ACR |
| Child (Age 12 or more) | 87.5% | 0.0% |
| Mother | 91.7% | 63.7% |
| Father | 60.9% | 25.0% |
| Foster Parent | 96.3% | 52.0% |
| Active Service Provider | 75.4% | 23.1% |
| Attorney/GAL | 42.1% | 25.0% |
| Attorney for Parent | 45.5% | 42.1% |
| Other DCF Staff | 73.3% | 22.2% |
| Other Case Participants | 90.5% | 62.5% |

---

**Outcome Measure 4**

The <u>2017 Revised Exit Plan</u> requirement for Outcome Measure 4 – Needs Met, is stated as:

> *"Families and children shall have their medical, dental, mental health and other service needs met as set forth in the "DCF Court Monitor's Protocol for Outcome Measures 3 and 4" and the accompanying "Directional Guide for Outcome Measures 3 and 4 Reviews". The enforceable domains of this Outcome Measure shall not include the "All Needs Met" domain. The domains for which compliance at 85% or better has been met for a quarter then sustained for an additional quarter as of the date of this 2017 Revised Exit Plan shall be considered to have achieved Pre-Certification. These domains include:*
>
> - *Risk: Child in Placement*
> - *Securing the Permanent Placement*
> - *DCF Case Management – Legal Action to Achieve the Permanency Goal in the Prior Six Months*
> - *DCF Case Management – Recruitment for Placement Providers to Achieve Permanency Goal during the Prior Six Months*
> - *Child's Current Placement*
> - *Education*
>
> *For each of the remaining domains, once compliance at 85% or better has been met for a quarter and then sustained for an additional quarter, that domain shall also be considered to have achieved Pre-Certification. Once all the domains achieve Pre-Certification, then Outcome Measure 4 shall be considered to have achieved Pre-Certification and subject to the process in Paragraphs 10 and 11 hereof as to whether a final review is required in connection with a request to terminate jurisdiction over this action."*

In previous quarters, the Department met and sustained for an additional quarter, the following domains:

- Risk: Child in Placement (July 2018 Status Report)
- Securing the Permanent Placement (July 2018 Status Report)
- DCF Case Management – Legal Action to Achieve the Permanency Goal in the Prior Six Months (July 2018 Status Report)
- DCF Case Management – Recruitment for Placement Providers to Achieve Permanency Goal during the Prior Six Months (July 2018 Status Report)
- Child's Current Placement (January 2018 Status Report)
- Education (January 2018 Status Report)
- Medical (January 2018 Status Report)

Some domains have fluctuated in maintenance or required rates following initial pre-certification as noted in our reporting of monitored performance in the quarters since goal achievement. In

*Juan F.* v. Lamont Exit Plan Status Report
February 2020

our last report, this Office noted that the Medical and Educational domains, specifically, dropped and remained below the 85% rate of compliance this quarter would be reviewed for consideration of removal as pre-certified.  The Court Monitor notes that this trend has reversed in the current period under review with Medical Needs met in 94.3% and 94.4% respectively and Educational reported trending in the positive direction with needs met in 84.3% and 86.3% of the cases during the consecutive quarters of the period under review.  Both will remain on the listing for pre-certified domains.

Joining the list of pre-certified domains for the first time is Dental Needs, which were met 86.8% and 87.0% consecutively across the two quarters of the period under review.  The three domains with which the Department continues to have the most difficulty are:  Risk: In-Home, Permanency:  DCF Case Management – Contracting or Providing Services to Achieve the Permanency Goal During the Prior Six Months, and Well Being: Mental Health, Behavioral Health, and Substance Abuse Services.

| Quarterly Statewide Summary of OM4 Domains 2nd Quarter 2017 – 3rd Quarter 2019 (Requirement 85.0%) | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Quarter | Risk: In-Home | Risk : Child In Placement | Permanency: Securing the Permanent Placement - Action Plan for the Next Six Months | Permanency: DCF Case Mgmt. - Legal Action to Achieve the Permanency Goal During the Prior Six Months | Permanency: DCF Case Mgmt. - Recruitment for Placement Providers to Achieve the Permanency Goal during the Prior Six Months | Permanency: DCF Case Mgmt. - Contracting or Providing Services to Achieve the Permanency Goal during the Prior Six Months | Well-Being: Medical Needs | Well-Being: Dental Needs | Well-Being: Mental Health, Behavioral and Substance Abuse Services | Well-Being: Child's Current Placement | Well-Being: Education |
| Statewide 3rd Quarter 2019 OM4 Results | 75.0% | 100.0% | 96.3% | 85.2% | 100.0% | 74.1% | 94.4% | 87.0% | 74.1% | 100.0% | 86.3% |
| Statewide 2nd Quarter 2019 OM4 Results | 90.3% | 100.0% | 87.5% | 90.6% | 87.5% | 75.5% | 94.3% | 86.8% | 71.2% | 91.7% | 84.3% |
| Statewide 1st Quarter 2019 OM4 Results | 69.0% | 92.0% | 91.7% | 86.8% | 87.5% | 60.4% | 81.1% | 81.1% | 56.6% | 83.3% | 74.5% |
| Statewide 4th Quarter 2018 OM4 Results | 66.7% | 92.6% | 91.3% | 78.9% | 91.7% | 58.5% | 81.1% | 75.5% | 63.5% | 91.3% | 84.6% |
| Statewide 3rd Quarter 2018 OM4 Results | 70.0% | 96.2% | 100.0% | 87.0% | 100.0% | 51.9% | 83.3% | 87.0% | 70.4% | 91.7% | 86.3% |
| Statewide 2nd Quarter 2018 OM4 Results | 73.9% | 96.8% | 100.0% | 90.6% | 90.3% | 50.9% | 90.6% | 81.1% | 73.6% | 77.4% | 87.5% |
| Statewide - 1st Quarter 2018 OM4 Results | 81.3% | 100.0% | 95.8% | 92.5% | 95.7% | 51.9% | 85.2% | 75.9% | 61.1% | 91.3% | 86.8% |
| Statewide - 4th Quarter 2017 OM4 Results | 82.1% | 96.0% | 100.0% | 94.3% | 96.0% | 49.1% | 79.3% | 81.1% | 50.9% | 84.0% | 80.4% |
| Statewide - 3rd Quarter 2017 OM4 Results | 81.8% | 100.0% | 93.5% | 90.6% | 93.8% | 52.8% | 86.8% | 83.0% | 64.2% | 87.1% | 88.0% |
| Statewide - 2nd Quarter 2017 OM4 Results | 78.3% | 100.0% | 95.8% | 98.1% | 100.0% | 57.4% | 94.4% | 85.2% | 75.9% | 93.9% | 83.3% |

A summary of this measure by region during each quarter is found on the following pages. While all regions had successes across many of the identified domains, Region VI (Meriden, New Britain) achieved full compliance on all measured domains within the Third Quarter 2019 reporting period.

*Juan F.* v. Lamont Exit Plan Status Report
February 2020

| Quarterly Statewide Summary of OM4 Domains 2nd Quarter 2019 (Requirement 85.0%) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Quarter | Risk: In-Home | Risk: Child In Placement | Permanency: Securing the Permanent Placement - Action Plan for the Next Six Months | Permanency: DCF Case Mgmt. – Legal Action to Achieve the Permanency Goal During the Prior Six Months | Permanency: DCF Case Mgmt. - Recruitment for Placement Providers to Achieve the Permanency Goal during the Prior Six Months | Permanency: DCF Case Mgmt. - Contracting or Providing Services to Achieve the Permanency Goal during the Prior Six Months | Well-Being: Medical Needs | Well-Being: Dental Needs | Well-Being: Mental Health, Behavioral and Substance Abuse Services | Well-Being: Child's Current Placement | Well-Being: Education |
| Region I - 2nd Quarter 2019 | 100.0% | 100.0% | 100.0% | 83.3% | 100.0% | 100.0% | 83.3% | 66.7% | 66.7% | 100.0% | 66.7% |
| Region II - 2nd Quarter 2019 | 100.0% | 100.0% | 75.0% | 100.0% | 100.0% | 75.0% | 87.5% | 87.5% | 87.5% | 100.0% | 100.0% |
| Region III - 2nd Quarter 2019 | 100.0% | 100.0% | 100.0% | 90.0% | 100.0% | 80.0% | 100.0% | 100.0% | 88.9% | 100.0% | 100.0% |
| Region IV - 2nd Quarter 2019 | 66.7% | 100.0% | 100.0% | 90.9% | 100.0% | 63.6% | 90.9% | 72.7% | 63.6% | 80.0% | 81.8% |
| Region V - 2nd Quarter 2019 | 100.0% | 100.0% | 80.0% | 81.8% | 60.0% | 72.7% | 100.0% | 90.9% | 54.5% | 80.0% | 70.0% |
| Region VI - 2nd Quarter 2019 | 80.0% | 100.0% | 66.7% | 100.0% | 66.7% | 71.4% | 100.0% | 100.0% | 71.4% | 100.0% | 71.4% |
| **Statewide - 2nd Quarter 2019 OM3 Results** | **90.3%** | **100.0%** | **87.5%** | **90.6%** | **87.5%** | **75.5%** | **94.3%** | **86.8%** | **71.2%** | **91.7%** | **84.3%** |

| Quarterly Regional Summary of OM4 3rd Quarter 2019 (Requirement 85.0%) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Quarter | Risk: In-Home | Risk: Child In Placement | Permanency: Securing the Permanent Placement - Action Plan for the Next Six Months | Permanency: DCF Case Mgmt. – Legal Action to Achieve the Permanency Goal During the Prior Six Months | Permanency: DCF Case Mgmt. - Recruitment for Placement Providers to Achieve the Permanency Goal during the Prior Six Months | Permanency: DCF Case Mgmt. - Contracting or Providing Services to Achieve the Permanency Goal during the Prior Six Months | Well-Being: Medical Needs | Well-Being: Dental Needs | Well-Being: Mental Health, Behavioral and Substance Abuse Services | Well-Being: Child's Current Placement | Well-Being: Education |
| Region I - 3rd Quarter 2019 | 75.0% | 100.0% | 66.7% | 71.4% | 100.0% | 57.1% | 100.0% | 100.0% | 71.4% | 100.0% | 100.0% |
| Region II - 3rd Quarter 2019 | 75.0% | 100.0% | 100.0% | 87.5% | 100.0% | 75.0% | 87.5% | 50.0% | 62.5% | 100.0% | 87.5% |
| Region III - 3rd Quarter 2019 | 80.0% | 100.0% | 100.0% | 90.0% | 100.0% | 60.0% | 90.0% | 90.0% | 80.0% | 100.0% | 77.7% |
| Region IV - 3rd Quarter 2019 | 80.0% | 100.0% | 100.0% | 80.0% | 100.0% | 80.0% | 100.0% | 100.0% | 77.8% | 100.0% | 88.9% |
| Region V - 3rd Quarter 2019 | 50.0% | 100.0% | 100.0% | 90.9% | 100.0% | 72.7% | 90.9% | 81.8% | 72.7% | 100.0% | 72.7% |
| Region VI - 3rd Quarter 2019 | 100.0% | 100.0% | 100.0% | 87.5% | 100.0% | 100.0% | 100.0% | 100.0% | 87.5% | 100.0% | 100.0% |
| **Statewide - 3rd Quarter 2019 OM3 Results** | **75.0%** | **100.0%** | **96.3%** | **85.2%** | **100.0%** | **74.1%** | **94.4%** | **87.0%** | **74.1%** | **100.0%** | **86.3%** |

A reporting of the measures by Area Office at the case level is provided for consideration on the following pages.

*Juan F.* v. Lamont Exit Plan Status Report
February 2020

| | What is the social worker's area office assignment? | What is the type of assignment noted in LINK? | Risk: In-Home | Risk: Child In Placement | Permanency: Securing the Permanent Placement - Action Plan for the Next Six Months | Permanency: DCF Case Mgmt - Legal Action to Achieve the Permanency Goal During the Prior Six Months | Permanency: DCF Case Mgmt - Recruitment for Placement Providers to Achieve the Permanency Goal during the Prior Six Months | Permanency: DCF Case Mgmt - Contracting or Providing Services to Achieve the Permanency Goal during the Prior Six Months | Well-Being: Medical Needs | Well-Being: Dental Needs | Well-Being: Mental Health, Behavioral and Substance Abuse Services | Well-Being: Child's Current Placement | Well-Being: Education | Overall Score for Outcome Measure 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Region I** | Bridgeport | CPS Child in Placement | Very Good | Very Good | Optimal | Very Good | | Very Good | Very Good | Marginal | Very Good | Very Good | Very Good | Needs Met |
| | Bridgeport | CPS In-Home Family | Very Good | N/A to Case | Very Good | N/A to Case | | Very Good | Very Good | Very Good | Very Good | N/A to Case | Very Good | Needs Met |
| | Bridgeport | CPS In-Home Family | Very Good | N/A to Case | Very Good | N/A to Case | | Very Good | Very Good | Very Good | Very Good | N/A to Case | Marginal | Needs Met |
| | Bridgeport | CPS Child in Placement | N/A to Case | Optimal | Very Good | Optimal | | Very Good | Very Good | Very Good | Optimal | Optimal | | Needs Met |
| | **Bridgeport 2nd Quarter 2019** | | 100.0% | 100.0% | 100.0% | 100.0% | | 100.0% | 100.0% | 75.0% | 100.0% | 100.0% | 75.0% | 100.0% |
| | Norwalk | CPS In-Home Family | Very Good | N/A to Case | Very Good | Marginal | | N/A to Case | Very Good | Marginal | Marginal | Very Good | Very Good | Needs Not Met |
| | Norwalk | CPS Child in Placement | N/A to Case | Very Good | Very Good | Very Good | | Very Good | Very Good | Marginal | Marginal | Very Good | Marginal | Needs Not Met |
| | **Norwalk 2nd Quarter 2019** | | 100.0% | 100.0% | 100.0% | 50.0% | | 100.0% | 100.0% | 50.0% | 50.0% | 0.0% | 100.0% | 50.0% | 0.0% |
| | **Region I 2nd Quarter 2019** | | 100.0% | 100.0% | 100.0% | 83.3% | | 100.0% | 100.0% | 83.3% | 66.7% | 66.7% | 100.0% | 66.7% |
| **Region II** | Milford | CPS In-Home Family | Very Good | N/A to Case | N/A to Case | Optimal | | N/A to Case | Very Good | Very Good | Very Good | N/A to Case | Optimal | Needs Met |
| | Milford | CPS In-Home Family | Very Good | N/A to Case | N/A to Case | Marginal | | Very Good | Very Good | Very Good | Marginal | N/A to Case | Very Good | Needs Not Met |
| | Milford | CPS Child in Placement | N/A to Case | Very Good | Marginal | Very Good | | Very Good | Very Good | Very Good | Poor | Very Good | Very Good | Needs Not Met |
| | Milford | CPS Child in Placement | N/A to Case | Optimal | Optimal | Very Good | | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Needs Met |
| | **Milford 2nd Quarter 2019** | | 100.0% | 100.0% | 50.0% | 100.0% | | 100.0% | 75.0% | 100.0% | 75.0% | 75.0% | 100.0% | 100.0% | 50.0% |
| | New Haven | CPS In-Home Family | Very Good | N/A to Case | N/A to Case | Optimal | | N/A to Case | Marginal | Marginal | Very Good | N/A to Case | Very Good | Needs Not Met |
| | New Haven | CPS Child in Placement | N/A to Case | Optimal | N/A to Case | Optimal | | Optimal | Very Good | Very Good | Optimal | Very Good | Optimal | Needs Met |
| | New Haven | CPS In-Home Family | Very Good | N/A to Case | N/A to Case | Very Good | | Very Good | Very Good | Very Good | Very Good | N/A to Case | Very Good | Needs Met |
| | New Haven | CPS Child in Placement | N/A to Case | Very Good | Very Good | Very Good | | Very Good | Very Good | Very Good | Very Good | Very Good | Very Good | Needs Met |
| | **New Haven 2nd Quarter 2019** | | 100.0% | 100.0% | 100.0% | 100.0% | | 100.0% | 75.0% | 75.0% | 100.0% | 100.0% | 100.0% | 75.0% |
| | **Region II 2nd Quarter 2019** | | 100.0% | 100.0% | 75.0% | 100.0% | | 100.0% | 75.0% | 87.5% | 87.5% | 87.5% | 100.0% | 62.5% |
| **Region III** | Middletown | CPS Child in Placement | N/A to Case | N/A to Case | N/A to Case | Optimal | | Optimal | Optimal | Optimal | Very Good | N/A to Case | Very Good | Needs Met |
| | Middletown | CPS Child in Placement | N/A to Case | Very Good | Very Good | Very Good | | Very Good | Very Good | Optimal | Very Good | Very Good | Very Good | Needs Met |
| | **Middletown 2nd Quarter 2019** | | 100.0% | 100.0% | 100.0% | 100.0% | | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| | Norwich | CPS In-Home Family | Very Good | N/A to Case | Optimal | N/A to Case | | Very Good | Optimal | Optimal | Very Good | N/A to Case | Very Good | Needs Met |
| | Norwich | CPS In-Home Family | Very Good | N/A to Case | Very Good | N/A to Case | | Marginal | Very Good | Very Good | Very Good | N/A to Case | Very Good | Needs Not Met |
| | Norwich | CPS Child in Placement | N/A to Case | Very Good | Optimal | Marginal | | Very Good | Optimal | Optimal | Optimal | Optimal | Very Good | Needs Met |
| | Norwich | CPS In-Home Family | Very Good | N/A to Case | Very Good | N/A to Case | | Optimal | Very Good | Optimal | Optimal | N/A to Case | Very Good | Needs Met |
| | Norwich | CPS Child in Placement | N/A to Case | Very Good | Very Good | Optimal | | Very Good | Optimal | Very Good | Very Good | Optimal | Very Good | Needs Met |
| | **Norwich 2nd Quarter 2019** | | 100.0% | 100.0% | 100.0% | 80.0% | | 100.0% | 80.0% | 100.0% | 100.0% | 80.0% | 100.0% | 100.0% | 60.0% |
| | Willimantic | CPS In-Home Family | Very Good | N/A to Case | Very Good | N/A to Case | | Marginal | Very Good | Very Good | Very Good | N/A to Case | Very Good | Needs Not Met |
| | Willimantic | CPS Child in Placement | N/A to Case | Optimal | Optimal | Optimal | | Optimal | Optimal | Optimal | N/A to Case | Optimal | Very Good | Needs Met |
| | Willimantic | CPS Child in Placement | N/A to Case | Very Good | Very Good | Very Good | | Very Good | Very Good | Optimal | Very Good | N/A to Case | Very Good | Needs Met |
| | **Willimantic 2nd Quarter 2019** | | 100.0% | 100.0% | 100.0% | 100.0% | | 100.0% | 66.7% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 66.7% |
| | **Region III 2nd Quarter 2019** | | 100.0% | 100.0% | 100.0% | 90.0% | | 100.0% | 80.0% | 100.0% | 100.0% | 88.9% | 100.0% | 100.0% | 70.0% |
| **Region IV** | Hartford | CPS In-Home Family | Very Good | N/A to Case | Optimal | N/A to Case | | Optimal | Optimal | Very Good | Very Good | N/A to Case | Very Good | Needs Met |
| | Hartford | CPS Child in Placement | N/A to Case | Very Good | Very Good | Very Good | | N/A to Case | Very Good | Very Good | Optimal | Very Good | Very Good | Needs Met |
| | Hartford | CPS In-Home Family | Very Good | N/A to Case | N/A to Case | Very Good | | Very Good | Very Good | Marginal | Poor | Marginal | N/A to Case | Very Good | Needs Not Met |
| | Hartford | CPS Child in Placement | N/A to Case | Very Good | N/A to Case | Very Good | | Very Good | Very Good | Very Good | Very Good | Very Good | Optimal | Needs Not Met |
| | Hartford | CPS In-Home Family | Very Good | N/A to Case | Very Good | N/A to Case | | Very Good | Very Good | Optimal | Very Good | N/A to Case | Very Good | Needs Met |
| | Hartford | CPS In-Home Family | Marginal | N/A to Case | N/A to Case | Marginal | | N/A to Case | Very Good | Marginal | Marginal | N/A to Case | Marginal | Needs Not Met |
| | Hartford | CPS Child in Placement | N/A to Case | Very Good | Very Good | Very Good | | Very Good | Very Good | Optimal | Very Good | Very Good | Very Good | Needs Not Met |
| | **Hartford 2nd Quarter 2019** | | 75.0% | 100.0% | 100.0% | 85.7% | | 100.0% | 71.4% | 85.7% | 57.1% | 71.4% | 66.7% | 85.7% | 28.6% |
| | Manchester | CPS In-Home Family | Very Good | N/A to Case | N/A to Case | Optimal | | N/A to Case | Very Good | Very Good | Optimal | N/A to Case | Very Good | Needs Met |
| | Manchester | CPS In-Home Family | Marginal | N/A to Case | N/A to Case | Very Good | | N/A to Case | Marginal | Marginal | Marginal | N/A to Case | N/A to Case | Needs Not Met |
| | Manchester | CPS Child in Placement | N/A to Case | Very Good | Very Good | Very Good | | Very Good | Marginal | Very Good | Optimal | Marginal | Very Good | Needs Not Met |
| | Manchester | CPS Child in Placement | N/A to Case | Optimal | Very Good | Very Good | | Very Good | Very Good | Very Good | Optimal | Very Good | Very Good | Needs Met |
| | **Manchester 2nd Quarter 2019** | | 50.0% | 100.0% | 100.0% | 100.0% | | 100.0% | 50.0% | 100.0% | 100.0% | 50.0% | 100.0% | 100.0% | 50.0% |
| | **Region IV 2nd Quarter 2019** | | 66.7% | 100.0% | 100.0% | 90.9% | | 100.0% | 63.6% | 90.9% | 72.7% | 63.6% | 80.0% | 81.8% | 36.4% |
| **Region V** | Danbury | CPS Child in Placement | N/A to Case | Optimal | Optimal | Very Good | | Optimal | Optimal | Optimal | Marginal | Very Good | Marginal | Needs Not Met |
| | Danbury | CPS In-Home Family | Very Good | N/A to Case | N/A to Case | Optimal | | N/A to Case | Very Good | Optimal | Very Good | N/A to Case | Very Good | Needs Not Met |
| | **Danbury 2nd Quarter 2019** | | 100.0% | 100.0% | 100.0% | 100.0% | | 100.0% | 100.0% | 100.0% | 50.0% | 100.0% | 50.0% | 50.0% |
| | Torrington | CPS Child in Placement | N/A to Case | Very Good | Very Good | Very Good | | Marginal | Marginal | Very Good | Very Good | Marginal | Marginal | Needs Not Met |
| | Torrington | CPS In-Home Family | Optimal | N/A to Case | Very Good | N/A to Case | | Very Good | Very Good | Optimal | Very Good | N/A to Case | Optimal | Needs Met |
| | **Torrington 2nd Quarter 2019** | | 100.0% | 100.0% | 100.0% | 100.0% | | 0.0% | 50.0% | 100.0% | 100.0% | 50.0% | 50.0% | 50.0% |
| | Waterbury | CPS Child in Placement | N/A to Case | Very Good | Marginal | Marginal | | Very Good | Optimal | Optimal | Very Good | Very Good | Very Good | Needs Not Met |
| | Waterbury | CPS Child in Placement | N/A to Case | Optimal | Optimal | Very Good | | Very Good | Optimal | Optimal | Very Good | Very Good | Very Good | Needs Met |
| | Waterbury | CPS Child in Placement | N/A to Case | N/A to Case | Optimal | N/A to Case | | Very Good | Very Good | Very Good | Marginal | Very Good | Very Good | Needs Not Met |
| | Waterbury | CPS In-Home Family | Very Good | N/A to Case | N/A to Case | Very Good | | Very Good | Very Good | Optimal | Very Good | N/A to Case | Very Good | Needs Not Met |
| | Waterbury | CPS Child in Placement | N/A to Case | Very Good | Very Good | Very Good | | Optimal | Very Good | Optimal | Marginal | Very Good | Very Good | Needs Not Met |
| | Waterbury | CPS In-Home Family | Very Good | N/A to Case | Very Good | N/A to Case | | Very Good | Very Good | Very Good | Marginal | N/A to Case | Marginal | Needs Not Met |
| | **Waterbury 2nd Quarter 2019** | | 100.0% | 100.0% | 66.7% | 66.7% | | 100.0% | 100.0% | 100.0% | 85.7% | 57.1% | 100.0% | 83.3% | 28.6% |
| | **Region V 2nd Quarter 2019** | | 100.0% | 100.0% | 80.0% | 81.8% | | 60.0% | 72.7% | 100.0% | 90.9% | 54.5% | 80.0% | 70.0% | 36.4% |
| **Region VI** | Meriden | CPS In-Home Family | Marginal | N/A to Case | Very Good | Very Good | | Optimal | Very Good | Marginal | Very Good | N/A to Case | Optimal | Needs Not Met |
| | Meriden | CPS Child in Placement | N/A to Case | Very Good | Very Good | Very Good | | Optimal | Very Good | Very Good | Very Good | Very Good | Very Good | Needs Met |
| | **Meriden 2nd Quarter 2019** | | 0.0% | 100.0% | 100.0% | 100.0% | | 100.0% | 100.0% | 100.0% | 50.0% | 100.0% | 50.0% | 50.0% |
| | New Britain | CPS Child in Placement | N/A to Case | Very Good | Marginal | Very Good | | Very Good | Very Good | Optimal | Marginal | Very Good | Marginal | Needs Not Met |
| | New Britain | CPS In-Home Family | Very Good | N/A to Case | N/A to Case | Very Good | | N/A to Case | Marginal | Marginal | Marginal | N/A to Case | Very Good | Needs Not Met |
| | New Britain | CPS Child in Placement | N/A to Case | Optimal | Very Good | Very Good | | Very Good | Optimal | Optimal | Very Good | Optimal | Very Good | Needs Met |
| | New Britain | CPS In-Home Family | Very Good | N/A to Case | Very Good | N/A to Case | | Very Good | Very Good | Very Good | Very Good | N/A to Case | Very Good | Needs Met |
| | **New Britain 2nd Quarter 2019** | | 100.0% | 100.0% | 66.7% | 100.0% | | 50.0% | 60.0% | 100.0% | 100.0% | 80.0% | 100.0% | 80.0% | 60.0% |
| | **Region VI 2nd Quarter 2019** | | 80.0% | 100.0% | 66.7% | 100.0% | | 66.7% | 71.4% | 100.0% | 100.0% | 71.4% | 100.0% | 71.4% | 71.4% |
| | **Total Statewide 2nd Quarter 2019** | | 90.3% | 100.0% | 87.5% | 90.6% | | 87.5% | 75.5% | 94.3% | 86.8% | 71.2% | 91.7% | 84.3% | 54.7% |

Juan F. v. Lamont Exit Plan Status Report
February 2020

**Outcome Measure 4 - 3nd Quarter 2019 Individual Domain Case Summaries by Office, Region and State**

| Region | What is the social worker's area office assignment noted in LINK? | What is the type of case assignment | Risk: In-Home | Risk: Child In Placement | Permanency: Securing the Permanent Placement - Achieve the Next Six Months | Permanency: DCF Case Mgmt - Legal Action to Achieve the Permanency Goal During the Prior Six Months | Permanency: DCF Case Mgmt Recruitment for Placement Providers to Achieve the Permanency Goal during the Prior Six Months | Permanency: DCF Case Mgmt - Contracting or Providing Services to Achieve the Permanency Goal during the Prior Six Months | Well-Being: Medical Needs | Well-Being: Dental Needs | Well-Being: Mental Health, Behavioral and Substance Abuse Services | Well-Being: Child's Current Placement | Well-Being: Education | Overall Score for Outcome Measure 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Region I | Bridgeport | CPS CIP Case | N/A to Case | Very Good | Marginal | Marginal | Very Good | Marginal | Very Good | Good | Very Good | Marginal | Very Good | Needs Not Met |
| Region I | Bridgeport | CPS CIP Case | N/A to Case | Very Good | Very Good | Very Good | Very Good | Very Good | Optimal | Optimal | Very Good | Very Good | Very Good | Needs Met |
| Region I | Bridgeport | CPS In-Home Family Case | Very Good | N/A to Case | N/A to Case | Optimal | N/A to Case | Very Good | Very Good | Very Good | Very Good | N/A to Case | Very Good | Needs Met |
| Region I | Bridgeport | CPS In-Home Family Case | Very Good | Optimal | N/A to Case | Optimal | N/A to Case | Very Good | Very Good | Very Good | Very Good | N/A to Case | Very Good | Needs Met |
| **Bridgeport 3rd Quarter 2019 OM4** | | | **100.0%** | **100.0%** | **50.0%** | **75.0%** | | **75.0%** | **100.0%** | **100.0%** | **75.0%** | **100.0%** | **100.0%** | **75.0%** |
| Region I | Norwalk | CPS In-Home Family Case | Marginal | N/A to Case | N/A to Case | Very Good | N/A to Case | Very Good | Optimal | Optimal | Very Good | Optimal | Optimal | Needs Met |
| Region I | Norwalk | CPS CIP Case | N/A to Case | Optimal | Very Good | Optimal | Optimal | Marginal | Very Good | Optimal | Very Good | Very Good | Very Good | Needs Met |
| Region I | Norwalk | CPS In-Home Family Case | Very Good | N/A to Case | N/A to Case | Marginal | N/A to Case | Very Good | Very Good | Very Good | Very Good | N/A to Case | Very Good | Needs Met |
| **Norwalk 3rd Quarter 2019 OM4** | | | **50.0%** | **100.0%** | **100.0%** | **66.7%** | | **100.0%** | **33.3%** | **100.0%** | **100.0%** | **66.7%** | **100.0%** | **66.7%** |
| **Region I OM4 3rd Quarter 2019** | | | **75.0%** | **100.0%** | **66.7%** | **71.4%** | | **100.0%** | **57.1%** | **100.0%** | **100.0%** | **71.4%** | **100.0%** | **71.4%** |
| Region II | Milford | Services Post Majority CIP Case | N/A to Case | Very Good | Very Good | Optimal | | Very Good | Very Good | Very Good | Optimal | | Optimal | Needs Met |
| Region II | Milford | CPS In-Home Family Case | Marginal | N/A to Case | N/A to Case | Very Good | N/A to Case | Very Good | Very Good | Very Good | Very Good | N/A to Case | Very Good | Needs Not Met |
| Region II | Milford | CPS CIP Case | N/A to Case | Very Good | Very Good | Very Good | Optimal | N/A to Case | Very Good | Very Good | Very Good | Marginal | Very Good | Needs Met |
| Region II | Milford | CPS In-Home Family Case | Very Good | N/A to Case | N/A to Case | Optimal | N/A to Case | Very Good | Very Good | Marginal | Very Good | N/A to Case | Very Good | Needs Met |
| **Milford 3rd Quarter 2019 OM4** | | | **50.0%** | **100.0%** | **100.0%** | **100.0%** | | **100.0%** | **75.0%** | **100.0%** | **100.0%** | **50.0%** | **100.0%** | **50.0%** |
| Region II | New Haven | CPS CIP Case | N/A to Case | Very Good | Very Good | Very Good | Optimal | | Very Good | Very Good | Optimal | Optimal | Very Good | Needs Met |
| Region II | New Haven | CPS CIP Case | N/A to Case | Very Good | Very Good | Very Good | Optimal | | Optimal | Very Good | Very Good | Optimal | Marginal | Needs Not Met |
| Region II | New Haven | CPS In-Home Family Case | Very Good | N/A to Case | N/A to Case | Poor | N/A to Case | Marginal | Marginal | Marginal | Marginal | N/A to Case | Very Good | Needs Not Met |
| Region II | New Haven | CPS In-Home Family Case | Very Good | N/A to Case | N/A to Case | Very Good | N/A to Case | Very Good | Very Good | Marginal | Very Good | N/A to Case | Very Good | Needs Not Met |
| **New Haven 3rd Quarter 2019 OM4** | | | **100.0%** | **100.0%** | **100.0%** | **75.0%** | | **100.0%** | **75.0%** | **75.0%** | **100.0%** | **100.0%** | **75.0%** | **50.0%** |
| **Region II OM4 3rd Quarter 2019** | | | **75.0%** | **100.0%** | **100.0%** | **87.5%** | | **100.0%** | **75.0%** | **87.5%** | **100.0%** | **62.5%** | **87.5%** | **37.5%** |
| Region III | Middletown | Services Post Majority CIP Case | N/A to Case | Optimal | Optimal | Optimal | | Optimal | Optimal | Optimal | Optimal | | Optimal | Needs Met |
| Region III | Middletown | CPS In-Home Family Case | Very Good | N/A to Case | N/A to Case | Very Good | N/A to Case | Marginal | Very Good | Very Good | Very Good | N/A to Case | Very Good | Needs Met |
| **Middletown 3rd Quarter 2019 OM4** | | | **100.0%** | **100.0%** | **100.0%** | **100.0%** | | **50.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** |
| Region III | Norwich | CPS CIP Case | N/A to Case | Optimal | Optimal | Very Good | Optimal | | Very Good | Optimal | Very Good | Optimal | Very Good | Needs Met |
| Region III | Norwich | CPS In-Home Family Case | Very Good | N/A to Case | N/A to Case | Very Good | N/A to Case | Marginal | Marginal | Poor | Very Good | N/A to Case | Poor | Needs Not Met |
| Region III | Norwich | CPS CIP Case | N/A to Case | Very Good | Very Good | Very Good | Optimal | | Optimal | Optimal | Very Good | Optimal | N/A to Case | Needs Met |
| Region III | Norwich | CPS CIP Case | N/A to Case | Optimal | Optimal | Very Good | Optimal | | Very Good | Optimal | Very Good | Optimal | Optimal | Needs Met |
| Region III | Norwich | CPS In-Home Family Case | Marginal | N/A to Case | N/A to Case | Very Good | N/A to Case | Marginal | Very Good | Very Good | Marginal | N/A to Case | Marginal | Needs Not Met |
| **Norwich 3rd Quarter 2019 OM4** | | | **50.0%** | **100.0%** | **100.0%** | **100.0%** | | **40.0%** | **80.0%** | **80.0%** | **80.0%** | **100.0%** | **50.0%** | **40.0%** |
| Region III | Willimantic | CPS In-Home Family Case | Very Good | N/A to Case | N/A to Case | Very Good | N/A to Case | Very Good | Very Good | Marginal | Very Good | N/A to Case | Very Good | Needs Met |
| Region III | Willimantic | CPS CIP Case | N/A to Case | Very Good | Very Good | Optimal | Optimal | | Optimal | Optimal | Optimal | Very Good | Optimal | Needs Met |
| Region III | Willimantic | CPS CIP Case | N/A to Case | Optimal | Very Good | Marginal | Optimal | | Very Good | Optimal | Very Good | Optimal | Optimal | Needs Not Met |
| **Willimantic 3rd Quarter 2019 OM4** | | | **100.0%** | **100.0%** | **100.0%** | **66.7%** | | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **66.7%** | **100.0%** | **33.3%** |
| **Region III OM4 3rd Quarter 2019** | | | **80.0%** | **100.0%** | **100.0%** | **90.0%** | | **100.0%** | **60.0%** | **90.0%** | **90.0%** | **80.0%** | **100.0%** | **77.7%** | **50.0%** |
| Region IV | Hartford | CPS CIP Case | N/A to Case | Optimal | Very Good | Optimal | Optimal | | Marginal | Very Good | Very Good | Very Good | Very Good | Needs Met |
| Region IV | Hartford | CPS In-Home Family Case | Marginal | N/A to Case | N/A to Case | Very Good | N/A to Case | Marginal | Very Good | Very Good | Marginal | N/A to Case | Marginal | Needs Not Met |
| Region IV | Hartford | CPS In-Home Family Case | Very Good | N/A to Case | N/A to Case | Very Good | N/A to Case | Very Good | Very Good | Very Good | Very Good | N/A to Case | Very Good | Needs Met |
| Region IV | Hartford | CPS In-Home Family Case | Very Good | N/A to Case | N/A to Case | Very Good | N/A to Case | Very Good | Optimal | Very Good | Marginal | N/A to Case | N/A to Case | Needs Not Met |
| Region IV | Hartford | CPS CIP Case | N/A to Case | Very Good | Very Good | Optimal | Optimal | | Very Good | Very Good | Very Good | N/A to Case | Very Good | Needs Met |
| **Hartford 3rd Quarter 2019 OM4** | | | **66.7%** | **100.0%** | **100.0%** | **83.3%** | | **100.0%** | **83.3%** | **100.0%** | **100.0%** | **60.0%** | **100.0%** | **80.0%** | **83.3%** |
| Region IV | Manchester | CPS CIP Case | N/A to Case | Very Good | Very Good | Optimal | Very Good | | Optimal | Very Good | Very Good | Very Good | Very Good | Needs Met |
| Region IV | Manchester | CPS In-Home Family Case | Very Good | N/A to Case | N/A to Case | Very Good | N/A to Case | Very Good | Very Good | Very Good | Very Good | N/A to Case | Very Good | Needs Met |
| Region IV | Manchester | CPS In-Home Family Case | Very Good | N/A to Case | N/A to Case | Very Good | N/A to Case | Marginal | Very Good | Very Good | Very Good | N/A to Case | Very Good | Needs Met |
| Region IV | Manchester | CPS CIP Case | N/A to Case | Optimal | Marginal | Optimal | Very Good | | Optimal | Very Good | Very Good | Optimal | Very Good | Needs Not Met |
| **Manchester 3rd Quarter 2019 OM4** | | | **100.0%** | **100.0%** | **100.0%** | **75.0%** | | **75.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **50.0%** |
| **Region IV OM4 3rd Quarter 2019** | | | **80.0%** | **100.0%** | **100.0%** | **80.0%** | | **100.0%** | **80.0%** | **100.0%** | **100.0%** | **77.7%** | **100.0%** | **88.9%** | **70.0%** |
| Region V | Danbury | CPS CIP Case | N/A to Case | Very Good | Very Good | Very Good | Very Good | | Marginal | Very Good | Very Good | Very Good | Very Good | Needs Met |
| Region V | Danbury | CPS In-Home Family Case | Very Good | N/A to Case | N/A to Case | Marginal | N/A to Case | Very Good | Very Good | Marginal | Very Good | N/A to Case | Marginal | Needs Not Met |
| **Danbury 3rd Quarter 2019 OM4** | | | **0.0%** | **100.0%** | **100.0%** | **50.0%** | | **0.0%** | **100.0%** | **50.0%** | **100.0%** | **50.0%** | **50.0%** | **0.0%** |
| Region V | Torrington | CPS In-Home Family Case | Very Good | N/A to Case | N/A to Case | Optimal | N/A to Case | Very Good | Optimal | Optimal | Very Good | N/A to Case | Optimal | Needs Met |
| Region V | Torrington | CPS In-Home Family Case | Very Good | N/A to Case | N/A to Case | Very Good | N/A to Case | Very Good | Very Good | Very Good | Very Good | N/A to Case | Very Good | Needs Met |
| **Torrington 3rd Quarter 2019 OM4** | | | **100.0%** | **100.0%** | **100.0%** | **100.0%** | | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** |
| Region V | Waterbury | CPS In-Home Family Case | Very Good | N/A to Case | N/A to Case | Very Good | N/A to Case | Very Good | Marginal | Poor | Marginal | N/A to Case | Poor | Needs Not Met |
| Region V | Waterbury | CPS In-Home Family Case | Very Good | N/A to Case | N/A to Case | Very Good | N/A to Case | Very Good | Very Good | Very Good | Very Good | N/A to Case | Very Good | Needs Met |
| Region V | Waterbury | CPS CIP Case | N/A to Case | Very Good | Very Good | Optimal | Optimal | | Optimal | Very Good | Optimal | Optimal | Very Good | Needs Met |
| Region V | Waterbury | CPS CIP Case | N/A to Case | Very Good | Very Good | Very Good | Optimal | | Optimal | Very Good | Optimal | Very Good | Very Good | Needs Met |
| Region V | Waterbury | CPS In-Home Family Case | Very Good | N/A to Case | N/A to Case | Very Good | N/A to Case | Very Good | Very Good | Optimal | Very Good | N/A to Case | Very Good | Needs Met |
| Region V | Waterbury | CPS In-Home Family Case | Very Good | N/A to Case | N/A to Case | Very Good | N/A to Case | Poor | Very Good | Optimal | Marginal | N/A to Case | Marginal | Needs Not Met |
| **Waterbury 3rd Quarter 2019 OM4** | | | **50.0%** | **100.0%** | **100.0%** | **100.0%** | | **85.7%** | **85.7%** | **85.7%** | **71.4%** | **100.0%** | **85.7%** | **71.4%** |
| **Region V OM4 3rd Quarter 2019** | | | **80.0%** | **100.0%** | **100.0%** | **90.9%** | | **72.7%** | **90.9%** | **81.8%** | **72.7%** | **100.0%** | **72.7%** | **63.6%** |
| Region VI | Meriden | CPS CIP Case | N/A to Case | Optimal | Optimal | Optimal | Optimal | | Very Good | Very Good | Very Good | Optimal | Very Good | Needs Met |
| Region VI | Meriden | CPS In-Home Family Case | Very Good | N/A to Case | N/A to Case | Very Good | N/A to Case | Very Good | Very Good | Very Good | Very Good | N/A to Case | Very Good | Needs Met |
| **Meriden 3rd Quarter 2019 OM4** | | | **100.0%** | **100.0%** | **100.0%** | **100.0%** | | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** |
| Region VI | New Britain | CPS In-Home Family Case | Very Good | N/A to Case | N/A to Case | Very Good | N/A to Case | Very Good | Very Good | Very Good | Very Good | N/A to Case | Very Good | Needs Met |
| Region VI | New Britain | CPS In-Home Family Case | Very Good | N/A to Case | N/A to Case | Marginal | N/A to Case | Very Good | Very Good | Optimal | Marginal | N/A to Case | Very Good | Needs Not Met |
| Region VI | New Britain | CPS CIP Case | N/A to Case | Optimal | Very Good | Very Good | Optimal | | Very Good | Optimal | Very Good | Very Good | Very Good | Needs Met |
| Region VI | New Britain | CPS CIP Case | N/A to Case | Optimal | Optimal | Optimal | Optimal | | Optimal | Very Good | Optimal | Optimal | Very Good | Needs Met |
| Region VI | New Britain | CPS CIP Case | N/A to Case | Very Good | Optimal | Optimal | Optimal | | Optimal | Very Good | Very Good | Optimal | Optimal | Needs Met |
| **New Britain 3rd Quarter 2019 OM4** | | | **100.0%** | **100.0%** | **100.0%** | **83.3%** | | **100.0%** | **100.0%** | **100.0%** | **83.3%** | **100.0%** | **100.0%** | **83.3%** |
| **Region VI OM4 3rd Quarter 2019** | | | **100.0%** | **100.0%** | **100.0%** | **87.5%** | | **100.0%** | **100.0%** | **100.0%** | **87.5%** | **100.0%** | **100.0%** | **87.5%** |
| **Statewide OM4 3rd Quarter 2019** | | | **75.0%** | **100.0%** | **96.3%** | **85.2%** | | **100.0%** | **74.1%** | **94.4%** | **87.0%** | **74.1%** | **100.0%** | **86.3%** | **63.0%** |

*Juan F.* v. Lamont Exit Plan Status Report
February 2020

___

The individual needs identified in the 107 cases sampled over the two quarters of the review period included a total of 157 unmet needs for the Second Quarter 2019 and 168 for cases in the Third Quarter 2019; for a total of 325 for the full period under review (individual cases may have more than one need identified).  The Court Monitor notes that identified unmet needs are down sharply from the 452 unmet reported in the last status report.  The highest noted unmet needs were Individual Counseling for parents (n=30), SW Visitation with Parents (21), DCF Contact with Active Service Providers (19), Individual Counseling for child (n=16), and Dental Screening (n=16).  Client refusal remains the top noted reason for the unmet need.

| Unmet Needs Priority Needs with Identified Barriers During the Prior Six Months | | | |
|---|---|---|---|
| **Need** | **Identified Barrier** | **2nd Quarter 2019** | **3rd Quarter 2019** |
| Adoption Recruitment | No Referral Made by DCF during the period under review | 1 | 0 |
| Adoption Recruitment | Other:  No Adoption Resource Will Accept Youth | 0 | 1 |
| Anger Management | Client Refused Service | 1 | 2 |
| ARG Consultation | No Referral Made by SW during the period under review | 5 | 1 |
| ARG Consultation | Other: Court Delays/Court Schedule | 1 | 0 |
| ARG Consultation | Delay in Referral by SW | 0 | 4 |
| Behavior Management | Placed on Wait List | 1 | 0 |
| Case Management/Support Advocacy | Delays in Referrals | 5 | 4 |
| Case Management/Support Advocacy | Other:  Untimely filing of TPR | 1 | 0 |
| Case Management/Support Advocacy | Other:  Lack of assessment of child active in case | 1 | 0 |
| Case Management/Support Advocacy | DCF Failed to Properly Assess Child/Family Member related to this need during the period under review | 1 | 1 |
| Day Treatment/Partial Hospitalization | Client Refused Service | 0 | 1 |
| DCF/Provider Contacts | Delays in Referrals | 4 | 3 |
| DCF/Provider Contacts | Client refused ROI | 1 | 0 |
| DCF/Provider Contacts | No Referral Made by DCF during the period under review | 1 | 4 |
| DCF/Provider Contacts | Provider Issues - Staffing, Lack of Follow Through, etc. | 1 | 1 |
| DCF/Provider Contacts | DCF Failed to Properly Assess Child/Family Member related to identified service during the period under review | 1 | 3 |

*Juan F.* v. Lamont Exit Plan Status Report
February 2020

| Need | Identified Barrier | 2nd Quarter 2019 | 3rd Quarter 2019 |
|------|-------------------|------------------|------------------|
| Dental or Orthodontic Services | Client Refused Service | 0 | 1 |
| Dental or Orthodontic Services | No Referral Made by DCF during the period under review | 0 | 1 |
| Dental Screening or Evaluation | Client Refused Service | 4 | 6 |
| Dental Screening or Evaluation | No Referral Made by DCF during the period under review | 3 | 0 |
| Dental Screening or Evaluation | Delay in Referral by SW | 1 | 0 |
| Dental Screening or Evaluation | DCF Failed to Properly Assess Child/Family Member related to this need during the period under review | 1 | 0 |
| Dental Screening or Evaluation | Provider Issues - Staffing, Lack of Follow Through, etc. | 0 | 1 |
| Detoxification - Parent | Client Refused Service | 0 | 1 |
| Developmental Screening or Evaluation | Client Refused Service | 1 | 0 |
| Domestic Violence Services - Perpetrator | Client Refused Service | 1 | 0 |
| Domestic Violence Services - Victim | Service Deferred Pending Completion of Another | 1 | 0 |
| Domestic Violence Services - Victim | Placed on Wait List | 1 | 1 |
| Domestic Violence Services - Victim | Client Refused Service | 0 | 3 |
| Domestic Violence Services - Victim | UTD from Case Plan or Narratives | 0 | 1 |
| Drug/Alcohol Education Services - Child | No Referral Made by DCF during the period under review | 1 | 0 |
| Drug/Alcohol Education Services - Parent | Client Refused Service | 0 | 1 |
| Drug/Alcohol Testing - Parent | Client Refused Service | 0 | 3 |
| Drug/Alcohol Testing - Parent | Delay in Referral by SW | 0 | 1 |
| Drug/Alcohol Testing - Parent | Area Office did not Respond to reviewer request for clarification | 0 | 1 |
| Educational Screening or Evaluation | Client Refused Service | 1 | 2 |
| Educational Screening or Evaluation | No Referral Made by DCF during the period under review | 1 | 0 |
| Educational Screening or Evaluation | DCF Failed to Properly Assess Child/Family Member related to this need during the period under review | 0 | 2 |
| Emergency Adult/Family Shelter | Client Refused Service | 2 | 0 |
| Family Advocacy - Child | Client Refused Service | 0 | 1 |
| Family or Marital Counseling | Client Refused Service | 2 | 1 |
| Family or Marital Counseling | No Referral Made by DCF during the period under review | 1 | 0 |
| Family or Marital Counseling | Provider Issues - Staffing, Lack of Follow Through, etc. | 1 | 0 |
| | | | |

*Juan F.* v. Lamont Exit Plan Status Report
February 2020

| Need | Identified Barrier | 2nd Quarter 2019 | 3rd Quarter 2019 |
|------|-------------------|------------------|------------------|
| Family Preservation Services | Delay in Referral by SW | 1 | 0 |
| Family Preservation Services | Service Does Not Exist in local community | 1 | 0 |
| Family Preservation Services | Client Engaged after lengthy Delay | 1 | 0 |
| Family Preservation Services | DCF Failed to Properly Assess Child/Family Member related to this need during the period under review | 1 | 0 |
| Family Preservation Services | Client Refused Service | 0 | 1 |
| Family Reunification Services | Client Refused Service | 1 | 0 |
| Family Reunification Services | Delay in Referral by SW | 1 | 0 |
| Family Reunification Services | Provider Issues - Staffing, Lack of Follow Through, etc. | 1 | 0 |
| Family Reunification Services | Placed on Wait List | 1 | 0 |
| Family Stabilization Services | No Referral Made by DCF during the period under review | 0 | 1 |
| Group Counseling - Parent | Client Refused Service | 1 | 0 |
| Group Home | Approval Process | 1 | 0 |
| Head Start Services | Client Refused Service | 2 | 0 |
| Health/Medical Screening or Evaluation | Delay in Referral by SW | 1 | 1 |
| Health/Medical Screening or Evaluation | No Referral Made by DCF during the period under review | 1 | 0 |
| Health/Medical Screening or Evaluation | UTD from Case Plan or Narratives | 1 | 0 |
| Health/Medical Screening or Evaluation | Client Refused Service | 0 | 6 |
| Housing Assistance (Section 8) | Approval Process | 1 | 0 |
| Housing Assistance (Section 8) | Client Refused Service | 1 | 1 |
| Housing Assistance (Section 8) | Placed on Wait List | 1 | 0 |
| Housing Assistance (Section 8) | No Slots Available | 1 | 0 |
| Housing Assistance (Section 8) | No Service Identified to Meet this Need | 1 | 0 |
| Housing Assistance (Section 8) | Delay in Referral by SW | 0 | 1 |
| Housing Assistance (Section 8) | Service Deferred Pending Completion of Another | 0 | 1 |
| Housing Assistance (Section 8) | UTD from Case Plan or Narratives | 0 | 1 |

*Juan F.* v. Lamont Exit Plan Status Report
February 2020

| Need | Identified Barrier | 2nd Quarter 2019 | 3rd Quarter 2019 |
|---|---|---|---|
| IEP Programming | Provider Issues - Staffing, Lack of Follow Through, etc. | 4 | 0 |
| IEP Programming | Client Refused Service | 2 | 0 |
| IEP Programming | DCF Failed to Properly Assess Child/Family Member related to this need during the period under review | 0 | 1 |
| Individual Counseling - Child | Client Refused Service | 4 | 6 |
| Individual Counseling - Child | Delay in Referral by SW | 1 | 2 |
| Individual Counseling - Child | Service Deferred Pending Completion of Another | 1 | 0 |
| Individual Counseling - Child | No Referral Made by DCF during the period under review | 0 | 1 |
| Individual Counseling - Child | Placed on Wait List | 0 | 1 |
| Individual Counseling - Parent | Client Refused Service | 10 | 14 |
| Individual Counseling - Parent | Service Deferred Pending Completion of Another | 3 | 0 |
| Individual Counseling - Parent | Provider Issues - Staffing, Lack of Follow Through, etc. | 1 | 0 |
| Individual Counseling - Parent | Other Barrier - Client engaged sporadically | 1 | 0 |
| Individual Counseling - Parent | Delay in Referral by SW | 0 | 1 |
| In-Home Parent Education Services | Client Refused Service | 1 | 4 |
| In-Home Parent Education Services | Delay in Referral by SW | 1 | 1 |
| In-Home Parent Education Services | No Service Identified to Meet this Need | 1 | 0 |
| In-Home Treatment | Client Refused Service | 1 | 2 |
| In-Home Treatment | Placed on Wait List | 1 | 0 |
| In-Home Treatment | Delay in Referral by SW | 0 | 1 |
| In-Home Treatment | No Referral Made by DCF during the period under review | 0 | 1 |
| In-Home Treatment | Insurance Issues | 0 | 1 |
| In-Home Treatment | DCF Failed to Properly Assess Child/Family Member related to this need during the period under review | 0 | 1 |

*Juan F.* v. Lamont Exit Plan Status Report
February 2020

_____

| Need | Identified Barrier | 2nd Quarter 2019 | 3rd Quarter 2019 |
|---|---|---|---|
| Inpatient Substance Abuse Treatment - Parent | Client Refused Service | 2 | 1 |
| Inpatient Substance Abuse Treatment - Parent | Provider Issues - Staffing, Lack of Follow Through, etc. | 0 | 1 |
| Job Coaching/Placement | No Service Identified to Meet this Need | 0 | 1 |
| Maintaining Family Ties | No Referral Made by DCF during the period under review | 1 | 0 |
| Medically Fragile Supports/Services | Service Does Not Exist in local community | 1 | 0 |
| Medication Management - Child | Client Refused Service | 1 | 0 |
| Medication Management - Child | Delay in Referral by SW | 0 | 1 |
| Medication Management - Child | Placed on Wait List | 0 | 1 |
| Medication Management - Parent | Client Refused Service | 0 | 2 |
| Mental Health Screening or Evaluation - Child | Placed on Wait List | 1 | 0 |
| Mental Health Screening or Evaluation - Child | No Service Identified to Meet this Need | 1 | 1 |
| Mental Health Screening or Evaluation - Child | DCF Failed to Properly Assess Child/Family Member related to this need during the period under review | 1 | 0 |
| Mental Health Screening or Evaluation - Child | Client Refused Service | 0 | 1 |
| Mental Health Screening or Evaluation - Child | No Referral Made by DCF during the period under review | 0 | 1 |
| Mental Health Screening or Evaluation - Child | Service Deferred Pending Completion of Another | 0 | 1 |
| Mental Health Screening or Evaluation - Parent | Client Refused Service | 6 | 6 |
| Mental Health Screening or Evaluation - Parent | No Service Identified to Meet this Need | 1 | 1 |
| Mentoring | Client Refused Service | 2 | 0 |
| Mentoring | Placed on Wait List | 0 | 1 |
| Other Medical Intervention: Orthopedist | Delay in Referral by SW | 0 | 1 |
| Other OOH Service - Legal | Neglect Petitions not filed | 1 | 0 |
| Other OOH Service - Legal | Child in care 3+ years with no TPR or exception filed | 1 | 0 |
| Other OOH Service - Legal | Delay in Filing TPR/No TPR filed during the period under review | 0 | 2 |
| Other OOH Service - Legal | Delays in filing PTOG/STOG | 0 | 2 |

*Juan F.* v. Lamont Exit Plan Status Report
February 2020

| Need | Identified Barrier | 2nd Quarter 2019 | 3rd Quarter 2019 |
|---|---|---|---|
| Other State Agency Program (DDS, DMHAS, MSS) | No Referral Made by DCF during the period under review | 1 | 0 |
| Other State Agency Program (DDS, DMHAS, MSS) | Client Refused Service | 0 | 1 |
| Outpatient Substance Abuse Treatment - Parent | Client Refused Service | 8 | 5 |
| Parenting Classes | Client Refused Service | 1 | 0 |
| Parenting Classes | No Referral Made by DCF during the period under review | 1 | 0 |
| Parenting Classes | Client Refused Service | 1 | 0 |
| Parenting Classes | Service Deferred Pending Completion of Another | 0 | 1 |
| Parenting Groups | Service Deferred Pending Completion of Another | 1 | 0 |
| Parenting Groups | Client Refused Service | 0 | 2 |
| Problem Sexual Behavior Evaluation | Client Refused Service | 1 | 0 |
| Psychiatric Hospitalization - Child | No Slots Available | 1 | 0 |
| Psychiatric Hospitalization - Child | Placed on Wait List | 0 | 1 |
| Psychological or Psychosocial Evaluation - Child | Client Refused Service | 1 | 0 |
| Psychological or Psychosocial Evaluation - Parent | Client Refused Service | 1 | 0 |
| Psychological or Psychosocial Evaluation - Parent | Other - Determination of Court | 1 | 0 |
| Relative Foster Care | No Referral Made by DCF during the period under review | 1 | 0 |
| Relative Foster Care | Other:  Delay in Licensing | 0 | 1 |
| Relative Foster Care | Other:  Identified Relative Unwilling to Foster | 0 | 1 |
| Residential Facility | No Service Identified to Meet this Need | 1 | 0 |
| Substance Abuse Screening - Child | Client Refused Service | 1 | 0 |
| Substance Abuse Screening - Child | No Referral Made by DCF during the period under review | 1 | 0 |
| Substance Abuse Screening - Parent | Client Refused Service | 5 | 5 |
| Substance Abuse Screening - Parent | Delay in Referral by SW | 1 | 1 |
| Substance Abuse Screening - Parent | No Service Identified to Meet this Need | 1 | 0 |
| Substance Abuse Screening - Parent | No Referral Made by DCF during the period under review | 0 | 1 |
| Supportive Housing for Recovering Families | Placed on Wait List | 2 | 0 |
| Supportive Housing for Recovering Families | No Service Identified to Meet this Need | 1 | 0 |
| Supportive Housing for Recovering Families | DCF Failed to Properly Assess Child/Family Member related to this need during the period under review | 1 | 0 |
| Supportive Housing for Recovering Families | UTD from Case Plan or Narratives | 0 | 1 |

*Juan F.* v. Lamont Exit Plan Status Report
February 2020

| Need | Identified Barrier | 2nd Quarter 2019 | 3rd Quarter 2019 |
|---|---|---|---|
| SW/Child Visitation | Delays in Visitation | 1 | 4 |
| SW/Child Visitation | DCF Failed to Properly Assess Child/Family Member related to this need during the period under review | 1 | 4 |
| SW/Parent Visitation | Client Refused Service | 1 | 2 |
| SW/Parent Visitation | Area Office did not Respond to reviewer request for clarification | 1 | 0 |
| SW/Parent Visitation | DCF Failed to Properly Assess Child/Family Member related to this need during the period under review | 1 | 4 |
| SW/Parent Visitation | Delays in Visitation | 0 | 6 |
| SW/Parent Visitation | UTD from Case Plan or Narratives | 0 | 2 |
| VNA Services | Referred Service Unwilling to Engage Client | 1 | 0 |
| **Total Unmet Needs Identified** | | **157** | **168** |

In looking at discussion of the unmet needs identified within the six-month planning cycle reviewed, reviewers noted that most cases addressed all (42.1%) or some (26.2%) of these needs in the approved plan going forward.

There are a total of 7 cases in which needs and services unmet during the prior period were discussed at the ACR but were not addressed in the current approved case plan.

| Were all needs and services unmet during the prior six months discussed at the ACR and, as appropriate, incorporated as action steps on the current case plan? | | | |
|---|---|---|---|
| **Need Unmet Incorporated into the Current Case Plan** | **Frequency 2nd Quarter** | **Frequency 3rd Quarter** | **Semi-Annual Frequency** |
| **Yes - All** | 21 | 24 | 45 |
| **Yes - Partially** | 14 | 14 | 28 |
| **No - None** | 4 | 3 | 7 |
| **N/A - There are no Unmet Needs** | 7 | 9 | 16 |
| **N/A - this is the initial plan** | 7 | 4 | 11 |
| **Total** | 53 | 54 | 107 |

In looking at the recurrence of unmet needs across consecutive planning cycles, the review found that during each quarter there were 21 cases (39.6%) identifying the same unmet need carrying across the two planning case planning cycles.

_____

Reviewers also noted that there continue to be discrepancies between issues noted in the case record (or identified at the ACR) and those incorporated into the case plan.  This occurred related to 47 needs during the Second Quarter and 36 needs during the Third Quarter.  This does not mean that the agency was not working on addressing the priority need, but rather that the case plan failed to accurately identify the priority need for the families as evidenced by the documentation or noted at ACR.

*Juan F.* v. Lamont Exit Plan Status Report
February 2020
_____

## JUAN F. ACTION PLAN MONITORING REPORT

### November 2019

This report includes data relevant to the permanency and placement issues and action steps embodied within the Action Plan.  Data provided comes from the monthly point-in-time information from LINK and the Chapin Hall database.

## A. PERMANENCY ISSUES

### Progress Towards Permanency:

The following table developed using the Chapin Hall database provides a longitudinal view of permanency for annual admission cohorts from 2006 through 2019.

**Figure 1:  Children Exiting With Permanency, Exiting Without Permanency, Unknown Exits and Remaining In Care (Entry Cohorts)**

| | Period of Entry to Care | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **2012** | **2013** | **2014** | **2015** | **2016** | **2017** | **2018** | **2019** |
| *Total Entries* | 3408 | 2853 | 2829 | 2628 | 2694 | 2298 | 1859 | 2005 | 1929 | 1988 | 2257 | 2082 | 2357 | 1652 |
| | | | | | | | | | | | | | | |
| *In 1 yr* | 1262 | 1095 | 1098 | 1093 | 1025 | 707 | 560 | 535 | 499 | 427 | 566 | 542 | | |
| | 37.0% | 38.4% | 38.8% | 41.6% | 38.0% | 30.8% | 30.1% | 26.7% | 25.9% | 21.5% | 25.1% | 25.9% | | |
| *In 2 yrs* | 1972 | 1675 | 1676 | 1582 | 1378 | 1052 | 857 | 841 | 791 | 754 | 903 | | | |
| | 57.9% | 58.7% | 59.2% | 60.2% | 51.2% | 45.8% | 46.1% | 41.9% | 41.0% | 37.9% | 40.0% | | | |
| *In 3 yrs* | 2324 | 1974 | 1943 | 1792 | 1676 | 1245 | 1035 | 1072 | 1000 | 972 | | | | |
| | 68.2% | 69.2% | 68.7% | 68.2% | 62.2% | 54.2% | 55.7% | 53.5% | 51.8% | 48.9% | | | | |
| *In 4 yrs* | 2500 | 2090 | 2033 | 1895 | 1780 | 1357 | 1119 | 1159 | 1111 | | | | | |
| | 73.4% | 73.3% | 71.9% | 72.1% | 66.1% | 59.1% | 60.2% | 57.8% | 57.6% | | | | | |
| *To Date* | 2622 | 2174 | 2121 | 1953 | 1851 | 1436 | 1160 | 1211 | 1160 | 1082 | 1191 | 836 | 571 | 182 |
| | 76.9% | 76.2% | 75.0% | 74.3% | 68.7% | 62.5% | 62.4% | 60.4% | 60.1% | 54.4% | 52.8% | 40.2% | 24.2% | 11.0% |
| *Non-Permanent Exits* | | | | | | | | | | | | | | |
| *In 1 yr* | 259 | 263 | 250 | 208 | 196 | 138 | 95 | 125 | 111 | 95 | 68 | 62 | | |
| | 7.6% | 9.2% | 8.8% | 7.9% | 7.3% | 6.0% | 5.1% | 6.2% | 5.8% | 4.8% | 3.0% | 25.9% | | |
| *In 2 yrs* | 345 | 318 | 320 | 267 | 243 | 188 | 146 | 182 | 140 | 124 | 89 | | | |
| | 10.1% | 11.1% | 11.3% | 10.2% | 9.0% | 8.2% | 7.9% | 9.1% | 7.3% | 6.2% | 3.9% | | | |
| *In 3 yrs* | 401 | 354 | 363 | 300 | 275 | 220 | 190 | 218 | 157 | 156 | | | | |
| | 11.8% | 12.4% | 12.8% | 11.4% | 10.2% | 9.6% | 10.2% | 10.9% | 8.1% | 7.8% | | | | |
| *In 4 yrs* | 449 | 392 | 394 | 328 | 309 | 257 | 218 | 236 | 176 | | | | | |
| | 13.2% | 13.7% | 13.9% | 12.5% | 11.5% | 11.2% | 11.7% | 11.8% | 9.1% | | | | | |
| *To Date* | 553 | 468 | 476 | 408 | 385 | 303 | 255 | 277 | 200 | 182 | 116 | 98 | 92 | 42 |
| | 16.2% | 16.4% | 16.8% | 15.5% | 14.3% | 13.2% | 13.7% | 13.8% | 10.4% | 9.2% | 5.1% | 4.7% | 3.9% | 2.5% |

40

*Juan F.* v. Lamont Exit Plan Status Report
February 2020

| | Period of Entry to Care | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| **Unknown Exits** | | | | | | | | | | | | | | |
| **In 1 yr** | 76 | 61 | 60 | 75 | 127 | 205 | 133 | 101 | 112 | 197 | 252 | 245 | | |
| | 2.2% | 2.1% | 2.1% | 2.9% | 4.7% | 8.9% | 7.2% | 5.0% | 5.8% | 9.9% | 11.2% | 11.9% | | |
| **In 2 yrs** | 117 | 97 | 91 | 139 | 303 | 399 | 254 | 310 | 341 | 432 | 501 | | | |
| | 3.4% | 3.4% | 3.2% | 5.3% | 11.2% | 17.4% | 13.7% | 15.5% | 17.7% | 21.7% | 22.2% | | | |
| **In 3 yrs** | 140 | 123 | 125 | 192 | 380 | 475 | 336 | 397 | 442 | 532 | | | | |
| | 4.1% | 4.3% | 4.4% | 7.3% | 14.1% | 20.7% | 18.1% | 19.8% | 22.9% | 26.8% | | | | |
| **In 4 yrs** | 167 | 155 | 167 | 217 | 399 | 499 | 375 | 443 | 478 | | | | | |
| | 4.9% | 5.4% | 5.9% | 8.3% | 14.8% | 21.7% | 20.2% | 22.1% | 24.8% | | | | | |
| **To Date** | 225 | 206 | 214 | 252 | 438 | 537 | 417 | 475 | 494 | 575 | 652 | 569 | 384 | 70 |
| | 6.6% | 7.2% | 7.6% | 9.6% | 16.3% | 23.4% | 22.4% | 23.7% | 25.6% | 28.9% | 28.9% | 27.3% | 16.3% | 4.2% |
| **Remain In Care** | | | | | | | | | | | | | | |
| **In 1 yr** | 1811 | 1434 | 1421 | 1252 | 1346 | 1248 | 1071 | 1244 | 1207 | 1269 | 1371 | 1233 | | |
| | 53.1% | 50.3% | 50.2% | 47.6% | 50.0% | 54.3% | 57.6% | 62.0% | 62.6% | 63.8% | 60.7% | 59.2% | | |
| **In 2 yrs** | 974 | 763 | 742 | 640 | 770 | 659 | 602 | 672 | 657 | 678 | 764 | | | |
| | 28.6% | 26.7% | 26.2% | 24.4% | 28.6% | 28.7% | 32.4% | 33.5% | 34.1% | 34.1% | 33.9% | | | |
| **In 3 yrs** | 543 | 402 | 398 | 344 | 363 | 358 | 298 | 318 | 330 | 328 | | | | |
| | 15.9% | 14.1% | 14.1% | 13.1% | 13.5% | 15.6% | 16.0% | 15.9% | 17.1% | 16.5% | | | | |
| **In 4 yrs** | 292 | 216 | 235 | 188 | 206 | 185 | 147 | 167 | 164 | | | | | |
| | 8.6% | 7.6% | 8.3% | 7.2% | 7.6% | 8.1% | 7.9% | 8.3% | 8.5% | | | | | |
| **To Date** | 8 | 5 | 18 | 15 | 20 | 22 | 27 | 42 | 75 | 149 | 298 | 579 | 1310 | 1358 |
| | 0.2% | 0.2% | 0.6% | 0.6% | 0.7% | 1.0% | 1.5% | 2.1% | 3.9% | 7.5% | 13.2% | 27.8% | 55.6% | 82.2% |

The following graphs show how the ages of children upon their entry to care, as well as at the time of exit, differ depending on the overall type of exit (permanent or non-permanent).

*Juan F.* v. Lamont Exit Plan Status Report
February 2020

_____

**FIGURE 2:  CHARACTERISTICS OF CHILDREN EXITING WITH AND WITHOUT PERMANENCY (2018 EXIT COHORT)**



**Permanency Goals:**

The following chart illustrates and summarizes the number of children (which excludes youth ages 18 and older) at various stages of placement episodes, and provides the distribution of Permanency Goals selected for them.

42

*Juan F.* v. Lamont Exit Plan Status Report
February 2020

**FIGURE 3:   DISTRIBUTION OF PERMANENCY GOALS ON THE PATH TO PERMANENCY (CHILDREN IN CARE ON NOVEMBER 4, 2019[4])**



**Preferred Permanency Goals:**

| Reunification | Aug 2018 | Nov 2018 | Feb 2019 | May 2019 | Aug 2019 | Nov 2019 |
|---|---|---|---|---|---|---|
| Total number of children with Reunification goal, pre-TPR and post-TPR | 1615 | 1587 | 1673 | 1589 | 1557 | 1501 |
| Number of children with Reunification goal pre-TPR | 1614 | 1586 | 1671 | 1588 | 1557 | 1498 |
| • Number of children with Reunification goal, pre-TPR, >= 15 months in care | 283 | 256 | 278 | 237 | 251 | 240 |
| • Number of children with Reunification goal, pre-TPR, >= 36 months in care | 29 | 30 | 29 | 25 | 26 | 35 |
| Number of children with Reunification goal, post-TPR | 1 | 1 | 2 | 1 | 0 | 3 |

---

[4] Children over age 18 are not included in these figures.

*Juan F.* v. Lamont Exit Plan Status Report
February 2020

| Transfer of Guardianship (Subsidized and Non-Subsidized) | Aug 2018 | Nov 2018 | Feb 2019 | May 2019 | Aug 2019 | Nov 2019 |
|---|---|---|---|---|---|---|
| Total number of children with Transfer of Guardianship goal (subsidized and non-subsidized), pre-TPR and post TPR | 558 | 558 | 567 | 604 | 585 | 636 |
| Number of children with Transfer of Guardianship goal (subsidized and non-subsidized), pre-TPR | 548 | 548 | 560 | 592 | 574 | 629 |
| • Number of children with Transfer of Guardianship goal (subsidized and non-subsidized , pre-TPR, >= 22 months) | 223 | 230 | 225 | 214 | 181 | 196 |
| • Number of children with Transfer of Guardianship goal (subsidized and non-subsidized), pre-TPR , >= 36 months) | 63 | 64 | 68 | 81 | 73 | 71 |
| Number of children with Transfer of Guardianship goal (subsidized and non-subsidized), post-TPR | 10 | 10 | 7 | 12 | 11 | 7 |

| Adoption | Aug 2018 | Nov 2018 | Feb 2019 | May 2019 | Aug 2019 | Nov 2019 |
|---|---|---|---|---|---|---|
| Total number of children with Adoption goal, pre-TPR and post-TPR | 1198 | 1249 | 1189 | 1257 | 1266 | 1224 |
| Number of children with Adoption goal, pre-TPR | 626 | 675 | 689 | 714 | 717 | 700 |
| Number of children with Adoption goal, TPR not filed, >= 15 months in care | 194 | 207 | 225 | 237 | 229 | 242 |
| • Reason TPR not filed, Compelling Reason | 9 | 10 | 10 | 10 | 11 | 6 |
| • Reason TPR not filed, petitions in progress | 31 | 29 | 30 | 30 | 39 | 61 |
| • Reason TPR not filed , child is in placement with relative | 8 | 5 | 2 | 4 | 6 | 6 |
| • Reason TPR not filed, services needed not provided | 3 | 1 | 4 | 4 | 1 | 2 |
| • Reason TPR not filed, blank | 143 | 162 | 179 | 189 | 172 | 167 |
| Number of cases with Adoption goal post-TPR | 572 | 574 | 500 | 543 | 549 | 524 |
| • Number of children with Adoption goal, post-TPR, in care >= 15 months | 552 | 541 | 471 | 504 | 515 | 497 |
| • Number of children with Adoption goal, post-TPR, in care >= 22 months | 473 | 483 | 414 | 417 | 434 | 415 |
| Number of children with Adoption goal, post-TPR, no barrier, > 3 months since TPR | 14 | 14 | 9 | 6 | 7 | 9 |
| Number of children with Adoption goal, post-TPR, with barrier, > 3 months since TPR | 42 | 39 | 27 | 30 | 29 | 22 |
| Number of children with Adoption goal, post-TPR, with blank barrier, > 3 months since TPR | 361 | 317 | 251 | 246 | 315 | 271 |

*Juan F.* v. Lamont Exit Plan Status Report
February 2020

| Progress Towards Permanency: | Aug 2018 | Nov 2018 | Feb 2019 | May 2019 | Aug 2019 | Nov 2019 |
|---|---|---|---|---|---|---|
| Total number of children, pre-TPR, TPR not filed, >=15 months in care, no compelling reason | 686 | 667 | 725 | 653 | 645 | 677 |

## Non-Preferred Permanency Goals:

| Long Term Foster Care Relative: | Aug 2018 | Nov 2018 | Feb 2019 | May 2019 | Aug 2019 | Nov 2019 |
|---|---|---|---|---|---|---|
| Total number of children with Long Term Foster Care Relative goal | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of children with Long Term Foster Care Relative goal, pre-TPR | 0 | 0 | 0 | 0 | 0 | 0 |
| • Number of children with Long Term Foster Care goal, 12 years old and under, pre-TPR | 0 | 0 | 0 | 0 | 0 | 0 |
| Long Term Foster Care Rel. goal, post-TPR | 0 | 0 | 0 | 0 | 0 | 0 |
| • Number of children with Long Term Foster Care Relative goal, 12 years old and under, post-TPR | 0 | 0 | 0 | 0 | 0 | 0 |

| OPPLA | Aug 2018 | Nov 2018 | Feb 2019 | May 2019 | Aug 2019 | Nov 2019 |
|---|---|---|---|---|---|---|
| Total number of children with OPPLA goal | 129 | 113 | 107 | 117 | 131 | 136 |
| Number of children with OPPLA goal, pre-TPR | 97 | 86 | 80 | 92 | 104 | 107 |
| • Number of children with OPPLA goal, 12 years old and under, pre-TPR | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of children with OPPLA goal, post-TPR | 32 | 27 | 27 | 25 | 27 | 29 |
| • Number of children with OPPLA goal, 12 years old and under, post-TPR | 0 | 0 | 0 | 0 | 0 | 0 |

## Missing Permanency Goals:

| | Aug 2018 | Nov 2018 | Feb 2019 | May 2019 | Aug 2019 | Nov 2019 |
|---|---|---|---|---|---|---|
| Number of children, with no Permanency goal, pre-TPR, >= 2 months in care | 15 | 17 | 13 | 11 | 16 | 21 |
| Number of children, with no Permanency goal, pre-TPR, >= 6 months in care | 8 | 6 | 4 | 7 | 8 | 13 |
| Number of children, with no Permanency goal, pre-TPR, >= 15 months in care | 6 | 4 | 2 | 4 | 0 | 6 |
| Number of children, with no Permanency goal, pre-TPR, TPR not filed, >= 15 months in care, no compelling reason | 3 | 2 | 2 | 1 | 0 | 4 |

*Juan F.* v. Lamont Exit Plan Status Report
February 2020
_____

## B.  PLACEMENT ISSUES

### Placement Experiences of Children

The following chart shows the change in use of family and congregate care for admission cohorts between 2006 and 2019.



**Children's Initial Placement Type (by Entry Cohort)**

The next table shows specific care types used month-by-month for entries between October 2018 and September 2019.

| Case Summaries | | enterOct18 | enterNov18 | enterDec18 | enterJan19 | enterFeb19 | enterMar19 | enterApr19 | enterMay19 | enterJun19 | enterJul19 | enterAug19 | enterSep19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Residential | N | | 1 | 4 | 3 | 2 | 4 | 4 | 4 | 2 | 1 | 3 | 2 | 1 |
| | % | | 0.5 | 2.6 | 1.7 | 1.4 | 1.9 | 2.4 | 1.1 | 0.5 | 1.7 | 1.0 | 0.6 |
| DCF Facilities | N | | 1 | | | | | | | 3 | | 3 | 1 |
| | % | | 0.5 | | | | | | | 1.6 | | 1.7 | 0.6 |
| Foster Care | N | 102 | 101 | 56 | 100 | 70 | 123 | 79 | 107 | 94 | 106 | 84 | 79 |
| | % | 51.5 | 47.0 | 36.6 | 55.2 | 47.6 | 57.5 | 46.5 | 56.3 | 46.8 | 60.2 | 42.6 | 44.9 |
| Group Home | N | 1 | | 1 | 1 | | 1 | 1 | 2 | 1 | 1 | 2 | 2 |
| | % | 0.5 | | 0.7 | 0.6 | | 0.5 | 0.6 | 1.1 | 0.5 | 0.6 | 1.0 | 1.1 |
| Relative Care | N | 64 | 76 | 61 | 52 | 60 | 63 | 58 | 47 | 73 | 46 | 81 | 72 |
| | % | 32.3 | 35.3 | 39.9 | 28.7 | 40.8 | 29.4 | 34.1 | 24.7 | 36.3 | 26.1 | 41.1 | 40.9 |
| Medical | N | 5 | 10 | 4 | 2 | 3 | 7 | 5 | 3 | 13 | 2 | 3 | 3 |
| | % | 2.5 | 4.7 | 2.6 | 1.1 | 2.0 | 3.3 | 2.9 | 1.6 | 6.5 | 1.1 | 1.5 | 1.7 |
| Safe Home | N | 3 | 4 | 4 | 4 | 2 | 4 | 3 | 6 | 6 | 3 | 6 | 3 |
| | % | 1.5 | 1.9 | 2.6 | 2.2 | 1.4 | 1.9 | 1.8 | 3.2 | 3.0 | 1.7 | 3.0 | 1.7 |
| Shelter | N | 2 | 4 | 4 | 6 | 2 | 5 | 5 | 10 | 2 | 2 | 3 | 2 |
| | % | 1.0 | 1.9 | 2.6 | 3.3 | 1.4 | 2.3 | 2.9 | 5.3 | 1.0 | 1.1 | 1.5 | 1.1 |
| Special Study | N | 21 | 18 | 19 | 13 | 8 | 7 | 15 | 10 | 11 | 10 | 16 | 13 |
| | % | 10.6 | 8.4 | 12.4 | 7.2 | 5.4 | 3.3 | 8.8 | 5.3 | 5.5 | 5.7 | 8.1 | 7.4 |
| Total | N | 198 | 215 | 153 | 181 | 147 | 214 | 170 | 190 | 201 | 176 | 197 | 176 |
| | % | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |

*Juan F.* v. Lamont Exit Plan Status Report
February 2020

The chart below shows the change in level of care usage over time for different age groups.



**Children's Initial Placement Settings By Age And Entry Cohort**

*Juan F.* v. Lamont Exit Plan Status Report
February 2020

It is also useful to look at where children spend most of their time in DCF care.  The chart below shows this for admission of the 2006 through 2019 admission cohorts.



**Children's Predominant Placement Type (by Entry Cohort)**

The following chart shows monthly statistics of children who exited from DCF placements between October 2018 and September 2019, and the portion of those exits within each placement type from which they exited.

| Case Summaries | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Last placement type in spell (as of censor date) | | exitOct18 | exitNov18 | exitDec18 | exitJan19 | exitFeb19 | exitMar19 | exitApr19 | exitMay19 | exitJun19 | exitJul19 | exitAug19 | exitSep19 |
| Residential | N | 4 | 3 | 4 | 2 | 4 | 1 | 8 | 1 | 3 | 3 | 1 | |
| | % | 2.3 | | 1.8 | 2.4 | 1.5 | 2.5 | 0.5 | 4.3 | 0.5 | 1.8 | 1.4 | 0.7 |
| DCF Facilities | N | 1 | | 2 | | 1 | 2 | | | | 1 | | |
| | % | 0.6 | | 1.2 | | 0.7 | 1.2 | | | | 0.6 | | |
| Foster Care | N | 77 | 121 | 66 | 70 | 58 | 59 | 84 | 74 | 100 | 74 | 103 | 76 |
| | % | 44.3 | 49.4 | 39.5 | 41.7 | 43.3 | 36.2 | 45.2 | 39.8 | 53.2 | 44.8 | 48.1 | 51.7 |
| Group Home | N | 4 | 6 | 4 | 7 | 6 | 2 | 5 | 3 | 4 | 1 | 2 | 3 |
| | % | 2.3 | 2.4 | 2.4 | 4.2 | 4.5 | 1.2 | 2.7 | 1.6 | 2.1 | 0.6 | 0.9 | 2.0 |
| Independent Living | N | 2 | 2 | 5 | 2 | 3 | 4 | 5 | 5 | | 2 | | 3 |
| | % | 1.1 | 0.8 | 3.0 | 1.2 | 2.2 | 2.5 | 2.7 | 2.7 | | 1.2 | | 2.0 |
| Relative Care | N | 62 | 83 | 66 | 64 | 56 | 67 | 71 | 72 | 67 | 59 | 79 | 55 |
| | % | 35.6 | 33.9 | 39.5 | 38.1 | 41.8 | 41.1 | 38.2 | 38.7 | 35.6 | 35.8 | 36.9 | 37.4 |
| Medical | N | 1 | 8 | 6 | 1 | 2 | 2 | 3 | | 1 | | 3 | |
| | % | 0.6 | 3.3 | 3.6 | 0.6 | 1.5 | 1.2 | 1.6 | | 0.5 | | 1.4 | |
| Safe Home | N | 1 | 1 | 3 | 1 | 1 | 1 | 2 | 1 | 4 | 2 | 2 | |
| | % | 0.6 | 0.4 | 1.8 | 0.6 | 0.7 | 0.6 | 1.1 | 0.5 | 2.1 | 1.2 | 0.9 | |
| Shelter | N | 4 | 4 | 5 | 3 | 1 | 4 | 5 | 9 | 3 | 4 | 4 | 4 |
| | % | 2.3 | 1.6 | 3.0 | 1.8 | 0.7 | 2.5 | 2.7 | 4.8 | 1.6 | 2.4 | 1.9 | 2.7 |
| Special Study | N | 17 | 19 | 6 | 14 | 3 | 16 | 10 | 12 | 8 | 15 | 14 | 4 |
| | % | 9.8 | 7.8 | 3.6 | 8.3 | 2.2 | 9.8 | 5.4 | 6.5 | 4.3 | 9.1 | 6.5 | 2.7 |
| Uknown | N | 1 | 1 | 1 | 2 | 1 | 2 | | 2 | | 4 | 4 | 1 |
| | % | 0.6 | 0.4 | 0.6 | 1.2 | 0.7 | 1.2 | | 1.1 | | 2.4 | 1.9 | 0.7 |
| Total | N | 174 | 245 | 167 | 168 | 134 | 163 | 186 | 186 | 188 | 165 | 214 | 147 |
| | % | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |

*Juan F.* v. Lamont Exit Plan Status Report
February 2020

The next chart shows the primary placement type for children who were in care on November 4, 2019 organized by length of time in care.

| Primary type of spell (>50%) * Duration Category Crosstabulation | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Duration Category** | | | | | | |
| | | | 1 <= durat < 30 | 30 <= durat < 90 | 90 <= durat < 180 | 180 <= durat < 365 | 365 <= durat < 545 | 545 <= durat < 1095 | more than 1095 | **Total** |
| **Primary type of spell (>50%)** | Residential | Count | 2 | 3 | 26 | 55 | 68 | 109 | 75 | 338 |
| | | % Row | 0.6 | 0.9 | 7.7 | 16.3 | 20.1 | 32.2 | 22.2 | 100.0 |
| | | % Col | 0.2 | 0.4 | 3.7 | 6.1 | 10.5 | 8.6 | 5.8 | 4.9 |
| | DCF Facilities | Count | 1 | 3 | 4 | 14 | 7 | 4 | 6 | 39 |
| | | % Row | 2.6 | 7.7 | 10.3 | 35.9 | 17.9 | 10.3 | 15.4 | 100.0 |
| | | % Col | 0.1 | 0.4 | 0.6 | 1.6 | 1.1 | 0.3 | 0.5 | 0.6 |
| | Foster Care | Count | 15 | 38 | 96 | 283 | 261 | 625 | 753 | 2071 |
| | | % Row | 0.7 | 1.8 | 4.6 | 13.7 | 12.6 | 30.2 | 36.4 | 100.0 |
| | | % Col | 1.2 | 4.9 | 13.8 | 31.4 | 40.3 | 49.2 | 58.7 | 30.3 |
| | Group Home | Count | 2 | 3 | 11 | 32 | 44 | 96 | 93 | 281 |
| | | % Row | 0.7 | 1.1 | 3.9 | 11.4 | 15.7 | 34.2 | 33.1 | 100.0 |
| | | % Col | 0.2 | 0.4 | 1.6 | 3.6 | 6.8 | 7.6 | 7.2 | 4.1 |
| | Independent Living | Count | 0.0 | 0.0 | 1.0 | 6 | 2 | 7 | 16 | 32 |
| | | % Row | 0.0 | 0.0 | 3.1 | 18.8 | 6.3 | 21.9 | 50.0 | 100.0 |
| | | % Col | 0.0 | 0.0 | 0.1 | 0.7 | 0.3 | 0.6 | 1.2 | 0.5 |
| | Relative Care | Count | 9 | 28 | 58 | 133 | 129 | 219 | 69 | 645 |
| | | % Row | 1.4 | 4.3 | 9.0 | 20.6 | 20.0 | 34.0 | 10.7 | 100.0 |
| | | % Col | 0.7 | 3.6 | 8.4 | 14.8 | 19.9 | 17.2 | 5.4 | 9.4 |
| | Medical | Count | 0 | 2 | 0 | 9 | 4 | 3 | 0 | 18 |
| | | % Row | 0.0 | 11.1 | 0.0 | 50.0 | 22.2 | 16.7 | 0.0 | 100.0 |
| | | % Col | 0.0 | 0.3 | 0.0 | 1.0 | 0.6 | 0.2 | 0.0 | 0.3 |
| | Mixed (none >50%) | Count | 1 | 10 | 19 | 33 | 41 | 103 | 222 | 429 |
| | | % Row | 0.2 | 2.3 | 4.4 | 7.7 | 9.6 | 24.0 | 51.7 | 100.0 |
| | | % Col | 0.1 | 1.3 | 2.7 | 3.7 | 6.3 | 8.1 | 17.3 | 6.3 |
| | Safe Home | Count | 842 | 368 | 256 | 177 | 34 | 30 | 5 | 1712 |
| | | % Row | 49.2 | 21.5 | 15.0 | 10.3 | 2.0 | 1.8 | 0.3 | 100.0 |
| | | % Col | 67.2 | 47.1 | 36.9 | 19.6 | 5.3 | 2.4 | 0.4 | 25.1 |
| | Shelter | Count | 380 | 318 | 203 | 116 | 31 | 17 | 1 | 1066 |
| | | % Row | 35.6 | 29.8 | 19.0 | 10.9 | 2.9 | 1.6 | 0.1 | 100.0 |
| | | % Col | 30.3 | 40.7 | 29.3 | 12.9 | 4.8 | 1.3 | 0.1 | 15.6 |
| | Special Study | Count | 0 | 4 | 15 | 39 | 22 | 49 | 35 | 164 |
| | | % Row | 0.0 | 2.4 | 9.1 | 23.8 | 13.4 | 29.9 | 21.3 | 100.0 |
| | | % Col | 0.0 | 0.5 | 2.2 | 4.3 | 3.4 | 3.9 | 2.7 | 2.4 |
| | Unknown | Count | 1 | 5 | 5 | 4 | 4 | 9 | 8 | 36 |
| | | % Row | 2.8 | 13.9 | 13.9 | 11.1 | 11.1 | 25.0 | 22.2 | 100.0 |
| | | % Col | 0.1 | 0.6 | 0.7 | 0.4 | 0.6 | 0.7 | 0.6 | 0.5 |
| **Total** | | Count | 1253 | 782 | 694 | 901 | 647 | 1271 | 1283 | 6831 |
| | | % Row | 18.3 | 11.4 | 10.2 | 13.2 | 9.5 | 18.6 | 18.8 | 100.0 |
| | | % Col | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |

*Juan F.* v. Lamont Exit Plan Status Report
February 2020

_____

## Congregate Care Settings

| Placement Issues | Aug 2018 | Nov 2018 | Feb 2019 | May 2019 | Aug 2019 | Nov 2019 |
|---|---|---|---|---|---|---|
| Total number of children 12 years old and under, in Congregate Care | 15 | 17 | 17 | 11 | 15 | 15 |
| • Number of children 12 years old and under, in DCF Facilities | 0 | 1 | 1 | 1 | 0 | 0 |
| • Number of children 12 years old and under, in Group Homes | 7 | 4 | 4 | 4 | 4 | 3 |
| • Number of children 12 years old and under, in Residential | 7 | 8 | 7 | 5 | 7 | 8 |
| • Number of children 12 years old and under, in Safe Home or SFIT | 1 | 4 | 5 | 1 | 2 | 3 |
| • Number of children 12 years old and under in Shelter | 0 | 0 | 0 | 0 | 2 | 1 |
| Total number of children ages 13-17 in Congregate Placements | 233 | 218 | 209 | 202 | 188 | 170 |

## Use of SAFE Homes, Shelters and PDCs

The analysis below provides longitudinal data for children (which may include youth ages 18 and older) who entered care in Safe Homes, Permanency Diagnostic Centers and Shelters.

| | Period of Entry to Care | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| *Total Entries* | 3408 | 2853 | 2829 | 2627 | 2693 | 2298 | 1859 | 2005 | 1929 | 1990 | 2261 | 2082 | 2358 | 541 |
| *SAFE Homes/SFIT* | 396 | 382 | 335 | 471 | 331 | 145 | 68 | 56 | 30 | 9 | 23 | 54 | 54 | 37 |
| | 12% | 13% | 12% | 18% | 12% | 6% | 4% | 3% | 2% | 0% | 1% | 3% | 2% | 7% |
| *Shelters* | 114 | 136 | 144 | 186 | 175 | 194 | 169 | 175 | 91 | 58 | 53 | 35 | 45 | 37 |
| | 3% | 5% | 5% | 7% | 6% | 8% | 9% | 9% | 5% | 3% | 2% | 2% | 2% | 7% |
| *Total* | 510 | 518 | 479 | 657 | 506 | 339 | 237 | 231 | 121 | 67 | 76 | 89 | 99 | 74 |
| | 15% | 18% | 17% | 25% | 19% | 15% | 13% | 12% | 6% | 3% | 3% | 4% | 4% | 14% |

| | | Period of Entry to Care | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| *Total Initial Plcmnts* | | 510 | 518 | 479 | 657 | 506 | 339 | 237 | 231 | 121 | 67 | 76 | 89 | 99 | 74 |
| <= 30 days | | 186 | 162 | 150 | 229 | 135 | 103 | 60 | 63 | 37 | 28 | 28 | 36 | 56 | 48 |
| | | 36.5% | 31.3% | 31.3% | 34.9% | 26.7% | 30.4% | 25.3% | 27.3% | 30.6% | 41.8% | 36.8% | 40.4% | 56.6% | 64.9% |
| 31 - 60 | | 73 | 73 | 102 | 110 | 106 | 56 | 44 | 41 | 27 | 9 | 13 | 25 | 15 | 8 |
| | | 14.3% | 14.1% | 21.3% | 16.7% | 20.9% | 16.5% | 18.6% | 17.7% | 22.3% | 13.4% | 17.1% | 28.1% | 15.2% | 10.8% |
| 61 - 91 | | 87 | 79 | 85 | 157 | 91 | 54 | 39 | 38 | 18 | 8 | 8 | 12 | 8 | 5 |
| | | 17.1% | 15.3% | 17.7% | 23.9% | 18.0% | 15.9% | 16.5% | 16.5% | 14.9% | 11.9% | 10.5% | 13.5% | 8.1% | 6.8% |
| 92 - 183 | | 118 | 131 | 110 | 124 | 136 | 84 | 56 | 57 | 24 | 15 | 17 | 10 | 14 | 12 |
| | | 23.1% | 25.3% | 23.0% | 18.9% | 26.9% | 24.8% | 23.6% | 24.7% | 19.8% | 22.4% | 22.4% | 11.2% | 14.1% | 16.2% |
| 184+ | | 46 | 73 | 32 | 37 | 38 | 42 | 38 | 32 | 15 | 7 | 10 | 6 | 6 | 1 |
| | | 9.0% | 14.1% | 6.7% | 5.6% | 7.5% | 12.4% | 16.0% | 13.9% | 12.4% | 10.4% | 13.2% | 6.7% | 6.1% | 1.4% |

50

The following is the point-in-time data taken from the monthly LINK data, and may include those youth ages 18 and older.

| Placement Issues | May 2018 | Aug 2018 | Nov 2018 | Feb 2019 | May 2019 | Aug 2019 | Nov 2019 |
|---|---|---|---|---|---|---|---|
| Total number of children in SAFE Home/SFIT | 17 | 13 | 9 | 10 | 11 | 9 | 9 |
| • Number of children in SAFE Home/SFIT, > 60 days | 14 | 5 | 4 | 4 | 3 | 4 | 5 |
| • Number of children in SAFE Home/SFIT, >= 6 months | 1 | 1 | 1 | 1 | 0 | 1 | 1 |
| Total number of children in STAR/Shelter Placement | 26 | 25 | 23 | 25 | 24 | 20 | 8 |
| • Number of children in STAR/Shelter Placement, > 60 days | 14 | 13 | 12 | 15 | 7 | 8 | 7 |
| • Number of children in STAR/Shelter Placement, >= 6 months | 3 | 3 | 4 | 4 | 3 | 1 | 1 |
| Total number of children in MH Shelter | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| • Total number of children in MH Shelter, > 60 days | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| • Total number of children in MH Shelter, >= 6 months | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Time in Residential Care**

| Placement Issues | May 2018 | Aug 2018 | Nov 2018 | Feb 2019 | May 2019 | Aug 2019 | Nov 2019 |
|---|---|---|---|---|---|---|---|
| Total number of children in Residential care | 82 | 93 | 91 | 86 | 89 | 87 | 82 |
| • Number of children in Residential care, >= 12 months in Residential placement | 27 | 29 | 21 | 21 | 23 | 24 | 23 |
| • Number of children in Residential care, >= 60 months in Residential placement | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

_____

*Appendix A*

**Commissioner's Highlights from: The Department of Children and Families Exit Plan Outcome Measures-Status Report
(April 1, 2019 – September 30, 2019)**

*Juan F.* v. Lamont Exit Plan Status Report
February 2020
_____

**Commissioner Statement for *Juan F* v. Lamont Exit Plan Status Report**
**April 1, 2019 - September 30, 2019**

This is such an exciting and promising time to work in child welfare in Connecticut!  A number of critical developments are underway with the potential to significantly improve how we partner with providers to serve children and families in our state.

First, in the context of the *Juan F.* Exit Plan, I am pleased that the Court Monitor can "pre-certify" that the Department has achieved maintaining caseload standards.  This measure is truly fundamental to **all** our work.  Appropriate staffing equates to better safety decisions, risk assessments and timely intervention for children and families.  As we ask our social workers to involve children, families and communities more fully as partners in our work, we must ensure that staff have the necessary time and support to do so.  Thus, reasonable caseloads are critically important.  Tremendous appreciation and thanks to Governor Lamont, the Office of Policy and Management, and the Connecticut Legislature for their steady and substantial support this past year.

This support and capacity comes at an important juncture as we work hard to fulfill the vision of this new Administration.  Our values are clear and simple:
- Keep children safely at home whenever possible;
- place children with relatives (*including maternal and paternal family*) to maintain kinship bonds, if they must enter state care and
- if they cannot be safely placed with someone they know, children will be in a family through our strong networks of foster family homes.

We have also steadily reduced the use of institutional care for those children who require out of home clinical treatment.  Only 7.2 percent of children in care on January 1, 2020 were in congregate or group care.

These were the goals I set out immediately upon assuming the role of Commissioner one year ago.  In less than one year, we have reduced the number of children in state care by almost 6 percent while at the same time increasing the share of children living with relatives and kin.  I am very proud of the work of our staff in making significant progress in each of these areas.

Multidisciplinary assessments and Enhanced Service Coordination will serve to more accurately identify root causes of familial strife and match to the appropriate services to address those needs.  The deployment of tablets and continued development of CT-KIND will enable improved documentation and data collection efforts through technology.  Supervision of all staff regardless of position or function is also a priority focus with an emphasis on the more consistent utilization of Structured Decision Making tools related to safety and risk factors.

During this period under review, the department participated in the Statewide Advisory Council's (SAC) annual retreat.  Throughout this forum our aspirational targets were solidified through feedback heard from partners including youth, family advocates, providers, sister state agencies, and legislative representatives.  This forum served to emphasize our desire to be inclusive of all voices as we continue to collaborate in improving outcomes for children.

---

The Department has also begun, in earnest, the planning stages of developing our CT state plan in response to the federal *Family First Prevention Services Act*. DCF hosted a standing-room-only kickoff in November 2019 which was attended by our child welfare system partners. Since that event, over 200 stakeholders have been participating on five distinct *Family First* workgroups. The provisions of *Family First* are a part of the framework in an overall prevention strategy. For CT's children and families to benefit from *Family First*, stakeholder involvement is absolutely vital in the state plan development. We are excited to be a galvanizing element on this team approach to fully engaged communities in empowering families to raise resilient children who thrive!

We, at DCF, are committed to continuing progress. To that end, in early January the DCF Executive team held a statewide summit for our leadership teams from all 14 area offices, facilities and central office divisions to clearly focus the department's vision for 2020. We were fortunate to have Dr. Jerry Milner, Acting Commissioner of the Administration for Children and Families, a division of the United States Department of Health and Human Services, offer an inspiring and energizing keynote about the necessity to expand prevention efforts in child welfare, including opportunities within *Family First*. Dr. Milner's invigorating presentation is in concert with this Administration's vision for the child welfare system in Connecticut. The summit was a wonderful opportunity to reinforce our common values of keeping children safely at home, and re-aligning our services to ensure the highest risk populations have their needs met.

We greatly appreciate the work of the Office of the Court Monitor and the Federal Court in supporting our steadfast efforts towards approaching an exit from *Juan F.* I again thank the Connecticut General Assembly and the Lamont Administration, including the Governor's Office, the Office of Policy and Management and our sister state agencies. The department's executive team is continually grateful to the DCF staff, who do great and difficult work each day. We thank the thousands of partners in communities across Connecticut standing with us. Service providers, educators, law enforcement officials, court personnel, medical providers and others are all making fantastic contributions to our efforts to support children and families through difficult times.

Most of all, we thank the children and families themselves for their active engagement in all our efforts. They hold the answers, and we need to listen to continue to make our state a great place for all of us to live.