## DCF Court Monitor's Office
300 Church Street • 4th Floor
Wallingford, Connecticut 06492

Raymond Mancuso
*Juan F. Court Monitor*

Telephone 203•741•0458
Fax 203•741•0462
Email:Raymond.Mancuso@ct.gov

March 8, 2022

The Honorable Stefan R. Underhill
United States District Court Judge
Brien McMahon Federal Building
United States Courthouse
915 Lafayette Boulevard, Suite 411
Bridgeport, CT 06604

Dear Judge Underhill,

Attached please find a hard copy of the *Juan F.* v. Lamont Exit Plan Status Report dated for March 2022. Also, I have enclosed the order for your consideration for approval, a copy of the cover letter to the parties and an Adobe version of the order and report on disk.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Ray Mancuso
DCF Court Monitor