UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUAN F., et al., <br><br> Plaintiffs, <br><br> v. <br><br> LAMONT, et al., <br><br> Defendants. | Case No. 89-CV-859-SRU |

## ORDER

**WHEREAS**, the parties have jointly moved to terminate the Court's jurisdiction and close this case;

**WHEREAS**, the Court finds that over the last 32 years, the Connecticut Department of Children and Families ("DCF") has made organizational and operational changes that have dramatically improved the way the agency provides services to children and families in Connecticut, changes which positively impact children and families involved with DCF;

**WHEREAS**, the changes have been designed to ensure that these improvements will be sustained;

**WHEREAS**, DCF has complied fully with the both the terms and intent of the court-ordered obligations set forth in a 2017 Revised Exit Plan (Doc. No. 778) and related orders; and

**WHEREAS**, I conclude that this Court's continued oversight of DCF is no longer necessary;

**IT IS THEREFORE ORDERED** that the Motion to Terminate Jurisdiction and Close Case (doc. no. 822) is granted. The Clerk is directed to close this case. The Court will retain jurisdiction over this case solely to: (a) oversee the closure of the Court Monitor's Office including approving such services and payments as may be appropriate and (b) address any outstanding fee requests submitted by counsel for the plaintiffs for time incurred prior to entry of this order.

**SO ORDERED** this 24th day of March 2022.

Stefan R. Underhill
United States District Judge