# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUAN F., et al       * <br>                         * <br>       Plaintiffs,       * <br>                         * <br>       v.       * <br>                         * <br> EDWARD MINER LAMONT, JR., et al       * <br>                         * <br>       Defendants,       * | Case Number: 2:89 cv 00859(SRU) <br><br> February 28, 2023 |

## CONSENT MOTION FOR MODIFICATION OF COURT'S ORDER DATED APRIL 4, 2022

The Court is familiar with the nature of this litigation and the operations of the Court Monitor's Office.

By virtue of this Court's Order dated April 4, 2022, the operations of the Court Monitor's Office were to be terminated effective February 28, 2023. Unfortunately, through no fault of staff at the Court Monitor's Office, they are unable to meet that deadline because the financial statement for the past six months of 2022 has not been completed by their outside accountant which, in turn, has prevented them from completing their 2022 audit. Based upon conversations with his outside accountants, the Court Monitor reasonably believes that the operations of the office should be able to be closed by April 15, 2023. The Office requires no additional funding and has planned its operations so that there are no expenditures in 2023 and therefore no reason to report financial operations for this year.

Accordingly, for good cause shown, the Monitor requests that the Court modify its Order dated April 4, 2022 and extend the date of termination date of the office to April 15, 2023.

The undersigned represents that he has contacted counsel for the parties and can report that they have no objection.

                                           Raymond Mancuso,
                                           Court Monitor

                            By: */s/ James T. Shearin*
                                           James T. Shearin- ct 01326
                                           Pullman & Comley, LLC
                                           850 Main Street, P.O. Box 7006
                                           Bridgeport, CT 06601-7006
                                           Juris #47892 (203) 330-2000
                                           jtshearin@pullcom.com